Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

ORIGINAL FILED

07 MAY -2 PM 1:56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nordic Naturals, Inc.,

    Plaintiff,

v.

J.R. Carlson Laboratories, Inc.,

and

Metagenics, Inc.,

    Defendants.

Case No. C07 02385 HRL

COMPLAINT FOR PATENT INFRINGEMENT OF U.S. PATENT NOS. 6,346,231 AND 6,652,879, AND FOR FALSE ADVERTISING UNDER §43(A) OF THE LANHAM ACT

DEMAND FOR JURY TRIAL

Plaintiff alleges as follows:

1.    Plaintiff Nordic Naturals, Inc., ("Nordic Naturals") is a corporation organized and existing under the laws of California, having a principal place of business at 94 Hangar Way, Watsonville, CA 95076.

2.    Nordic Naturals is a manufacturer and distributor of omega oils and fish oils, in natural fruit flavored capsules.

3.    Upon information and belief, defendant J.R. Carlson Laboratories, Inc., ("Carlson Labs") is a corporation organized and existing under the laws of Illinois, having a principal place of business at 15 College Drive, Arlington Heights, IL 60004-1985.

4. Upon information and belief, defendant Metagenics, Inc. ("Metagenics") is a corporation organized and existing under the laws of Delaware, having a principal place of business at 100 Ave La Pata, San Clemente, CA 92673.

## JURISDICTION AND VENUE

5. This action arises under the patent laws of the United States of America specifically under 35 U.S.C. §§ 271(a), 271(b), 271(c), and under Section 43(a) the Lanham Act, 15 U.S.C.A §1125(a), and jurisdiction exists under 28 U.S.C. §§1331 and 1338(b). Venue is proper in this Court under 28 U.S.C. §§ 1391(b) and 1400(b).

6. Upon information and belief, Carlson Labs advertises, offers for sale, and sells the fish oil capsules in question and does business throughout the United States, including in this District.

7. Upon information and belief, Metagenics advertises, offers for sale, and sells the fish oil capsules in question and does business throughout the United States, including in this District.

## INTRADISTRICT ASSIGNMENT

8. Venue is proper in the San Jose Division under Local Rule 3-2(c) because a substantial part of the events alleged herein, including sales of the subject infringing goods, occurred in one or more of the counties listed in Local Rule 3-2(e).

## PATENT INFRINGEMENT – COUNT I

9. Nordic Naturals incorporates paragraphs 1-7 by reference herein.

10. On February 12, 2002, U.S. Patent No. 6,346,231 ("the '231 Patent") was lawfully granted to inventor Joar Opheim, and was later assigned to Plaintiff Nordic Naturals, a copy of the '231 Patent is attached hereto as Exhibit A.

11. Upon information and belief, Carlson Labs manufactures, offers for sale, and sells fish oil capsules throughout the United States, including in this District, that infringe at least one claim of the '231 Patent.

COMPLAINT FOR PATENT INFRINGEMENT
AND FOR FALSE ADVERTISING

- 2 -

12. Upon information and belief, Metagenics manufactures, offers for sale, and sells fish oil capsules throughout the United States, including in this District, that infringe at least one claim of the '231 Patent.

13. Nordic Naturals is entitled to relief provided by 35 U.S.C. §§ 281, 283, and 285.

## PATENT INFRINGEMENT – COUNT II

14. Nordic Naturals incorporates paragraphs 1-7 by reference herein.

15. On November 25, 2003, U.S. Patent No. 6,652,879 ("the '879 Patent") was lawfully granted to inventor Joar Opheim, and was later assigned to Plaintiff Nordic Naturals, a copy of the '879 Patent is attached hereto as Exhibit B.

16. Upon information and belief, Carlson Labs manufactures, offers for sale, and sells flavored capsules throughout the United States, including in this District, that infringe at least one claim of the '879 Patent.

17. Upon information and belief, Metagenics manufactures, offers for sale, and sells flavored capsules throughout the United States, including in this District, that infringe at least one claim of the '879 Patent.

18. Nordic Naturals is entitled to relief provided by 35 U.S.C. §§ 281, 283, and 285.

## FALSE ADVERTISING – COUNT III

19. Nordic Naturals incorporates paragraphs 1-7, 10, and 15 by reference herein.

20. Upon information and belief, Carlson Labs advertises and promotes a product named "Lightly Lemon" fish oil capsules and falsely represents that these fish oil capsules are lemon flavored. Such statements are material, literally false, and misleading, and therefore constitute false advertising in violation of Section 43(a) of Lanham Act, 15 U.S.C. §1125(a).

