Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile:   650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nordic Naturals, Inc.,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**J.R. Carlson Laboratories, Inc.,**<br>**And Metagenics, Inc.,**<br><br>                    **Defendants.** | Case No. C:07-02385 - HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 3, 2007

Respectfully Submitted
JONES DAY

By _____
Behrooz Shariati
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Counsel for Plaintiff
NORDIC NATURALS, INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS