| Attorney or Party without Attorney: <br> JONES DAY <br> 1755 EMBARCADERO RD. <br> PALO ALTO, CA 94303 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 650-739-3939　　FAX No: 650-739-3900 | | | | |
| | | Ref. No. or File No.: <br> 282019.600003 | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California-San Jose Division | | | | |
| Plaintiff: NORDIC NATURALS, INC. | | | | |
| Defendant: J.R. CARLSON LABORATORIES, INC., ET AL. | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: <br> Tue, Aug. 07, 2007 | Time: <br> 1:30PM | Dept/Div: | Case Number: <br> C07 02385 HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civl Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Certification Of Interested Entitites Or Persons Pursuant To Civil Local Rule 3-16; Usdc Standing Order Re: Initial Case Case Management And Discovery Disputes; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division; Fee Schedule Summary; General Order No. 40 Prohibition Of Bias; Usdc Ecf Registration Information Handout; General Order No. 45 Electronic Case Filing; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; Blank Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Blank Notice Of Need For Adr Phone Conference; Adr Dispute Resolution Procedures Package

3. a. Party served:　　　　　　　　　　　　　METAGENICS, INC.
　 b. Person served:　　　　　　　　　　　　MARGARET WILSON, AUTHORIZED TO ACCEPT @ CT CORPORATION SYSTEMS

4. Address where the party was served:　　　818 W. SEVENTH STREET
　　　　　　　　　　　　　　　　　　　　　LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., May. 04, 2007 (2) at: 11:17AM

7. **Person Who Served Papers:**　　　　　　　　　　　　　Recoverable Cost Per CCP 1033.5(a)(4)(B)
　 a. APRIL LYN ANDERSON　　　　　　　　d. **The Fee** for Service was:
　　　　　　　　　　　　　　　　　　　　　　e. I am: (3) registered California process server



　　　　　　　　　　　　　　　　　　　　　　　　(i)　Employee
1541 Bayshore Hwy.　　GENERAL@AALEGALSERVICE.COM　　(ii)　Registration No.:　　4626
Burlingame, CA 94010-1602　　Fax (650) 697-4640　　(iii)　County:　　Los Angeles
(650) 697-9431　　　　　　　　　　　　　　　　(iv)　Expiration Date:　　Fri, Feb. 01, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, May. 07, 2007　　　　　　　　　　　　　　　　　　　　(APRIL LYN ANDERSON)

Judicial Council Form　　　　　　　　PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007　　SUMMONS & COMPLAINT　　　　　　　7393939.38132