MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NORDIC NATURALS, INC.

Plaintiff,

v.

J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.

Defendants.

Case No. C-07-2385

**NOTICE OF ENTRY OF APPEARANCE**

The undersigned hereby files this present Notice of Appearance on behalf of defendants, J.R. Carlson Laboratories, Inc. and Metagenics, Inc., and requests that McDermott Will & Emery LLP be added as the representing counsel for defendants in Case No. C-07-02385. Please direct all pleadings, memoranda, and correspondence for service on the undersigned as follows:

William G. Gaede III
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: (650) 813-5000
Facsimile: (650) 813-5100
wgaede@mwe.com

Dated: May 24, 2007

MCDERMOTT WILL & EMERY LLP

*/s/ William G. Gaede, III*
William G. Gaede, III

*Attorneys for J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO