MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:   (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.*
*and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants. | Case No. C-07-2385 HRL<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil L.R. 6-1, Plaintiff Nordic Naturals, Inc., and Defendants J.R. Carlson Laboratories, Inc. and Metagenics, Inc., through their respective counsel of record, submit this stipulation to extend the time within which Defendants may answer or otherwise respond to Plaintiff's complaint up to and including June 5, 2007.

SO STIPULATED this 24th day of May 2007, at Palo Alto, California.

| | |
|---|---|
| JONES DAY | MCDERMOTT WILL & EMERY LLP |
| */s/ Behrooz Shariati*<br>Behrooz Shariati | */s/ William G. Gaede, III*<br>William G. Gaede, III |
| *Attorneys for Nordic Naturals, Inc.* | *Attorneys for J.R. Carlson Laboratories, Inc. and Metagenics, Inc* |

**SIGNATURE ATTESTATION**

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this electronically filed document.

*/s/ William G. Gaede, III*
William G. Gaede, III

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

- 2 -

**STIPULATION FOR EXTENSION
TO RESPOND TO COMPLAINT
CASE NO. C-07-2385**