1
2                    UNITED STATES DISTRICT COURT
3                    NORTHERN DISTRICT OF CALIFORNIA
4                           SAN JOSE DIVISION
5
6
7
Nordic Naturals, Inc.,                          No. C07-02385
8
      Plaintiff,
9
 v.                                             **CLERK'S NOTICE OF IMPENDING
10                                                 REASSIGNMENT TO A UNITED
J. R. Carlson Laboratories, Inc., et.al,         STATES DISTRICT JUDGE**
11
      Defendants.
12                                           /
13
14
      The Clerk of this Court will now randomly reassign this case to a United States
15
District Judge because one or more of the parties has requested reassignment to a United States
16
District Judge or has not consented to jurisdiction by a Magistrate Judge.
17
      PLEASE TAKE NOTICE that a Case Management Conference in the above-
18
entitled matter which was previously set for August 7, 2007 before the Honorable Judge
19
Howard R. Lloyd has been vacated.
20
21
22
23
24
25
Dated: May 25, 2007                             RICHARD W. WIEKING,
26                                              United States District Court
27
       */s/ Patty Cromwell*
28                                              By: Patty Cromwell
                                                Courtroom Deputy Clerk to
                                                Magistrate Judge Howard R. Lloyd

United States District Court
For the Northern District of California

1

2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

3

4

5  William G. Gaede , III    wgaede@mwe.com, crobinson@mwe.com

6  Behrooz Shariati    bshariati@jonesday.com, lkeith@jonesday.com; sbender@jonesday.com

7

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**
For the Northern District of California

19

20

21

22

23

24

25

26

27

28

2