IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORDIC NATURALS, INC., | No. C 07-2385 MJJ |
| Plaintiff(s), | |
| v. | |
| J.R. CARLSON LABORATORIES, et al., | **CLERK'S NOTICE**<br>**(Setting Case Management Conference in Reassigned case)** |
| Defendant(s). | |
| _____ / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the Case Management Conference in this case, previously set for August 7, 2007 at 1:30 p.m. before U.S. Magistrate Judge Howard R. Lloyd, is VACATED and RESET to be heard before the Hon. U.S. District Judge Martin J. Jenkins on **Tuesday, August 14, 2007, at 2:00 p.m.,** in Courtroom 11, 19th floor, San Francisco. Please report to Courtroom 11 at the scheduled date and time. A Joint Case Management Statement, shall be provided to the Court no later than **August 7, 2007.**

Dated:   May 29, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.