1  Behrooz Shariati (State Bar No. 174436)
   bshariati@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA  94303
   Telephone:    650-739-3939
4  Facsimile:    650-739-3900

5  Attorneys for Plaintiff
   NORDIC NATURALS, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | Nordic Naturals, Inc., | **Case No. C 07-2385 MJJ** |
|---|---|---|
| 12 | Plaintiff, | **PLAINTIFF NORDIC NATURALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |
| 13 | v. | |
| 14 | J.R. Carlson Laboratories, Inc., and Metagenics, Inc., | |
| 15 | | |
| 16 | Defendants. | |

17

18    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states that Nordic

19  Naturals, Inc. is a privately held corporation organized under the laws of the state of California

20  and that there is no publicly held corporation that owns 10% or more of its stock.

21

22  Dated:  June 6, 2007                      Respectfully Submitted,
                                              JONES DAY
23
                                              By    /s/  Behrooz Shariati
24                                                  Behrooz Shariati
                                                    1755 Embarcadero Road
25                                                  Palo Alto, CA  94303
                                                    Telephone:  (650) 739-3939
26                                                  Facsimile:  (650) 739-3900
27                                            Counsel for Plaintiff
                                              NORDIC NATURALS, INC.
28

SVI-47314v1                                          PLAINTIFF'S RULE 7.1 DISCLOSURE
                                                                            STATEMENT