Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>J.R. CARLSON LABORATORIES, INC.,<br><br>and<br><br>METAGENICS, INC.,<br><br>Defendants. | Case No. C-07-2385 MJJ<br><br>**ANSWER TO COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF U.S. PATENT NOS. 6,346,231 AND 6,652,879** |
| **AND RELATED COUNTERCLAIMS** | |

Plaintiff Nordic Naturals, Inc. ("Nordic Naturals") hereby answers Defendants J.R. Carlson Laboratories, Inc., and Metagenics, Inc.'s Counterclaims for declaratory judgment of invalidity and non-infringement as follows:

SVI-47472v1                                                    ANSWER TO COUNTERCLAIMS
                                                               MJJ CASE NO. C-07-2385

## PLAINTIFF'S ANSWER TO COUNTERCLAIMS

34. Upon information and belief, admitted.

35. Upon information and belief, admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

### COUNT I

40. Plaintiff maintains its responses to paragraphs 34-39 given above.

41. Denied.

42. Denied.

### COUNT II

43. Plaintiff maintains its responses to paragraphs 34-39 given above.

44. Denied.

45. Denied.

### COUNT III

46. Plaintiff maintains its responses to paragraphs 34-39 given above.

47. Denied.

48. Denied.

### COUNT IV

49. Plaintiff maintains its responses to paragraphs 34-39 given above.

50. Denied.

51. Denied.

Dated: June 6, 2007

Respectfully submitted,

Jones Day

By:    /s/ Behrooz Shariati
Behrooz Shariati
1755 Embarcadero Rd.
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile:  (650) 739-3900

Counsel for Plaintiff
NORDIC NATURALS, INC.