MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants. | Case No. C-07-2385 MJJ<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

      Pursuant to Civil L.R. 16-8(b), each of the undersigned certifies that he or she has:

      (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov . *Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*)

      (2)    Discussed the available dispute resolution options provided by the Court and private entities; and

MPK 129446-1.062114.0123                1                **ADR CERTIFICATION BY METAGENICS, INC. AND COUNSEL**
**CASE NO. C-07-2385**

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: July 16, 2007                     METAGENICS, INC.

                                         By:   */s/ Paul Konney*
                                                Paul Konney

                                         *Metagenics, Inc. – Defendant*


DATED: July 16, 2007                     MCDERMOTT WILL & EMERY LLP

                                         By:   */s/ William G. Gaede, III*
                                                William G. Gaede, III

                                         *Attorneys for J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*


## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this electronically filed document.

                                         */s/ William G. Gaede, III*
                                          William G. Gaede, III