1  Behrooz Shariati (State Bar No. 174436)
   bshariati@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA  94303
   Telephone:    650-739-3939
4  Facsimile:    650-739-3900

5  Attorneys for Plaintiff
   NORDIC NATURALS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 **NORDIC NATURALS, INC.,**            Case No. C 07-02385 MJJ

13         **Plaintiff,**                STIPULATION EXTENDING TIME
                                         FOR PARTIES TO FILE JOINT ADR
14    **v.**                             CERTIFICATION AND
                                         STIPULATION TO ADR PROCESS;
15 **J.R. CARLSON LABORATORIES, INC.,**  AND [PROPOSED] ORDER

16 **AND**

17 **METAGENICS, INC.,**

18         **Defendants .**

19

20      Plaintiff Nordic Naturals Inc., and Defendants J.R. Carlson Laboratories, Inc. and

21 Metagenics, Inc., by and through their respective counsel, hereby stipulate and agree, that the

22 time for the parties to file the Joint ADR Certification with Stipulation to ADR Process or Notice

23 of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 initially set by

24 the Court's Order Setting Initial Case Management Conference and ADR Deadlines on May 2,

25 2007, for July 17, 2007 shall be extended to July 31, 2007.

26      This is the first extension of the date for filing the Joint ADR Certification with

27 Stipulation and is needed to allow the parties time to adequately meet and confer and to

28

investigate ADR options as required by Civil L.R. 16-8 and ADR L.R. 3-5. Parties believe that this extension will not effect any other date in the Court's previously ordered schedule.

Nordic Naturals, Inc., J.R. Carlson Laboratories, Inc., and Metagenics, Inc., jointly request that the Court issue its Order pursuant to this Stipulation.

IT IS SO STIPULATED.

Dated: July 17, 2007                    Jones Day

                                        By: /s/ Behrooz Shariati
                                            Behrooz Shariati

                                        Counsel for Plaintiff
                                        NORDIC NATURALS, INC.


Dated: July 17, 2007                    McDermott, Will & Emery LLP

                                        By: /s/ William G. Gaede
                                            William G. Gaede, III

                                        Counsel for Defendants
                                        J.R. CARLSON LABORATORIES, INC.
                                        and METAGENICS, INC.
                                        _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**J.R. CARLSON LABORATORIES, INC.,**<br><br>**AND**<br><br>**METAGENICS, INC.,**<br><br>    **Defendants .** | **Case No. C 07-02385 MJJ**<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PARTIES TO FILE JOINT ADR CERTIFICATION AND STIPULATION TO ADR PROCESS** |

The foregoing Stipulation between Plaintiff Nordic Naturals, Inc., and Defendants J.R. Carlson Laboratories, Inc., and Metagenics, Inc., for an extension of time for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference has been received by the Court, and duly considered:

IT IS HEREBY ORDERED that the time for the parties to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 shall be extended to July 31, 2007.

Dated: _____

_____
The Hon. Martin J. Jenkins
United States District Judge

SVI-48840v1