UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**J.R. CARLSON LABORATORIES, INC.,**<br><br>**AND**<br><br>**METAGENICS, INC.,**<br><br>　　　　　**Defendants .** | Case No. C 07-02385 MJJ<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME FOR PARTIES TO FILE JOINT ADR CERTIFICATION AND STIPULATION TO ADR PROCESS |

The foregoing Stipulation between Plaintiff Nordic Naturals, Inc., and Defendants J.R. Carlson Laboratories, Inc., and Metagenics, Inc., for an extension of time for the parties to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference has been received by the Court, and duly considered:

　　　　IT IS HEREBY ORDERED that the time for the parties to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference pursuant to Civil L.R. 16-8 and ADR L.R. 3-5 shall be extended to July 31, 2007.

Dated: __July 18, 2007__

_____
The Hon. Martin J. Jenkins
United States District Judge

SVI-48840v1