UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NORDIC NATURALS, INC.,

            Plaintiff(s),

v.

J.R. CARLSON LABORATORIES, INC.
and METAGENICS, INC.

           Defendant(s).
_____/

CASE NO. c-07-2385 MJJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference August 14, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Behrooz Shariati | Plaintiff | 650-739-3920 | bshariati@jonesday.com |
| William G. Gaede III | Defendants | 650-813-5035 | wgaede@mwe.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 07/31/07

                                                        Attorney for Plaintiff

Dated: 07/31/07                                           /s/ William G. Gaede III
                                                        Attorney for Defendant

Rev 12.05