IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**                     Courtroom Clerk: **Edward Butler**

DATE: **August 14, 2007**                                    Court reporter: **Not Reported**

Case Number:  **C 07-2385 MJJ**                         Time in Court: 2:15 – 2:34 p.m.

Case Name: **NORDIC NATURALS, INC. v. J.R. CARLSON LABORATORIES, INC, et al.**

COUNSEL FOR PLAINTIFF(S):              COUNSEL FOR DEFENDANT(S):
**Behrooz Sharati, James Glore**              **Williame Gaede**

PROCEEDINGS:
( ) Further Status Conference     ( )P/T Conference    (X)  Case Management Conference

ORDERED AFTER HEARING:

ORDER TO BE PREPARED BY:    Plntf ()  Deft ( )  Court () Parties Jointly (X) **- by close of business 8/17/07 – Proposed Pretrial Order, amended with dates as set forth at conference.**

Referred to Magistrate Judge _____   For: Settlement Conference in _____

CASE CONTINUED TO:   **4/8/2008  at 2:00 p.m**  for **Status Conference [Joint Statement due in advance of conference in accordance with local rules.]**

Discovery Cut-Off:                         Expert Discovery Cut-Off: _____

Parties to Name Experts by: _____     Expert Reports to be Tendered by: _____

Designation of Supplemental/Rebuttal Experts: _____    Reports: _____

Dispositive Motion Hearing shall be heard by: _____ **at 9:30 a.m.**

Pre-Trial Conference Date :   **8/26/08**  at 3:30 p.m.

Trial Date:    **9/8/08**  at 8:30 a.m.   Set for _____**5**_____   days
                     Type of Trial:  (X)Jury     ( )Court

Notes:  **Discovery limits: 60 hours of depositions per side; 30 interrogatories per side, 75 requests for production per side, no limit on requests for admissions, as long as the requests are reasonable.**

**Any amendment of pleadings are due on or before 10/26/07.**

**Tutorial for Claims Construction hearing: 3/5/07 at 2:00 p.m.  Claims Construction Hearing: 3/12/07, at 2:00 p.m.  Limit of ten terms total.**
cc: