MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:   (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.*
and *Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>    Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-2385 MJJ<br><br>**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**Marine Nutriceuticals, Inc.**    manufactures accused products for Metagenics, Inc. and for J.R. Carlson Laboratories, Inc.

1    **J & D Laboratories** manufactures accused products for J.R. Carlson Laboratories, Inc

2

3    DATED: August 15, 2007      Respectfully submitted

4                                         MCDERMOTT WILL & EMERY LLP

5

6                                    By: _____
                                                     William G. Gaede, III

7                                    Attorneys for *J.R. Carlson Laboratories, Inc.*
                                   *and Metagenics, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28