IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORDIC NATURALS, INC., | No. C07-02385 MJJ |
| Plaintiff, | **ORDER REGARDING PROTECTIVE ORDER** |
| v. | |
| J. R. CARLSON LABORATORIES, INC. ET AL, | |
| Defendant. | |

On November 29, 2007, the parties submitted a Proposed Stipulated Protective Order. The Court hereby orders the parties to submit a revised protective order that designates a time limit on the Court's jurisdiction to enforce the terms of the order (e.g., six months after final termination of the action).

**IT IS SO ORDERED.**

Dated: December 20, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE