BEHROOZ SHARIATI (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Plaintiff
*Nordic Naturals, Inc.*

WILLIAM G. GAEDE III (State Bar No. 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Defendants
*J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. **C-07-2385 MJJ**<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

Pursuant to Patent Local Rule 4-3, Plaintiff Nordic Naturals, Inc. ("Nordic") and Defendants J.R. Carlson Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics")

1  (together the "Parties") hereby submit the Parties' Joint Claim Construction and Prehearing Statement.

There are two patents at issue in this lawsuit: U.S. Patent No. 6,346,231 and its continuation, U.S. Patent No. 6,652,879. The Parties jointly agree and propose that similar terms in the claims of both patents be construed in similar fashion. As such, a consolidated list of terms and constructions is presented below in Sections I and II, and in Exhibit A.

**I. Agreed Upon Claim Constructions**

The Parties have agreed upon the following constructions:

| TERM | AGREED UPON CONSTRUCTION |
|---|---|
| Dose | "Dose" means "the contents contained within the gelatin capsule shell." |
| Flabored, Flavered | These terms are typographical errors and should be "Flavored". The Parties disagree as to the proper definition of "Flavored." *See* Exhibit A for the Parties' positions. |
| But | This term is a typographical error and should be "Nut" and given its ordinary meaning. |
| Sofener | This term is a typographical error and should be "softener." |
| Conponents | This term is a typographical error and should be "Components," and given its ordinary meaning. |
| Fo | This term is a typographical error and should be "of," and given its ordinary meaning. |

If the Parties are able to reach further agreement concerning the constructions of any of the remaining claim terms at issue, they will supplement the present Joint Statement.

## II. Disputed Claim Constructions and Identified References

The Court has limited the Parties to ten (10) claim terms to be construed. Exhibit A attached hereto contains a listing of each of the claim terms upon which the parties request a construction along with each party's proposed construction and supporting references. In addition, the Parties each reserve the right to rely upon any intrinsic or extrinsic evidence identified by an opposing party, or a third party, and any evidence obtained, or that may be obtained, through claim construction discovery.

## III. Anticipated Length of Time for Claim Construction Hearing

The Court has set the date for the Claim Construction Hearing on March 12, 2008. The Parties jointly propose the Hearing begin at 9:00 a.m. on that date, and, barring unforeseen circumstances, it conclude on the same day. The Parties propose that each side be given one (1) hour for argument.

## IV. Expert Witnesses

The Parties do not currently intend to call any witnesses, including technical experts, at the Claim Construction Hearing. The Parties each reserve the right to present live testimony if the opposing party is permitted to present live testimony at the Claim Construction Hearing.

## V. Other Issues for a Prehearing Conference

The Parties are not aware of any other issues that need to be addressed at a Prehearing Conference prior to the Claim Construction Hearing, and do not believe a Prehearing Conference is currently necessary, unless desired by the Court. The Court has scheduled a tutorial at 2 p.m. on March 5, 2008. The Parties propose that any matters that arise requiring a Prehearing Conference be resolved on March 5, 2008 along with the tutorial.

1  Dated: December 21, 2007

2  Respectfully submitted,                          Respectfully submitted,

3
4  By:  /s/ William G. Gaede                        By:   /s/ Behrooz Shariati
          William G. Gaede III                              Behrooz Shariati
5  Counsel for Defendants/Counter-Plaintiffs        Counsel for Plaintiff/Counter-Defendant
   J.R. Carlson Laboratories, Inc.,                 Nordic Naturals, Inc.
6  Metagenics, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28