Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650-739-3939
Facsimile:   650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,** | Case No. C-07-2385 MJJ |
| **Plaintiff,** | **DECLARATION OF BEHROOZ SHARIATI IN SUPPORT OF PLAINTIFF NORDIC NATURALS, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** |
| v. | |
| **J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,** | |
| **Defendants.** | Date:   March 12, 2008<br>Time:   9:00 a.m.<br>Before: The Honorable Martin J. Jenkins |

I, Behrooz Shariati, declare as follows:

1. I am an attorney with Jones Day, 1755 Embarcadero Rd., Palo Alto, CA 94303, and admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts stated herein, unless otherwise indicated.

2. Attached hereto is **Exhibit A** is a true and correct copy of U.S. Patent No. 6,346,231.

3. Attached hereto is **Exhibit B** is a true and correct copy of U.S. Patent No. 6,652,879.

4. Attached hereto is **Exhibit C** is a true and correct copy of the Joint Claim Construction and Prehearing Statement filed by the parties in this case.

5. Attached hereto is **Exhibit D** is a true and correct copy of Amendment A of the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231.

6. Attached hereto is **Exhibit E** is a true and correct copy of Amendment B of the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231.

7. Attached hereto is **Exhibit F** is a true and correct copy of select pages from *The American Heritage College Dictionary*, Third Edition (1997).

8. Attached hereto is **Exhibit G** is a true and correct copy of select pages from Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems* (7th ed., Lippincott Williams & Wilkins, 1999).

9. Attached hereto is **Exhibit H** is a true and correct copy of select pages from Podczeck, Freidrun and Jones, Brian E. eds., *Pharmaceutical Capsules,* (2nd.ed., Pharmaceutical Press, 20).

10. Attached hereto is **Exhibit I** is a true and correct copy of select pages from Gennadios, Aristippos, ed., *Protein-Based Films and Coatings*, (CRC Press, 2002).

11. Attached hereto is **Exhibit J** is a true and correct copy of Stanley, *Soft Gelatin Capsules—Theory and Practice of Industrial Pharmacy,* (1986).

12. Attached hereto is **Exhibit K** is a true and correct copy of U.S. Patent No. 4,428,927.

13. Attached hereto as **Exhibit L** is a true and correct copy of *Chiron Corp. v. SourceCF, Inc.*, No. C05-01938 WHA, 2005 WL 3261263 (N.D. Cal. Dec. 1, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

Executed on February 4, 2008, at Palo Alto, California

/s/ Behrooz Shariati
Behrooz Shariati