# EXHIBIT F

Case 3:07-cv-02385-PJH   Document 34-7   Filed 02/04/2008   Page 2 of 10

# THE
# AMERICAN
# HERITAGE®
# COLLEGE
# *dic·tion·ar·y*

**NEWEST** definitions — over 200,000
**MOST** photographs and illustrations — over 2,500
**BEST** usage guidance — over 400 notes



THIRD EDITION

NOR 0000340

**Ab·o** or **ab·o** (ăb′ō) *n., pl.* **-os.** *Offensive Slang.* Used as a disparaging term for an Australian aborigine.

**a·board** (ə-bôrd′, ə-bōrd′) *adv.* **1.** On board a passenger vehicle. **2.** In or into a group, organization, or business. **3.** *Baseball.* On base. — *prep.* On board of; on; in. [ME *abord:* a-, on; see A-² + *bord*, ship (< OE *bord*).]

**a·bode** (ə-bōd′) *v.* A p.t. and p.part. of **abide.** — *n.* **1.** A dwelling place; a home. **2.** The act of abiding; a sojourn. [ME *abod,* home < *abiden,* to wait. See ABIDE.]

**ab·ohm** (ă-bōm′) *n.* The centimeter-gram-second electromagnetic unit of resistance, equal to one billionth of an ohm.

**a·bol·ish** (ə-bŏl′ĭsh) *tr.v.* **-ished, -ish·ing, -ish·es. 1.** To do away with; annul. **2.** To destroy completely. [ME *abolisshen* < OFr. *abolir, aboliss-* < Lat. *abolēre.* See al-²*.] — **a·bol′ish·a·ble** *adj.* — **a·bol′ish·er** *n.* — **a·bol′ish·ment** *n.*

**ab·o·li·tion** (ăb′ə-lĭsh′ən) *n.* **1.** The act of doing away with or the state of being done away with; annulment. **2.** Abolishment of slavery. [Lat. *abolitiō, abolitiōn-* < *abolitus,* p.part. of *abolēre,* to abolish. See ABOLISH.] — **ab′o·li′tion·ar′y** (-lĭsh′ə-nĕr′ē) *adj.*

**ab·o·li·tion·ism** (ăb′ə-lĭsh′ə-nĭz′əm) *n.* Advocacy of the abolition of slavery. — **ab′o·li′tion·ist** *n.*

**ab·o·ma·sum** (ăb′ō-mā′səm) *n., pl.* **-sa** (-sə). The fourth division of the stomach in ruminant animals, in which digestion takes place. — **ab′o·ma′sal** (-səl) *adj.*

**A-bomb** (ā′bŏm′) *n.* See **atom bomb** 1.

**a·bom·i·na·ble** (ə-bŏm′ə-nə-bəl) *adj.* **1.** Unequivocally detestable; loathsome. **2.** Thoroughly unpleasant or disagreeable. [ME *abhominable* < OFr. < Lat. *abōminābilis* < *abōminārī,* to abhor. See ABOMINATE.] — **a·bom′i·na·bly** *adv.*

**abominable snowman** *n.* A hairy humanlike animal reportedly inhabiting the high Himalaya Mountains.

**a·bom·i·nate** (ə-bŏm′ə-nāt′) *tr.v.* **-nat·ed, -nat·ing, -nates.** To detest thoroughly; abhor. [Lat. *abōminārī, abōmināt-,* to deprecate as a bad omen : *ab-,* away; see AB-¹ + *ōmen,* omen.] — **a·bom′i·na′tor** *n.*

**a·bom·i·na·tion** (ə-bŏm′ə-nā′shən) *n.* **1.** Abhorrence; disgust. **2.** A cause of abhorrence or disgust.

**ab·o·ral** (ă-bôr′əl, ăb-ōr′-) *adj.* Located opposite to or away from the mouth.

**ab·o·rig·i·nal** (ăb′ə-rĭj′ə-nəl) *adj.* **1.** Having existed in a region from the beginning. **2.** Of or relating to aborigines. — *n.* An aborigine. — **ab′o·rig′i·nal·ly** *adv.*

**ab·o·rig·i·ne** (ăb′ə-rĭj′ə-nē) *n.* **1.** A member of the indigenous or earliest known population of a region. **2. aborigines.** The flora and fauna native to a geographic area. [< Lat. *aborīginēs,* original inhabitants : *ab-,* from; see AB-¹ + *orīgine,* ablative of *orīgō,* beginning; see ORIGIN.]

**a·born·ing** (ə-bôr′nĭng) *adv.* While coming into being or getting under way.

**a·bort** (ə-bôrt′) *v.* **a·bort·ed, a·bort·ing, a·borts.** — *intr.* **1.** To give birth before the embryo or fetus is capable of surviving on its own; miscarry. **2.** To cease growth before full development or maturation. **3.** To terminate an operation or procedure before completion. — *tr.* **1.a.** To cause to terminate pregnancy prematurely, before the embryo or fetus is viable. **b.** To cause the expulsion of (a nonviable embryo or fetus). **2.** To interfere with the development of; conclude prematurely: *abort plans for a corporate takeover.* **3.** To terminate before completion: *abort a takeoff.* **4.** To stop the progress of (a disease, for example). — *n.* **1.** The act of terminating an operation or procedure before completion. **2.** *Comp. Sci.* A procedure to terminate execution of a program when an unrecoverable error or malfunction occurs. [Lat. *abortāre,* freq. of *aborīrī, abort-,* to disappear, miscarry : *ab-,* away; see AB-¹ + *orīrī,* to appear; see er-¹*.]

**a·bor·ti·fa·cient** (ə-bôr′tə-fā′shənt) *adj.* Causing abortion. — *n.* A substance or device used to induce abortion.

**a·bor·tion** (ə-bôr′shən) *n.* **1.** Induced termination of pregnancy and expulsion of an embryo or fetus that is incapable of survival. **2.** A miscarriage. **3.** Cessation of normal growth, esp. of a body part, prior to full development or maturation. **4.** An aborted organism. **5.** Something malformed or incompletely developed; a monstrosity.

**a·bor·tion·ist** (ə-bôr′shə-nĭst) *n.* One who performs abortions.

**a·bor·tive** (ə-bôr′tĭv) *adj.* **1.** Failing to accomplish an intended objective; fruitless. **2.** *Biol.* Partially or imperfectly developed. — **a·bor′tive·ly** *adv.* — **a·bor′tive·ness** *n.*

**ABO system** *n.* A classification system for human blood that identifies four major blood types, A, B, AB, and O, based on the presence or absence of two antigens, A and B, on red blood cells.

**a·bou·li·a** (ə-bōō′lē-ə, ə-byōō′-) *n.* Var. of **abulia.**

**a·bound** (ə-bound′) *intr.v.* **a·bound·ed, a·bound·ing, a·bounds. 1.** To be great in number or amount. **2.** To be fully supplied or filled. See Syns at **teem¹.** [ME *abounden* < OFr. *abonder* < Lat. *abundāre,* to overflow : *ab-,* away; see AB-¹ + *undāre,* to flow (< *unda,* wave; see wed-¹*.)]

**a·bout** (ə-bout′) *adv.* **1.** Approximately; nearly: *about an hour.* **2.** Almost: *The job is about done.* **3.** To a reversed position or direction. **4.** In no particular direction: *wandering about.* **5.** All around; on every side: *look about for help.* **6.** In the area or vicinity; near: *spoke to spectators standing about.* **7.** In succession; one after another: *Turn about is fair play.* — *prep.* **1.** On all sides of; surrounding. **2.** In the vicinity of; around: *explored the streams about the estate.* **3.** Almost the same as; close to; near. **4.a.** In reference to; relating to; concerned with: *a book about snakes.* **b.** In the act or process of: *While you're about it, please clean your room.* **5.** In the possession or innate character of: *Keep your wits about you.* **6.a.** Ready or prepared to do something: *The chorus is about to sing.* **b.** Used with a negative to indicate strong intention. — *adj.* **1.** Moving here and there; astir: *The patient is up and about.* **2.** Being in evidence or existence: *Rumors are about concerning his resignation.* [ME < OE *onbūtan:* on, in; see ON + *būtan,* outside; see ud-*.]

**a·bout-face** (ə-bout′fās′) *n.* **1.a.** The act of pivoting to face in the opposite direction from the original. **b.** A military command to turn clockwise 180°. **2.** A total change of attitude or viewpoint. — **a·bout′-face′** *v.*

**a·bove** (ə-bŭv′) *adv.* **1.** On high; overhead: *the clouds above.* **2.** In heaven; heavenward. **3.a.** Upstairs: *in the dining room above.* **b.** To a degree that is over zero: *15° above.* **4.** In or to a higher place. **5.** In an earlier part of a given text. **6.** In or to a higher rank or position: *the ranks of major and above.* — *prep.* **1.** Over or higher than. **2.** Superior to in rank, position, or number; greater than: *put principles above expediency.* **3.** Beyond the level or reach of: *heard above the music.* **4.** In preference to. **5.** Too honorable to bend to: *above petty intrigue.* **6.** More than: *above normal temperature.* — *n. Usage Problem.* An earlier part of a given text. — *adj.* Appearing earlier in the same text: *the above interpretation.* [ME *above* < OE *abufan:* a-, on; see A-² + *būfan,* above; see upo*.]

**Usage Note:** In general writing the use of *above* as an adjective in referring to a preceding text (*the above figures*) was accepted by a majority of the Usage Panel in an earlier survey, but its use as a noun (*read the above*) was accepted by only a minority. These uses are most common in business and legal writing.

**above all** *adv.* Over and above all other considerations.

**a·bove·board** (ə-bŭv′bôrd′, -bōrd′) *adv. & adj.* Without deceit or trickery; straightforward in manner. [Originally a gambling term referring to the fact that a gambler could not engage in trickery when the hands were above the gaming table.]

**a·bove·ground** (ə-bŭv′ground′) *adj.* **1.** Situated on or above the surface of the ground. **2.** Operating or existing within the establishment or in accordance with conventional standards: *the aboveground press.* — **a·bove′ground′** *adv.*

**abp.** or **Abp.** *abbr.* Archbishop.

**abr.** *abbr.* **1.** Abridged. **2.** Abridgment.

**ab·ra·ca·dab·ra** (ăb′rə-kə-dăb′rə) *n.* **1.** A magical charm or incantation having the power to ward off disease or disaster. **2.** Foolish or unintelligible talk. [LLat., magical formula.]

**a·brad·ant** (ə-brād′nt) *n.* An abrasive. — *adj.* Abrasive.

**a·brade** (ə-brād′) *tr.v.* **a·brad·ed, a·brad·ing, a·brades. 1.** To wear down or rub away by friction; erode. **2.** To make weary through constant irritation; wear down spiritually. [Lat. *abrādere,* to scrape off : *ab-,* away; see AB-¹ + *rādere,* to scrape; see rēd-*.]

**A·bra·ham** (ā′brə-hăm′). In the Bible, the first patriarch and progenitor of the Hebrew people.

**ab·ra·sion** (ə-brā′zhən) *n.* **1.** The process of wearing down or rubbing away by means of friction. **2.a.** A scraped or worn area. **b.** A scraped area on the skin or on a mucous membrane, resulting from injury or irritation. [Med.Lat. *abrāsiō, abrāsiōn-* < Lat. *abrāsus,* p.part. of *abrādere,* to scrape off. See ABRADE.]

