# EXHIBIT G

SEVENTH EDITION

# PHARMACEUTICAL DOSAGE FORMS AND DRUG DELIVERY SYSTEMS

Howard C. Ansel

Loyd V. Allen, Jr.

Nicholas G. Popovich



NOR 0000398

**3**

# DOSAGE FORM DESIGN: PHARMACEUTIC AND FORMULATION CONSIDERATIONS

## Chapter at a Glance

The Need for Dosage Forms
General Considerations in Dosage Form
  Design
   *Preformulation Studies*
    Physical Description
    Microscopic Examination
    Melting Point Depression
    The Phase Rule
    Particle Size
    Polymorphism
    Solubility
    Solubility and Particle Size
    Solubility and pH
    Dissolution
    Membrane Permeability
    Partition Coefficient
    pKa/Dissociation Constants
   *Drug and Drug Product Stability*
    Drug Stability: Mechanisms of Degradation

Drug and Drug Product Stability: Kinetics
  and Shelf-Life
Rate Reactions
$Q_{10}$ Method of Shelf-Life Estimation
Enhancing Stability of Drug Products
Stability Testing
Pharmaceutic Ingredients
  *Definitions and Types*
  *Handbook of Pharmaceutical Excipients*
  *Harmonization of Standards*
  *Appearance and Palatability*
    Flavoring and Sweetening Pharmaceuticals
    Coloring
  *Preservatives*
    Sterilization and Preservation
    Preservative Selection
    General Preservative Considerations
    Mode of Action
    Preservative Utilization

DRUG SUBSTANCES are seldom administered alone, but rather as part of a formulation in combination with one or more nonmedical agents that serve varied and specialized pharmaceutical functions. Through selective use of these nonmedicinal agents, referred to as *pharmaceutic ingredients*, dosage forms of various types result. The pharmaceutic ingredients solubilize, suspend, thicken, dilute, emulsify, stabilize, preserve, color, flavor, and fashion medicinal agents into efficacious and appealing dosage forms. Each type of dosage form is unique in its physical and pharmaceutical characteristics. These varied preparations provide the manufacturing and compounding pharmacist with the challenges of formulation and the physician with the choice of drug and drug delivery system to prescribe. The general area of study concerned with the formulation, manufacture, stability, and effectiveness of pharmaceutical dosage forms is termed *pharmaceutics*.

The proper design and formulation of a dosage form requires consideration of the physical, chemical and biological characteristics of all of the drug

NOR 0000399

substances and pharmaceutic ingredients to be used in fabricating the product. The drug and pharmaceutic materials utilized must be compatible with one another to produce a drug product that is stable, efficacious, attractive, easy to administer and safe. The product should be manufactured under appropriate measures of quality control and packaged in containers that contribute to product stability. The product should be labeled to promote correct use and be stored under conditions that contribute to maximum shelf life.

Methods for the preparation of specific types of dosage forms and drug delivery systems are described in subsequent chapters. This chapter presents some general considerations regarding physical pharmacy, drug product formulation and pharmaceutic ingredients.

## The Need for Dosage Forms

The potent nature and low dosage of most of the drugs in use today precludes any expectation that the general public could safely obtain the appropriate dose of a drug from the bulk material. The vast majority of drug substances are administered in milligram quantities, much too small to be weighed on anything but a sensitive laboratory balance. For instance, how could the layperson accurately obtain the 325 mg of aspirin found in the common aspirin tablet from a bulk supply of aspirin? It couldn't be done. Yet, compared with many other drugs, the dose of aspirin is formidable (Table 3.1). For example, the dose of ethinyl estradiol, 0.05 mg, is 1/6500 the amount of aspirin in an aspirin tablet. To put it another way, 6500 ethinyl estradiol tablets, each containing 0.05 mg of drug, could be made from an amount of ethinyl estradiol equal to the amount of aspirin in just one 325 mg aspirin tablet. When the dose of the drug is minute, as that for ethinyl estradiol, solid dosage forms such as tablets and capsules must be prepared with fillers or diluents so that the size of the resultant dosage unit is large enough to pick up with the fingertips.

Besides providing the mechanism for the safe and convenient delivery of accurate dosage, dosage forms are needed for additional reasons:

1. For the protection of a drug substance from the destructive influences of atmospheric oxygen or humidity (e.g., coated tablets, sealed ampuls)
2. For the protection of a drug substance from the destructive influence of gastric acid after oral administration (e.g., enteric-coated tablets)

**Table 3.1. Examples of Some Drugs with Relatively Low Usual Doses**

| Drug | Usual Dose, mg | Category |
|---|---|---|
| Betaxolol HCl | 10 | Antianginal |
| Clotrimazole | 10 | Antifungal |
| Methylphenidate HCl | 10 | CNS Stimulant |
| Medroxyprogesterone acetate | 10 | Progestin |
| Mesoridazine besylate | 10 | Antipsychotic |
| Morphine Sulfate | 10 | Narcotic analgesic |
| Nifedipine | 10 | Coronary vasodilator |
| Omeprazole | 10 | Antiulcer |
| Quinapril HCl | 10 | Antihypertensive |
| Chlorazepate dipotassium | 7.5 | Tranquilizer |
| Buspirone HCl | 5 | Antianxiety |
| Enalapril maleate | 5 | Antihypertensive |
| Hydrocodone | 5 | Narcotic analgesic |
| Prednisolone | 5 | Adrenocortical steroid |
| Albuterol sulfate | 4 | Bronchodilator |
| Chlorpheniramine Maleate | 4 | Antihistaminic |
| Felodipine | 2.5 | Vasodilator |
| Glyburide | 2.5 | Antidiabetic |
| Doxazosin mesylate | 2 | Antihypertensive |
| Levorphanol tartrate | 2 | Narcotic analgesic |
| Prazosin HCl | 2 | Antihypertensive |
| Risperidone | 2 | Antipsychotic |
| Estropipate | 1.25 | Estrogen |
| Bumetanide | 1 | Diuretic |
| Clonazepam | 1 | Anticonvulsant |
| Ergoloid mesylates | 1 | Cognitive adjuvant |
| Alprazolam | 0.5 | Antianxiety |
| Colchicine | 0.5 | Gout suppressant |
| Nitroglycerin | 0.4 | Antianginal |
| Digoxin | 0.25 | Cardiotonic (maintenance) |
| Levothyroxine | 0.1 | Thyroid |
| Misoprostol | 0.1 | Antiulcerative |
| Ethinyl Estradiol | 0.05 | Estrogen |

