

Physical Pharmacy Capsule 3.6        **Partition Coefficient**

The oil/water partition coefficient is a measure of a molecule's lipophilic character; that is, its preference for the hydrophilic or lipophilic phase. If a solute is added to a mixture of two immiscible liquids, it will distribute between the two phases and reach an equilibrium at a constant temperature. The distribution of the solute (unaggregated and undissociated) between the two immiscible layers can be described as:

$$K = C_U/C_L$$

where K is the distribution constant or partition constant,
  $C_U$ is the concentration of the drug in the upper phase, and
  $C_L$ is the concentration of the drug in the lower phase.

This information can be effectively used in the:

1. Extraction of crude drugs,
2. Recovery of antibiotics from fermentation broths,
3. Recovery of biotechnology-derived drugs from bacterial cultures,
4. Extraction of drugs from biologic fluids for therapeutic drug monitoring,
5. Absorption of drugs from dosage forms (ointments, suppositories, transdermal patches),
6. Study of the distribution of flavoring oil between oil and water phases of emulsions, and
7. In other applications.

The basic relationship given above can be used to calculate the quantity of drug extracted from, or remaining behind in, a given layer and to calculate the number of extractions required to remove a drug from a mixture.

The concentration of drug found in the upper layer (U) of two immiscible layers is given by:

$$U = Kr/(Kr + 1)$$

where K is the distribution partition constant, and
  r is $V_u/V_l$, or the ratio of the volume of upper and lower phases.

The concentration of drug remaining in the lower layer (L) is given by:

$$L = 1/(Kr + 1)$$

If the lower phase is successively re-extracted with *n* equal volumes of the upper layer, each upper ($U_n$) contains the following fraction of the drug:

$$U_n = Kr/(Kr + 1)^n$$

where $U_n$ is the fraction contained in the *n*th extraction, and
  n is the *n*th successive volume.

The fraction of solute remaining in the lower layer ($L_n$) is given by:

$$L_n = 1/(kr + 1)^n$$

More efficient extractions are obtained using successive small volumes of the extraction solvent (as compared to single larger volumes). This can be calculated as follows when the same volume of extracting solvent is used, but in divided portions. For example, the fraction $L_n$ remaining after the *n*th extraction is given by:

$$L_n = \frac{1}{\left(\dfrac{Kr}{n}+1\right)^n}$$

**EXAMPLE 1**

At 25°C and at pH 6.8, the K for a second generation cephalosporin is 0.7 between equal volumes of butanol and the fermentation broth. Calculate the U, L, and $L_n$ (using the same volume divided into fourths).

NOR 0000413

## Partition Coefficient (Continued)

$U = 0.7/(0.7 + 1) = 0.41$ The fraction of drug extracted into the upper layer

$L = 1/(0.7 + 1) = 0.59$ The fraction of drug remaining in the lower layer

The total of the fractions in the U and L = $0.41 + 0.59 = 1$.

If the fermentation broth is extracted with four successive extractions accomplished by dividing the quantity of butanol used into fourths, the quantity of drug remaining after the fourth extraction is

$$L_{4th} = \frac{1}{\left(\frac{0.7 \times 1}{4} + 1\right)^4} = 0.525$$

From this, the quantity remaining after a single volume, single extraction is 0.59, but when the single volume is divided into fourths and four successive extractions are done, the quantity remaining is 0.525; therefore, more was extracted using divided portions of the extracting solvent.

Inherent in this procedure is the selection of appropriate extraction solvents, drug stability, use of salting-out additives, and environmental concerns.

---

solution. For an ionizable drug, the following equation is applicable:

$$P = \frac{(\text{Conc. of drug in octanol})}{[1- \alpha ](\text{Conc. of drug in water})}$$

where $\alpha$ equals the degree of ionization.

**pKa/Dissociation Constants**

Among the physicochemical characteristics of interest is the extent of dissociation/ionization of drug substances. This is important because the extent of ionization has an important effect on the formulation and pharmacokinetic parameters of the drug. The extent of dissociation/ionization is, in many cases, highly dependent on the pH of the medium containing the drug. In formulation, often the vehicle is adjusted to a certain pH in order to obtain a certain level of ionization of the drug for solubility and stability purposes. In the pharmacokinetic area, the extent of ionization of a drug is an important affector of its extent of absorption, distribution, and elimination. Dissociation constant or pKa is usually determined by potentiometric titration. For the practicing pharmacist, it is important in predicting precipitation in admixtures and in the calculating of the solubility of drugs at certain pH values. The physical pharmacy capsule on "pKa/Dissociation Constants" presents a brief summary of dissociation/ionization concepts.

### Drug and Drug Product Stability

One of the most important activities of preformulation work is the evaluation of the physical and chemical stability of the pure drug substance. It is essential that these initial studies be conducted using drug samples of known purity. The presence of impurities can lead to erroneous conclusions in such evaluations. Stability studies conducted in the preformulation phase include solid state stability of the drug alone, solution phase stability, and stability in the presence of expected excipients. Initial investigation begins through knowledge of the drug's chemical structure which allows the preformulation scientist to anticipate the possible degradation reactions.

**Drug Stability: Mechanisms of Degradation**

Chemical instability of medicinal agents may take many forms, because the drugs in use today are of such diverse chemical constitution. Chemically, drug substances are alcohols, phenols, aldehydes, ketones, esters, ethers, acids, salts, alkaloids, glycosides, and others, each with reactive chemical groups having different susceptibilities toward chemical instability. Chemically, the most frequently encountered destructive processes are hydrolysis and oxidation.

