**Table 3.3.   Examples of Pharmaceutic Ingredients**

| Ingredient Type | Definition | Examples |
|---|---|---|
| Acidifying Agent | Used in liquid preparations to provide acidic medium for product stability. | Citric acid<br>Acetic acid<br>Fumaric acid<br>Hydrochloric acid<br>Nitric acid |
| Alkalinizing Agent | Used in liquid preparations to provide alkaline medium for product stability. | Ammonia solution<br>Ammonium carbonate<br>Diethanolamine<br>Monoethanolamine<br>Potassium hydroxide<br>Sodium borate<br>Sodium carbonate<br>Sodium hydroxide<br>Triethanolamine<br>Trolamine |
| Adsorbent | An agent capable of holding other molecules onto its surface by physical or chemical (chemisorption) means. | Powdered cellulose<br>Activated charcoal |
| Aerosol Propellant | Agent responsible for developing the pressure within an aerosol container and expelling the product when the valve is opened. | Carbon dioxide<br>Dichlorodifluoromethane<br>Dichlorotetrafluoroethane<br>Trichloromonofluoromethane |
| Air Displacement | Agent employed to displace air in a hermetically sealed container to enhance product stability. | Nitrogen<br>Carbon dioxide |
| Antifungal Preservative | Used in liquid and semi-solid preparations to prevent the growth of fungi. The effectiveness of the parabens is usually enhanced when they are used in combination. | Butylparaben<br>Ethylparaben<br>Methylparaben<br>Benzoic acid<br>Propylparaben<br>Sodium benzoate<br>Sodium propionate |
| Antimicrobial Preservative | Used in liquid and semi-solid preparations to prevent the growth of microorganisms. | Benzalkonium chloride<br>Benzethonium chloride<br>Benzyl alcohol<br>Cetylpyridinium chloride<br>Chlorobutanol<br>Phenol<br>Phenylethyl alcohol<br>Phenylmercuric nitrate<br>Thimerosal |
| Antioxidant | Agent that inhibits oxidation and thus is used to prevent the deterioration of preparations by the oxidative process. | Ascorbic acid<br>Ascorbyl palmitate<br>Butylated hydroxyanisole<br>Butylated hydroxytoluene<br>Hypophophorous acid<br>Monothioglycerol<br>Propyl gallate<br>Sodium ascorbate<br>Sodium bisulfite<br>Sodium formaldehyde<br>Sulfoxylate<br>Sodium metabisulfite |
| Buffering Agent | Used to resist change in pH upon dilution or addition of acid or alkali. potassium metaphosphate | Potassium phosphate, monobasic<br>Sodium acetate<br>Sodium citrate anhydrous and dihydrate |

*continued*

**Table 3.3.   Examples of Pharmaceutic Ingredients**

| Ingredient Type | Definition | Examples |
|---|---|---|
| Chelating Agent | Substance that forms stable, water soluble complexes (chelates) with metals. Chelating agents are used in some liquid pharmaceuticals as stabilizers to complex heavy metals which might promote instability. In such use they are also called *sequestering* agents. | Edetic acid<br>Edetate disodium |
| Colorant | Used to impart color to liquid and solid (e.g., tablets and capsules) pharmaceutical preparations. | FD&C Red No. 3<br>FD&C Red No. 20<br>FD&C Yellow No. 6<br>FD&C Blue No. 2<br>D&C Green No. 5<br>D&C Orange No. 5<br>D&C Red No. 8<br>Caramel<br>Ferric oxide, red |
| Clarifying Agent | Used as a filtering aid because of adsorbent qualities. | Bentonite |
| Emulsifying Agent | Used to promote and maintain the dispersion of finely subdivided particles of a liquid in a vehicle in which it is immiscible. The end product may be a liquid emulsion or semisolid emulsion (e.g., a cream). | Acacia<br>Cetomacrogol<br>Cetyl alcohol<br>Glyceryl monostearate<br>Sorbitan monooleate<br>Polyoxyethylene 50 stearate |
| Encapsulating Agent | Used to form thin shells for the purpose of enclosing a drug substance or drug formulation for ease of administration. | Gelatin<br>Cellulose acetate phthalate |
| Flavorant | Used to impart a pleasant flavor and often odor to a pharmaceutical preparation. In addition to the natural flavorants listed, many synthetic flavorants are also used. | Anise oil<br>Cinnamon oil<br>Cocoa<br>Menthol<br>Orange oil<br>Peppermint oil<br>Vanillin |
| Humectant | Used to prevent the drying out of preparations—particularly ointments and creams—due to the agent's ability to retain moisture. | Glycerin<br>Propylene glycol<br>Sorbitol |
| Levigating Agent | Liquid used as an intervening agent to reduce the particle size of a drug powder by grinding together, usually in a mortar. | Mineral oil<br>Glycerin |
| Ointment Base | Semisolid vehicle into which drug substances may be incorporated in preparing medicated ointments. | Lanolin<br>Hydrophilic ointment<br>Polyethylene glycol ointment<br>Petrolatum<br>Hydrophilic petrolatum<br>White ointment<br>Yellow ointment<br>Rose water ointment |
| Plasticizer | Used as a component of film-coating solutions to enhance the spread of the coat over tablets, beads, and granules. | Diethyl phthalate<br>Glycerin |
| Solvent | An agent used to dissolve another pharmaceutic substance or a drug in the preparation of a solution. The solvent may be aqueous or nonaqueous (e.g., oleaginous). Cosolvents, such as water and alcohol (hydroalcoholic) and water and glycerin, may be used when needed. Solvents rendered sterile are used in certain preparations (e.g., injections). | Alcohol<br>Corn oil<br>Cottonseed oil<br>Glycerin<br>Isopropyl alcohol<br>Mineral oil<br>Oleic acid<br>Peanut oil<br>Purified water<br>Water for injection<br>Sterile water for injection<br>Sterile water for irrigation |

