Table 7.2. Examples of Some Official Capsules

| Official Capsule | Some Representative Commercial Capsules | Capsule Strengths | Category |
|---|---|---|---|
| Amoxicillin | Wymox (Wyeth-Ayerst) | 250 and 500 mg | Antibacterial |
| Ampicillin | Omnipen (Wyeth-Ayerst) | 250 and 500 mg | Antibacterial |
| Cephalexin | Keflex (Dista) | 250 and 500 mg | Antibacterial |
| Diphenhydramine HCl | Benadryl HCl (Parke-Davis) | 25 and 50 mg | Antihistaminic |
| Doxycycline Hyclate | Vibramycin (Pfizer) | 50 and 100 mg | Antibacterial |
| Erythromycin Estolate | Ilosone (Dista) | 125 and 250 mg | Antibactetrial |
| Fluoxitine HCl | Prozac (Dista) | 10 and 20 mg | Antidepressant |
| Flurazepam HCl | Dalmane (Roche) | 15 and 30 mg | Hypnotic |
| Gemfibrozil | Lopid (Parke-Davis) | 300 mg | Antihyperlipidemic |
| Griseofulvin | Grisactin (Wyeth-Ayerst) | 125 and 250 mg | Antifungal |
| Indomethacin | Indocin (Merck) | 25 and 50 mg | Antiinflammatory; antipyretic; analgesic |
| Levodopa | Larodopa (Roche) | 100, 250, and 500 mg | Antiparkinsonian |
| Loperamide HCl | Imodium (Janssen) | 2 mg | Antidiarrheal |
| Oxazepam | Serax (Wyeth-Ayerst) | 10, 15 and 30 mg | Antianxiety |
| Propoxyphene HCl | Darvon (Lilly) | 32 and 65 mg | Analgesic |
| Tetracycline HCl | Achromycin V (Lederle) | 250 and 500 mg | Antimicrobial |

signed trays are used, as the type depicted in Figure 7.17. In using this tray, the pharmacist pours a supply of capsules or tablets from the bulk source onto the clean tray, and using the spatula counts and sweeps the dosage units into the trough until the desired number is reached. Then the pharmacist closes the trough cover, picks up the tray, returns the uncounted dosage units to the bulk container by means of the lip at the back of the tray, places the prescription container at the opening of the trough, and carefully transfers the capsules or tablets into the container. By this method, the dosage units remain untouched by the pharmacist. To prevent batch-to-batch contamination, the tray must be wiped clean after each use because powder, particularly from counting uncoated tablets, may remain.

In some community and hospital pharmacy settings, small automated counting and filling machines may be used as shown in Figure 7.18.

On the industrial scale, solid dosage forms are counted by large automated pieces of equipment that count and transfer the desired number of dosage units into bulk containers. The containers are then mechanically capped, inspected visually or electronically, labeled, and inspected once more. Some filled containers are then placed into outer packaging cartons. An industrial counting and filling machine is shown in Figure 7.19. Capsules are packaged in glass or in plastic containers, some containing packets of a desiccant to prevent the absorption of excessive moisture.

The unit dose and strip packaging of solid dosage

NOR 0000456

Table 7.3. Examples of Medications Commercially Prepared into Soft Gelatin Capsules

| Drug Substance | Trade Name and Manufacture | Contents and Comments* |
|---|---|---|
| Acetazolamide | Diamox Sequels (Lederle) | Acetazolamide is a powder which is very slightly soluble in water. The capsules contain coated pellets of the drug with sustained release features. Acetazolamide is a carbonic anhydrase inhibitor. |
| Cyclosporine | Sandimmune (Novartis) | Cyclosporine is a slightly water soluble crystalline powder. The capsule also contains corn oil and polyoxyethylated glycolyzed glycerides. Cyclosporine in an immunosuppressive agent. |
| | Neoral (Novartis) | The capsule contains cyclosporine, dehydrated alcohol, corn oil-mono-ditriglycerides, polyoxyl 40 hydrogenated castor oil. The formulation forms a microemulsion in contact with aqueous fluids for enhanced bioavailability. |
| Digoxin | Lanoxicaps (Glaxo Wellcome) | Digoxin is a practically water-insoluble powder. The drug is dissolved in a solvent of polyethylene glycol 400, ethyl alcohol, propylene glycol and water. Digoxin is a cardiac glycoside. |
| Ethchlorvynol | Placidyl (Abbott) | Ethchlorvynol is a liquid immiscible in water. It is a hypnotic. The capsules also contain polyethylene glycol and sorbitol. |
| Ethosuximide | Zarontin (Parke-Davis) | Ethosuximide is a water soluble powder. The capsule also contains polyethylene glycol 400. Ethosuximide is an anticonvulsant. |
| Ranitidine HCl | Zantac GELdose (Glaxo Wellcome) | Ranitidine HCl is a water soluble granular powder. The drug is in a nonaqueous matrix of synthetic coconut oil and triglycerides. Ranitidine is a histamine $H_2$-receptor inhibitor. |

