FDA allows manufacturers to examine scale-up batches of 10% of the proposed size of the actual production batch, or 100,000 dosage units, whichever is greater.
4. As a requirement for regulatory approval for product marketing for products registered with the FDA and regulatory agencies of other countries. New drug applications (NDAs) submitted to the FDA contain in vitro dissolution data generally obtained from batches that have been used in pivotal clinical and/or bioavailability studies and from human studies conducted during product development (16). Once the specifications are established in an approved NDA, they become official (USP) specifications for all subsequent batches and bioequivalent products.

The goal of in vitro dissolution testing is to provide insofar as is possible, a reasonable prediction of, or correlation with, the product's in vivo bioavailability. A system has been developed which relates combinations of a drug's solubility (high or low) and its intestinal permeability (high or low) as a possible basis for predicting the likelihood of achieving a successful in vivo-in vitro correlation (IVIVC) (16–17). Considered are drugs determined to have:

High Solubility and High Permeability
Low Solubility and High Permeability
High Solubility and Low Permeability
Low Solubility and Low Permeability

For a high solubility and high permeability drug, an IVIVC may be expected if the dissolution rate is slower than the rate of gastric emptying (the rate limiting factor) (18). In the case of a low solubility and high permeability drug, drug dissolution may be the rate limiting step for drug absorption and an IVIVC may be expected. In the case of a high solubility and low permeability drug, permeability is the rate-controlling step and only a limited IVIVC may be possible. In the case of a drug with low solubility and low permeability, significant problems would be likely for oral drug delivery (16).

As noted previously, tablet disintegration is the important first step to the dissolution of the drug substance contained in a tablet. A number of formulation and manufacturing factors can affect the disintegration and dissolution of a tablet including: the particle size of the drug substance in the formulation; the solubility and hygroscopicity of the formulation; the type and concentration of the disintegrant, binder, and lubricant used; the manufacturing method, particularly the compactness of the granulation and the compression force used in tableting; and the in-process variables which may occur (19). Together, these factors present a set of complex interrelated conditions which have a bearing on a product's dissolution characteristics. Therefore, it is vitally important for batch-to-batch consistency to establish dissolution test standards and controls for both materials and processes, and to implement them during production and in final testing.

In addition to formulation and manufacturing controls, the method of dissolution testing also must be controlled to minimize important variables, as paddle rotational speed, vibration, and disturbances by sampling probes. Dissolution testing for orally administered dosage forms has been a component of evaluating product quality in the USP since 1970 when only twelve monographs contained such a requirement. Today, the requirement is standard for tablets and capsules.

The USP includes seven apparatus designs for drug release and dissolution testing of immediate release oral dosage forms, extended release products, enteric coated products, and transdermal drug delivery devices. Of primary interest here are USP Apparatus 1 and USP Apparatus 2, used principally for immediate release solid oral dosage forms.

The equipment consist of 1) a variable speed stirrer motor, 2) a cylindrical stainless steel basket on a stirrer shaft (USP Apparatus 1) or a paddle as the stirring element (USP Apparatus 2), 3) a 1000-mL vessel of glass or other inert, transparent material, fitted with a cover having a center port for the shaft of the stirrer, and three additional ports, two for the removal of samples, and one for the placement of a thermometer, and 4) a suitable water bath to maintain the temperature of the dissolution medium in the vessel. In using USP Apparatus 1, the dosage unit is placed inside the basket. In using USP Apparatus 2, the dosage unit is placed in the vessel.

In each test, a volume of the dissolution medium (as stated in the individual monograph) is placed in the vessel and allowed to come to 37°C ± 0.5°C. Then, the stirrer is rotated at the speed specified and at stated intervals, samples of the medium are withdrawn for chemical analysis of the proportion of drug dissolved. The tablet or capsule must meet the stated monograph requirement for rate of dissolution. For example, "not less than 85% of the labeled amount is dissolved in 30 minutes."

