220  *Capsules and Tablets*



**Fig. 7.50** *Modern tablet coating facility. Air and exhaust ducts to assist drying are automatically operated from central board. (Courtesy of Eli Lilly and Company.)*

opmental, and pilot plant operations, the larger pans for industrial production. The pans operate at about a 40° angle to contain the tablets while allowing the operator visual and manual access. During operation, the pan is mechanically rotated at moderate speeds, allowing the tablets to tumble over each other while making contact with the coating solutions which are gently poured or sprayed onto the tablets. To allow gradual build-up of the coatings, the solutions are added in portions, with warm air blown in to hasten drying. Each coat applied only after the previous coat has dried. Tablets intended to be coated are manufactured to be thin-edged and highly convex to allow the coatings to form rounded rather than angular edges.

**WATERPROOFING AND SEALING COATS.** For tablets containing components that may be adversely affected by moisture, one or more coats of a waterproofing substance, as pharmaceutical shellac or a polymer, is applied to the compressed tablets before the subcoating application. The waterproofing solution (usually alcoholic) is gently poured or sprayed on the compressed tablets rotating in the coating pans. Warm air is blown into the pan during the coating to hasten the drying and to prevent tablets from sticking together.

**SUBCOATING.** After the tablets are waterproofed (if needed), 3 to 5 subcoats of a sugar-based syrup are applied. This bonds the sugar coating to the tablet and provides rounding. The sucrose and water syrup also contains gelatin, acacia, or polyvinylpyrrolidone (PVP) to enhance the coating of the tablets. When the tablets are partially dry they are sprinkled with a dusting powder, usually a mixture of powdered sugar and starch but sometimes talc, acacia, or precipitated chalk as well. Warm air is applied to the rolling tablets, and when they are dry, the subcoating process is repeated until the tablets are of the desired shape and size (Fig. 7.51). The subcoated tablets are then scooped out of the coating pan and the excess powder is removed by gently shaking the tablets on a cloth screen.

**SMOOTHING AND FINAL ROUNDING.** After the tablets have been subcoated, 5 to 10 additional coatings of a thick syrup are applied to complete the rounding and smooth the coatings. This syrup is sucrose-based with or without additional components as starch and calcium carbonate. As the syrup is applied, the operator moves his hand through the rolling tablets to distribute the syrup and to prevent the tablets from sticking to one another. A dusting powder is often used between syrup applications. Warm air is applied to hasten the drying time of each coat.

**FINISHING AND COLORING.** To attain final smoothness and the appropriate color to the tablets,

NOR 0000481



Fig. 7.51  *Tablet gauge used to measure the size of coated tablets. (Courtesy of Eli Lilly and Company.)*

several coats of a thin syrup containing the desired colorant are applied in the usual manner. This step is performed in a clean pan, free from previous coating materials.

**IMPRINTING.** Solid dosage forms may be passed through special imprinting machines (Fig. 7.52) to impart identification codes and other distinctive symbols. By FDA regulation, effective in 1995, all solid dosage forms for human consumption, including both prescription-only and over-the-counter drug products, must be imprinted with product-specific identification codes. Some exemptions to this requirement are allowed, namely: solid dosage forms used in clinical investigations; solid dosage forms that are extemporaneously compounded in the course of pharmacy practice; radiopharmaceutical drug products; and products that, because of their size, shape, texture or other physical characteristics, make imprinting technologically not feasible.

Technically, the imprint may be *debossed, embossed, engraved,* or printed on the surface with ink. *Debossed* means imprinted with a mark below the dosage form surface; *embossed* means imprinted with a mark raised above the dosage form surface; and *engraved* means imprinted with a code that is cut into the dosage form surface during production.

**POLISHING.** Coated tablets may be polished in several ways. Special drum-shaped pans or ordinary coating pans lined with fabric or canvas cloth impregnated with carnauba wax and/or beeswax, may be used to polish tablets as they tumble in the pan. Or, pieces of wax may be placed in a polishing pan and the tablets allowed to tumble over the wax until the desired sheen is attained. A third method involves the light-spraying of the tablets with wax dissolved in a nonaqueous solvent. Two or three coats of wax may be applied depending upon the desired gloss. After each coat has been applied, the addition of a small amount of talc to the tumbling tablets contributes to their high luster (Fig. 7.53).

