# EXHIBIT I

# PROTEIN-BASED
# FILMS and COATINGS



Edited by
Aristippos Gennadios

CRC CRC PRESS

NOR 0000346

# Soft Gelatin Capsules

ARISTIPPOS GENNADIOS

## INTRODUCTION

SOFT gelatin capsules are one-piece, hermetically sealed soft gelatin shells containing a liquid, a suspension, or a semi-solid (Figure 16.1) (Hom and Jimerson, 1990; Wilkinson and Hom, 1990). In contrast to the rigid two-piece hard gelatin capsule shells, soft gelatin capsule shells contain large amounts of plasticizers, which make them flexible. Similar to hard gelatin capsules, they are solid dosage forms intended mainly for oral administration, although they may also be used as rectal or vaginal suppositories. In the late 1980s, a trade association comprised of soft gelatin manufacturers in the U.S. introduced the name "softgels" to further distinguish this dosage form from hard gelatin capsules.

Softgels are formed, filled, and sealed in a continuous operation, which has been most cost-effective for a few contract manufacturers (Hom and Jimerson, 1990). The list of companies operating softgel manufacturing facilities in North America in 2000 includes Banner Pharmacaps (High Point, NC), R.P. Scherer (Basking Ridge, NJ), Accucaps Limited (Windsor, Ontario, Canada), Soft Gel Technologies (Los Angeles, CA), Pharmavite (Mission Hills, CA), Nutricia Manufacturing USA (Greenville, SC), Goldcaps (Miami, FL), CapsuleWorks (Bayport, NY), Tishcon Corporation (Westbury, NY), IVC Industries (Freehold, NJ), Swiss Caps (Miami, FL), Gelcell Capsules Limited (Tecumseh, Ontario, Canada), Captek Softgel International (Cerritos, CA), and National Vitamin Company (Porterville, CA). At present, the number of in-

393

NOR 0000347

**394**                              SOFT GELATIN CAPSULES



**Figure 16.1** Softgels manufactured using the rotary die encapsulation process.

stalled softgel encapsulation lines/machines in North America is estimated at 250. This chapter discusses the advantages, limitations, uses, and manufacturing of softgels. Gelatin-enrobed and gelatin-coated tablets/caplets also are briefly discussed.

## NATURE AND USES

### HISTORICAL BACKGROUND

The French pharmacists Mothes and DuBlanc are credited with developing the softgel dosage form in the 1830s (Hom and Jimerson, 1990). They patented a method of preparing capsules by dipping a mercury-filled leather sac into molten gelatin. The gelatin coating was allowed to solidify, the sac was removed, and medications were added to the capsule with a pipette (Hom and Jimerson, 1990; Wilkinson and Hom, 1990). The capsule was then hand-sealed with molten gelatin. Although iron molds were later introduced, this tedious softgel preparation method had high fill variations and yield losses, and was not commercially viable.

NOR 0000348

Later, a plate method was developed that made the commercialization of softgels viable. This batch process used two sets of metallic plates with matching cavities. A gelatin sheet was cast on the surface of the lower die plate, vacuum was applied to pull the sheet into the die pockets, medication was filled into the formed pockets, a second gelatin sheet was laid on top, and the two plates were pressed together to form and separate the capsules (Hom and Jimerson, 1990). The plate method was used for many years by The Upjohn Company (Kalamazoo, MI) until it was discontinued in 1989 (Wilkinson and Hom, 1990).

In the early 1930s, Robert P. Scherer invented the continuous rotary die encapsulation process for large-scale manufacturing of softgels (Scherer, 1934). Over the years, this process has undergone various modifications and improvements in automation and has become the industry standard worldwide (Ebert, 1977). The concept of the Scherer process was the basis for two additional processes suitable for filling softgels with powders and pelleted formulations. One, the Accogel process, was developed by Lederle Laboratories in 1948, and the other, the reciprocating die process, was developed by the Norton Company in 1949 (Hom and Jimerson, 1990; Wilkinson and Hom, 1990). Today, the vast majority of encapsulating machines operating around the world are custom-manufactured based on the Scherer concept and are self-maintained by the softgel manufacturers. However, "turn-key" softgel manufacturing systems have become available in recent years, thus lowering the technological barrier for entry into the softgel business (at least for dietary supplements, such as oils and vitamin E, which require minimal fill formulation expertise).

## ADVANTAGES OF SOFTGELS

The following are generally recognized as functional and commercial advantages of the softgel as a dosage form for administering pharmaceutical and dietary formulations:

(1) Softgels generally exhibit enhanced dissolution rates of encapsulated biologically active compounds because they absorb water, open at the seams, disintegrate, and rapidly release their contents (Hom and Miskel, 1970, 1971). The elevated body temperature accelerates the rapid *in vivo* release of the softgel contents because some degree of gel melting occurs.

