color, thus resulting in bi-colored (two-toned) softgels. Generally, the shell color should not be lighter in hue than the encapsulated fill (Stanley, 1986). Also, darker colors are more appropriate for large, orally administered softgels (e.g., greater than 14 oblong) because they do not accentuate the capsule size (Stanley, 1986).

The selection of colorants for softgels containing pharmaceuticals or dietary supplements requires careful consideration of the regulatory approvals and restrictions for the various colorants that apply to the targeted markets (Jones, 1993). Both chemically synthesized colorants and colorants derived from plant, animal, or mineral sources are used to color softgels. The latter are often referred to in the food and dietary supplement industries as natural colorants, although the term "natural colorant" is not appropriate from a regulatory standpoint in the U.S. unless the colorant is natural to that food (Boyd, 1998). In the U.S., the approved colorants for food, pharmaceutical, and cosmetic uses are listed in Title 21 of the Code of Federal Regulations (CFR), Parts 73 and 74. The CFR specifies two groups: colorants that are certified to comply with the established purity specifications of the FDA and color additives that are exempt from certification (Francis, 1999). In the U.S., the Nutritional Labeling and Education Act of 1990 mandates that certified color additives are specifically declared with their individual names on product labels (Francis, 1999). However, exempt colorants can still be declared generically as "artificial color" or with any other specific or generic name for the colorant (Francis, 1999). In the European Union (EU), 43 colorants (17 synthetic and 26 either naturally derived, synthesized to match naturally occurring counterparts, or inorganic pigments found in nature) are approved as food additives with each one assigned an "E number" (Downham and Collins, 2000).

*Synthetic Colorants*

In the U.S., seven synthetic FD&C ("food, drug, and cosmetic") dyes are certified without restrictions for use in coloring foods and, therefore, dietary supplements (Francis, 1999). These are FD&C Blue #1 (Brilliant Blue), FD&C Blue #2 (Indigo Carmine or Indigotine), FD&C Green #3 (Fast Green FCF), FD&C Yellow #5 (Tartrazine), FD&C Yellow #6 (Sunset Yellow FCF), FD&C Red #3 (Erythrosine), and FD&C Red #40 (Allura Red AC). Due to their water-soluble nature, these FD&C dyes can be readily incorporated into a gel mass and, thus, be used to color softgels. However, FD&C Blue #2 has poor heat, light, and oxidative stability (Kuramoto et al., 1958; Kellaway et al., 1978; Downham and Collins, 2000) and, therefore, is typically avoided in the softgel industry. In addition, FD&C Blue #1 has only a fair light stability (Downham and Collins, 2000) and, therefore, may be problematic in softgels.

In addition to the seven FD&C dyes, several other dyes designated as D&C ("drug and cosmetic;" considered safe in drugs and cosmetics when in contact

NOR 0000364

with mucous membranes or when ingested) are available (Marmion, 1991) and may be used with pharmaceutical softgels. Among them, D&C Yellow #10 (Quinoline Yellow WS), D&C Red #27 (Tetrabromotetrachlorofluorescein), D&C #28 (Phloxine B), and D&C Red #33 (Acid Fuchsine) are the ones most commonly used with softgels. Synthetic dyes are available both in powder and granular form. However, powder forms, although less expensive than granular forms, can cause dusting (Dziezak, 1987). For this reason, and also for avoiding "fish eyes" upon incorporation into the gel masses, granular dyes are preferably used in the softgel industry. Although incorporating synthetic dyes (and other colorants) directly into shell formulations prior to capsule manufacturing is the norm in the softgel industry, surface dyeing of finished softgels using solutions of various water-soluble dyes in aqueous isopropyl alcohol has been studied (Smith, 1974).

The FD&C and D&C dyes commonly used with softgels can be broadly assigned to one of six chemical classifications based on their chemical structure (Marmion, 1991). These are azo dyes (i.e., FD&C Yellow #5, FD&C Yellow #6, FD&C Red #40, and D&C Red #33), indigoids (i.e., FD&C Blue #2), xanthenes (i.e., FD&C Red #3 and D&C Red #28), quinolines (i.e., D&C Yellow #10), triphenylmethanes (i.e., FD&C Blue #1 and FD&C Green #3), and fluorans (i.e., D&C Red #27). Over the years, some of these dyes, particularly azo dyes, have faced consumer distrust due to their perceived association with largely unsubstantiated health concerns, such as hyperactivity and food intolerances (Downham and Collins, 2000). In particular, FD&C Yellow #5 was suspected of causing allergic-type reactions, including asthmatic symptoms, especially in individuals allergic to aspirin (Rumore et al., 1992). As a result, several companies marketing pharmaceutical or nutraceutical compounds in softgels presently avoid the use of azo dyes in shell formulations.

Besides the water-soluble FD&C and D&C dyes, their corresponding water-insoluble lakes (still provisionally listed by the FDA with the exception of FD&C Red #40 lake, which has full approval and FD&C Red #3 lake, which is not permitted due to concerns over its iodine content) are occasionally used to color softgels (or gelatin-enrobed or gelatin-coated tablets/caplets). Lakes are the aluminum salts of water-soluble dyes that usually are adsorbed onto an alumina substrate (other substrates, such as clay, $TiO_2$, and $CaCO_3$, also are approved for D&C lakes) and impart color by dispersion (Francis, 1999). The dye content of lakes usually ranges from 10 to 40% (Marmion, 1991). Lakes have excellent light and heat stability (Francis, 1999). The main use of lakes in the softgel industry is with bi-colored capsules where they minimize color "bleeding" at the seams and color transfer marks between capsule halves. In addition to color, lakes also introduce a high degree of opacity to the softgel shells.

