hesion of the enteric coatings, has been discussed (Funakoshi et al., 1982; Tsuji, 1987; Murthy et al., 1988; Nielsen et al., 1999). However, applying enteric coatings to softgels, as a unit operation, is even more challenging due to their inherent flexibility and their potential susceptibility to mechanical deformation and sticking during the coating process (Felton et al., 1995).

A few studies or patent disclosures focused on the enteric-coating of softgels with acrylates (Leiberich and Gabler, 1976; Davies et al., 1987; Pagay and Stetsko, 1994; Felton et al., 1995, 1996) or polyvinyl acetate phthalate (Matthews and Virgilio, 1989) have demonstrated the viability of the concept, although several parameters need to be controlled to obtain a successfully coated softgel. For example, adhesion of an enteric acrylate polymer onto the gelatin shell depended upon both the plasticizer incorporated into the coating formulation and the fill formulation of the softgel (Felton et al., 1996). Consideration should also be given to the aesthetic appearance of the coated softgels. Despite the ongoing interest in developing softgels with enteric properties, commercialization has been limited, if any. Besides the technical challenges, coating softgels with enteric polymers is a post-processing step that adds to the cost of the product. As an alternate approach to coating, enteric polymers may be directly incorporated into the gelatin-based film formulation prior to softgel manufacturing. For example, the preparation of enteric softgels by combining alginates with gelatin in the shell formulation was described in a Japanese patent (Takashi and Tetsuo, 1999). Incorporation of most enteric polymers into the gelatin shell is limited mainly by their likely incompatibility with gelatin.

## SOFTGELS WITH GELATIN EXTENDERS OR SUBSTITUTES

### GELATIN EXTENDERS

Bicomponent gels comprised of gelatin and other biopolymers, such as maltodextrin (Alevisopoulos and Kasapis, 1999), starch (Ring and Stainsby, 1982; Khomutov et al., 1995), carrageenan (Michon et al., 1995; Kasapis et al., 1999), locust bean gum (Alves et al., 2000), pectin (Al-Ruqaie et al., 1997), microcrystalline cellulose (Kasapis, 1999), gellan gum (Chilvers and Morris, 1987), and whey proteins (Walkenström and Hermansson, 1997), have been studied. They can be mixed gels (independent polymer networks) or complex gels (coupled polymer networks) (Zasypkin et al., 1997). There has been interest in incorporating natural or synthetic polymers into softgel shell formulations to impart certain attributes (e.g., chewability), partially replace gelatin with a cheaper polymer, or substitute part of the gelatin with a smaller amount of a stronger gelling polymer. Enhancing the strength of the gelatin compositions used for capsule manufacturing through the addition of dialdehyde starch (0.5–5.0% w/w of gelatin) was disclosed in a patent by Helmstetter (1977). Dialdehyde starch, a polymeric aldehyde prepared by reacting starch with peri-

odic acid (Pfeifer et al., 1960), can cross-link proteins (Gennadios et al., 1998; Rhim et al., 1998) similar to the actions of low molecular weight aldehydes. However, it is not approved for edible applications in the U.S.

Fischer et al. (1989) described softgels containing shell additives (at least 1% w/w), such as starches, starch derivatives, microcrystalline cellulose, and cellulose derivatives. In their pure states, these additives are capable of absorbing at least 10% (w/w) of their own weight in water. Such softgels were considered suitable for encapsulating fills containing water-miscible components of low volatility (e.g., glycerin and propylene glycol) at levels greater than the typical 10% (w/w of fill) limit. Softgels that had textured (frosted or satin) finishes and were resistant to sticking and to shape changes were described by Stroud (1996). These attributes were imparted to the capsules by partially substituting gelatin with starch of high amylose content (50–90%) so that the starch accounted for 3–60% of the dry shell weight. In addition, the textured surface allowed for better adhesion of subsequently applied enteric coatings (Stroud, 1996).

Shell formulations that combined chemically modified gelatin, starch derivatives, and propylene glycol (plasticizer) with the intent to minimize gelatin-drug interactions over the capsule shelf life were described in a Japanese patent (Yamada and Makino, 1985). High amylose starch or starch derivatives were incorporated into the shells (at 5–20% of dry weight) of softgels having "break-off" features that were intended for delivering medicaments to an external body surface (Schurig et al., 1996). Such capsules had a drier feel, which enhanced their gripping and handling characteristics. Softgel shell formulations containing a non-hygroscopic plasticizer (e.g., maltitol, maltitol syrup, or hydrogenated starch hydrolyzate) and an elasticity-reducing extender (8–30% w/w of dry shell) selected from a large group of natural or synthetic polymers, such as modified starches and cellulosics, were described by Chiprich et al. (1997). Such softgels had an increased brittleness and could be broken with manual pressure to deliver their contents. Partial replacement of gelatin with gum acacia in softgel shell formulations also was proposed recently (Gennadios, 2001a).

The incorporation of potato starch acetate into capsule shells at 3–12% of the gel mass weight was suggested for preparing chewable softgels (Hutchison et al., 1998). The starch acetate allowed greater amounts of plasticizer to be used, thus improving chewability. Furthermore, the starch acetate formed a gel that lacked substantial cross-bonding within the gelatin matrix. Upon chewing, the starch acetate and the gelatin swelled at different rates and became readily separable (Hutchison et al., 1998). Another approach to preparing chewable softgels involved the incorporation of insoluble masticatory substances (at 1 to 75% by wet weight), natural (e.g., chicle and natural rubber) or synthetic (e.g., petroleum wax), into the gel mass compositions (Ebert et al., 1984).

Besides incorporating gelatin extenders into the capsule shell, applying

coatings onto softgels has been proposed. For example, a carnauba wax coating was used to improve shell strength and moisture resistance of softgels (Mizuno and Kayano, 1982). The use of chocolate coatings to improve palatability was discussed in a Japanese patent (Takemori et al., 1985). Coatings based on polysaccharides (e.g., gum arabic, pectin, and agar), possibly containing water-soluble nutrients (e.g., vitamin C), were applied onto softgels to improve taste, flavor, and stability (Ozawa et al., 1984). In a different type of invention, Sundararajan et al. (1996) prepared bilayer (or multilayer) softgels having one (or more) barrier layer(s) between the gelatin shell and the fill. The barrier layer prevented the migration of hydrophilic or hydrophobic ingredients from the fill into the shell, thus allowing for encapsulation of fill formulations having higher than typical contents of water and other low molecular weight substances (e.g., propylene glycol and ethanol). The barrier layer was a mixture of a polymer (e.g., ethylene acrylic acid co-polymer) and a microcrystalline wax. The capsules were manufactured using rotary die encapsulation machines that were modified so that the two capsule shell layers were formed simultaneously by co-extrusion on the casting drums using double-exit sheet dies (Sundararajan et al., 1996).

## GELATIN SUBSTITUTES

Due to its animal origin, gelatin is associated with religious and dietary concerns in certain segments of consumer populations. Over the years, such concerns have sustained interest in identifying viable, non-animal alternatives for gelatin in various edible and pharmaceutical applications, including hard and soft gelatin capsules. Injection-molded hard capsules made of potato starch (Kenyon et al., 1994) were commercialized in the early 1990s, but are not currently marketed. Also, the manufacture of gelatin-free hard capsules based on cellulose ethers has been discussed in patent disclosures over the years (Eli Lilly & Company, 1950; Sarkar, 1977; Chiba et al., 1990; Grosswald et al., 1998). In recent years, cellulose ether-based hard capsules have been commercialized but remain a niche product in terms of market share.

The rotary die process for manufacturing softgels was developed to match the properties of gelatin, particularly its thermoreversibility. Adapting the same process to polysaccharides that form thermoreversible gels, such as gellan gum and carrageenan (Winston et al., 1994; Viaud, 1999; Gennadios, 2001b) has been attempted. Gellan gum is an extracellular, linear, anionic polysaccharide produced by the bacterium *Pseudomonas elodea* (Chilvers and Morris, 1987). Winston et al. (1994) used blends of gellan gum, κ-carrageenan, and mannan gums (e.g., locust bean gum) to prepare the gel mass for softgel manufacturing. The mannan gums were added to increase gel elasticity. The main limitation in processing such gels with the rotary die process is their notably higher melting/setting temperatures compared to gelatin gels. At similar

concentrations, κ-carrageenan gels have lower melting/setting temperatures than gellan gum gels (Nishinari et al., 1996). Recently, the formation of softgels from gel formulations based on either ι-carrageenan (Viaud, 1999) or κ-carrageenan (Gennadios, 2001b) was discussed.

