# EXHIBIT J

atures, which are melted to allow filling.[2] Or they are thixotropic formulations in which the shear developed in filling allows pumping, but whose high viscosity when shear is absent prevents leakage after filling. Quantitative assessment of the gastric emptying of hard gelatin capsules filled with thixotropic liquids can be made in terms of the lag time prior to emptying, and the slope of the first order emptying curve. Results have shown that the viscosity of the fill has no significant influence on the emptying characteristics of these dosage forms.[3] Machines for filling semisolid materials are currently available from Robert Bosch GmbH, Elanco, Harro Hofliger, and Zanasi.

5. A recent series of developments—primarily in Europe—have resulted in allowing the use of a liquid fill into two-piece hard capsules. The fills are either thermosetting (and filled warm) or thixotropic. Modified commercial equipment is available for filling.

## References

1. Francois, D., and Jones, B.E.: Man. Chem. Aerosol News, 37:37, 1979.
2. Hunter, E., Fell, J.T., Sharma, H., and McNeilly, A.M.: Die Pharm. Ind., 44:90, 1982.
3. Hunter, E., Fell, J.T., Sharma, H., and McNeilly, A.M.: Die Pharm. Ind., 45:443, 1983.

---

# PART TWO

# Soft Gelatin Capsules

J. P. STANLEY

Many pharmaceutical companies have the equipment and facilities for the development and production of tablets, liquids, and hard-shell capsule products, but they usually depend upon custom manufacturers for the development and production of soft gelatin capsules. The custom manufacturers are specialists in this field, owing primarily to economic, patent, and technologic factors. Although few become directly involved in the manufacture of soft capsules, pharmaceutical chemists must be prepared to investigate this dosage form and to participate in its development, either in their own laboratories or in cooperation with the technical personnel of a custom manufacturer.

Owing to their special properties and advantages, soft gelatin capsules are used in a wide variety of industries, but they are used most widely in the pharmaceutical industry. Billions of capsules are made each year in various sizes and shapes (Fig. 13-26), and in a variety of colors and color combinations. Their pharmaceutical applications are:

1. As an oral dosage form of ethical or proprietary products for human or veterinary use.
2. As a suppository dosage form for rectal use,[1] or for vaginal use. Rectal dosage forms are becoming more acceptable for pediatric and geriatric use. Vaginal use is confined to applications that require the medication to be inserted at bedtime. Because of the action of the sphincter muscle, rectal use is not similarly limited.
3. As a specialty package in tube form, for human and veterinary single dose application of topical, ophthalmic, and otic preparations, and rectal ointments.

In the cosmetic industry, these capsules may be used as a specialty package for breath fresheners, perfumes, bath oils, suntan oils, and various skin creams.

## Methods of Manufacture

Soft gelatin capsules have been available since the middle of the nineteenth century. Originally, they were made one at a time; leather molds—and later, iron molds—were used for shaping the capsule. The capsules were filled by medicine dropper and sealed by hand with a "glob" of molten gelatin. Since those early days, many methods of capsulation have been proposed and patented, but this discussion is confined to equipment of commercial significance in present use.

As technology advanced, the individual iron molds gave way to multiple molding units, and these eventually led to sets of plates containing die pockets. The *plate process* is the oldest commercial method of manufacture, but today this equipment can no longer be purchased, and consequently, only a few companies still use this process. The plate process—a batch process that requires two or three operators for each machine—has given way to the more modern continuous processes, which require considerably less manpower for operation.

The continuous processes became a commercial reality in 1933, when the late R. P. Scherer

NOTICE THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 17 U.S. CODE)

DEF00000290



FIG. 13-26. *Sizes and shapes of soft gelatin capsules (1 cc = 16.23 m). Numbers represent the nominal capacity in minims. (Courtesy of R.P. Scherer Corporation, Troy, MI.)*

invented the *rotary die process*. Prior to this invention, soft gelatin capsules were not looked on favorably by the pharmaceutical industry, owing to the relatively large amount of the capsulated material (15 to 20%) lost during manufacture, and to the variation in the net content of the capsule (possibly 20 to 40%). The rotary die process reduced manufacturing losses to a negligible figure and content variation to less than ±3%. The Scherer machine cannot be purchased or leased, but the Scherer organization provides plant and laboratory facilities for the manufacture of this dosage form in the United States and nine foreign locations.

The early success of the rotary die process led others to develop continuous methods of soft gelatin capsule manufacture. One such method, known as the *reciprocating die process*, was announced in 1949 and was developed by the Norton Company, Worchester, MA. Another continuous process, also announced in 1949, was developed by the Lederle Laboratories Division of the American Cyanamid Company and has been used solely in the manufacture of that company's products. This equipment, known as the *Accogel machine*, is unique in that it is the only equipment that accurately fills powdered dry solids into soft gelatin capsules.

A discussion of the comparative advantages and disadvantages of the foregoing four processes—plate, rotary die, reciprocating die, and Accogel machine—is beyond the scope of this chapter and would have little instructive value, since the pharmaceutical chemist seldom has the opportunity to choose between the four types of equipment. One must consider, however, that for maximum production efficiency, the continuous processes demand almost 24 hours per day, 5 (preferably 7) days per week, of continuous operation. Thus, medicament formulations must be so designed as to maintain their desired physical characteristics during this period of operation as well as during periods of weekend shutdowns, should they occur. The production capacity of each of these machines is determined by (1) die size, which determines the number of die pockets on the standard-sized die plate, rotary die, or reciprocating die; (2) the speed of the machine (of the operators for the plate process); and (3) the physical characteristics of the material to be capsulated. Formulations are designed to achieve maximum production capacity consistent with maximum physical and ingredient stability and therapeutic efficacy.

All of the aforementioned equipment is limited to the production of gelatin capsules. Other films and film-forming polymers have not as yet been successfully adapted for use on these machines. An interesting review of the patent literature, covering capsule technology, has been published.[2]

### The Nature of the Capsule Shell

The capsule shell is basically composed of gelatin, a plasticizer, and water; it may contain additional ingredients such as preservatives, color-

DEF00000291

ing and opacifying agents, flavorings, sugars, acids, and medicaments to achieve desired effects.

Gelatin's chemical, physical, and physiological properties make it an ideal substance for the capsulation of pharmaceutical products.[3-6] The *gelatin* is USP grade with additional specifications required by the capsule manufacturer. The additional specifications concern the Bloom strength, viscosity, and iron content of the gelatins used.

The *Bloom* or *gel strength* of gelatin is a measure of the cohesive strength of the cross-linking that occurs between gelatin molecules and is proportional to the molecular weight of the gelatin. Bloom is determined by measuring the weight in grams required to move a plastic plunger that is 0.5 inches in diameter 4 mm into a 6⅔% gelatin gel that has been held at 10°C for 17 hours. Bloom may vary with the requirements of the individual custom manufacturer but ranges from 150 to 250 g. In general, with all other factors being equal, the higher the Bloom strength of the gelatin used, the more physically stable is the resulting capsule shell. The cost of gelatin is directly proportional to its Bloom or gel strength and thus is an important factor in the cost of soft capsules. Consequently, the higher Bloom gelatins are only used when necessary to improve the physical stability of a product or for large capsules (over 50 minims), which require greater structural strength during manufacture.

*Viscosity* of gelatin, determined on a 6⅔% concentration of gelatin in water at 60°C, is a measure of the molecular chain length and determines the manufacturing characteristics of the gelatin film. The desired film characteristics are usually based on standard gelatin formulations, which allow production at a set sealing temperature and definite drying conditions, and produce a firm, nontacky, nonbrittle, pharmaceutically elegant product. The viscosity for gelatin can range from 25 to 45 millipoise, but the individual manufacturer sets a narrow range, e.g., 38 ± 2 millipoise, for a particular type of gelatin, to make use of a standard formulation and thus conform to standard production conditions.