21. Upon information and belief, Carlson Labs falsely advertises and offers for sale the above described flavored fish oil capsules throughout the United States, including in this District.

22. Upon information and belief, Metagenics advertises and promotes a product named "EPA-DHA Extra Strength® Lemon Flavored Concentrated and Stabilized Purity-Certified, Omega-3 Fish Oil Capsules" and Metagenics falsely represents that these fish oil

capsules are lemon flavored. Such statements are material, literally false, and misleading, and therefore constitute false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

23. Upon information and belief, Metagenics falsely advertises and offers for sale the above described flavored fish oil capsules throughout the United States, including in this District.

24. Nordic Naturals manufactures flavored fish oil capsules which compete with the products advertised and sold by Carlson Labs and Metagenics.

25. Nordic Naturals is the holder of several patents related to the manufacture and sale of flavored capsules, including those that may be used to encapsulate fish oils.

26. As the market leader in the sale of fish oil capsules, Nordic Naturals is likely to be injured by Carlson Labs' and Metagenics' false and misleading advertising for their allegedly flavored products. In particular, if Carlson Labs' and Metagenics' false and misleading advertising continues, Nordic Naturals will lose sales, market share and good will that cannot readily be quantified or recaptured. Nordic Naturals thus has a strong commercial interest preventing the further dissemination of Carlson Labs' and Metagenics' false, misleading and deceptive advertising.

27. Nordic Naturals has been, and continues to be harmed, by Carlson Labs' and Metagenics' continuing misrepresentation that their products are flavored.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Nordic Naturals, Inc. respectfully requests that the Court:

a. Enter a judgment that defendant Carlson Labs has infringed and is infringing one or more claims of each of the '231 and '879 Patents by manufacturing, offering for sale, and selling the aforementioned capsules;

b. Enter a judgment that defendant Metagenics has infringed and is infringing one or more claims of each of the '231 and '879 Patents by manufacturing, offering for sale, and selling the aforementioned capsules;

c. Order preliminary and/or permanent injunctions, pursuant to 35 U.S.C. § 283, restraining and enjoining Carlson Labs and Metagenics, their affiliates and subsidiaries,

offices, agents, attorneys, employees, those acting in privity or concert with them, and their successors or assigns, from engaging in the commercial manufacture, importation, use, offer to sell, or sale within the United States, or importation into the United States, of products that infringe the '231 and '879 Patents;

        d.      Award damages to Plaintiff Nordic Naturals pursuant to 35 U.S.C. §284 for Carlson Labs' and Metagenics' acts infringing the '231 and '879 Patents;

        e.      Award pre-judgment interest on the damages;

        f.      Declare this an exceptional case, pursuant to 35 U.S.C. § 285;

        g.      Award Plaintiff Nordic Naturals its reasonable costs and attorneys' fees, pursuant to 35 U.S.C. §285;

        h.      Find that defendants Carlson Labs and Metagenics have engaged in acts of false advertising in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a);

        i.      Award damages to Plaintiff Nordic Naturals for the harm caused by Carlson Labs' and Metagenics' false, misleading and deceptive advertising;

        j.      Order preliminary and/or permanent injunctions restraining and enjoining Carlson Labs and Metagenics, their affiliates and subsidiaries, offices, agents, attorneys, employees, those acting in privity or concert with them, and their successors or assigns, from continuing to falsely state, claim, or imply that the products in question are flavored.

        k.      Grant such other and further relief as the Court may deem just and proper under the circumstances.

Dated: May 2, 2007

Respectfully Submitted
JONES DAY

By _____
Behrooz Shariati
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Counsel for Plaintiff
NORDIC NATURALS, INC.

COMPLAINT FOR PATENT INFRINGEMENT
AND FOR FALSE ADVERTISING

## DEMAND FOR JURY TRIAL

Plaintiff NORDIC NATURALS, INC. hereby demands a jury trial for all issues so triable.

Dated: May 2, 2007

Respectfully submitted,

Jones Day

By: _____
Behrooz Shariati
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Counsel for Plaintiff
NORDIC NATURALS, INC.

SVI-46361v1
282019 - 600003