**ab·ra·sive** (ə-brā′sĭv, -zĭv) *adj.* **1.** Causing abrasion. **2.** Harsh and rough in manner. — *n.* A substance that abrades. — **a·bra′sive·ly** *adv.* — **a·bra′sive·ness** *n.*

**ab·re·act** (ăb′rē-ăkt′) *tr.v.* **-act·ed, -act·ing, -acts.** To release (repressed emotions) by acting out, as in behavior or the imagination, the situation causing the conflict. [Transl. of Ger. *abreagieren: ab-,* away + *reagieren,* to react.] — **ab′re·ac′tion** *n.*

**a·breast** (ə-brĕst′) *adv.* **1.** Side by side: *ships docked two abreast.* **2.** Up to date with: *keeping abreast of the news.*

**a·bridge** (ə-brĭj′) *tr.v.* **a·bridged, a·bridg·ing, a·bridg·es. 1.** To reduce the length of (a written text); condense. **2.** To cut short; curtail. [ME *abregen* < OFr. *abregier* < LLat. *abbreviāre,* to shorten. See ABBREVIATE.] — **a·bridg′er** *n.*

**a·bridg·ment** also **a·bridge·ment** (ə-brĭj′mənt) *n.* **1.** The act of abridging or the state of being abridged. **2.** A written text that has been abridged.

**a·broach** (ə-brōch′) *adj.* **1.** Opened or positioned so that a liquid, such as wine, can be let out. **2.** In a state of action; astir. [ME *aброche:* a-, on, in; see A-² + *broche,* a pointed object, spigot; see BROACH¹.]

**a·broad** (ə-brôd′) *adv. & adj.* **1.** Out of one's own country. **2.** In a foreign country or countries. **3.** Away from one's home. **4.** In circulation; at large. **5.** Covering a large area; widely. **6.** Not on target; in error. — *n.* A foreign country or countries in which to live or travel: *"Do you like abroad or*

ABRACADABRA
ABRACADABR
ABRACADAB
ABRACADA
ABRACAD
ABRACA
ABRAC
ABRA
ABR
AB
A

abracadabra

path of the object ball after impact. — *phrasal verbs.* **follow along.** To move or proceed in unison or in accord with an example. **follow through. 1.** *Sports.* To carry a stroke to natural completion after hitting or releasing a ball or other object. **2.** To carry an act, a project, or an intention to completion; pursue fully. **follow up. 1.** To carry to completion; follow through on. **2.** To increase the effectiveness or enhance the success of by further action. — *idioms.* **as follows.** As will be stated next. Used to introduce a specified enumeration, explanation, or command. **follow (one's) nose. 1.** To move straight ahead or in a direct path. **2.** *Informal.* To be guided by instinct. **follow suit. 1.** *Games.* To play a card of the same suit as the one led. **2.** To do as another has done; follow an example. [ME *folowen* < OE *folgian*.]

  **Syns:** *follow, succeed, ensue, result, supervene.* These verbs mean to come after something or someone. *Follow* can refer to coming after in time or order, as a consequence or result, or by the operation of logic: *Night follows day.* To *succeed* is to come next after another, especially in planned order determined by considerations such as rank, inheritance, or election: *"The son of a mandarin has no prescriptive right to succeed his father"* (H.G. Wells). *Ensue* usually applies to what follows as a consequence or by way of logical development: *Rioting ensued after the demonstration. Result* implies that what follows is caused by what has preceded: *Failure to file an income tax return can result in a fine. Supervene,* in contrast, refers to something that has little relation to what has preceded and is often unexpected: *"A bad harvest supervened"* (Charlotte Brontë).

  **Usage Note:** *As follows* (not *as follow*) is the established form of the idiom, no matter whether the noun that precedes it is singular or plural: *The regulations are as follows.*

**fol·low·er** (fŏl′ō-ər) *n.* **1.** One who subscribes to the teachings or methods of another; an adherent: *a follower of Gandhi.* **2.** A servant; a subordinate. **3.** A fan; an enthusiast. **4.** One that imitates or copies another. **5.** A machine element moved by another machine element.

**fol·low·er·ship** (fŏl′ō-ər-shĭp′) *n.* **1.** The act or condition of following a leader. **2.** A group of followers; a following.

**fol·low·ing** (fŏl′ō-ĭng) *adj.* **1.** Coming next in time or order. **2.** Now to be enumerated: *The following may come.* **3.** Blowing in the same direction as the course of a ship or an aircraft. Used of wind or seas. — *n.* A group or gathering of admirers, adherents, or disciples. — *prep.* Subsequent to; after.

**fol·low-on** (fŏl′ō-ŏn′, -ôn′) *adj.* Following as a related or consequent aspect or development. — **fol′low-on′** *n.*

**follow shot** *n.* **1.** A shot in a movie in which the camera moves to follow a moving subject. **2.** *Games.* A follow in billiards.

**fol·low-through** or **fol·low·through** (fŏl′ō-thrōō′) *n.* **1.** The act or an instance of following through. **2.** *Sports.* The concluding part of a stroke, as after a ball has been hit.

**fol·low-up** or **fol·low·up** (fŏl′ō-ŭp′) — *n.* **1.** The act or an instance of following up, as to review new developments. **2.** One that follows up, as to further an end. **3.** A news article or report adding information on a previously reported item. — *adj.* Intended to follow up, as to reinforce or evaluate previous action.

**fol·ly** (fŏl′ē) *n., pl.* **-lies. 1.** A lack of good sense, understanding, or foresight. **2.a.** An act or instance of foolishness. **b.** A costly undertaking having an absurd or ruinous outcome. **3. follies.** *(used with a sing. or pl. v.)* An elaborate theatrical revue consisting of music, dance, and skits. **4.** *Obsolete.* **a.** Perilously or criminally foolish action. **b.** Evil; wickedness. **c.** Lewdness; lasciviousness. [ME *folie* < OFr. < *fol,* foolish < LLat. *follis,* windbag, fool. See FOOL.]

**Fol·som** (fŏl′səm) *adj.* Of or relating to a western North American culture flourishing east of the Rocky Mountains in the late Pleistocene Period and notable for its leaf-shaped flint projectile points. [After *Folsom,* a town of NE NM.]

**Fo·mal·haut** (fō′məl-hôt′) *n.* The brightest star in the constellation Piscis Austrinus. [Ar. *fum al-ḥūt,* mouth of the fish, Fomalhaut.]

**fo·ment** (fō-mĕnt′) *tr.v.* **-ment·ed, -ment·ing, -ments. 1.** To promote the growth of; incite. **2.** To treat (the skin, for example) by fomentation. [ME *fomenten,* to apply warm liquids to the skin, ult. < Lat. *fōmentum,* poultice < *\*fovementum* < *fovēre,* to warm.] — **fo·ment′er** *n.*

**fo·men·ta·tion** (fō′mən-tā′shən, -mĕn-) *n.* **1.** The act of fomenting; incitement. **2.a.** A substance or material used as a warm moist medicinal compress; a poultice. **b.** The therapeutic application of warmth and moisture, as to relieve pain.

**Fon** (fŏn) *n., pl.* **Fon** or **Fons. 1.** A member of a people of Benin and neighboring parts of Nigeria. **2.** The Gbe language of the Fon.

**fond**[1] (fŏnd) *adj.* **fond·er, fond·est. 1.** Having a strong liking, inclination, or affection. **2.** Affectionate; tender: *a fond embrace.* **3.** Immoderately affectionate or indulgent; doting. **4.** Cherished; dear: *my fondest hopes.* **5.** *Archaic.* Naively credulous or foolish. [ME *fonned,* foolish, prob. < p.part. of *fonnen,* to be foolish, prob. < *fonne,* fool.] — **fond′ly** *adv.*

**fond**[2] (fŏnd) *n.* The background of a design in lace. [Fr. < OFr. *fonds, fond* < Lat. *fundus,* bottom.]

**Fon·da** (fŏn′də), **Henry.** 1905–82. Amer. actor noted for films such as *The Grapes of Wrath* (1940) and *On Golden Pond* (1981). His daughter **Jane** (b. 1937) won Academy Awards for *Klute* (1971) and *Coming Home* (1978).

**fon·dant** (fŏn′dənt) *n.* **1.** A sweet creamy sugar paste used in candies and icings. **2.** A candy containing this paste. [Fr. < pr.part. of *fondre,* to melt < Lat. *fundere.* See **gheu-**\*.]

**Fond du Lac** (fŏn′ də lăk′, dyə). A city of E WI at the S end of Lake Winnebago SSE of Oshkosh. Pop. 37,757.

**fon·dle** (fŏn′dl) *v.* **-dled, -dling, -dles.** — *tr.* **1.** To handle, stroke, or caress, usu. lovingly. **2.** *Obsolete.* To treat with indulgence and solicitude; pamper. — *intr.* To show fondness or affection by caressing. [Freq. of FOND[1], to show fondness for (obsolete).] — **fon′dler** *n.*

**fond·ness** (fŏnd′nĭs) *n.* **1.** Warm affection or liking. See Syns at **love. 2.** A strong inclination or preference; a taste: *a fondness for sweets.* **3.** *Archaic.* Naive trustfulness; credulity.

**fon·due** also **fon·du** (fŏn-dōō′, -dyōō′) *n.* **1.a.** A hot dish made of melted cheese and wine and eaten with bread. **b.** A similar dish, esp. one consisting of a melted sauce in which pieces of food, such as bread or meat, are dipped or cooked. **2.** A soufflé usu. made with cheese and bread crumbs. [Fr. < fem. p.part. of *fondre,* to melt. See FONDANT.] — **fon·due′** *v.*

**Fon·se·ca** (fŏn-sā′kə, -sĕ′kä), **Gulf of.** An inlet of the Pacific Ocean in W Central America.

**font**[1] (fŏnt) *n.* **1.** A basin for holding baptismal water in a church. **2.** A receptacle for holy water; a stoup. **3.** The oil reservoir in an oil-burning lamp. **4.** An abundant source; a fount: *She was a font of wisdom.* [ME < OE < LLat. *fōns, font-* < Lat., fountain.] — **font′al** (fŏn′tl) *adj.*

**font**[2] (fŏnt) *n. Print.* A set of type of one size and face. [Fr. *fonte,* casting < OFr., ult. < Lat. *fundere,* to pour forth.]

**Fon·taine·bleau** (fŏn′tĭn-blō′, fôn-tĕn-blō′). A town of N France SE of Paris; site of the signing of the revocation of the Edict of Nantes (1685). Pop. 15,679.

**Fon·tan·a** (fŏn-tăn′ə). A city of S CA W of San Bernardino. Pop. 87,535.

**fon·ta·nel** also **fon·ta·nelle** (fŏn′tə-nĕl′) *n.* Any of the soft membranous gaps between the incompletely formed cranial bones of a fetus or an infant. [ME *fontinel* < OFr. *fontanele,* dim. of *fontaine,* fountain. See FOUNTAIN.]

**Fon·tanne** (fŏn-tăn′), **Lynn.** 1887?–1983. British-born Amer. actress who often performed with her husband Alfred Lunt.

**Fon·teyn** (fŏn-tān′), **Dame Margot.** 1919–91. British ballerina noted for her portrayal of Aurora in *Sleeping Beauty.*

**fon·ti·na** (fŏn-tē′nə) *n.* A ripened cheese of variable texture and flavor, originally produced in Italy. [Ital.]

**Foo·chow** (fōō′jō′, -chou′). See **Fuzhou.**

**food** (fōōd) *n.* **1.** Material, usu. of plant or animal origin, that contains or consists of essential body nutrients, such as carbohydrates, fats, proteins, vitamins, or minerals, and is ingested and assimilated by an organism to produce energy, stimulate growth, and maintain life. **2.** A specified kind of nourishment. **3.** Nourishment eaten in solid form. **4.** Something that nourishes or sustains in a way suggestive of physical nourishment. [ME *fode* < OE *fōda.* See **pā-**\*.]