3. To conceal the bitter, salty, or offensive taste or odor of a drug substance (e.g., capsules, coated tablets, flavored syrups)
4. To provide liquid preparations of substances that are either insoluble or unstable in the desired vehicle (e.g., suspensions)
5. To provide clear liquid dosage forms of substances (e.g., syrups, solutions)
6. To provide rate-controlled drug action (e.g., various controlled-release tablets, capsules, and suspensions)

NOR 0000400

7. To provide optimal drug action from topical administration sites (e.g., ointments, creams, transdermal patches, ophthalmic, ear, and nasal preparations)
8. To provide for the insertion of a drug into one of the body's orifices (e.g., rectal or vaginal suppositories)
9. To provide for the placement of drugs directly into the bloodstream or into body tissues (e.g., injections)
10. To provide for optimal drug action through inhalation therapy (e.g., inhalants and inhalation aerosols)

## General Considerations in Dosage Form Design

Before formulating a drug substance into a dosage form, the desired product type must be determined insofar as possible to establish the framework for product development activities. Then, various initial formulations of the product are developed and examined for desired features (e.g., drug release profile, bioavailability, clinical effectiveness) and for pilot plant studies and production scale-up. The formulation that best meets the goals for the product is selected and represents its *master formula*. Each batch of product subsequently prepared must meet the specifications established in the master formula.

There are many different forms into which a medicinal agent may be placed for the convenient and efficacious treatment of disease. Most commonly, a pharmaceutical manufacturer prepares a drug substance in several dosage forms and strengths for the efficacious and convenient treatment of disease (Fig. 3.1). Before a medicinal agent is formulated into one or more dosage forms, among the factors considered are such therapeutic



**Fig. 3.1** *Examples of varied dosage forms of a drug substance marketed by a pharmaceutical manufacturer to meet the special requirements of the patient. (Courtesy of SmithKline Beecham)*

NOR 0000401

matters as: the nature of the illness, the manner in which it is treated (locally or through systemic action), and the age and anticipated condition of the patient.

If the medication is intended for systemic use and oral administration is desired, tablets and/or capsules are usually prepared. These dosage units are easily handled by the patient and are most convenient in the self-administration of medication. If a drug substance has application in an emergency situation in which the patient may be comatose or unable to take oral medication, an injectable form of the medication may also be prepared. Many other examples of therapeutic situations affecting dosage form design could be cited, including the preparation of agents for motion sickness, nausea, and vomiting into tablets and skin patches for prevention and suppositories and injections for treatment.

The age of the intended patient also plays a role in dosage form design. For infants and children younger than 5 years of age, pharmaceutical liquids rather than solid dosage forms are preferred for oral administration. These liquids, which are flavored aqueous solutions, syrups or suspensions, are usually administered directly into the infant's or child's mouth by drop, spoon, or oral dispenser (Fig. 3.2) or incorporated into the child's food. A single liquid pediatric preparation may be used for infants and children of all ages, with the dose of the drug varied by the volume administered. When an infant is in the throes of a vomiting crisis, is gagging, has a productive cough, or is simply rebellious, there may be some question as to how much of the medicine

administered is actually swallowed and how much is expectorated. In such instances, injections may be required. Infant size rectal suppositories may also be employed although drug absorption from the rectum is often erratic.

During childhood and even in adult years, a person may have difficulty swallowing solid dosage forms, especially uncoated tablets. For this reason, some medications are formulated as chewable tablets that can be broken up in the mouth before swallowing. Many of these tablets are comparable in texture to an after-dinner mint and break down into a pleasant tasting, creamy material. New, rapidly-disintegrating/dissolving tablets are available that dissolve in the mouth in about 10–15 seconds; this allows the patient to take a tablet but actually swallow a liquid. Capsules have been found by many to be more easily swallowed than whole tablets. If a capsule is allowed to become moist in the mouth before swallowing, it becomes slippery and slides down the throat more readily with a glass of water. Also, a teaspoonful of gelatin dessert or syrup placed in the mouth and partially swallowed before placing the solid dosage form in the mouth aids in swallowing them. Also, in instances in which a person has difficulty swallowing a capsule, the contents may be emptied into a spoon, mixed with jam, honey, or other similar food to mask the taste of the medication and swallowed. Medications intended for the elderly are commonly formulated into oral liquids or may be extemporaneously prepared into an oral liquid by the pharmacist. However, certain tablets and capsules that are designed to have controlled release features should not be crushed or chewed to maintain their integrity and intended performance.