Hydrolysis is a solvolysis process in which (drug) molecules interact with water molecules to yield breakdown products of different chemical constitution. For example, aspirin or acetylsalicylic acid combines with a water molecule and hydrolyzes into one molecule of salicylic acid and one molecule of acetic acid:

The process of hydrolysis is probably the most important single cause of drug decomposition mainly because a great number of medicinal agents are esters or contain such



### Physical Pharmacy Capsule 3.7  **pKa/Dissociation Constants**

The dissociation of a weak acid in water is given by the expression:

$$HA \leftrightarrow H^+ + A^-$$
$$K_1[HA] \leftrightarrow K_2[H^+][A^-]$$

At equilibrium, the reaction rate constants $K_1$ and $K_2$ are equal. This can be rearranged, and the dissociation constant defined as

$$K_a = \frac{K_1}{K_2} = \frac{[H^+][A^-]}{[HA]}$$

where $K_a$ is the acid dissociation constant.

For the dissociation of a weak base that does not contain a hydroxyl group, the following relationship can be used:

$$BH^+ \leftrightarrow H^+ + B$$

The dissociation constant is described by:

$$K_a = \frac{[H^+][B]}{[BH^+]}$$

The dissociation of a hydroxyl-containing weak base,

$$B + H_2O \leftrightarrow OH^- + BH^+$$

The dissociation constant is described by:

$$K_b = \frac{[OH^-][BH^+]}{[B]}$$

The hydrogen ion concentrations can be calculated for the solution of a weak acid using:

$$[H^+] = \sqrt{K_a c}$$

Similarly, the hydroxyl ion concentration for a solution of a weak base is approximated by:

$$[OH^-] = \sqrt{K_b c}$$

Some practical applications of these equations are as follows.

**EXAMPLE 1**

The $K_a$ of lactic acid is $1.387 \times 10^{-4}$ at 25°C. What is the hydrogen ion concentration of a 0.02 M solution?

$$[H^+] = \sqrt{1.387 \times 10^{-4} \times 0.02} = 1.665 \times 10^{-3} \text{ G-ion/L}.$$

**EXAMPLE 2**

The $K_b$ of morphine is $7.4 \times 10^{-7}$. What is the hydroxyl ion concentration of a 0.02 M solution?

$$[OH^-] = \sqrt{7.4 \times 10^{-7} \times 0.02} = 1.216 \times 10^{-4} \text{ G-ion/L}.$$

---

other groupings as substituted amides, lactones, and lactams, which are susceptible to the hydrolytic process (2).

Another destructive process is oxidation. The oxidative process is destructive to many drug types, including aldehydes, alcohols, phenols, sugars, alkaloids, and unsaturated fats and oils. Chemically, oxidation involves the loss of electrons from an atom or a molecule. Each electron lost is accepted by some other atom or molecule, thereby accomplishing the reduction of the recipient. In inorganic chemistry, oxidation is accompanied by an increase in the positive valence of an element—for example, ferrous (+2) oxidizing to ferric (+3). In organic

NOR 0000415

chemistry, oxidation is frequently considered synonymous with the loss of hydrogen (dehydrogenation) from a molecule. The oxidative process frequently involves free chemical radicals, which are molecules or atoms containing one or more unpaired electrons, as molecular (atmospheric) oxygen ($\bullet$O—O$\bullet$) and free hydroxyl ($\bullet$OH). These radicals tend to take electrons from other chemicals, thereby oxidizing the donor.

Many of the oxidative changes in pharmaceutical preparations have the character of autoxidations. Autoxidations occur spontaneously under the initial influence of atmospheric oxygen and proceed slowly at first and then more rapidly as the process continues. The process has been described as a type of chain reaction commencing by the union of oxygen with the drug molecule and continuing with a free radical of this oxidized molecule participating in the destruction of other drug molecules and so forth.

In drug product formulation work, steps are taken to reduce or prevent the occurrence of drug substance deterioration due to hydrolysis, oxidation, and other processes. These techniques are discussed later.

### Drug and Drug Product Stability: Kinetics and Shelf-Life

Stability is defined as the extent to which a product retains, within specified limits, and throughout its period of storage and use (i.e., its shelf-life), the same properties and characteristics that it possessed at the time of its manufacture.

There are five types of stability of concern to pharmacists:

1. *Chemical.* Each active ingredient retains its chemical integrity and labeled potency, within the specified limits.
2. *Physical.* The original physical properties, including appearance, palatability, uniformity, dissolution and suspendability are retained.
3. *Microbiologic.* Sterility or resistance to microbial growth is retained according to the specified requirements. Antimicrobial agents that are present retain effectiveness within specified limits.
4. *Therapeutic.* The therapeutic effect remains unchanged.
5. *Toxicologic.* No significant increase in toxicity occurs.

Chemical stability is important for selecting storage conditions (temperature, light, humidity), selecting the proper container for dispensing (glass vs. plastic, clear vs. amber or opaque, cap liners) and for anticipating interactions when mixing drugs and dosage forms. Stability and expiration dating are based on reaction kinetics, i.e., the study of the rate of chemical change and the way this rate is influenced by conditions of concentration of reactants, products, and other chemical species that may be present, and by factors such as solvent, pressure, and temperature.

In considering chemical stability of a pharmaceutical, one must know the reaction order and reaction rate. The reaction order may be the overall order (the sum of the exponents of the concentration terms of the rate expression), or the order with respect to each reactant (the exponent of the individual concentration term in the rate expression).

### Rate Reactions

The reaction rate expression is a description of the drug concentration with respect to time. Most commonly, zero-order and first-order reactions are encountered in pharmacy. These are presented in the physical pharmacy capsule "Rate Reactions," along with some appropriate examples.

### $Q_{10}$ Method of Shelf-Life Estimation

The $Q_{10}$ method of shelf-life estimation allows the pharmacist quickly to calculate estimates of shelf-life for a product that may have been stored or is going to be stored under a different set of conditions. It is explained in the physical pharmacy capsule "$Q_{10}$ Method of Shelf-Life Estimation."