*continued*

**Table 3.3.    Examples of Pharmaceutic Ingredients**

| Ingredient Type | Definition | Examples |
|---|---|---|
| Stiffening Agent | Used to increase the thickness or hardness of a pharmaceutical preparation, usually an ointment. | Cetyl alcohol<br>Cetyl esters wax<br>Microcrystalline wax<br>Paraffin<br>Stearyl alcohol<br>White wax<br>Yellow wax |
| Suppository Base | Used as a vehicle into which drug substances are incorporated in the preparation of suppositories. | Cocoa butter<br>Polyethylene glycols (mixtures) |
| Surfactant (surface active agent) | Substances that absorb to surfaces or interfaces to reduce surface or interfacial tension. May be used as wetting agents, detergents or emulsifying agents. | Benzalkonium chloride<br>Nonoxynol 10<br>Oxtoxynol 9<br>Polysorbate 80<br>Sodium lauryl sulfate<br>Sorbitan monopalmitate |
| Suspending Agent | A viscosity increasing agent used to reduce the rate of sedimentation of (drug) particles dispersed throughout a vehicle in which they are not soluble. The resultant suspensions may be formulated for use orally, parenterally, ophthalmically, topically, or by other routes. | Agar<br>Bentonite<br>Carbomer (e.g., Carbopol)<br>Carboxymethylcellulose sodium<br>Hydroxyethyl cellulose<br>Hydroxypropyl cellulose<br>Hydroxypropyl methylcellulose<br>Kaolin<br>Methylcellulose<br>Tragacanth<br>Veegum |
| Sweetening Agent | Used to impart sweetness to a preparation. | Aspartame<br>Dextrose<br>Glycerin<br>Mannitol<br>Saccharin sodium<br>Sorbitol<br>Sucrose |
| Tablet Antiadherents | Agents that prevent the sticking of tablet formulation ingredients to punches and dies in a tableting machine during production. | Magnesium stearate<br>Talc |
| Tablet Binders | Substances used to cause adhesion of powder particles in tablet granulations. | Acacia<br>Alginic acid<br>Carboxymethylcellulose sodium<br>Compressible sugar (e.g., Nu-Tab)<br>Ethylcellulose<br>Gelatin<br>Liquid glucose<br>Methylcellulose<br>Povidone<br>Pregelatinized starch |
| Tablet and Capsule Diluent | Inert substances used as fillers to create the desired bulk, flow properties, and compression characteristics in the preparation of tablets and capsules. | Dibasic calcium phosphate<br>Kaolin<br>Lactose<br>Mannitol<br>Microcrystalline cellulose<br>Powdered cellulose<br>Precipitated calcium carbonate<br>Sorbitol<br>Starch |

*continued*

NOR 0000429

*Dosage Form Design: Pharmaceutic and Formulation Considerations*     91

**Table 3.3.    Examples of Pharmaceutic Ingredients**

| Ingredient Type | Definition | Examples |
|---|---|---|
| Tablet Coating Agent | Used to coat a formed tablet for the purpose of protecting against drug decomposition by atmospheric oxygen or humidity, to provide a desired release pattern for the drug substance after administration, to mask the taste or odor of the drug substance, or for aesthetic purposes. The coating may be of various types, including sugar-coating, film coating, or enteric coating. Sugar coating is water-based and results in a thickened covering around a formed tablet. Sugar-coated tablets generally start to break up in the stomach. A film coat is a thin cover around a formed tablet or bead. Unless it is an enteric coat, the film coat will dissolve in the stomach. An enteric-coated tablet or bead will pass through the stomach and break up in the intestines. Some coatings that are water-insoluble (e.g., ethylcellulose) may be used to coat tablets and beads to slow the release of drug as they pass through the gastrointestinal tract. | |
| Sugar coating: | | Liquid glucose Sucrose |
| Film coating: | | Hydroxyethyl cellulose Hydroxypropyl cellulose Hydroxypropyl methylcellulose Methylcellulose (e.g., Methocel) Ethylcellulose (e.g., Ethocel) Cellulose acetate phthalate |
| Enteric coating: | | Shellac (35% in alcohol, ('pharmaceutical glaze") |
| Tablet Direct Compression Excipient | Used in direct compression tablet formulations. | Dibasic calcium phosphate (e.g., Ditab) |
| Tablet Disintegrant | Used in solid dosage forms to promote the disruption of the solid mass into smaller particles which are more readily dispersed or dissolved. | Alginic acid Carboxymethylcellulose calcium Microcrystalline cellulose (e.g., Avicel) Polacrilin potassium (e.g., Amberlite) Sodium alginate Sodium starch glycollate Starch |
| Tablet Glidant | Agents used in tablet and capsule formulations to improve the flow properties of the powder mixture. | Colloidal silica Cornstarch Talc |
| Tablet Lubricant | Substances used in tablet formulations to reduce friction during tablet compression. | Calcium stearate Magnesium stearate Mineral oil Stearic acid Zinc stearate |
| Tablet/Capsule Opaquant | Used to render a capsule or a tablet coating opaque. May be used alone or in combination with a colorant. | Titanium dioxide |
| Tablet Polishing Agent | Used to impart an attractive sheen to coated tablets. | Carnauba wax White wax |
| Tonicity Agent | Used to render a solution similar in osmotic dextrose characteristics to physiologic fluids. Ophthalmic, parenteral, and irrigation fluids are examples of preparations in which tonicity is a consideration. | Sodium chloride |