*Only a partial listing of the capsule contents is given. The soft capsule shells may also contain colorants, opaquants, preservatives, and other agents.

forms, particularly by pharmacies that service nursing homes and hospitals, provides sanitary handling of the medications, ease of identification, and security in accountability for medications. Typical small scale strip packaging equipment and commercial unit-dose packages of capsules and tablets are presented in Figures 7.20 and 7.21, respectively. Capsules should be stored in tightly capped containers in a cool, dry place.

## Tablets

Tablets are solid dosage forms usually prepared with the aid of suitable pharmaceutical excipients. They may vary in size, shape, weight, hardness, thickness, disintegration and dissolution characteristics, and in other aspects, depending upon their intended use and method of manufacture. The majority of tablets are used in the oral administration of drugs. Many of these are prepared with colorants and coatings of various types. Other tablets, as those administered sublingually, buccally or vaginally are prepared to have features most applicable to their particular route of administration. Advantages of tablets for oral administration were presented at the outset of this chapter.

Tablets are prepared primarily by compression with a limited number prepared by molding. Compressed tablets are manufactured with tablet machines capable of exerting great pressure in compacting the powdered or granulated tableting material (Fig. 7.22). Their shape and dimensions are determined by use of various shaped punches and dies (Fig. 7.23). Molded tablets are prepared on a large-scale by tablet machinery or on a small-scale by manually forcing dampened powder material



Fig. 7.17 Steps in the counting of solid dosage units with the Abbott Sanitary Counting Tray: 1) placing units from stock package onto tray, 2) counting and transferring units to trough, 3) returning excess units to stock container, and 4) placing counted units into prescription container.

into a mold from which the formed tablet is then ejected and allowed to dry.

## Types of Tablets

The various types of tablets are described as follows, with their common abbreviations in parentheses.

### Compressed Tablets (C.T.)

In addition to the medicinal agent(s), compressed tablets usually contain a number of pharmaceutical adjuncts including (a) *diluents* or *fillers*, which add the necessary bulk to a formulation to prepare tablets of the desired size; (b) *binders* or *adhesives*, which promote the adhesion of the particles of the formulation, enabling a granulation to be prepared and the maintenance of the integrity of the final tablet; (c) *disintegrants* or *disintegrating agents*, which promote the breakup of the tablets after administration to smaller particles for more ready drug availability; (d) *antiadherents, glidants, lubricants* or



Fig. 7.18 Versacount Model automatic tablet and capsule counting and filling apparatus. (Courtesy of Production Equipment Co.)

NOR 0000458



**Fig. 7.19**  *Large Merrill filling machine that fills 16 bottles with 200 tablets each at one time. A flipper gate in the upper manifold directs the tablets into one row of bottles while the other filled row is evacuated and a new row of bottles moves into place. (Courtesy of The Upjohn Company.)*

*lubricating agents*, which enhance the flow of the tableting material into the tablet dies, minimize wear of the punches and dies, prevent the sticking of fill material to the punches and dies and produce tablets having a sheen; and (e) *miscellaneous adjuncts* such as colorants and flavorants. After compression, tablets may be coated with various materials as described later. Tablets for oral, buccal, sublingual or vaginal administration may be prepared by compression.

### Multiple Compressed Tablets (M.C.T.)

Multiple compressed tablets are prepared by subjecting the fill material to more than a single compression. The result may be a multiple-layered tablet or a tablet-within-a-tablet, the inner tablet being the *core* and the outer portion being the *shell* (Fig. 7.24). Layered tablets are prepared by the initial compaction of a portion of fill material in a die followed by additional fill material and compression to form two- or three-layered tablets, depending upon the number of separate fills. Each layer may contain a different medicinal agent, separated from one another for reasons of chemical or physical incompatibility, staged drug release, or simply for the unique appearance of the multiple-layered tablet. Usually, each portion of fill is colored differently to prepare a distinctive looking tablet. In the preparation of tablets having a compressed tablet as the inner core, special machines are required to place the preformed tablet precisely within the die for the subsequent compression of surrounding fill material.