There is growing recognition that where problems of inconsistencies in dissolution occur, they occur not between dosage units from the *same* production batch, but rather *between batches* or be-

tween products from different manufactures, most likely due to the many factors of formulation, materials, and manufacturing pointed out above. However, since dosage units within a batch are generally not the problem, the concept of "pooled dissolution testing" has emerged. This process recognizes the concept of "batch characteristics" and allows pooled specimens to be tested. The pooled specimens may be sampled from the individual dissolution vessels in the apparatus or from multiple dosage units dissolved in a single vessel (20).

Sophisticated and highly automated equipment is continually being developed to provide high levels of quality assurance and control to the dissolution test process (Figs. 7.35, 7.36).

## Compressed Tablet Manufacture

Compressed tablets may be made by three basic methods: *wet granulation, dry granulation,* and *direct compression*. Figure 7.37 presents schematic drawings of each method.

Most powdered medicinal agents require the addition of excipients as diluents, binders, disintegrants, and lubricants to provide the desired characteristics for tablet manufacture and efficacious use. One important requirement in tablet manufacture is that the drug mixture is free-flowing from the hopper of the tablet press into the dies to enable the high-speed compression of the powder mix into tablets. Granulations of powders provide this free-flowing quality. Granulations also increase material density thereby improving powder compressibility during tableting.

## Wet Granulation

Wet granulation is a widely employed method for the production of compressed tablets. The steps required are: 1) weighing and blending the ingredients, 2) preparing a damp mass, 3) screening the damp mass into pellets or granules, 4) drying the granulation, 5) sizing the granulation by dry screening, 6) adding lubricant and blending, and 7) tableting by compression.

**WEIGHING AND BLENDING.** Specified quantities of active ingredient, diluent or filler, and disintegrating agent are mixed by mechanical powder blender or mixer until uniform.

Among the fillers used are lactose, microcrystalline cellulose, starch, powdered sucrose, and calcium phosphate. The choice of the filler usually is based on the experience of the manufacturer with the material, its relative cost, and its compatibility with the other formulation ingredients. For example, calcium salts must not be used as fillers with tetracycline antibiotics, because of an interaction between the two agents which results in reduced tetracycline absorption from the gastrointestinal tract. Among the fillers most preferred are lactose because of its solubility and compatibility, and microcrystalline cellulose, because of its compactability, compatibility, and the consistent uniformity of supply (21).

Disintegrating agents include croscarmellose, corn and potato starches, sodium starch glycolate, sodium carboxymethylcellulose, polyvinyl polypyrolidone (PVP), crospovidone, cation-exchange resins, alginic acid, and other materials that swell or expand on exposure to moisture and effect the rupture or breakup of the tablet in the gastrointestinal tract. Croscarmellose (2%) and sodium starch glycolate (5%) are often preferred because of their high water uptake and rapid action. One commercial brand of sodium starch glycolate is reported to swell up to 300% of its volume in water (22). When starch is employed, 5% to 10% is usually suitable but up to about 20% may be used to promote more rapid tablet disintegration. The total amount of disintegrant used is not always added in preparing the granulation. Often a portion (sometimes half) is reserved and added to the finished granulation



Fig. 7.35 *Hanson SR8-Plus Dissolution Test System. Features microprocessor and templates to create, edit, store, and validate dissolution protocols, graphical displays with menues and icon-based program controls. (Courtesy of Hanson Research Corporation).*



**Fig. 7.36** *A modern computerized laboratory dedicated to studies of drug dissolution from solid dosage forms. Included are Erweka dissolution baths, Hewlett-Packard computers, and Hewlett-Packard diode assay spectrophotometers. (Courtesy of Elan Corporation, plc.)*

prior to tableting. This results in a double disintegration of the tablet. One portion assists in the break-up of the tablet into pieces and the other portion assists in the break-up of the pieces into fine particles.

**PREPARING THE DAMP MASS.** A liquid binder is added to the powder mixture to facilitate the adhesion of the powder particles. A damp mass resembling dough is formed and is used to prepare the granulation. A good binder results in appropriate tablet hardness and does not negatively impact on the release of the drug from the tablet.