**Film-Coating Tablets**

The sugarcoating process, as described, is not only tedious, time-consuming, and specialized, requiring the expertise of highly skilled technicians, but it also results in coated tablets that may be twice the size and weight of the original uncoated tablets. Also, sugar coated tablets may vary slightly in size from batch to batch and within a batch. All of these factors are important considerations for a manufacturer. From a patient's point of view, large



Fig. 7.52  *Branding of coated compression tablets on a Hartnett branding machine. (Courtesy of The Upjohn Company.)*



Fig. 7.53  *Example of coated, polished, and monogrammed tablets. (Courtesy of Wyeth-Ayerst Laboratories.)*

tablets are not as easily swallowed as are small tablets.

The film-coating process, which places a thin, skin-tight coating of a plastic-like material over the compressed tablet, was developed to produce coated tablets having essentially the same weight, shape, and size as the originally compressed tablet. And, the coating is thin enough to reveal any identifying monograms embossed in the tablet during its compression by the tablet punches. Film-coated tablets also are far more resistant to destruction by abrasion than are sugar-coated tablets. However, like sugar-coated tablets, the coating may be colored to make the tablets attractive and distinctive.

Film-coating solutions may be nonaqueous or aqueous. The nonaqueous solutions contain the following types of materials to provide the desired coating to the tablets:

1. A *film former* capable of producing smooth, thin films reproducible under conventional coating conditions and applicable to a variety of tablet shapes. Example: cellulose acetate phthalate.
2. An *alloying substance* providing water solubility or permeability to the film to ensure penetration by body fluids and therapeutic availability of the drug. Example: polyethylene glycol.
3. A *plasticizer* to produce flexibility and elasticity of the coating and thus provide durability. Example: castor oil.
4. A *surfactant* to enhance spreadability of the film during application. Example: polyoxyethylene sorbitan derivatives.
5. *Opaquants* and *colorants* to make the appearance of the coated tablets handsome and distinctive. Examples: Opaquant, titanium dioxide; colorant, FD&C or D&C dyes.
6. *Sweeteners, flavors,* and *aromas* to enhance the acceptability of the tablet to the patient. Examples: sweeteners, saccharin; flavors and aromas, vanillin.
7. A *glossant* to provide luster to the tablets without a separate polishing operation. Example: beeswax.
8. A *volatile solvent* to allow the spread of the other components over the tablets while allowing rapid evaporation to permit an effective yet speedy operation. Example: alcohol-acetone mixture.

Tablets are film coated by the application or spraying of the film-coating solution on the tablets in ordinary coating pans. The volatility of the solvent enables the film to adhere quickly to the surface of the tablets.

Due to both the expense of the volatile solvents used in the film-coating process and the environmental problem of the release of solvents, pharmaceutical manufacturers generally favor the use of aqueous-based film-coating solutions. One of the problems attendant to these, however, is the slow evaporation of the water-base compared to the volatile organic solvent-based solutions. One commercially available water-based colloidal coating dispersion is called AQUACOAT (FMC Corporation) and contains a 30% ethyl cellulose pseudolatex. Pseudolatex dispersions have a high solids content for greater coating ability and a relatively low viscosity. The low viscosity allows less water to be used in the coating dispersion, resulting in a lesser requirement for water-evaporation and a reduced likelihood of water interference with the tablet formulation. In addition, the low viscosity permits greater coat penetration into the crevices of monogrammed or scored tablets. A plasticizer may be incorporated into the dispersion to assist in the production of a denser, less-permeable film, with higher gloss and greater mechanical strength. Other aqueous film-coating products use cellulosic materials as methylcellulose, hydroxypropyl cellulose, and hydroxypropyl methylcellulose as the film forming polymer.

NOR 0000483

A typical aqueous film-coating formulation contains the following:(26)

1. *Film-forming polymer* (7–18%). Examples: cellulose ether polymers as hydroxypropyl methylcellulose, hydroxypropyl cellulose, and methylcellulose.
2. *Plasticizer* (0.5–2.0%). Examples: glycerin, propylene glycol, polyethylene glycol, diethyl phthalate, and dibutyl subacetate.
3. *Colorant and opacifier* (2.5–8%). Examples: FD&C or D&C Lakes and iron oxide pigments.
4. *Vehicle* (water, to make 100%).