(2) Biologically active compounds with poor water solubility can be solubilized or dispersed in oils or aqueous-miscible liquids within the softgels. Upon ingestion, the capsule shell disintegrates, and the fill formulation dissolves or emulsifies, yielding dispersions of high surface area and good bioavailability (Berry, 1983; Seager, 1985; Karunakar, 1998). The enhanced bioavailability of several pharmaceutical compounds administered within softgels compared to hard gelatin capsules and/or tablets has

been demonstrated (Mallis et al., 1975; Angelucci et al., 1976; Ghirardi et al., 1977; Lindenbaum, 1977; Lucchelli et al., 1978; Stella et al., 1978; Alvisi et al., 1979; Astorri et al., 1979; Nitsche and Mascher, 1982; Helqvist et al., 1991; Gumkowski et al., 1994). However, other studies reported no significant differences in the bioavailability of various pharmaceutical compounds administered within softgels versus hard gelatin capsules and/or tablets (Albert et al., 1974; Fuccella et al., 1977; Steinbach et al., 1980a, b; Pierce et al., 1984).

(3) The improved bioavailability of compounds delivered within softgels allows for administering lower dosages, thus resulting in reduced raw material costs (Seager, 1985).

(4) Compounds sensitive to oxidation can be protected through solubilization or dispersion in oils or aqueous-miscible liquids within the softgels (Seager, 1985). In addition, the gelatin shell is a potent oxygen barrier (Hom et al., 1975; Anonymous, 1992), as is generally the case with protein-based films (at least at low relative humidity conditions) (Gennadios et al., 1993).

(5) The softgel manufacturing process often allows for higher dosage accuracy and content uniformity than other oral dosage forms (Berry, 1982).

(6) Highly potent (e.g., cytotoxic) compounds present health and safety concerns with the resulting airborne particles during tableting. Such concerns can be alleviated by introducing the compounds into liquid formulations and encapsulating them into softgels.

(7) Although not tamper-proof, softgels are both tamper-evident and tamper-resistant. Puncturing the softgel shell, introducing a contaminant, and resealing the shell without resultant leakage or signs of alteration is a highly difficult task (Berry, 1982; Hom and Jimerson, 1990).

(8) Unpleasant tastes and odors of active compounds are masked by the capsule shell (Ebert, 1977; O'Brien, 2000).

(9) There is a high degree of flexibility in selecting softgel sizes, shapes, and colors, which, combined with capsule printing capabilities, offers wide opportunities for product identification and differentiation (Stanley, 1986; Schofield, 1999).

(10) As an oral dosage form, softgels typically rate high in consumer preference because of their elegance, ease of swallowing, and strong perceived effectiveness due to their liquid fill formulations (Berry, 1983; Schofield, 1999).

## LIMITATIONS OF SOFTGELS

The following are often identified as limitations of the softgel dosage form and technology:

(1) The softgel manufacturing process is slower than tableting.

(2) Softgels require intensive inspection due to several potential defects, such as capsules that leak, have shape imperfections, or are stuck together.

(3) The lengthy drying process substantially extends the manufacturing cycle of softgels.

(4) Operation of softgel encapsulation machines requires experienced personnel.

(5) The encapsulation process is not fully automated in terms of monitoring in-process parameters, such as capsule seal strength and wet shell thickness or weight.

(6) Although the softgel encapsulation process allows for accurate dosing and thus economical use of the fill material, it results in a notable waste of shell formulations (about 30%).

(7) Due to increased labor requirements, softgels are generally produced at a higher cost than directly compressed tablets.

(8) Prior to drying, softgel shells have a high moisture content, which allows for increased interactions among shell and fill ingredients.


## ENCAPSULATED MATERIALS

### Pharmaceutical Compounds

Both over-the-counter (OTC) and ethical (prescription; Rx) drugs are encapsulated and marketed in softgels. It is noted that few facilities worldwide have the necessary technical expertise and regulatory approvals for manufacturing softgels containing drugs, particularly ethical drugs. The categories of OTC drugs typically available in softgels include analgesics (e.g., acetaminophen); anti-inflammatory agents (e.g., ibuprofen); antihistamines (e.g., chlorpheniramine maleate, brompheniramine maleate, doxylamine succinate, and diphenhydramine hydrochloride); stool softeners (e.g., docusate salts); decongestants (e.g., pseudoephedrine hydrochloride); antitussive agents (e.g., dextromethorphan hydrochloride); expectorants (e.g., guaifenesin); and antiflatulents (e.g., simethicone). Combinations of two or more active compounds are quite common, particularly in formulating cough and cold medications.

The ethical drugs that have been or are currently formulated within softgels cover a wide range of therapeutic indications and include nifedipine (antianginal), valproic acid (anticonvulsant), benzonatate (antitussive), isotretinoin (treatment of severe recalcitrant nodular acne), amantadine hydrochloride (antiviral and antiparkinsonian), calcitriol (hypocalcemia management), ergocalciferol (treatment of refractory rickets and hypoparathyroidism),

cephalexin (antibacterial), amoxycillin (antibacterial), etoposide (antineoplastic), cyclosporine (immunosuppressant), ritonavir (HIV protease inhibitor), ethosuximide (anticonvulsant), chloral hydrate (sedative), dronabinol (cannabinoid; complex effects on central nervous system), ethchlorvynol (hypnotic), and ranitidine hydrochloride (ulcer treatment).