Association of synthetic dyes and lakes with gelatin through ionic bonding and also hydrogen and hydrophobic interactions has been documented (Sheppard et al., 1942; Cooper et al., 1973; Gautam and Schott, 1994). Factors

NOR 0000365

SOFT GELATIN CAPSULES

that affect these dye-gelatin interactions include pH, temperature, and gelatin type (A or B). At the typical pH (around 5) of softgel gel mass preparations, the synthetic dyes, due to their anionic nature, will electrostatically associate to a greater extent with the positively charged Type A gelatin than the slightly negatively charged Type B gelatin (Cooper et al., 1973; Kellaway et al., 1978). However, because they are present in small amounts, synthetic dyes and lakes are not considered to appreciably affect the disintegration and dissolution characteristics of softgels. Nevertheless, Cooper et al. (1973) reported that FD&C Red #3 dye notably reduced the disintegration rate of type A gelatin. UV or visible irradiation under high relative humidity (RH) conditions notably reduced the disintegration and *in vitro* dissolution rates of hard gelatin capsules colored with various dyes such as FD&C Red #3 and FD&C Yellow #5 (Murthy et al., 1989a). Another study showed that FD&C Red #3, FD&C Blue #1, and FD&C Blue #2 at 0.1 or 1% (w/w) had minimal effects on the tensile strength and Young's modulus of cast gelatin (Type A or B) films, but they reduced film contraction at a constant strain (Kellaway et al., 1978).

Synthetic iron oxides also find use as softgel colorants. Yellow, red, and black iron oxides, typically produced from ferrous sulfate, are available commercially (Marmion, 1991). They are water insoluble (Francis, 1999), thus coloring gelatin gel masses by dispersion and also introducing a degree of opacity. Their stability to heat, light, pH, and oxidation is excellent (Downham and Collins, 2000). In the EU, synthetic iron oxides are approved color additives for both foods and pharmaceuticals, and are used to color softgels containing nutraceutical or pharmaceutical products. In the U.S., synthetic iron oxides are permitted colorants for ingestible drugs, but not for foods/dietary supplements. When used with softgels, synthetic iron oxides do not offer colors as vibrant and glossy as those obtained with synthetic dyes. However, the synthetic iron oxides are used often with pharmaceutical softgels because of their wide regulatory approval worldwide as colorants for drug products (Jones, 1993).

### Natural Colorants

The list of color additives exempt from certification in the U.S. includes 26 colorants, but some of them are only approved for use with animal feed (Francis, 1999). Five of these 26 colorants (i.e., caramel, annatto extract, cochineal extract, turmeric, and turmeric oleoresin) are commonly used, often in combinations of two or more, to color softgels containing nutraceutical compounds. Three of them (caramel, annatto extract, and cochineal extract) also are permitted for use with pharmaceuticals in the U.S. However, their use in pharmaceutical softgels has been scarce, if at all.

Caramel is a brown colorant manufactured by the controlled heat treatment of food-grade carbohydrates, typically corn syrup solids (Kamuf et al., 2000).

NOR 0000366

Sulfite and/or ammonia compounds may be used as catalysts in the caramelization process (Downham and Collins, 2000). Due to its high tinctorial strength, good solubility in gelatin gel masses, good stability, and low cost, caramel is widely used to impart brown colorations to nutritional softgels.

Annatto is a yellow carotenoid obtained from the seeds of the plant *Bixa orellana* (Francis, 2000a). The main pigments in annatto extract are the water-insoluble bixin and the water-soluble norbixin (Boyd, 1999). Bixin, the monomethyl ester of a dicarboxylic carotenoid, is the naturally occurring pigment form, while norbixin is the saponified form (Francis, 2000a). Aqueous preparations of norbixin at various concentrations are often added to the hydrophilic softgel shell to obtain orange/yellowish colorations. Oil-based bixin preparations also are used in softgels with the oil introducing a degree of haziness to the shells. Some fading upon exposure to light may occur with annatto-colored softgels. From a regulatory standpoint, there are no restrictions on the use of annatto as a color additive in the U.S. However, since 1994, the EU has significantly restricted the use of annatto colorant by categorizing it as a "color only permitted for certain uses" (Boyd, 1999). Saffron is another approved yellow color additive in the U.S. (no longer listed in the EU). Its carotenoid pigments (crocetin, crocin, and zeaxanthin) are chemically similar to those of annatto (Francis, 2000a). However, although suitable for coloring softgels, it is rarely used in the softgel industry due to its prohibitively high cost.

Cochineal extract is the red, concentrated solution obtained after removing the ethanol from aqueous ethanol extracts of the dried bodies of the female insect *Dactylopius coccus* Costa (Francis, 1999). The main pigment in a cochineal extract is carminic acid, a hydroxyanthraquinone linked to a glysosyl group (Schul, 2000). Carmine is the lake of carminic acid (typically about 50%) (Marmion, 1991). The water-insoluble carmine pigment can be converted to a water-soluble dye by treatment with alkali (Schul, 2000). Cochineal extract, the carmine lake, and water-soluble carmine (often called carmine hydrosoluble) are stable to light and heat, resistant to oxidation, and not affected by sulfur dioxide (Francis, 1999). They function well as colorants for softgels where they impart pink/red/purplish colorations. However, their use is self-limiting due to cost considerations.