In the late 1980s, soft capsules made of glycerin-plasticized mixtures of sodium alginate and agar were commercialized for the encapsulation of dietary supplements. These spherical-shaped, seamless capsules were manufactured using the Globex process, which also is suitable for making gelatin capsules (Rakucewicz, 1988). With this process, two-layer droplets are ejected from a double orifice type nozzle. The inner layer is comprised of a lipophilic fill formulation, while the outer layer is a liquid shell formulation. The droplets are dropped into a liquid bath that hardens (solidifies) the outer layer (shell) forming the seamless capsules (Suzuki et al., 1995, 1999). For gelatin capsules, solidification is accomplished with a cooling bath (typically paraffin oil), whereas for sodium alginate-based capsules, solidification is accomplished with an aqueous solution of a calcium salt (Suzuki et al., 1995). Encapsulation of hydrophilic fills into seamless gelatin, alginate, or agar capsules also is possible with this manufacturing approach by ejecting three-layer droplets from concentrically arranged nozzles (Kikuchi and Kamaguchi, 1994). The innermost layer is a solution of the hydrophilic active substance, the outermost layer is the film-forming solution, and the middle layer is a viscous liquid scarcely miscible in water (Kikuchi and Kamaguchi, 1994). In general, the seamless capsules discussed above are limited in terms of their size and shape and have remained a niche product.

An experimental technique for preparing soft capsule-like dosage forms from gliadin, the prolamin (alcohol-soluble) fraction of wheat proteins, was described by Stella et al. (1995). They prepared masses consisting of 18 to 36% (w/w) gliadin, 9 to 18% (w/w) plasticizer (sorbitol/glycerin, 2:1 w/w), and 46 to 73% (w/w) aqueous ethanol (50% v/v). The masses were cast and dried into films that were molded on stainless-steel mold pins, filled with the active compounds, and heat-sealed at 37°C and 70% RH. These gliadin-based, soft capsule-like systems showed promise for the controlled release of paracetamol (Stella et al., 1995).

Recently, gelatin-free soft capsules made of polyvinyl alcohol (PVAL), a non-ingestible material, were developed, and bath oils encapsulated into such capsules have become commercially available (Anonymous, 1998). These capsules are formed by feeding preformed, dry PVAL films to a rotary die-like encapsulation machine (Brown, 1997). Instead of heat-sealing the two halves of the capsule, the capsule seal is formed by applying a solvent to the surface of at least one of the films prior to encapsulation (Brown, 1997). Besides PVAL, this method may be used with other natural or synthetic polymers, such as alginate, HPMC, and polyethylene oxide (Brown, 1997). In addition, the formation of gelatin-free soft capsules from multilayer films comprised of a sealing layer, a

barrier layer, and a binding layer between the sealing and the barrier layers was recently described by Brown et al. (2000). Preferably, the internal sealing layer is HPMC while the outer barrier layer is sodium alginate. The binding layer between the HPMC and the sodium alginate layers is propylene glycol alginate. Preformed, dried films are used for this process, and sealing is preferably accomplished by radio frequency signals (Brown et al., 2000).

Softgels made of potato starch were commercially launched in July 2000 (VegaGelsJ, Swiss Caps, Kirchberg, Switzerland). Such capsules are formed from extruded starch-based ribbons (Anonymous, 2000). Because the extruded ribbons have a low moisture content, the capsule drying step is not necessary with this process (Anonymous, 2000). Manufacturing of flexible capsules using modified starches also was described in a recent European patent application (Laba et al., 2000). Finally, soft capsule shell compositions comprised of modified starch (preferably hydroxypropylated acid modified corn starch) and ι-carrageenan were described by Tanner et al. (2001) in a recent international patent application. They suggested a weight ratio of modified starch to ι-carrageenan in the range of 1.5:1 to 4:1.

## CAPLETS/TABLETS ENROBED/COATED WITH GELATIN

Technologies have been developed for enrobing or coating solid cores (caplets or tablets) with gelatin. Such technologies may differ, more or less, from the softgel technology, but are briefly discussed here due to their relevance. Gelatin-coated caplets or tablets are typically referred to as gelcaps or geltabs, respectively. Within the past decade in the U.S., these solid oral dosage forms have captured a sizable share of the OTC drug market, and their use is expanding within the prescription drug and dietary supplement fields as well (largely driven by line extension opportunities). The main advantages of applying an outer gelatin layer onto caplets or tablets include, similar to softgels, ease of swallowing, taste and odor masking, protection from oxidation and light, color differentiation, printability, resistance to tampering, and increased core durability. The effect of the added gelatin layer upon the dissolution of the active is minimal due to the rapid solubilization of gelatin upon ingestion.

In the early 1990s, Banner Pharmacaps Inc. (High Point, NC) developed and commercialized a method for enrobing solid cores with gelatin using modified rotary die softgel encapsulation equipment (Figure 16.5). The cores were aligned through a feeding mechanism and dispensed between two cast gelatin ribbons, which were supported on a pair of rotary dies (Sadek and Dietel, 1992, 1995). The gelatin films deformed around the cores and were heat-sealed together before the dies cut the enrobed cores from the ribbons. Both monocolored and bicolored enrobed cores can be manufactured by using gelatin ribbons of the same or differing color, respectively. Similar to softgels, the




**Figure 16.5** Schematic diagram of the process used by Banner Pharmacaps (High Point, NC) to enrobe caplets and tablets with gelatin (Soflet™ gelcaps or geltabs, respectively) (courtesy of Banner Pharmacaps Inc., High Point, NC).

enrobed cores, referred to as Soflet™ gelcaps or Soflet™ geltabs, require drying (to a gelatin shell moisture content of 5 to 8%) prior to inspection, polishing, printing, and packaging. Cores used in this process are typically subcoated with a water-soluble polymer, such as HPMC or hydroxypropyl ethylcellulose, to give a weight gain of around 1%. The subcoat, which typically is clear (non-pigmented), prevents dusting and improves adhesion of the gelatin outer layer. The gelatin layer applied onto the cores is thinner (by 30 to 50%) than the gelatin shell of softgels and contains a lesser amount of plasticizer. For example, the wet gel formulation may contain 45% (w/w) gelatin and 9% (w/w) plasticizer (Sadek and Dietel, 1992, 1995).

McNeil-PPC (Skillman, NJ) developed and commercialized a dipping process for coating caplets with gelatin (Berta, 1989a, b). This method involved the application of a gelatin coating onto one end of the caplet followed by application of a second gelatin coating onto the other end. The second coating was thicker than the first and could be applied using a gelatin bath having a higher viscosity than the bath used for the first coating. Because the second coating partially overlapped the first coating, which had a different color, the interlocking halves of a hard gelatin capsule were simulated (Berta, 1989a, b). The smoothness and uniformity of the outer gelatin coating was improved by using caplets that were subcoated with a mixture of a water-soluble polymer, such as HPMC, and a hydrophobic plasticizer, such as castor oil (Batista and Markley,

1994; Parekh et al., 1998). This dipping process also was applied to tablets after the appropriate equipment modifications were made (Berta, 1993, 1995, 1997).

Gelatin solutions also can be sprayed onto solid cores using various coating pan systems. For example, Becker (1992) spray-coated tablets and caplets (subcoated with HPMC or methylcellulose) with solutions of hydrolyzed (Bloom strength below 80 g) gelatin. The thin (25 to 100 μm) gelatin coatings reduced the coefficient of friction of the cores, thus increasing their ease of swallowing. Gelatin coating compositions having improved drying characteristics and a reduced stickiness were discussed by Daher et al. (2000). Gelatin (preferably from fish) having a Bloom strength up to 200 g was combined with a surfactant (e.g., sodium stearoyl lactylate, calcium stearoyl lactylate, or glyceryl monostearate), a drying agent (e.g., sodium sulfate), and optionally a plasticizer (preferably propylene glycol monostearate). The surfactant was incorporated to reduce stickiness, while the drying agent accelerated the drying of the gelatin coating (Daher et al., 2000). These coating compositions could be applied to both subcoated and uncoated ("raw") solid cores (1 to 5% weight gain) (Daher et al., 2000).