Low-viscosity (25 to 32 millipoise), high-Bloom (180 to 250 g) gelatins are used in conjunction with the capsulation of hygroscopic vehicles or solids, and standard gelatin formulas can be modified so as to require up to 50% less water for satisfactory operation on the capsulation machine. These modified formulas afford less opportunity for the hygroscopic fill materials to attract water from the shell and thereby improve the ingredient and physical stability of the product.[7]

*Iron* is always present in the raw gelatin, and its concentration usually depends on the iron content of the large quantities of water used in its manufacture. Gelatins used in the manufacture of soft gelatin capsules should not contain more than 15 ppm of this element, because of its effect on Food, Drug, and Cosmetic (FD&C) certified dyes and its possible color reactions with organic compounds.

The *plasticizers* used with gelatin in soft capsule manufacture are relatively few. Glycerin USP, Sorbitol USP, Pharmaceutical Grade Sorbitol Special, and combinations of these are the most prevalent. The ratio by weight of dry plasticizer to dry gelatin determines the "hardness" of the gelatin shell, assuming that there is no effect from the capsulated material. (Some examples of glycerin/gelatin ratios are shown in Table 13-2 along with their typical usage.) The ratio by weight of water to dry gelatin can vary from 0.7 to 1.3 (water) to 1.0 (dry gelatin) depending on the viscosity of the gelatin being used. For most formulations, however, it is approximately 1 to 1. Since only water is lost during the capsule drying process, the percentage of plasticizer and gelatin in the shell is increased, but the important plasticizer to gelatin ratio remains unchanged.

In general, the additional *components* of the gelatin mass are limited in their use by (1) the

TABLE 13-2. *Typical Shell "Hardness" Ratios and Their Uses*

| Hardness | Ratio Dry Glycerin/ Dry Gelatin | Usage |
|---|---|---|
| Hard | 0.4/1 | Oral, oil-based, or shell-softening products and those destined primarily for hot, humid areas. |
| Medium | 0.6/1 | Oral, tube, vaginal oil-based, water-miscible-based, or shell-hardening products and those destined primarily for temperate areas. |
| Soft | 0.8/1 | Tube, vaginal, water-miscible-based or shell-hardening products and those destined primarily for cold, dry areas. |

DEF00000292

amounts required to produce the desired effect; (2) their effect on capsule manufacture; and (3) economic factors. Examples of ingredients falling into the first two categories are shown in Table 13-3.

The addition of *medicaments* to the gelatin mass usually is not recommended, for economic reasons, since only 50% of the gelatin mass is incorporated into the capsules. This results in a 50% loss of the added medicament. However, certain highly active, relatively inexpensive compounds such as benzocaine (3 mg/capsule shell) in chewable cough capsules may be used successfully.

Additional comments relative to the *color* of the gelatin shell are in order, since color is such an important aspect of all products. This is particularly true of soft gelatin capsules, in which the color of the capsule can be definitely affected by the color or type of material capsulated. As a general policy, the color of the capsule shell should never be lighter in hue than the capsulated material.

More specifically, darker colors are more appropriate for large-size (14 to 20 minim oblong) oral products, since they will not accentuate the size. Also, before a color is chosen, mixtures should be checked in the laboratory by addition of water to ascertain if reactions take place to cause the mixture to darken, as in the case of ascorbic acid and iron salts in vitamin and mineral formulations, or as in the case of reactions between iron and compounds of a phenolic nature. Since iron is present in gelatin, dark spots may occur in the shell owing to the migration of water-soluble iron-sensitive ingredients from the fill material into the shell. As a rule, clear colors usually are employed with clear type fill materials, and opaque colors are used with suspensions, but the reverse of this rule can be chosen to achieve a particular appearance or for ingredient stability purposes. For special effects or identification purposes, two colors, both opaque or one opaque and one clear, may be chosen since the manufacturing process involves two gelatin films.

A publication by Hom and co-workers describes a gelatin disk method for the determination of the effects of agitation, temperature, dissolution medium, and shell composition on the dissolution rate of soft gelatin capsules.[8] This information should be helpful in the formulation of gelatin capsules for various purposes.

From the foregoing discussion on the gelatin shell, one may conclude that the pharmaceutical chemist must rely heavily on the experience of the custom capsule manufacturer. However, in order to choose the proper gelatin, gelatin formula, and color, the custom manufacturer must rely on the technical and product information designed and developed by the pharmaceutical chemist. With such mutual cooperation and free exchange of information, new products or dosage forms can be efficiently developed.

TABLE 13-3. *Additional Components of the Gelatin Mass*

| Ingredient | Concentration | Purpose |
|---|---|---|
| **Category I** | | |
| Methylparaben, 4 parts; Propylparaben, 1 part | 0.2% | Preservative |
| FD&C and D&C water-soluble dyes, certified lakes, pigments, and vegetable colors, alone or in combination | q.s. | Colorants |
| Titanium dioxide | 0.2 to 1.2% | Opacifier |
| Ethyl vanillin | 0.1% | Flavoring for odor and taste |
| Essential oils | to 2% | Flavoring for odor and taste |
| **Category II** | | |
| Sugar (sucrose) | to 5% | To produce chewable shell and taste |
| Fumaric acid | to 1% | Aids solubility; reduces aldehydic tanning of gelatin |

## The Nature of the Capsule Content

Soft gelatin capsules can be used to dispense a variety of liquids and solids. Requirements and specifications of these materials vary, depending on the equipment of the manufacturer, but there are basic precepts that may be used as a guide for the formulation and production of commercially and therapeutically acceptable capsules, regardless of method of capsulation. The formulation of the capsule content for each product is individually developed to fulfill the specifications and end-use requirements of the product.

Except for the Accogel process, which is primarily concerned with the capsulation of dry

DEF00000293

powders, the content of a soft gelatin capsule is a liquid, or a combination of miscible liquids, a solution of a solid(s) in a liquid(s), or a suspension of a solid(s) in a liquid(s). All such materials for capsulation are formulated to produce the smallest possible capsule consistent with maximum ingredient and physical stability, therapeutic effectiveness, and production efficiency. Once the smallest capsule size is determined, personnel in the sales or marketing departments usually choose the color, shape, and ultimate size of the retail product, unless there is a technical or production reason for the development chemist to specify a particular size, shape, and color. The maximum capsule size and shape for convenient oral use in humans is the 20 minim oblong, the 16 minim oval, or the 9 minim round as shown in Figure 13-26.

*Liquids* are an essential part of the capsule content. Only those liquids that are both water-miscible and volatile cannot be included as major constituents of the capsule content since they can migrate into the hydrophilic gelatin shell and volatilize from its surface. Water, ethyl alcohol, and, of course, emulsions fall into this category. Similarly, gelatin plasticizers such as glycerin and propylene glycol cannot be major constituents of the capsule content, owing to their softening effect on the gelatin shell, which thereby makes the capsule more susceptible to the effects of heat and humidity. As minor constituents (up to about 5% of the capsule content), water and alcohol can be used as cosolvents to aid in the preparation of solutions for capsulation. Also, up to 10% glycerin and/or propylene glycol can be used as cosolvents with polyethylene glycol or other liquids that have a shell-hardening effect when capsulated alone.