**food chain** *n.* A succession of organisms in an ecological community that constitutes a continuation of food energy from one organism to another as each consumes a lower member and in turn is preyed upon by a higher member.

**food cycle** *n.* See **food web.**

**food·ie** (fōō′dē) *n. Slang.* A person who has an ardent or refined interest in food; a gourmet.

**food poi·son·ing** (poi′zə-nĭng) *n.* **1.** An acute, often severe gastrointestinal disorder characterized by vomiting and diarrhea and caused by eating food contaminated with bacteria, esp. bacteria of the genus *Salmonella.* **2.** Poisoning caused by ingesting substances that contain natural toxins.

**food processor** *n.* An appliance consisting of a container housing interchangeable rotating blades and used for preparing foods, as by shredding, slicing, chopping, or blending.

**food pyramid** *n. Ecol.* A graphic representation of the structure of a food chain, depicted as a broad-based pyramid formed by producers tapering to a point formed by end consumers.

**food stamp** *n.* A stamp or coupon, issued by the government to people with low incomes, redeemable for food at stores.

**food·stuff** (fōōd′stŭf′) *n.* A substance that can be used or prepared for use as food.

**food vacuole** *n. Biol.* A vacuole in which phagocytized food is digested.

**food web** *n.* A complex of interrelated food chains in an ecological community.

**foo·fa·raw** (fōō′fə-rô′) *n.* **1.** Excessive or flashy ornamentation. **2.** A fuss over a trifling matter. [Prob. < Sp. *fanfarrón,* boaster, and < Fr. *frou-frou,* rustling, both of imit. orig.]

**fool** (fōōl) *n.* **1.** One who is regarded as deficient in judgment, sense, or understanding. **2.** One who acts unwisely on a given occasion. **3.** One who has been tricked or made to appear ridiculous; a dupe. **4.** *Informal.* A person with a talent or an enthusiasm for a certain activity. **5.** A member of a royal or noble household who provided entertainment, as with jokes or antics; a jester. **6.** A dessert made of stewed or puréed fruit

---

**529**

**follower**

**fool**



**font**[1]
Baptismal font

food processor

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

**Stress marks:**
′ (primary);
′ (secondary), as in
**dictionary** (dĭk′shə-nĕr′ē)

**982**

**paisley**

**paleolith**


paisley


Pakistan


palapa
Meetinghouse, Saleaula
Village, Savaii Island


pale[1]

**pais·ley** (pāz′lē) *adj.* **1.** Made of a soft wool fabric with a colorful, woven or printed swirled pattern of abstract curved shapes. **2.** Marked with this pattern. — *n., pl.* **-leys.** An article of clothing made of paisley fabric. [After PAISLEY.]

**Pais·ley** (pāz′lē). A burgh of SW Scotland W of Glasgow; became famous in the 19th cent. for its colorful patterned shawls. Pop. 86,100.

**Pai·ute** also **Pi·ute** (pī′yōōt′) *n., pl.* **Paiute** or **-utes** also **Piute** or **-utes. 1.** A member of a Native American people occupying eastern Oregon, western Nevada, and adjacent areas of northeast California. **2.** A member of a Native American people occupying southern Utah and Nevada, northern Arizona, and adjacent areas of southeast California.

**pa·ja·ma** (pə-jä′mə, -jăm′ə) *n.* **1.** A loose-fitting garment consisting of trousers and a jacket, worn for sleeping or lounging. Often used in the plural. **2.** Loose-fitting trousers worn in the Far East by men and women. Often used in the plural. [Hindi *pāijāma,* loose-fitting trousers : Pers. *pāī,* leg (< MPers.; see **ped-**\*) + Pers. *jāmah,* garment.]

**Pak.** *abbr.* Pakistan.

**pak choi** (bŏk′ choi′) *n.* Var. of **bok choy.**

**Pak·i·stan** (păk′ĭ-stăn′, pä′kĭ-stän′). A country of S Asia; home of a prehistoric Indus Valley civilization that flourished until overrun by Aryans c. 1500 B.C. Pakistan passed to the British as part of India and became a separate Muslim state in 1947. Cap. Islamabad. Pop. 83,782,000. — **Pak′i·stan′i** (-stăn′ē, -stä′nē) *adj. & n.*

**pal** (păl) *Informal.* — *n.* A friend; a chum. — *intr.v.* **palled, pal·ling, pals.** To associate as friends or chums. Often used with *around.* [Romany *phral, phal;* akin to Skt. *bhrātā,* brother. See **bhrāter-**\*.] — **pal′ly** *adj.*

**Pal.** *abbr.* Palestine.

**pal·ace** (păl′ĭs) *n.* **1.** An official royal residence. **2.** *Chiefly British.* The official residence of a high dignitary, such as a bishop. **3.a.** A large or splendid residence. **b.** A large, often gaudy building used for entertainment or exhibitions. [ME < OFr. *palais* < *Palātium,* Palatine, imperial residence.]

**pal·a·din** (păl′ə-dĭn) *n.* **1.** A paragon of chivalry; a heroic champion. **2.** A strong supporter or defender of a cause. **3.** Any of the 12 peers of Charlemagne's court. [Fr. < Ital. *paladino* < LLat. *palātīnus,* palatine. See PALATINE[1].]

**palae-** or **palaeo-** *pref.* Var. of **paleo-.**

**pa·laes·tra** (pə-lĕs′trə) *n.* Var. of **palestra.**

**pal·an·quin** also **pal·an·keen** (păl′ən-kēn′) *n.* A covered litter carried on poles on the shoulders of two or four men, formerly used in eastern Asia. [Port. *palanquim* < Javanese *pĕlangki* < Pali *pallaṅko* < Skt. *palyaṅkah,* bed.]

**pa·la·pa** (pə-lä′pə) *n.* An open-sided structure with a thatched roof of dried palm leaves. [Perh. < Am.Sp., a palm tree.]

**pal·at·a·ble** (păl′ə-tə-bəl) *adj.* **1.** Acceptable to the taste; sufficiently agreeable in flavor to be eaten. **2.** Acceptable or agreeable to the mind or sensibilities. — **pal′at·a·bil′i·ty, pal′at·a·ble·ness** *n.* — **pal′at·a·bly** *adv.*

**pal·a·tal** (păl′ə-təl) *adj.* **1.** Of or relating to the palate. **2.** *Ling.* **a.** Produced with the front of the tongue near or against the hard palate, as the (y) in English *young.* **b.** Produced with the blade of the tongue near the hard palate, as the (ch) in English *chin.* **c.** Produced with the front of the tongue in a forward position. Used of a vowel. — *n. Ling.* A palatal sound. — **pal′a·tal·ly** *adv.*

**pal·a·tal·ize** (păl′ə-tə-līz′) *tr.v.* **-ized, -iz·ing, -iz·es.** *Ling.* To pronounce as or alter to a palatal sound. — **pal′a·tal·i·za′tion** (-tə-lĭ-zā′shən) *n.*

**pal·ate** (păl′ĭt) *n.* **1.** The roof of the mouth in vertebrates having separate oral and nasal cavities and consisting of the hard palate and the soft palate. **2.** The sense of taste. [ME < OFr. *palat* < Lat. *palātum,* perh. of Etruscan origin.]

**pa·la·tial** (pə-lā′shəl) *adj.* **1.** Of or suitable for a palace: *palatial furnishings.* **2.** Of the nature of a palace, as in spaciousness: *a palatial yacht.* [< Lat. *Palātium,* imperial residence. See PALACE.] — **pa·la′tial·ly** *adv.* — **pa·la′tial·ness** *n.*

**pa·lat·i·nate** (pə-lăt′n-āt′, -ĭt) *n.* The office, powers, or territory of a palatine.

**Pa·lat·i·nate** (pə-lăt′n-ĭt). Either of two historical districts and former states of S Germany: the **Lower Palatinate** in SW Germany between Luxembourg and the Rhine R. and the **Upper Palatinate** in E Bavaria.

**pal·a·tine**[1] (păl′ə-tīn′) *n.* **1.a.** A soldier of the imperial palace guard formed under Diocletian. **b.** A Roman soldier in the time of Constantine I. **2.** Used as a title for various administrative officials of the late Roman and Byzantine empires. **3.** A feudal lord exercising sovereign power over his lands. — *adj.* **1.** Belonging to or fit for a palace. **2.** Of or relating to a palatine or palatinate. [< ME, ruled by an independent lord < OFr. *palatin* < LLat. *palātīnus,* palace official < Lat. *palātīnus* < *Palātium,* imperial residence. See PALACE.]

**pal·a·tine**[2] (păl′ə-tīn′) *adj.* **1.** Of or relating to the palate. **2.** Of or relating to either of two bones that make up the hard palate. — *n.* Either of the palatine bones.

**Pal·a·tine**[1] (păl′ə-tīn′). The most important of the seven hills of ancient Rome; traditionally the earliest to be settled and later the site of many imperial palaces. — **Pal′a·tine** *adj.*

**Pal·a·tine**[2] (păl′ə-tīn′). A village of NE IL, a suburb of Chicago. Pop. 39,253.

**Pa·lau** (pä-lou′, pə-) also **Be·lau** (bə-). A group of about 200 islands in the Caroline Is. of the W Pacific; self-governing under a compact of free association with the U.S.

**pa·lav·er** (pə-lăv′ər, -lä′vər) *n.* **1.a.** Idle chatter. **b.** Talk intended to charm or beguile. **2.** *Obsolete.* A parley between European explorers and representatives of local populations, esp. in Africa. — *v.* **-ered, -er·ing, -ers.** — *tr.* To flatter or cajole. — *intr.* To chatter idly. [Port. *palavra,* speech, alteration of LLat. *parabola,* speech, parable. See PARABLE.]

**Pa·la·wan** (pə-lä′wən, pä-lä′wän). A long narrow island of the SW Philippines N of Borneo between the Sulu Sea and the **Palawan Passage** of the South China Sea.

**pa·laz·zo** (pə-lät′sō) *n., pl.* **-zi** (-sē) or **-zos.** A large splendid residence or public building, such as a palace or museum. [Ital. < Lat. *Palātium,* imperial residence. See PALACE.]

**pale**[1] (pāl) *n.* **1.** A stake or pointed stick; a picket. **2.** A fence enclosing an area. **3.** The area enclosed by a fence or boundary. **4.** *Her.* A wide vertical band in the center of an escutcheon. **5. Pale.** The medieval English dominions in Ireland. — *tr.v.* **paled, pal·ing, pales.** To enclose with pales; fence in. — **Idiom. beyond the pale.** Irrevocably unacceptable or unreasonable. [ME < OFr. *pal* < Lat. *pālus.* See **pag-**\*.]

**pale**[2] (pāl) *adj.* **pal·er, pal·est. 1.** Whitish in complexion; pallid. **2.** *Color.* **a.** Of a low intensity of color; light. **b.** Having high lightness and low saturation. **3.** Of a low intensity of light; dim or faint. **4.** Feeble; weak: *a pale rendition of the aria.* — *v.* **paled, pal·ing, pales.** — *tr.* To cause to turn pale. — *intr.* **1.** To become pale; blanch. **2.** To decrease in relative importance. [ME < OFr. < Lat. *pallidus* < *pallēre,* to be pale. See **pel-**[1]\*.] — **pale′ly** *adv.* — **pale′ness** *n.*

**pale-** *pref.* Var. of **paleo-.**

**pa·le·a** (pā′lē-ə) *n., pl.* **-le·ae** (-lē-ē′). **1.** A small chafflike bract enclosing the flower of a grass. **2.** The chaffy scales on the receptacle of a flower head in a plant of the composite family, such as the sunflower. [Lat., chaff.]