Many patients, particularly the elderly, take multiple medications daily. The more distinctive the size, shape, and color of solid dosage forms, the easier is the proper identification of the medications. Frequent errors in taking medications among the elderly occur because of their multiple drug therapy and reduced eyesight. Dosage forms that allow reduced frequency of administration without sacrifice of efficiency are particularly advantageous.

In dealing with the problem of formulating a drug substance into a proper dosage form, research pharmacists employ knowledge that has been gained through experience with other chemically similar drugs and through the proper utilization of the disciplines of the physical, chemical, and biologic and pharmaceutical sciences. The early stages of any new formulation involves studies to collect basic information on the physical and chemical characteristics of the drug substance to be prepared



**Fig. 3.2** *"Pee Dee Dose" brand of oral liquid dispenser used to administer measured volumes of liquid medication to youngsters. (Courtesy of Baxa Corporation)*

into pharmaceutical dosage forms. These basic studies comprise the *preformulation* work needed before actual product formulation begins.

## Preformulation Studies

Before the formulation of a drug substance into a dosage form, it is essential that it be chemically and physically characterized. The following *preformulation studies* (1), and others, provide the type of information needed to define the nature of the drug substance. This information then provides the framework for the drug's combination with pharmaceutic ingredients in the fabrication of a dosage form.

### Physical Description

It is important to have an understanding of the physical description of a drug substance prior to dosage form development. The majority of drug substances in use today occur as solid materials. Most of them are pure chemical compounds of either crystalline or amorphous constitution. The purity of the chemical substance is essential for its identification as well as for the evaluation of its chemical, physical, and biologic properties. Chemical properties include structure, form and reactivity. Physical properties include such characteristics as its physical description, particle size, crystalline structure, melting point and solubility. Biologic properties relate to its ability to get to a site of action and elicit a biologic response.

Drugs can be used therapeutically as solids, liquids and gases. Liquid drugs are used to a much lesser extent than solid drugs; gases, even less frequently.

Liquid drugs pose an interesting problem in the design of dosage forms or drug delivery systems. Many of the liquids are volatile substances and as such must be physically sealed from the atmosphere to prevent their loss. Amyl nitrite, for example, is a clear yellowish liquid that is volatile even at low temperatures and is also highly flammable. It is maintained for medicinal purposes in small sealed glass cylinders wrapped with gauze or another suitable material. When amyl nitrite is administered, the glass is broken between the fingertips, and the liquid wets the gauze covering, producing vapors that are inhaled by the patient requiring vasodilation. Propylhexedrine provides another example of a volatile liquid drug that must be contained in a closed system to maintain its presence. This drug is used as a nasal inhalant for its vasoconstrictor action. A cylindrical roll of fibrous material is impregnated with propylhexedrine, and the saturated cylinder is placed in a suitable, usually plastic, sealed nasal inhaler. The inhaler's cap must be securely tightened each time it is used. Even then, the inhaler maintains its effectiveness for only a limited period of time due to the volatilization of the drug.

Another problem associated with liquid drugs is that those intended for oral administration cannot generally be formulated into tablet form, the most popular form of oral medication, without undertaking chemical modification of the drug. An exception to this is the liquid drug nitroglycerin, which is formulated into sublingual tablets that disintegrate within seconds after placement under the tongue. However, because the drug is volatile, it has a tendency to escape from the tablets during storage and it is critical that the tablets be stored in tightly sealed glass containers. For the most part, when a liquid drug is to be administered orally and a solid dosage form is desired, two approaches are used. First, the liquid substance may be sealed in a soft gelatin capsule. Clofibrate (Atromid S), vitamins A, D and E, and ethchlorvynol (Placidyl) are examples of liquid drugs commercially available in capsule form. Secondly, the liquid drug may be developed into a solid ester or salt form that will be suitable for tableting or drug encapsulating. For instance, scopolamine hydrobromide is a solid salt of the liquid drug scopolamine and is easily produced into tablets. Another approach to formulate liquids into solids is by mixing the drug with a solid or a melted semisolid material, such as a high molecular weight polyethylene glycol. The melted mixture is poured into hard gelatin capsules where it will harden, and the capsules sealed.

For certain liquid drugs, especially those employed orally in large doses or applied topically, their liquid nature may be of some advantage in therapy. For example, 15-mL doses of mineral oil may be administered conveniently as such. Also, the liquid nature of undecylenic acid certainly does not hinder but rather enhances its use topically in the treatment of fungus infections of the skin. However, for the most part, solid materials are preferred by pharmacists in formulation work because of their ease of preparation into tablets and capsules.

Formulation and stability difficulties arise less frequently with solid dosage forms than with liquid pharmaceutical preparations, and for this reason many new drugs first reach the market as tablets or dry-filled capsules. Later, when the pharmaceutical problems are resolved, a liquid form of the same drug may be marketed. This procedure, when practiced, is doubly advantageous, because for the most part physicians and patients alike prefer small, gen-

NOR 0000403

erally tasteless, accurately dosed tablets or capsules to the analogous liquid forms. Therefore, marketing a drug in solid form first is more practical for the manufacturer and also suits the majority of patients. It is estimated that tablets and capsules comprise the dosage form dispensed 70% of the time by community pharmacists, with tablets dispensed twice as frequently as capsules.

### Microscopic Examination

Microscopic examination of the raw drug substance is an important step in preformulation work.

It gives an indication of particle size and particle size range of the raw material as well as the crystal structure. Photomicrographs of the initial and subsequent batch lots of the drug substance can provide important information should problems arise in formulation processing attributable to changes in particle or crystal characteristics of the drug. During some processing procedures, the solid drug powders must flow freely and not become entangled. Spherical and oval-shaped powders flow more easily than needle-shaped powders and make processing easier.