### Enhancing Stability of Drug Products

Many pharmaceutic ingredients may be utilized in preparing the desired dosage form of a drug substance. Some of these agents may be used to achieve the desired physical and chemical characteristics of the product or to enhance its appearance, odor, and taste. Other substances may be used to increase the stability of the drug substance, particularly against the hydrolytic and oxidative processes. In each instance, the added pharmaceutic ingredient must be compatible with and must not detract from the stability of the drug substance in the particular dosage form prepared.

There are several approaches to the stabilization of pharmaceutical preparations containing drugs subject to deterioration by hydrolysis. Perhaps the most obvious is the reduction, or better yet, the elimination of water from the pharmaceutical system. Even solid dosage forms containing water-labile drugs must be protected from the humidity of the atmosphere. This may be accomplished by applying a waterproof protective coating over tablets or by enclosing and maintaining the drug in tightly closed containers. It is not unusual to detect



**Physical Pharmacy Capsule 3.8**    **Rate Reactions**

### ZERO ORDER RATE REACTIONS

If the loss of drug is independent of the concentration of the reactants and constant with respect to time (i.e., 1 mg/mL/hour), the rate is called zero order. The mathematical expression is:

$$\frac{-dC}{dt} = k_0$$

where $k_0$ is the zero-order rate constant [concentration(C)/time(t)].

The integrated, and more useful form of the equation, is:

$$C = -k_0 t + C_0$$

where $C_0$ is the initial concentration of the drug.

### EXAMPLE 1

A drug suspension (125 mg/mL) decays by zero-order kinetics with a reaction rate constant of 0.5 mg/mL/hour. What is the concentration of intact drug remaining after 3 days (72 hours)?

$$C = -(0.5 \text{ mg/mL/hr})(72 \text{ hr}) + 125 \text{ mg/mL}$$

$$C = 89 \text{ mg/mL}$$

### EXAMPLE 2

How long will it take for the suspension to reach 90% of its original concentration?

$$90\% \times 125 \text{ mg/mL} = 112.5 \text{ mg/mL}$$

$$t = \frac{C - C_0}{-k_0} = \frac{112.5 \text{ mg/mL} - 125 \text{ mg/mL}}{-0.5 \text{ mg/mL/hr}} = 25 \text{ hours}$$

Drug suspensions are examples of pharmaceuticals that ordinarily follow zero-order kinetics for degradation.

### FIRST ORDER RATE REACTIONS

If the loss of drug is directly proportional to the concentration remaining with respect to time, it is called a first-order reaction and has the units of reciprocal time, i.e., $\text{time}^{-1}$. The mathematical expression is:

$$\frac{-dC}{dt} = kC$$

where C is the concentration of intact drug remaining, t is time, (−dC/dt) is the rate at which the intact drug degrades, and k is the specific reaction rate constant.

The integrated and more useful form of the equation is:

$$\log C = \frac{-kt}{2.303} + \log C_0$$

where $C_0$ is the initial concentration of the drug.

In natural log form, the equation is:

$$\ln C = -kt + \ln C_0$$

### EXAMPLE 3

An ophthalmic solution of a mydriatic drug, present at a 5 mg/mL concentration, exhibits first-order degradation with a rate of 0.0005/day. How much drug will remain after 120 days?

$$\ln C = -(0.0005/\text{day})(120) + \ln (5 \text{ mg/mL})$$

$$\ln C = -0.06 + 1.609$$

$$\ln C = 1.549$$

$$C = 4.71 \text{ mg/mL}$$

NOR 0000417

Case 3:07-cv-02385-PJH    Document 36-2    Filed 02/04/2008    Page 6 of 14

## Rate Reactions (Continued)

**EXAMPLE 4**

In the above example, how long will it take for the drug to degrade to 90% of its original concentration?

$$90\% \text{ of } 5 \text{ mg/mL} = 4.5 \text{ mg/mL}$$

$$\ln 4.5 \text{ mg/mL} = -(0.0005/\text{day})t + \ln(5 \text{ mg/mL})$$

$$t = \frac{\ln 4.5 \text{ mg/mL} - \ln 5 \text{ mg/mL}}{-0.0005/\text{day}}$$

$$t = 210 \text{ days}$$

Stability projections for shelf-life ($t_{90}$) (i.e., the time required for 10% of the drug to degrade with 90% of the intact drug remaining, are commonly based on the Arrhenius equation:

$$\log \frac{k_2}{k_1} = \frac{E_a (T_2 - T_1)}{2.3 \, RT_1 T_2}$$

which relates the reaction rate constants (k) to temperatures (T) with the gas constant (R) and the energy of activation ($E_a$).

The relationship of the reaction rate constants at two different temperatures provides the energy of activation for the degradation. By performing the reactions at elevated temperatures, instead of allowing the process to proceed very slowly at room temperature, the $E_a$ can be calculated and a k value for room temperature determined by using the Arrhenius equation.

**EXAMPLE 5**

The degradation of a new cancer drug follows first-order kinetics and has first-order degradation rate constants of 0.0001/hr at 60°C and 0.0009 at 80°C. What is its $E_a$?

$$\log \frac{(0.0009)}{(0.0001)} = \frac{E_A (353 - 333)}{(2.3)(1.987)(353)(333)}$$

$$E_a = 25,651 \text{ kcal/mol}$$

---

hydrolyzed aspirin by noticing an odor of acetic acid upon opening a bottle of aspirin tablets. In liquid preparations, water can frequently be replaced or reduced in the formulation through the use of substitute liquids such as glycerin, propylene glycol, and alcohol. In certain injectable products, anhydrous vegetable oils may be used as the drug's solvent to reduce the chance of hydrolytic decomposition.