*continued*

NOR 0000430

**Table 3.3.    Examples of Pharmaceutic Ingredients**

| Ingredient Type | Definition | Examples |
|---|---|---|
| Vehicle | A carrying agent for a drug substance. They are used in formulating a variety of liquid dosage for oral and parenteral administration. Generally, oral liquids are aqueous preparations (as syrups) or hydroalcoholic (as elixirs). Parenteral solutions for intravenous use are aqueous, whereas intramuscular injections may be aqueous or oleaginous. | |
| Flavored/Sweetened | | Acacia Syrup |
| | | Aromatic Syrup |
| | | Aromatic Elixir |
| | | Cherry Syrup |
| | | Cocoa Syrup |
| | | Orange Syrup |
| | | Syrup |
| Oleaginous | | Corn Oil |
| | | Mineral Oil |
| | | Peanut Oil |
| | | Sesame Oil |
| Sterile | | Bacteriostatic Sodium chloride injection |
| | | Bacteriostatic Water for Injection |
| Viscosity Increasing Agent | Used to change the consistency of a preparation to render it more resistant to flow. Used in suspensions to deter sedimentation, in ophthalmic solutions to enhance contact time (e.g., methylcellulose), to thicken topical creams, etc. | Alginic acid |
| | | Bentonite |
| | | Carbomer |
| | | Carboxymethylcellulose Sodium |
| | | Methylcellulose |
| | | Povidone |
| | | Sodium alginate |
| | | Tragacanth |

are discussed in Chapter 7, Capsules and Tablets and Chapter 8, Modified-Release Dosage Forms and Drug Delivery Systems.

## *Handbook of Pharmaceutical Excipients*

The reader should also be aware of the *Handbook of Pharmaceutical Excipients* (10), which presents monographs on over 200 excipients used in pharmaceutical dosage form preparation. Included in each monograph is such information as: nonproprietary, chemical, and commercial names; empirical and chemical formulas and molecular weight; pharmaceutic specifications and chemical and physical properties; incompatibilities and interactions with other excipients and drug substances; regulatory status; and applications in pharmaceutic formulation or technology.

## *Harmonization of Standards*

There is great interest currently in the international "harmonization" of standards applicable to pharmaceutical excipients. This is due to the fact that the pharmaceutical industry is multinational, with major companies having facilities in more than a single country, with products sold in markets worldwide, and with regulatory approval for these products required in each individual country. Standards for each drug substance and excipient used in pharmaceuticals are contained in pharmacopeias—or, for new agents, in an application for regulatory approval by the FDA or another nation's governing authority. The four pharmacopeias with the largest international use are the *United States Pharmacopeia/National Formulary* (USP/NF), *British Pharmacopeia* (BP), *European Pharmacopeia* (EP), and the *Japanese Pharmacopeia* (JP). Uniform standards for excipients in these and other pharmacopeias

NOR 0000431

would facilitate production efficiency, enable the marketing of a single formulation of a product internationally, and enhance regulatory approval of pharmaceutical products worldwide. The goal of harmonization is an ongoing effort undertaken by corporate representatives and international regulatory authorities.

A few of the more common and widely used pharmaceutical excipients, including sweeteners, flavors, colors and preservatives will be discussed here.

### Appearance and Palatability

Although most drug substances in use today are unpalatable and unattractive in their natural state, modern pharmaceutical preparations present them to the patient as colorful, flavorful formulations attractive to the sight, smell, and taste. These qualities, which are the rule rather than the exception, have virtually eliminated the natural reluctance of many patients to take medications because of disagreeable odor or taste. In fact, the inherent attractiveness of today's pharmaceuticals has caused them to acquire the dubious distinction of being a source of accidental poisonings in the home, particularly among children who are lured by their organoleptic appeal.

There is some psychologic basis to drug therapy, and the odor, taste, and color of a pharmaceutical preparation can play a part. An appropriate drug will have its most beneficial effect when it is accepted and taken properly by the patient. The proper combination of flavor, fragrance, and color in a pharmaceutical product contributes to its acceptance.

### Flavoring and Sweetening Pharmaceuticals

The flavoring of pharmaceuticals applies primarily to liquid dosage forms intended for oral administration. The 10,000 taste buds, found on the tongue, roof of the mouth, cheeks, and throat, have 60–100 receptor cells each (11). These receptor cells interact with molecules dissolved in the saliva and produce a positive or negative taste sensation. Medication in liquid form obviously comes into immediate and direct contact with these taste buds. By the addition of flavoring agents to liquid medication, the disagreeable taste of drugs may be successfully masked. Drugs placed in capsules or prepared as coated tablets may be easily swallowed with avoidance of contact between the drug and the taste buds. Tablets containing drugs that are not especially distasteful may remain uncoated and unflavored. Swallowing them with water usually is sufficient to avoid undesirable drug taste sensations. However, tablets of the chewable type as certain antacid and vitamin products, which are intended for mastication in the mouth, usually *are* sweetened and flavored to receive better patient acceptance.

The flavor sensation of a food or pharmaceutical is actually a complex blend of taste and smell with lesser influences of texture, temperature, and even sight. In flavor formulating a pharmaceutical product, the pharmacist must give consideration to the color, odor, texture, and taste of the preparation. It would be incongruous, for example, to color a liquid pharmaceutical red, give it a banana taste, and a mint odor. The color of a pharmaceutical must have a psychogenic balance with the taste, and the odor must also enhance that taste. Odor greatly affects the flavor of a preparation or foodstuff. If one's sense of smell is impaired, as during a head cold, the usual flavor sensation of food is similarly diminished.