### Sugar-Coated Tablets (S.C.T.)

Compressed tablets may be coated with a colored or an uncolored sugar layer. The coating is water-soluble and is quickly dissolved after swallow-

NOR 0000459



Fig. 7.20  *Strip packager for the unit dose dispensing of solid dosage forms. Drug information is imprinted on each individual package unit. The model shown has a fully automatic cutoff from 1 to 24 dosage units and is especially suited to unit-dose packaging and dispensing in hospitals, dispensaries, nursing homes, and clinics. (Courtesy of Lakso Company, Inc.)*



Fig. 7.21  *Example of unit-dose packaging of tablets and capsules. The drug name and other information are imprinted on the backing portion of each unit. (Courtesy of Eli Lilly and Company.)*



Fig. 7.22  Example of a high-performance double rotary tablet press. The Korsch PharmapressR has a maximum output of 1 million tablets per hour but for continuous operation it is generally run to produce 600,000 to 800,000 tablets per hour. (Courtesy of Korsch Tableting, Inc.)

NOR 0000461



Fig. 7.23  *Various Stokes punches and dies for the production of distinctive tablets. (Courtesy of Stokes Equipment Division, Pennwalt Chemicals Corporation.)*

ing. It serves the purpose of protecting the enclosed drug from the environment and provides a barrier to objectional tasting or smelling drugs. The sugar coating also enhances the appearance of the compressed tablet and permits the imprinting of identifying manufacturer's information. Among the disadvantages to sugar-coating tablets are the time and expertise required in the coating process and the increase in the size, weight, and shipping costs of the tablets. Sugar-coated tablets may be 50% larger and heavier than the original uncoated tablets.

### Film-Coated Tablets (F.C.T.)

Film-coated tablets are compressed tablets coated with a thin layer of a polymer capable of forming a skin-like film over the tablet. The film is usually colored and has the advantage over sugar-coatings in that it is more durable, less bulky, and less time-consuming to apply. By its composition, the coating is designed to rupture and expose the core tablet at the desired location within the gastrointestinal tract.

### Gelatin-Coated Tablets

A recent innovation in tablet coating is the gelatin-coated tablet. The innovator product, termed GELCAPS, is a capsule-shaped compressed tablet (Fig. 7.25) that allows the coated product to be about one-third smaller than a capsule filled with an equivalent amount of powder. The gelatin coating facilitates swallowing and compared to unsealed capsules, gelatin-coated tablets are more tamper-evident.

### Enteric-Coated Tablets (E.C.T.)

Enteric-coated tablets have delayed-release features. They are designed to pass unchanged through



Fig. 7.24  *Diagram of multiple-compressed tablets. A, having a core of one drug and a shell of another, and B, a multiple-layered tablet of two drugs.*



Fig. 7.25  Cut-away view of "Gelcaps" dosage form. A gelatin-coated capsule-shaped tablet. Dosage form is more easily swallowed than a comparable tablet, smaller than an equivalent capsule, and tamper-evident. (Courtesy of McNeil Consumer Products Co.)

the stomach with transit to the intestines where the tablets disintegrate and allow drug dissolution and absorption and/or effect. Enteric coatings are employed in instances in which the drug substance is destroyed by gastric acid, is particularly irritating to the gastric mucosa, or when by-pass of the stomach substantially enhances drug absorption.

### Buccal or Sublingual Tablets

Buccal or sublingual tablets are flat, oval tablets intended to be dissolved in the buccal pouch (*buccal tablets*) or beneath the tongue (*sublingual tablets*) for absorption through the oral mucosa. They enable the oral absorption of drugs that are destroyed by the gastric juice and/or are poorly absorbed from the gastrointestinal tract. Buccal tablets are designed to erode slowly, whereas those for sublingual use (as nitroglycerin sublingual tablets) dissolve promptly and provide rapid drug effects. *Lozenges* or *troches,* are disc-shaped, solid dosage forms containing a medicinal agent and generally a flavoring substance in a hard candy or sugar base. They are intended to be slowly dissolved in the oral cavity usually for localized effects although some may be formulated for systemic absorption.