Among the binding agents used are povidone, an aqueous preparation of corn starch (10–20%), glucose solution (25–50%), molasses, methylcellulose (3%), carboxymethylcellulose, and microcrystalline cellulose. If the drug substance is adversely affected by an aqueous binder, a nonaqueous solution, or a dry binder may be used. The amount of binding agent used is part of the operator's art; however, the resulting binder-powder mixture should be compactible by squeezing in the hand. The binding agent contributes to the adhesion of the granules to one another and maintains the integrity of the tablet after compression. However, care must be exercised not to over-wet or under-wet the powder. Over-wetting can result in granules that are too hard for proper tableting and under-wetting can result in tablets that are too soft and tend to crumble. When desired, a colorant or



Fig. 7.37 *Schematic drawings of the three main methods for the preparation of tablets: wet granulation (top); dry granulation (center); direct compression (bottom). (Courtesy of Stauffer Chemical Co.)*

flavorant may be added to the binding agent to prepare a granulation having an added feature.

SCREENING THE DAMP MASS INTO PELLETS OR GRANULES. The wet mass is pressed through a screen (usually No. 6- or 8-mesh) to prepare the granules. This may be done by hand or by special equipment which prepares the granules by extrusion through perforations in the apparatus. The resultant granules are spread evenly on large pieces of paper in shallow trays and dried.

DRYING THE GRANULATION. Granules may be dried in thermostatically controlled ovens which constantly record the time, temperature, and humidity (Fig. 7.38).

SIZING THE GRANULATION BY DRY SCREENING. After drying, the granules are passed through a screen of a smaller mesh than that used to prepare the original granulation. The degree to which the granules are reduced depends upon the size of the punches to be used. In general, the smaller the tablet to be produced, the smaller are the granules used. Screens from 12- to 20-mesh size are generally used for this purpose. Sizing of the granules is necessary so that the die cavities for tablet compression may be completely and rapidly filled by the free-flowing granulation. Voids or air spaces left by too large a granulation would result in the production of uneven tablets.

ADDING LUBRICATION AND BLENDING. After dry screening, a dry lubricant is dusted over the spread-out granulation through a fine mesh screen. Lubricants contribute to the preparation of compressed tablets in several ways: they improve the flow of the granulation in the hopper to the die cavity; they prevent the adhesion of the tablet formulation to the punches and dies during compression; they reduce friction between the tablet and the die wall during the tablet's ejection from the tablet machine; and, they give a sheen to the finished tablet. Among the more commonly used lubricants are magnesium stearate, calcium stearate, stearic acid, talc, and sodium stearyl fumarate. Magnesium stearate is the most-used (21). The quantity of lubricant used varies from one tableting operation to another, but usually ranges from about 0.1% to 5% of the weight of the granulation.

**All-In-One Granulation Methods**

Technologic advances now allow the entire process of granulation to be completed in a continuous *fluid-bed process*, using a single piece of equipment, the fluid-bed granulator (Figs. 7.39, 7.40).

The fluid-bed granulator performs the following steps: 1) preblending the formulation powder, including active ingredients, fillers, disintegrants, in a bed by fluidized air, 2) granulating the mixture by spraying onto the fluidized powder bed, a suitable liquid binder, as an aqueous solution of acacia, hydroxypropyl cellulose, or povidone, and 3) drying the granulated product to the desired moisture content.



Fig. 7.38　Temperature controlled Casburt Drying Oven used in the preparation of granules and controlled release beads. (Courtesy of Elan Corporation, plc.)

Another method, the microwave vacuum processing method, also allows the powders to be tableted to be mixed, wetted, agglomerated, and dried within the confines of a single piece of equipment (Fig. 7.41). The wet mass is dried by gentle mixing, vacuum, and microwave. The use of the microwave for the drying process reduces the drying time considerably, often by one-fourth. The total-batch production time is usually in the range of 90 minutes. After adding lubricants and

NOR 0000473



Fig. 7.39 *Example of fluid bed granulator. (Courtesy of Schering Laboratories.)*

screening, the batch is ready for tableting or capsule filling.