There are some problems attendant to aqueous film-coating, including: the appearance of small amounts (*picking*) or larger amounts (*peeling*) of film fragments flaking from the tablet surface; roughness of the tablet surface due to failure of spray droplets to coalesce (*orange peel effect*); an uneven distribution of color on the tablet surface (*mottling*); filling-in of the score-line or indented logo on the tablet by the film (*bridging*); and the disfiguration of the core tablet when subjected for too long a period of time to the coating solution (tablet *erosion*). The cause of each of these problems can be determined and rectified through appropriate changes in formulation, equipment, technique or process (26).

**Enteric Coating**

Enteric coated solid dosage forms are intended to pass through the stomach intact to disintegrate and release their drug-content for absorption along the intestines. The design of an enteric coating may be based upon the transit time required for the passage of the dosage form from the stomach to the intestines and may be accomplished through coatings of sufficient thickness. However, usually an enteric coating is based upon factors of pH, resisting dissolution in the highly acid environment of the stomach but yielding to the less acid environment of the intestine. Some enteric coatings are designed to dissolve at pH 4.8 and greater.

Enteric coating materials may be applied to either whole compressed tablets or to drug particles or granules used in the subsequent fabrication of tablets or capsules. The coatings may be applied in multiple portions to build a thick coating or they may be applied as a thin film coat. The coating systems may be aqueous-based or organic-solvent-based and are effective so long as the coating material resists breakdown in the gastric fluid. Among the materials used in enteric coatings are pharmaceutical shellac, hydroxypropyl methylcellulose phthalate, polyvinyl acetate phthalate, diethyl phthalate, and cellulose acetate phthalate.

**Fluid-Bed or Air Suspension Coating**

This process, using equipment of the type shown in Figure 7.54 involves the spray coating of powders, granules, beads, pellets or tablets held in suspension by a column of air. Fluid bed processing equipment is multifunctional and, as described



Fig. 7.54 *Vector/Freund Flo-Coater production system. A fluid bed system used in the application of coatings to beads, granules, powders, and tablets. Capacity of models ranges from 5 kg to 700 kg. (Courtesy of Vector Corporation.)*

previously, also may be used in preparing tablet granulations.

In the Wurster process, named after its developer, the items to be coated are fed into a vertical cylinder and are supported by a column of air that enters from the bottom of the cylinder. Within the air stream, the solids rotate both vertically and horizontally. As the coating solution enters the system from the bottom, it is rapidly placed on the suspended, rotating solids, with rounding coats being applied in less than an hour with the assistance of warm air blasts released in the chamber.

In another type of fluidized bed system, the coating solution is sprayed downward onto the particles to be coated as they are suspended by air from below. This method is commonly referred to as the *top-spray* method. This method provided greater capacity, up to 1500 kg, than do the other air suspension coating methods.(27) Both the top-spray and bottom-spray methods may be employed using a modified apparatus used for fluidized bed granulation. A third method, the *tangential-spray technique*, is used in rotary fluid-bed coaters. The bottom-, top-, and tangential-spray methods are depicted in Figure 7.40. Electron microscope images of the results of this process are shown in Fig. 7.55.

The three systems are increasingly used for the application of aqueous- or organic-solvent-based polymers as film coatings. The top-spray coating method is particularly recommended for taste masking, enteric release, and barrier films on particles or tablets. The method is most effective when coatings are applied from aqueous solutions, latexes, or hotmelts (27–28). The bottom-spray coating method is recommended for sustained-release and enteric-release products; and the tangential method for layering coatings, and for sustained-release and enteric-coated products (28).

Among the variables requiring control in order to produce product of desired and consistent quality are: equipment used and the method of spraying (e.g., top, bottom, tangential), spray-nozzle distance from spraying bed, spray (droplet) size, spray rate, spray pressure, volume of fluidization air, batch size, method(s) and time for drying, air temperature and moisture content in processing compartment (28).

**Compression Coating**

In a manner similar to the preparation of multiple compressed tablets having an inner core and an outer shell of drug material, core tablets may be sugarcoated by compression. The coating material, in the form of a granulation or powder, is compressed onto a tablet core of drug with a special tablet press. Compression coating is an anhydrous operation and thus may be safely employed in the coating of tablets containing a drug that is labile to moisture. Compared to sugarcoating using pans, compression coating is more uniform and uses less coating materials, resulting in tablets that are lighter, smaller, easier to swallow, and less expensive to package and ship.