## Dietary Supplements

A wide array of traditional dietary supplements and compounds associated with supplement-style structure/function claims—regulated in the U.S. by the Food and Drug Administration (FDA) under the Dietary Supplement Health and Education Act of 1994 (DSHEA)—are currently available in softgels including the following:

(1) Vitamins (mainly oil-soluble such as vitamins A, D, and E), minerals (e.g., calcium as calcium carbonate and chromium as chromium picolinate), and multi-vitamin and multi-mineral combinations

(2) Antioxidants (e.g., grape skin extract, alpha-lipoic acid, rosemary extract, astaxanthin, and coenzyme Q10)

(3) Phospholipids (e.g., lecithins)

(4) Carotenoids (e.g., lycopene and lutein)

(5) Oils that are rich in essential fatty acids (e.g., flaxseed oil, borage oil, evening primrose oil, and black currant seed oil) or omega-3 fatty acids (e.g., marine oils)

(6) Herbal supplements (e.g., saw palmetto, aloe vera, panax ginseng, Siberian ginseng, St. John's wort, valerian, kava, maca, echinacea, cat's claw, dong quai, elderberry, ginkgo biloba, goldenseal, black cohosh, horsechestnut, olive leaf, and milk thistle)

(7) Enzymes (e.g., lactase)

(8) Amino acids and protein hydrolyzates

In addition to dietary supplements and herbals, which also are widely referred to as nutraceuticals, traditional food items and food processing ingredients (e.g., cooking oils, peanut butter, tallow, butter, sauces, and chocolate syrup) also have been encapsulated into softgels to form single-use, single-dosage packages (Yamada and Makino, 1986; Anonymous, 1992). However, such a use of softgels has remained a niche application with limited commercialization.

## Personal Care Products

Bath oils are the most common personal care products marketed in softgels.

NOR 0000352

The functional properties of gelatin are well suited for such products (bath beads) because the plasticized gelatin shells quickly swell and then dissolve in contact with hot water, thus releasing the aromatic oils. In addition, softgels also are used as single-dose packages for higher value cosmetic formulations intended for topical use. Typically, such softgels have a "twist-off" or "break-off" feature at one end for dispensing the fill material (Spellman et al., 1991; Rinaldi et al., 1999). For example, Melnik et al. (1992) described the encapsulation of cosmetic compositions (e.g., sun screens, tanning agents, skin care, and anti-dandruff agents) using silicone polymers as carriers. Punto et al. (1996) disclosed a skin-treating formulation incorporated into softgels in the form of an emulsion comprised of a water-soluble active ingredient (e.g., ascorbic acid), polyethylene glycol, and an oil (e.g, silicone, paraffin, or vegetable oil). Lambrechts (1996) described a shampoo/conditioner formulation in a softgel that included a concentrated surfactant, a cationic conditioner, and a carrier (e.g., polyethylene glycol). Morton et al. (1997) discussed fragrance-containing softgels intended primarily for dispensing as perfume testers or samples. Lambrechts (1997) described skin conditioning compositions that were comprised of hydroxy and/or keto acids, a thixotropic agent, and an emulsifying agent (e.g., glyceryl monoesters of long-chain fatty acids) and were suitable for encapsulation into softgels. Skin lotion compositions containing vitamin E and/or vitamin A palmitate that were encapsulated into softgels were described by Fishman (1998). Softgel fill formulations intended for skin care that contained retinol-impregnated microparticles and, optionally, ascorbic acid-impregnated microparticles were described by Rinaldi et al. (1999).

## Recreational Products

Over the past 25 years, paintballs have emerged as an important application for softgels. The paintballs are softgels containing dyes in an oil (Haman and Schmoke, 1987), polyoxyethylene sorbitol monolaureate (Skogg, 1987), or polyethylene glycol (Rouffer, 1995) vehicle. They are fired from compressed air guns, including rapid firing devices, during adult war games or training and target shooting. Upon impact, the paintballs readily crush, thus "splattering" the contained dyes and marking the hit target. The paintball sport or recreational activity started in the U.S. in the 1970s and has been growing in popularity, both in the U.S. and overseas, ever since. In addition to recreational products, other niche industrial applications of softgels have been commercialized over the years. Examples include tube-shaped softgels filled with glue or technical grade grease, and round-shaped softgels filled with starter fluid for trucks.

## SHAPES AND SIZES

Hard gelatin capsules are mainly produced in traditional oblong shapes and

NOR 0000353

in eight different sizes. In contrast, softgels for oral administration are manufactured in oval, oblong, and round shapes (Figure 16.2) and are able to accommodate a wide range of fill volumes. The nominal fill volume in minims is traditionally used to indicate the size of a softgel. A minim is 1/60 of a fluid dram (1 fluid dram = 1/8 fluid ounce). Thus, a 1 $cm^3$ volume corresponds to approximately 16.2 minims. Overall, softgels can range in size from 1 to 480 minims. For oral consumption in particular, oval-, oblong-, and round-shaped softgels typically range in size from 2 to 16, 3 to 24, and 2 to 9 minims, respectively.