Turmeric is a yellow colorant prepared from the dried roots of *Curcuma longa*, a tuberous rhizome (Pszczola, 1998). It owes its yellow color to three structurally related pigments (i.e., curcumin, demethoxy curcumin, and bis-demethoxy curcumin) (Chaterjee et al., 1998). Turmeric oleoresin is prepared by extracting turmeric powder with one or more organic solvents (Marmion, 1991). Both turmeric powder (ground rhizomes) and turmeric oleoresin (typically sold as a dispersion in propylene glycol or glycerin) are used as softgel colorants. Due to its water-insoluble nature (Francis, 1999), turmeric also introduces an opacifying effect to softgel shells, thus offering a degree of light protection to the capsule contents. Softgel shells colored with pure

curcumin (0.02 to 0.04% w/w) effectively increased the half-life of encapsulated photolabile test compounds (i.e., nifedipine, chloramphenicol, furosemide, or clonazepam) compared to non-colored softgel shells following irradiation with light of 240–600 nm (Tønnesen and Karlsen, 1987). The main drawback of turmeric as a colorant is its high susceptibility to light degradation (Boyd, 1998).

Sodium copper chlorophyllin is a green colorant obtained from chlorophyll by replacing the methyl and phytyl ester groups with sodium and replacing the magnesium with copper (Marmion, 1991). Commercial sources of sodium copper chlorophyllin include alfalfa, mulberry tree leaves, and nettle. It finds wide use in the EU, Japan, and other parts of the world as a "natural," green colorant in various applications, including softgels. Sodium copper chlorophyllin is susceptible to thermal degradation during heating (Milosevic et al., 2000). Although it may degrade to some extent during the heating of a gel mass in softgel manufacture, it yields quite stable color shades in stored softgels. In the U.S., sodium copper chlorophyllin is sold in powder and liquid forms as a dietary supplement. However, its use as a color additive is only permitted for dentifrices provided that it is derived from alfalfa (Francis, 1999).

Several other "natural" colorants, such as anthocyanins, betalains, β-carotene, riboflavin, and paprika oleoresin, are approved for use with foods/dietary supplements in the US and other countries. Commercial sources of anthocyanin pigments include grape skins, elderberries, chokeberries, black carrots, and red cabbage (Boyd, 2000; Downham and Collins, 2000). These pigments are presently receiving attention due to the health-related benefits ascribed to them (Boyd, 2000; Espín et al., 2000). However, anthocyanins have not typically been used for coloring softgels because of their pH sensitivity (lower color intensity at pH > 4) and susceptibility to degradation by light, heat, and oxygen (Francis, 2000b). Recently, commercialized acylated anthocyanins, such as those extracted from black carrots and red cabbage, were reported to have enhanced heat and light stability (Downham and Collins, 2000). Betalains, which are commercially extracted from beet roots, are largely unsuitable for coloring softgels because they have poor light and heat stability (Francis, 2000b). β-Carotene and riboflavin are susceptible to light degradation (Marmion, 1991) and are used sparingly with softgels. Paprika oleoresin is produced by extracting dehydrated ground paprika with organic solvents (Locey and Guzinski, 2000). The pigments in paprika oleoresin are a mixture of carotenes and xanthophylls (Locey and Guzinski, 2000). Paprika oleoresin also is prone to degradation (Jarén-Galán et al., 1999) and is largely unsuitable for the softgel manufacturing process. Lycopene, the principle carotenoid pigment (red/orange) in tomato, is a listed color additive in the EU (Downham and Collins, 2000). However, it is not currently approved as a color additive in the U.S., although efforts are under way to obtain its approval (Boyd, 2000). The use of lycopene as a colorant for softgels in Europe has been hindered by its high cost and poor sta-

NOR 0000368

bility, as it tends to isomerize and degrade over time (Anguelova and Warthesen, 2000).

Arguably, softgels colored with "natural" colorants are more susceptible to variability in color shades from lot to lot compared to softgels colored with synthetic colorants. To improve lot to lot color consistency, commercial preparations of "natural" colorants often are "standardized" with excipients. Such excipients may include reducing sugars (e.g., maltodextrin and corn syrup solids); however, they can cross-link gelatin, and, therefore, their presence should be monitored when coloring softgels. The demand for "natural" colorants in the dietary supplement industry is quite strong and is expected to keep growing. This demand is generated by the increasing consumer pressure for "all-natural" products. In addition, several of the "natural" colorants are perceived to be functional ingredients themselves because they possess antioxidant and/or antimicrobial properties (Boyd, 2000). Undoubtedly, the stability concerns associated with various "natural" colorants present technical challenges regarding their use with softgels. Microencapsulation is currently receiving attention in the color industry as an approach for improving colorant stability (Downham and Collins, 2000).

## Miscellaneous Shell Additives

Several minor additives may occasionally be added to softgel shell compositions. In the past, preservatives often were incorporated into the gelatin shell, particularly with pharmaceutical products. However, at present, the use of preservatives with softgels is uncommon. The large amount of humectants, such as glycerin and/or sorbitol, present in the softgels suppresses water activity (Hom and Jimerson, 1990). Due to the low water activity of dried, properly stored softgels, molds and yeasts had been the main concern in terms of microbial growth rather than bacteria. For this reason, the preferred preservatives for softgels were the alkyl esters of *p*-hydroxybenzoic acid (methyl, ethyl, propyl, butyl, or heptyl), which are known as parabens. Parabens, which are widely used antimicrobial agents in foods, pharmaceuticals, and cosmetics, have little effect on flavor, effectively inhibit molds and yeasts, and are relatively ineffective against bacteria, especially gram-negative bacteria (Lindsay, 1985). Two or more parabens often are used in combination because together they exhibit enhanced antimicrobial activity (Thompson et al., 1993). Typically, a mixture of methyl paraben and propyl paraben at a ratio of 4:1 w/w was added at 0.2% by weight of the wet gel mass (Stanley, 1986). Thompson et al. (1993) reported that parabens can interact with glycerin or sorbitol forming substances that could present problems with the assay validations of pharmaceutical formulations. Sorbates (Heizi et al., 1979) or propionates (Wittwer and Mayer, 1986) also were suggested as shell-added preservatives (Heizi et al., 1979).