Another approach to covering caplets with gelatin is by encapsulation into hard gelatin capsules. Barshay and Mayer (1990) described a method for adhesively bonding a caplet to the inner end surfaces of a hard gelatin capsule using an edible, water-based or organic solvent-based adhesive. An automatic device for filling caplets into hard gelatin capsules was designed by Boyd et al. (1992). In recent years, Warner-Lambert (Morris Plains, NJ) has developed and commercialized an improved process for encapsulating caplets that involves treating the two halves of the hard gelatin capsule with cold shrinking (Amey et al., 2000).

## REFERENCES


Akin, H. and Hasirci, N. 1995. "Preparation and Characterization of Crosslinked Gelatin Microspheres," *J. Appl. Polym. Sci.*, 58:95–100.

Albert, K., Bayer, E., Worsching, A. and Vogele, H. 1991. "Investigation of the Hardening Reaction of Gelatin with 13C Labeled Formaldehyde by Solution and Solid State 13C NMR Spectroscopy," *Z. Naturforsch*, 46b:385–389.

Albert, K., Peters, E., Bayer, E., Treiber, U. and Zwilling, M. 1986. "Cross-linking of Gelatin with Formaldehyde: A 13C NMR Study," *Z. Naturforsch*, 41b:351–358.

Albert, K.S., Sedman, A.J., Wilkinson, P., Stoll, R.G., Murray, W.J. and Wagner, J.G. 1974. "Bioavailability Studies of Acetaminophen and Nitrofurantoin," *J. Clin. Pharmacol.*, 14:264–270.

Alevisopoulos, S. and Kasapis, S. 1999. "Molecular Weight Effects on the Gelatin/Maltodextrin Gel," *Carbohydrate Polym.*, 40:83–87.

Alleavitch, J., Turner, W. and Finch, C.A. 1989. "Gelatin" in *Ullmann's Encyclopedia of Industrial Chemistry*, Vol. A12, 5th edition, eds., B. Elvers, S. Hawkins, M. Ravenscroft, J.F. Rounsaville and G. Schulz, Weinheim, Germany: VCH Verlagsgesellschaft, pp. 307–316.

Al-Ruqaie, I.M., Kasapis, S. and Abeysekera, R. 1997. "Structural Properties of Pectin-Gelatin Gels. Part II: Effect of Sucrose/Glucose Syrup," *Carbohydrate Polym.*, 34:309–321.

Altmann, A. May 31, 1995. European patent application 0 655 241 A1.

Alves, M.M., Antonov, Y.A. and Gonçalves, M.P. 2000. "Phase Equilibria and Mechanical Properties of Gel-Like Water-Gelatin-Locust Bean Gum Systems," *Int. J. Biol. Macromol.*, 27:41–47.

Alvisi, V., Longhini, C., Bagni, B., Portaluppi, F., Ruina, M. and Fersini, C. 1979. "An Improvement in Digoxin Bioavailability. Studies with Soft Gelatin Capsules Containing a Solution of Digoxin," *Arzneimittel-Forschung*, 29:1047–1050.

Ames, J.M. 1998. "Applications of the Maillard Reaction in the Food Industry," *Food Chem.*, 62:431–439.

Amey, J., Cade, D., Maes, P. and Scott, R. June 27, 2000. U.S. patent 6,080,426.

Angelucci, L., Petrangeli, B., Celletti, P. and Favilli, S. 1976. "Bioavailability of Flufenamic Acid in Hard and Soft Gelatin Capsules," *J. Pharm. Sci.*, 65:455–456.

Anguelova, T. and Warthesen, J. 2000. "Lycopene Stability in Tomato Powders," *J. Food Sci.*, 65:67–70.

Anonymous. 1992. "Ingredient Capsules Beg Processing Solutions," *Prepared Foods*, 161(12):81.

Anonymous. 1998. "BioProgress Technology Launches Bath Bead that Contains no Gelatin," *Household & Personal Prod. Ind.*, 35(8):26.

Anonymous. 2000. "VegaGelsJ Technical Information," Swiss Caps, Kirchberg, Switzerland.

Armstrong, N.A., James, K.C., Girardin, H., Burch, A., Davies, R.U. and Mitchell, G.M. 1983. "The Dispersion of Oils from Soft Gelatin Capsules. II. *In Vivo* Experiments," *Int. J. Pharm. Tech. Prod. Manufact.*, 4(4):10–13.

Astorri, E., Bianchi, G., La Canna, G., Assanelli, D., Visioli, O. and Marzo, A. 1979. "Bioavailability and Related Heart Function Index of Digoxin Capsules and Tablets in Cardiac Patients," *J. Pharm. Sci.*, 68:104–106.

Barron, L.E. and Tsuk, A.G. July 4, 1967. U.S. patent 3,329,574.

Barshay, S.F. and Mayer, P. May 29, 1990. U.S. patent 4,928,840.

Batista, M.F. and Markley, T.J. March 22, 1994. U.S. patent 5,296,233.

Bauer, K.H. and Dortunc, B. 1984. "Non-aqueous Emulsions as Vehicles for Capsule Fillings," *Drug Dev. Industr. Pharm.*, 10:699–712.

Becker, D.C. May 19, 1992. U.S. patent 5,114,720.

Becourt, P., Dubois, J-L. and Metziger, P. June 13, 1998. U.S. patent 5,707,651.

Benford, S. July 21, 1970. U.S. patent 3,520,971.

Berry, I. 1982. "One Piece, Sealed Soft Gelatin Capsules: Why Tamper Resistant?" *Drug Cosmet. Ind.*, 131(4):40, 42, 82, 84.

Berry, I.R. 1983. "Improving Bioavailability with Soft Gelatin Capsules," *Drug Cosmet. Ind.*, 133(3):32–33, 102, 105–108.

Berry, I.R. 1984. "Process Validation for Soft Gelatin Capsules," *Drug Cosmet. Ind.*, 134(1):26–29.

Berta, N.I. April 11, 1989a. U.S. patent 4,820,524.

Berta, N.I. September 19, 1989b. U.S. patent 4,867,983.

Berta, N.I. July 20, 1993. U.S. patent 5,228,916.

Berta, N.I. July 25, 1995. U.S. patent 5,436,026.

Berta, N.I. October 21, 1997. U.S. patent 5,679,406.

Borkan, L., Berry, I.R. and Shah, D. June 19, 1990. U.S. patent 4,935,243.

Bottom, C.B., Clark, M. and Carstensen, J.T. 1997. "Dissolution Testing of Soft Shell Capsules—Acetaminophen and Nifedipine," *J. Pharm. Sci.*, 86:1057–1061.

Bower, D.K., Chaundy, F.K. and Killbride Jr., T.K. June 30, 1992. U.S. patent 5,126,328.

Boyd, W. 1998. "Ingredients Update: What's New with Natural Colorants?" *Cereal Foods World*, 43:720-722.

Boyd, W. 1999. "New Developments in the Safety of Annatto Food Colorants," *Cereal Foods World*, 44:504–505.

Boyd, W. 2000. "Natural Colors as Functional Ingredients in Healthy Foods," *Cereal Foods World*, 45:221–222.

Boyd. W.G., Barns, Jr., W.E. and Turner, Jr., R.B. January 21, 1992. U.S. patent 5,081,822.

Brown, M.D. October 2, 1997. International patent application WO 97/35537.

Brown, M.D., Muncaster, B.J. and Nowak, E.Z. May 18, 2000. International patent application WO 00/27367.

Brox, W. October 25, 1988a. U.S. patent 4,780,316.

Brox, W. May 17, 1988b. U.S. patent 4,744,988.