There are a large number of liquids that do not fall into the foregoing category and thus can function as active ingredients, solvents, or vehicles for suspension-type formulations. These liquids include aromatic and aliphatic hydrocarbons, chlorinated hydrocarbons, and high-molecular-weight alcohols, esters, and organic acids. Many of these are used in veterinary, cosmetic, and industrial products. For human use, however, the pharmaceutical chemist is often limited in his selection or use of a particular liquid because of government regulations, product performance specifications, ingredient incompatibilities, and liquid-solid adsorption characteristics. The most widely used liquids for human use are oily active ingredients (clofibrate), vegetable oils (soybean oil), mineral oil, nonionic surface active agents (polysorbate 80), and polyethylene glycols (400 and 600), either alone or in combination. Such active ingredient oils as fish oil may also function as a solvent, or as the suspending medium for one or more additional active ingredients, as in vitamin capsules.

All liquids, solutions, and suspensions for capsulation should be homogeneous and air-free (vide infra), and preferably should flow by gravity at room temperature, but not at a temperature exceeding 35°C at the point of capsulation, since the sealing temperature of the gelatin films is usually in the range of 37 to 40°C. In general, liquids ranging in *viscosity* from ethyl ether (0.222 cp at 25°C)[9] to heavy adhesive mixtures (exceeding 3000 cp at 25°C) may be encapsulated, but there are some exceptions since the property of viscosity alone is not the sole criterion. Liquids that exhibit the rheologic property of tack or tackiness, such as glycerin (954 cp at 25°C),[9] are exceptions, since such liquids can eventually cause the binding of slide valves and pumps in the capsule filling mechanism. Also, preparations for encapsulation should have a pH between 2.5 and 7.5, since preparations that are more acidic can cause hydrolysis and leakage of the gelatin shell, and preparations that are more alkaline can tan the gelatin and thus affect the solubility of the shell.

The capsulation of water-immiscible liquids is the simplest form of soft gelatin capsulation and usually requires little or no formulation. The minimum size capsule depends on the dosage desired, the minimum fill volume being calculated from the specific gravity of the liquid. A die size and shape may then be chosen from those shown in Figure 13-26. The nearest die size above the calculated fill volume may be used, or any larger die may be chosen if the active ingredient is to be diluted for some reason. For example, a 25,000-unit vitamin A capsule using vitamin A palmitate (1,000,000 units A/g) as a source for the vitamin A would have a minimum fill volume of about 0.45 minims, and thus could be diluted to any size capsule desired. On the other hand, the same potency capsule using fish oil (50,000 units A/g) as a source for the vitamin A would have a minimum fill volume of about 8.8 minims.

The minimum fill volume for water-miscible, nonvolatile liquids, such as polysorbate 80, is determined in the same manner. Because of their hygroscopic nature, however, they cause water to migrate from the gelatin shell into the fill material. This migration is rapid and could amount to 20% of the weight of the miscible liquid. During the drying period of the capsule, most of this water returns to and passes through the gelatin shell, but up to 7.5% of the original water can remain in the fill material, depending

on the hydrophilic properties of the liquid. Thus, for liquids of this type, a safety factor must be used in establishing the minimum fill volume and in choosing the die.*

Although oily liquids do not retain moisture, water does pass from the shell of the capsule into the fill material and out again during the manufacture and drying of these capsules. This is important for the formulator to remember, since such water transfer can and does have a bearing on formulations in which oily liquids are used as solvents or as vehicles for suspensions. If such suspensions contain hydrophilic solids, water may be retained up to 3% by weight of the hydrophilic material.

Combinations of miscible liquids often are used to produce desired physiological results such as increased or more rapid absorption of active ingredient (vitamin A and polysorbate 80); or to produce desired physiochemical results, such as improved flow properties (dilution or partial substitution with a thinner liquid), or improved solubility (steroid with oil and benzyl alcohol).

Except for when the Accogel process is used, solids are filled into soft gelatin capsules, in the form of either a solution or a suspension. The preparation of a suitable solution of a solid medicament should be the first goal of the pharmaceutical chemist. Usually, a solution is more easily capsulated and exhibits better uniformity, stability, and biopharmaceutical properties than does a suspension. For oral products, the medicament must have sufficient solubility in the solvent system so that the necessary dose is contained in a maximum fill volume of 16 to 20 minims (1 to 1.25 cc).

*Solids* that are not sufficiently soluble in liquids or in combinations of liquids are capsulated as suspensions. Most organic and inorganic solids or compounds may be capsulated. Such materials should be 80 mesh or finer in particle size, owing to certain close tolerances of the capsulation equipment and for maximum homogeneity of the suspension. Many compounds cannot be capsulated, owing to their solubility in water and thus their ability to affect the gelatin shell, unless they are minor constituents of a formula or are combined with a type of carrier (liquid or solid) that reduces their effect on the shell. Examples of such solids are strong acids (citric), strong alkalies (sodium salts of weak acids), salts of strong acids and bases (sodium chloride, choline chloride), and ammonium salts. Also, any substance that is unstable in the presence of moisture (e.g., aspirin) would not exhibit satisfactory chemical stability in soft gelatin capsules.

The capsulation of *suspensions* is the basis for the existence of a large group of products. Again, the design of suspension type formulations and the choice of the suspending medium are directed toward producing the smallest size capsule having the characteristics previously described, i.e., maximum production capacity consistent with maximum physical and ingredient stability and therapeutic efficacy.

The formulation of suspensions for capsulation follows the basic concepts of suspension technology. Formulation techniques, however, can vary depending on the drug substance, the desired flow characteristics, the physical or ingredient stability problems, or the biopharmaceutical properties desired. In most instances, these techniques must be developed through the ingenuity of the formulating chemist; however, in the formulation of suspensions for soft gelatin encapsulation, certain basic information must be developed to determine minimum capsule size.

One laboratory tool for this purpose is known as the "base adsorption" of the solid(s) to be suspended. Base adsorption is expressed as the number of grams of liquid base required to produce a capsulatable mixture when mixed with one gram of solid(s). The base adsorption of a solid is influenced by such factors as the solid's particle size and shape, its physical state (fibrous, amorphous, or crystalline), its density, its moisture content, and its oleophilic or hydrophilic nature.

In the determination of base adsorption, the solid(s) must be completely wetted by the liquid base. For glycol and nonionic type bases, the addition of a *wetting agent* is seldom required, but for vegetable oil bases, complete wetting of the solid(s) is not achieved without an additive. Soy lecithin, at a concentration of 2 to 3% by weight of the oil, serves excellently for this purpose, and being a natural product, is universally accepted for food and drug use. Increasing the concentration above 3% appears to have no added advantage.

A practical procedure for determining base adsorption and for judging the adequate fluidity of a mixture is as follows. Weigh a definite amount (40 g is convenient) of the solid into a

---

*For example, a capsule to contain 500 mg of Polysorbate 80 would have a calculated $\left(\frac{0.5g \times 16.23 \text{ minim}}{1.08g}\right)$ fill volume of about 7.5 minims. Assuming, however, that there is 5% residual water in the dry capsule, the final fill volume would be about 8 minims $\left(\frac{.525g \times 16.23 \text{ minim}}{1.08g}\right)$.

DEF00000295

150-ml tared beaker. In a separate 150-ml tared beaker, place about 100 g of the liquid base. Add small increments of the base to the solid, and using a spatula, stir the base into the solid after each addition until the solid is thoroughly wetted and uniformly coated with the base. This should produce a mixture that has a soft ointment-like consistency. Continue to add liquid and stir until the mixture flows steadily from the spatula blade when held at a 45-degree angle above the mixture. The flow is even and continuous, and not in "globs." Attention also should be given to the nature of the "cut-off" quality of the mixture. As the mixture tends to stop flowing, proper cut-off is exhibited when the stream contracts rapidly upward toward the spatula blade rather than "stringing out" in intermediate flow.