**Pa·le·arc·tic** (pā′lē-ärk′tĭk, -är′tĭk) *adj.* Of or relating to the biogeographic region that includes Europe, the northwest coast of Africa, and Asia north of the Himalaya Mountains, esp. with respect to distribution of animals.

**pa·le·eth·nol·o·gy** (pā′lē-ĕth-nŏl′ə-jē) *n., pl.* **-gies.** The ethnology of early human beings. — **pa′le·eth′no·log′ic** (-ĕth′nə-lŏj′ĭk), **pa′le·eth′no·log′i·cal** (-ĭ-kəl) *adj.*

**pale·face** (pāl′fās′) *n. Offensive Slang.* A white person.

**Pa·lem·bang** (pä′lem-bäng′, -lĕm-). A city of Indonesia on SE Sumatra; center of a powerful Hindu kingdom in the 7th and 8th centuries. Pop. 787,187.

**Pa·len·que** (pä-lĕng′kĕ). An ancient Mayan city of S Mexico SE of Villahermosa; noted for its Temple of Inscriptions.

**paleo-** or **pale-** or **palaeo-** or **palae-** *pref.* **1.** Ancient; prehistoric; old: *paleobotany.* **2.** Early; primitive: *paleoanthropology.* [Gk. *palaio-* < *palaios,* ancient < *palai,* long ago. See **kʷel-**[2]\*.]

**pa·le·o·an·throp·ic** (pā′lē-ō-ăn-thrŏp′ĭk) *adj.* Of or relating to extinct members of the genus *Homo.*

**pa·le·o·an·thro·pol·o·gy** (pā′lē-ō-ăn′thrə-pŏl′ə-jē) *n.* The study of humanlike creatures more primitive than *Homo sapiens.* — **pa′le·o·an′thro·po·log′ic** (-pə-lŏj′ĭk), **pa′le·o·an′thro·po·log′i·cal** (-ĭ-kəl) *adj.* — **pa′le·o·an′thro·pol′o·gist** *n.*

**pa·le·o·bi·o·chem·is·try** (pā′lē-ō-bī′ō-kĕm′ĭ-strē) *n., pl.* **-tries. 1.** The biochemistry of fossil organisms. **2.** The study of the development and evolution of biochemicals and biochemical processes. — **pa′le·o·bi′o·chem′i·cal** (-ĭ-kəl) *adj.*

**pa·le·o·bi·o·ge·og·ra·phy** (pā′lē-ō-bī′ō-jē-ŏg′rə-fē) *n.* The study of the geographic distribution of fossil organisms. — **pa′le·o·bi′o·ge′o·graph′ic** (-jē′ə-grăf′ĭk), **pa′le·o·bi′o·ge′o·graph′i·cal** (-ĭ-kəl) *adj.*

**pa·le·o·bot·a·ny** (pā′lē-ō-bŏt′n-ē) *n.* The paleontology of plant fossils and ancient vegetation. — **pa′le·o·bo·tan′ic** (-bə-tăn′ĭk), **pa′le·o·bo·tan′i·cal** (-ĭ-kəl) *adj.* — **pa′le·o·bo·tan′i·cal·ly** *adv.* — **pa′le·o·bot′a·nist** *n.*

**Pa·le·o·cene** (pā′lē-ə-sēn′) *adj.* Of, belonging to, or being the geologic time of the earliest epoch of the Tertiary Period, characterized by the appearance of placental mammals. See table at **geologic time.** — *n.* The Paleocene Epoch or its deposits.

**pa·le·o·e·col·o·gy** (pā′lē-ō-ĭ-kŏl′ə-jē) *n.* The branch of ecology that deals with the interaction between ancient or prehistoric organisms and their environment. — **pa′le·o·ec′o·log′i·cal** (-ĕk′ə-lŏj′ĭ-kəl, -ē′kə-), **pa′le·o·ec′o·log′ic** (-lŏj′ĭk) *adj.* — **pa′le·o·e·col′o·gist** *n.*

**pa·le·og·ra·phy** (pā′lē-ŏg′rə-fē) *n.* **1.** The study and scholarly interpretation of ancient documents. **2.** The documents so studied. — **pa′le·og′ra·pher** *n.* — **pa′le·o·graph′ic** (-ə-grăf′ĭk), **pa′le·o·graph′i·cal** (-ĭ-kəl) *adj.*

**Pa·le·o·In·di·an** (pā′lē-ō-ĭn′dē-ən) *adj.* Of or relating to prehistoric human culture in the Western Hemisphere from the earliest habitation to around 5000 B.C. — **Pa′le·o·In′di·an** *n.*

**pa·le·o·lith** (pā′lē-ə-lĭth′) *n.* A stone implement of the Paleolithic Age. [Back-formation < PALEOLITHIC.]

**plaster of Par·is** (păr′ĭs) *n.* Any of a group of gypsum cements, made up essentially of hemihydrated calcium sulfate, $CaSO_4 \cdot \frac{1}{2}H_2O$, a powder that forms a paste when mixed with water and hardens into a solid, used in making casts, molds, and sculpture. [ME, after Paris[2], France.]

**plas·ter·work** (plăs′tər-wûrk′) *n.* Construction or ornamental work done with plaster.

**plas·tic** (plăs′tĭk) *adj.* **1.** Capable of being shaped or formed. **2.** Relating to or dealing with shaping or modeling. **3.** Having the qualities of sculpture; well-formed. **4.** Giving form or shape to a substance. **5.** Easily influenced; impressionable. **6.** Made of a plastic or plastics. **7.** *Phys.* Capable of undergoing continuous deformation without rupture or relaxation. **8.** *Biol.* Capable of building tissue; formative. **9.** Marked by artificiality or superficiality; synthetic. **10.** *Informal.* Of or obtained by means of credit cards. — *n.* **1.** Any of various organic compounds produced by polymerization and capable of being molded, extruded, cast into shapes and films, or drawn into filaments used as textile fibers. **2.** An object or objects made of plastic. **3.** *Informal.* A credit card or credit cards. [Lat. *plasticus* < Gk. *plastikos* < *plastos*, molded < *plassein*, to mold. See **pelə-²*.**] — **plas′ti·cal·ly** *adv.* — **plas·tic′i·ty** (plăs-tĭs′ĭ-tē) *n.*

**-plastic** *suff.* Forming; growing; changing; developing: *metaplastic*. [Gk. *plastikos*, fit for molding. See PLASTIC.]

**plastic explosive** *n.* A moldable explosive substance used in bombs detonated by fuse or electrical impulse.

**plas·ti·cize** (plăs′tĭ-sīz′) *tr. & intr. v.* **-cized, -ciz·ing, -ciz·es.** To make or become plastic. — **plas′ti·ci·za′tion** (-sĭ-zā′shən) *n.*

**plas·ti·ciz·er** (plăs′tĭ-sī′zər) *n.* Any of various substances added, as to plastics, for softness or pliability.

**plastic surgery** *n.* Surgery to remodel, repair, or restore body parts, esp. by the transfer of tissue. — **plastic surgeon** *n.*

**plas·tid** (plăs′tĭd) *n.* Any of several pigmented cytoplasmic organelles found in plant cells and other organisms and having various functions such as food synthesis and storage. [< Gk. *plastis, plastid-*, fem. of *plastēs*, molder < *plastos*, molded. See PLASTIC.] — **plas·tid′i·al** (plăs-tĭd′ē-əl) *adj.*

**plas·tron** (plăs′trən) *n.* **1.** A metal breastplate worn under a coat of mail. **2.** A quilted pad worn by fencers to protect the torso and side. **3.** A trimming on a bodice. **4.** The front of a man's dress shirt. **5.** *Zool.* The ventral part of the shell of a turtle or tortoise. [Fr. < OFr. < OItal. *piastrone*, aug. of *piastra*, thin metal plate. See PIASTER.] — **plas′tral** (-trəl) *adj.*

**-plasty** *suff.* Molding or forming surgically; plastic surgery: *dermatoplasty*. [Gk. *-plastia* < *plastos*, molded < *plassein*, to mold. See **pelə-²*.**]

**-plasy** *suff.* Var. of **-plasia.**

**plat¹** (plăt) *tr.v.* **plat·ted, plat·ting, plats.** To plait or braid. — *n.* A braid. [ME *platen*, alteration of *plaiten*, to fold, braid. See PLAIT.]

**plat²** (plăt) *n.* **1.** A piece of land; a plot. **2.** A map showing actual or planned features, such as streets. — *tr.v.* **plat·ted, plat·ting, plats.** To make a plat of. [ME, prob. alteration (influenced by *plat*, something flat) of *plot*. See PLOT.]

**plat.** *abbr.* **1.** Plateau. **2.** Platform. **3.** Platoon.

**Pla·ta** (plä′tə, -tä), **Río de la.** A wide estuary of SE South America between Argentina and Uruguay formed by the Paraná and Uruguay rivers and opening on the Atlantic.

**Pla·tae·a** (plə-tē′ə). An ancient city of Greece SW of Thebes; site of a Greek victory over the Persians in 479 B.C.

**plat du jour** (plä′ də zhŏŏr′) *n., pl.* **plats du jour** (plä′ də zhŏŏr′). A featured dish of the day at a restaurant. [Fr. : *plat*, plate + *du*, of the + *jour*, day.]

**plate** (plāt) *n.* **1.** A smooth, flat, thin, rigid body of uniform thickness. **2.a.** A sheet of hammered, rolled, or cast metal. **b.** A very thin applied or deposited coat of metal. **3.a.** A flat piece of metal forming part of a machine: *a boiler plate.* **b.** A flat piece of metal on which something is engraved. **4.a.** A thin piece of metal used for armor. **b.** Armor made of such pieces. **5.** *Print.* **a.** A sheet of metal, rubber, or other material prepared for use as a printing surface, such as an electrotype. **b.** A print of a woodcut or other engraved material, esp. when reproduced in a book. **c.** A full-page book illustration, often in color and printed on paper different from that used on the text pages. **6.** *Photography.* A light-sensitive sheet of glass or metal on which a photographic image can be recorded. **7.** *Dentistry.* A thin metallic or plastic support fitted to the gums to anchor artificial teeth. **8.** *Archit.* In wood-frame construction, a horizontal member, capping the exterior wall studs, upon which the roof rafters rest. **9.** *Baseball.* Home plate. **10.a.** A shallow dish for food. **b.** The contents of such a dish. **c.** A whole course served on such a dish. **11.** Service and food for one person at a meal. **12.** Household articles, such as hollowware, covered with a precious metal, such as gold. **13.** A dish passed, as in a congregation, for offerings. **14.** *Sports.* **a.** A dish or other article of silver or gold offered as a prize. **b.** A contest, esp. a horserace, offering such a prize. **15.** A thin cut of beef from the brisket. **16.** *Anat. & Zool.* **a.** A thin flat layer or scale, as that of a fish. **b.** A platelike part, organ, or structure, such as that covering some reptiles. **17.** *Elect.* **a.** An electrode, as in a storage battery or capacitor. **b.** The anode in an electron tube. **18.** *Geol.* In the theory of plate tectonics, one of the sections into which the earth's crust is divided that are in constant motion relative to each other. — *tr.v.* **plat·ed, plat·ing, plates. 1.** To coat or cover with a thin layer of metal. **2.** To cover with armor plate. **3.** *Print.* To make a plate from. **4.** To give a glossy finish to (paper) by pressing between metal sheets or rollers. [ME < OFr. < fem. of *plat*, flat < VLat. *\*plattus* < Gk. *platus*. See **plat-*.**] — **plat′er** *n.*

**pla·teau** (plă-tō′) *n., pl.* **-teaus** or **-teaux** (-tōz′). **1.** An elevated, relatively level expanse of land; a tableland. **2.** A relatively stable level, period, or state. — *intr.v.* **-teaued, -teau·ing, -teaus.** To reach a stable level; level off. [Fr. < OFr. *platel*, platter < *plat*, flat. See PLATE.]