---



Physical Pharmacy Capsule 3.1    **Melting Point Depression**

The *melting point, or freezing point,* of a pure crystalline solid is defined as that temperature where the pure liquid and solid exist in equilibrium. Low melting point drugs may soften during a processing step where heat is generated, such as particle size reduction, compression, sintering, etc. Also, the melting point/range of a drug can be used as an indicator of purity of chemical substances (a pure substance would ordinarily be characterized by a very sharp melting peak). An altered peak or a peak at a different temperature may be indicative of an adulterated or impure drug. This is explained as follows.

The *latent heat of fusion* is the quantity of heat absorbed when 1 g of a solid melts; the molar heat of fusion ($\Delta H_f$) is the quantity of heat absorbed when 1 mole of a solid melts. High-melting-point substances have high heats of fusion and low-melting-point substances have low heats of fusion. These characteristics are related to the types of bonding in the specific substance. For example, ionic materials have high heats of fusion (NaCl melts at 801°C with a heat of fusion of 124 cal/G) and those with weaker van der Waals forces have low heats of fusion (paraffin melts at 52°C with a heat of fusion of 35.1 cal/g). Ice, with weaker hydrogen bonding, has a melting point of 0°C and a heat of fusion of 80 cal/G.

The addition of a second component to a pure compound (A), resulting in a mixture, will result in a melting point that is lower than that of the pure compound. The degree to which the melting point is lowered is proportional to the mole fraction ($N_A$) of the second component that is added. This can be expressed as:

$$\Delta T = \frac{2.303 \, RTT_0}{\Delta H_f} \log N_A$$

where $\Delta H_F$ is the molar heat of fusion,

    T is the absolute equilibrium temperature,

    $T_0$ is the melting point of pure A, and

    R is the gas constant.

Two things are noteworthy in contributing to the extent of melting-point lowering.

1. Evident from this relationship is the inverse proportion between the melting point and the heat of fusion. When a second ingredient is added to a compound with a low molar heat of fusion, a large lowering of the melting point is observed; substances with a high molar heat of fusion will show little change in melting point with the addition of a second component.

2. The extent of lowering of the melting point is also related to the melting point itself. Compounds with low melting points are affected to a greater extent than compounds with high melting points upon the addition of a second component (i.e., low-melting-point compounds will result in a greater lowering of the melting point than those with high melting points).

NOR 0000404



## Melting Point Depression

A characteristic of a pure substance is a defined melting point or melting range. If not pure, the substance will exhibit a depressed melting point. This phenomenon is commonly used to determine the purity of a drug substnce and, in some cases, the compatibility of various substances before inclusion in the same dosage form. This characteristic is further described in the physical pharmacy capsule entitled "Melting Point Depression."

## The Phase Rule

Phase diagrams are often constructed to provide a visual picture of the existence and extent of the presence of solid and liquid phases in binary, ternary and other mixtures. Phase diagrams are normally two-component (binary) representations as shown in the physical pharmacy capsule "The Phase Rule," but multicomponent phase diagrams can also be constructed.

## Particle Size

Certain physical and chemical properties of drug substances are affected by the particle size distribution, including drug dissolution rate, bioavailability, content uniformity, taste, texture, color, and stability. In addition, properties such as flow characteristics and sedimentation rates, among others, are also important factors related to particle size. It is essential to establish as early as possible how the particle size of the drug substance may affect formulation and product efficacy. Of special interest is the effect of particle size on the drug's absorption. Particle size significantly influences the oral absorption profiles of certain drugs as griseofulvin, nitrofurantoin, spironolactone, and procaine penicillin. Also, satisfactory content uniformity in solid dosage forms depends to a large degree on particle size and the equal distribution of the active ingredient throughout the formulation. Particle size is discussed further in Chapters 4 and 6.

## Polymorphism

An important factor on formulation is the crystal or amorphous form of the drug substance. Polymorphic forms usually exhibit different physical-chemical properties including melting point and solubility. The occurrence of polymorphic forms with drugs is relatively common and it has been estimated that polymorphism is exhibited by at least one-third of all organic compounds.

In addition to the polymorphic forms in which compounds may exist, they also can occur in non-crystalline or amorphous forms. The energy required for a molecule of drug to escape from a crystal is much greater than required to escape from an amorphous powder. Therefore, the amorphous form of a compound is always more soluble than a corresponding crystal form.

Evaluation of crystal structure, polymorphism, and solvate form is an important preformulation activity. The changes in crystal characteristics can influence bioavailability, chemical and physical stability, and have important implications in dosage form process functions. For example, it can be a significant factor relating to the tableting processes due to flow and compaction behaviors, among others. Various techniques are used in determining crystal properties. The most widely used methods are hot stage microscopy, thermal analysis, infrared spectroscopy, and x-ray diffraction.

## Solubility

An important physical-chemical property of a drug substance is solubility, especially aqueous system solubility. A drug must possess some aqueous solubility for therapeutic efficacy. For a drug to enter the systemic circulation to exert a therapeutic effect, it must first be in solution. Relatively insoluble compounds often exhibit incomplete or erratic absorption. If the solubility of the drug substance is less than desirable, consideration must be given to improve its solubility. The methods to accomplish this will depend on the chemical nature of the drug and the type of drug product under consideration. The chemical modification of the drug into salt or ester forms is a technique frequently used to obtain more soluble compounds.