Decomposition by hydrolysis may be prevented for other drugs to be administered in liquid form by suspending them in a non-aqueous vehicle rather than by dissolving them in an aqueous solvent. In still other instances, particularly for certain unstable antibiotic drugs, when an aqueous preparation is desired, the drug may be supplied to the pharmacist in a dry form for *reconstitution* by adding a specified volume of purified water just before dispensing. The dry powder supplied commercially is actually a mixture of the antibiotic, suspending agents, flavorants, and colorants, which, when reconstituted by the pharmacist, remains a stable suspension or solution of the drug for the time period in which the preparation is normally consumed. Storage under refrigeration is advisable for most preparations considered unstable due to hydrolytic causes. Together with temperature, pH is a major determinant in the stability of a drug prone to hydrolytic decomposition. The hydrolysis of most drugs is dependent upon the relative concentrations of the hydroxyl and hydronium ions, and a pH at which each drug is optimally stable can be easily determined. For most hydrolyzable drugs the pH of optimum stability is on the acid side, somewhere between pH 5 and 6. Therefore, through judicious use of buffering agents, the stability of otherwise unstable compounds can be increased.

NOR 0000418

---



Physical Pharmacy Capsule 3.9    **$Q_{10}$ Method of Shelf-Life Estimation**

---

The $Q_{10}$ approach, based on Ea, is independent of reaction order and is described as:

$$Q_{10} = e^{\{(Ea/R)[(1/T+10) - (1/T)]\}}$$

where Ea is the energy of activation,
  R is the gas constant, and
  T is the absolute temperature.
  In usable terms, $Q_{10}$ is the ratio of two different reaction rate constants, and is defined as:

$$Q_{10} = \frac{K_{(T+10)}}{K_T}$$

Q values of 2, 3 and 4 are commonly used and relate to the energies of activations of the reactions for temperatures around room temperature (25°C). For example, a Q value of 2 corresponds to an Ea (kcal/mol) of 12.2, a Q value of 3 corresponds to an Ea of 19.4, and a Q value of 4 corresponds to an Ea of 24.5.

Reasonable estimates can often be made using the value of 3.

The equation to use for $Q_{10}$ shelf-life estimates is:

$$t_{90}(T_2) = \frac{t_{90}(T_1)}{Q_{10}^{(\Delta T/10)}}$$

where $t_{90}T_2$ is the estimated shelf-life,
  $t_{90}T_1$ is the given shelf-life at a given temperature, and
  $\Delta T$ is the difference in the temperatures $T_1$ and $T_2$.
  As is evident from this relationship, an increase in $\Delta T$ will decrease the shelf-life and a decrease in $\underline{\Delta T}$ will increase shelf-life. This is the same as saying that storing at a warmer temperature will shorten the life of the drug and storing at a cooler temperature will increase the life of the drug.

**EXAMPLE 1**
An antibiotic solution has a shelf-life of 48 hours in the refrigerator (5°C). What is its estimated shelf-life at room temperature (25°C)?

Using a Q value of 3, we set up the relationship as follows.

$$t_{90}(T_2) = \frac{t_{90}(T_1)}{Q_{10}^{(\Delta T/10)}} = \frac{48}{3^{[(25-5)/10]}} = \frac{48}{3^2} = 5.33 \text{ hours}$$

**EXAMPLE 2**
An ophthalmic solution has a shelf-life of 6 hours at room temperature (25°C). What would be the estimated shelf-life if stored in a refrigerator (5°C)? (*Note:* Since the temperature is decreasing, $\underline{\Delta T}$ will be negative.)

$$t_{90}(T_2) = \frac{6}{3^{[(5-25)/10]}} = \frac{6}{3^{-2}} = 6 \times 3^2 = 54 \text{ hours}$$

Pharmacists should keep in mind that these are estimates, and actual energies of activation can be often be obtained from the literature for more exact calculations.

---

Buffers are used to maintain a certain pH as described in the physical pharmacy capsule entitled "Buffer Capacity."

Pharmaceutically, the oxidation of a susceptible drug substance is most likely to occur when it is maintained in other than the dry state in the presence of oxygen, exposed to light, or combined in formulation with other chemical agents without proper regard to their influence on the oxidation process. The oxidation of a chemical in a pharmaceutical preparation is usually attendant with an alteration in the color of that preparation. It may also result in precipitation or a change in the usual odor of a preparation.

NOR 0000419



Physical Pharmacy Capsule 3.10    **Buffer Capacity**

---

pH, buffers and buffer capacity are especially important in drug product formulation; especially as they are involved in drug solubility, drug activity, drug absorption drug stability and patient comfort.

A buffer is a system, usually an aqueous solution, that can resist changes in pH upon addition of an acid or base. Buffers are composed of a weak acid and its conjugate base, or a weak base and its conjugate acid. Buffers are prepared by:

a. mixing a weak acid and its conjugate base or a weak base and it's conjugate acid, or
b. mixing a weak acid and a strong base to form the conjugate base or a weak base and a strong acid to form the conjugate acid

Using the Henderson-Hasselbach equation:
$$pH = pKa + \log(base/acid)$$
(Remember that the acid is the proton donor and the base is the proton acceptor)

**EXAMPLE 1**
A buffer is prepared by mixing 100 mL of 0.2 M phosphoric acid with 200 mL of 0.08 M sodium phosphate monobasic. What is the pH of this buffer? ($K_a$ of phosphoric acid = $7.5 \times 10^{-3}$)

Moles acid = (0.2 mol/1000 mL)(100 mL) = 0.02 mol; (0.02 mol)/(0.3 L) = 0.067 M

Moles base = (0.08 mol/1000 mL)(200 mL) = 0.016 mol; (0.016 mol)/(0.3 L) = 0.053 M

$pKa = -\log 7.5 \times 10^{-3} = 2.125$

$pH = 2.125 + \log(0.016 \text{ mol}/0.02 \text{ mol}) = 2.028$

**EXAMPLE 2**
Determine the pH of the buffer prepared as shown below.

   Sodium acetate 50 g

   Conc. HCl 10 mL

   Water q.s. 2 L

   Helpful numbers:

      $pK_a$ acetic acid = 4.76

      m.w. sodium acetate = 82.08

      m.w. acetic acid = 60.05

      m.w. HCl = 36.45

      Conc. HCl ≈ 44% HCl w/v

NaAc    +    HCl    →    NaCl    +    HAc    +    NaAc
(0.609 mol)  (0.121 mol)  (0.121 mol)  ((0.121 mol)  (0.488 mol)