The medicinal chemist and the formulation pharmacist are well acquainted with the taste characteristic of certain chemical types of drugs and strive to mask effectively the unwanted taste through the appropriate use of flavoring agents. Although there are no dependable rules for unerringly predicting the taste sensation of a drug based on its chemical constitution, experience permits the presentation of several observations. For instance, although we recognize and assume the salty taste of sodium chloride, the formulation pharmacist knows that all salts are not salty, but that their taste is a function of both the cation and anion. Whereas salty tastes are evoked by sodium, potassium, and ammonium chlorides and by sodium bromide, potassium and ammonium bromides elicit simultaneous bitter and salty sensations, and potassium iodide and magnesium sulfate (epsom salt) are predominantly bitter. In general, low molecular weight salts are salty, and higher molecular weight salts are bitter. With organic compounds, an increase in the number of hydroxyl groups (—OH) seems to increase the sweetness of the compound. Sucrose, which has eight hydroxyl groups, is sweeter than glycerin, another pharmaceutical sweetener, which has but three hydroxyl groups. In general, the organic esters, alcohols, and aldehydes are pleasant to the taste, and since many of them are volatile, they also contribute to the odor and thus the flavor of preparations in which they are used. Many nitrogen-containing compounds are extremely bitter, especially the plant alkaloids (as quinine), but certain other nitrogen-containing compounds are extremely sweet (as aspartame). The medicinal chemist recognizes that even the most simple structural change in an organic compound can alter its taste. D-glucose is sweet, but L-glucose has a

slightly salty taste; saccharin is very sweet, but N-methyl-saccharin is tasteless (12).

Thus, the predictability of the taste characteristics of a new drug is only speculative. However, it is soon learned, and the formulation pharmacist is then put to the task of increasing the drug's palatability in the environment of other formulative agents. The selection of an appropriate flavoring agent depends upon several factors, but primarily upon the taste of the drug substance itself. Certain flavoring materials are more effective than others in masking or disguising the particular bitter, salty, sour, or otherwise undesirable taste of medicinal agents. Although individuals' tastes and flavor preferences differ, cocoa-flavored vehicles are considered effective for masking the taste of bitter drugs. Fruit or citrus flavors are frequently used to combat sour or acid tasting drugs, and cinnamon, orange, raspberry, and other flavors have been successfully used to make preparations of salty drugs more palatable.

The age of the intended patient should also be considered in the selection of the flavoring agent, because certain age groups seem to prefer certain flavors. Children prefer sweet, candy-like preparations with fruity flavors, but adults seem to prefer less sweet preparations with a tart rather than a fruit flavor.

In addition to sucrose, a number of artificial sweetening agents have been utilized in foods and pharmaceuticals over the years. Some of these, as aspartame, saccharin and cyclamate, have faced challenges over their safety by the FDA and restrictions to their use and sale; in fact, the cyclamates were banned from use in the United States by the FDA in 1969.

The introduction of diet soft drinks in the 1950s provided the spark for the widespread use of artificial sweeteners today. Besides dieters, diabetics are regular users of artificial sweeteners. Over the years, each of the artificial sweeteners has undergone long periods of review and debate. Critical to the evaluation of food additives are issues of metabolism and toxicity. For example, almost none of the saccharin a person consumes is metabolized; it is excreted by the kidneys virtually unchanged. Cyclamate, on the other hand, is metabolized, or processed, in the digestive tract, and its byproducts are excreted by the kidneys. Aspartame breaks down in the body into three basic components: the amino acids phenylalanine and aspartic acid, and methanol. These three components, which also occur naturally in various foods, are in turn metabolized through regular pathways in the body. Be-

cause of its metabolism to phenylalanine, the use of aspartame by phenylketonurics is discouraged and diet foods and drinks must bear an appropriate label warning indicating that the particular foodstuff not be consumed by such individuals. Persons with phenylketonuria (PKU) cannot metabolize phenylalanine adequately, resulting in an increase in the serum levels of the amino acid (hyperphenylalaninemia). This can result in mental retardation, and also can affect the fetus of a pregnant woman who has the disorder.

Passage in 1958 of the Food Additives Amendment to the Food, Drug, and Cosmetic Act produced a major change in how food additives are regulated by the federal government. For one thing, no new food additive may be used if animal feeding studies or other appropriate tests showed that it caused cancer. This is the now-famous Delaney Clause. The *amount* of the substance one would have to consume to induce cancer is not of significance under the Delaney Clause.

Another critical feature of the 1958 amendment, however, was that it did not apply to additives that were generally recognized by experts as safe for their intended uses. Saccharin, cyclamate and a long list of other substances were being used in foods before the amendment's passage and were considered "generally recognized as safe"—or what is known today as GRAS. Aspartame, on the other hand, became the first artificial sweetener to fall under the 1958 amendment's requirement for pre-marketing proof of safety because the first petition to FDA for its approval was filed in 1973. In 1968, the Committee on Food Protection of the National Academy of Sciences issued an interim report on the safety of non-nutritive sweeteners, including saccharin. In the early 1970s, FDA began a major review of hundreds of food additives on the GRAS list to determine whether more current studies still justified their safe status. In 1972, with new studies under way, FDA decided to take saccharin off the GRAS list and establish interim limits that would permit its continued use until additional studies were completed. (Previous studies indicated that male and female rats fed doses of saccharin developed a significant incidence of bladder tumors.) In November 1977, Congress passed the Saccharin Study and Labeling Act, which permitted saccharin's continued availability while mandating that warning labels be used to advise consumers that saccharin caused cancer in animals. The law also directed FDA to arrange further studies of carcinogens and toxic substances in foods.

Cyclamate was introduced into beverages and

NOR 0000433

foods in the 1950s and dominated the artificial sweetener market in the 1960s. After much controversy regarding the substance's safety, the FDA issued a final ruling in 1980 stating that the agent's safety has not been demonstrated. Since that date, scientific studies have continued in order to conclusively support or refute the basis for the FDA decision. At question is the agent's possible carcinogenicity and its possible effects in causing genetic damage and testicular atrophy. The student is referred to the indicated references for a review of the recent history of sweeteners including: saccharin, cyclamate, fructose, polyalcohols, sucrose, and aspartame (13–16).

Acesulfame potassium, a nonnutritive sweetener first discovered in 1967, was approved in 1992 by the FDA. It had been used previously in a number of other countries. The substance, structurally similar to saccharin, is 130 times as sweet as sucrose and is excreted unchanged in the urine. Acesulfame is more stable than aspartame at elevated temperatures and was approved by the FDA initially for use in candy, chewing gum, confectionery, and instant coffees and teas.