### Chewable Tablets

Chewable tablets, which have a smooth, rapid disintegration when chewed or allowed to dissolve in the mouth, have a creamy base usually of specially flavored and colored mannitol. Chewable tablets are especially useful for the administration of tablets of large-size to children and adults who have difficulty swallowing solid dosage forms.

### Effervescent Tablets

Effervescent tablets are prepared by compressing granular effervescent salts that release gas when in contact with water. These tablets generally contain medicinal substances which dissolve rapidly when added to water.

### Molded Tablets (M.T.)

Certain tablets, as tablet triturates, may be prepared by molding rather than by compression. The resultant tablets are very soft, soluble, and are designed for rapid dissolution.

### Tablet Triturates (T.T.)

Tablet triturates are small, usually cylindrical, molded (M.T.T.) or compressed tablets (C.T.T.) containing small amounts of usually potent drugs. Today only a few tablet triturate products are available commercially, with most of these produced by tablet compression. Since tablet triturates must be readily and completely soluble in water only a minimal amount of pressure is applied during their manufacture. A combination of sucrose and lactose is usually the diluent. The few tablet triturates which remain are used sublingually, as nitroglycerin tablets.

In the past, pharmacists employed tablet triturates in compounding procedures. For example, they were inserted into capsules or dissolved in liquid preparations to provide accurate amounts of potent drug substances.

### Hypodermic Tablets (H.T.)

Hypodermic tablets are no longer available in the United States. They were originally used by physicians in the extemporaneous preparation of parenteral solutions. The required number of tablets was dissolved in a suitable vehicle, sterility attained, and the injection performed. The tablets were a convenience, since they could be easily carried in the physician's medicine bag and injections prepared to meet the needs of the individual patients. However, the difficulty in achieving sterility, the current availability of prefabricated injectable products, some in disposable syringes, have eliminated the need for hypodermic tablets.

### Dispensing Tablets (D.T.)

Dispensing tablets are no longer in use. They might better have been termed *compounding tablets* because they were used by the pharmacist in compounding prescriptions and were *not* dispensed as such to the patient. The tablets contained large amounts of highly potent drug substances enabling the pharmacist to rapidly obtain premeasured amounts for compounding multiple dosage units. These tablets had the dangerous potential of being inadvertently dispensed as such to patients.



Fig. 7.26 *Packages of a drug product of two different tablet strengths, with one scored for ease of breaking in half. (Courtesy of Marion Laboratories.)*

### Immediate Release Tablets (I.R.)

Immediate release tablets are designed to disintegrate and release their medication absent of any special rate-controlling features as special coatings and other techniques.

### Instant Disintegrating / Dissolving Tablets

Instant-release tablets are characterized by disintegrating/dissolving in the mouth within one minute; some within 10 seconds [e.g., Claritin Reditabs (loratadine), Schering]. Tablets of this type are designed for pediatric and geriatric patients or for any patient who has difficulty in swallowing tablets. After placing them on the tongue they liquefy and the patient swallows the liquid. A number of techniques are used to prepare these tablets involving lyophilization (e.g., Zydis, R.P. Scherer), soft direct compression (e.g., WOW-Tab, Yamanouchi-Shaklee Pharma), and other methods (e.g., Quicksolv, Janssen). These tablets are prepared using very water-soluble excipients designed to "wick" water into the tablet for rapid disintegration/dissolution. They have the stability characteristics of other solid dosage forms.

### Extended Release Tablets (E.R.)

Extended-release tablets (sometimes called "controlled release (CR)" tablets) are designed to release their medication in a predetermined manner over an extended period of time. They are discussed in Chapter 8.

### Vaginal Tablets

Vaginal tablets, also called *vaginal inserts*, are uncoated and bullet- or ovoid-shaped tablets which are inserted into the vagina for localized effects. They are prepared by compression and shaped to fit snugly on plastic inserter devices which accompany the product. They contain antibacterials for the treatment of vaginitis caused by *Hemophilus vaginalis* or antifungals for the treatment of vulvovaginitis candidiasis caused by *Candida albicans* and related species.

## Compressed Tablets

The physical features of compressed tablets are well known. Some are: round, oblong, or unique in shape; thick or thin; large or small in diameter; flat or convex; unscored or *scored* (Fig. 7.26) in halves, thirds, or quadrants; engraved or imprinted with an identifying symbol and/or code number; coated or uncoated; colored or uncolored; single layer, or bi- or tri-layered.