### Dry Granulation

By the dry granulation method, the powder mixture is compacted in large pieces and subsequently broken down or sized into granules (see Fig. 7.37). By this method, either the active ingredient or the diluent must have cohesive properties. Dry granulation is especially applicable to materials that cannot be prepared by wet granulation due to their degradation by moisture or by the elevated temperatures required for drying the granules.

**SLUGGING.** In this method, after weighing and mixing the ingredients, the powder mixture is "slugged" or compressed into large flat tablets or pellets of about 1 inch in diameter. The slugs then are broken up by hand or by a mill (Fig. 7.42) and passed through a screen of desired mesh for sizing. Lubricant is added in the usual manner, and tablets are prepared by compression. Aspirin, which is hydrolyzed on exposure to moisture, may be prepared into tablets after slugging.

**ROLLER COMPACTION.** Instead of slugging, powder compactors may be used to increase the density of a powder by pressing it between high-pressure rollers at 1 ton to 6 tons of pressure. The densified material then is broken up, sized, and lubricated, and tablets are prepared by compression in the usual manner. The *roller compaction* method is often preferred over slugging. Binding agents used in roller compaction formulations include methylcellulose or hydroxymethylcellulose (6 to 12%) and can produce good tablet hardness and friability (23).

### Tableting of Granulation

There are a number of types of tablet presses or tableting machines, each varying in productivity but similar in basic function and operation. They all compress a tablet formulation within a steel die cavity by the pressure exerted by the movement of two steel punches, a lower punch and an upper punch (Fig 7.43).

The operation of a single-punch describes the basic mechanical process. As the lower punch drops, the feed shoe filled with granulation from the hopper is positioned over and fills the die cavity. The feed shoe retracts, scrapes away the excessive granulation, and levels the layer of fill in the die cavity. The upper punch lowers and compresses the fill, forming the tablet. The upper punch then retracts as the lower punch rises with the formed tablet to



Fig. 7.40 *A, Top-spray; B, bottom-spray (Wurster); and C, tangential-spray methods in the fluid-bed coating of solid particles. (Courtesy of Glatt Air Techniques, Inc.)*



**Fig. 7.41** *Microwave vacuum processing in which tableting ingredients are dry mixed, wetted with a binding liquid, and dried by vacuum and microwave within a single piece of equipment. (Courtesy of GEI Processing, Inc.)*

the precise level of the stage. The feed shoe moves over the die cavity, shoves the tablet aside, and once again fills the cavity with granulation to repeat the process. The tablets fall into a collection container. Samples of tablets are assayed/tested for the various quality standards described earlier.

Rotary tablet machines equipped with multiple punches and dies operate through the continuous rotating movement of the punches A single rotary press with 16 stations (16 sets of punches and dies) may produce up to 1150 tablets per minute. Double rotary tablet presses with 27, 33, 37, 41, or 49

NOR 0000475



Fig. 7.42   *Frewitt Oscillator or Fitz Mill utilized in the pulverization or granulation process. (Courtesy of Eli Lilly and Company.)*

sets of punches and dies are capable of producing 2 tablets for each die. Some of these machines can produce 10,000 and more tablets per minute of operation (Fig. 7.44). For such high speed production, induced die feeders are required to force fill material into the dies to keep up with the rapidly moving punches (Fig. 7.45). A consequence of high-speed production is the increased occurrence of *lamination* (horizontal striations) and tablet *capping*, in which the top of the tablet separates from the whole because the fill material does not have enough time to bond after compression. Reduced tableting speed remedies the problem (24).

Multiple-layered tablets are produced by the multiple feed and multiple compression of fill material within a single die. Tablets having an inner core

NOR 0000476

216   *Capsules and Tablets*



**Fig. 7.43**  *Punch and die set: A, upper punch; B, die cavity; C, die; and D, lower punch. (Courtesy of Cherry-Burrell Corporation.)*



**Fig. 7.44**  *Manesty Rotapress rotary compression machine making compressed tablets. Tablets leaving the machine run over a tablet duster to screen where they are inspected. Material to be compressed is being fed from overhead hopper through yoke to each of the two compressing machine hoppers. Hardness of tablet is monitored electronically by oscilloscope at the right. (Courtesy of The Upjohn Company.)*

tablet are prepared by machines having a special feed apparatus which strategically places the core tablet within the die for compression with surrounding fill.