Irrespective of the method used in coating, all tablets are visually or electronically inspected for physical imperfections (Fig. 7.56).

## Impact of Manufacturing Changes on Solid Dosage Forms

The quality and performance of a solid dosage form may be altered by changes in formulation or by changes in the method of manufacture.

The changes in formulation could involve: 1) the




Fig. 7.55  Scanning electron microscope images of pharmaceutical granules coated through fluid-bed technology: A, layered and coated granule; B, cross-section of top spray enteric coated granule. (Courtesy of Glatt Air Techniques, Inc.)

NOR 0000485



**Fig. 7.56** *Checking for physical imperfections in coated tablets. (Courtesy of Smith, Kline & French.)*

use of starting raw materials, including both the active ingredient and pharmaceutical excipients, that have different chemical or physical characteristics (as solubility or particle size) than the standards set for the original components; 2) the use of different pharmaceutical excipients (e.g., magnesium stearate instead of calcium stearate as the lubricant); 3) the use of different quantities of the same excipients in a formulation (e.g., use of a more concentrated wet tablet binder); or 4) the addition of a new excipient to a formulation (as a revised tablet coating formula.

The changes in the method of manufacture could involve: 1) use of processing or manufacturing equipment or a different design; 2) a change in the steps or order in the process or method of manufacture (e.g. different mixing times); 3) different in-process controls, quality tests, or assay methods; 4) production of different batch sizes; 5) employment of different product reprocessing procedures; or 6) employment of a different manufacturing site.

Changes such as these may be proposed or may be implemented during the product development stage, during scale-up of product manufacture before NDA approval, or after NDA approval and product marketing. In all instances, it is critical to assess the impact of the change in meeting the proposed or established standards for product quality (e.g., dissolution rate and bioavailability). It is necessary for a manufacturer to document the change, validate its effect, and provide the necessary information to the FDA. Some changes that are considered minor (as a change in tablet color) and do not affect product quality do not require prior FDA approval for implementation. Other changes that may affect product quality and performance (as use of a substantially different quantity or grade of an excipient, or, use of a piece of manufacturing equipment that changes the basic methodology of manufacture) require prior FDA approval for implementation (29).

### Official and Commercially Available Tablets

There are hundreds of tablets recognized by the USP and literally thousands of commercially available tableted products from virtually all pharmaceutical manufacturers, in most therapeutic categories, and in various dosage strengths. Examples of a limited number of these are presented in Table 7.4.

### Packaging and Storing Tablets

Tablets are stored in tight containers, in places of low humidity, and protected from extremes in temperature. Products that are prone to decomposition by moisture generally are copackaged with a desiccant packet. Drugs that are adversely affected by light are packaged in light-resistant containers. With a few exceptions, tablets that are properly stored will remain stable for several years or more.

In dispensing tablets, the pharmacist is well advised to use a similar type of container as provided by the manufacturer of the product. The patient is well advised to maintain the drug in the container dispensed. Storage conditions, as recommended for the particular product, should be maintained by the pharmacist and patient alike and expiration dates observed.

The pharmacist should be aware also that the hardness of certain tablets may change upon aging usually resulting in a decrease in the disintegration and dissolution rates of the product. The increase in tablet hardness can frequently be attributed to the increased adhesion of the binding agent and other formulative components within the tablet. Examples of increased tablet hardening with age have been reported for a number of drugs including aluminum hydroxide, sodium salicylate and phenylbutazone (30).