Sample calculations used for determining the minimum fill volume of a softgel product based on the desired active dose and the necessary excipients were presented by Stanley (1986). Fill formulations should result in a softgel of the smallest possible size so that raw material usage, manufacturing output, and patient compliance are optimized. To some extent, the capsule shell can shrink to the volume of its contents without negatively affecting product appearance. This offers sufficient leeway for filling a capsule with a lesser than the nominal volume. According to Stanley (1970), this leeway for smaller volume filling is 10, 20, or 30% of the nominal capacity for oblong, oval, or round capsules, respectively. In contrast, overfilling is not recommended because it can affect product appearance and stress the capsule seams leading to leakage and possibly rupture. Also, overfilled products can cause problems in post-processing operations such as blister packaging.

In addition to the traditional oval, oblong, and round shapes used for human consumption, softgels also are manufactured in a wide variety of shapes for personal care products. For example, bath oil softgels often are marketed in the shapes of animals, seashells, stars, hearts, teardrops, and triangles. Bath oil softgels with a partially or fully textured outer surface also are manufactured. This surface texture can be applied on the cast, moldable gelatin ribbons



**Figure 16.2** Examples of differently shaped softgels. From left to right: oval, oblong, round, and a tube with the "twist-off" feature.

NOR 0000354

through contact with a roller having a textured surface (Ratko et al., 1993). Another method for enhancing softgel appearance and differentiation was described by Schurig et al. (1997). They produced color-striped or marblelized softgels by using patterned gelatin ribbons. Stone (1998) described the manufacture of softgels having a filled and a non-filled portion with one or both portions carrying impressed graphical representations (Stone, 1998). Single-use softgels containing cosmetic formulations for topical application are marketed in the form of tubes (regular, oval, or round) with a "break-off" or "twist-off" feature (Figure 16.2). Finally, softgel suppositories are typically manufactured in bullet-like shapes.

## FILL FORMULATION ASPECTS

Details on softgel fill formulations are beyond the scope of this chapter, and only a few general considerations are discussed here. A comprehensive discussion on the nature of softgel contents was presented by Stanley (1986). Furthermore, substantial information on softgel fill formulation approaches, often targeted to a specific active compound, is available in the patent literature (Grainger, 1980; Stoopak et al., 1982; Shah et al., 1984; Henmi et al., 1987; Brox, 1988a, b; Yu et al., 1991; Torosian, 1992; Makino et al., 1993; Shelley et al., 1996; Tanner and Shelley, 1996; Vàsquez, 1997; Cimiluca, 1997; Woo, 1997; Becourt et al., 1998; Cody et al., 1999; Devlin and Hoy, 1999; Goldman, 2000; Hong et al., 2000; Hoy, 2000; Lacy et al., 2000; Rouffer, 2000). Fill formulations intended specifically for chewable softgels also have been discussed in the patent literature (Steele and Montes, 1999; Lech, 2000).

### Fill Materials

With the rotary die encapsulation process, the capsule contents are typically a liquid or a combination of miscible liquids; a solution of a solid(s) dissolved in a liquid(s); or a suspension of a solid(s) in a liquid(s) (Stanley, 1986). Rotary die apparatuses for encapsulating solids into softgels have been developed (Rowe, 1998) but have found limited application thus far. A large number of liquids that are either actives themselves or function as solubilization excipients for solid actives can be encapsulated. Such liquids that can be encapsulated without any limitations include water-immiscible liquids (e.g., vegetable oils, aromatic oils, aromatic and aliphatic hydrocarbons, chlorinated hydrocarbons, ethers, esters, alcohols, and organic acids) and water-miscible, non-volatile liquids (mainly limited to polyethylene glycols and non-ionic surfactants such as polysorbate 80) (Ebert, 1977; Stanley, 1986).

A few other water-miscible and relatively non-volatile liquids, such as glycerin and propylene glycol, can be included in fill formulations but only in small

NOR 0000355

amounts (not more than 5–10% of the total liquid in the fill) (Stanley, 1986). Typically, water itself cannot be present in the fill at more than 8% (Sundararajan et al., 1996). However, a method to encapsulate fills with up to a 20% water content was described by Miskel et al. (1974). They prepared fill formulations by incorporating active compounds into aqueous solutions of gelling proteins (e.g., collagen, gelatin, soy protein, egg albumin, and casein). The gelling proteins formed fluid macromolecular gel matrices, and, upon drying of the softgels, these matrices set into rigid gels that retained as much as 20% water (Miskel et al., 1974). Addition of colloidal silica into fill formulations (0.5 to 10% by weight) to immobilize water also was suggested for encapsulating fills having a high water content (Altmann, 1995).

Solid compounds that are poorly soluble in the abovementioned liquids can be encapsulated by being formulated into stable, homogeneous suspensions. To achieve good content uniformity and stability, the particle size of suspended solids typically should not exceed 80 mesh (180 $\mu$m) (Hom and Jimerson, 1990). The suspending medium (referred to as the base, carrier, or vehicle) is typically a vegetable oil (e.g., soybean oil), a combination of a vegetable oil and a surfactant, a non-ionic surfactant (e.g., polysorbate 80), or polyethylene glycol (PEG, 400 or 600 molecular weight) (Stanley, 1986). PEG having a lower molecular weight (e.g., 200) is avoided because it can easily migrate into the gelatin shell over time causing overplasticization (softening). To facilitate the complete wetting of solids by oil bases, a wetting agent (often lecithin) is added at 2–3% by weight of the oil (Stanley, 1986). Suspensions also require a suspending agent to ensure homogeneity (content uniformity) and good flow characteristics (Ebert, 1977). Typical suspending agents for oil suspensions are waxes (e.g., beeswax and paraffin wax), stearates, and cellulose ethers (Ebert, 1977; Stanley, 1986). For non-oil suspending mediums, PEGs of high molecular weight (e.g., 4000 and 6000), glycol esters, and acetylated monoglycerides are generally used as suspending agents (Ebert, 1977; Stanley, 1986).