Flavorings, such as ethyl vanillin and essential oils, can be used to mask the

unpleasant odors and tastes of fill formulations (Stanley, 1986). Multivita-
min/multimineral compositions are examples of softgels that often contain
shell flavorings. However, aldehydes present in flavorings can be a concern
because, as mentioned earlier, they cross-link gelatin. The use of flavorings is
becoming less and less common. Buffering salts and acids (e.g., citric acid, tar-
taric acid, fumaric acid, and malic acid) have been used to adjust the pH of the
gel mass (Mima et al., 1969; Henmi et al., 1987). Fumaric acid, in particular, in-
corporated at up to 1% (w/w) in a wet gel mass can prevent gelatin cross-linking
by aldehydes (Stanley, 1986). Addition of fumaric acid or other acids at
amounts greater than 1% is not recommended because the acids increase the
viscosity degradation rate of gel mass preparations (Johnston-Banks, 1990),
most likely due to acid hydrolysis of the protein chains. In general, the rate of
viscosity loss of gelatin preparations is affected by the type of acid in the order
(from least to most degradation) of citric, malic, tartaric, adipic, and fumaric
acid (Johnston-Banks, 1990). In addition, Hom et al. (1973) reported that incor-
porating organic acids (e.g., fumaric, tartaric, or maleic acid) notably increased
the dissolution rate of a typical softgel shell formulation. Besides fumaric acid,
hydrolyzates of gelatin or other proteins as well as amino acids can be added to
soft or hard gelatin capsules to "scavenge" aldehydes (or other reactive agents),
thus preventing gelatin cross-linking (Tatematsu et al., 1991; Cade and Madit,
1997). Naturally, added hydrolyzates, which lack gelling strength, have a
weakening effect on gelatin gels (Surówka, 1997).

Antifoaming agents are used in the shell compositions of paintballs, which
are typically manufactured with Type A pigskin gelatin (150 to 220 Bloom), to
prevent excessive foaming during gel manufacturing. In contrast, the manufac-
ture of softgels using foamed gelatin ribbons that were prepared by
microdispersing a gas into the gel mass was described (Wittwer and Mayer,
1986). The purpose was to introduce opacity, to accelerate shell disintegration,
and to reduce manufacturing costs through lower gel consumption and faster
capsule drying (Wittwer and Mayer, 1986).

In theory, incorporation of active compounds into capsule shells is feasible.
However, this is not economical because a substantial proportion of the gelatin
ribbons used in softgel manufacturing ends up as waste (Stanley, 1986). During
the storage of softgels, migration of active compounds, particularly wa-
ter-soluble compounds, from the fill into the shell can occur. For this reason,
when the softgels are intended for oral use, the entire capsule needs to be as-
sayed for the active compounds rather than just the fill (Stanley, 1970).

## GEL MASS MANUFACTURING

As previously mentioned, gelatin, plasticizer, and purified water are the
main ingredients of the softgel shell. Typical gel formulations contain 40 to

50% gelatin, 20 to 30% plasticizer, and 30 to 40% purified water (w/w) (Hom and Jimerson, 1990) with most of the water subsequently lost during capsule drying. The ingredients are combined to form a molten gel mass using either a cold melt or a hot melt process.

The cold melt process involves mixing gelatin, plasticizer, and chilled water and then transferring the resulting light, "fluffy" mixture to a jacket-heated tank (melter) (Wilkinson and Hom, 1990). Alternatively, mixing and melting can be successively accomplished within a single jacket-heated, batch reactor equipped with a blade agitator (Figure 16.3). Typically, gelatin is first added to the slightly chilled plasticizer (14 to 18°C) followed by mixing for 10 to 30 min, a step referred to as "creaming." The purpose of creaming is to "wet" the gelatin particles and facilitate their subsequent hydration without clumping. Chilled (7 to 12°C), purified water is then dispensed, and the mass is mixed without heating for another 15 to 30 min, a step referred to as "fluffing." Water may be added to the creamed mass in one (total quantity) or more cycles (equal or unequal partial quantities). The fluffed mixture is melted ("cooked") under a vacuum of 15 to 30 in. Hg (50.8 to 101.6 kPa) to a homogeneous, deaerated gel mass. Vacuum application may be continuous or intermittent during the melting process. The cooking temperature can range from 57 to 95°C, depending on the type of melter/reactor, and the process lasts 1.5 to 3 h. Shell additives, such as colorants/opacifiers, preservatives, and flavorings, can be added to the mass at any point during the gel manufacturing process, or they may be incorporated into the finished gel mass using a high-torque mixer. Colorants/opacifiers, in particular, often are added during the creaming stage.

The hot melt process involves adding the gelatin, under mild agitation, to a preheated (60 to 80°C) mixture of plasticizer and water and stirring the blend until complete melting is achieved. Compared to the cold melt method, the hot melt method is faster but is often more susceptible to foaming and dusting. When the gel mass is intended for manufacturing non-ingestible capsules, such as paintballs, antifoaming agents often are added to the gel formulation.