Brox, W. November 16, 1999. U.S. patent 5,985,321.

Cade, D. and Madit, N. April 15, 1997. U.S. patent 5,620,704.

Castello, R.A. and Goyan, J.E. 1964. "Rheology of Gelatin Films," *J. Pharm. Sci.*, 53:777–782.

Chafetz, L., Hong, W.H., Tsilifonis, D.C., Taylor, A.K. and Philip, J. 1984. "Decrease in the Rate of Capsule Dissolution due to Formaldehyde from Polysorbate 80 Autoxidation," *J. Pharm. Sci.*, 73:1186–1187.

Chatterjee, S., Padwal-Desai, S.R. and Thomas, P. 1998. "Effect of γ-Irradiation on the Colour Power of Turmeric (*Curcuma longa*) and the Red Chillies (*Capsicum annum*) During Storage," *Food Res. Int.*, 31:625–628.

Cheftel, J.C., Cuq, J.L. and Lorient, D. 1985. "Amino Acids, Peptides, and Proteins" in *Food Chemistry*, 2nd edition. ed., O.R. Fennema, New York: Marcel Dekker, pp. 245–369.

Chiba, T., Muto, H., Tanioka, S., Nishiyama, Y., Hoshi, N. and Onda, Y. April 17, 1990. U.S. patent 4,917,885.

Chilvers, G.R. and Morris, V.J. 1987. "Coacervation of Gelatin-Gellan Gum Mixtures and Their Use in Microencapsulation," *Carbohydrate Polym.*, 7:111–120.

Chiprich, T.B., Hoylman, M.T. and Stroud, N.S. March 25, 1997. U.S. patent 5,614,217.

Choi, S.S. and Regenstein, J.M. 2000. "Physicochemical and Sensory Characteristics of Fish Gelatin," *J. Food Sci.*, 65:194–199.

Cimiluca, P.A. June 24, 1997. U.S. patent 5,641,512.

Cody, S.L., Hoy, M.R., Roche, E.J. and Walter, E.J. June 29, 1999. U.S. patent 5,916,590.

Cohen, J.M., Berry, I.R. and Borkan, L. November 24, 1987. U.S. patent 4,708,834.

Cohen, J.M., Berry, I.R. and Borkan, L. January 3, 1989. U.S. patent 4,795,642.

Cooper Jr., J.W., Ansel, H.C. and Cadwallader, D.E. 1973. "Liquid and Solid Solution Interactions of Primary Certified Colorants with Pharmaceutical Gelatins," *J. Pharm. Sci.*, 62:1156–1164.

Cortesi, R., Esposito, E., Osti, M., Squarzoni, G., Menegatti, E., Davis, S.S. and Nastruzzi, C. 1999. "Dextran Cross-linked Gelatin Microspheres as a Drug Delivery System," *Europ. J. Pharm. Biopharm.*, 47:153–160.

Daher, L.J., Callahan, T.P. and Lonesky, S.M. June 20, 2000. U.S. patent 6,077,540.

Davies, J.D., Touitou, E. and Rubinstein, A. June 10, 1987. European patent application 0 225 189 A2.

Devlin, B.T. and Hoy, M.R. June 1, 1999. U.S. patent 5,908,636.

Digenis, G.A., Gold, T.B. and Shah, V.P. 1994. "Cross-linking of Gelatin Capsules and Its Relevance to Their *in vitro-in vivo* Performance," *J. Pharm. Sci.*, 83:915–921.

Doelker, E. and Vial-Bernasconi, A.C. 1988. "Interactions Contenant-Contenu au sein des Capsules Gélatineuses et Évaluation Critique de leurs Effets sur la Disponibilité des Principes Actifs," *S.T.P. Pharma*, 4:298–306.

Downham, A. and Collins, P. 2000. "Colouring Our Foods in the Last and Next Millennium," *Int. J. Food Sci. Technol.*, 35:5–22.

Dziezak, J.D. 1987. "Application of Food Colorants," *Food Technol.*, 41(4):78–79, 81–88.

Ebert, W.R. 1977. "Soft Elastic Gelatin Capsules: A Unique Dosage Form," *Pharm. Technol.*, 1(10):44–50.

Ebert, W.R., Hom, F.S. and Kindt, W.W. January 31, 1984. U.S. patent 4,428,927.

Eli Lilly & Company. September 27, 1950. Great Britain Patent #643,853.

Espín, J.C., Soler-Rivas, C., Wichers, H.J. and García-Viguera, C. 2000. "Anthocyanin-Based Natural Colorants: A New Source of Antiradical Activity for Foodstuff," *J. Agric. Food Chem.*, 48:1588–1592.

Feeney, R.E., Blankenhorn, G. and Dixon, H.B.F. 1975. "Carbonyl-Amine Reactions in Protein Chemistry" in *Advances in Protein Chemistry*, Vol. 29, eds., C.B. Anfinsen, J.T. Edsall and F.M. Richards, New York: Academic Press, pp. 135–203.

Felton, L.A., Haase, M.M., Shah, N.H., Zhang, G., Infeld, M.H., Malick, A.W. and McGinity, J.W. 1995. "Physical and Enteric Properties of Soft Gelatin Capsules Coated with Eudragit® L 30 D-55," *Int. J. Pharm.*, 113:17–24.

Felton, L.A., Shah, N.H., Zhang, G., Infeld, M.H., Malick, A.W. and McGinity, J.W. 1996. "Physical-Mechanical Properties of Film-coated Soft Gelatin Capsules," *Int. J. Pharm.*, 127:203–211.

Fischer, G., Schneider, B. and Jahn, H. February 14, 1989. U.S. patent 4,804,542.

Fishman, Y. October 20, 1998. U.S. patent 5,824,323.

Francis, F.J. 1999. Colorants. St. Paul, MN: Eagan Press.

Francis, F.J. 2000a. "Carotenoids as Food Colorants," *Cereal Foods World*, 45:198–203.

Francis, F.J. 2000b. "Anthocyanins and Betalains: Composition and Applications," *Cereal Foods World*, 45:208–213.

Fuccella, L.M., Bolcioni, G., Tamassia, V., Ferrario, L. and Tognoni, G. 1977. "Human Pharmacokinetics and Bioavailability of Temazepam Administered in Soft Gelatin Capsules," *Europ. J. Clin. Pharmacol.*, 12:383–386.

Funakoshi, S., Uriyu, K., Uemura, Y., Nakane, K. and Yamane, A. June 15, 1982. U.S. patent 4,335,099.

Gautam, J. and Schott, H. 1994. "Interaction of Anionic Compounds with Gelatin. I: Binding Studies," *J. Pharm. Sci.*, 83:922-930.

Gelatin Capsule Working Group. 1998. "Collaborative Development of Two-Tier Dissolution Testing for Gelatin Capsules and Gelatin-Coated Tablets Using Enzyme-Containing Media," *Pharmacopeial Forum*, 24:7045–7050.

Gennadios, A. February 27, 2001a. U.S. patent 6,193,999.

Gennadios, A. April 10, 2001b. U.S. patent 6,214,376.

Gennadios, A., Weller, C.L. and Testin, R.F. 1993. "Temperature Effect on Oxygen Permeability of Edible Protein-based Films," *J. Food Sci.*, 58:212–214, 219.

Gennadios, A., McHugh, T.H., Weller, C.L. and Krochta, J.M. 1994. "Edible Coatings and Films Based on Proteins" in *Edible Coatings and Films to Improve Food Quality*, eds., J.M. Krochta, E.A. Baldwin and M. Nisperos-Carriedo, Lancaster, PA: Technomic Publishing Company, Inc., pp. 201–277.

Gennadios, A., Handa, A., Froning, G.W., Weller, C.L. and Hanna, M.A. 1998. "Physical Properties of Egg White-Dialdehyde Starch Films," *J. Agric. Food Chem.*, 46:1297–1302.

Ghirardi, P., Catenazzo, G., Mantero, O., Merotti, G.C. and Marzo, A. 1977. "Bioavailability of Digoxin in a New Soluble Pharmaceutical Formulation in Capsules," *J. Pharm. Sci.*, 66:267–269.