At the conclusion of the foregoing test, the base adsorption is obtained by means of the following formula:

$$\frac{\text{Weight of Base}}{\text{Weight of Solid}} = \text{Base Adsorption}$$

The base adsorption mixture is milled or homogenized, and deaerated (a desiccator under vacuum is suitable), and the specific gravity is taken. The specific gravity is the weight of mixture (W) per cubic centimeter or per 16.23 minims (V). As in the case of liquids and solutions, the specific gravity may be used to determine the die size required for a given quantity of the particular mixture.

The base adsorption is used to determine the "minim per gram" factor (M/g) of the solid(s). The minim per gram factor is the volume in minims that is occupied by one gram (S) of the solid plus the weight of liquid base (BA) required to make a capsulatable mixture. The minim per gram factor is calculated by dividing the weight of base plus the gram of solid (BA + S) by the weight of mixture (W) per cubic centimeter or 16.23 minims (V). A convenient formula is:

$$\frac{(BA + S) \times V}{W} = M/g$$

Thus, the lower the base adsorption of the solid(s) and the higher the density of the mixture, the smaller the capsule will be. This also indicates the importance of establishing specifications for the control of those physical properties of a solid mentioned previously that can affect its base adsorption.

The BA and M/g data need not be obtained on any material that is to be capsulated alone at concentrations of 50 mg or less, since the smallest capsules can accommodate such quantities. If such material is to be used in combination, however, the data become necessary to allow for its inclusion in the formulation. The convenience of using M/g factors is particularly evident in the vitamin field, where there may be many ingredients and numerous combinations. Since the minim per gram factors are additive, they can be used for a more rapid calculation of capsule size than can be given by the preparation of the many possible mixtures in the laboratory. See Table 13-4 for BA and M/g data on some typical solids.

The final formulation of a suspension invariably requires a *suspending agent* to prevent the settling of the solids and to maintain homogeneity prior to, during, and after capsulation. The nature and concentration of the suspending agent vary, depending on the job to be done. Also, a rather delicate balance must be achieved between the requirement for a stable suspension and the requirement for the mixture to have the proper flow characteristics. There is evidence, too, that the proper suspending agent coats the suspended solids, imparting a certain lubricity to them and thereby aiding capsulation. Also, the coating can prevent contact with possible incompatible components in the mixture. Of the examples shown in Table 13-5, the most widely used suspending agent for oily bases is wax mixture, and in nonoily bases, the polyethylene glycols 4000 and 6000.

In all instances, the suspending agent used is melted in a suitable portion of the liquid base, and the hot melt is added slowly, with stirring, into the bulk portion of the base, which has been preheated to 40°C prior to the addition of any solids. The solids are then added, one by one, with sufficient mixing between additions to ensure complete wetting. Incompatible solids are added as far apart as possible in the mixing order to prevent interaction prior to complete wetting by the base.

Additional aids to formulation involve the physical and ingredient stability of the capsules. There should be little concern with oxidation or the effects of light as a cause of ingredient instability, since the gelatin shell is an excellent oxygen barrier and may be opacified.[10,11]

Most ingredient stability problems are associated with the available moisture from the gelatin shell, which when absorbed into the capsule content, can cause areas of high concentration of water-soluble solids, leading to ionization and interaction of the solids. Such problems may be alleviated or eliminated by employing a less soluble salt (procaine penicillin instead of potas-

DEF00000296

TABLE 13-4. *BA and M/g Factors of Some Typical Solids*

| Ingredient | Base* | BA | M/g |
|---|---|---|---|
| Acetaminophen | Veg. oil | 0.76 | 25.97 |
| Acetaminophen | PEG 400 | 0.75 | 23.07 |
| Ascorbic acid | Veg. oil | 0.60 | 20.60 |
| Ascorbic acid | Polysorbate 80 | 1.10 | 26.92 |
| $Al(OH)_3$—$MgCO_3$ (FMA 11) | Veg. oil | 1.90 | 41.30 |
| $Al(OH)_3$—$MgCO_3$ (FMA 11) | PEG 400 | 2.44 | 42.10 |
| Danthron | Veg. oil | 1.30 | 33.75 |
| Danthron | Glyceryl monooleate | 1.39 | 33.94 |
| Danthron | Polysorbate 80 | 1.38 | 31.28 |
| Danthron | PEG 400 | 1.60 | 33.62 |
| Danthron | Triacetin | 1.83 | 36.02 |
| Ephedrine $SO_4$ | Veg. oil | 1.30 | 36.80 |
| Ferrous $SO_4$ exsiccated | Veg. oil | 0.30 | 10.60 |
| Ferrous $SO_4$ exsiccated | Polysorbate 80 | 0.47 | 12.90 |
| Guaifenesin | Veg. oil | 1.28 | 34.68 |
| Lactose | Veg. oil | 0.75 | 23.87 |
| Desiccated liver | Veg. oil | 0.80 | 25.70 |
| Mephenesin | Veg. oil | 2.50 | 57.38 |
| Mephenesin | PEG 400 | 2.13 | 44.77 |
| Meprobamate | Veg. oil | 1.59 | 42.55 |
| Meprobamate | PEG 400 | 1.30 | 32.52 |
| Niacinamide | Veg. oil | 0.80 | 25.63 |
| Neomycin sulfate | Veg. oil | 0.60 | 20.66 |
| Phenobarbital | Veg. oil | 1.20 | 33.60 |
| Procaine penicillin G | Veg. oil | 0.91 | 28.63 |
| Sodium ascorbate | Veg. oil | 0.76 | 22.40 |
| Salicylamide | Veg. oil | 0.80 | 25.80 |
| Sulfathiazole | Veg. oil | 0.43 | 17.90 |
| Sulfanilamide | Veg. oil | 1.03 | 28.55 |
| Tetracycline (amphoteric) | Veg. oil | 0.61 | 21.63 |

*Vegetable oil bases contain 3% soy lecithin.

sium), employing coatings (gelatin-coated $B_{12}$), adjusting pH with appropriate small quantities of citric, lactic, or tartaric acids or with less restrictive quantities of sodium ascorbate or magnesium oxide, or salting-out with appropriate small quantities of sodium chloride or sodium acetate.

Usually, the *physical stability* of a product is associated primarily with the type of gelatin and gelatin formulation used but can be aided by proper fill formulation. If a particular solid may have a deleterious action on the gelatin shell, the form of the solid that is least water-soluble and the most oleophilic would be the form of

TABLE 13-5. *Typical Suspending Agents*

| Type | Concentration of Oily Base (%) | Type | Concentration of Nonoily Base (%) |
|---|---|---|---|
| White wax, NF | 5 | Polyethylene glycol 4000 and 6000 | 1–15 |
| Paraffin wax, NF | 5 | Solid nonionics | 10 |
| Animal stearates | 1–6 | Solid glycol esters | 10 |
| Wax mixture* | 10 and 30 | Acetylated monoglycerides | 5 |
| Aluminum monosterate, NF† | 3–5 | | |
| Ethocel (100 cps)† | 5–10 | | |

*1 part hydrogenated soybean oil; 1 part yellow wax, NF; 4 parts vegetable shortening (melting point 33 to 38°C); used at 10% on the adsorption oil and at 30% on any filler oil required.
†Used with volatile organic liquids such as butyl chloride; toluene; tetrachloroethylene; benzene.