**plat·ed** (plā′tĭd) *adj.* **1.** Coated with a thin adherent layer of metal. Often used in combination: *a gold-plated pen.* **2.** Covered with protective plates or sheets of metal. Often used in combination: *a steel-plated safe.* **3.** Knitted with two kinds of yarn, one on the face and one on the back.

**plate·ful** (plāt′fŏŏl′) *n., pl.* **-fuls. 1.** The amount that a plate can hold. **2.** A generous portion of food.

**plate glass** *n.* A strong rolled and polished glass containing few impurities, used for mirrors and large windows.

**plate·let** (plāt′lĭt) *n.* A minute disklike cytoplasmic body in the blood plasma of mammals that promotes blood clotting.

**plat·en** (plăt′n) *n.* **1.** The roller in a typewriter that serves as the backing for the paper against which the type bars strike. **2.** *Comp. Sci.* The roller in a computer printer against which the print head strikes. **3.** A flat plate or rolling cylinder in a printing press that positions the paper and holds it against the inked type. [ME *plateine, paten* < OFr. *platine*, metal plate < *plat*, flat. See PLATE.]

**plate proof** *n. Print.* A proof taken from a master plate.

**plate tectonics** *n.* **1.** *(used with a sing. v.)* A theory of global dynamics holding that the movement of a small number of semirigid sections of the earth's crust, at whose margins seismic activity and volcanism occur, causes continental drift and changes the shape and size of ocean basins and continents. **2.** *(used with a sing. or pl. v.)* The dynamics of plate movement. — **plate′-tec·ton′ic** (plāt′těk-tŏn′ĭk) *adj.*

**plat·form** (plăt′fôrm′) *n.* **1.a.** A horizontal surface raised above the level of the adjacent area, as a stage for public speaking. **b.** A vessel, such as a submarine, from which weapons can be deployed. **c.** An oil platform. **2.** A place, a means, or an opportunity for public expression of opinion. **3.** A vestibule at the end of a railway car. **4.** A formal declaration of the principles on which a group makes its appeal to the public. **5.a.** A thick layer, as of cork, between the inner and outer soles of a shoe, giving added height. **b.** A shoe having such a construction. [Fr. *plate-forme*, diagram < OFr. : *plat*, flat; see PLATE + *forme*, form (< Lat. *forma*).]

**platform bed** *n.* A bed consisting of a mattress on a platform supported by legs, with available space on the floor beneath.

**platform scale** *n.* An industrial weighing instrument consisting of a platform coupled to an automatic system of levers and adjustable weights, used to weigh large or heavy objects.

**platform tennis** *n. Sports.* An outdoor court game played with paddles and a rubber ball on a raised and fenced wooden floor that is smaller than a tennis court.

**Plath** (plăth), **Sylvia.** 1932–63. Amer. writer whose poems are noted for their images of alienation.

**pla·ti·na** (plə-tē′nə) *n.* Platinum, esp. as found naturally in impure form. [Sp., dim. of *plata*, silver, plate < VLat. *\*plattus*. See PLATE.]

**plat·ing** (plā′tĭng) *n.* **1.** A thin layer of metal deposited on or applied to a surface. **2.** A coating of metal sheets or plates.

**pla·tin·ic** (plə-tĭn′ĭk) *adj.* Of, relating to, or containing platinum, esp. with valence 4.

**plat·i·nize** (plăt′n-īz′) *tr.v.* **-nized, -niz·ing, -niz·es.** To electroplate with platinum.

**platino–** or **platini–** or **platin–** *pref.* Platinum: *platinotype*. [< PLATINUM.]

**plat·i·no·cy·a·nide** (plăt′n-ō-sī′ə-nīd′) *n.* A double salt of platinous cyanide and another cyanide.

**plat·i·noid** (plăt′n-oid′) *adj.* Resembling platinum. — *n.* **1.** An alloy of copper, nickel, tungsten, and zinc, formerly used in electric coils. **2.** A metal chemically resembling platinum, esp. osmium, iridium, or palladium.

**plat·i·no·type** (plăt′n-ō-tīp′) *n.* **1.** A process formerly used for making photographic prints, using a platinum salt and an iron salt in the sensitizing solution to produce prints in platinum black. **2.** A print produced by platinotype.

**plat·i·nous** (plăt′n-əs) *adj.* Of, relating to, or containing platinum, esp. with valence 2.

**plat·i·num** (plăt′n-əm) *n.* **1.** *Symbol* Pt A ductile malleable metallic element usu. occurring mixed with other metals such as iridium, osmium, or nickel and used as a catalyst and in electrical components, jewelry, dentistry, and electroplating. Atomic number 78; atomic weight 195.09; melting point 1,772°C; boiling point 3,827°C; specific gravity 21.45; valence 2, 3, 4. See table at **element. 2.** *Color.* A medium to

---

**1047**

**plaster of Paris**

**platinum**



plastron
Fencer wearing a plastron



Sylvia Plath
Photographed in 1955

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

dehumidifying agent, as a catalyst and catalyst carrier, as an anticaking agent in cosmetics, and in chromatography.

**sil•i•cate** (sĭl′ĭ-kāt′, -kĭt) *n.* **1.** Any of numerous compounds containing silicon, oxygen, and one or more metals. **2.** Any of a large group of minerals, forming over 90 percent of the earth's crust, that combine $SiO_2$ or $SiO_4$ ions with one or more metals.

**si•li•ceous** (sĭ-lĭsh′əs) *adj.* Containing, resembling, relating to, or consisting of silica. [< Lat. *siliceus*, of flint < *silex*, *silic-*, flint.]

**silici–** or **silic–** *pref.* **1.** Silicon: *silicate.* **2.** Silica: *silicify.* [< SILICON and SILICA.]

**si•lic•ic** (sĭ-lĭs′ĭk) *adj.* Relating to, resembling, containing, or derived from silica or silicon.

**silicic acid** *n.* A jellylike substance, $SiO_2 \cdot nH_2O$, produced when sodium silicate solution is acidified.

**sil•i•cide** (sĭl′ĭ-sīd′) *n.* A compound of silicon with another element or radical.

**si•lic•i•fy** (sĭ-lĭs′ə-fī′) *v.* **-fied, -fy•ing, -fies.** — *tr.* To convert into or impregnate with silica. — *intr.* To become converted into or impregnated with silica. — **si•lic′i•fi•ca′tion** (-fĭ-kā′shən) *n.*

**sil•i•cle** (sĭl′ĭ-kəl) *n. Bot.* A short silique usu. having a length less than three times its width. [Lat. *silicula*, dim. of *siliqua*, seed pod.]

**sil•i•con** (sĭl′ĭ-kən, -kŏn′) *n. Symbol* **Si** A nonmetallic element occurring extensively in the earth's crust in silica and silicates, having both an amorphous and a crystalline allotrope and used in glass, semiconducting devices, refractories, pottery, and silicones. Atomic number 14; atomic weight 28.086; melting point 1,410°C; boiling point 2,355°C; specific gravity 2.33; valence 4. See table at **element.** [< SILICA.]

**silicon carbide** *n.* A crystalline compound, SiC, one of the hardest known substances, used as an abrasive and heat-refractory material and in light-emitting diodes.

**silicon dioxide** *n.* Silica.

**sil•i•cone** (sĭl′ĭ-kōn′) *n.* Any of a group of semi-inorganic polymers of siloxane, characterized by high lubricity and thermal stability, extreme water repellence, and physiological inertness and used in adhesives, lubricants, paints, insulation, synthetic rubber, surgical implants, and prosthetics.

**Sil•i•con Valley** (sĭl′ĭ-kən, -kŏn′). A region of W CA SE of San Francisco known for its high-technology industries.

**sil•i•co•sis** (sĭl′ĭ-kō′sĭs) *n.* A disease of the lungs caused by continued inhalation of siliceous dust, marked by fibrosis and chronic shortness of breath. — **sil′i•cot′ic** (-kŏt′ĭk) *adj.*

**si•lique** (sĭ-lēk′) *n.* A dry dehiscent elongated fruit, characteristic of the mustard family, having two valves. [Fr. < OFr. < Lat. *siliqua*, seed pod.] — **sil′i•quous** (sĭl′ĭ-kwəs), **sil′i•quose** (-kwōs′) *adj.*

**silk** (sĭlk) *n.* **1.a.** A fiber produced by certain insect larvae to form cocoons, esp. the strong elastic fibrous secretion of silkworms used to make thread and fabric. **b.** Thread or fabric made of silk. **c.** A garment made of silk. **2. silks.** *Sports.* The identifying garments of a jockey or harness driver. **3.** A silky filamentous material, such as the webbing spun by certain spiders or the styles forming a tuft on an ear of corn. — *adj.* Composed of or similar to silk. — *intr.v.* **silked, silk•ing, silks.** To develop silk. Used of corn. [ME < OE *sioloc*, prob. of Slav. orig., ult. from Chin.]

**silk cotton** *n.* A silky fiber on the seeds of certain trees.

**silk-cot•ton tree** (sĭlk′kŏt′n) *n.* **1.** A spiny deciduous North American tree (*Ceiba pentandra*) having palmately compound leaves and cultivated for its fruit that contain the silklike fiber kapok. **2.** Either of two trees (*Bombax ceiba* or *Cochlospermum religiosum*) having seeds surrounded by silky hairs.

**silk•en** (sĭl′kən) *adj.* **1.** Made of silk. **2.** Resembling silk in texture or appearance; smooth and lustrous. **3.** Delicately pleasing or caressing in effect. **4.** Luxurious.

**silk hat** *n.* A man's silk-covered top hat.

**silk oak** *n.* An Australian evergreen tree (*Grevillea robusta*) having divided fernlike leaves and showy orange flowers.

**Silk Road** (sĭlk). An ancient trade route between China and the Mediterranean Sea extending some 6,440 km (4,000 mi) and linking China with the Roman Empire.

**silk-screen** also **silk•screen** (sĭlk′skrēn′) *n.* **1.** A stencil method of printmaking in which a design is imposed on a screen of silk or other fine mesh, with blank areas coated with an impermeable substance, and ink is forced through the mesh onto the printing surface. **2.** A print made by this method. — **silk′-screen′** *v.*

**silk stocking** *n.* A wealthy, aristocratic, or elegantly dressed person.

**silk-stock•ing** (sĭlk′stŏk′ĭng) *adj.* Wealthy; aristocratic.

**silk tree** *n.* An Asian tree (*Albizzia julibrissin*) having pinnately compound leaves and pinkish flowers with many filaments.