A drug's solubility is usually determined by the equilibrium solubility method, by which an excess of the drug is placed in a solvent and shaken at a constant temperature over a prolonged period of time until equilibrium is obtained. Chemical analysis of the drug content in solution is performed to determine degree of solubility.

## Solubility and Particle Size

Although solubility is normally considered a physicochemical constant, small increases in solubility can be accomplished by particle size reduction as described in the physical pharmacy capsule, "Solubility and Particle Size."

## Solubility and pH

Another technique, if the drug is to be formulated into a liquid product, involves the adjustment of the pH of the solvent in which the drug is to be dissolved to enhance solubility. However, there are many drug substances for which pH adjustment is not an effective means of improving solubility.

NOR 0000405



Physical Pharmacy Capsule 3.2          **The Phase Rule**

A phase diagram, or temperature-composition diagram, represents the melting point as a function of composition of two or three component systems. The figure is an example of such a representation for a two-component mixture. This phase diagram is of a two-component mixture in which the components are completely miscible in the molten state and no solid solution or addition compound is formed in the solid state. As is evident, starting from the extremes of either pure component A or pure component B, as the second component is added, the melting point of the pure component decreases. There is a point on this phase diagram at which a minimum melting point occurs (i.e., the eutectic point). As is evident, there are four regions, or phases, in this diagram, representing the following:



I.  Solid A + Solid B
II.  Solid A + Melt
III.  Solid B + Melt
IV.  Melt

Each phase is a homogenous part of the system, physically separated by distinct boundaries.
A description of the conditions under which these phases can exist is called the *Phase Rule*, which can be presented as:

$$F = C - P + X$$

where F is the number of degrees of freedom,
    C is the number of components,
    P is the number of phases, and

X is a variable dependent upon selected considerations of the phase diagram (1,2 or 3).

"C" describes the minimum number of chemical components that need to be specified to define the phases present. The F is the number of independent variables that must be specified to define the complete system (e.g., temperature, pressure, concentration).

**EXAMPLE 1**

In a mixture of menthol and thymol, a phase diagram similar to that illustrated can be obtained. To describe the number of degrees of freedom in the part of the graph moving from the curved line starting at pure A, progressing downward to the eutectic point, and then following an increasing melting point to pure B, it is evident from this presentation that either temperature or composition will describe this system, since it is assumed in this instance that pressure is constant. Therefore, the number of degrees of freedom to describe this portion of the phase diagram is given by:

$$F = 2 - 2 + 1 = 1$$

In other words, along this line, either temperature or composition will describe the system.

**EXAMPLE 2**

When in the area of a single phase of the diagram, such as the melt (IV), the system can be described as:

$$F = 2 - 1 + 1 = 2$$

In this portion of the phase diagram, two factors, temperature and composition, can be varied without a change in the number of phases in the system.

**EXAMPLE 3**

At the eutectic point,

$$F = 2 - 3 + 1 = 0$$

and any change in the concentration or temperature may cause a disappearance of one of the two solid phases or the liquid phase.

Phase diagrams are valuable in interpreting interactions between two or more components, relating not only to melting point depression and possible liquefaction at room temperature but also the formation of solid solutions, coprecipitates, and other solid-state interactions.

NOR 0000406



Physical Pharmacy Capsule 3.3    **Solubility and Particle Size**

The particle size and surface area of a drug exposed to a medium can affect actual solubility, within reason. For example, in the following relationship:

$$\log \frac{S}{S_0} = \frac{2\gamma V}{2.303\ RTr}$$

where S is the solubility of the small particles,
$S_0$ is the solubility of the large particles,
$\gamma$ is the surface tension
V is the molar volume
R is the gas constant
T is the absolute temperature
r is the radius of the small particles.

The equation can be used to estimate the decrease in particle size required to result in an increase in solubility. For example, for a desired increase in solubility of 5%, this would require an increase in the S/So ratio to 1.05, that is, the left term in the equation would become "log 1.05." If an example is used for a powder with a surface tension of 125 dynes/cm, the molar volume is 45 cm³ and the temperature is 27°C, what is the particle size required to obtain the 5% increase in solubility?

$$\log 1.05 = \frac{(2)(125)(45)}{(2.303)(8.314 \times 10^7)(300)r}$$

$$r = 9.238 \times 10^{-6} \text{ cm or } 0.09238\mu.$$

A number of factors are involved in actual solubility enhancement and this is only a basic introduction of the general effects of particle size reduction.

---

Weak acidic or basic drugs may require extremes in pH that are outside accepted physiologic limits or may cause stability problems with formulation ingredients. Adjustment of pH usually has little effect on the solubility of non-electrolytes. In many cases, it is desirable to utilize co-solvents or other techniques such as complexation, micronization, or solid dispersion to improve aqueous solubility. The effect of pH on solubility is illustrated in the physical pharmacy capsule "Solubility and pH."

In recent years, more and more physicochemical information on drugs is being made available to pharmacists in routinely used reference books. This type of information is important for pharmacists in different types of practice, especially those involved in compounding and pharmacokinetic monitoring.

### Dissolution

Variations in the biological activity of a drug substance may be brought about by the rate at which it becomes available to the organism. In many instances, dissolution rate, or the time it takes for the drug to dissolve in the fluids at the absorption site,

is the rate-limiting step in the absorption process. This is true for drugs administered orally in solid forms such as tablets, capsules or suspensions, as well as drugs administered intramuscularly in the form of pellets or suspensions. When the dissolution rate is the rate-limiting step, anything which affects it will also affect absorption. Consequently, dissolution rate can affect the onset, intensity, and duration of response, and control the overall bioavailability of the drug from the dosage form, as discussed in the previous chapter.