HCl: {(10 mL) [(44g)/(100 mL)] (1 mol)/(36.45g)} = 0.121 mol

NaAc: {(50 g)[(1 mol)/(82.08g)]} = 0.609 mol
       (0.609 mol) − (0.121 mol) = 0.488 mol

$pH = 4.76 + \log(0.488 \text{ mol})/(0.121 \text{ mol}) = 5.367$

The ability of a buffer solution to resist changes in pH upon the addition of an acid or a base is called buffer capacity (β) and is defined as:
$$\beta = \Delta B/\Delta pH$$
where $\Delta B$ = molar concentration of acid or base added
    $\Delta pH$ = change in pH due to addition of acid or base
    $\Delta pH$ can be determined experimentally or calculated using the Henderson-Hasselbach equation.

## Buffer Capacity (Continued)

**EXAMPLE 3**

If 0.2 mole of HCl is added to a 0.015 M solution of ammonium hydroxide and the pH falls from 9.5 to 8.9, what is the buffer capacity?

$$\Delta pH = 9.5 - 8.9 = 0.6$$
$$\Delta B = 0.2 \text{ mol/L} = 0.2 \text{ M}$$
$$\beta = 0.2 \text{ M}/0.6 = 0.33 \text{ M}$$

**EXAMPLE 4**

If 0.002 mole of HCl is added to the buffer in Example No. 1, what is its buffer capacity? After adding 0.002 mole HCl:

$$H_3PO_4: 0.02 \text{ mol} + 0.002 \text{ mol} = 0.022 \text{ mol}$$
$$NaH_2PO_4: 0.016 \text{ mol} - 0.002 \text{ mL} = 0.014 \text{ mol}$$
$$pH = 2.125 + \log(0.014 \text{ mol}/0.022 \text{ mol}) = 1.929$$
$$\Delta pH = 2.028 - 1.929 = 0.099$$
$$\Delta AB = 0.002 \text{ mol}/0.3 \text{ L} = 0.0067 \text{ M}$$
$$\beta = 0.0067 \text{ M}/0.099 = 0.067 \text{ M}$$

Another approach to calculating buffer capacity involves the use of Van-Slyke's equation, given as:

$$\beta = 2.3C \{Ka[H^+]/(Ka[H^+])^2\}$$

where C = sum of the molar concentrations of the acid and base, and

$$[H^+] = 10^{-pH}$$

**EXAMPLE 5**

What is the Van Slyke's buffer capacity of the buffer prepared in Example No. 1?

$$C = 0.0067 \text{ M} + 0.0053 \text{ M} = 0.12 \text{ M}$$
$$Ka = 7.5 \times 10^{-3}$$
$$[H+] = 10^{-2.028} = 9.38 \times 10^{-3} \text{ M}$$
$$\beta = 2.3(0.12M)\{[(7.5 \times 10^{-3}M)(9.38 \times 10^{-3}M)/[(7.5 \times 10^{-3}M)/(9.38 \times 10^{-3}M)^2]\} = 0.68 \text{ M}$$

The oxidative process is diverted, and the stability of the drug is preserved by agents called *antioxidants*, which react with one or more compounds in the drug to prevent progress of the chain reaction. In general, antioxidants act by providing electrons and easily available hydrogen atoms that are accepted more readily by the free radicals than are those of the drug being protected. Various antioxidants are employed in pharmacy. Among those more frequently used in aqueous preparations are sodium sulfite ($Na_2SO_3$), sodium bisulfite ($NaHSO_3$), hypophosphorous acid ($H_3PO_2$), and ascorbic acid. In oleaginous (oily or unctuous) preparations, alpha-tocopherol, butylhydroxyanisole, and ascorbyl palmitate find application.

In June 1987, FDA labeling regulations went into effect requiring a warning about possible allergic-type reactions, including anaphylaxis in the package insert for prescription drugs to which sulfites have been added to the final dosage form. Sulfites are used as preservatives in many injectable drugs, such as antibiotics and local anesthetics. Some inhalants and ophthalmic preparations also contain sulfites, but relatively few oral drugs contain these chemicals. The purpose of the regulation is to protect the estimated 0.2% of the population who suffer allergic reactions from the chemicals. Many of the sulfite-sensitive persons suffer from asthma or other allergic conditions. Previous to the regulations dealing with prescription medication, the FDA issued regulations for the use of sulfites in food. Asthmatics and other patients who may be sulfite-

sensitive should be reminded to read the labels of packaged foods and medications to check for the presence of these agents. Sulfiting agents covered by the regulations are potassium bisulfite, potassium metabisulfite, sodium bisulfite, sodium metabisulfite, sodium sulfite and sulfur dioxide. The FDA permits the use of sulfites in prescription products, with the proper labeling, because there are no generally suitable substitutes for sulfites to maintain potency in certain medications. Some, but not all, epinephrine injections contain sulfites.

The proper use of antioxidants involves their specific application only after appropriate biomedical and pharmaceutical studies. In certain instances other pharmaceutical additives can inactivate a given antioxidant when used in the same formulation. In other cases certain antioxidants can react chemically with the drugs they were intended to stabilize, without a noticeable change in the appearance of the preparation.

Because the stability of oxidizable drugs may be adversely affected by oxygen, certain pharmaceuticals may require an oxygen-free atmosphere during their preparation and storage. Oxygen may be present in pharmaceutical liquids in the airspace within the container or may be dissolved in the liquid vehicle. To avoid these exposures, oxygen-sensitive drugs may be prepared in the dry state and they, as well as liquid preparations, may be packaged in sealed containers with the air replaced by an inert gas such as nitrogen. This is common practice in the commercial production of vials and ampuls of easily oxidizable preparations intended for parenteral use.