A relatively new sweetening agent introduced into U.S. commerce is Stevia. Stevia powder is the extract from the leaves of Stevia rebaudiana Bertoni plant. The product is natural, nontoxic, safe and about 30 times sweeter than cane sugar, or sucrose. It can be used in both hot and cold preparations. Table 3.4 compares three of the most used sweeteners in the food and drug industry.

Most large pharmaceutical manufacturers have special laboratories for the taste-testing of proposed formulations of their products. Panels of employees or interested community participants become involved in evaluating the various formulations and their assessments become the basis for the firm's flavoring decisions.

In flavoring liquid pharmaceutical products, the flavoring agent is added to the solvent or vehicle-component of the formulation in which it is most soluble or miscible. That is, water soluble flavorants are added to the aqueous component of a formulation and poorly water-soluble flavorants are added to the alcoholic or other non-aqueous solvent component of the formulation. In a hydroalcoholic or other multi-solvent system, care must be exercised to maintain the flavorant in solution. This is accomplished by maintaining a sufficient level of solvent in which the flavorant is soluble.

## Coloring

Coloring agents are used in pharmaceutical preparations for purposes of esthetics. A distinction should be made between agents that have inherent color and those agents which are employed as colorants. Certain agents—sulfur (yellow), cupric sulfate (blue), ferrous sulfate (bluish green), and red mercuric iodide (vivid red)—have inherent color and are not thought of as pharmaceutical colorants in the usual sense of the term.

Although most pharmaceutical colorants in use today are of synthetic origin, a few are obtained from natural mineral and plant sources. For example, red ferric oxide is mixed in small proportions with zinc oxide powder to prepare calamine, giving the latter its characteristic pink color, which is intended to match the skin tone upon application.

The synthetic coloring agents used in pharmaceutical products were first prepared in the middle of the 19th century from principles of coal tar. Coal tar (*pix carbonis*), a thick, black, viscid liquid, is a by-product in the destructive distillation of coal. Its composition is extremely complex, and many of its constituents may be separated by fractional distillation. Among the products obtained are anthracene, benzene, naphtha, creosote, phenol, and pitch. About 90% of

**Table 3.4.    Comparison of Sweeteners**

|  | Sucrose | Saccharin | Aspartame |
|---|---|---|---|
| Source: | Sugar cane; sugar beet | Chemical synthesis; phthalic anhydride, a petroleum product | Chemical synthesis; methyl ester dipeptide of phenylalanine and aspartic acid |
| Relative sweetness: | 1 | 300 | 180–200 |
| Bitterness: | None | Moderate/strong | None |
| Aftertaste: | None | Moderate/strong;sometimes metallic or bitter | None |
| Calories: | 4/g | 0 | 4/g |
| Acid Stability: | Good | Excellent | Fair |
| Heat Stability: | Good | Excellent | Poor |

NOR 0000434

the total dyes used in the products FDA regulates are synthesized from a single, colorless derivative of benzene, called aniline. These aniline dyes are also known as synthetic organic dyes or as "coal tar" dyes since aniline was originally obtained from bituminous coal. Aniline dyes today come mainly from petroleum.

Many coal-tar dyes were originally used indiscriminately in foods and beverages to enhance their appeal without regard to their toxic potential. It was only after careful scrutiny that some dyes were found to be hazardous to health due to either their own chemical nature or the impurities they carried. As more dyestuffs became available, some expert guidance and regulation was needed to ensure the safety of the public. After passage of the Food and Drug Act in 1906, the United States Department of Agriculture established regulations by which a few colorants were *permitted* or *certified* for use in certain products. Today, the use of color additives in foods, drugs, and cosmetics is regulated by the Food and Drug Administration through the provisions of the Federal Food, Drug, and Cosmetic Act of 1938, as amended in 1960 with the Color Additive Amendments. Lists of color additives *exempt* from certification and those *subject* to certification are codified into law and regulated by the FDA (17). Certified color additives are classified according to their approved use: (a) FD&C color additives, which may be used in foods, drugs, and cosmetics; (b) D&C color additives, some of which are approved for use in drugs, some in cosmetics, and some in medical devices; and (c) external D&C color additives, the use of which is restricted to external parts of the body, not including the lips or any other body surface covered by mucous membrane. Within each certification category there is a variety of basic colors and shades for coloring pharmaceuticals. One may select from a variety of FD&C, D&C, and External D&C reds, yellows, oranges, greens, blues, and violets. By selective combinations of the colorants one can create distinctive colors (Table 3.5).

As a part of the National Toxicology Program of the Department of Health and Human Services, various substances, including color additives, are studied for their toxicology and carcinogenesis. For color additives, the study protocols usually call for a two-year study in which groups of male and female mice and rats are fed diets containing various quantities of the colorant. The nonsurviving and surviving animals are examined for evidence of long-term toxicity and carcinogenesis. Five categories of evidence of carcinogenic activity are used in reporting observations: 1) "clear evidence" of carcinogenic activity; 2) "some evidence"; 3) "equiv-

ocal evidence," indicating uncertainty; 4) "no evidence," indicating no observable effect; and 5) "inadequate study," for studies that cannot be evaluated because of major flaws incurred.

The certification status of the colorants is continuously reviewed, and changes are made in the list of certified colors in accordance with toxicologic findings. These changes may involve 1) the withdrawal of certification, 2) the transfer of a colorant from one certification category to another, or 3) the addition of new colors to the list. Before gaining certification, a color additive must be demonstrated to be safe. In the case of pharmaceutical preparations, color additives, like all additives, must not interfere with the therapeutic efficacy of the product in which they are used nor may they interfere with the prescribed assay procedure for that preparation.