Tablet diameters and shapes are determined by the die and punches used in the compression of the tablet. The less concave the punches, the more flat the resulting tablets; conversely, the more concave the punches, the more convex the resulting tablets (Fig. 7.27). Punches having raised impressions will produce recessed impressions on the tablets; punches having recessed etchings will produce tablets having raised impression or monograms. Monograms may be placed on one or on both sides of a tablet, depending upon whether monogram-producing lower and/or upper punches are used.

### Quality Standards and Compendial Requirements

In addition to the apparent features of tablets, pharmacists are aware that tablets must meet other physical specifications and quality standards. These include criteria for tablet weight, weight variation,



Fig. 7.27 *Contours of the punches determine the shape of the tablets. From left to right, flat face, shallow cup, standard cup, deep cup, and modified ball. (Courtesy of Cherry-Burrell Corporation.)*

204    *Capsules and Tablets*

content uniformity, tablet thickness, tablet hardness, tablet disintegration, and drug dissolution. These factors must be controlled during production (in-process controls) and verified after the production of each batch to assure that established product quality standards are met (Fig. 7.28).

**TABLET WEIGHT AND USP WEIGHT VARIATION TEST.** The quantity of fill placed in the die of a tablet press determines the weight of the resulting tablet. The volume of fill is adjusted with the first few tablets produced to yield tablets of the *desired weight and content*. For example, if a tablet is to contain 20 mg of a



Fig. 7.28  *Quality control in the manufacturing of tablets. (Courtesy of Eli Lilly and Company.)*

NOR 0000465

drug substance and if 100,000 tablets are to be produced, 2,000 g of drug are included in the formula. After the addition of the pharmaceutical additives such as the diluent, disintegrant, lubricant, and binder, the formulation may weigh 20 kg, which means that each tablet must weigh 200 mg for 20 mg of drug to be present. Thus, the depth of fill in the tablet die must be adjusted to hold a volume of granulation weighing 200 mg. During production, sample tablets are periodically removed for visual inspection and automated physical measurement (Fig. 7.29).

The USP contains a test for the determination of dosage-form uniformity by *weight variation* for uncoated tablets (14). In the test, 10 tablets are weighed individually and the average weight calculated. The tablets are assayed and the content of active ingredient in each of the 10 tablets is calculated assuming homogeneous drug distribution.

**CONTENT UNIFORMITY.** By the USP method, 10 dosage units are individually assayed for their content according to the assay method described in the individual monograph. Unless otherwise stated in the monograph, the requirements for content uniformity are met if the amount of active ingredient in each dosage unit lies within the range of 85% to 115% of the label claim and the relative standard deviation is less than 6.0%. If one or more dosage units does not meet these criteria, additional tests as prescribed in the USP are required (14).

**TABLET THICKNESS.** The thickness of a tablet is determined by the diameter of the die, the amount of fill permitted to enter the die, the compactability of the fill material, and the force or pressure applied during compression.

To produce tablets of uniform thickness during batch production and between batch productions for the same formulation, care must be exercised to employ the same factors of fill, die, and pressure. It should be pointed out that the degree of tableting pressure affects not only tablet thickness but also tablet hardness. And, tablet hardness is perhaps the more important criterion since it can affect tablet disintegration and drug dissolution. Thus, for tablets of uniform thickness and hardness, it is doubly important to control tableting pressure. Tablet thickness may be measured by hand gauge during production or by automated equipment.(Figs. 7.30, 7.31).

**TABLET HARDNESS AND FRIABILITY.** It is not unusual for a tablet press to exert as little as 3000 and as much as 40,000 pounds of force in the production of tablets. Generally, the greater the pressure applied, the harder the tablets, although the characteristics of the granulation also has a bearing on tablet hardness. Certain tablets, such as lozenges and buccal tablets that are intended to dissolve slowly, intentionally are made hard; other tablets, as those for immediate drug release are made soft. In general, tablets should be sufficiently



Fig. 7.29 *Automatic balance that weighs product and prints statistics to determine compliance with USP weight variation requirements for tablets. (Courtesy of Mocon Modern Controls, Inc.)*

NOR 0000466



Fig. 7.30  *Tablet thickness gauge. (Courtesy of Eli Lilly and Company.)*



Fig. 7.31  *Automatic weight, hardness, thickness, and tablet diameter test instrument for quality control. Using a microprocessor and monitor for visualization, the instrument can test up to 20 samples at a time. (Courtesy of Scientific Instruments & Technology Corporation.)*

tating apparatus. The tablets are weighed before and after a specified number of rotations and any loss in weight determined. Resistance to loss of weight indicates the tablet's ability to withstand abrasion in handling, packaging, and shipment. A maximum weight loss of not more than 1% of the weight of the tablets being tested generally is considered acceptable for most products.