### Direct Compression Tableting

Some granular chemicals, like potassium chloride, possess free flowing and cohesive properties that enable them to be compressed directly in a tablet machine without need of wet or dry granulation. For chemicals that do not possess this quality, special pharmaceutical excipients may be used which impart the necessary qualities for the production of tablets by direct compression. These tableting excipients include: *fillers*, as spray-dried lactose, microcrystals of alpha-monohydrate lactose, sucrose-invert sugar-corn starch mixtures, microcrystalline cellulose, crystalline maltose, and dicalcium phosphate; *disintegrating agents*, as direct-compression starch, sodium carboxymethyl starch, cross-linked carboxymethylcellulose fibers, and cross-linked polyvinylpyrrolidone; *lubricants*, as magnesium stearate and talc; and *glidants*, as fumed silicon dioxide.

The capping, splitting, or laminating of tablets is sometimes related to air entrapment during direct compression. When air is entrapped, the resulting tablets expand when the pressure of tableting is released, resulting in splits or layers in the tablets. Forced or induced feeders can reduce air entrapment, making the fill powder more dense and amenable to compaction.

Capping also may be caused by punches that are not immaculately clean and perfectly smooth or by a granulation which has too great a proportion of "fines" or fine powder. Fine powder, which results when a dried granulation is sized, is generally 10 to



**Fig. 7.45**  *Induced die feeder. The standard gravity-fed open feed frame can be replaced with an induced die feeder. Using this accessory, granulation is forced into the die by the rotary action of the agitator. (Courtesy of Cherry-Burrell Corporation.)*

20% of the weight of the granulation. Some fine powder is desired to properly fill the die cavity. However, an excess can also lead to tablet softness and capping.

Tablets that have aged or which have been stored improperly also may exhibit splitting or other physical deformations (Fig. 7.46).

**Tablet Dedusting**

To remove traces of loose powder adhering to tablets following compression, the tablets are conveyed directly from the tableting machine to a tablet deduster. An example of this type of apparatus is shown in Figure 7.47. The compressed tablets may then be coated.

### Chewable Tablets

Chewable tablets are pleasant tasting tablets formulated to disintegrate smoothly in the mouth with or without active chewing. They are prepared by wet granulation and compression, using only minimal degrees of tableting pressure in order to produce a soft tablet.

Mannitol, a white crystalline hexahydric alcohol, is used as the excipient in most chewable tablets. Mannitol is about 70% as sweet as sucrose with a cool feel in the mouth resulting from its negative



Fig. 7.47  Model 25 Manesty Tablet Deduster. Tablets leaving tableting machine are dedusted and passed into collection containers. (Courtesy of Eli Lilly and Company.)

heat of solution. In many chewable tablet formulations, mannitol may account for 50% or more of the weight of the formulation. Sometimes, other sweetening agents, as sorbitol, lactose, dextrose, crystalline maltose, and glucose, may be substituted for part or all of the mannitol. In the preparation of sugar-free chewable tablets, xylitol may be used. Xylitol is sweeter than mannitol and has the desirable negative heat of solution that provides the cool mouth feel upon dissolution.

Lubricants and binders that do not detract from the texture or desired hardness of the tablet may be used. To enhance the appeal of the tablets, colorants and tart or fruity flavorants are commonly employed. Among the types of products prepared as chewable tablets are antacids (e.g., calcium carbonate), antibiotics (e.g., erythromycin), anti-infective agents (e.g., didanosine), anticonvulsants (e.g., carbamazepine), vasodilators (e.g., isosorbide dinitrate), analgesics (e.g., acetaminophen), various vitamins and cold/allergy combination tablets. Chewable tablets are particularly useful for children and adults who have difficulty swallowing other solid dosage forms.

The following is a formula for a typical chewable antacid tablet:(25)



Fig. 7.46  Tablets that have split on aging, due to conditions of manufacture or storage.