Table 7.4. Examples of Some Official Tablets

| Official Tablet | Some Representative Commercial Products | Tablet Strengths | Category |
|---|---|---|---|
| Acetaminophen | Tylenol (McNeil) | 325 and 500 mg | Analgesic and antipyretic |
| Acyclovir | Zovirax (Glaxo Wellcome) | 400 and 800 mg | Antiviral |
| Allopurinol | Zyloprim (Glaxo Wellcome) | 100 and 300 mg | Antigout and antiurolithic |
| Amitriptyline HCl | Elavil HCl (Zeneca) | 10, 25, 50, 100, and 150 mg | Antidepressant |
| Carbamazepine | Tegretol (Novartis) | 200 mg | Anticonvulsant |
| Chlorambucil | Leukeran (Glaxo Wellcome) | 2 mg | Antineoplastic |
| Chlorpropamide | Diabinese (Pfizer) | 100 and 250 mg | Antidiabetic |
| Cimetidine | Tagamet (SmithKline Beecham) | 200 and 300 mg | Histamine $H_2$ receptor antagonist |
| Ciprofloxacin | Cipro (Bayer) | 150, 500 and 750 mg | Antibacterial |
| Conjugated Estrogens | Premarin (Wyeth-Ayerst) | 0.3, 0.625, 0.9, 1.25, and 2.5 mg | Estrogen |
| Diazepam | Valium (Roche) | 2, 5, and 10 mg | Sedative and skeletal muscle relaxant |
| Digoxin | Lanoxin (Glaxo Wellcome) | 0.125, 0.25, and 0.5 mg | Cardiotonic |
| Enalapril | Vasotec (Merck) | 5, 10, and 20 mg | Antihypertensive |
| Furosemide | Lasix (Hoechst Marion Roussel) | 20, 40, and 80 mg | Diuretic and antihypertensive |
| Griseofulvin | Fulvicin (Schering) | 250 and 500 mg | Antifungal |
| Haloperidol | Haldol (Ortho McNeil) | 0.5, 1, 2, 5, 10 and 20 mg | Traquilizer |
| Ibuprofen | Motrin (McNeil) | 100 mg | Analgesic and antipyretic |
| Levothyroxine Sodium | Synthroid (Knoll) | 0.025, 0.05, 0.075, 0.1, 0.125, 0.15, 0.2, and 0.3 mg | Thyroid hormone |
| Loratadine | Claritin (Schering) | 10 mg | Antihistamine |
| Lovostatin | Mevacor (Merck) | 10, 20 and 40 mg | Antihypercholesteremic |
| Meperidine HCl | Demerol (Sanofi Winthrop) | 50 and 100 mg | Narcotic analgesic |
| Methyldopa | Aldomet (Merck) | 125, 250, and 500 mg | Antihypertensive |
| Nitroglycerin | Nitrostat (Parke-Davis) | 0.150, 0.3, 0.4, and 0.6 mg | Antianginal |
| Penicillin V | Pen Vee K (Wyeth-Ayerst) | 250 and 500 mg | Antiinfective |
| Pergolide Mesylate | Permax (Athena) | 0.05, 0.25, and 1 mg | Dopamine receptor agonist |
| Propanolol | Inderal (Wyeth-Ayerst) | 10, 20, 40, 60, and 80 mg | Antianginal, antiarrhythmic, and antihypertensive |
| Terbutaline Sulfate | Brethine (Novartis) | 2.5 and 5 mg | Antiasthmatic |
| Verapamil HCl | Calan (Searle) | 40, 80, and 120 mg | Antihypertensive |
| Warfarin Sodium | Coumadin (DuPont) | 2, 2.5, 7.5, and 10 mg | Anticoagulant |

NOR 0000487

Certain tablets containing volatile drugs, as nitroglycerin, may experience the migration of the drug between tablets in the container resulting in a lack of uniformity among the tablets (31). Further, packing materials, as cotton and rayon, in contact with nitroglycerin tablets may absorb varying amounts of nitroglycerin rendering the tablets subpotent (32). The USP directs that nitrogen tablets be preserved in tight containers, preferably of glass, at controlled room temperature.

The USP further directs that nitroglycerin tablets must be dispensed in the original, unopened container, labeled with the following statement directed to the patient. "Warning: to prevent loss of potency, keep these tablets in the original container or in a supplemental Nitroglycerin container specifically labeled as being suitable for Nitroglycerin Tablets. Close tightly immediately after use" (14).

The pharmacist also should caution patients about the handling of medication when it poses a potential risk. For example and as noted earlier, finasteride tablets are taken by men to treat benign prostatic hyperplasia. Finasteride has the potential to adversely affect a male fetus if absorbed by a pregnant woman through either direct contact with finasteride or possibly through semen. Therefore, a woman who is pregnant or who may become pregnant should not handle finasteride tablets or come into contact with finasteride powder. In addition, when the male patient's sexual partner is pregnant or may become pregnant, the patient should avoid exposure of his partner to semen or he should discontinue use of the drug.