## Limitations

There are several limitations in the types of compounds that are suitable for encapsulation into softgels. Aldehydes (e.g., formaldehyde, acetaldehyde, and glutaraldehyde) can cross-link gelatin, thus slowing capsule disintegration and dissolution (Digenis et al., 1994; Hakata et al., 1994; Bottom et al., 1997). In general, the cross-linking of proteins by aldehydes is well documented (Feeney et al., 1975). Formaldehyde-induced cross-linking of gelatin mainly involves the lysine and arginine amino acids (Taylor et al., 1978; Albert et al., 1986, 1991; Gold et al., 1996). Aldehydes may be directly present as impurities in fill or shell ingredients, or they may be generated by autoxidation of lipid excipients, such as polysorbate 80 (Chafetz et al., 1984; Doelker and

Vial-Bernasconi, 1988; Singh et al., 2000). PEG can be particularly problematic because it tends to react with atmospheric oxygen to form aldehydes (Tanner and Shelley, 1996). To alleviate this problem, PEG is typically handled in an inert atmosphere, for example, under a nitrogen blanket (Tanner and Shelley, 1996). Even capsule packaging materials can function as a source of cross-linking aldehydes as was shown for furfural from the rayon fiber inserted into high-density polyethylene bottles (Schwier et al., 1993). Recently, the use of near-infrared spectrophotometry as a non-invasive and non-destructive method for assessing aldehyde-induced cross-linking in softgels was proposed (Gold et al., 1998).

Reducing carbohydrates (e.g., glucose, fructose, lactose, maltodextrin, and corn syrup solids), which often are used as drug or dietary supplement excipients, also cross-link proteins through the Maillard reaction (non-enzymatic browning) (Cheftel et al., 1985; Ames, 1998) and can affect the gelatin shell (Tanner and Shelley, 1996). However, satisfactory *in vitro* dissolution of cross-linked softgels or hard gelatin capsules may be obtained by adding proteolytic enzymes to the dissolution medium (Hom et al., 1973; Doelker and Vial-Bernasconi, 1988; Murthy et al., 1989b; Digenis et al., 1994; Gelatin Capsule Working Group, 1998).

Succinylated gelatin, which is not susceptible to aldehyde-induced cross-linking, can be used in capsule manufacturing (Kobayashi et al., 1986; Sato et al., 1986; Yamamoto et al., 1995). Acylation of proteins with succinic anhydride reduces the e-amino groups, which are the prime reactive sites for aldehydes (Cheftel et al., 1985). However, succinylated gelatin is not approved for use with ingestible softgels in the U.S. Nonetheless, personal care formulations containing high amounts of aldehydes have occasionally been encapsulated into softgels manufactured with succinylated gelatin.

Organic compounds of low molecular weight that are volatile (e.g., alcohols, ketones, acids, amines, and esters) tend to readily migrate through the capsule shell (Hom and Jimerson, 1990). Emulsions (oil-in-water or water-in-oil), although occasionally investigated as softgel fills (Bauer and Dortunc, 1984), are typically unsuitable for encapsulation because they eventually become destabilized, thus releasing water that migrates into the gelatin shell (Ebert, 1977). In general, strong acids or bases break non-covalent and covalent cross-links within the gelatin structure. Therefore, acidic liquids (pH < 2.5) encapsulated into softgels can hydrolyze gelatin and cause capsule leakage (Stanley, 1970). Highly alkaline liquids also can disrupt the shell structure, causing leakage. Salts of strong acids and bases (e.g., potassium, sodium, and choline chlorides) and ammonium salts (e.g., ammonium chloride) can also be destructive to the shell (Stanley, 1970; Ebert, 1977). Finally, compounds that are unstable in the presence of moisture, such as aspirin, are not suitable for encapsulation into softgels (Hom and Jimerson, 1990).

**MANUFACTURING**

SHELL INGREDIENTS

Gelatin

*Sources*

Gelatin, the product of partial hydrolysis of collagen, is the main component of the softgel shell. Its manufacture and characteristics are discussed in detail elsewhere in this book. It is estimated that about 7.6% of the total gelatin produced worldwide (19,000 out of 250,000 metric tons) in 1998 was used in softgel manufacturing (Pluvinet, 2000). In fact, the softgel business has been growing in recent years so that about 10% of the worldwide gelatin production is now allocated to softgels (Pluvinet, 2000). Both Type A and Type B gelatins (derived from acid and alkali hydrolysis of collagen, respectively), occasionally blended together by either the gelatin manufacturers or the softgel manufacturers, are used for preparing softgels. Gelatin type selection is influenced by both technical and economic considerations. Traditionally, bovine bones and skins (trimmings from the leather industry prior to tanning) have been used as collagenous raw materials for manufacturing Type A or Type B gelatin, while porcine skins have been used extensively for manufacturing Type A gelatin (Alleavitch et al., 1989; Johnston-Banks, 1990; GMIA, 1993). In recent years, porcine bones also have entered the stream of gelatin raw materials in Europe where they are either processed separately or co-processed with bovine bones to produce Type A or Type B gelatins.