Once the gel masses are prepared, they are transferred to preheated, temperature-controlled, jacketed holding tanks (receivers) where they are kept ("aged") at 50 to 60°C until encapsulation. Often, the gel mass is filtered prior to being transferred to the receivers so that any undissolved gelatin aggregates or impurities initially present in the raw materials are removed. In addition, a visual comparison of the gel mass with a color standard (e.g., gel swatch or finished capsule) commonly is made in the case of colored gels. Gel aging can last from two to 72 hours or even longer depending on the gel formula. Besides serving logistical needs, the aging of the gel mass for certain time periods is often needed to "break down" the gel to a desired viscosity. The functional life of the molten gel mass in the receivers can be extended by cooling it to ambient temperature, thus gelling it, a process referred to as "caking." They are then remelted (reheated to 50 to 60°C) and used. In general, the time-temperature



Figure 16.3  Process flow diagram for softgel manufacturing (courtesy of Banner Pharmacaps Inc., High Point, NC).

418

NOR 0000372

history of gelatin gels affects their thermal stability, melting characteristics, and tensile properties (Castello and Goyan, 1964; Michon et al., 1997). Gelatin gels conditioned (matured) at higher temperatures can have higher melting points than gels of the same solution prepared by rapid chilling at a lower temperature (Te Nijenhuis, 1981; Michon et al., 1997; Choi and Regenstein, 2000). Aging "caked" (4°C), dilute (1.5 or 2.0% w/w) Type A or Type B gelatin gels for up to 90 h did not markedly affect the viscoelastic properties of the gels (Robinson et al., 1975). However, a decrease in gel structure was evident, and this was attributed to hydrolysis of amide links (Robinson et al., 1975).

The rotary die encapsulation process inherently generates a notable amount of gel mass waste in the form of unused gel ribbons remaining after the formed capsules are cut out by the dies. Due to its appearance, this unused portion of the ribbon is referred to as "netting." Additional, smaller amounts of gel mass waste are generated through leftover gel (overage) at the completion of an encapsulating run and through unused gel ribbons cast during the start-up of the encapsulation machines. The percentage of unused gel mass typically varies between 15 and 30%. This excess gel mass is for the most part discarded. However, it can be recovered and reused, a practice that is driven by economic factors and is mainly limited to non-colored, low-value, non-pharmaceutical products such as nutritional oils. In this case, the reused gel mass is combined with a new ("virgin") gel mass and may account for up to 50% of the total mass.

In the past, the reprocessing of netting involved chopping and washing with naphtha to remove the lubricant oil applied to the ribbon during the encapsulation process (Wilkinson and Hom, 1990). This residual oil needs to be removed because it causes gel "cloudiness." The oil-free, chopped netting was then remelted and added to a new gel mass or was "caked" until needed (Wilkinson and Hom, 1990). Recently, as softgel manufacturers have been reducing their use of organic solvents, different approaches have been implemented for removing residual oil (and fill material) from the netting. The simplest approach is decanting, which involves remelting the netting (no chopping necessary), possibly with added purified water, in heated gel receivers. A phase separation occurs in the molten mass with a thin, oil-rich phase forming at the top. The clean gel (lower aqueous phase) is then recovered from the bottom of the tank.

Although effective, the decanting method for netting recovery is time- and energy-consuming, because the remelted mass is kept heated for several hours to ensure a thorough oil-gel phase separation. Hot filtering and subsequent vacuum distillation of the recovered gel has been suggested to enhance purification (Schmidt et al., 1994). Furthermore, diafiltration, a filtration technique that uses ultrafiltration membranes and washing, may be employed to remove plasticizers and other water-soluble components from the recovered gel, thus yielding a recyclable gelatin solution (Schmidt, 1999). Alternatively, a gel netting recovery device was recently described that removed lubricant oil by feeding cut, rod-like gel pieces between adjacent, rotating belts of differing speeds

**420**                          SOFT GELATIN CAPSULES

(Ohzeki and Ishikawa, 2000). The lubricant adhered to the belts and was removed from the belt surface by blades (Ohzeki and Ishikawa, 2000).

## ENCAPSULATION

The principles of the rotary die encapsulation process have been described (Stanley, 1986; Hom and Jimerson, 1990; Wilkinson and Hom, 1990; Stringer, 1994). A schematic diagram of the process is presented in Figure 16.4. The gel mass is fed either by gravity (Figure 16.3) or by positive displacement pumping to two heated (48 to 65°C) metering devices (spreader boxes), usually made of brass. The dynamic viscosity of the gel mass as it is fed to the encapsulation machine typically ranges from 5000 to 20,000 cP, depending on temperature, gel formulation, and raw gelatin viscosity. However, a range of 8000 to 12,000 cP often is preferred. The spreader boxes control the flow of gel through adjustable openings onto cooled, rotating casting drums (Figure 16.4). The temperature on the surface of the casting drums, which is controlled by either cool air or water, is maintained at 20 to 30°C.