Gilsenan, P.M. and Ross-Murphy, S.B. 2000. "Rheological Characterisation of Gelatins from Mammalian and Marine Sources," *Food Hydrocolloids*, 14:191–195.

GMIA. 1993. *Gelatin*. New York: Gelatin Manufacturers Institute of America, Inc.

Gold, T.B., Smith, S.L. and Digenis, G.A. 1996. "Studies on the Influence of pH and Pancreatin on 13C-Formaldehyde-Induced Gelatin Cross-links Using Nuclear Magnetic Resonance," *Pharm. Develop. Technol.*, 1:21–26.

Gold, T.B., Buice Jr., R.G., Lodder, R.A. and Digenis, G.A. 1998. "Detection of Formaldehyde-induced Cross-linking in Soft Elastic Gelatin Capsules," *Pharm. Dev. Technol.*, 3:209–214.

Goldman, R. May 2, 2000. U.S. patent 6,056,971.

Grainger, N. April 15, 1980. U.S. patent 4,198,391.

Grossman, S. and Bergman, M. March 3, 1992. U.S. patent 5,093,474.

Grosswald, R.R., Anderson, J.B. and Andrew, C.S. May 12, 1998. U.S. patent 5,750,157.

Gudmundsson, M. and Hafsteinsson, H. 1997. "Gelatin from Cod Skins as Affected by Chemical Treatments," *J. Food Sci.*, 62:37–39, 47.

Gumkowski, M.J., Fournier, L.A., Tierney, N.K. and Curatolo, W.J. 1994. "Improved Bioavailability Through Use of Soft Gelatin Capsule Formulations of Terlakiren, a Tripeptide Renin Inhibitor," *Pharm. Res.*, 11(10):S286.

Guyot, M., Fawaz, F. and Maury, M. 1996. "*In Vitro* Release of Theophylline from Cross-linked Gelatin Capsules," *Int. J. Pharm.*, 144:209–216.

Hakata, T. and Sato, H. 1992. "Effect of Light on Disintegration Time of Soft Gelatin Capsules," *Yakuzaigaku*, 52:309–312.

Hakata, T., Hirano, H. and Ijima, M. 1983. "The Effect of Storage Temperature on Disintegration Time for Soft Gelatin Capsules," *Yakuzaigaku*, 43:120–127.

Hakata, T., Yasuda, K. and Okano, H. 1981. "Effect of Storage Temperature on Disintegration Time of Soft Gelatin Capsules," *Yakuzaigaku*, 41:276–281.

Hakata, T., Hirano, H., Sato, H. and Ijima, M. 1992. "Effect of Desiccating Agents on Disintegration Time of Soft Gelatin Capsules," *Yakuzaigaku*, 52:99–105.

Hakata, T., Sato, H., Watanabe, Y., and Matsumoto, M. 1994. "Effect of Formaldehyde on the Physicochemical Properties of Soft Gelatin Capsule Shells," *Chem. Pharm. Bull.*, 42:1138–1142.

Haman, F.E. and Schmoke, K.E. April 7, 1987. U.S. patent 4,656,092.

Heizi, I., Kawaguchi, H., Nakano, K., Kazuo, I. and Sadao, B. August 14, 1979. U.S. patent 4,164,569.

Helmstetter, G.J. October 25, 1977. U.S. patent 4,055,554.

Helqvist, S., Hartling, S.G., Faber, O.K., Launchbury, P., Wåhlin-Boll, E. and Melander, A. 1991. "Pharmacokinetics and Effects of Glipizide in Healthy Volunteers: A Comparison Between Conventional Tablets and A Rapid-Release Soft Gelatin Capsule," *Drug Investig.*, 3:69–75.

Henmi, Y., Terada, T., Suzuki, M. and Ninomiya, H. October 20, 1987. U.S. patent 4,701,327.

Herman, N.L. September 15, 1992. U.S. patent 5,146,758.

Holzer, D. January 16, 1996. U.S. patent 5,484,888.

Hom, F.S. and Ebert, R.F. January 24, 1989. U.S. patent 4,800,083.

Hom, F.S. and Jimerson, R.F. 1990. "Capsules, Soft" in *Encyclopedia of Pharmaceutical Technology*, Vol. II, eds., J. Swarbrick and J.C. Boylan, New York: Marcel Dekker, pp. 269–284.

Hom, F.S. and Miskel, J.J. 1970. "Oral Dosage Form Design and Its Influence on Dissolution Rates for a Series of Drugs," *J. Pharm. Sci.*, 56:827–830.

Hom, F.S. and Miskel, J.J. 1971. "Enhanced Dissolution Rates for a Series of Drugs as a Function of Dosage Form Design," *Lex et Scientia*, 8:18–26.

Hom, F.S., Veresh, S.A. and Miskel, J.J. 1973. "Soft Gelatin Capsules I: Factors Affecting Capsule Shell Dissolution Rate," *J. Pharm. Sci.*, 62:1001–1006.

Hom, F.S., Veresh, S.A. and Ebert, W.R. 1975. "Soft Gelatin Capsules II: Oxygen Permeability Study of Capsule Shells," *J. Pharm. Sci.*, 64:851–857.

Hong, C.I., Kim, J.W., Choi, N.H., Shin, H.J. and Yang, S.G. May 16, 2000. U.S. patent 6,063,762.

Hoy, M.R. February 15, 2000. U.S. patent 6,024,980.

Hutchison, K.G., Garnett, K.R. and Fischer, G. January 28, 1998. European patent 0 706 379 B1.

Jarén-Galán, M., Pérez-Gálvez, A. and Mínquez-Mosquera. 1999. "Prediction of Decoloration in Paprika Oleoresins. Application to Studies of Stability in Thermodynamically Compensated Systems," *J. Agric. Food Chem.*, 47:945–951.

Johnson, R.H. 1965. "Diffusion of Drugs in Modified Gelatin Films," *J. Pharm. Sci.*, 54:327–329.

Johnston-Banks, F.A. 1990. "Gelatine" in *Food Gels*, ed., P. Harris, New York: Elsevier Applied Science, pp. 233–289.

Jones, B.E. 1993. "Colours for Pharmaceutical Products," *Pharm. Technol. Europe*, 5(4):14–17.

Kamuf, W., Nixon, A. and Parker, O. 2000. "Caramel Color" in *Natural Food Colorants*, eds. G.J. Lauro and F.J. Francis, New York: Marcel Dekker, pp. 253–272.

Karunakar, S. 1998. "Softgels—A Novel Solution to Bioavailability & Stability Problems," *Indian J. Internal Med.*, 9:87–91.

Kasapis, S. 1999. "The Elastic Moduli of the Microcrystalline Cellulose-Gelatin Blends," *Food Hydrocolloids*, 13:543–546.

Kasapis, S., Al-Marhoobi, I.M.A. and Giannouli, P. 1999. "Molecular Order versus Vitrification in High-Sugar Blends of Gelatin and κ-Carrageenan," *J. Agric. Food Chem.*, 47:4944–4949.

Kellaway, I.W., Marriott, C. and Robinson, J.A.J. 1978. "The Mechanical Properties of Gelatin Films. II. The Influence of Titanium Dioxide and Dyes," *Can. J. Pharm. Sci.*, 13(4):87–90.

Kenyon, C.J., Cole, E.T. and Wilding, I.R. 1994. "The Effect of Food on the *in Vivo* Behaviour of Enteric Coated Starch Capsules," *Int. J. Pharm.*, 112:207–213.

Khomutov, L.I., Lashek, N.A., Ptitchkina, N.M. and Morris, E.R. 1995. "Temperature-Composition Phase Diagram and Gel Properties of the Gelatin-Starch-Water System," *Carbohydrate Polym.*, 28:341–345.

Kikuchi, Y. and Kamaguchi, R. July 19, 1994. U.S. patent 5,330,835.

Kim, K.O., Lim, J. and Shin, W.S. 2000. "Optimizing Extraction Conditions of Chicken Feet Gelatin and Gelatin Dessert Formula with Response Surface Methodology" in *2000 IFT Annual Meeting Book of Abstracts*, Chicago, IL: Institute of Food Technologists, p. 68.