DEF00000297

choice for an oil-based suspension. An example would be the use of calcium salicylate rather than the sodium or magnesium salts. Also, the type of liquid base used can have an effect on physical stability. For example, the proteolytic effect of chloral hydrate on the gelatin shell is greatly reduced when a polyethylene glycol base is used in place of an oily base.

With the proper selection of materials and formulation techniques, the pharmaceutical chemist can prepare solutions or suspensions for comparisons of stability and dissolution rate with formulations of other solid dosage forms. By accurately filling two-piece gelatin capsules with such formulations, comparative absorption, urinary excretion, and metabolic studies can be made prior to the actual preparation of the soft gelatin capsule dosage form. Today the product development laboratory must evaluate all potential formulations for a new drug substance or for product improvement.

## Capsule Manufacture, Processing, and Control

Although this aspect of soft gelatin capsules is the primary responsibility of the custom manufacturer, the pharmaceutical chemist should have an understanding of the materials and equipment involved in the capsule's manufacture, processing, and quality control. The several methods of capsulation referred to in the early part of this chapter, although differing somewhat in mechanical principles, do require the use of similar materials, processing steps, and equipment, and the use of equivalent control procedures.

Except for the gelatin preparation department, the manufacturing areas of a typical plant are air-conditioned to assure the proper conditioning of the gelatin films, the proper drying of the capsules, and the consistent low moisture content of raw materials and mixtures. The temperature is usually in the range of 20 to 22°C, and the humidity is controlled to a maximum of 40% in the operating areas and a range of 20 to 30% in the drying areas.

In the *gelatin preparation* department of a typical manufacturer, the gelatin is weighed on printomatic scales and mixed with the accurately metered (printomatic) and chilled (7°C) liquid constituents in suitable equipment, such as a Pony Mixer. The resultant fluffy mass is transferred to melting tanks and melted under vacuum (29.5" Hg) at 93°C. The mixing process requires about 25 min for 270 kg of mass, and the melting procedure requires about 3 hours. A sample of the resulting fluid mass is visually compared with a color standard, and additional colorants are blended into the mass if adjustments are required. The mass is then maintained at a temperature of 57 to 60°C before and during the capsulation process.

The *materials preparation* department will have a weigh-off and mixing area containing the necessary equipment and facilities for the preparation of the variety of mixtures that may be capsulated. Typical equipment would include printomatic scales for exacting measurements and control records; stainless-steel jacketed tanks for handling from 10- to 450-gallon batches of mix; and mixers, such as the Cowles, for the initial blending of solids with the liquid base. After the initial blending is completed, the mixture is put through a *milling* or *homogenizing* process, using equipment such as the homoloid mill, stone mill, hopper mill, or the Urschel Comitrol. The purpose of the milling operation is not to reduce particle size, but to break up agglomerates of solids and to make certain that all solids are "wet" with the liquid carrier, so as to achieve a smooth and homogenous mixture.

Following the milling operation, all mixtures are subjected to *deaeration,* and particularly so if the capsulation machine is equipped with a positive displacement pump. Deaeration is necessary to achieve uniform capsule fill weights; it also protects against loss of potency through oxidation prior to and during capsulation. When small amounts of volatile ingredients are included in a formulation, they are carefully added and blended into the bulk mixture after deaeration. Most liquids and suspensions may be deaerated by means of equipment designed to expose thin layers of the material continuously to a vacuum (29.5" Hg) and at the same time transfer the material from the mixing tank to the container that will be used at the capsulation machine. Suspensions or liquid mixtures containing volatile liquids or liquid surface active agents as chief constituents of the formula may be deaerated by subjection to temperatures up to 60°C for the period required to achieve the results desired. After deaeration, the mixture is ready to be capsulated.

At this point, samples of the mixture are often sent to the quality control laboratory for various tests, such as ingredient assays and specific gravity, and tests for homogeneity of suspension, moisture content, or air entrapment. This in-process quality control step may or may not be routine, depending on the product or anticipated problems, but should always occur with new products until the process is validated.

DEF00000298

Owing to space limitations, a detailed description of each capsulation process is not possible. A schematic drawing of the rotary die process is presented, however, to acquaint the pharmaceutical chemist with the fundamental aspects of capsulation (Fig. 13-27). The gelatin mass is fed by gravity to a metering device (spreader box), which controls the flow of the mass onto air-cooled (13 to 14°C) rotating drums. Gelatin ribbons of controlled ($\pm 10\%$) thickness are formed. The wet shell thickness may vary from 0.022 to 0.045 inch, but for most capsules, it is between 0.025 and 0.032 inch. Thicker shells are used on products requiring greater structural strength. Product cost is directly proportional to shell thickness. The ribbons are fed through a mineral oil lubricating bath, over guide rolls, and then down between the wedge and the die rolls.

The material to be capsulated flows by gravity into a positive displacement pump. The pump accurately meters the material through the leads and wedge and into the gelatin ribbons between the die rolls. The bottom of the wedge contains small orifices lined up with the die pockets of the die rolls. The capsule is about half sealed when the pressure of the pumped material forces the gelatin into the die pockets, where the capsules are simultaneously filled, shaped, hermetically sealed, and cut from the gelatin ribbon. The sealing of the capsule is achieved by mechanical pressure on the die rolls and the heating (37 to 40°C) of the ribbons by the wedge.

During manufacture, capsule samples are taken periodically for seal thickness and fill weight checks. The seals are measured under a microscope, and changes in ribbon thickness, heat, or die pressure are made if necessary. Acceptable seal thickness is one half to two thirds of the ribbon thickness. Fill weight checks are made by weighing the whole fresh capsule, slitting it open, and expressing the contents. The shell is then washed in a suitable solvent (petroleum ether), and the empty shell is reweighed. If necessary, adjustments in the pump stroke can be made to obtain the proper fill weight.

Immediately after manufacture, the capsules are automatically conveyed through a naphtha wash unit to remove the mineral oil lubricant. The washed capsules may be automatically subjected to a preliminary infrared drying step, which removes 60 to 70% of the water that is to be lost, or may be manually spread directly on trays. Capsules from the infrared dryer are also spread on trays, and all capsules are allowed to come to equilibrium with forced air conditions of 20 to 30% relative humidity at 21 to 24°C.

Capsules at equilibrium with 20 to 30% RH at 21 to 24°C are considered "dry," and the shell of such a capsule contains 6 to 10% water, depending on the gelatin formula used. The moisture content of the shell is determined by the toluene distillation method, collecting the distillate over a period of one hour. Additional water may be removed from "dry" capsules by further heating, e.g., at 40°C, but such a manufacturing step has not been found to be practical or necessary.

After drying, the capsules are transferred to the inspection department and held until released by the quality control department. The *inspection and quality control* steps in the processing of capsules are much the same as with other dosage forms and must conform to good manufacturing practice. Control tests specifically applicable to the quality of soft gelatin capsules may involve seal thickness determinations, total or shell moisture tests, capsule fragility or rupture tests, and the determination of freezing and high temperature effects.

Also, capsules may be sent after drying to a finishing department for heat branding or ink printing for purposes of identification.

Final physical control processing and packaging may be accomplished by the following in-line continuous operations.

1. A capsule diameter sorter allows to pass to the next unit any capsule within $\pm 0.020$ inch of the theoretic diameter of the particular capsule being tested. Overfills, underfills, and "foreign"



FIG. 13-27. *Schematic drawing of rotary die process.* (Courtesy of R.P. Scherer Corporation, Troy, MI.)

DEF00000299

capsules are discarded. The unit is fed from a hopper, and the capsules are passed through a final naphtha washing unit just prior to the sorter. The unit employs a syntron vibrator, which is a series of divergent wire lanes, and can be used for capsule diameters ranging from 0.200 to 0.500 inch.