**silk•weed** (sĭlk′wēd′) *n.* See **milkweed.**

**silk•worm** (sĭlk′wûrm′) *n.* Any of various caterpillars that produce silk cocoons, esp. the larva of a moth (*Bombyx mori*) native to Asia that spins a cocoon of fine, strong, lustrous fiber that is the source of commercial silk.

**silk•y** (sĭl′kē) *adj.* **-i•er, -i•est. 1.** Resembling silk; lustrous. **2.** Made of silk; silken. **3.** Covered with or characterized by fine soft hairs or feathers: *a silky chick.* **4.** Ingratiating; seductive. — **silk′i•ly** *adv.* — **silk′i•ness** *n.*

**silky terrier** *n.* A toy terrier characterized by long silky bluish-gray hair, tan markings, and erect ears.

**sill** (sĭl) *n.* **1.** The horizontal member that bears the upright portion of a frame, esp. that forming the base of a window. **2.** *Geol.* An approximately horizontal sheet of igneous rock intruded between older rock beds. [ME *sille* < OE *syll*, threshold.]

**Sill** (sĭl), **Mount.** A peak, 4,316.7 m (14,153 ft), in the Sierra Nevada of E-central CA.

**sil•la•bub** (sĭl′ə-bŭb′) *n.* Var. of **syllabub.**

**Sil•lan•pää** (sĭl′ən-pă′), **Frans Eemil.** 1888–1964. Finnish writer who won the 1939 Nobel Prize for literature.

**Sills** (sĭlz), **Beverly.** b. 1929. Amer. soprano who was the general director of the New York City Opera (1980–89).

**sil•ly** (sĭl′ē) *adj.* **-li•er, -li•est. 1.** Exhibiting a lack of wisdom or good sense; foolish. **2.** Lacking seriousness or responsibleness; frivolous. **3.** Semiconscious; dazed. [ME *seli, silli,* blessed, innocent, hapless < OE *gesǣlig,* blessed.] — **sil′li•ly** (sĭl′ə-lē) *adv.* — **sil′li•ness** *n.*

**si•lo** (sī′lō) *n., pl.* **-los. 1.a.** A tall cylindrical structure, usu. beside a barn, in which fodder is stored. **b.** A pit dug for the same purpose. **2.** An underground shelter for a missile, usu. equipped to launch the missile or raise it into a launching position. — *tr.v.* **-loed, -lo•ing, -los.** To store in a silo. [Sp.]

**Si•lo•ne** (sĭ-lō′nē, sē-lô′nĕ), **Ignazio.** 1900–78. Italian novelist whose works include *Bread and Wine* (1937).

**si•lox•ane** (sĭ-lŏk′sān′, sī-) *n.* Any of a class of chemical compounds of silicon, oxygen, and usu. carbon and hydrogen, based on the structural unit $R_2SiO$, where R is an alkyl group, usu. methyl. [SIL(ICON) + OX(YGEN) + (METH)ANE.]

**silt** (sĭlt) *n.* A sedimentary material consisting of very fine particles intermediate in size between sand and clay. — *v.* **silt•ed, silt•ing, silts.** — *intr.* To become filled with silt: *The channel silted up.* — *tr.* To fill, cover, or obstruct with silt. [ME *cylte,* prob. of Scand. orig. See sal-*.] — **silt•a′tion** *n.* — **silt′y** *adj.*

**silt•stone** (sĭlt′stōn′) *n.* A fine-grained rock of consolidated silt.

**Sil•u•res** (sĭl′yə-rēz′) *pl.n.* A people described by Tacitus as occupying southeast Wales when the Romans invaded. [Lat.]

**Si•lu•ri•an** (sĭ-lo͝or′ē-ən, sī-) *adj.* **1.** Of or relating to the Silures or their culture. **2.** *Geol.* Of, belonging to, or being the geologic time of the third period of the Paleozoic Era, characterized by the appearance of invertebrate land animals and land plants. See table at **geologic time.** — *n. Geol.* The Silurian Period or its deposits. [< SILURES (because the Silures lived where the rocks were first identified).]

**si•lu•rid** (sĭ-lo͝or′ĭd, sī-) *adj.* Of or belonging to the family Siluridae, which includes various freshwater catfishes. [< NLat. *Silūridae,* family name < Lat. *silūrus,* a large freshwater fish < Gk. *silouros,* sheatfish. See ors-*.] — **si•lu′rid** *n.*

**sil•va** also **syl•va** (sĭl′və) *n., pl.* **-vas** or **-vae** (-vē). **1.** The trees or forests of a region. **2.** A written work on the trees or forests of a region. [Lat., forest.]

**sil•van** (sĭl′vən) *adj. & n.* Var. of **sylvan.**

**Sil•va•nus** also **Syl•va•nus** (sĭl-vā′nəs) *n. Rom. Myth.* A god of forests, fields, and herding.

**sil•ver** (sĭl′vər) *n.* **1.** *Symbol* **Ag** A lustrous ductile malleable metallic element, occurring both uncombined and in ores such as argentite, having the highest thermal and electrical conductivity of the metals and used in jewelry, tableware, coinage, photography, dental and soldering alloys, electrical contacts, and printed circuits. Atomic number 47; atomic weight 107.868; melting point 960.8°C; boiling point 2,212°C; specific gravity 10.50; valence 1, 2. See table at **element. 2.** This metallic element as a commodity or medium of exchange. **3.** Coins made of this metallic element. **4.a.** Domestic articles, such as tableware, made of or plated with silver. **b.** Tableware, esp. eating and serving utensils, made of steel or another metal. **5.** *Color.* A lustrous medium gray. **6.** A silver salt, esp. silver nitrate, used to sensitize paper. — *adj.* **1.** Made of or containing silver. **2.** Resembling silver, esp. in having a lustrous shine; silvery. **3.** *Color.* Of a lustrous medium gray. **4.** Having a soft, clear, resonant sound. **5.** Eloquent; persuasive. **6.** Favoring the adoption of silver as a standard of currency. **7.** Of or constituting a 25th anniversary. — *v.* **-vered, -ver•ing, -vers.** — *tr.* **1.** To cover, plate, or adorn with silver or a similar lustrous substance. **2.** To give a silver color to. **3.** To coat (photographic paper) with a film of silver nitrate or other silver salt. — *intr.* To become silvery. [ME < OE *siolfor, seolfor,* prob. ult. < Akkadian *ṣarpu,* refined silver < *ṣarāpu,* to smelt, refine.]

**silver age** *n.* A period of history secondary in achievement to that of a golden age.

**sil•ver•back** (sĭl′vər-băk) *n.* A mature male gorilla having silvery white hair across the back.

**sil•ver•bell tree** (sĭl′vər-bĕl′) *n.* Any of several trees or shrubs of the genus *Halesia,* esp. *H. carolina* of the southeast United States, having drooping, bell-shaped white flowers.

**sil•ver•ber•ry** (sĭl′vər-bĕr′ē) *n.* **1.** A northeast North Amer-



silk-cotton tree
*Ceiba pentandra*



Beverly Sills



silo

ă pat    oi boy
ā pay    ou out
âr care  o͝o took
ä father o͞o boot
ĕ pet    ŭ cut
ē be     ûr urge
ĭ pit    th thin
ī pie    *th* this
îr pier  hw which
ŏ pot    zh vision
ō toe    ə about,
ô paw       item

Stress marks:
′ (primary);
′ (secondary), as in
dictionary (dĭk′shə-nĕr′ē)

NOR 0000345

# THE AMERICAN HERITAGE® COLLEGE DICTIONARY

THIRD EDITION



HOUGHTON MIFFLIN COMPANY
*Boston • New York*

NOR 0000503

**flat silver** *n.* Utensils made of silver or silver plate.
**flat·ten** (flăt´n) *v.* **-tened, -ten·ing, -tens.** — *tr.* **1.** To make flat or flatter. **2.** To knock down; lay low. — *intr.* To become flat or flatter. — **flat´ten·er** *n.*
**flat·ter**[1] (flăt´ər) *v.* **-tered, -ter·ing, -ters.** — *tr.* **1.** To compliment excessively and often insincerely, esp. in order to win favor. **2.** To please or gratify the vanity of. **3.a.** To portray favorably: *a photograph that flatters its subject.* **b.** To show to be becoming or advantageous. — *intr.* To practice flattery. [ME *flateren* < OFr. *flater*, of Gmc. orig. See **plat-**.*] — **flat´ter·er** *n.* — **flat´ter·ing·ly** *adv.*
**flat·ter**[2] (flăt´ər) *n.* **1.** A flat-faced swage or hammer used by blacksmiths. **2.** A die plate for flattening metal into strips.
**flat·ter·y** (flăt´ə-rē) *n.*, *pl.* **-ies. 1.** The act or practice of flattering. **2.** Excessive or insincere praise.
**flat·tish** (flăt´ĭsh) *adj.* Somewhat flat.
**flat·top** (flăt´tŏp´) *n.* *Informal.* **1.** An aircraft carrier. **2.** A short haircut in which the hair is brushed straight up and clipped flat across the top.
**flat·u·lence** (flăch´ə-ləns) *n.* **1.** The presence of excessive gas in the digestive tract. **2.** Self-importance; pomposity.
**flat·u·len·cy** (flăch´ə-lən-sē) *n.* Flatulence.
**flat·u·lent** (flăch´ə-lənt) *adj.* **1.** Of, afflicted with, or caused by flatulence. **2.** Inducing or generating flatulence. **3.** Pompous; bloated. [Fr. < Lat. *flātus*, fart. See FLATUS.] — **flat´u·lent·ly** *adv.*
**flat·us** (flā´təs) *n.* Gas generated in or expelled from the digestive tract, esp. the stomach or intestines. [Lat. *flātus*, wind, fart < *flāre*, to blow. See **bhlē-**.*]
**flat·ware** (flăt´wâr´) *n.* **1.** Tableware that is fairly flat and fashioned usu. of a single piece, as plates. **2.** Table utensils such as knives, forks, and spoons.
**flat·wise** (flăt´wīz´) also **flat·ways** (-wāz´) *adv.* With the flat side down or in contact with a surface.
**flat·work** (flăt´wûrk´) *n.* Laundry, such as sheets and linens, that can be ironed by a mangle rather than by hand.
**flat·worm** (flăt´wûrm´) *n.* Any of various parasitic and nonparasitic worms of the phylum Platyhelminthes, such as a tapeworm, having a flat, bilaterally symmetrical body.
**Flau·bert** (flō-bâr´), **Gustave.** 1821–80. French writer considered a forerunner of naturalism whose works include *Madame Bovary* (1857). — **Flau·ber´tian** (-shən, -tē-ən) *adj.*
**flaunt** (flônt) *v.* **flaunt·ed, flaunt·ing, flaunts.** — *tr.* **1.** To exhibit ostentatiously or shamelessly. **2.** *Usage Problem.* To show contempt for; scorn. — *intr.* **1.** To parade oneself ostentatiously; show oneself off. **2.** To wave grandly. [?] — **flaunt´er** *n.* — **flaunt´ing·ly** *adv.*
  **Usage Note:** *Flaunt* as a transitive verb means "to exhibit ostentatiously": *She flaunted her diamonds.* To *flout* is "to show contempt for": *She flouted the proprieties.* For some time now *flaunt* has been used in the sense "to show contempt for," even by educated users of English. This usage is still widely seen as erroneous and is best avoided.
**flaunt·y** (flôn´tē) *adj.* **-i·er, -i·est.** Inclined to flaunt; ostentatious. — **flaunt´i·ly** *adv.* — **flaunt´i·ness** *n.*
**flau·ta** (flou´tə) *n.* A tortilla rolled around a filling such as beef or cheese into a flutelike shape and usu. deep-fried. [Sp., lit. flute, prob. < OProv. *flaüt*. See FLUTE.]
**flau·tist** (flô´tĭst, flou´-) *n.* *Mus.* A flutist. [Ital. *flautista* < *flauto*, flute < OProv. *flaüt*. See FLUTE.]
**fla·va·none** (flā´və-nōn´) *n.* A crystalline compound, $C_{15}H_{12}O_2$, derived from flavone. [FLAV(O)- + -AN(E) + -ONE.]
**fla·ves·cent** (flə-vĕs´ənt) *adj.* Turning yellow; yellowish. [Lat. *flāvēscēns, flāvēscent-*, pr.part. of *flāvēscere*, to turn yellow, inchoative of *flāvēre*, to be yellow < *flāvus*, yellow. See **bhel-**[1].*]
**fla·vin** (flā´vĭn) also **fla·vine** (-vēn´) < *flavin´* **1.** Any of various water-soluble yellow pigments, including riboflavin, found in plant and animal tissue as coenzymes of flavoprotein. **2.** A ketone, $C_{15}H_6N_4O_2$, found in various natural yellow pigments.
**flavin adenine dinucleotide** *n.* A coenzyme, $C_{27}H_{33}N_9O_{15}P_2$, that is a derivative of riboflavin and functions in certain oxidation-reduction reactions in the body.
**flav·ine** (flā´vēn´) *n.* A brownish-red crystalline powder, $C_{14}H_{13}N_3Cl_2$, used as an antiseptic.
**flavin mononucleotide** *n.* A derivative of riboflavin, $C_{17}H_{21}N_4O_9P$, that functions as a coenzyme of various flavoproteins in some bodily oxidation-reduction reactions.
**flavo-** or **flav-** *pref.* **1.** Yellow: *flavin.* **2.** Flavin: *flavoprotein.* [Lat. *flāvus*, yellow. See **bhel-**[1].]
**fla·vone** (flā´vōn´) *n.* A crystalline compound, $C_{15}H_{10}O_2$, the parent substance of a number of yellow pigments, occurring in primrose leaves, seed capsules, and stems.
**fla·vo·noid** (flā´və-noid´) *n.* Any of a large group of plant substances that includes the anthocyanins.
**fla·vo·pro·tein** (flā´vō-prō´tēn´, -tē-ĭn) *n.* Any of a group of enzymes containing flavin bound to protein and acting as dehydrogenation catalysts in biological reactions.
**fla·vor** (flā´vər) *n.* **1.** Distinctive taste; savor. **2.** A distinctive intangible quality felt to be characteristic of a given thing.