The dissolution rate of drugs may be increased by decreasing the drug's particle size. It may also be increased by increasing its solubility in the diffusion layer. The most effective means of obtaining higher dissolution rates is to use a highly water soluble salt of the parent substance. Although a soluble salt of a weak acid will subsequently precipitate as the free acid in the bulk phase of an acidic solution, such as gastric fluid, it will do so in the form of fine particles with a large surface area.

The dissolution rates of chemical compounds are determined by two methods: the constant surface

*Dosage Form Design: Pharmaceutic and Formulation Considerations*    69



Physical Pharmacy Capsule 3.4                **Solubility and pH**

pH is one of the most important factors involved in the formulation process. Two areas of critical importance are the effects of pH on solubility and stability. The effect of pH on solubility is critical in the formulation of liquid dosage forms, from oral and topical solutions to intravenous solutions and admixtures.

The solubility of a weak acid or base is often pH dependent. The total quantity of a monoprotic weak acid (HA) in solution at a specific pH is the sum of the concentrations of both the free acid and salt $(A^-)$ forms. If excess drug is present, the quantity of free acid in solution is maximized and constant due to its saturation solubility. As the pH of the solution is increased, the quantity of drug in solution increases because the water-soluble ionizable salt is formed. The expression is:

$$HA \xrightleftharpoons{K_a} H^+ + A^-$$

where $K_a$ is the dissociation constant.

There may be a certain pH level reached where the total solubility $(S_T)$ of the drug solution is saturated with respect to both the salt and acid forms of the drug, i.e., the $pH_{max}$. The solution can be saturated with respect to the salt at pH values higher than this, but not with respect to the acid. Also, at pH values less than this, the solution can be saturated with respect to the acid, but not to the salt. This is illustrated in the accompanying figure.

To calculate the total quantity of drug that can be maintained in solution at a selected pH, two different equations can be used, depending on whether the product is to be in a pH region above or below the $pH_{max}$. The following equation is used when below the $pH_{max}$:

$$S_T = S_a \left( 1 + \frac{K_a}{[H^+]} \right) \qquad \text{(Equation 1)}$$

The next equation is used when above the $pH_{max}$:

$$S_T = S'A \left( 1 + \frac{[H^+]}{K_a} \right) \qquad \text{(Equation 2)}$$

where $S_a$ is the saturation solubility of the free acid, and

$S'a$ is the saturation solubility of the salt form.

**EXAMPLE**

A pharmacist prepares a 3.0% solution of an antibiotic as an ophthalmic solution and dispenses it to a patient. A few days later the patient returns the eye drops to the pharmacist because the product contains a precipitate. The pharmacist, checking the pH of the solution and finding it to be 6.0, reasons that the problem might be pH-related. The physicochemical information of interest on the antibiotic includes the following:

| | |
|---|---|
| Molecular weight | 285 (salt) 263 (free acid) |
| 3.0% solution of the drug is a | 0.1053 molar solution |
| Acid form solubility $(S_a)$ | 3.1 mg/mL (0.0118 molar) |
| $K_a$ | $5.86 \times 10^{-6}$ |

Using Equation 1, the pharmacist calculates the quantity of the antibiotic that would be in solution at a pH of 6.0 (Note: pH of 6.0 = $[H^+]$ of $1 \times 10^{-6}$)

$$S_T = 0.0118 \left[ 1 + \frac{5.86 \times 10^{-6}}{1 \times 10^{-6}} \right] = 0.0809 \text{ molar}$$

NOR 0000408

## Solubility and pH   (Continued)

From this the pharmacist knows that, at a pH of 6.0, a 0.0809 molar solution could be prepared. However, the concentration that was to be prepared was a 0.1053 molar solution; consequently, the drug will not be in solution at that pH. What may have occurred was the pH was all right initially but shifted to a lower pH after a period of time, resulting in precipitation of the drug. The question is then asked, At what pH (hydrogen ion concentration) will the drug remain in solution? This can be calculated using the same equation and the information that is available. The $S_T$ value is 0.1053 molar.

$$0.1053 = 0.0118 \left[ 1 + \frac{5.86 \times 10^{-6}}{[H^+]} \right]$$

$$[H^+] = 7.333 \times 10^{-7}, \text{ or a pH of } 6.135$$

The pharmacist then prepares a solution of the antibiotic, adjusting the pH to greater than about 6.2 using a suitable buffer system, and dispenses the solution to the patient—with positive results.

An interesting phenomenon can be discussed briefly concerning the close relationship of pH to solubility. At a pH of 6.0, only a 0.0809 molar solution could be prepared, but at a pH of 6.13 a 0.1053 molar solution could be prepared. In other words, a difference of 0.13 pH units resulted in:

$$\frac{0.1053 - 0.0809}{0.0809} = 30.1\% \text{ more drug going into solution at the higher pH}$$
compared to the lower pH

In other words, a very small change in pH resulted in about 30% more drug going into solution. According to the figure, the slope of the curve would be very steep for this example drug and a small change in pH (x-axis) results in a large change in solubility (y-axis). From this, it can be reasoned that if one observes the pH:solubility profile of a drug, it is possible to predict the magnitude of the pH change on its solubility.



In recent years, it has been interesting to not that more and more physiochemical information on drugs is being made available to pharmacists in routinely used reference books. This type of information is important for pharmacists in different types of practice, especially those involved in compounding and pharmacokinetic monitoring.

method which provides the intrinsic dissolution rate of the agent, and particulate dissolution in which a suspension of the agent is added to a fixed amount of solvent without exact control of surface area.