Trace metals originating in the drug, solvent, container, or stopper are a constant source of difficulty in preparing stable solutions of oxidizable drugs. The rate of formation of color in epinephrine solutions, for instance, is greatly increased by the presence of ferric, ferrous, cupric, and chromic ions. Great care must be taken to eliminate these trace metals from labile preparations by thorough purification of the source of the contaminant or by chemically complexing or binding the metal through the use of specialized agents that make it chemically unavailable for participation in the oxidative process. These agents are referred to as chelating agents and are exemplified by calcium disodium edetate and ethylenediamine tetra-acetic acid (EDTA).

Light can also act as a catalyst to oxidation reactions. As a photocatalyst, light waves transfer their energy (photon) to drug molecules, making the latter more reactive through increased energy capability. As a precaution against the acceleration of the oxidative process, sensitive preparations are packaged in light-resistant or opaque containers.

Because most drug degradations proceed more rapidly with an advanced temperature, it is also advisable to maintain oxidizable drugs in a cool place. Another factor that could affect the stability of an oxidizable drug in solution is the pH of the preparation. Each drug must be maintained in solution at the pH most favorable to its stability. This, in fact, varies from

Table 3.2. Examples of Some Official Drugs and Preparations Especially Subject to Chemical or Physical Deterioration

| Preparation | Category | Monograph or Label Warning |
|---|---|---|
| Epinephrine Bitartrate Ophthalmic Solution, USP<br>Epinephrine Inhalation Solution, USP<br>Epinephrine Injection, USP<br>Epinephrine Nasal Solution, USP<br>Epinephrine Ophthalmic Solution, USP | Adrenergic | Do not use the inhalation, injection, nasal or ophthalmic solution if it is brown or contains a precipitate. |
| Isoproterenol Sulfate Inhalation, Solution, USP<br>Isoproterenol Inhalation Solution, USP | Adrenergic (bronchodilator) | Do not use the inhalation or injection if it is pink to brown in color or contains a precipitate. |
| Nitroglycerin Tablets, USP | Antianginal | To prevent loss of potency, keep these tablets in the original container or in a supplemental nitroglycerin container specifically labeled as being suitable for nitroglycerin tablets. |
| Paraldehyde, USP | Hypnotic | Paraldehyde is subject to oxidation to form acetic acid. |

NOR 0000422

preparation to preparation and must be determined on an individual basis for the drug in question.

Statements in the USP, as those in Table 3.2, warn of the oxidative decomposition of drugs and preparations. In some instances the specific agent to employ as a stabilizer is mentioned in the monograph, and in others the term "suitable stabilizer" is used. An example in which a particular agent is designated for use is in the monograph for Potassium Iodide Oral Solution, USP. Potassium iodide in solution is prone to photocatalyzed oxidation and the release of free iodine with a resultant yellow to brown discoloration of the solution. The use of light-resistant containers is essential to its stability. As a further precaution against decomposition if the solution is not to be used within a short time, the USP recommends the addition of 0.5 mg of sodium thiosulfate for each gram of potassium iodide in the preparation. In the event free iodine is released during storage, the sodium thiosulfate converts it to colorless and soluble sodium iodide:

$$I_2 + 2Na_2S_2O_3 \rightarrow 2\,NaI + Na_2S_4O_6$$

In summary, for easily oxidizable drugs, the formulation pharmacist may stabilize the respective preparations by the selective exclusion from the system of oxygen, oxidizing agents, trace metals, light, heat, and other chemical catalysts to the oxidation process. Antioxidants, chelating agents, and buffering agents may be added to create and maintain a favorable pH.

In addition to oxidation and hydrolysis, other destructive processes such as polymerization, chemical decarboxylation, and deamination may occur in pharmaceutical preparations. However, these processes occur less frequently and are peculiar to only small groups of chemical substances. Drug polymerization involves a reaction between two or more identical molecules with resultant formation of a new and generally larger molecule. Formaldehyde is an example of a drug capable of polymerization. In solution it may polymerize to paraformaldehyde $(CH_2O)_n$, a slowly soluble white crystalline substance that may cause the solution to become cloudy. The formation of paraformaldehyde is enhanced by cool storage temperatures, especially in solutions with high concentrations of formaldehyde. The official formaldehyde solution contains approximately 37% formaldehyde and according to the USP should be stored at temperatures not below 15°C (59°F). If the solution becomes cloudy upon standing in a cool place, it usually may be cleared by gentle warming.

Formaldehyde is prepared by the limited oxidation of methanol (methyl alcohol), and the USP permits a residual amount of this material to remain in the final product, since it has the ability to retard the formation of paraformaldehyde. Formaldehyde solution must be maintained in tight containers because oxidation of the formaldehyde yields formic acid.

$$CH_3OH \xrightarrow{(O)} HCHO \xrightarrow{(O)} HCOOH$$
$$\text{methanol} \qquad \text{formaldehyde} \qquad \text{formic acid}$$

Other organic drug molecules may be degraded through processes in which one or more of their active chemical groups are removed. These processes may involve various catalysts, including light and enzymes. Decarboxylation and deamination are examples of such processes, with the former involving the decomposition of an organic acid (R•COOH) and the consequent release of carbon dioxide gas and the latter involving the removal of the nitrogen-containing group from an organic amine. For example, insulin, a protein, deteriorates rapidly in acid solutions, due to extensive deamination. (3) Thus, most preparations of insulin are neutralized to reduce its rate of decomposition.

**Stability Testing**

The Food and Drug Administration's Current Good Manufacturing Practice regulations include sections on the stability and stability testing of pharmaceutical components and finished pharmaceutical products. In addition, agency and International Conference on Harmonization (ICH) guidelines and guidances provide working recommendations to support the regulatory requirements. Among these are the following (4):

"Stability Testing of New Drug Substances and Products"
"Quality of Biotechnological Products: Stability Testing of Biotechnology/Biological Drug Products"
"Photostability Testing of New Drug Substances and Products"
"Stability Testing of New Dosage Forms"

Drug and drug product stability testing during every stage of development is critical to the quality of the pharmaceutical product. Drug stability is important during preclinical testing and in clinical (human) trials in order to obtain a true and accurate assessment of the drug/drug product being

evaluated. For a marketed drug product, assurance of drug stability is vital to the safety and effectiveness of the product when distributed and during the entire course of its shelf-life and use.