**Table 3.5.    Examples of Color Formulations***

| Shade/Color | FD&C Dye | % of Blend |
|---|---|---|
| Orange | Yellow #6 | 100 |
|  | or |  |
|  | Yellow #5 | 95 |
|  | Red #40 | 5 |
| Cherry | Red #40 | 100 |
|  | or |  |
|  | Red #40 | 99 |
|  | Blue #1 | 1 |
| Strawberry | Red #40 | 100 |
|  | or |  |
|  | Red #40 | 95 |
|  | Red #3 | 5 |
| Lemon | Yellow #5 | 100 |
| Lime | Yellow #5 | 95 |
|  | Blue #1 | 5 |
| Grape | Red #40 | 80 |
|  | Blue #1 | 20 |
| Raspberry | Red #3 | 75 |
|  | Yellow #6 | 20 |
|  | Blue #1 | 5 |
| Butterscotch | Yellow #5 | 74 |
|  | Red #40 | 24 |
|  | Blue #1 | 2 |
| Chocolate | Red #40 | 52 |
|  | Yellow #5 | 40 |
|  | Blue #1 | 8 |
| Caramel | Yellow #5 | 64 |
|  | Red #3 | 21 |
|  | Yellow #6 | 9 |
|  | Blue #1 | 6 |
| Cinnamon | Yellow #5 | 60 |
|  | Red #40 | 35 |
|  | Blue #1 | 5 |

*From literature of Warner-Jenkinson Co., St. Louis, Mo.

NOR 0000435

In the 1970s, concern and scientific questioning of the safety of some color additives heightened. A color that drew particular attention was FD&C Red No. 2, because of its extensive use in foods, drugs and cosmetics. Researchers in Russia had reported that this color, also known as amaranth, caused cancer in rats. Although the FDA was never able to determine the purity of the amaranth tested in Russia, these reports led to FDA investigations and a series of tests that eventually resulted in withdrawal of FD&C Red No. 2 from the FDA certified list in 1976 because its sponsors were unable to prove safety. That year, the Agency also terminated approval for use of FD&C Red No. 4 in maraschino cherries and ingested drugs because of unresolved safety questions. FD&C Red No. 4 is now permitted only in externally applied drugs and cosmetics.

The dye FD&C Yellow No. 5 (also known as tartrazine) can cause many people to have allergic-type reactions. People who are allergic to aspirin will also likely be allergic to this dye. As a result, the FDA requires the listing of this dye by name on the labels of foods (e.g., butter, cheese, ice cream) and ingested drugs containing the substance.

A colorant becomes an integral part of a pharmaceutical formulation, and its exact quantitative amount must be reproducible each time the formulation is prepared, or else the preparation would have a different appearance from batch to batch. This requires a high degree of pharmaceutical skill, for the amount of colorant generally added to liquid preparations ranges between 0.0005 and 0.001% depending upon the colorant and the depth of color desired. Because of their color potency, dyes generally are added to pharmaceutical preparations in the form of diluted solutions rather than as concentrated dry powders. This permits greater accuracy in measurement and more consistent color production.

In addition to liquid dyes in the coloring of pharmaceuticals, lake pigments may also be used. Whereas a chemical material exhibits coloring power or tinctorial strength when dissolved, pigment is an insoluble material which colors by dispersion. An FD&C lake is a pigment consisting of a substratum of alumina hydrate on which the dye is absorbed or precipitated. Having aluminum hydroxide as the substrate, the lakes are insoluble in nearly all solvents. FD&C lakes are subject to certification and must be made from dyes which have been previously certified. Lakes do not have a specified dye content and range from 10 to 40% pure dye. By their very nature, lakes are suitable for coloring products in which the moisture levels are low.

Lakes are commonly used in the form of fine dispersions or suspensions when coloring pharmaceuticals. The pigment particles may range in size from less than 1 μm up to 30 μm. The finer the particle, the less chance there would be for color speckling to occur in the finished product. Blends of various lake pigments may be used to achieve a variety of colors and different vehicles may be employed to disperse the colorants, as glycerin, propylene glycol, and sucrose-based syrup.

In the preparation of capsules, various colored empty gelatin capsule shells may be used to hold the powdered drug mixture. Many commercial capsules are prepared with capsule bodies of one color and a different colored capsule cap, resulting in a two-colored capsule. This makes certain commercial products even more readily identifiable than solid colored capsules. For powdered drugs dispensed as such or compressed into tablets, a generally larger proportion of dye is required (about 0.1%) to achieve the desired hue than with liquid preparations.

Both dyes and lakes have application in the coloring of sugar-coated tablets, film-coated tablets, direct-compression tablets, pharmaceutical suspensions and other dosage forms (18). Traditionally, sugar-coated tablets have been colored with syrup solutions containing varying amounts of the water-soluble dyes, starting with very dilute solutions, working up to concentrated color syrup solutions. As many as 30 to 60 coats are not uncommon. Using the FD&C lakes, fewer color coats are used. Appealing tablets have been made with as few as 8 to 12 coats using lakes dispersed in syrup. Water-soluble dyes in aqueous vehicles or lakes dispersed in organic solvents may be effectively sprayed on tablets to achieve attractive film coatings. There is continued interest today in chewable tablets, due to the availability of many direct-compression materials such as dextrose, sucrose, mannitol, sorbitol, and spray-dried lactose. The direct-compression colored chewable tablets may be prepared utilizing 1 pound of lake per 1000 pounds of tablet mix. For aqueous suspensions, FD&C water-soluble colors or lakes may be satisfactory. In non-aqueous suspensions, FD&C lakes are necessary. The lakes, added either to the aqueous or non-aqueous phase, generally at a level of 1 pound of color per 1000 pounds of suspension, require homogenizing or mechanical blending to achieve uniform coloring.

For the most part, ointments, suppositories, and ophthalmic and parenteral products assume the color of their ingredients and do not contain color additives. Should a dye lose the certification status it held when a product was first formulated, manufactured, and marketed, the manufacturer must,

within a reasonable length of time, reformulate, using only color additives certified at the new date of manufacture.