**TABLET DISINTEGRATION.** For the medicinal agent in a tablet to become fully available for absorption, the tablet must first disintegrate and discharge the drug to the body fluids for dissolution. Tablet disintegration also is important for those tablets containing medicinal agents (such as antacids and antidiarrheals) that are not intended to be absorbed but rather to act locally within the gastrointestinal tract. In these instances, tablet disintegration provides drug particles with an increased surface area for localized activity within the gastrointestinal tract.

All USP tablets must pass a test for disintegration, which is conducted *in vitro* using a testing apparatus as the one shown in Figure 7.34. The apparatus consists of a basket-rack assembly containing six open-ended transparent tubes of USP-specified dimensions, held vertically upon a 10-mesh stainless steel wire screen. During testing, a tablet is placed in each of the six tubes of the basket and through the use of a mechanical device, the basket is raised and lowered in the immersion fluid at a frequency of between 29 and 32 cycles per minute, the wire screen always being maintained below the level of the fluid. For uncoated tablets, buccal tablets, and sublingual tablets, water maintained at about 37°C serves as the immersion fluid unless another fluid is specified in the individual monograph. For

hard to resist breaking during normal handling and yet soft enough to disintegrate properly after swallowing.

Special dedicated hardness testers (Fig. 7.32) or multifunctional systems (Fig. 7.31) are used to measure the degree of force (in kilograms, pounds, or in arbitrary units) required to break a tablet. A force of about 4 kilograms is considered the minimum requirement for a satisfactory tablet. Multifunctional automated equipment can determine tablet weight, hardness, thickness and diameter.

A tablet's durability may be determined through the use of a *friabilator* (Fig. 7.33). This apparatus determines the tablet's *friability*, or its tendency to crumble by allowing it to roll and fall within the ro-



Fig. 7.32  *CompuTest hardness tester, tests in Newtons, Kilopond, and Strong Cobb. Automatic or manually operated. tests up to 100 tablets per run. Integrated software stores product test programs. (Courtesy of Vector Corporation).*

NOR 0000467

these tests, complete disintegration is defined as "that state in which any residue of the unit, except fragments of insoluble coating or capsule shell, remaining on the screen of the test apparatus is a soft mass having no palpably firm core" (14). Tablets must disintegrate within the times set forth in the individual monograph, usually 30 minutes, but varying from about 2 minutes for Nitroglycerin Tablets to up to 4 hours for buccal tablets. If one or more tablets fail to disintegrate, additional tests prescribed by the USP must be performed.

Enteric-coated tablets are similarly tested, except that the tablets are permitted to be tested in simulated gastric fluid for one hour after which no sign of disintegration, cracking, or softening must be seen. They are then actively immersed in the simulated intestinal fluid for the time stated in the individual monograph during which time the tablets disintegrate completely for a positive test.

**TABLET DISSOLUTION.** In vitro dissolution testing of solid dosage forms is important for a number of reasons (15).



Fig. 7.33  *Erweka tablet testing apparatus for rolling and impact durability. Tablets are weighed and placed in the plexiglass drum in which a curved baffle is mounted. When the motor is activated by setting the timer, the tablets roll and drop. If the free fall within the drum results in the breakage or excessive abrasion of the tablets, they are considered not suited to withstand shipment without being damaged. The motor makes 20 rpm. After the tablets have been tested, they are removed and weighed again. The difference in weight within a given time indicates the rate of abrasion. (Courtesy of Chemical and Pharmaceutical Industry Co.)*

1. It guides the formulation and product development process toward product optimization. By conducting dissolution studies in the early stages of a product's development, differentiations can be made between formulations and correlations identified with in vivo bioavailability data.
2. The performance of the manufacturing process may be monitored by dissolution testing, as a component of the overall quality assurance program. The conduct of such testing from the early product development through product approval and commercial batch production assures the control of any potential variables of materials and processes which could affect drug dissolution and the product's quality standards.
3. Consistent in vitro dissolution testing results assure bioequivalence from batch-to-batch. In assessing such batch-to-batch bioequivalence, the

 

Fig. 7.34  *Tablet disintegration testing apparatus. (Courtesy of Eli Lilly and Company.)*

NOR 0000468