NOR 0000478

*Per Tablet*

| | |
|---|---|
| Aluminum hydroxide, | 325.0 mg |
| Mannitol, | 812.0 mg |
| Sodium saccharin, | 0.4 mg |
| Sorbitol (10% w/v solution), | 32.5 mg |
| Magnesium stearate, | 35.0 mg |
| Mint flavor concentrate, | 4.0 mg |

Preparation: Blend the aluminum hydroxide, mannitol, and sodium saccharin. Prepare a wet granulation with the sorbitol solution. Dry at 120°F and screen through a 12-mesh screen. Add the flavor and magnesium stearate, blend, and compress into tablets.

## Molded Tablets

The commercial preparation of tablets by molding has been replaced by the tablet compression process. However, molded tablets, or *tablet triturates,* may be prepared on a small laboratory scale as follows.

The mold used in the preparation of molded tablets is made of hard rubber, hard plastic, or metal. It has two parts, the upper part, or *die* portion, and the lower part containing squat, flat *punches.* The die portion is a flat plate the thickness of the tablets to be produced and has 50 to 200 uniformly drilled and evenly spaced circular holes (Fig. 7.48). The lower part of the mold has corresponding punches that fit the holes precisely. When the die is filled with tableting material and placed atop the punches, the punches gently lift the fill material from the holes to rest upon the punches for drying.

The base for molded tablets is generally a mixture of finely powdered lactose with or without a portion of powdered sucrose (5–20%). The addition of sucrose results in less-brittle tablets. In preparing the fill, the drug is mixed uniformly with the base, by geometric dilution when potent drugs are used. The powder mixture is wetted with a 50% mixture of water and alcohol sufficient only to dampen the powder so that is may be compacted. The solvent action of the water on a portion of the lactose/sucrose base effects the binding of the powder mixture upon drying. The alcohol portion hastens the drying process.

The upper mold is placed on a clean flat glass surface and the damp mass added by a rubbing motion. When each opening is filled completely, top and bottom, the mold is fitted on the punch portion of the mold and the tablets raised to dry.



Fig. 7.48 *Laboratory tablet mold for the preparation of tablet triturates.*

NOR 0000479

Before use, the mold should be "standardized" for the fill material used, since the densities of different formulas result in tablets of different weights. This may be done by preparing a test batch of the formula and weighing and recording the weight of the dry tablets produced. This weight is then used in calculations for production quantities.

Molded tablets are intended to dissolve rapidly in the oral cavity. They do not contain disintegrants, lubricants, or coatings to slow their rate of dissolution.

AUTHORS' NOTE: *A more complete discussion of the preparation of molded tablets and the standardization of laboratory molds may be found in the 5th edition of this textbook.*

## *Tablet Coating*

Tablets are coated for a number of reasons, including to: protect the medicinal agent against destructive exposure to air and/or humidity; mask the taste of the drug; provide special characteristics of drug release (e.g., enteric coatings); and to provide aesthetics or distinction to the product.

In a limited number of instances, tablets are coated to prevent inadvertent contact by nonpatients with the drug substance and the consequent effects of drug absorption. For example, Proscar tablets (finasteride, Merck) are coated for just this reason. The drug is used by men in the treatment of benign prostatic hyperplasia. The labeling instructions warn that women who are pregnant or who could become pregnant should not come into contact with the drug. Drug contact can occur through the handling of broken tablets. If finasteride is absorbed by a woman who is pregnant with a male baby, the drug has the potential capacity to adversely affect the developing male fetus.

The general methods involved in coating tablets are as follows.

### Sugarcoating Tablets

The sugarcoating of tablets may be divided into the following steps: 1) waterproofing and sealing (if needed), 2) subcoating, 3) smoothing and final rounding, 4) finishing and coloring (if desired), and 5) polishing. The entire coating process is conducted in a series of mechanically operated acorn-shaped coating pans of galvanized iron, stainless steel, or copper. The pans are partially open in the front, have diameters ranging from about 1 to 4 feet, and are of various capacities (Figs. 7.49, 7.50). The smaller pans are used for experimental, devel-



Fig. 7.49  *Tablet coating, an older style coating pan, showing the warm air supply and the exhaust. (Courtesy of Wyeth Laboratories.)*