## Oral Administration of Solid Dosage Forms

Solid dosage forms for oral administration are best taken by placing the dosage form upon the tongue and swallowing it with a glassful of water or beverage. Taking solid dosage forms with adequate amounts of water is important. Some patients attempt to swallow a tablet or capsule without water, but this can be dangerous because of the possibility that the dry dosage form will lodge in the esophagus. Esophageal ulceration can occur with the dry ingestion of solid dosage forms, particularly when taken just before bedtime. Among the drugs of greatest concern in this regard are: alendronate sodium, aspirin, ferrous sulfate, any nonsteroidal antiinflammatory drug (NSAID), potassium chloride and tetracycline antibiotics.

The proper administration of alendronate sodium tablets (i.e., Fosamax, Merck), for example, calls for the tablets to be taken with a full 6- or 8-ounce glass of plain water upon rising in the morning and at least one-half hour before taking any food, beverage or other medication to prevent local irritation of the esophagus and other upper gastrointestinal mucosa. Further, the patient is instructed to not recline for at least 30 minutes and until after the first food of the day is eaten due to the possibility of refluxing the drug back up into the esophagus.

In general, patients who suffer from gastroesophageal reflux disease must take their medications with adequate amounts of water and avoid reclining for at least an hour to avoid reflux.

The administration of oral medication in relation to meals is very important since the bioavailability and efficacy of certain drugs may be severely affected by food and certain drink. The pharmacist should be knowledgeable of such instances and advise patients accordingly.

As mentioned earlier in this chapter, oral dosage forms that have special coatings (e.g., enteric) or are designed to provide controlled drug release must not be chewed, broken, or crushed to preserve their drug release features.

When an ordinary tablet is crushed or a capsule opened to facilitate ease of administration, any unpleasant drug taste may be partially masked by mixing with custards, yogurt, rice pudding, other soft food, or fruit juice. The patient should be advised to consume the entire drug-food mixture to obtain the full drug dose and the drug should not be pre-mixed and allowed to set, due to stability considerations.

If a patient cannot swallow a solid dosage form, the pharmacist can suggest using an available chewable or liquid form of the drug. If these are not available, an extemporaneously compounded liquid form may be prepared.

## Other Solid Dosage Forms for Oral Administration

### Lozenges

Lozenges can be made by compression or molding. When compressed, they are made using a tablet machine and large, flat punches. The machine is operated at a high degree of compression to produce lozenges that are harder than ordinary tablets so that they dissolve or disintegrate slowly in the mouth. Medicinal substances that are heat stable may be molded into a hard, sugar candy lozenge by candy-making machines that process a warm, highly concentrated, flavored syrup as the base and form the lozenges by molding and drying.

Lozenges have a special place in the delivery of medication. For example, a lozenge dosage form containing clotrimazole (Mycelex Troche, Bayer), an antifungal agent, is used in the treatment of oropharyngeal candidiasis by the patient allowing the lozenge to slowly dissolve in the mouth, providing salivary levels of the antifungal drug for up to 3 hours. A number of other lozenge dosage forms are available for self-care drugs, e.g., benzocaine, dextromethorphan, phenylpropanolamine, and zinc, to treat self-limiting cough/cold symptoms and minor sore throat.

## Pills

By definition, pills are small, round, solid dosage forms containing a medicinal agent and intended to be administered orally. Although the manufacture and administration of pills was at one time quite prevalent, today pills have been replaced by compressed tablets and capsules. A procedure for the extemporaneous preparation of pills on a small-scale may be found in the first edition of this text.