In the mid 1980s, fish gelatin became commercially available and has been marketed as an alternative to mammalian gelatins that present concerns for such religions as Judaism, Islam, and Hinduism. All fish are acceptable to most Islamic groups, while fish with removable scales are acceptable in Judaism with minimal restrictions (Choi and Regenstein, 2000). The skins of cod (a cold-water fish) were initially used for the commercial production of fish gelatin (Norland, 1987). However, due to its low content of hydroxyproline and proline amino acids, which contribute substantially to the gelatin gel structure through hydrogen bonding, cod skin gelatin is non-gelling at ambient temperatures (Norland, 1987; Leuenberger, 1991; Gudmundsson and Hafsteinsson, 1997; Gilsenan and Ross-Murphy, 2000) and, therefore, is not suitable for softgel manufacturing. Processes for extracting gelling gelatin having higher contents of hydroxyproline and proline amino acids from the skins of other fish species, such as tilapia (a warm-water fish), were later developed (Grossman and Bergman, 1992; Holzer, 1996). Although these gelatins have lower melting and gelling points than mammalian gelatins (Choi and Regenstein, 2000; Ross-Murphy, 2000), they are suitable for softgel manufacturing, and softgels

NOR 0000358

Case 3:07-cv-02385-PJH     Document 36-9     Filed 02/04/2008     Page 15 of 19

made of fish gelatin are commercially available. Increasing the melting and
gelling temperatures of fish gelatin is feasible through the addition of salts such
as magnesium sulfate (Sarabia et al., 2000). The recovery of poultry gelatin has
also been investigated (Kim et al., 2000) but not commercialized yet.

## Properties

The gelatin used for softgel manufacturing meets compendial requirements
such as those set forth in the *United States Pharmacopeia/National Formulary
(USP/NF)* or the *European Pharmacopeia (EP)*. For example, the NF mono-
graph for gelatin (USP24/NF19, 1999) sets limits for residue on ignition
($\leq 2.0\%$); sulfur dioxide ($\leq 0.15\%$); arsenic ($\leq 0.8$ ppm); and heavy metals
($\leq 0.005\%$). Tests for identification, odor, and water-insoluble substances, as
well as microbial contamination (total bacterial count of $\leq 1000/g$; absence of
*Salmonella* species; and absence of *Escherichia coli*), also are included.
Compendial requirements are general in scope and apply to gelatins used in all
types of pharmaceutical dosage forms.

Several other physical and chemical properties affect the encapsulating per-
formance of gelatin and are monitored by softgel manufacturers. Gelatin
batches used for softgels, or any other application, are prepared by blending a
number of individual gelatin extracts or components (often up to 35) into a final
product that meets customer specifications. The component selection ("rec-
ipe") associated with this blending process can drastically affect the encapsu-
lating performance of the gelatin batch. From a commercial standpoint, Bloom
value (gel strength) and viscosity (related to average molecular weight), both
determined on 6.67% w/w gelatin test solutions, are typically the two most im-
portant properties in assessing gelatin grade and quality (GMIA, 1993). Bloom
strength is determined using texture analyzers, while viscosity is determined
using U-tube viscometers at 60°C (GMIA, 1993). When comparing the Bloom
strength and viscosity of various gelatins, it should be acknowledged that test
measurements are affected by moisture content, ash content, and the pH of the
gelatin (Stevens et al., 1995).

In general, acid-processed gelatins have lower viscosity values (lower mo-
lecular weight) than lime-processed gelatins of the same Bloom strength. This
is related to the ability of the acid treatment to cleave the acid-labile peptide
bonds, in addition to disrupting the non-covalent bonds, in collagen (Rose,
1987). Gelatins having a Bloom strength from 150 to 250 g and a viscosity from
25 to 45 mP (at 60°C) may be used in the softgel industry (Stanley, 1986). How-
ever, in the interest of consistency, the softgel manufacturers' specifications for
various types of gelatins are much tighter, particularly in terms of viscosity (not
more than ±3 mP). In general, gelatin solutions show Newtonian flow at most
temperatures, except those just above the gel setting point where the viscosity
becomes time-dependent (Johnston-Banks, 1990; Wulansari et al., 1998). The

dissolution rate of softgel capsule shells made with Type B gelatin was shown to decrease linearly with increasing gelatin Bloom values (Hom et al., 1973).

In addition to the "standard" viscosity of 6.67% (w/w) solutions, softgel manufacturers may also set specifications for the viscosity of more concentrated gelatin solutions (e.g., 12.5% w/w), because solution viscosity values are not directly proportional to gelatin concentration. Furthermore, viscosity drop (loss or breakdown) of a 12.5% (w/w) gelatin solution after 24 h at 60°C is used as a measure of the anticipated "pot-life" of a gelatin gel mass that is being heated. Usually, the greater the initial viscosity, the greater the viscosity drop in 24 h with the values for softgel grade gelatins ranging from 10 to 20%. In addition, microorganisms present in the test solutions accelerate the viscosity loss.