Ribbons are formed as the cast gel masses set (sol-gel transformation) on contact with the cool drum surface. Controlled (±10%) wet ribbon thickness can vary between 0.50 and 1.14 mm. However, a range of 0.63 to 0.81 mm is more representative (Stanley, 1986). Besides gel mass temperature, gelatin concentration in the gel mass, and drum surface temperature, the blending profile (molecular weight distribution) of the gelatin greatly influences the setting



**Figure 16.4** Schematic diagram for the rotary die process of softgel manufacturing (courtesy of Banner Pharmacaps Inc., High Point, NC). A = gel hoses; B = medicine (fill) hose; C = (medicine) fill pump; D = leads; E = injection wedge; F = guide rolls; G = gel ribbons; H = reciprocating dies; I = gel casting drums; and J = spreader boxes (gel metering devices).

rate of the cast gel mass. Generally, the setting rate of gelatin solutions at a given cooling temperature is reduced by high molecular weight components (Johnston-Banks, 1990; Kobayashi et al., 1992).

The formed ribbons are fed through a series of guide rolls and between the injection wedge and the counter-rotating, cylindrical capsule-forming dies (Figure 16.4). A food-grade lubricant oil is applied onto the ribbons to reduce their tackiness and facilitate their handling by the rollers. In addition, the lubricant prevents sticking among freshly formed capsules and also seals the ribbons along the injection wedge, thus preventing air from entering the capsules as they are formed (Stroud et al., 1998). The oil may be applied by passing the ribbons through an oil bath or, to better control the amount of applied lubricant, by having the ribbons directly contact application rolls. Mineral oil or medium chain triglycerides are the most commonly used lubricants, although other oils, such as soybean oil, may be used. Eliminating lubricant application has been proposed (Makino, 1996).

Fill formulations, often referred to as medicines, are held in stainless-steel, jacketed tanks (receivers) and are fed to the encapsulation machine by gravity (Figure 16.3). Fill preparation may involve simple blending or, in the case of suspensions, successive mixing, milling or homogenizing, and deaeration steps (Stanley, 1986). Nitrogen blanketing of the medicine tank head space often is practiced with fills susceptible to oxidation. The fill material is precisely metered by a positive displacement pump through a series of leads and the injection wedge, and is pumped between the gelatin ribbons, which are passing through the cylindrical dies (Hom and Jimerson, 1990). Brass, aluminum, or stainless-steel may be used to manufacture the dies, which are typically six or 10 inches (15.2 to 25.4 cm) long. The maximum fill formulation viscosity that can be handled by the process is around 20,000 cP. However, materials that are highly tacky may be unsuitable for processing through the pump filling mechanism even if their viscosities are low (Stanley, 1986). Small orifices at the bottom of the wedge are lined up with the die pockets (Hom and Jimerson, 1990). The leading edge of the capsule is already sealed when the pumped fill material forces the ribbons into the die pockets where the capsules are then filled and shaped, their trailing edge sealed, and the filled softgels cut from the gelatin ribbon. Capsule sealing is achieved by the combination of heat from the wedge (33 to 43°C) and mechanical pressure (0.3 to 0.6 MPa) on the die rolls.

Ribbon thickness, seam thickness, and fill weights are the most commonly monitored process parameters during the encapsulation operation and often are included in process validation programs (Berry, 1984). The seam strength of the finished softgels may also be assessed by determining their bursting strength. A device for measuring the bursting strength of softgels was described by Trenktrog et al. (1998). Alternatively, a compression test with a texture analyzer may be used. The theoretical output of an encapsulation machine depends on capsule size, die width, and the rotating speed of the casting drums/dies,

NOR 0000375

which typically varies between 3 and 5 rpm. Usual production rates range from 30,000 to 120,000 capsules per hour. Environmental conditions in the encapsulation areas are usually controlled within 18 to 22°C and 20 to 40% RH. For manufacturing pharmaceutical products, the encapsulation lines are usually segregated from each other into individual suites.

In the past, the formed capsules were typically conveyed through a washing unit of naphtha or another organic solvent to remove residual lubricant and traces of fill material from the capsule surfaces (Stanley, 1986). Recently, as softgel manufacturers have focused on reducing their use of organic solvents, the capsule washing step has been viewed as not essential and often is skipped. Limiting lubricant application to a minimum helps negate the need for the washing step (Stroud et al., 1998). Subsequently, the capsules are transferred pneumatically or by a conveyor belt to a stainless-steel tumbler (dryer) consisting of successive rotating baskets (hollow drums) with perforated walls (Figure 16.3). The air coming in contact with the capsules in the tumbler typically is at the same temperature as the encapsulating room (18 to 22°C). Alternatively, heated (30 to 35°C) air may be pumped through the rotating baskets. Absorbent towels often are added to the tumblers to remove oil residues from the capsule surfaces. Immediately cooling the formed capsules to 2 to 7°C with low RH (20%) air prior to transferring them into the tumbler was suggested in a patent disclosure (Herman, 1992). The purpose was to prevent deformation of the warm capsules and to facilitate moisture removal from the capsule surfaces (Herman, 1992). However, the potentially negative influences of rapid cooling upon the shell structure should be considered. The tumbling action, which may last from 45 to 90 min, removes a large amount of moisture from the capsules. Alternatively, an infrared dryer may be used, which removes 60 to 70% of the total moisture eventually lost (Stanley, 1986).

## DRYING AND FINISHING

After the capsules are "dumped" from the tumbler into a stainless-steel container ("back bin"), they are manually "scooped" and spread onto shallow fiberglass trays. The trays are then stacked and kept under controlled environmental conditions (18 to 24°C and 20 to 30% RH), often in drying tunnels with forced air circulation, to complete the drying process. Drying may last anywhere from 0.5 to 15 days depending on several factors such as environmental conditions, shell composition, shell thickness, fill formulation, number of capsules on the drying trays, and amount of residual oil on the capsule surfaces. The "dry" softgels have a final moisture content of 5 to 10%. Naturally, softgels with hydrophilic fills (e.g., PEG-based) require longer drying times. Determination of moisture content (usually by Karl Fischer titration) or hardness are the most commonly used criteria for releasing softgels from the drying room.