Kobayashi, M., Matsuura, S., Sato, T. and Yamada, H. August 20, 1986. Japanese patent 61186314.

Kobayashi, T., Ohno, T., Isono, Y., Okawa, Y., Kobayashi, H. and Asano, H. 1992. "On the Rates of Gelation and the Setting Points of Gelatin Solutions," *J. Photograph. Sci.*, 40:181–183.

Kuramoto, R., Lachman, L. and Cooper, J. 1958. "A Study of the Effect of Certain Pharmaceutical Materials on Color Stability," *J. Amer. Pharm. Assoc.*, 47:175–180.

Laba, D. and Gambino, J. September 27, 2000. European patent application EP 1 038 521 A1.

Lacy, J.E., Embleton, J.K. and Perry, E.A. August 1, 2000. U.S. patent 6,096,338.

Lambrechts, L. November 12, 1996. U.S. patent 5,573,756.

Lambrechts, J. April 29, 1997. U.S. patent 5,624,664.

Lech, S. February 22, 2000. U.S. patent 6,027,746.

Lehmann, K.O.R. 1989. "Chemistry and Application Properties of Polymethacrylate Coating Systems" in *Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms*, ed. J.W. McGinity, New York: Marcel Dekker, pp. 153–245.

Leiberich, R. and Gabler, W. May 25, 1976. U.S. patent 3,959,540.

Leuenberger, B.H. 1991. "Investigation of Viscosity and Gelation Properties of Different Mammalian and Fish Gelatins," *Food Hydrocolloids*, 5:353–361.

Lim, L.-T., Mine, Y. and Tung, M.A. 1999. "Barrier and Tensile Properties of Transglutaminase Cross-linked Gelatin Films as Affected by Relative Humidity, Temperature, and Glycerol Content," *J. Food Sci.*, 64:616–622.

Lindenbaum, J. 1977. "Greater Bioavailability of Digoxin Solution in Capsules," *Clin. Pharmacol. Therap.*, 21:278–282.

Lindsay, R.C. 1985. "Food Additives" in *Food Chemistry*, 2nd edition, ed., O.R. Fennema, New York: Marcel Dekker, pp. 629–687.

Locey, C.L. and Guzinski, J.A. 2000. "Paprika" in *Natural Food Colorants*, eds. G.J. Lauro and F.J. Francis, New York: Marcel Dekker, pp. 97–113.

Lucchelli, P.D., Monarca, A., Mastro, S. and Sega, R. 1978. "Comparison of the Bioavailability Between Subjects Receiving Spironolactone Contained in Two Dosage Forms," *Bollettino Chimico Farmaceutico*, 117:487-495.

Lykens, D.N. 1979. "Edible Printing Inks," *Pharm. Technol.*, 3(2):57–60.

Makino, H. March 5, 1996. Japanese patent 8057022.

Makino, H., Hakamada, I. and Yamada, O. June 24, 1993. International patent WO 93/11753.

Mallis, G.I., Schmidt, D.H. and Lindenbaum, J. 1975. "Superior Bioavailability of Digoxin Solution in Capsules," *Clin. Pharmacol. Ther.,* 18:761–768.

Marks, E.M., Tourtellotte, D. and Andux, A. 1968. "The Phenomenon of Gelatin Insolubility," *Food Technol.,* 22:1433–1436.

Marmion, D.M. 1991. *Handbook of U.S. Colorants. Foods, Drugs, Cosmetics, and Medical Devices,* 3rd edition. New York: John Wiley & Sons.

Matthews, J.W. and Virgilio, G. March 28, 1989. U.S. patent 4,816,259.

Melnik, J., Cheney, M.C. and Vargas, A. January 21, 1992. U.S. patent 5,082,661.

Michon, C., Cuvelier, G., Launay, B., Parker, A. and Takerkart, G. 1995. "Study of the Compatibility/Incompatibility of Gelatin/Iota-Carrageenan/Water Mixtures," *Carbohydrate Polym.,* 28:333–336.

Michon, C., Cuvelier, G., Relkin, P. and Launay, B. 1997. "Influence of Thermal History on the Stability of Gelatin Gels," *Int. J. Biol. Macromol.,* 20:259–264.

Milosevic, I., Ferruzzi, M.G. and Schwartz, S.J. 2000. "Thermal Degradation of Sodium Copper Chlorophyllin" in *2000 IFT Annual Meeting Book of Abstracts,* Chicago, IL: Institute of Food Technologists, p. 109.

Mima, H., Noda, E. and Banba, H. July 15, 1969. U.S. patent 3,456,051.

Miskel, J.J., Kindt, W.W. and Connor, E.C. November 26, 1974. U.S. patent 3,851,051.

Mizuno, Y. and Kayano, M. September 21, 1982. U.S. patent 4,350,679.

Morton, F.S.S., Duque, P.P., Chiprich, T.B. and Stroud, N.S. September 23, 1997. U.S. patent 5,670,159.

Murthy, K.S. and Ghebre-Sellassie, I. 1993. "Current Perspectives on the Dissolution Stability of Solid Oral Dosage Forms," *J. Pharm. Sci.,* 82:113–126.

Murthy, K.S., Kubert, D.A. and Fawzi, M.B. 1988. "*In Vitro* Release Characteristics of Hard Shell Capsule Products Coated with Aqueous- and Organic-based Enteric Polymers," *J. Biomater. Appl.,* 3:52–79.

Murthy, K.S., Enders, N.A. and Fawzi, M.B. 1989a. "Dissolution Stability of Hard-Shell Capsule Products, Part I: The Effect of Exaggerated Storage Conditions," *Pharm. Technol.,* 13(3):72, 74, 76, 78–79, 82, 84, 86.

Murthy, K.S., Reisch, R.G. and Fawzi, M.B. 1989b. "Dissolution Stability of Hard-Shell Capsule Products, Part II: The Effect of Dissolution Test Conditions on In Vitro Drug Release," *Pharm. Technol.,* 13(6):53–56, 58.

Nielsen, P.M. 1995. "Reactions and Potential Industrial Applications of Transglutaminase. Review of Literature and Patents," *Food Biotechnol.,* 9:119–156.

Nielsen, V.N., Holm, E.M., Holmen, H. and Pedersen, A.M. March 16, 1999. U.S. patent 5,882,715.

Nishinari, K., Watase, M., Rinaudo, M. and Milas, M. 1996. "Characterization and Properties of Gellan-kappa-Carrageenan Mixed Gels," *Food Hydrocolloids,* 10:277–283.

Nitsche, V. and Mascher, H. 1982. "5-Methoxypsoralen: Bioavailability and Pharmacokinetics," *Arzneimittel-Forschung,* 32:1338–1341.

Norland, R.E. 1987. "Fish Gelatin, Technical Aspects and Applications" in *Photographic Gelatin,* ed., S.J. Band, London: The Royal Photographic Society of Great Britain, pp. 266–270.

O'Brien, C. 2000. "Inside Softgel Manufacturing," *Suppl. Ind. Executive,* 4(1):26, 28, 30.

Ohzeki, F. and Ishikawa, M. June 27, 2000. U.S. patent 6,080,269.

Okamoto, N., Wada, T., Takagi, S. and Yasumatsu, K. 1973. "Texture of SS Cross-linked Gelatin Gels," *Agric. Biol. Chem.,* 37:2501–2504.

Ozawa, K., Hino, M., Nakao, T. and Kato, T. April 23, 1984. Japanese patent 59071673.

Pagay, S.N. and Stetsko, G. July 19, 1994. U.S. patent 5,330,759.

Parekh, K.B., Wieand, D.C. and Leasure, J.B. June 23, 1998. U.S. patent 5,770,225.

Pfeifer, V.F., Sohns, V.E., Conway, H.F., Lancaster, E.B., Dabic, S. and Griffin Jr., E.L. 1960. "Two-Stage Process for Dialdehyde Starch Using Electrolytic Regeneration of Periodic Acid," *Ind. Engr. Chem.,* 52:201–206.

Pierce, D.M., Franklin, R.A., Harry, T.V.A. and Nicholson, A.N. 1984. "Pharmacodynamic Correlates of Modified Absorption: Studies with Lormetazepam," *Brit. J. Clin. Pharmacol.*, 18:31–35.