2. A capsule color sorter is the next unit in line. The capsules are fed to it automatically from the diameter sorter by a pneumatic conveyor. In this unit, any capsule whose color does not conform to the reference color standard for that particular product is discarded, while satisfactory capsules pass immediately to an electronic counting and packaging unit.

3. The electronic counting unit can count as many as 8,000 capsules per minute (depending upon size) directly into the bulk shipping carton. A printout of the content of each carton and a printout of the number of cartons are automatically produced and made a part of the production record. Following this step, the cartons are labeled, sealed, and palletized and are then ready for shipment.

## Capsule Physical Stability and Packaging

Unprotected soft gelatin capsules (i.e., capsules that can breathe) rapidly reach equilibrium with the atmospheric conditions under which they are stored. This inherent characteristic warrants a brief discussion of the effects of temperature and humidity on these products, and points to the necessity of proper storage and packaging conditions and to the necessity of choosing an appropriate retail package. The variety of materials capsulated, which may have an effect on the gelatin shell, together with the many gelatin formulations that can be used, makes it imperative that physical standards are established for each product.

*General statements* relative to the effects of temperature and humidity on soft gelatin capsules must be confined to a control capsule that contains mineral oil, with a gelatin shell having a dry glycerin to dry gelatin ratio of about 0.5 to 1 and a water to dry gelatin ratio of 1 to 1, and that is dried to equilibrium with 20 to 30% RH at 21 to 24°C. The physical stability of soft gelatin capsules is associated primarily with the pick-up or loss of water by the capsule shell. If these are prevented by proper packaging, the above control capsule should have satisfactory physical stability at temperatures ranging from just above freezing to as high as 60°C.

For the unprotected control capsule, low humidities (<20% RH), low temperatures (<2°C) and high temperatures (>38°C) or combinations of these conditions have only transient effects. The capsule returns to normal when returned to optimum storage conditions. The transient effects are primarily brittleness and greater susceptibility to shock, requiring greater care in handling or a return to proper storage conditions prior to further handling.

As the humidity is increased, within a reasonable temperature range, the shell of the unprotected control capsule should pick up moisture in proportion to its glycerin and gelatin content in accordance with the curves shown in Figure 13-28. The total moisture content of the capsule shell, at equilibrium with any given relative humidity within a reasonable temperature range, should closely approximate the sum of the moisture content of the glycerin and the gelatin when held separately at the stated conditions. For example, the shell of the described control capsule contains 400 mg of dry gelatin and 200 mg of dry glycerin per gram. At equilibrium with 30% RH at room temperature (21 to 24°C), the curves show that the gelatin should retain about 12% (48 mg) of water, and the glycerin 7% (14 mg) of water. Thus, the "dry" shell



FIG. 13-28. *Equilibrium content by weight of dry glycerin (20 to 100°C) and dry gelatin (25°C) at various relative humidities.*[12,13]

DEF00000300

would contain about 9.4% water (62 mg $H_2O$/ 662 mg of shell).

If the conditions are changed to 60% RH (21 to 24°C), the moisture content should be approximately 17.4%. In actual practice, however, such calculated moistures are considered maximum, since moisture assays (toluene distillation method) of the shells of oil-filled capsules give results somewhat lower than the theoretical values. The deviation most likely is due to an interaction between the plasticizer and gelatin, partially satisfying their respective water-binding capacities and thereby causing a lower moisture content than would be theoretically expected. Nevertheless, the curves serve to illustrate the hygroscopic nature of capsule shells, the relative effect of changes in the glycerin to gelatin ratio on the hygroscopicity of the shell, and the potential effects of humidity on the chemical and physical stability of the product.

High humidities (>60% RH at 21 to 24°C) produce more lasting effects on the capsule shell, since as moisture is absorbed, the capsules become softer, tackier, and bloated. The capsules do not leak unless the increased moisture has allowed a deleterious ingredient in the capsule content to attack the gelatin. On return to optimum storage conditions, the capsules are dull in appearance and most likely inseparably stuck together. An increase in temperature (>24°C), together with humidity (>45%), results in more rapid and pronounced effects and may even cause the unprotected capsules to melt and fuse together. Capsules containing water-soluble or miscible liquid bases may be affected to a greater extent than oil-based capsules, owing to the residual moisture in the capsule content and to the dynamic relationship existing between capsule shell and capsule fill during the drying process.

The capsule manufacturer routinely conducts *accelerated physical stability tests* on all new capsule products as an integral part of the product development program. The following tests have proved adequate for determining the effect of the capsule content on the gelatin shell. The tests are strictly relevant to the integrity of the gelatin shell and should not be construed as stability tests for the active ingredients in the capsule content. The results of such tests are used as a guide for the reformulation of the capsule content or the capsule shell, or for the selection of the proper retail package. The test conditions are (1) 80% RH at room temperature in an open container; (2) 40°C in an open container; (3) 40°C in a closed container (glass bottle with tight screw-cap). The capsules at these stations are observed periodically for 2 weeks. Both gross and subtle effects of the storage conditions on the capsule shell are noted and recorded. The control capsule should not be affected except at the 80% RH station, where the capsule would react as described under the effects of high humidity.

In the case of a newly developed product, the gross effects such as disintegration, leakers, unusual brittleness or softening, apparent color fading, or discoloration are obvious. The more subtle changes may be the loss of a volatile ingredient as detected by slight capsule indentation, or the slight darkening or widening of the capsule seams, or slight changes in color hue. Capsules often show a "soft spot" at the site at which they lie next to the tray or against another capsule. This spot is the result of slower drying and is of no consequence in the control capsule, since such areas firm up and are not flaws in the capsule shell. On the other hand, if such areas do not become firm, usually because of action by the capsule content, then physical stability problems can be anticipated during the shelf-life of the product. Such defects must be corrected before the product can be considered for production. Correction of such defects depends upon identifying their cause. Most defects can be corrected by appropriate changes in gelatin or fill material formulations, but in some cases, different colorants, machine speeds, and machine dies may have to be used. The experience and mature judgment of the custom manufacturer is invaluable in the solution of such problems.

Chemists conducting the physical stability tests in their own laboratories should keep two important points in mind: (1) Prior to testing, the capsules should be equilibrated to known atmospheric conditions, preferably 20 to 30% RH at 21 to 24°C. (2) Evaluation of the results of the previously described heat tests should be made only after the capsules have returned to equilibrium with room temperature.

After the capsules have passed the shell integrity tests, additional physical studies should be conducted using the various types of retail packages being considered for the product. These latter tests should be designed to determine the shelf-life of the product and may conform to most of the standard testing procedures employed by a company for its other solid dosage forms. Exceptions may involve those tests conducted at temperatures exceeding 45°C for time periods exceeding a month.

The soft gelatin capsule manufacturer takes great care in the production of capsules to meet the specifications of the product set forth by the customer. When *bulk shipments* of capsules are made by the manufacturer, they are temporarily

DEF00000301

protected from normal changes in humidity by a suitable moisture barrier such as a 0.003-inch polyethylene bag within a standard fiber board carton. Since such packaging is not a permanent moisture barrier, the capsules should be retail packaged as soon as possible after receipt. If immediate packaging is not practical, the bulk capsules in their original unopened cartons should be stored in an air-conditioned area in which the humidity does not exceed 45% RH at 21 to 24°C. The retail packaging of these capsules should be done under similar conditions, for the maximum physical and chemical stability of the product.