**3.** A flavoring: *artificial flavors.* **4.** *Phys.* The property that distinguishes the six quark varieties: up, down, strange, charmed, top, and bottom. **5.** *Archaic.* Aroma; fragrance. — *tr.v.* **-vored, -vor·ing, -vors.** To give flavor to. [ME *flavour*, aroma < OFr. *flaor* < VLat. *flātor* < Lat. *flāre*, to blow. See **bhlē-**.*] — **fla´vor·er** *n.* — **fla´vor·less** *adj.* — **fla´vor·ous** (-əs), **fla´vor·some** (-səm), **fla´vor·y** *adj.*
**fla·vor·ful** (flā´vər-fəl) *adj.* Full of flavor; savory.
**fla·vor·ing** (flā´vər-ĭng) *n.* A substance that imparts flavor.
**fla·vor·ist** (flā´vər-ĭst) *n.* One who blends artificially isolated chemicals to create the taste and smell of a particular food.
**fla·vour** (flā´vər) *n. & v. Chiefly British.* Var. of **flavor.**
**flaw**[1] (flô) *n.* **1.** An imperfection, often concealed, that impairs soundness: *a flaw in the crystal.* **2.** A defect or shortcoming in something intangible: *a character flaw.* **3.** A defect in a legal document that can render it invalid. — *tr. & intr.v.* **flawed, flaw·ing, flaws.** To make or become defective. [ME *flawe*, splinter, perh. < ON *flaga*, slab of stone. See **plāk-**[1].]
**flaw**[2] (flô) *n.* **1.a.** A brief gust or blast of wind. **b.** A passing storm; a squall. **2.** *Obsolete.* A burst of passion. [Prob. of Scand. orig.; akin to Swed. *flaga*, gust of wind.] — **flaw´y** *adj.*
**flaw·less** (flô´lĭs) *adj.* Being entirely without flaw or imperfection; perfect. See Syns at **perfect.** — **flaw´less·ly** *adv.* — **flaw´less·ness** *n.*
**flax** (flăks) *n.* **1.a.** Any of several plants of the genus *Linum*, esp. the widely cultivated *L. usitatissimum* having blue flowers, seeds that yield linseed oil, and slender stems. **b.** The fine light-colored textile fiber obtained from the stems of this plant. **c.** Any of several similar plants. **2.** *Color.* A pale grayish yellow. [ME < OE *fleax.* See **plek-**.*]
**flax·en** (flăk´sən) *adj.* **1.** Made of or resembling flax. **2.** Having the pale grayish-yellow color of flax fiber: *flaxen braids.*
**flax·seed** (flăks´sēd´) *n.* The seed of flax, the source of linseed oil and emollient medicinal preparations.
**flax·y** (flăk´sē) *adj.* **-i·er, -i·est.** Resembling flax.
**flay** (flā) *tr.v.* **flayed, flay·ing, flays. 1.** To strip off the skin or outer covering of. **2.** To strip of money or goods; fleece. **3.** To whip or lash. **4.** To assail with stinging criticism; excoriate. [ME *flen* < OE *flēan.*] — **flay´er** *n.*
**F layer** *n.* **1.** The highest zone of the ionosphere, extending at night from about 190 to 400 kilometers (120 to 250 miles) and during the day from about 145 to 400 kilometers (90 to 250 miles) above the earth's surface. **2.** Either of two layers, the lower designated $F_1$ and the higher $F_2$, into which the F layer is divided during the day.
**fld.** *abbr.* Field.
**fl dr** *abbr.* Fluid dram.
**flea** (flē) *n.* **1.** Any of various small wingless bloodsucking insects of the order Siphonaptera that have legs adapted for jumping and are parasitic on warm-blooded animals. **2.** Any of various small crustaceans that resemble or move like fleas, such as the water flea. — *idiom.* **a flea in (one's) ear.** An annoying hint or a stinging rebuke. [ME *fle* < OE *flēah.*]
**flea·bag** (flē´băg´) *n. Informal.* A seedy run-down hotel or other lodging place.
**flea·bane** (flē´bān´) *n.* Any of various plants of the genus *Erigeron*, having many-rayed daisylike flower heads.
**flea beetle** *n.* Any of various small herbivorous beetles of the subfamily Alticinae that have hind legs adapted for jumping.
**flea·bite** (flē´bīt´) *n.* **1.a.** The bite of a flea. **b.** The small red mark of a flea's bite. **2.** A trifling loss, inconvenience, or annoyance.
**flea-bit·ten** (flē´bĭt´n) *adj.* **1.** Covered with fleas or fleabites. **2.** *Informal.* Seedy; dilapidated: *a flea-bitten couch.* **3.** Having a pale coat with reddish-brown flecks. Used of horses.
**flea collar** *n.* A collar, as for a cat or dog, containing a substance that repels or kills fleas.
**flea market** *n.* A market, usu. held outdoors, where antiques, used household goods, and curios are sold.
**flea·pit** (flē´pĭt´) *n. Chiefly British.* A cheap or squalid theater.
**flèche** (flĕsh, flăsh) *n.* A slender spire, esp. one on a church above the intersection of the nave and transepts. [Fr., arrow, flèche < OFr., arrow, of Gmc. orig. See **pleu-**.*]
**flé·chette** (flā-shĕt´, flē-) *n.* A steel missile or dart dropped from an aircraft. [Fr., dim. of *flèche*, arrow. See FLÈCHE.]
**fleck** (flĕk) *n.* **1.** A tiny mark or spot. **2.** A small bit or flake. — *tr.v.* **flecked, fleck·ing, flecks.** To spot or streak. [Prob. < ME *flekked*, spotted; akin to ON *flekkr*, spot.]
**flec·tion** (flĕk´shən) *n. Anat.* Var. of **flexion 1.**
**fledge** (flĕj) *v.* **fledged, fledg·ing, fledg·es.** — *tr.* **1.** To take care of (a young bird) until it can fly. **2.** To cover with or as if with feathers. **3.** To provide (an arrow) with feathers. — *intr.* To grow the plumage necessary for flight. [Prob. < obsolete *fledge*, feathered < ME *flegge* < OE *flycge.* See **pleu-**.*]
**fledg·ling** also **fledge·ling** (flĕj´lĭng) — *n.* **1.** A young bird that has recently fledged. **2.** A young or inexperienced person. — *adj.* New and untried or inexperienced.
**flee** (flē) *v.* **fled** (flĕd), **flee·ing, flees.** — *intr.* **1.** To run away, as from trouble or danger. **2.** To pass swiftly away; vanish: *"of time fleeing beneath him"* (William Faulkner). — *tr.* To



flax

flèche
Amiens Cathedral, France

| | |
|---|---|
| ă pat | oi boy |
| ā pay | ou out |
| âr care | ŏŏ took |
| ä father | ōō boot |
| ĕ pet | ŭ cut |
| ē be | ûr urge |
| ĭ pit | th thin |
| ī pie | *th* this |
| îr pier | hw which |
| ŏ pot | zh vision |
| ō toe | ə about, |
| ô paw | item |

Stress marks:
´ (primary);
´ (secondary), as in
dictionary (dĭk´shə-nĕr´ē)