The constant surface method utilizes a compressed disc of known area. This method eliminates surface area and surface electrical charges as dissolution variables. The dissolution rate obtained by this method is termed the *intrinsic dissolution rate*, and is characteristic of each solid compound and a given solvent under the fixed experimental conditions. The value is expressed as milligrams dissolved per minute centimeters squared (mg/min/cm²). It has been suggested that this value is useful in predicting probable absorption problems due to dissolution rate. In particulate dissolution, a weighed

amount of powdered sample is added to the dissolution medium in a constant agitation system. This method is frequently used to study the influence of particle size, surface area, and excipients upon the active agent. Occasionally, an inverse relationship of particle size to dissolution is noted due to the surface properties of the drug. In these instances, surface charge and/or agglomeration results in the reduced particle size form of the drug presenting a lower effective surface area to the solvent due to incomplete wetting or agglomeration. Fick's Laws describe the relationship of diffusion and dissolution of the active drug in the dosage form and when administered in the body, as shown in the physical pharmacy capsule entitled Fick's Laws of Diffusion and the Noyes-Whitney Equation.

Early formulation studies should include the

NOR 0000409

*Dosage Form Design: Pharmaceutic and Formulation Considerations*    71



Physical Pharmacy Capsule 3.5    **Fick's Laws of Diffusion and the Noyes-Whitney Equation**

All drugs must diffuse through various barriers when administered to the body. For example, some drugs must diffuse through the skin, gastric mucosa or some other barrier to gain access to the interior of the body. Parenterally administered drugs must diffuse through muscle, connective tissue, etc. to get to the site of action; even intravenous drugs must diffuse from the blood to the site of action. Drugs must also diffuse through various barriers for metabolism and excretion.

Considering all the diffusion processes that occur in the body (passive, active and facilitated), it is not surprising that the laws governing diffusion are very important in designing drug delivery systems. In fact, diffusion is important not only in the body but also in some quality control procedures used to determine batch-to-batch uniformity of products (dissolution test for tablets based on the Noyes-Whitney equation, which can be derived from Fick's law).

When individual molecules move within a substance, diffusion is said to occur. This may occur as the result of a concentration gradient or by random molecular motion.

Probably the most widely used laws of diffusion are known as Fick's laws; the first and second laws. Fick's First Law involving steady-state diffusion (where dc/dx does not change) is derived from the following expression for the quantity of material (M) flowing through a cross-section of a barrier (S) in unit time (t) expressed as the flux (J);

$$J = dM/(S\ dt)$$

Under a concentration gradient (dc/dx), Fick's First Law can be expressed as:

$$J = D[(C_1 - C_2/h)\ \text{or}\ J = -D\ (dC/dx)$$

where J is the flux of a component across a plane of unit area, $C_1$ and $C_2$ are the concentrations in the donor and receptor compartments, h is the membrane thickness and D is the diffusion coefficient (or diffusivity). The sign is negative denoting that the flux is in the direction of decreasing concentration. The units of J are g/(cm² s), C is in g/cm³, M in grams or moles, S in cm², x in cm and the units of D would be in cm²/s.

"D" is appropriately called a diffusion coefficient, not a diffusion constant, as it is subject to change. "D", the diffusion coefficient, may actually change in value with increased concentrations. Also, "D" can be affected by temperature, pressure, solvent properties and the chemical nature of the drug itself. To study the rate of change of the drug in the system, one needs an expression that relates the change in concentration with time at a definite location in place of the mass of drug diffusing across a unit area of barrier in unit time; this expression is known as Fick's Second Law. This law can be summarized as it states that the change in concentration in a particular place with time is proportional to the change in concentration gradient at that particular place in the system.

In summary, Fick's First Law relates to a steady state flow whereas Fick's Second Law relates to a change in concentration of drug with time, at any distance, or a nonsteady state of flow.

The diffusion coefficients (D × 10⁶) of various compounds in water (25°C) and other media have been determined as follows: ethanol, 12.5 cm²/sec; glycine, 10.6 cm²/sec; sodium lauryl sulfate, 6.2 cm²/sec; glucose, 6.8 cm²/sec.

The concentration of drug in the membrane can be calculated using the partition coefficient (K) and the concentration in the donor and receptor compartments.

$$K = C_1/C_d = C_2/C_r$$

where $C_1$ and $C_d$ are the concentrations in the donor compartment (g/cm³) and $C_2$ and $C_r$ are the concentrations in the receptor compartment (g/cm³).

K is the partition coefficient of the drug between the solution and the membrane. It can be estimated using the oil solubility of the drug vs. the water solubility of the drug. Usually, the higher the partition coefficient, the more the drug will be soluble in a lipophilic substance. We can now write the expression:

$$dM/dt = [DSK(C_d - C_r)]/h$$

NOR 0000410

## Fick's Laws of Diffusion and the Noyes-Whitney Equation   (Continued)

or, in sink conditions,

$$dM/dt = DSKC_d/h = PSC_d$$

The permeability coefficient (cm/sec) can be obtained by rearranging to:

$$P = DK/h$$

### EXAMPLE 1

A drug passing through a 1 mm thick membrane has a diffusion coefficient of $4.23 \times 10^{-7}$ cm²/sec, and an o/w partition coefficient of 2.03. The radius of the area exposed to the solution is 2 cm, and the concentration of the drug in the donor compartment is 0.5 mg/mL. Calculate the permeability and the diffusion rate of the drug.