The FDA-required demonstration of drug stability is necessarily different for each stage of drug development, i.e., for a 2-week preclinical study, an early Phase I study, a limited Phase II trial, a pivotal Phase III clinical study, or for a New Drug Application for approval for marketing. As a drug development program progresses, so does the requisite data to demonstrate and document the drug/drug product's stability profile. Before approval for marketing, a product's stability must be assessed with regard to its formulation, the influence of pharmaceutic ingredients present, the influence of the container and closure, the manufacturing and processing conditions (e.g. heat), packaging components and conditions of warehousing/storage, the anticipated conditions of shipping, temperature, light and humidity, and anticipated duration and conditions of pharmacy shelf-life and patient utilization. It is important to recognize, that the "holding" of intermediate product components (as drug granulations for tableting) for undue lengthy periods before processing into finished pharmaceutical products could affect the stability of both the intermediate component and the finished product. Therefore, in-process stability testing including the retesting of intermediate components is important.

Product containers, closures, and other packaging features must be considered in stability testing. For instance, tablets or capsules packaged in glass or plastic bottles, blister packs or strip packaging would require different stability test protocols. Drugs particularly subject to hydrolysis or oxidative decomposition must be evaluated accordingly. And, parenteral and other sterile products must meet sterility test standards to ensure protection against microbial contamination. Any preservatives used must be tested for effectiveness in the finished product.

As noted elsewhere in this section, drug products must meet stability standards for long-term storage at room temperatures and under conditions of relative humidity. Products are also subjected to accelerated stability studies as an indication of shelf-life stability. It is an FDA requirement that if not submitted in the approved application, the first three postapproval production batches of a drug substance be placed on long-term stability studies and the first three postapproval production batches of drug product be subject to both long-term and accelerated stability studies (5,6).

Drug instability in pharmaceutical formulations may be detected in some instances by a change in the physical appearance, color, odor, taste or texture of the formulation whereas in other instances chemical changes may occur which are not self-evident and may only be ascertained through chemical analysis. Scientific data pertaining to the stability of a formulation leads to the prediction of the expected shelf-life of the proposed product and, when necessary, to the redesign of the drug (e.g. into more stable salt or ester form) and to the reformulation of the dosage form. Obviously the rate or speed at which drug degradation occurs in a formulation is of prime importance. The study of the rate of chemical change and the way in which it is influenced by such factors as the concentration of the drug or reactant, the solvent employed, the conditions of temperature and pressure, and the presence of other chemical agents in the formulation is termed reaction kinetics.

In general a kinetic study begins by measuring the concentration of the drug being examined at given time intervals under a specific set of conditions including temperature, pH, ionic strength, light intensity, and drug concentration. The measurement of the drug's concentration at the various time intervals reveals the stability or instability of the drug under the specified conditions with the passage of time. From this starting point, each of the original conditions may be varied on an individual basis to determine the influence that such changes make on the drug's stability. For example, the pH of the solution may be changed, whereas the temperature, light intensity, and original drug concentration remain as they were in the original or baseline experiment.

The data collected may be presented graphically, by plotting the drug concentration as a function of time. From the experimental data, the reaction rate may be determined and a rate constant and half-life calculated.

The use of exaggerated conditions of temperature, humidity, light, and others, to test the stability of drug formulations is termed accelerated stability testing. Accelerated temperature stability studies, for example, may be conducted for six months at 40°C with 75% relative humidity. If a significant change occurs in the drug/drug product under these conditions, lesser temperature and humidity may be used, such as 30°C and 60% relative humidity. The use of short-term accelerated studies is for the purpose of determining the most stable of the proposed formulations for a drug product. In stress testing, temperature elevations, in 10°

increments higher than used in accelerated studies, are employed until chemical or physical degradation. Once the most stable formulation is ascertained, its long-term stability is predicted from the data generated from continuing stability studies. Depending on the types and severity of conditions employed, it is not unusual to maintain samples under exaggerated conditions of both temperature and varying humidity for periods of 6 to 12 months. Such studies lead to the prediction of shelf-life for a drug product.

In addition to the accelerated stability studies, drug products are also subjected to long-term stability studies under the usual conditions of transport and storage expected during product distribution. In conducting these studies, the different climatic zones, nationally and internationally, to which the product may be subjected must be borne in mind, and expected variances in conditions of temperature and humidity included in the study design. Geographic regions of the world are defined by climatic zones: zone I, "temperate"; zone II, "subtropical"; zone III, "hot and dry"; and zone IV, "hot and humid." A given drug product may encounter more than a single zone of temperature/humidity variations during its production and shelf-life. Further, it may be warehoused, transported, placed on a pharmacy's shelf, and subsequently in the patient's medicine cabinet, over a varying time course and at a wide range of temperature and humidity. In general, however, the long-term (12 months minimum) testing of new drug entities is conducted at $25°\text{C} \pm 2°\text{C}$ and at a relative humidity of $60\% \pm 5\%$. Samples maintained under these conditions may be retained for periods of 5 years or longer during which time they are observed for physical signs of deterioration and chemically assayed. These studies, considered with the accelerated stability studies previously performed, then lead to a more precise determination of drug product stability, actual shelf-life, and the possible extension of expiration dating.

When chemical degradation products are detected, the FDA requires the manufacturer to report their chemical identities, including structures, mechanism of formation, physical and chemical properties, procedures for isolation and purification, specifications and directions for determination at levels expected to be present in the pharmaceutical product, and the pharmacologic action and biologic significance, if any, to their presence.