In addition to esthetics and the certification status of a dye, a formulation pharmacist must select the dyes to be used in a particular formula on the basis of the physical and chemical properties of the dyes available. Of prime importance is the solubility of a prospective dye in the vehicle to be used for a liquid formulation or in a solvent to be employed during a pharmaceutical process, as when the dye is sprayed on a batch of tablets. In general, most dyes are broadly grouped into those that are water-soluble and those that are oil-soluble; few, if any, dyes are both. Usually, a water-soluble dye is also adequately soluble in commonly used pharmaceutical liquids like glycerin, alcohol, and glycol ethers. Oil-soluble dyes may also be soluble to some extent in these solvents, as well as in liquid petrolatum (mineral oil), fatty acids, fixed oils, and waxes. It should be remembered that a great deal of solubility is not required, since the concentration of dye in a given preparation is rather minimal.

Another important consideration when selecting a dye for use in a liquid pharmaceutical is the pH and pH stability of the preparation to be colored. Dyes can change color with a change in pH, and a dye must be selected for a product so that any anticipated pH change will not alter the color during the usual shelf-life. The dye also must be chemically stable in the presence of the other formulative ingredients and must not interfere with the stability of the other agents. To maintain their original colors, FD&C dyes must be protected from oxidizing agents, reducing agents (especially metals as iron, aluminum, zinc and tin), strong acids and alkalis, and excessive heating. Dyes must also be reasonably photostable; that is, they must not change color when exposed to light of anticipated intensities and wavelengths under the usual conditions of shelf storage. Certain medicinal agents, particularly those prepared in liquid form, must be protected from light to maintain their chemical stability and their therapeutic effectiveness. These preparations are generally maintained and dispensed in dark amber or opaque containers. For solid dosage forms of photolabile drugs, a colored or opaque capsule shell may actually enhance the drug's stability by shielding out light rays.

## *Preservatives*

In addition to the stabilization of pharmaceutical preparations against chemical and physical degra-

dation due to changed environmental conditions within a formulation, certain liquid and semisolid preparations also must be preserved against microbial contamination.

### Sterilization and Preservation

Although some types of pharmaceutical products like ophthalmic and injectable preparations are sterilized by physical methods (autoclaving for 20 minutes at 15 pounds pressure and 120°C, dry heat at 180°C for 1 hour, or by bacterial filtration) during their manufacture, many of them additionally require the presence of an antimicrobial preservative to maintain their aseptic condition throughout the period of their storage and use. Other types of preparations that are not sterilized during their preparation but are particularly susceptible to microbial growth because of the nature of their ingredients, are protected by the addition of an antimicrobial preservative. Preparations that provide excellent growth media for microbes are most aqueous preparations, especially syrups, emulsions, suspensions, and some semisolid preparations, particularly creams. Certain hydroalcoholic and most alcoholic preparations may not require the addition of a chemical preservative when the alcoholic content is sufficient to prevent microbial growth. Generally, 15% alcohol will prevent microbial growth in acid media and 18% in alkaline media. Most alcohol-containing pharmaceuticals such as elixirs, spirits, and tinctures are self-sterilizing and do not require additional preservation. The same would apply to other pharmaceuticals on an individual basis, which by virtue of their vehicles or other formulative agents, may not permit the growth of microorganisms.

### Preservative Selection

When experience or shelf-storage experiments indicate that a preservative is required in a pharmaceutical preparation, its selection is based on many cross considerations including some of the following.

1. The preservative prevents the growth of the type of microorganisms considered the most likely contaminants of the preparation being formulated.
2. The preservative is soluble enough in water to achieve adequate concentrations in the aqueous phase of a two or more phase system.
3. The proportion of preservative remaining undissociated at the pH of the preparation makes it capable of penetrating the microorganisms and destroying its integrity.

4. The required concentration of the preservative does not affect the safety or comfort of the patient when the pharmaceutical preparation is administered by the usual or intended route; i.e., nonirritating, nonsensitizing, nontoxic.

5. The preservative has adequate stability and will not be reduced in concentration due to chemical decomposition or volatilization during the desired shelf-life of the preparation.

6. The preservative is completely compatible with all other formulative ingredients and does not interfere with them, nor do they interfere with the effectiveness of the preservative agent.

7. The preservative does not adversely affect the preparation's container or the closure.

## General Preservative Considerations

Microorganisms involved include molds, yeasts, and bacteria, with the latter generally favoring a slightly alkaline medium and the others an acid medium. Although few microorganisms can grow below a pH of 3 or above pH 9, most aqueous pharmaceutical preparations are within the favorable pH range and therefore must be protected against microbial growth. To be effective, a preservative agent must be dissolved in sufficient concentration in the aqueous phase of a preparation. Further, only the undissociated fraction or molecular form of a preservative possesses preservative capability, because the ionized portion is incapable of penetrating the microorganism. Thus the preservative selected must be largely undissociated at the pH of the formulation being prepared. Acidic preservatives like benzoic, boric, and sorbic acids are more undissociated and thus more effective as the medium is made more acid. Conversely, alkaline preservatives are less effective in acid or neutral media and more effective in alkaline media. Thus, it is meaningless to suggest preservative effectiveness at specific concentrations unless the pH of the system is mentioned and the undissociated concentration of the agent is calculated or otherwise determined. Also, if formulative materials interfere with the solubility or availability of the preservative agent, its chemical concentration may be misleading, because it may not be a true measure of the effective concentration. Many incompatible combinations of preservative agents and other pharmaceutical adjuncts have been discovered in recent years, and undoubtedly many more will be uncovered in the future as new preservatives, pharmaceutical adjuncts, and therapeutic agents are combined for the first time. Many of the recognized incompatible combinations that result in preservative inactivation involve macromolecules such as various cellulose derivatives, polyethylene glycols, and natural gums such as tragacanth, which can attract and hold preservative agents, such as the parabens and phenolic compounds, rendering them unavailable for their preservative function. It is essential for the research pharmacist to examine all formulative ingredients as one affects the other to assure himself that each agent is free to do the job for which it was included in the formulation. In addition, the preservative must not interact with a container such as a metal ointment tube or a plastic medication bottle or with an enclosure such as a rubber or plastic cap or liner. Such an interaction could result in the decomposition of the preservative or the container closure, or, both, with resultant product decomposition and contamination. Appropriate tests should be devised and conducted to insure against this type of preservative interaction.