## References

1. Mitchell JF. Oral solid dosage forms that should not be crushed: 1996 revision. Hospital Pharmacy 1996; 31:27–37.
2. Jones BE. Hard gelatin capsules and the pharmaceutical formulator. Pharm Tech 1985;9:106–112.
3. Digenis A, Gold TB, Shah VP. Crosslinking of gelatin capsules and its relevance to their in vitro/in vivo performance. Dissolution Technologies 1995;2:1.
4. Gardner D, Casper R, Leith F, Wilding, I. Noninvasive methodology for assessing regional drug absorption from the gastrointestinal tract. Pharm Tech 1997; 21:82–89.
5. Wilding IR. Pharmacoscintigraphic evaluation of oral delivery systems, part I. Pharm Tech 1995; 54–60.
6. Mojaverian P, Reynolds JC, Ouyang A, Wirth F, Kellner PE, Vlasses PH. Mechanism of gastric emptying of a nondisintegrating radiotelemetry capsule in man. Pharm Res 1991;8:97–100.
7. Nash RA. The "rule of sixes" for filling hard-shell gelatin capsules. International Journal of Pharmaceutical Compounding 1997;1:40–41.
8. Yalkowsky SH, Bolton S. Particle size and content uniformity. Pharm Res 1990;7:962–966.
9. Caldwell HC. Dissolution of lithium and magnesium from lithium carbonate capsules containing magnesium stearate. J Pharm Sci 1974;63:770–773.
10. "Etaseal." Windsor, Ontario, Canada: Capsule Technology International, Ltd.
11. "Licaps." Greenwood, SC: Capsugel Division of Warner-Lambert Co.
12. "Quali-seal." Indianapolis, IN: Elanco Qualicaps Division of Ely Lilly and Company.
13. Stanley JP. Soft gelatin capsules. In: Lachman L, Lieberman HA, Kanig JL eds. The theory and practice of industrial pharmacy, 3rd ed. Philadelphia: Lea & Febiger, 1986, 398–429.
14. The United States Pharmacopeia 23/National Formulary 18. Rockville MD: The United States Pharmacopeial Convention, 1995.
15. Skoug JW, Halstead GW, Theis DL, Freeman JE, Fagan DT, Rohrs BR. Strategy for the development and validation of dissolution tests for solid oral dosage forms. Pharm Tech 1996;20:58–71.
16. Guidance for industry: dissolution testing of immediate release solid oral dosage forms. Rockville MD: FDA/CDER, 1997.
17. Amidon GL, Lennernas, Shah VP, Crison JR. A theoretical basis for a biopharmaceutic drug classification: the correlation of in vitro drug product dissolution and in vivo bioavailability. Pharm Res 1995;12: 413–420.
18. Swarbrick J. In vitro dissolution, drug bioavailability, and the spiral of science. Pharm Tech 1997;21:68–72.
19. Chowhan ZT. Factors affecting dissolution of drugs and their stability upon aging in solid dosage forms. PharmTech 1994;18:60–73.
20. Hanson R, Swartz ME, Jarnutowski RJ. Pooled dissolution testing: a primer. Dissolution Technologies 1998;5:15–17.
21. Shangraw RF, Demarest DA. A survey of current industrial practices in the formulation and manufacture of tablets and capsules. Pharm Tech 1993;17:32–44.
22. Explotab. Patterson NY. Mendell, Pennwest Company. 1992.
23. METHOCEL as a granulation binding agent for immediate-release tablet and capsule products. Wilmington DE: Dow Chemical Company, 1996.
24. Rubinstein MH. Lubricant behaviour of magnesium stearate. Acta Pharmaceutica Suecica 1987;24:43.
25. Atlas mannitol, USP tablet excipient. Wilmington, DE: ICI Americas Inc., 1973.
26. Mathur LK, Forbes SJ, Yelvigi M. Characterization techniques for the aqueous film coating process. Pharm Tech 1984;8:42.
27. Jones DM. Factors to consider in fluid-bed processing. Pharm Tech 1985;9:50–62.
28. Mehta AM. Scale-up considerations in the fluid-bed process for controlled-release products. Pharm Tech 1988;12
29. Lucisano LJ, Franz RM. FDA proposed guidance for chemistry, manufacturing, and control changes for immediate-release solid dosage forms: a review and industrial perspective. Pharm Tech 1995;19:30–44.
30. Barrett D, Fell JT. Effect of aging on physical properties of phenylbutazone tablets. J Pharm Sci 1975;64: 335.
31. Page DP, et al. Stability study of nitroglycerin sublingual tablets. J Pharm Sci 1975;64:140.
32. Fusari SA. Nitroglycerin sublingual tablets I: Stability of conventional tablets. J Pharm Sci 1973;62:122.

NOR 0000489