As mentioned, the NF monograph for gelatin sets a limit of ≤1500 ppm for sulfur dioxide ($SO_2$). However, $SO_2$ can affect the stability of several synthetic dyes used with softgels. For example, FD&C Yellow #5 and FD&C Yellow #6 dyes are susceptible to fading upon interaction with $SO_2$ (Downham and Collins, 2000). Therefore, stricter limits (e.g., ≤40 ppm) for the $SO_2$ content of gelatin are used in the softgel industry. Iron, which may be introduced into the gelatin from raw materials or process water during manufacturing, can also affect the stability of synthetic dyes and can also participate in color-generating reactions with reducing substances that may be present in the capsule fill (Wilkinson and Hom, 1990). For example, ascorbic acid in fill formulations can react with iron, causing dark "spotting" on the capsule shell. Typically, the gelatin used for softgels has an iron content of ≤15 ppm (Stanley, 1986).

Gelatin color and clarity, usually determined using spectrophotometric techniques, also are important, particularly for softgels that do not contain dyes. Generally, Type A pigskin gelatin has a lighter color and greater clarity than Type B bone or hide gelatin of the same Bloom strength. In terms of particle size, the gelatin used for softgel manufacturing ranges in mesh from 8 to 60 (2.36 mm to 0.25 mm). Fine particles in large amounts can cause dusting during handling, aggregates ("fish eyes") in the gel reactors, and even foaming during gel manufacture. Coarse particles in large amounts can reduce the hydration rate of the gelatin in the gel reactors and also can cause handling problems with reactor feeding systems. From a microbiological standpoint, gelatin, although deficient in certain essential amino acids, may support microbial growth at higher moisture contents. Therefore, in addition to the mentioned NF microbiological testing (i.e., total microbial count, *Salmonella*, and *E. coli*), softgel gelatin specifications typically require absence of *Pseudomonas aeruginosa* and *Staphylococcus aureus*, and a total mold and yeast count of ≤100 organisms/g.

The physical and chemical properties discussed above establish a basic set of quality attributes for softgel-grade gelatin. However, the overall performance of a gelatin blend during gel manufacturing, encapsulation, capsule drying, and long-term capsule storage is dictated by additional functional characteristics and can only be assessed through actual use tests. Examples of such

characteristics include the viscosity of the gel mass and the loss of viscosity with heating; the Bloom strength of the gel mass and its decrease with heating; the stickiness of the gel mass and of the capsules; the strength of the capsule seams; the capsule hardness and brittleness; the drying rate of the capsules; and the physical stability of the capsules during storage.

Plasticizers

Gelatin, plasticizer, and purified water are the main components of softgel shell formulations. In general, glycerin is widely used to plasticize various protein films and coatings (Gennadios et al., 1994). Glycerin of animal, vegetable, or synthetic origin is an effective plasticizer for softgels containing lipophilic fills. Gelatin and glycerin are highly compatible because strong intermolecular interactions are formed between the hydroxyl groups of glycerin and the hydrophilic groups of gelatin (Pouradier and Hodot, 1972). In fact, in high amounts, glycerin can be a solvent rather than a plasticizer for gelatin (Pouradier and Hodot, 1972).

However, glycerin-plasticized softgels with hydrophilic, PEG-based fill compositions become brittle over time as both glycerin and water (which itself plasticizes gelatin) migrate from the shell into the hygroscopic fill (Brox, 1988a, b; Shah et al., 1992). To prevent this embrittlement, glycerin typically is used in combination with non-crystallizing sorbitol solutions to plasticize softgels having hydrophilic fill formulations (Brox, 1988a, b). Sorbitol, being less hydrophilic, having a higher molecular weight, and being less soluble in PEG, tends to not migrate into PEG-based fills as easily as glycerin does. Non-crystallizing sorbitol solutions are mixtures of sorbitol and sorbitol anhydrides or hydrogenated oligosaccharides (Reich, 1996). They are preferred over crystalline sorbitol, which tends to re-crystallize over time, forming white spots on the surfaces of the capsules ("blooming"). In addition to using non-crystallizing sorbitol solutions, the migration of glycerin and moisture from the shell into the hydrophilic fill can be further reduced through the incorporation of glycerin or propylene glycol into the fill to bring the two phases closer to equilibrium (Brox, 1988a, b; Shah et al., 1992). Other polyhydric alcohols, such as propylene glycol (Brox, 1999), PEG 200 (Rouffer, 2000), or maltitol syrup (Borkan et al., 1990; Chiprich et al., 1997), may also be used, often in combination with glycerin, as softgel plasticizers in specialty shell formulations. Cast gelatin ribbons containing propylene glycol as a plasticizer were reported to be tackier than ribbons plasticized with glycerin or sorbitol (Brox, 1999).