It is possible to remove additional moisture from the dry capsules through

heating at higher temperatures (e.g., 40°C), but such practice is not considered practical or necessary (Stanley, 1986). Also, a "stress-relieving" step where dry softgels are tempered at 32 to 43°C and 35 to 60% RH to remove dimples and other physical defects from the capsule shells has been suggested (Steele and Dietel, 1993). However, gelatin insolubility due to dehydrothermal cross-linking induced by heat treatments at elevated temperatures (55 to 105°C), especially at a reduced pressure, is well documented (Yannas and Tobolsky, 1967; Marks et al., 1968; Welz and Ofner, 1992; Vassileva et al., 1999). Therefore, subjecting dry softgels to elevated temperatures, even as low as 40°C, should be viewed cautiously as it may negatively affect shell solubility characteristics. In general, both the drying conditions and the drying rate of softgels are critical parameters. Accelerated ("aggressive") drying, although economically appealing (faster throughput), can result in brittle capsules (Reich, 1995). On the other hand, incomplete drying results in soft, tacky capsules.

Dry softgels typically are polished in revolving pans using absorbent towels carrying trace amounts of lecithin, isopropyl alcohol, or naphtha. Lecithin is not used for this purpose if the softgels are to be subsequently printed because it interferes with the printing inks. This polishing removes oil residues and other impurities from the capsule surfaces and maximizes the shiny, glossy appearance of the softgels. The polished softgels are passed through a mechanical sizer/sorter that removes any undersized/oversized capsules. From the sizer, the softgels are deposited onto a conveyor belt where they are visually inspected to detect and manually remove any defective capsules. Alternatively, the visual inspection may be accomplished prior to sizing while the capsules are still spread one layer thick on the shallow drying trays. Finally, the softgels are automatically filled by an electronic counter into bulk shipping cartons lined with polyethylene bags (moisture barrier) that are then labeled, sealed, palletized, and shipped. Subsequent retail packaging into plastic bottles, glass bottles, or blisters is accomplished with the same packaging equipment used for other solid dosage forms.

## PRINTING

Pharmaceutical (and occasionally nutritional) softgels are printed (parallel or perpendicular to the long axis) for product identification. Both contact printing (i.e., rotogravure) and non-contact printing (i.e., ink jet or laser) may be used for this purpose. Rotogravure using Ackley, Hartnett, and Markem machines is the most common printing method for softgels and offers good quality printing. On-line printing of the cast gelatin ribbons prior to softgel formation using ink rollers also is feasible. The basic ingredients of ink formulations are pigments that impart color and opacity; resins that bind pigments and facilitate adherence onto printable surfaces; solvents that alter the physical characteris-

NOR 0000377

Case 3:07-cv-02385-PJH    Document 36-10    Filed 02/04/2008    Page 15 of 17

tics of the inks and control the drying rate; and special additives such as wetting agents, defoamers, and pH adjusters (Lykens, 1979). Similar to the selection of colorants, printing ink ingredients must be carefully monitored for regulatory compliance in the intended product markets.

Traditionally, the softgel industry has been using ink formulations that combine organic solvents (e.g., SDA 3A alcohol, SD-45 alcohol, and N-butyl alcohol); shellac as a resin; and synthetic iron oxides, titanium dioxide, and/or lakes as pigments. However, water-based ink formulations, although generally more expensive than solvent-based formulations, have recently been gaining popularity as softgel manufacturers are undertaking efforts to reduce solvent use for environmental reasons. Water-based ink formulations use purified water with small amounts of isopropyl alcohol and/or methanol as the solvent system; hydroxypropyl methylcellulose (HPMC) as the resin; and synthetic dyes, synthetic iron oxides, and/or titanium dioxide as pigments. The removal of the oil residue from the softgel surface is particularly critical to good quality printing when using water-based inks. Solvent-based inks dry onto the softgels as the solvent evaporates, while water-based inks dry by adsorption onto the hydrophilic softgel surfaces (Spicer, 2000). Compared to solvent-based inks, water-based inks have a wider regulatory acceptance and are easier to clean up, but they offer a slightly less sharp image, dry slower, and are more expensive (Spicer, 2000).

Ink-jet printing of softgels results in images of lower aesthetic quality than contact printing. In addition, only dyes, not iron oxides or lakes, can be used with jet printing, which presents stability concerns due to the light sensitivity of dyes (Spicer, 2000). Laser printing involves directing a high-intensity light beam onto the product to burn away a surface layer, thus imparting the printed image. As an obvious advantage, laser printing does not require pigments or solvents. However, it offers no color choices, is expensive, and the printed image tends to lose its sharpness over time.

## STORAGE

Because softgel shells are hydrophilic, the environmental conditions during storage of bulk or retail packaged softgels can affect product quality. For optimum physical and chemical stability, softgels should be stored in the temperature range of 15 to 30°C and at RH less than 50% (Murthy and Ghebre-Sellassie, 1993). Packaging materials, such as high-density polyethylene (HDPE) liners in bulk cartons or retail HDPE bottles, protect softgels from moisture, but they are not an absolute moisture barrier. Therefore, upon prolonged exposure to elevated RH, packaged softgels can pick up moisture. The absorbed moisture softens, tackifies, and bloats the capsules (Stanley, 1986). Sticking ("bricking") of capsules within the package can occur in such cases. In addition to the adverse physical effects, absorbed moisture can also negatively

affect the chemical stability of hydrophilic fills as moisture migrates from the shell into the fill. For example, increased water content can reduce the solubility of poorly water-soluble drugs in PEG or other fill excipients, thereby causing drug crystallization (Serajuddin et al., 1986). Drug hydrolysis is another possible negative effect of absorbed moisture (Yoshioka et al., 1992). The disintegration characteristics of the capsule shells may also be affected by increased water content. However, Armstrong et al. (1983) reported that oil-filled softgels that absorbed moisture through exposure to elevated RH did not have significantly ($P > 0.01$) lower disintegration times.