Pluvinet, R. 2000. Personal communication. Gelatin & Specialties Business Unit, SKW Biosystems, Inc., Waukesha, WI.

Po, A.L.W. and Mhando, J.R. 1984. "Formulation of Sustained-Release Products: Dissolution and Diffusion-Controlled Release from Gelatin Films," *Int. J. Pharm.*, 20:87–98.

Pouradier, J. and Hodot, A.M. 1972. "On the Interactions Between Gelatin and Glycerol" in *Photographic Gelatin*, ed., R.J Cox, New York: Academic Press, pp. 91–95.

Pszczola, D.E. 1998. "Natural Colors: Pigments of Imagination," *Food Technol.*, 52(6):70, 73–76.

Punto, L., Potini, C., Duque, P. and Gould, E. December 24, 1996. U.S. patent 5,587,149.

Rakucewicz, J. 1988. "Seamless Soft Gels. An Alternative to Contract Manufacturing," *Dev. Industr. Pharm.*, 14:391–412.

Ratko, M., Bezaire, O., Morissette, R., Mendelin, E.A. and Tedder, D.A. September 21, 1993. U.S. patent 5,246,635.

Reich, G. 1995. "Einfluß der Trocnung auf Struktur und Eigenschaften von Gelatinekapselhüllen," *Pharm. Ind.*, 57:63–67.

Reich, G. 1996. "Einfluß der Sorbitol-Spezifikation auf Struktur und Eigenschaften von Weichgelatinekapseln," *Pharm. Ind.*, 58:941–946.

Rhim, J.W., Gennadios, A., Weller, C.L., Cezeirat, C. and Hanna, M.A. 1998. "Soy Protein Isolate-Dialdehyde Starch Films," *Industr. Crops Products*, 8:195–203.

Rinaldi, M.A., Saxena, S.J. and Tutschek, P.C. April 6, 1999. U.S. patent 5,891,470.

Ring, S. and Stainsby, G. 1982. "Filler Reinforcement of Gels," *Progr. Food Nutr. Sci.*, 6:323–329.

Robinson, J.A.J., Kellaway, I.W. and Marriott, C. 1975. "The Effect of Ageing on the Rheological Properties of Gelatin Gels," *J. Pharm. Pharmac.*, 27:653–658.

Rolle, F.J. April 4, 1972. U.S. patent 3,653,934.

Rose, P.I. 1987. "Gelatin" in *Encyclopedia of Polymer Science and Engineering*, Vol. 7, 2nd edition, eds., H.F. Mark, N.M. Bikales, C.G. Overberger and G. Menges, New York: John Wiley & Sons, pp. 488–513.

Ross-Murphy, S.B. 2000. "Thermoreversible and Irreversible Physical Gels from Biopolymers," *Polym. Preprints*, 41:693.

Rouffer, M. February 28, 1995. U.S. patent 5,393,054.

Rouffer, M.T. June 2, 2000. International patent application WO 00/30619.

Rowe, D. April 21, 1998. U.S. patent 5,740,660.

Rumore, M.M., Strauss, S. and Kothari, A.B. 1992. "Regulatory Aspects of Color Additives," *Pharm. Technol.*, 16(3):68, 70, 72, 74, 76, 78, 80, 82.

Sadek, H. and Dietel, G.L. September 15, 1992. U.S. patent 5,146,730.

Sadek, H. and Dietel, G.L. October 24, 1995. U.S. patent 5,459,983.

Sakellariou, P. and Rowe, R.C. 1995. "Interactions in Cellulose Derivative Films from Oral Drug Delivery," *Progr. Polym. Sci.*, 20:889–942.

Samura, K., Kato, Y., Morita, Y., Kawamura, M., Koyama, N. and Osawa, S. 1993. "Effect of Water-Insoluble Powder Addition on Physical Properties of Gelatin Gel," *Drug Dev. Industr. Pharm.*, 19:2579–2594.

Sarabia, A.I., Gómez-Guillén, M.C. and Montero, P. 2000. "The Effect of Added Salts on the Viscoelastic Properties of Fish Skin Gelatin," *Food Chem.*, 70:71–76.

Sarkar, N. January 4, 1977. U.S. patent 4,001,211.

Sato, T., Yamada, H., Kobayashi, M. and Matsuura, S. August 20, 1986. Japanese patent 61186315.

Scherer, R.P. August 14, 1934. U.S. patent 1,970,396.

Schmidt, W.J. 1999. August 31, 1999. U.S. patent 5,945,001.

Schmidt, W.J., Smith, M.F. and Neal, III, J.W. February 22, 1994. U.S. patent 5,288,408.

Schofield, L. 1999. "A 'Softer' Approach to Supplements," *Suppl. Ind. Executive*, 3(1):18–22, 64.

Schul, J. 2000. "Carmine" in Natural Food Colorants, eds. G.J. Lauro and F.J. Francis, New York: Marcel Dekker, pp. 1–10.

Schurig, G.A., Morton, F.S.S. and Stroud, N.S. January 16, 1996. U.S. patent 5,484,598.

Schurig, G.A., Bezaire, B., Ratko, M., Baker, L.A. and Mikalian, R. September 30, 1997. U.S. patent 5,672,300.

Schwier, J.R., Cooke, G.G., Hartauer, K.J. and Yu, L. 1993. "Rayon: A Source of Furfural—A Reactive Aldehyde Capable of Insolubilizing Gelatin Capsules," *Pharm. Technol.*, 17(5):78, 80.

Seager, H. 1985. "Soft Gelatin Capsules: A Solution to Many Tableting Problems," *Pharm. Technol.*, 9(9):84, 86, 88, 90, 92, 94, 96, 98, 100, 102, 104.

Serajuddin, A.T.M., Sheen, P-C. and Augustine, M.A. 1986. "Water Migration from Soft Gelatin Shell to Fill Material and Its Effect on Drug Solubility," *J. Pharm. Sci.*, 75:62–64.

Shah, D., Borkan, L. and Berry, I.R. December 4, 1984. U.S. patent 4,486,412.

Shah, N.H., Stiel, D., Infeld, M.H., Railkar, A.S., Malick, A.W. and Patrawala, M. 1992. "Elasticity of Soft Gelatin Capsules Containing Polyethylene Glycol 400—Quantitation and Resolution," *Pharm. Technol.*, 16(3):126, 128, 130–131.

Shank, J.L. February 19, 1985. U.S. patent 4,500,453.

Shelley, R.S., Wei, Y. and Linkin, D. April 9, 1996. U.S. patent 5,505,961.

Sheppard, S.E., Houck, R.C. and Dittmar, C. 1942. "The Sorption of Soluble Dyes by Gelatin," *J. Phys. Chem.*, 46:158–176.

Singh, S., Manikandan, R. and Singh, S. 2000. "Stability Testing for Gelatin-based Formulations: Rapidly Evaluating the Possibility of a Reduction in Dissolution Rates," *Pharm. Technol.*, 24(5):58, 60, 62, 64, 66, 68, 70, 72.

Skogg, G.A. January 6, 1987. U.S. patent 4,634,606.

Smith, H.L. 1974. "Sorption Rates of Water-Soluble Dyes on Soft Gelatin Capsules," *J. Pharm. Sci.*, 63:639–641.

Specht, F., Saugestad, M., Waaler, T. and Müller, B.W. 1999. "The Application of Shellac as an Acidic Polymer for Enteric Coating," *Pharm. Technol.*, 23(3):146, 148, 150, 152, 154.

Spellman, J.X., Beck, M.C. and Connell, V. November 5, 1991. U.S. patent 5,063,057.

Spicer, J.C. 2000. Personal communication. Colorcon, Inc., West Point, PA, USA.

Stanley, J.P. 1970. "Soft Gelatin Capsules," in *The Theory and Practice of Industrial Pharmacy*, eds., L. Lachman, H.A. Lieberman and J.L. Kanig, Philadelphia, PA: Lea & Febiger, pp. 359–383.