Soft gelatin capsules may be *retail packaged* using any modern packaging equipment, including the electronic type. Capsules may be packaged in glass or plastic containers or may be strip-packaged, so long as such packaging involves tight closures and plastics having a low moisture vapor transfer rate. Suppliers of rigid plastics and plastic films can be of immeasurable service in suggesting the proper types of packaging for testing. Since strip packaging usually is done by specialists in this field, their advice should be solicited, and test strips should be made and tested for adequacy.

## Pharmaceutical Aspects

The pharmaceutical chemist should be cognizant of the inherent properties of soft gelatin capsules. Essentially, these capsules are solid dosage forms containing liquid medication and therefore offer certain advantages:

1. They permit liquid medications to become easily portable.
2. Accuracy and uniformity of dosage, capsule to capsule and lot to lot, are predominant advantages. These capsules easily pass the appropriate compendial tests and surpass other solid dosage forms in this respect, because liquid formulations can be more accurately and precisely compounded, blended, homogenized, and measured or dispensed than can dry solid formulations.
3. The pharmaceutical availability of drugs formulated for this dosage form, as measured by disintegration time,[14] or by dissolution rate,[15,16] often shows an advantage over other solid dosage formulations.

In the dissolution rate studies of twenty drugs, presented previously, which included a wide variety of chemical types and pharmacologic classes, the authors showed that in the majority of cases, the drugs were more rapidly and completely available from the soft gelatin capsule than from the commercial tablets or capsules. For these studies, the NF XII (second supplement, 1967) rotating-bottle method was used.

A rationale for using a rotating-bottle method for dissolution studies on soft gelatin capsules is expressed, and examples are given by Withey and Mainville.[17] Their dissolution studies on thirteen brands of commercial chloramphenicol capsules, using their modified USP apparatus, showed the soft gelatin capsule brand to release only 22.3 to 24.8% of its chloramphenicol content in 30 min, while hard-shell capsule brands $B_2$ and D released 100.7% and 87.2% respectively. Upon change to a rotating-bottle method, the 30-min recoveries were 100% from the soft gelatin capsule brand, 82% from brand $B_2$, and 70% from brand D. None of these studies have been correlated with bioavailability data, and thus, the significance of the difference in results between the two dissolution methods is not clear. The difference could be attributed to greater agitation by the bottle method and less opportunity for the capsule to adhere to the sides or bottom of the apparatus. The effect of several variables on capsule dissolution is discussed by Hom and associates,[8] who indicate that the degree of agitation, the pH of the dissolution medium, and the presence or absence of pepsin in the medium are important to the dissolution of soft gelatin capsules.

4. The physiologic availability of drugs is often improved since these capsules contain the drug in liquid form, i.e., as a liquid drug substance, drug in solution, or drug in suspension. Nelson, in his review,[18] points out that the availability of a drug for absorption, from various types of oral formulations, usually decreases in the following order: solution, suspension, powder-filled capsule, compressed tablet, coated tablet. A study by Wagner and co-workers seems to confirm both Nelson's observation and the effective absorption from soft gelatin capsules.[19] Their study involved the effect of dosage form on the serum levels of indoxole (solubility in water 0.1 $\mu$g/ml) and showed the serum level decreased in the following order: emulsion $\simeq$ soft gelatin capsule (drug in polysorbate 80 solution), aqueous suspension, powder-filled capsule.

Maconachie, in his review article on soft gelatin capsules,[20] gives some specific examples of how this dosage form can improve drug absorption. His examples involve acetaminophen,[1] chlormethiazole,[21] and temazepam.[22] The 4-hour urinary recovery of acetaminophen from three soft gelatin rectal suppository formulations (oil base and water-miscible type base) was found to be five to eight times greater than from the traditional fatty type suppository formula-

tion. The switch from a tablet to a soft gelatin capsule form not only improved the stability of chlormethiazole by protecting the drug from oxidation, but increased its bioavailability as evidenced by comparative blood levels and by earlier onset of a minor side effect (nose tingling). Major side effects of the tablet dosage form were also eliminated or ameliorated. The capsule formulation allowed the use of the liquid drug substance (chlormethiazole base) rather than the solid derivatives used in the tablet formulations. A temazepam soft gelatin formulation, when compared with hard gelatin capsule formulations of temazepam, nitrazepam, amobarbital sodium, and a placebo, gave superior bioavailability as indicated by "onset of sleep." Furthermore, this was achieved at a lower dosage (20 mg per soft capsules versus 30 mg per hard capsule).

In an article on soft gelatin capsules,[23] Ebert discusses and reports on the bioavailability and content uniformity of digoxin solutions in soft gelatin capsules. The capsulated solutions were 0.05 mg, 0.10 mg and 0.20 mg of digoxin dissolved in a base consisting of polyethylene glycol 400, USP (89.4% w/w); alcohol, USP (6.5% w/w); propylene glycol, USP (3.4% w/w); and purified water, USP (0.6% w/w). These capsules were tested by various investigators for bioavailability in comparison with brand name tablets, digoxin solution, and digoxin elixir.[24-31] In all studies, the bioavailability of the soft gelatin capsule formulation was found to be superior to the commercially available tablets. The most surprising finding of all these studies, according to Ebert, was that the capsulated solution exhibited a more rapid and complete absorption than did the same solution not encapsulated. The commercially available tablets contain 20% more drug than the capsulated solutions. Thus, the capsule dosage form allows for a significant reduction in dose for this relatively toxic drug.

Another comparative bioavailability study of digoxin soft gelatin capsules and tablets was reported by Astorri and co-workers.[32] They found that in heart patients using digoxin, the absorption of digoxin from the capsulated solution was 36% higher than from the tablet, while in healthy volunteers absorption from the capsule was 20% higher than from the tablets.

The bioavailability of theophylline from soft gelatin capsules in comparison to a commercially available liquid aminophylline preparation and to a nonalcoholic aminophylline solution was studied by Ebert,[33] and by Lesko and co-workers.[34] Both studies found that the two dosage forms were bioequivalent as measured by the area under the plasma-level-time curves. This is an example of the capsule providing a convenient portable dosage form for a liquid medication. The capsule also effectively masked the bitter taste of theophylline.

Papaverine hydrochloride bioavailability from soft gelatin capsules was studied by Arnold et al.[35] These authors found that the peak blood level and area under the blood-level-time curve from soft gelatin capsules were equal to those obtained from an elixir and superior to those from a sustained release hard-shell capsule formulation. Healthy volunteers were used in this study. Lee et al. found not only high blood levels of papaverine 120 min after a 150-mg dose in soft gelatin capsules, but a higher degree of vasodilation after four doses (150 mg × 4) of the soft capsule dosage form when compared with equivalent doses from a sustained-release dosage form.[36] Patients with severe arteriosclerosis obliterans were used in the study. Both studies conclude that the soft gelatin capsule dosage form shows significant advantage over the sustained release tablet form of the drug.

The bioavailability of diazepam (structurally similar to that of temazepam, mentioned previously) was studied by Yamahira et al.[37] They compared diazepam, capsulated in soft gelatin using a medium-chain triglyceride base, with a tablet dosage form. They report that when these dosage forms were repeatedly orally administered to an individual subject, the capsule dosage form showed a tendency toward faster drug absorption and superior reproducibility of the plasma-level-time curve than the tablet dosage form. This suggests that capsule dosage forms have a more uniform drug absorption rate than tablets. The authors suggest that diazepam, though it is a weak base, was emptied from the stomach while mostly retained in the lipid, and this was affected by the movement of the triglyceride in the gastrointestinal tract.