solleret
Pair of 1460 Italian sollerets



Solomon Islands²



Solomon's seal

**so·lid·i·ty** (sə-lĭd′ĭ-tē) *n.* **1.** The condition or property of being solid. **2.** Soundness of mind, moral character, or finances.
**solid of revolution** *n. Math.* A volume generated by the rotation of a plane figure about an axis in its plane.
**solid propellant** *n.* A rocket propellant in solid form, combining fuel and oxidizer to form a compact cohesive grain.
**solid solution** *n.* A homogeneous crystalline structure in which two or more types of atoms or molecules share a common lattice, as in certain alloys.
**sol·id-state** (sŏl′ĭd-stāt′) *adj.* **1.** Characteristic of or relating to the physical properties of solid materials, esp. to the electromagnetic properties of crystalline solids. **2.** Based on or consisting of semiconducting materials, components, and related devices.
**sol·i·dus** (sŏl′ĭ-dəs) *n., pl.* **-di** (-dī′). **1.** A gold coin of the Roman Empire used in Europe until the 15th century. **2.** *Print.* A virgule; a slash. [ME < LLat. *(nummus) solidus*, a solid (sesterce) < Lat. *solidus*, solid. See SOLID.]
**so·lil·o·quy** (sə-lĭl′ə-kwē) *n., pl.* **-quies. 1.a.** A dramatic or literary form of discourse in which a character reveals his or her thoughts when alone or unaware of the presence of other characters. **b.** A specific speech or piece of writing in this form of discourse. **2.** The act of speaking to oneself. [LLat. *sōliloquium* : Lat. *sōlus*, alone + Lat. *loquī*, to speak; see **tolkw-**.] —**so·lil′o·quist** (-kwĭst) —**so·lil′o·quiz′er** (-kwī′zər) *n.* —**so·lil′o·quize′** (-kwīz′) *v.*
**So·ling·en** (zō′lĭng-ən). A city of W-central Germany ESE of Düsseldorf; chartered 1374. Pop. 158,418.
**sol·ip·sism** (sŏl′ĭp-sĭz′əm, sō′lĭp-) *n. Philos.* The theory that the self is the only thing that has reality or can be known and verified. [Lat. *sōlus*, alone; see **s(w)e-*** + Lat. *ipse*, self + -ISM.] —**sol′ip·sist** *n.* —**sol′ip·sis′tic** *adj.*
**sol·i·taire** (sŏl′ĭ-târ′) *n.* **1.** A gem, such as a diamond, that is set alone. **2.** *Games.* Any of a number of card games played by one person. **3.** Any of several thrushes of the genus *Myadestes*, found in North and Central America and noted for their beautiful song. [Fr., solitary < OFr. See SOLITARY.]
**sol·i·tar·y** (sŏl′ĭ-tĕr′ē) *adj.* **1.** Existing, living, or going without others; alone. See Syns at ALONE. **2.** Happening, done, or made alone. **3.** Remote from civilization; secluded. **4.** Having no companions; lonesome or lonely. **5.** *Zool.* Living alone or in pairs only. **6.** Single and set apart from others. —*n., pl.* **-ies. 1.** A person who lives alone; a recluse. **2.** Solitary confinement. [ME < OFr. *solitaire* < Lat. *sōlitārius* < *sōlitās*, solitude < *sōlus*, alone. See **s(w)e-***.] —**sol′i·tar′i·ly** (-târ′ə-lē) *adv.* —**sol′i·tar′i·ness** *n.*
**sol·i·tude** (sŏl′ĭ-tōōd′, -tyōōd′) *n.* **1.** The state or quality of being alone or remote from others. **2.** A lonely or secluded place. [ME < OFr. < Lat. *sōlitūdō* < *sōlus*, alone. See **s(w)e-***.]
**sol·i·tud·i·nar·i·an** (sŏl′ĭ-tōōd′n-âr′ē-ən, -tyōōd′-) *n.* One leading a solitary or secluded life. [Lat. *sōlitūdō, sōlitūdin-*, solitude; see SOLITUDE + -ARIAN.]
**sol·ler·et** (sŏl′ə-rĕt′) *n.* A steel shoe made of overlapping plates, forming a part of a medieval suit of armor. [Fr. < OFr., dim. of *soller*, shoe < LLat. *subtēlāris (calceus)*, (shoe gear) for the sole of the foot < *subtēl*, the hollow of the foot : Lat. *sub-*, sub- + Lat. *talus*, ankle; see TALUS¹.]
**sol·mi·za·tion** (sŏl′mĭ-zā′shən) *n. Mus.* The act or a system of using syllables, such as *do*, *re*, and *mi*, to represent the tones of the scale. [Fr. *solmisation* < *solmiser*, to sol-fa : *sol*, note of the scale (< Med.Lat.; see GAMUT) + *mi*, note of the scale (< Med.Lat.; see GAMUT).]
**soln.** *abbr.* Solution.
**so·lo** (sō′lō) *n., pl.* **-los. 1.** *Mus.* A composition or passage for an individual voice or instrument, with or without accompaniment. **2.** A performance by or intended for a single individual. **3.** *Games.* Any of various card games in which one player singly opposes others. —*adj.* **1.** *Mus.* Composed, arranged for, or performed by a single voice or instrument. **2.** Made or done by a single individual. —*adv.* Unaccompanied; alone. —*intr.v.* **-loed, -lo·ing, -los. 1.** To perform a solo. **2.** To fly an airplane without a companion or an instructor, esp. for the first time. [Ital. < Lat. *sōlus*, alone. See **s(w)e-***.]
**so·lo·ist** (sō′lō-ĭst) *n.* One who performs a solo.
**so·lo·is·tic** (sō′lō-ĭs′tĭk) *adj. Mus.* **1.** Of, relating to, or containing a solo or soloist. **2.** Having elements or qualities of or appropriate to a solo or a soloist.
**So·lo man** (sō′lō) *n.* An extinct hominid primate *(Homo soloensis)* known from fossil remains of the late Pleistocene Epoch. [After the *Solo* R. of central Java.]
**Sol·o·mon** (sŏl′ə-mən). fl. 10th cent. B.C. King of Israel famous for his wisdom.
**Sol·o·mon·ic** (sŏl′ə-mŏn′ĭk) *adj.* Exhibiting or requiring the exercise of wisdom, esp. in making difficult decisions.
**Solomon Islands¹.** An island group of the W Pacific E of New Guinea. The N Solomons are part of Papua New Guinea; the S islands are an independent country.
**Solomon Islands².** A country comprising the Solomon Is. SE of Bougainville; a British protectorate after 1893 and independent since 1978. Cap. Honiara. Pop. 212,868.

**Sol·o·mon's feather** (sŏl′ə-mənz) *n.* See **false Solomon's seal.**
**Solomon's plume** *n.* See **false Solomon's seal.**
**Solomon's seal** *n.* **1.** A six-pointed star or hexagram supposed to possess mystical powers. **2.** Any of several plants of the genus *Polygonatum*, having paired drooping flowers.
**so·lon** (sō′lən, -lŏn′) *n.* **1.** A wise lawgiver. **2.** A legislator. [After SOLON.]
**So·lon** (sō′lən, -lŏn′). 638?–559? B.C. Athenian lawgiver and poet whose reforms ended class privilege by birth.
**so long** *interj. Informal.* Used to express good-bye.
**so long as** *conj.* **1.** During the time that; while. **2.** Provided that.
**sol·stice** (sŏl′stĭs, sōl′-, sôl′-) *n.* **1.** *Astron.* Either of two times of the year, the summer solstice or the winter solstice, when the sun is at its greatest distance from the celestial equator. **2.** A highest point or culmination. [ME < OFr. < Lat. *sōlstitium* : *sōl*, sun; see **sāwel-*** + *-stitium*, a stoppage; see **stā-***.] —**sol·sti′tial** (-stĭsh′əl) *adj.*
**sol·u·bil·i·ty** (sŏl′yə-bĭl′ĭ-tē) *n., pl.* **-ties. 1.** The quality or condition of being soluble. **2.** The amount of a substance that can be dissolved in a given amount of solvent.
**sol·u·bi·lize** (sŏl′yə-bə-līz′) *tr.v.* **-ized, -liz·ing, -liz·es.** To make (substances such as fats and lipids) soluble in water by the action of a detergent or similar agent.
**sol·u·ble** (sŏl′yə-bəl) *adj.* **1.** That can be dissolved, esp. easily dissolved: *soluble fats.* **2.** Possible to solve or explain: *soluble mysteries.* [ME < OFr. < LLat. *solūbilis* < Lat. *solvere*, loosen. See **leu-***.] —**sol′u·ble·ness** *n.* —**sol′u·bly** *adv.*
**soluble glass** *n.* See **sodium silicate.**
**soluble RNA** *n.* Transfer RNA.
**so·lum** (sō′ləm) *n., pl.* **-la** (-lə) or **-lums.** The upper layer of a soil profile in which topsoil formation occurs. [Lat., base, ground.]
**so·lus** (sō′ləs) *adv. & adj.* By oneself; alone. Used as a stage direction to a male character. [Lat. *sōlus*, alone. See **s(w)e-***.]
**sol·ute** (sŏl′yōōt, sō′lōōt) *n.* A substance dissolved in another substance. —*adj.* Being in solution; dissolved. [< ME *loose*, porous < Lat. *solūtus*, p.part. of *solvere*, to loosen. See **leu-***.]
**so·lu·tion** (sə-lōō′shən) *n.* **1.a.** A homogeneous mixture of two or more substances, which may be solids, liquids, gases, or a combination of these. **b.** The process of forming such a mixture. **2.** The state of being dissolved. **3.a.** The method or process of solving a problem. **b.** The answer to or disposition of a problem. **4.** *Law.* Payment or satisfaction of a claim or debt. **5.** The act of separating or breaking up; dissolution. [ME < OFr. < Lat. *solūtiō, solūtiōn-* < *solūtus*, p.part. of *solvere*, to loosen. See SOLUTE.]
**So·lu·tre·an** also **So·lu·tri·an** (sə-lōō′trē-ən) *adj.* Of or relating to the Old World Upper Paleolithic culture that succeeded the Aurignacian and was characterized by improved flint implements and stylized symbolic forms of art. [Fr. *solutréen*, after *Solutré-Pouilly*, a village of E-central France.]
**solv·a·ble** (sŏl′və-bəl, sôl′-) *adj.* Possible to solve: *solvable problems.* —**solv′a·bil′i·ty, solv′a·ble·ness** *n.*
**sol·va·tion** (sŏl-vā′shən, sôl-) *n.* Any of a class of chemical reactions in which solute and solvent molecules combine with relatively weak covalent bonds. [SOLV(ENT) + -ATION.]
**Sol·vay process** (sŏl′vā, sôl-vā′) *n.* A process used to produce large quantities of sodium carbonate from sodium chloride, ammonia, and carbon dioxide. [After Ernest *Solvay* (1838–1922), Belgian chemist.]
**solve** (sŏlv, sôlv) *tr.v.* **solved, solv·ing, solves. 1.** To find a solution to. **2.** To work out a correct solution to a problem. [ME *solven*, to loosen < Lat. *solvere*. See **leu-***.] —**solv′er** *n.*
**Syns:** *solve, decipher, resolve, unravel.* The central meaning shared by these verbs is "to clear up or explain something puzzling or unintelligible": *solve a riddle; can't decipher his handwriting; resolve a problem; unravel a mystery.*
**sol·vent** (sŏl′vənt, sôl′-) *adj.* **1.** Capable of meeting financial obligations. **2.** *Chem.* Capable of dissolving another substance. —*n.* **1.** *Chem.* **a.** A substance in which another substance is dissolved, forming a solution. **b.** A substance, usu. liquid, capable of dissolving another substance. **2.** Something that solves or explains. [Fr. < Lat. *solvēns, solvent-*, pr.part. of *solvere*, to loosen. See SOLVE.] —**sol′ven·cy** *n.*
**sol·vol·y·sis** (sŏl-vŏl′ĭ-sĭs, sôl-) *n.* A chemical reaction in which the solute and solvent react to form a new compound. [SOLV(ENT) + -LYSIS.] —**sol′vo·lyt′ic** (-və-lĭt′ĭk) *adj.*
**Sol·way Firth** (sŏl′wā′). An arm of the Irish Sea separating NW England from SW Scotland.
**Sol·zhe·ni·tsyn** (sōl′zhə-nēt′sĭn, səl-zhə-nyē′tsĭn), **Aleksandr Isayevich.** b. 1918. Soviet writer and dissident who won the 1970 Nobel Prize for literature.
**so·ma** (sō′mə) *n., pl.* **-ma·ta** (-mə-tə) or **-mas. 1.** The entire body of an organism, exclusive of the germ cells. **2.** See **cell body. 3.** The body of an individual as contrasted with the mind or psyche. [NLat. *sōma* < Gk., body. See **teuə-***.]
**So·ma·li** (sō-mä′lē) *n., pl.* **Somali** or **-lis. 1.** A member of a Muslim people of Somalia and adjacent parts of Ethiopia, Kenya, and Djibouti. **2.** The Cushitic language of the Somali and an official language of Somalia.

NOR 0000505