$h = 1$ mm $= 0.1$ cm
$D = 4.23 \times 10^{-7}$ cm²/sec
$K = 2.03$
$r = 2$ cm, $S = \pi(2cm)^2 = 12.57$ cm²
$Cd = 0.5$ mg/mL
$P = [[4.23 \times 10^{-7}$ cm²/sec) (2.03)]/0.1 cm $= 8.59 \times 10^{-6}$ cm/sec
$dM/dt = (8.59 \times 10^{-6}$ cm/sec) (12.57 cm²)(0.5 mg/mL) $= 5.40 \times 10^{-5}$ mg/sec
$(5.40 \times 10^{-5}$ mg/sec)(3600 sec/hr) $= 0.19$ mg/hr

In the dissolution of particles of drug, the dissolved molecules diffuse away from the individual particle body. An expression to describe this was derived from Fick's equations and is known as the Noyes and Whitney expression, proposed in 1897. It can be written as follows:

$$dC/dt = (DS/Vh)(Cs - C)$$

where C is the concentration of drug dissolved at time t, D is the diffusion coefficient of the solute in solution, S is the surface area of the exposed solid, V is the volume of solution, h is the thickness of the diffusion layer, Cs is the saturation solubility of the drug and C is the concentration of solute in the bulk phase at a specific time, t. It is common practice to utilize sink conditions where C does not exceed about 20% of the solubility of the drug being investigated. Under these conditions, the expression simplifies to:

$$dC/dt = DSCs/Vh$$

and incorporating the volume of solution (V), the thickness of the diffusion layer (h) and the diffusivity coefficient (D) into a coefficient k (to take into account the various factors in the system), the expression becomes:

$$dC/dt = kSCs$$

As the factors are held constant, it becomes apparent that the dissolution rate of a drug can be proportional to the surface area exposed to the dissolution media. A number of other expressions have been derived for specific application to various situations and conditions.

It should be obvious to the reader that these relationships expressed as Fick's First and Second Laws and the Noyes-Whitney equation have great importance and relevance in pharmaceutical systems.

### EXAMPLE 2

The following data was obtained using the USP 23/NF dissolution apparatus I. The drug is soluble 1 gram in 3 mL of water so sink conditions were maintained, the surface area of the tablet exposed was 1.5 cm² (obtained by placing the tablet in a special holder exposing only one side to the dissolution media) and the dosage form studied involved a 16 mg sustained release tablet; the release pattern should be zero order. What is the rate of release of drug?

NOR 0000411

## Fick's Laws of Diffusion and the
## Noyes-Whitney Equation   (Continued)

| Time (hr) | Drug concentration (mg/900 mL of solution) | Graph of Release Profile |
|---|---|---|
| 0 | 0 | |
| 0.5 | 1 | |
| 1.0 | 1.9 | |
| 2.0 | 4.1 | |
| 4.0 | 8.0 | |
| 6.0 | 11.8 | |
| 8.0 | 15.9 | |



In this problem, since the surface area (S) was maintained constant at 1.5 cm² and the solubility (Cs) of the drug is constant at 1 g in 3 mL of water, then the plot of concentration (C) versus time (t) would yield a slope with a value of "kSCs", or "$k_2$", expressing the rate of release of the drug.

$$dC/dt = kSCs$$

the slope of the line would be $= \Delta y/\Delta x = (y_2 - y_1)/(x_2 - x_1)$

$$= (15.9 \text{ mg} - 0 \text{ mg})/(8.0 \text{ h} - 0 \text{ h})$$

$$= 15.9/8 = 1.99 \text{ mg/h}$$

Therefore, the rate of release of the sustained release preparation is 1.99 or approximately 2 mg per hour. From this, the quantity of drug released at any time (t) can be calculated.

effects of pharmaceutic ingredients on the dissolution characteristics of the drug substance.

**Membrane Permeability**

Modern preformulation studies include an early assessment of passage of drug molecules across biological membranes. To produce a biological response, the drug molecule must first cross a biological membrane. The biological membrane acts as a lipid barrier to most drugs and permits the absorption of lipid soluble substances by passive diffusion while lipid insoluble substances can diffuse across the barrier only with considerable difficulty, if at all. The interrelationship of the dissociation constant, lipid solubility, and pH at the absorption site and absorption characteristics of various drugs are the basis of the pH-partition theory.

Data obtained from the basic physicochemical studies, specifically, pKa, solubility, and dissolution rate provide an indication of absorption expectations. To enhance these data, a technique using the "everted intestinal sac" may be used in evaluating absorption characteristics of drug substances. In this method, a piece of intestine is removed from an intact animal, everted, filled with a solution of the drug substance, and the degree and rate of passage

of the drug through the membrane sac is determined. Through this method, both passive and active transport can be evaluated.

In the latter stages of preformulation testing or early formulation studies, animals and man must be studied to assess the absorption efficiency, pharmacokinetic parameters and to establish possible *in vitro/in vivo* correlation for dissolution and bioavailability.

**Partition Coefficient**

The use of the partition coefficient is described in some detail in the physical pharmacy capsule entitled "Partition Coefficient."

Inherent in this procedure is the selection of appropriate extraction solvents, drug stability, use of salting-out additives, and environmental concerns.

In formulation development, the octanol-water partition coefficient is commonly used. Following the illustrations provided above, it is defined as:

$$P = \frac{(\text{Conc. of drug in octanol})}{(\text{Conc. of drug in water})}$$

P is dependent on the drug concentration only if the drug molecules have a tendency to associate in

NOR 0000412