In addition, signs of degradation of the specific dosage forms must be observed and reported. For the various dosage forms, this includes the following (1).

*Tablets:* appearance, friability, hardness, color, odor, moisture content, and dissolution.

*Capsules:* strength, moisture, color, appearance, shape, brittleness, and dissolution.

*Oral solutions and suspensions:* appearance, strength, pH, color, odor, redispersibility (suspensions), and clarity (solutions).

*Oral powders:* appearance, strength, color, odor, moisture.

*Metered-dose inhalation aerosols:* strength, delivered dose per actuation, number of metered doses, color, particle-size distribution, loss of propellant, pressure, valve corrosion, spray pattern, absence of pathogenic microorganisms.

*Topical nonmetered aerosols:* appearance, odor, pressure, weight loss, net weight dispensed, delivery rate, and spray pattern.

*Topical creams, ointments, lotions, solutions, and gels:* appearance, color, homogeneity, odor, pH, resuspendibility (lotions), consistency, particle-size distribution, strength, weight loss.

*Ophthalmic preparations:* appearance, color, consistency, pH, clarity (solutions), particle size and resuspendibility (suspensions, creams, ointments), strength, and sterility.

*Small-volume parenterals:* strength, appearance, color, particulate matter, dispersibility (suspensions), pH, sterility, pyrogenicity, and closure integrity.

*Large-volume parenterals:* strength, appearance, color, clarity, particulate matter, pH, volume and extractables (when plastic containers are used), sterility, pyrogenicity, and closure integrity.

*Suppositories:* strength, softening range, appearance, and dissolution.

*Emulsions:* appearance (as phase separation), color, odor, pH, viscosity, and strength.

*Controlled-release membrane drug delivery systems:* seal strength of the drug reservoir, decomposition products, membrane integrity, drug strength, and drug release rate.

Under usual circumstances, most manufactured products require a shelf-life of 2 or more years to ensure their stability at the time of patient consumption. Commercial products must bear an appropriate expiration date. This date identifies the time during which the product may be expected to maintain its potency and remain stable under the designated storage conditions. The expiration date

NOR 0000425

limits the time during which the product may be dispensed by the pharmacist or used by the patient.

Prescriptions requiring extemporaneous compounding by the pharmacist do not require the extended shelf-life that commercially manufactured and distributed products do because they are intended to be used immediately on their receipt by the patient and used only during the immediate course of the prescribed treatment. However, these compounded prescriptions must remain stable and efficacious during the course of their use and the compounding pharmacist must employ formulative components and techniques which will result in a stable product (7).

In years past pharmacists were confronted primarily with innocuous, topical prescriptions that required extemporaneous formulation. However, in recent years there has been a need to compound other drug delivery systems as well, e.g., progesterone vaginal suppositories, oral suspensions, from existing tablets or capsules. When presented with a prescription that requires extemporaneous compounding, the pharmacist is confronted with a difficult situation because the potency and the stability of these prescriptions is a serious matter. Occasionally, the results of compatibility and stability studies on such prescriptions are published in scientific and professional journals. These are very useful; however, there are also prescriptions for which stability and compatibility information is not readily available. In these instances, it behooves the pharmacist to at least contact the drug manufacturer of the active ingredient(s) to solicit stability information. Also, a compilation of published stability information is included in Trissel's Stability of Compounded Formulations (8). The published stability data are applicable only to products that are prepared identically to the products that are reported.

USP guidelines on stability of extemporaneous compounded formulations state that, in the absence of stability information that is applicable to a specific drug and preparation, the following guidelines can be utilized: nonaqueous liquids and solid formulations where the manufactured drug is the source of the active ingredient-not later than 25% of the time remaining until the product's expiration date or 6 months, whichever is earlier; nonaqueous liquids and solid formulations where a USP or NF substance is the source of active ingredient—a beyond-use date of 6 months; for water-containing formulations prepared from ingredients in solid form—a beyond-use date of not later than 14 days when stored at cold temperatures; for all other formulations—a beyond-use date of the intended duration of therapy or 30 days, whichever is earlier (9). Thus, in the instance where an oral aqueous liquid preparation is made from an existing tablet or capsule formulation, the pharmacist should make up only at most a 14 days supply and it must be stored in a refrigerator. Further, the pharmacist must also dispense the medication in a container conducive to stability and use and must advise the patient of the proper method of use and conditions of storage of the medication.

Finally, when compounding on the basis of extrapolated or less than concrete information it is best for the pharmacist to keep the formulation simple and not to shortcut but use the necessary pharmaceutical adjuvants to prepare the prescription.

## Pharmaceutic Ingredients

### Definitions and Types

To prepare a drug substance into a final dosage form, pharmaceutic ingredients are required. For example, in the preparation of pharmaceutic solutions, one or more *solvents* are used to dissolve the drug substance, *flavors and sweeteners* are used to make the product more palatable, *colorants* are added to enhance product appeal, *preservatives* may be added to prevent microbial growth and *stabilizers*, such as antioxidants and chelating agents, may be used to prevent drug decomposition, as previously discussed. In the preparation of tablets, *diluents* or *fillers* are commonly added to increase the bulk of the formulation, *binders* to cause the adhesion of the powdered drug and pharmaceutic substances, *antiadherents* or *lubricants* to assist the smooth tableting process, *disintegrating agents* to promote tablet break-up after administration, and coatings to improve stability, control disintegration, or to enhance appearance. Ointments, creams, and suppositories achieve their characteristic features due to the pharmaceutic bases which are utilized. Thus, for each dosage form, the pharmaceutic ingredients establish the primary features of the product, and contribute to the physical form, texture, stability, taste and overall appearance.

Table 3.3 presents the principal categories of pharmaceutic ingredients, with examples of some of the official and commercial agents currently used. Additional discussion of many of the pharmaceutic ingredients may be found in the chapters where they are most relevant; for example, pharmaceutic materials used in tablet and capsule formulations

NOR 0000426