## Mode of Action

Preservatives interfere with microbial growth, multiplication, and metabolism through one or more of the following mechanisms:

1. Modification of cell membrane permeability and leakage of cell constituents (partial lysis)
2. Lysis and cytoplasmic leakage
3. Irreversible coagulation of cytoplasmic constituents (e.g., protein precipitation)
4. Inhibition of cellular metabolism as through interference with enzyme systems or inhibition of cell wall synthesis
5. Oxidation of cellular constituents
6. Hydrolysis

A few of the commonly used pharmaceutical preservatives and their probable modes of action are presented in Table 3.6.

## Preservative Utilization

Suitable substances may be added to a pharmaceutical preparation to enhance its permanency or usefulness. Such additives are suitable only if they are nontoxic and harmless in the amounts administered and do not interfere with the therapeutic efficacy or tests or assays of the preparation. Certain intravenous preparations given in large volumes as blood replenishers or as nutrients are not permitted to contain bacteriostatic additives, because the amounts required to preserve such large volumes would constitute a health hazard when administered to the patient. Thus preparations

NOR 0000438

**Table 3.6.    Probable Modes of Action of Some Preservatives**

| Preservative | Probable Modes of Action |
|---|---|
| Benzoic acid, boric acid, and p-hydroxybenzoates | Denaturation of proteins |
| Phenols and chlorinated phenolic compounds | Lytic and denaturation action on cytoplasmic membranes and for chlorinated preservatives, also by oxidation of enzymes |
| Alcohols | Lytic and denaturation action on membranes |
| Quaternary compounds | Lytic action on membranes |
| Mercurials | Denaturation of enzymes by combining with thiol (-SH) groups) |

like Dextrose Injection, USP, and others commonly given as fluid and nutrient replenishers by intravenous injections in amounts of 500 to 1000 mL may not contain antibacterial preservatives. On the other hand, injectable preparations given in small volumes—for example, Morphine Sulfate Injection, USP, which provides a therapeutic amount of morphine sulfate in approximately a 1-mL volume—can be preserved with a suitable preservative without the danger of coadministering an excessive amount of the preservative to the patient.

Examples of the preservatives and their concentrations commonly employed in pharmaceutical preparations are: benzoic acid (0.1 to 0.2%), sodium benzoate (0.1 to 0.2%), alcohol (15 to 20%), phenylmercuric nitrate and acetate (0.002 to 0.01%), phenol (0.1 to 0.5%), cresol (0.1 to 0.5%), chlorobutanol (0.5%), benzalkonium chloride (0.002 to 0.01%), and combinations of methylparaben and propylparaben (0.1 to 0.2%), the latter being especially good against fungus. The required proportion would vary with the factors of pH, dissociation, and others already indicated as well with the presence of other formulative ingredients with inherent preservative capabilities that contribute to the preservation of the preparation and require less additional preservation assistance.

For each type of preparation to be preserved, the research pharmacist must consider the influence of the preservative on the comfort of the patient. For instance, a preservative in an ophthalmic preparation would have to have an extremely low degree of irritant qualities, which is characteristic of chlorobutanol, benzalkonium chloride, and phenylmercuric nitrate, frequently used preservatives in ophthalmic preparations. In all instances, the preserved preparation must be biologically tested to determine its safety and efficacy and shelf-tested to determine its stability for the intended shelf life of the product.

## References

1. Poole JW. Preformulation. FMC Corporation, 1982.
2. Brange J, Langkjaer L, Havelund S, Volund A. Chemical stability of insulin. Hydrolytic degradation during storage of pharmaceutical preparations. Pharm Res 1991;9:715–726.
3. Guideline for Submitting Documentation for the Stability of Human Drugs and Biologics, Rockville, MD: Food and Drug Administration, 1987.
4. FDA/ICH Regulatory Guidance on Stability. In: Federal Register. Washington, DC: Food and Drug Administration, 1998; 63:9795–9843.
5. Sheinin EB. ICH guidlines: History, present status, intent. Athens, GA. International Good Manufacturing Practices Conference, 1998.
6. Rothman B. Stability is the issue. Athens, GA. International Good Manufacturing Practices Conference, 1998.
7. Guidelines on compounding of nonsterile products in pharmacies. Bethesda MD, Am Society Hospital Pharm, 1993.
8. Trissel L. Trissel's Stability of Compounded Formulations. Washington, DC: American Pharmaceutical Association, 1996.
9. U.S. Pharmacopeia 23/National Formulary 18, Supplement 5. Rockville, MD. U.S. Pharmacopeial Convention, Inc., 1996.
10. Handbook of Pharmaceutical Excipients, 3rd Ed. Washington, DC. American Pharmaceutical Association, 1998.
11. Lewis R. When smell and taste go awry. FDA Consumer 1991;25:29–33.
12. Hornstein I, Teranishi R. The chemistry of flavor. Chem Eng News 1967;45:92–108.
13. Murphy DH. A practical compendium on sweetening agents. Am Pharm 1983; NS23:32–37.
14. Jacknowitz AI: Artificial sweeteners: How safe are they? U.S. Pharmacist 1988;13:28–31.
15. Krueger RJ, Topolewski M, Havican S. In search of the ideal sweetener. Pharmacy Times 1991;July:72–77.
16. Lecos CW. Sweetness minus calories = controversy. FDA Consumer 1985;19:18–23.
17. Code of Federal Regulations, Title 21, Parts 70–82.
18. Colorants for drug tablets and capsules. Drug and Cosmetic Industry 1983;133(2):44.