The ratio (by weight) of dry plasticizer to dry gelatin is an important parameter that defines the "hardness" of the capsule shell and usually ranges from 0.4:1 to 0.8:1 (Stanley, 1986). This ratio is selected based mainly upon the fill formulation and the anticipated storage conditions of the finished product. Hy-

drophilic fills require greater plasticizer to gelatin ratios than lipophilic fills to compensate for any plasticizer migration into the fill over time. Softgels shipped to hot, humid areas require lower amounts of plasticizer than those shipped to cold, dry areas (Stanley, 1986). Capsule size may also influence the selection of the plasticizer to gelatin ratio. For the same fill composition, orally administered capsules larger than 10 minims typically have a higher content of plasticizer to increase the ease of swallowing. Low plasticizer concentrations are recommended for softgels containing oxygen-labile active compounds because the oxygen permeability of gelatin films increases with increasing amounts of glycerin (Hom et al., 1975). Finally, "overplasticization" of the capsule shell is a simple approach for preparing chewable softgels (although this is of limited effectiveness without additional shell/fill formulation adjustments).

## Opacifiers

Softgel shells need to be made opaque when the encapsulated active compounds are light-sensitive. Also, opacified shells are typically used with paste fill formulations for aesthetic purposes. Titanium dioxide ($TiO_2$), a white pigment (insoluble in water) that has found universal regulatory approval, is the opacifier of choice for softgels. It also is used to prepare white-colored softgels, often in combination with minuscule amounts of FD&C Blue #1 dye that is used to neutralize the yellowish background color of gelatin. The natural mineral ilmenite ($FeTiO_2$) is the source of the $TiO_2$ used in various industrial applications. However, only synthetically produced $TiO_2$ can be used as a color additive for food, drug, and cosmetic applications (Francis, 1999). In addition to its opacifying and whitening ability, $TiO_2$ can also reduce the oxygen permeability of capsule shells, presumably by increasing the path tortuosity of diffusing oxygen molecules (Hom et al., 1975). Kellaway et al. (1978) reported that high amounts (2% w/w) of $TiO_2$ had negligible effects on the mechanical properties (tensile strength, elongation at break, and Young's modulus) of cast films from Type A or B gelatins. Similarly, Samura et al. (1993) determined that $TiO_2$ did not notably affect the tensile strength of cast softgel shell formulations. In fact, $TiO_2$ at high levels increased the strength of gelatin gels, presumably via strong $TiO_2$ particle-gelatin interactions and a degree of hydrogen bonding (Johnston-Banks, 1990). Nevertheless, $TiO_2$ usually is not added to softgel shell formulations in amounts greater than 1% (wet weight) (Hom et al., 1975). At greater amounts, this insoluble gel additive (filler) can negatively affect the encapsulating characteristics, particularly seam strength, of softgel shell formulations. In addition, over time, it may harm encapsulation dies and other processing equipment due to its abrasiveness.

Zinc oxide (ZnO) is another opacifying/whitening inorganic pigment. How-

ever, its hiding power is five times lower than that of $TiO_2$ (Marmion, 1991). ZnO is widely used in the cosmetics industry, but is not an approved color additive for dietary supplements or ingestible drugs in the U.S. However, it is occasionally added to the shells of nutritional softgels as a nutrient (elemental zinc source). Another whitener that has a weak opacifying ability is calcium carbonate ($CaCO_3$), itself a dietary supplement. It is used widely in the food industry in various roles, but is not currently listed by the FDA as an approved color additive for foods (Francis, 1999). However, it is an approved color additive for drugs in the U.S. $CaCO_3$ can be problematic as an opacifier for softgels due to its weak hiding power and low tinctorial strength (coloring power). Furthermore, dissociated divalent calcium cations in the gel can interact with negatively charged sites on the gelatin, thus causing cross-linking ("bridging" together of adjacent protein chains).

$TiO_2$-coated mica pigment can be added to the shells of cosmetic softgels to introduce a pearl-like appearance (Benford, 1970). Mica is a white powder obtained from the naturally occurring mineral muscovite mica, and it consists primarily of potassium aluminum silicate (Marmion, 1991). Finally, small amounts of oily substances can introduce a degree of haziness into the shell, offering an opacified appearance. For example, silicone oil has been used as an opacifier in softgels (Davies et al., 1987). In addition, large amounts of vegetable or animal oils were incorporated into shell compositions to protect capsule contents from light and to increase shell hydrophobicity and lubricity (Yamada et al., 1988).

## Colorants

The psychological effects of color upon consumers of oral dosage forms have long been recognized (Woznicki and Schoneker, 1991). Therefore, the color of softgels is quite important from both a marketing and product identification/differentiation standpoint. Oil fills (e.g., vitamin E, marine oils, and lecithin) are often encapsulated into softgels that do not have dyes or pigments within the shell. Such transparent softgels have light yellow to light brown colors imparted to them by the combination of the oil color and the inherent amber color of gelatin (which varies slightly by gelatin type, grade, and manufacturer). It is possible to completely "neutralize" the inherent color of gelatin, thus obtaining clear, colorless softgels, by combining various dyes and pigments in appropriate amounts (Tanner and Orange, 1997). In addition, Ext. D&C Violet #2 (Alizarin Violet), which is approved in the U.S. only for externally applied drug and cosmetic products, may be used to "neutralize" the inherent yellowish color of gelatin. Softgels containing suspensions (pastes) and hydrophilic fills are typically colored. Because two gelatin ribbons are fed into the encapsulation machine to form softgels, each ribbon may have a different