Increased storage temperatures, especially combined with increased RH (as is the case during stressed stability testing at 40°C and 75% RH), can have even more drastic effects on softgels. Capsule shell softening can occur, possibly causing the softgels to stick to each other or to even fuse together. Hakata et al. (1981, 1983) reported that softgels stored at 40 and 50°C had increased disintegration times. This was attributed to structural changes within the shell and, in particular, to denaturation of the collagen-like triple helix structure assumed by the gelatin in the dry shells (Hakata et al., 1981, 1983). The increase in disintegration time due to the storage of softgels at 40°C was prevented by the presence of desiccating agents (Hakata et al., 1992).

Light is another environmental parameter that can cause physical changes to softgels, such as color fading or discoloration. This is particularly a concern with bath beads and other personal care softgel products that often are marketed in transparent retail packages. In contrast, pharmaceutical and nutritional softgels are generally marketed in light-resistant packages. A study by Hakata and Sato (1992) showed that exposure to fluorescent light did not affect the disintegration times of softgels. In a recent study, exposure to UV and visible illumination at 40°C and 75% RH for 8 days considerably retarded the dissolution rate of nimesulide softgels (Singh et al., 2000).

## SOFTGELS WITH MODIFIED RELEASE CHARACTERISTICS

### DELAYED RELEASE

Orally administered softgels are intended to provide immediate release of their encapsulated contents upon exposure of the gelatin shell to the acidic environment and gastric enzymes in the stomach. Over the years, there has been an interest in developing softgels with modified release characteristics, such as delayed (sustained or continual) release or enteric release. A few fill formulation approaches to achieving a delayed release of active compounds from softgels have been proposed (Cohen et al., 1987, 1989; Hom and Ebert, 1989; Hom and Jimerson, 1990). The concept involves the use of insoluble natural or synthetic polymers (e.g., chicle, polyvinyl acetate, ethylcellulose, and calcium alginate) to prepare liquid to semi-solid cohesive matrices or microcapsules

NOR 0000379

containing the active compounds that are subsequently filled into softgels. The cohesive matrices or microcapsules allow for a delayed release of the actives by diffusion once the gelatin shell disintegrates. An Abbreviated New Drug Application (ANDA) for a sustained release softgel (300 mg theophylline) was approved in the U.S. by the FDA (Stringer, 1994).

Imparting delayed release characteristics to gelatin microcapsules or films by cross-linking the gelatin with aldehydes or reducing carbohydrates has been investigated (Po and Mhando, 1984; Bower et al., 1992; Akin and Hasirci, 1995; Cortesi et al., 1999). This approach also is applicable to softgels (Rolle, 1972; Hakata et al., 1994). In fact, softgels cross-linked with aldehydes or reducing sugars have found limited commercialization for products such as garlic oil (which causes reflux when released rapidly in the stomach). However, residual aldehydes are a cause for concern due to their toxicity. Other chemical cross-linkers may also be effective in imparting delayed release properties to softgels. For example, cross-linking of hard gelatin capsules by terephtaloyle chloride allowed for the *in vitro* sustained release of the asthma medication theophylline (Guyot et al., 1996). Recently, cast gelatin films were enzymatically cross-linked by microbial $Ca^{2+}$-independent transglutaminase (Lim et al., 1999). This enzyme, which catalyzes the formation of $\varepsilon$-($\gamma$-glutamyl)lysine cross-links in proteins (Nielsen, 1995), may offer the potential for preparing softgels with delayed release characteristics. Thiolated gelatin that has been cross-linked by disulfide bonds also holds a potential to create a delayed release system (Johnson, 1965; Barron and Tsuk, 1967; Okamoto et al., 1973). However, thiolated gelatin is not acceptable for edible applications. Finally, cross-linking gelatin using aluminum cations to prepare gelatin capsules with modified release characteristics was suggested (Shank, 1985). Overall, commercialization of delayed release softgels has been limited, mainly due to the difficulties in precisely controlling the release rate of active compounds.

## ENTERIC RELEASE

Softgels having enteric release properties may be desirable for certain active compounds that degrade in the stomach (e.g., biologically active proteins and peptides); have the intestinal tract as their intended site of action; or cause gastric irritation or nausea. In general, solid pharmaceutical dosage forms can be coated with enteric polymers, which are resistant to the acidic stomach environment but disintegrate in the neutral or slightly alkaline intestinal environment. Enteric polymers include cellulose derivatives, such as hydroxypropyl methylcellulose phthalate and cellulose acetate phthalate (Sakellariou and Rowe, 1995); polyacrylates (Lehmann, 1989); and shellac (Specht et al., 1999). For example, application of enteric polymers onto hard gelatin capsules by pan or fluidized-bed coating, typically in combination with an aqueous subcoat (e.g., hydroxypropyl methylcellulose, or polyvinylpyrrolidone) to improve ad-

NOR 0000380