Stanley, J.P. 1986. "Soft Gelatin Capsules" in *The Theory and Practice of Industrial Pharmacy*, eds., L. Lachman, H.A. Lieberman and J.L. Kanig, Philadelphia, PA: Lea & Febiger, pp. 398–412.

Steele, D. and Dietel, G. April 6, 1993. U.S. patent 5,200,191.

Steele, D.R. and Montes, R. September 7, 1999. U.S. patent 5,948,388.

Steinbach, D., Weber, E., Piper, C., Moller, H. and Stuber, W. 1980a. "Investigation of the Pharmaceutical and Biological Availability of Market Preparations of Diazepam. Part 2. Biological Availability," *Pharmazeutische Zeitung*, 125:1343–1347.

Steinbach, D., Weber, E., Stuber, W., Moller, H. and Piper, C. 1980b. "Investigation of the Pharmaceutical and Biological Bioavailability of Cinnarizine Market Preparations. Part 2. Biological Availability," *Pharmazeutische Zeitung*, 125:1662–1669.

Stella, V., Haslam, J., Yata, N., Okada, H., Lindenbaum, S. and Higuchi, T. 1978. "Enhancement of Bioavailability of a Hydrophobic Amine Antimalarial by Formulation with Oleic Acid in a Soft Gelatin Capsule," *J. Pharm. Sci.*, 67:1375–1377.

Stella, V., Vallée, P., Albrecht, P. and Postaire, E. 1995. "Gliadin Films. I: Preparation and in Vitro Evaluation as a Carrier for Controlled Drug Release," *Int. J. Pharm.*, 121:117–121.

Stevens, P.V., Wijaya, I.M.A.S. and Paterson, J.L. 1995. "Modeling of Physical Properties of Gelatin: Gel Strength," *Food Australia*, 47(4):167–172.

Stone, D.D. October 27, 1998. U.S. patent 5,827,535.

Stoopak, S.B., Kornblum, S.S. and Jacobs, A.L. December 28, 1982. U.S. patent 4,366,145.

Stringer, W. 1994. "Sofgel Capsule Manufacturing," presented at Capsule Technology '94, Medical Manufacturing Techsource® Inc., November 1–3, Toronto, ON, Canada.

Stroud, N. September 10, 1996. U.S. patent 5,554,385.

Stroud, N.S., Walker, D.J., Garnett, K.R., Burnett, A.J. and Wood, A.J. April 7, 1998. U.S. patent 5,735,105.

Sundararajan, M.R., Youngblood, E., Rodrigues, G.T., Walker, D.J., Beke, P. and Stroud, N.S. December 19, 1996. International patent application WO 9640083.

Surówka, K. 1997. "Effect of Protein Hydrolysate on the Instrumental Texture Profile of Gelatin Gels," *J. Text. Studies*, 28:289–303.

Suzuki, T., Ikeda, M. and Okuda, T. December 26, 1995. U.S. patent 5,478,508.

Suzuki, T., Ikeda, M. and Sugiyama, M. March 16, 1999. U.S. patent 5,882,680.

Takashi, K. and Tetsuo, M. March 23, 1999. Japanese patent 11076369.

Takemori, T., Takimoto, K. and Takagi, M. April 4, 1985. Japanese patent 60058038.

Tanner, K. and Orange, K. April 29, 1997. U.S. patent 5,624,681.

Tanner, K. and Shelley, R.S. October 29, 1996. U.S. patent 5,569,466.

Tanner, K.E., Getz, J.J., Burnett, S., Youngblood, E. and Draper, P.R. January 18, 2001. International patent application WO 01/03677 A1.

Tatematsu, S., Omata, K., Hashimoto, T., Takahashi, M. and Ito, N. January 22, 1991. U.S. patent 4,987,031.

Taylor, S.K., Davidson, F. and Ovenall, D.W. 1978. "Carbon-13 Nuclear Magnetic Resonance Studies on Gelatin Crosslinking by Formaldehyde," *Photogr. Sci. Engr.*, 22:1433–1436.

Te Nijenhuis, K. 1981. "Investigation into the Aging Process in Gas of Gelatin in Water Systems by the Measurement of Their Dynamic Moduli," *Colloid Polym. Sci.*, 259:1017–1026.

Thompson, M.J., Fell, A.F., Clark, B.J. and Robinson, M.L. 1993. "LC Studies on the Potential Interaction of Paraben Preservatives with Sorbitol and Glycerol," *J. Pharm. Biomed. Anal.*, 11:233–240.

Tønnesen, H.H. and Karlsen, J. 1987. "Studies on Curcumin and Curcuminoids. X. The Use of Curcumin as a Formulation Aid to Protect Light-Sensitive Drugs in Soft Gelatin Capsules," *Int. J. Pharm.*, 38:247–249.

Torosian, G. December 29, 1992. U.S. patent 5,175,002.

Trenktrog, T., Steinhäusser, M., Stang, N., Morick, W. and Scholze, M. March 5, 1998. International patent WO9809150.

Tsuji, S. 1987. June 2, 1987. U.S. patent 4,670,287.

USP24/NF19. 1999. "Gelatin" in *The US Pharmacopeia & National Formulary*, Rockville, MD: United States Pharmacopeial Convention, pp. 2456–2457.

Vàsquez, C.E.M. May 6, 1997. U.S. patent 5,626,872.

Vassileva, E., Calleja, F.J.B., Cagiao, M.E. and Fakirov, S. 1999. "New Aspects of Thermal Treatment Effects on Gelatin Films Studied by Microhardness," *Macromol. Chem. Phys.*, 200:405–412.

Viaud, F. February 18, 1999. International patent WO990707347.

Walkenström, P. and Hermansson, A.-M. 1997. "Mixed Gels of Gelatin and Whey Proteins, Formed by Combining Temperature and High Pressure," *Food Hydrocolloids*, 11:457–470.

Welz, M.M. and Ofner, C.M., III. 1992. "Examination of Self-Crosslinked Gelatin as a Hydrogel for Controlled Release," *J. Pharm. Sci.*, 81:85–90.

Wilkinson, P.K. and Hom, F.S. 1990. "Softgels: Manufacturing Considerations" in *Specialized Drug Delivery Systems—Manufacturing and Production Technology*, ed., P. Tyle, New York: Marcel Dekker, pp. 409–449.

Winston Jr., P.E., Miskiel, F.J. and Valli, R.C. August 30, 1994. U.S. patent 5,342,626.

Wittwer, F. and Mayer, J-P. September 2, 1986. U.S. patent 4,609,403.

Woo, J.S. June 17, 1997. U.S. patent 5,639,474.

Woznicki, E.J. and Schoneker, D.R. 1991. "Coloring Agents for Use in Pharmaceuticals" in *Encyclopedia of Pharmaceutical Technology*, Vol. 3, eds., J. Swarbrick and J.C. Boylan, New York: Marcel Dekker, pp. 65–100.

Wulansari, R., Mitchell, J.R., Blanshard, J.M.V. and Paterson, J.L. 1998. "Why Are Gelatin Solutions Newtonian?" *Food Hydrocolloids*, 12:245–249.

Yamada, O. and Makino, H. December 13, 1985. Japanese patent 60252411.

Yamada, O. and Makino, H. March 25, 1986. Japanese patent 61058537.

Yamada, O., Makino, H. and Yoshida, K. November 17, 1988. Japanese patent 63280017.

Yamamoto, T., Kobayashi, M. and Matsuura, S. May 30, 1995. U.S. patent 5,419,916.

Yannas, I.V. and Tobolsky, A.V. 1967. "Cross-linking of Gelatin by Dehydration." *Nature*, 215:509–510.

Yoshioka, S., Aso, Y. and Terao, T. 1992. "Effect of Water Mobility on Drug Hydrolysis Rates in Gelatin Gels," *Pharm. Res.*, 9:607–612.

Yu, M.S., Hom, F.S., Chakrabarti, S., Huang, C-H. and Patel, M. December 10, 1991. U.S. patent 5,071,643.

Zasypkin, D.V., Braudo, E.E. and Tolstoguzov, V.B. 1997. "Multicomponent Biopolymer Gels," *Food Hydrocolloids*, 11:159–170.