5. The pharmaceutical chemist should certainly consider the bioavailability potential of soft gelatin formulations. The biopharmaceutical characteristics of such formulations can be altered or adjusted more easily than those of other solid dosage forms. Through the selection and use of liquids and combinations of liquids that range from water-immiscible through emulsifiable to completely water-miscible, and by altering the type or quantity of thickening or suspending agents, capsule formulations allow the formulating chemist more flexibility in the design of a dosage form to fit the biopharmaceutical specifications of a particular therapeutic agent.

6. Orally administered drugs, particularly if used chronically, can be irritating to the stom-

ach. The dosage form of such drugs can affect gastric tolerance, as indicated by the studies of Caldwell et al.[38] These authors compared the degree of irritation or ulcerogenic potential of soft gelatin capsule formulations of dexamethasone with a tablet formulation of the drug. Several liquid formulations and tablet formulations were administered to rats, and both ulcerogenic potential and bioavailability were determined. The authors concluded that the liquid or capsule formulations had a reduced ulcerogenic potential when compared to the tablet formulation, and that this effect is apparently not a reflection of reduced bioavailability.

## References

1. Widmann, A.: Drugs Made in Germany, 3:167, 1960.
2. Gutches, M.: Capsule Technology and Microencapsulation. Noyes Data Corp., Park Ridge, NJ, 1972.
3. Idson, B., and Braswell, E.: Advances in Food Research. Vol. VII. Academic Press, New York, 1957, p. 235.
4. Gelatin. Gelatin Manufacturer's Institute of America, New York, 1962.
5. Traub, W., and Piez, K.: Advances in Protein Chemistry. Chemistry and Structure of Collagen. Vol. 25. Academic Press, New York, 1971.
6. Ramachandvan, G. N.: Treatise on Collagen. Chemistry of Collagen. Vol. 1. Academic Press, New York, 1967.
7. Stanley, J. P., and Bradley, C. W.: U.S. Patent 2,870,062, January 20, 1959.
8. Hom, F. S., Veresh, S. A., and Miskel, J. J.: J. Pharm. Sci., 62:1001, 1973.
9. Handbook of Chemistry and Physics. 44th Ed. Chemical Rubber Publishing Co., Cleveland, OH, 1963.
10. Lieberman, E. R., Gilbert, S. G., and Srinvasa, V.: Trans. N.Y. Acad. Sci., 34:694, 1972.
11. Hom, F. A., Veresh, S. A., and Ebert, W. R.: J. Pharm. Sci., 64:851, 1975.
12. Miner, C. A., and Dalton, N. N.: Glycerol. ACS Monograph Series No. 117. Reinhold, New York, 1953, p. 269.
13. Bull, H. B.: J. Am. Chem. Soc., 66:1949, 1944.
14. Eckert, V. T., Widmann, A., and Seidel, R.: Arzneim-Forsch, 19:821, 1969.
15. Hom, F. S., and Miskel, J. J.: J. Pharm. Sci., 59:827, 1970.
16. Hom, F. S., and Miskel, J. J.: Lex Et. Scienta, 8:18, 1971.
17. Withey, R. J., and Mainville, C. A.: J. Pharm. Sci., 58:1120, 1969.
18. Nelson, E.: Clin. Pharmacol. Ther., 3:673, 1962.
19. Wagner, J. G., Gerard, E. S., and Kaiser, D. G.: 7:610, 1966.
20. Maconachie, S.: Mfg. Chemist and Aerosol News, Aug. 1977, p. 35.
21. Frisch, E. P., and Ortengren, B.: Acta Psych. Scand., 42(Suppl.):35, 1969.
22. Hindmarch, I.: Arzneimittel-Forsch., 25:1836, 1975.
23. Ebert, W. R.: Pharm. Tech., 1:44, 1977.
24. Binnion, P. F., and Klopp, R. W.: Lancet, 1:1422, 1975.
25. Mallis, G. I., Schmidt, D. H., and Lindenbaum, J.: Clin. Pharmacol. Ther., 18:761, 1975.
26. Marcus, F. I., Dickerson, J., Pippin, S., et al.: Clin. Pharmacol. Ther., 20:253, 1976.
27. Binnion, P. F.: J. Clin. Pharmacol., 16:461, 1976.
28. Johnson, B. J., Bye, C., Jones, G., and Sabey, G. A.: Clin. Pharmacol. Ther., 19:746, 1976.
29. Ghirardi, P., Catenazzo, G., Mantero, O., et al.: J. Pharm. Sci., 66:267, 1977.
30. Lindenbaum, J.: Clin. Pharmacol. Ther., 21:278, 1977.
31. Johnson, B. F., Smith, G., and French, J.: Br. J. Clin. Pharmacol., 4:209, 1977.
32. Astorri, E., Bianchi, G., La Canna, G., et al.: J. Pharm. Sci., 68:104, 1979.
33. Ebert, W. R.: Pharm. Tech., 3:61, 1979.
34. Lesko, L. J., Canada, A. T., Eastwood, G., et al.: J. Pharm. Sci., 68:1392, 1979.
35. Arnold, J. D., Baldridge, J., Riley, B., and Brody, G.: J. Clin. Pharmacol., 15:230, 1977.
36. Lee, B. Y., Sakamoto, H., Trainor, F., et al.: J. Clin. Pharmacol., 16:32, 1978.
37. Yamahira, Y., Noguchi, T., Takenaka, H., and Maeda, T.: Chem. Pharm. Bull., 27:1190, 1979.
38. Caldwell, L., Cargill, R., Ebert, W. R., and Windheuser, J. J.: Pharm. Tech., 3:52, 1979.

---

## PART THREE

# Microencapsulation

J. A. BAKAN

Microencapsulation is a rapidly expanding technology. As a process, it is a means of applying relatively thin coatings to small particles of solids or droplets of liquids and dispersions. For the purpose of this chapter, microencapsulation is arbitrarily differentiated from macrocoating techniques in that the former involves the coating of particles ranging dimensionally from several tenths of a micron to 5000 microns in size.

As the technology has developed, it has become apparent that the concept offers the industrial pharmacist a new working tool. Microencapsulation provides the means of converting liquids to solids, of altering colloidal and surface properties, of providing environmental protection, and of controlling the release characteristics or availability of coated materials. Several of these properties can be attained by macropackaging techniques; however, the uniqueness of

# The Theory and Practice of Industrial Pharmacy

LEON LACHMAN, Ph.D.
Lachman Consultant Services, Inc.
Garden City, New York

HERBERT A. LIEBERMAN, Ph.D.
H. H. Lieberman Associates, Inc.
Consultant Services
Livingston, New Jersey

JOSEPH L. KANIG, Ph.D.
Kanig Consulting and Research Associates, Inc.
Ridgefield, Connecticut

THIRD EDITION



LEA & FEBIGER · 1986 · PHILADELPHIA

DEF00000305

Lea & Febiger
600 Washington Square
Philadelphia, PA 19106-4198
U.S.A.
(215) 922-1330

Library of Congress Cataloging in Publication Data
Main entry under title:

The Theory and practice of industrial pharmacy.

Includes bibliographies and index.
1. Pharmacy.    2. Drug trade.    I. Lachman, Leon,
1929–    .    II. Lieberman, Herbert A., 1920–
III. Kanig, Joseph L., 1921–    [DNLM: 1. Drug
Industry.
QV 704 T396]
RS192.L33 1985    615'.19    84-27806
ISBN 0-8121-0977-5

First Edition, 1970
Second Edition, 1976

Copyright © 1986 by Lea & Febiger. Copyright under the International Copyright Union. All Rights Reserved. This book is protected by copyright. No part of it may be reproduced in any manner or by any means without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Print No. 4 3 2 1

DEF00000306