# Exhibit C
# to Baker Declaration In Support of Defendants' Claim Construction Brief



WEBSTER'S
NEW WORLD
COLLEGE
DICTIONARY

DEF00000311

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

**MACMILLAN**
**USA**

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
This book was previously titled *Webster's New World Dictionary® of American English*, Third College Edition.

Copyright © 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®*, Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979, 1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
p. cm.
"This book was previously titled: Webster's New World dictionary of American English. Third college edition."
ISBN 0-02-860333-8 (thumb-indexed). — ISBN 0-02-860332-X (plain)
1. English language—Dictionaries. I. Neufeldt, Victoria. II. Guralnik, David Bernard, 1920- . III. Webster's New World dictionary of American English.
PE1628.W5633 1995
423—dc20
95-15819
CIP

ISBN 0-02-860334-6 (leatherkraft). — ISBN 0-02-860586-1 (leather)

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10 95 96 97 98 99

Dictiona
Special (
Forewor
The Nev
Guide tc
The M
Pronu
Part-c
Inflec
The E
The D
Usage
Field
Scien
Idiom
Run-I
The S
The Eng
Etymolo
Webster
Table
Beau
Books
Perio
Geolo
Montl
Table
Table
The Ind
Editoria
Mark
Italic
Numl
Capit
Abbr
Sourc
Special

brief, dazzling light for taking
lectrical discharge across an
d the ground, etc.
at which a volatile solid or the
posed to a brief flame under
at at which someone or some-
tence
signed to emit extremely short
-est 1 dazzling or bright for a
ar; gaudy —flash'i·ly adv.
& OE flasce, both < LL flasco
ko, bottle, wicker-enclosed jug
re: for IE base see FLAX] 1 any
narrow neck, used in laborato-
er for liquor, etc., to be carried
. of sand in a foundry
squet, dim. of flasque < Gmc
< ON flatr, akin to OHG flaz
s, broad, OE flet, floor) < base
vel surface; having little or no
tended at full length b) spread
s many points as possible [with
aving little depth or thickness
at heel or no heel [flat shoes] 5
ight or level trajectory or flight
without variation; not fluctuat-
iness activity [a flat market] 9
insipid [a flat drink] 10 having
ll 11 not clear or full; blurred
flat tire] ☆13 [Colloq.] com-
4 without gloss [flat paint] 15
rspective b) uniform in tint or
ign to (said of an infinitive Ex.
inflectional ending (said esp. of
17 Music a) lower in pitch by
one by being below the true or
g the vowel a when it represents
rticulated with the tongue in a
lacking in contrast —adv. 1 in
es) 2 in a prone or supine pos-
a race in ten seconds flat] 5
☆4 Finance with no interest
tch —n. 1 a flat surface or part
etc.] 2 [often pl.] an expanse of
shallow; shoal 5 any of various
ox or container, as for growing
a piece of theatrical scenery
pl.] flat-heeled shoes or slippers
of the offensive line 7 Music a)
nother b) the symbol (♭) indic-
'ting Music to make flat; lower
the true or proper pitch —SYN.
the desired effect; be complete
1 at full speed, with maximum
—flat'ly adv. —flat'ness n.
flet (ME & OE flet), a floor
] an apartment or suite of rooms
ating or of a truck, trailer, etc.
sides or stakes 2 Printing
or horizontal printing surface
ruck, trailer, etc. 2 a flatbed press
lat bottom, for carrying freight
ithout sides or a roof, for carrying
any of a breed of medium-sized
f black or liver, developed prob.
and the Newfoundland
fishes: see FISH any of an order
ny fishes having both eyes on the
uding flounders and soles
n which the instep arch of the foot
or -feet' [Slang] a policeman
et result from walking a beat
instep arch
ving flatfoot 2 designating a man
inted outward, as by people with
and firm; plain and uncompromising
msy b) tedious, plodding, etc.
abruptly —☆catch someone flat-
one unprepared; take by surprise
committing some offense —flat'
ss n.
ds' or -head' any of various North
d to have practiced head flattening
ana
inflation: used in many nonce com-
pressing clothes
LAT¹ & -LING³] [Now Brit. Dial.]
de, as of a sword Also flat'lings

flat-out (-out') adj. [Colloq.] 1 at full speed, with maximum effort, etc. 2 absolute; thorough; definite

☆flat·silver silver knives, forks, spoons, etc., as distinguished from silver trays, teapots, bowls, etc.

flat·ten (flat''n) vt. 1 to make flat or flatter 2 [Colloq.] to knock down; make prostrate 3 to level to the ground —vi. 1 to become flat or flatter 2 to become prostrate —flatten out 1 to make or become flat or flatter by spreading out 2 Aeron. LEVEL OFF (sense 2) (at LEVEL) —flat'ten·er n.

flat·ter¹ (flat'ər) vt. [ME flateren < OFr flater, to smooth, caress with flat hand < Frank *flat, akin to OHG flaz, FLAT¹] 1 to praise too much, untruly, or insincerely, as in order to win favor 2 to try to please, or ingratiate oneself with, by praise and attention 3 to make seem better or more attractive than is so [his portrait flatters him] 4 to make feel pleased or honored; gratify the vanity of [it's flattering to be remembered] 5 to please or gratify (the eye, ear, senses, etc.) 6 to encourage, esp. falsely —vi. to use flattery —flatter oneself to hold the self-satisfying or self-deluding belief (that) —flat'ter·er n. —flat'ter·ing·ly adv.

flat·ter² (flat'ər) n. 1 a person who flattens something 2 a drawplate for forming flat strips 3 a smith's forging tool with a broad, flat face

flat·ter·y (flat'ər ē) n., pl. -ter·ies [ME & OFr flaterie (Fr flatterie) < flater: see FLATTER¹] 1 the act of flattering 2 excessive, untrue, or insincere praise; exaggerated compliment or attention; blandishment

flat·tish (flat'ish) adj. somewhat flat

☆flat·top (flat'täp') n. [Slang] something having a flat or level surface, platform, etc.; specif., a) an aircraft carrier b) a style of man's haircut in which the hair on top of the head is cropped so that it bristles up to form a flat surface

flatu·lent (flach'ə lənt) adj. [Fr < ModL flatulentus < L flatus: see fol.] 1 of or having gas in the stomach or intestines 2 producing gas in the stomach or intestines, as certain foods 3 windy or empty in speech; pompous; pretentious —flat'u·lence or flat'u·len·cy n. —flat'u·lent·ly adv.

fla·tus (flāt'əs) n. [L < flare, to blow: see BLAST] gas in, or expelled from, the stomach or intestines

flat·ware (flat'wer') n. relatively flat tableware; specif., ☆a) knives, forks, spoons, etc. ☆b) flat plates, platters, etc.: cf. HOLLOWARE

flat·wise (flat'wīz') adv. with the flat side foremost, uppermost, or in contact: Also flat'ways' (-wāz')

☆flat·work (-wurk') n. laundered articles, as sheets, napkins, and other flat pieces, that can be pressed quickly in a mangle

flat·worm (-wurm') n. PLATYHELMINTH

Flau·bert (flō ber'), Gus·tave (güs tàv') 1821-80; Fr. novelist

flaunt (flônt) vi. [15th & 16th c., prob. < dial. flant, to strut coquettishly, akin to Norw flanta < ON flana, run back and forth < IE *plono- < base *pla-, broad, flat, spread out > Gr planos, wandering] 1 to make a gaudy, ostentatious, conspicuous, impudent, or defiant display 2 to flutter or wave freely —vt. 1 to show off proudly, defiantly, or impudently [to flaunt one's guilt] 2 FLOUT: usage objected to by many —n. [Archaic] the act of flaunting —SYN. SHOW —flaunt'ing·ly adv.

flaunty (-ē) adj. [Rare] flaunting; showy

flau·tist (flôt'ist, flout'-) n. [It flautista < flauto, FLUTE] var. of FLUTIST

fla·va·none (flā'və nōn') n. [fol. + -AN(E) + -ONE] 1 a complex, colorless, crystalline ketone, $C_{15}H_{12}O_2$, derived from flavone 2 any of the derivatives of flavanone, many of which are found in various plants

fla·vin (flā'vin) n. [< L flavus, yellow (see FLAVONE) + -IN¹] 1 a complex heterocyclic ketone, $C_{10}H_6N_4O_2$ 2 any of a group of yellow pigments derived from this ketone and occurring in certain plant and animal products or prepared by synthesis; specif., riboflavin 3 QUERCETIN

fla·vine (flā'vēn') n. 1 FLAVIN 2 ACRIFLAVINE

fla·vone (flā'vōn') n. [Ger flavon < L flavus, yellow (< IE base *bhlē-, used of light colors > BLUE) + Ger -on, -ONE] 1 a colorless crystalline ketone, $C_{15}H_{10}O_2$, obtained from certain plants or prepared synthetically: it forms a base for some yellow dyes 2 any derivative of this compound

fla·vo·nol (flā'və nôl', -nōl') n. [< prec. + -OL¹] 1 a yellow, crystalline hydroxy derivative of flavone, $C_{15}H_{10}O_3$: also fla'va·nol 2 any of various derivatives of flavonol, used as yellow pigments and dyes and frequently found in plants

fla·vo·pro·tein (flā'vō prō'tēn') n. any of a group of enzymes, involved in tissue respiration, consisting of a protein and a flavin group

fla·vo·pur·pu·rin (-pur'pə rin) n. [< L flavus, yellow (see FLAVONE) + PURPURIN] a yellowish, crystalline chemical compound, $C_{14}H_8O_5$, used in making dyes

fla·vor (flā'vər) n. [ME flavour, an odor, altered (by analogy with savour, SAVOR) < OFr flaur < VL *flator, odor < L flatare, to blow, freq. of flare, blow (see BLAST), prob. infl. by foetor, foul odor] 1 [Archaic] an odor; smell; aroma 2 a) that quality of a substance that is a mixing of its characteristic taste and smell b) taste in general [a soup lacking flavor] 3 any substance added to a food, medicine, etc. to give it a particular taste; flavoring 4 the characteristic quality of something; distinctive nature [the flavor of the city] 5 any of the six basic types of quarks or leptons: the names up, down, strange, charmed, top, and bottom are used by physicists to distinguish the six types —vt. to give flavor to —fla'vor·less adj.

fla·vor·ful (-fəl) adj. full of flavor; having a pleasant flavor Also fla'vor·some (-səm), fla'vor·ous (-əs), or fla'vor·y (-ē) —fla'vor·ful·ly adv.

fla·vor·ing (-iŋ) n. an essence, extract, etc. added to a food or drink to give it a certain taste

fla·vour (flā'vər) n., vt. Brit. sp. of FLAVOR

flaw¹ (flô) n. [ME, a flake, scale, splinter, prob. < or akin to ON

515 flat-out / fledgling

flaga, thin layer: for IE base see FLAKE¹] 1 a break, scratch, crack, etc. that spoils something; blemish [a flaw in a diamond] 2 a defect; fault; error [a flaw in a legal document, in one's reasoning, etc.] —vt., vi. to make or become faulty —SYN. DEFECT —flaw'less adj. —flaw'less·ly adv. —flaw'less·ness n.

flaw² (flô) n. [< or akin to ON flaga, sudden onset < IE base *plāk-, *plag-, to strike, beat > FLICKER¹, L plangere, to beat (the breast)] a sudden, brief gust of wind, often with rain or snow; squall

flax (flaks) adj. [ME < OE fleax, akin to Ger flachs < IE base *plek-, to plait, interweave > L plectere, plicare, Ger flechten] designating a family (Linaceae, order Linales) of dicotyledonous plants and shrubs usually having narrow leaves and five-part flowers —n. 1 any of a genus (Linum) of the flax family; esp. a slender, erect annual plant (L. usitatissimum) with delicate, blue flowers: the seeds are used to make linseed oil, and the fibers of the stem are spun into linen thread 2 the threadlike fibers of these plants, ready for spinning 3 any of a number of flaxlike plants

flax·en (flak'sən) adj. [ME < OE fleaxen] 1 of or made of flax 2 like flax in color; pale-yellow; straw-colored

flax·seed (flak'sēd', flaks'sēd') n. the seed of the flax; linseed

flax·y (flak'sē) adj. like flax; flaxen

flay (flā) vt. [ME flan < OE flean, akin to MDu vlaen, ON fla < IE base *plēk-, to tear off > FLITCH] 1 to strip off the skin or hide of, as by whipping 2 to criticize or scold mercilessly 3 to rob; pillage; fleece

F layer the two dense layers of ions in the F region of the ionosphere that are used to reflect long-range radio signals: the $F_1$ layer, at an altitude of c. 200 to 300 km (c. 125 to 185 miles), exists during the day, and the permanent $F_2$ layer, or Appleton layer, is at c. 225 to 400 km (c. 140 to 250 miles)

fl dr fluid dram(s)

fldxt [L fluid extractum] fluid extract

flea (flē) n. [ME fle < OE fleah, akin to Ger floh < same Gmc base as FLEE] 1 any of an order (Siphonaptera) of small, flattened, wingless insects with large legs adapted for jumping: as adults they are bloodsucking parasites on mammals and birds 2 FLEA BEETLE —flea in one's ear a stinging rebuke or rebuff, or an annoying hint

FLEA

flea·bag (-bag') n. ☆[Slang] a very cheap, dirty hotel

flea·bane (-bān') n. [FLEA + BANE: once thought to drive away fleas] ERIGERON

flea beetle any of a number of small jumping beetles (family Chrysomelidae) that feed chiefly on leaves and shoots of plants

flea·bite (-bīt') n. 1 the bite of a flea 2 the red spot on the skin caused by the bite of a flea 3 a minor pain or trifling inconvenience

flea-bit·ten (-bit''n) adj. 1 bitten by a flea or fleas 2 infested with fleas 3 wretched; decrepit; shabby 4 light-colored with reddish-brown spots: said of horses

☆flea circus a number of fleas trained to perform tricks, as for a carnival sideshow

☆flea·hop·per (-häp'ər) n. any of several small jumping hemipterous bugs (family Miridae), many of which damage cotton and other cultivated plants

fleam (flēm) n. [ME fleme < OFr flieme < VL *fleutomum for LL phlebotomus: see PHLEBOTOMY] a sharp lancet formerly used for bloodletting

flea market a bazaar, usually outdoors, dealing mainly in cheap, secondhand goods

flea·pit (flē'pit') n. [Colloq.] a public place, esp. a hotel or theater, that is cheap, run-down, inferior, etc.

flea·wort (flē'wurt') n. 1 any of several plants that supposedly ward off fleas, as a European aromatic plant (Inula conyza) of the composite family with rough leaves and yellow flowers 2 a European plantain (Plantago psyllium) whose seeds, which more or less resemble fleas, are used as a laxative

flèche (flesh, flāsh) n. [Fr, lit., an arrow < OFr fleche < MDu vleke, an arrow, akin to OE flacor, flying (of arrows): for IE base see FLAW²] a slender spire, esp. one over the intersection of the nave and the transept in some Gothic churches

fleck (flek) n. [ON flekkr, akin to MDu vlecke, Ger fleck < IE *plik-, var. of base *plēk-: see FLAY] 1 a spot or small patch of color, etc.; speck [flecks of sunlight] 2 a small piece; particle; flake —vt. [ME *flekken (found only in pp. flekked), prob. < ON flekka < flekkr] to cover or sprinkle with flecks; speckle

flec·tion (flek'shən) n. [L flexio < pp. of flectere, to bend] 1 a bending; flexing 2 a bend or bent part 3 Anat. FLEXION 4 Gram. inflection

fled (fled) vi., vt. pt. & pp. of FLEE

fledge (flej) vi. fledged, fledg'ing [< ME flegge, ready to fly < OE (un)flycge, (un)fledged, akin to MHG vlücke, MDu vlugghe: for IE base see FLY¹] to grow the feathers necessary for flying —vt. 1 to rear (a young bird) until it is able to fly 2 to supply or adorn with or as if with feathers or down; specif., to fit (an arrow, etc.) with feathers

fledg·ling (flej'liŋ) n. 1 a young bird just fledged 2 a young, inexperienced person Also, chiefly Brit., fledge'ling

at, āte, cär; ten, ēve; is, īce; gō, hôrn, look, tōōl; oil, out; up, fur; ə for unstressed vowels, as a in ago, u in focus; ' as in Latin (lat''n); chin; she; zh as in azure (azh'ər); thin, the; ŋ as in ring (riŋ)
In etymologies: * = unattested; < = derived from; > = from which
☆ = Americanism See inside front and back covers

DEF00000314

**pal·a·din** (pal'ə din) *n.* [Fr < It *paladino* < L *palatinus*, officer of a palace < *palatium*: see prec.] 1 any of the twelve legendary peers, or douzepers, of Charlemagne's court 2 a knight or a heroic champion

**pa·lae·o-** (pā'lē ō'; *chiefly Brit* pal'ē ō') *combining form* PALEO-: also **pa·lae-**

**pa·laes·tra** (pə les'trə) *n., pl.* -trae (-trē) or -tras *alt. sp. of* PALESTRA

**pal·an·quin** or **pal·an·keen** (pal'ən kēn') *n.* [Port *palanquim* < Indo-Aryan (cf. Hindi *pālkī*) < Sans *palyaṅka, paryaṅka*, bed, couch < *pari-*, around (see PERI-) + *añcati*, (it) bends < IE base *ank- > ANKLE] [Historical] a covered litter used in S Asia, usually for one person, carried by poles on the shoulders of two or more men

**pal·at·a·ble** (pal'ə tə bəl) *adj.* [PALAT(E) + -ABLE] 1 pleasant or acceptable to the taste; fit to be eaten or drunk 2 acceptable to the mind —**pal'at·a·bil'i·ty** or **pal'at·a·ble·ness** *n.* —**pal'at·a·bly** *adv.*

**pal·a·tal** (pal'ə təl, -ət'l) *adj.* [Fr < L *palatum*, palate] 1 of the palate 2 *Phonet.* *a)* articulated with the part of the tongue just behind the tip raised against or near the hard palate, as the consonants (y) in *yes* and (H) in German *ich* *b)* designating a stop, fricative, etc. whose point of articulation is on or near the hard or soft palate, as (ch; j, sh, zh) *c)* [Rare] front, as certain vowels —*n.* a palatal sound —**pal'a·tal·ly** *adv.*

**pal·a·tal·ize** (-īz') *vt.* -ized', -iz'ing *Phonet.* to articulate as a palatal sound; specif., to change (a nonpalatal sound) into a palatal sound *[the original sound represented by t in "nature" has been palatalized to (ch); Russian contains many palatalized sounds]* —**pal'a·tal·i·za'tion** *n.*

**pal·ate** (pal'ət) *n.* [ME < L *palatum*] 1 the roof of the mouth, consisting of a hard, bony forward part (the *hard palate*) and a soft, fleshy back part (the *soft palate*, or *velum*) 2 sense of taste: the palate was incorrectly thought to be the organ of taste 3 intellectual taste; liking

**pa·la·tial** (pə lā'shəl) *adj.* [< L *palatium*, PALACE] 1 of, suitable for, or like a palace 2 large and ornate; magnificent; stately —**pa·la'tial·ly** *adv.*

**Pa·lat·i·nate** (pə lat''n āt', -it) a historical region now part of Germany: in two parts: Lower Palatinate or Rhine Palatinate (on the Rhine east of Saarland) and the Upper Palatinate (in E Bavaria on the Danube): see RHINELAND-PALATINATE —*n.* [ML *palatinatus*] 1 [p-] the territory ruled by a palatine 2 a native or inhabitant of the Palatinate

**pal·a·tine**[1] (pal'ə tīn', -tin) *adj.* [ME < OFr *palatin* < L *palatinus* < *palatium*, PALACE] 1 of a palace 2 having royal privileges *[a count palatine]* 3 of or belonging to a count palatine or earl palatine 4 [P-] of the Palatinate —*n.* 1 an officer of an imperial palace 2 a medieval vassal lord having the rights of royalty in his own territory, or palatinate 3 a fur piece covering the shoulders 4 [P-] a native or inhabitant of the Palatinate —[P-] *see* SEVEN HILLS OF ROME

**pal·a·tine**[2] (pal'ə tīn', -tin) *adj.* [Fr *palatin*: see PALATE & -INE[1]] having to do with the palate —*n.* either of the two bones forming the hard palate

**Pa·lau Islands** (pä lou') *see* BELAU

**pa·lav·er** (pə lav'ər) *n.* [Port *palavra*, a word, speech < LL(Ec) *parabola*, PARABLE] 1 a conference or discussion, as orig. between African natives and European explorers or traders 2 talk; esp., idle chatter 3 flattery; cajolery —*vi.* 1 to talk, esp. idly or flatteringly 2 to confer —*vt.* to flatter or wheedle

**Pa·la·wan** (pä lä'wän') island in the W Philippines, southwest of Mindoro: 4,550 sq. mi. (11,785 sq. km)

***pa·laz·zo*** (pä lät'sō) *n., pl.* -*zi* (-sē) [It] a palace

**pa·laz·zos** (pə lät'sōz) *n.pl.* [< prec.] women's pants with wide legs that flare broadly at the ankle

**pale**[1] (pāl) *adj.* pal'er, pal'est [OFr < L *pallidus*, pale: see FALLOW[2]] 1 of a whitish or colorless complexion; pallid; wan 2 lacking intensity or brilliance: said of color, light, etc.; faint; dim 3 feeble; weak *[a pale imitation]* —*vi.* paled, pal'ing 1 to become pale 2 to seem weaker or less important —*vt.* to make pale —**pale'ly** *adv.* —**pale'ness** *n.*

*SYN.*—pale, in this comparison the least connotative of these words, implies merely an unnatural whiteness or colorlessness, often temporary, of the complexion; pallid suggests a paleness resulting from exhaustion, faintness, emotional strain, etc.; wan suggests the paleness resulting from an emaciating illness; ashen implies the grayish paleness of the skin as in death; livid refers to a grayish-blue (or now, sometimes, white) complexion, as of one in great rage or fear —*ANT.* ruddy, rosy

**pale**[2] (pāl) *n.* [ME < MFr *pal* < L *palus*, a stake < IE base *pak-, to fasten (as by ramming into the ground) > Gr *passalos*, a peg, stake, L *pax*, peace] 1 a narrow, upright, pointed stake used in fences; picket 2 a fence; enclosure; boundary; restriction: now chiefly figurative *[outside the pale of the law, beyond the pale (of respectability)]* 3 a territory or district enclosed within bounds 4 *Bot.* a chaffy bract or scale; esp., a bract at the base of a floret of a composite flower 5 *Heraldry* a vertical band forming the middle third of a shield

**pale-** (pā'lē) *combining form* PALEO-: used before a vowel

**pa·le·a** (pā'lē ə) *n., pl.* -le·ae' (-ē') [ModL < L, chaff < IE base *pel-, to cover, a skin > FELL[4], FILM] 1 the upper, or inner, thin, membranous bract enclosing the flower in grasses 2 PALE[2] (sense 4)

**Pa·le·arc·tic** (pā'lē ärk'tik, -är'-) *adj.* [PALE- + ARCTIC] designating or of the biogeographic realm that includes Europe, parts of N Africa, and most of Asia: see ORIENTAL (sense 4)

**pa·le·eth·nol·o·gy** (-eth näl'ə jē) *n.* [PALE- + ETHNOLOGY] the study of prehistoric races of humans

☆**pale·face** (pāl'fās') *n.* a white person: a term alleged to have been first used by North American Indians

**Pa·lem·bang** (pä'lem bäŋ') seaport in SE Sumatra, Indonesia: pop. 787,000

**Pa·len·que** (pä leŋ'kā') village in N Chiapas state, Mexico: site of ancient Mayan ruins

**pa·le·o-** (pā'lē ō', -ə; *chiefly Brit* pal'ē ō', -ə) [< Gr *palaios*, ancient < IE base *kwel-, remote > Sans *caramá-*, the last, Gr *tēle*, far, Welsh *pell*, far] *combining form* 1 the Old World *[Paleotropical]* 2 *a)* ancient, early, prehistoric, primitive *[Paleozoic, Paleolithic]* *b)* involving or dealing with (specified) forms, conditions, phenomena, fossils, etc. of remote, esp. geologic, eras (the following words are examples of this use in compounds)

| | |
|---|---|
| paleoanthropology | paleoecology |
| paleobiology | paleogeography |
| paleobotany | paleozoology |

**pa·le·o·an·throp·ic** (pā'lē ō'an thräp'ik) *adj.* [< prec. + ANTHROP(O)- + -IC] of or pertaining to early forms of fossil humans, as Neanderthal

**Pa·le·o·cene** (pā'lē ō sēn') *adj.* [PALEO- + -CENE] designating or of the earliest epoch of the Tertiary Period in the Cenozoic Era, preceding the Eocene —the Paleocene the Paleocene Epoch or its rocks: see GEOLOGY, chart

**pa·le·og·ra·phy** (pā'lē äg'rə fē) *n.* [ModL *palaeographia*: see PALEO- & -GRAPHY] 1 ancient writing or forms of writing, collectively 2 the study of describing or deciphering ancient writings —**pa'le·og'ra·pher** *n.* —**pa'le·o·graph'ic** (-ō graf'ik) or **pa'le·o·graph'i·cal** *adj.*

**pa·le·o·lith** (pā'lē ō lith') *n.* [PALEO- + -LITH] an unpolished Pleistocene stone tool

**Pa·le·o·lith·ic** (pā'lē ō lith'ik, -lē ə-) *adj.* [PALEO- + -LITHIC] designating or of an Old World cultural period (c. 2 million–c. 10,000 B.C.) before the Mesolithic, characterized by the use of flint, stone, and bone tools, hunting, fishing, and the gathering of plant foods —the Paleolithic the Paleolithic period that is subdivided into the Lower (to c. 150,000 B.C.), Middle (to c. 38,000 B.C.), and Upper stages; Old Stone Age

**Paleolithic man** any of the types of humans of the Paleolithic period, including Java, Neanderthal, and Cro-Magnon man

**pa·le·o·mag·net·ism** (pā'lē ō mag'nə tiz'əm) *n.* 1 the alignment of iron and nickel grains in rock with the earth's magnetic poles, fixed at the time of that rock's formation 2 the study of this alignment, specif. as it relates to the shifting of the earth's magnetic poles over time —**pa'le·o·mag·net'ic** *adj.* —**pa'le·o·mag·net'i·cal·ly** *adv.*

**pa·le·on·tog·ra·phy** (pā'lē än täg'rə fē) *n.* [PALE- + ONTO- + -GRAPHY] the formal description of fossils —**pa'le·on'to·graph'i·cal** (-tō graf'i kəl) or **pa'le·on'to·graph'ic** *adj.*

**pa·le·on·tol·o·gy** (pā'lē ən täl'ə jē, -lē än-) *n.* [Fr *paléontologie*: see PALE- & ONTO- & -LOGY] 1 the branch of geology that deals with life forms from the past, esp. prehistoric life forms, through the study of fossils 2 a treatise on this subject —**pa'le·on'to·log'i·cal** (-än'tə läj'i kəl) or **pa'le·on'to·log'ic** *adj.* —**pa'le·on·tol'o·gist** *n.*

**pa·le·o·sol** (-ə säl') *n.* a layer of buried, ancient soil

**Pa·le·o·zo·ic** (pā'lē ō'zō'ik, -lē ə-) *adj.* [PALEO- + ZO- + -IC] designating or of the geologic era between the Precambrian and the Mesozoic: it covered the period between c. 570,000,000 and 225,000,000 years ago and was characterized by the development of the first fishes, amphibians, reptiles, and land plants —the Paleozoic the Paleozoic Era or its rocks: see GEOLOGY, chart

**Pa·ler·mo** (pə ler'mō; *It* pä ler'mō) capital of Sicily: seaport on the coast: pop. 700,000

**Pal·es·tine** (pal'əs tīn') 1 historical region in SW Asia at the E end of the Mediterranean comprising parts of modern Israel, Jordan, & Egypt: also known as the HOLY LAND 2 British mandated territory in this region, west of the Jordan River, from 1923 to the establishment of the state of Israel (1948) according to the United Nations partition plan (1947)

**Pal·es·tin·i·an** (pal'əs tin'ē ən) *adj.* 1 of Palestine 2 of the people of Palestine, esp. those Arab peoples who now live in Palestine or whose family or ancestors once lived there —*n.* 1 a person, esp. an Arab, born or living in Palestine 2 an Arab whose family or ancestors once lived in Palestine

**pa·les·tra** (pə les'trə) *n., pl.* -trae (-trē) or -tras [L < Gr *palaistra* < *palaiein*, to wrestle] in ancient Greece, a public place for exercise in wrestling and athletics

**Pal·es·tri·na** (pal'ə strē'nə; *It* pä'les trē'nä), **Gio·van·ni Pier·lu·i·gi da** (jō vän'nē pyer loo ē'jē dä) c. 1525-94; It. composer

**pal·e·tot** (pal'ə tō') *n.* [Fr < OFr *palletoc* < ME *paltok* < ?] [Historical] 1 a man's overcoat 2 a loose jacket worn by women and children

**pal·ette** (pal'it) *n.* [Fr, dim. of *pale*, a shovel < L *pala*, a spade, shovel] 1 a thin board or tablet of wood, plastic, etc., often with a hole for the thumb at one end, on which an artist arranges and mixes paints 2 the colors used by a particular artist or for a particular painting

**palette knife** a thin, flexible steel blade with a blunt edge and wooden handle, used by artists to mix colors and clean the palette and, sometimes, to apply paint

**Pa·ley** (pā'lē), **William** 1743-1805; Eng. theologian & philosopher

**pal·frey** (pôl'frē) *n., pl.* -freys [ME < OFr *palefrei* < ML *palafredus* for LL *paraveredus*, extra post horse < Gr *para*, beside + L *veredus*, post horse < Gaul *voredos (akin to Welsh *gorwydd*, horse) < IE base *upo- < base *au-, *awe) + *-redos < IE base *reidh- > RIDE] [Archaic] a saddle horse, esp. a gentle one for a woman

**Pal·grave** (pal'grāv'), **Francis Turner** 1824-97; Eng. anthologist

**Pa·li** (pä'lē) *n.* [Sans *pāli*, lit., a row, line, canon, short for *pāli bhāṣā*, canon language] the Old Indic Prakrit, or dialect, of the southern canon of Buddhist scriptures, which has become the religious language of Buddhism

☆**pal·i·mo·ny** (pal'ə mō'nē) *n.* [PA… property settlement claimed by … unmarried couple who separate a…

**pal·imp·sest** (pal'imp sest') *n.* [… lit., rubbed again < *palin*, again (… base *bhes-, to rub off, pulverize … tablet, etc. that has been writte… times, the previous text or texts … remaining, therefore, still partly …

**pal·in·drome** (pal'in drōm') *n.* [… *palin*, again (< IE base *kwel-, to … see DROMEDARY] a word, phrase, … backward or forward (Ex.: madar…

**pal·ing** (pāl'iŋ) *n.* 1 the action of … made of pales 3 pales collectively … a fence; pale

**pal·in·gen·e·sis** (pal'in jen'ə sis) … PALINDROME) + *genesis*, birth, GEN… 2 METEMPSYCHOSIS 3 that phase i… plant or animal which theoretical… of the taxonomic group to which … GENESIS —**pal'in·ge·net'ic** (-jə net…

**pal·i·node** (pal'ə nōd') *n.* [MFr p… *nōidia* < *palin*, again (see PALINDI… ode or other poem written to ret… poem 2 a retraction

**pal·i·sade** (pal'ə sād', pal'ə sād') *n* … *palise*, a pale < L *palus*, a stake, … pointed stakes set in the ground to … or defense 2 a fence of such sta… cliffs, usually along a river —*vt* … defend with a palisade —the Palis… N.J. & SE N.Y. on the west shore … long

**palisade parenchyma** a layer of … plasts, lying just below the upper e… long axes at right angles to the ep…

**pal·ish** (pāl'ish) *adj.* somewhat pal…

**pall**[1] (pôl) *vi.* palled, pall'ing [… APPALL] 1 to become cloying, ins… become satiated or bored —*vt.* to …

**pall**[2] (pôl) *n.* [ME *pal* < OE *pæll* < … a robe, mantle)] 1 *a)* a cloth cove… coffin or catafalque *b)* an overspr… or black smoke, that cloaks or obs… also, an overspreading, pervasive … depression *[the sad news cast a pa…* cloak, mantle, or veil 2 a light, sq… linen, put on top of the chalice in … cover with a PALL[2] (sense 1)

**Pal·la·di·an**[1] (pə lā'dē ən) *adj.* [< I… 1 of Pallas Athena: see PALLAS 2 …

**Pal·la·di·an**[2] (pə lā'dē ən) *adj.* of o… Andrea Palladio

**pal·lad·ic** (pə lad'ik, -lād'ik) *adj.* … pounds containing tetravalent pall…

**Pal·la·dio** (päl lä'dyō), **An·dre·a** (ä… 1508-80; It. architect

**pal·la·di·um** (pə lā'dē əm) *n.* [Mo… Wollaston (see WOLLASTONITE), afte… PALLAS + -IUM] a rare, silvery-w… chemical element of the platinum … in hydrogenation processes, or in … metals: symbol, Pd; at. wt., 106.4; … 1,554°C; boil. pt., 2,970°C

**Pal·la·di·um** (pə lā'dē əm) *n., pl.* -di… statue or image, after PALLAS] 1 … statue of the Greek goddess Palla… statue in Troy on the preservation … supposed to depend 2 [p-] anythi… of something; safeguard

**pal·la·dous** (pə lā'dəs, pal'ə dəs) … compounds containing divalent pal…

**Pal·las** (pal'əs) [L < Gr] *Gr. Myth.* … [ModL: so named (1802) by H. … astronomer, after L *Pallas*, the god… ered (1802), and the second large… diameter)

**pall·bear·er** (pôl'ber'ər) *n.* [PALL[2] + … the edges of the pall] one of the … coffin at a funeral

**pal·let**[1] (pal'it) *n.* [Fr *palette*: see PA… ing of a flat blade with a handle; es… smoothing and rounding 2 PALETTE … form, usually double-faced, on whic… age or transportation, as in a wareh… for stamping letters on the binding … machine that changes back-and-for… vice versa, by engaging the teeth of … any of the clicks or pawls in a clo… regulate the speed by releasing one … swing of the pendulum or turn of th…

**pal·let**[2] (pal'it) *n.* [ME *paillet* < MF… *paille*, chaff: see PALEA] a small bed … used directly on the floor

**pal·let**[3] (pal'it) *n.* [ME *palet* < MFr… vertical stripe half as wide as a pale

**tar·so·met·a·tar·sus** (tär'sō met'ə tär' səs) *n.* [prec. + METATARSUS] the large bone in the lower part of a bird's leg, connecting the tibia with the toes

**tar·sus** (tär'səs) *n., pl.* tar'si' (-sī') [ModL < Gr *tarsos*, flat of the foot, any flat surface, orig. a wickerwork frame for drying fruits or cheeses < IE base *ters-, to dry > THIRST, L *torridus*] 1 *Anat. a)* the human ankle, consisting of seven bones between the tibia and metatarsus *b)* the small plate of connective tissue stiffening the eyelid 2 *Zool. a)* a group of bones in the ankle region of the hind limbs of tetrapods *b)* TARSOMETATARSUS *c)* the fifth segment from the base of an insect leg

**Tar·sus** (tär'səs) city in S Turkey, near the Mediterranean: in ancient times, the capital of Cilicia & birthplace of the Apostle Paul: pop. 51,000

**tart¹** (tärt) *adj.* [ME < OE *teart* < PGmc *trat- < IE base *der- > TEAR¹] 1 sharp in taste; sour; acid; acidulous 2 sharp in meaning or implication; cutting *[a tart answer]* —*SYN.* SOUR —**tart'ly** *adv.* —**tart'ness** *n.*

**tart²** (tärt) *n.* [ME *tarte* < OFr, prob. var. of *tourte* < LL(Ec) *torta*, twisted loaf < L *tortus*: see TORT] 1 a small shell of pastry filled with jam, jelly, etc. 2 in England, a small pie filled with fruit or jam and often having a top crust

**tart³** (tärt) *n.* [< prec., orig., slang term of endearment] [Colloq.] a prostitute or any promiscuous woman —**tart up** [Slang, Chiefly Brit., etc.] to clothe, furnish, or decorate in a showy and, often, cheap way —**tart'y** *adj.*

**tar·tan¹** (tär'tən, tärt''n) *n.* [prob. < MFr *tiretaine*, a cloth of mixed fibers < OFr *tiret*, a kind of cloth < *tire*, oriental cloth (of silk) < ML *tyrius*, material from Tyre < L *Tyrus*, TYRE; sp. infl. by ME *tartarin*, a rich material < MFr *(drap) tartarin*, Tartar (cloth)] 1 woolen cloth with a woven pattern of straight lines of different colors and widths crossing at right angles, esp. as worn in the Scottish Highlands, where each clan has its own pattern 2 any plaid cloth like this 3 any tartan pattern 4 a garment made of tartan —*adj.* of, like, or made of tartan

**tar·tan²** (tär'tən, tärt''n) *n.* [Fr *tartane* < It *tartana*, prob. ult. < Ar *tarrād* (colloq. form *tarīda*), small, swift kind of ship] a small, single-masted Mediterranean ship with a large lateen sail and a jib

**tar·tar** (tär'tər) *n.* [ME < ML *tartarum* < MGr *tartaron* < ?] 1 cream of tartar, esp. the crude form present in grape juice and forming a reddish or whitish, crustlike deposit (*argol*) in wine casks 2 a hard deposit on the teeth, consisting of saliva proteins, food deposits, various salts, as calcium phosphate, etc.; dental calculus

**Tar·tar** (tär'tər) *n.* [ME *Tartre* < ML *Tartarus*, a Tatar, altered (after TARTARUS) < Pers *Tātār*] 1 TATAR 2 [*usually* t-] an irritable, violent, intractable person —*adj.* of Tatary or the Tatars —**catch a tartar** to attack or oppose someone too strong for one; get more than one bargained for

**Tar·tar·e·an** (tär ter'ē ən, -tar'-) *adj.* of Tartarus; infernal

**tartar emetic** antimony potassium tartrate, $K(SbO)C_4H_4O_6 \cdot \frac{1}{2}H_2O$, a poisonous, odorless, white salt used in medicine to cause expectoration, vomiting, and perspiring, and in dyeing as a mordant

**Tar·tar·i·an** (tär ter'ē ən) *adj.* of Tatary or the Tatars

**tar·tar·ic** (tär tar'ik, -tär'-) *adj.* of, containing, or derived from tartar or tartaric acid

**tartaric acid** a clear, colorless, crystalline acid, $HOOC(CHOH)_2COOH$, found in vegetable tissues and fruit juices and obtained commercially from tartar: it is used in dyeing, photography, medicine, etc.

**tar·tar·ous** (tär'tər əs) *adj.* of, like, or containing tartar

**tar·tar sauce** (tär'tər) [Fr *sauce tartare*] a sauce, as for seafood, consisting of mayonnaise with chopped pickles, olives, capers, etc.: also sp. tar'tare sauce

**tartar steak** STEAK TARTARE

**Tar·ta·rus** (tär'tə rəs) [L < Gr *Tartaros*] *Gr. Myth.* 1 an infernal abyss below Hades, where Zeus hurls the rebel Titans, later a place of punishment for the wicked after death 2 HADES (sense 1*a*)

**Tar·ta·ry** (tärt'ər ē) *var. of* TATARY

**Tar·ti·ni** (tär tē'nē), **Giu·sep·pe** (jōō zep'pe) 1692-1770; It. violinist, composer, & musical theoretician

**tart·let** (tärt'lit) *n.* [MFr *tartelette*: see TART² & -LET] a small pastry tart

**tar·trate** (tär'trāt') *n.* [Fr < *tartre*, TARTAR + -*ate*, -ATE²] 1 a salt of tartaric acid containing the divalent, negative radical $C_4H_4O_6$ 2 an uncharged ester of this acid

**tar·trat·ed** (-trāt'id) *adj.* 1 derived from or containing tartar 2 combined with tartaric acid

**Tar·tu** (tär'tōō) city in E Estonia: pop. 106,000

**Tar·tuffe** (tär tōōf'; *Fr* tär tüf') [Fr < It *Tartufo*, lit., a truffle] the title hero, a religious hypocrite, of a satirical comedy (1664-69) by Molière —*n.* [t-] a hypocrite

☆**Tar·zan** (tär'zan, -zən') *n.* [after *Tarzan*, jungle-raised hero of stories by Edgar Rice BURROUGHS] [*also* t-] any very strong, virile, and agile man: often used ironically or humorously

**Tash·kent** (tash kent', täsh-) capital of Uzbekistan, on a branch of the Syr Darya: pop. 2,030,000

**Ta·si·an** (tä'sē ən) *adj.* [after *Deir Tasa*, village in upper Egypt, where artifacts were found] designating or of the earliest known Neolithic farming culture of Egypt, preceding the Badarian

**task** (task, täsk) *n.* [ME *taske* < NormFr *tasque* (OFr *tasche*) < ML *tasca*, for *taxa*, a tax < L *taxare*, to rate, value, TAX] 1 a piece of work assigned to or demanded of a person 2 any piece of work 3 an undertaking involving labor or difficulty —*vt.* 1 to assign a task to; require or demand a piece of work of 2 to put a burden on; strain; overtax —**take to task** to reprimand or scold; reprove

*SYN.*—**task** refers to a piece of work assigned to or demanded of someone, as by another person, by duty, etc., and usually implies that this is difficult or arduous work *[he has the task of answering letters]*; **chore** applies to any of the routine domestic activities for which one is responsible *[his chore is washing the dishes]*; **stint** refers to a task that is one's share of the work done by a group and usually connotes a minimum to be completed in the allotted time *[we've all done our daily stint]*; **assignment** applies to a specific, prescribed task allotted by someone in authority *[classroom assignments]*; **job**, in this connection, refers to a specific piece of work, as in one's trade or as voluntarily undertaken for pay *[the job of painting our house]*

☆**task force** 1 a specially trained, self-contained military unit assigned a specific mission or task, as the raiding of enemy installations 2 any group assigned to a specific project

**task·mas·ter** (task'mas'tər) *n.* a person, esp. a strict or demanding person, who assigns tasks or hard work to others

**Tas·man** (täs'män'; *E* taz'mən), **A·bel Jans·zoon** (ä'bəl yän'sōn) c. 1603-59; Du. navigator who discovered Tasmania & New Zealand

**Tas·ma·ni·a** (taz mā'nē ə, -mān'yə) 1 island south of Victoria, Australia: c. 24,450 sq. mi. (63,325 sq. km) 2 state of Australia comprising this island & smaller nearby islands: 26,383 sq. mi. (68,331 sq. km); pop. 427,000; cap. Hobart —**Tas·ma'ni·an** *adj., n.*

**Tasmanian devil** a stout, extremely voracious, flesh-eating species (*Sarcophilus harrisi*, family Dasyuridae) of Tasmanian marsupial, having black fur with white patches and a large head

**Tasmanian wolf (or tiger)** a fierce, flesh-eating, possibly extinct species (*Thylacinus cynocephalus*, family Thylacinidae) of Tasmanian marsupial with dark stripes on the back

**Tas·man Sea** (taz'mən) section of the South Pacific, between SE Australia & New Zealand

**tass** (tas, täs) *n.* [LME *tasse* < MFr < OFr < Ar *ṭāsa*, shallow metal cup < Pers *tast*, a cup] [Now Scot.] 1 a small drinking cup or goblet 2 its contents; a small draft

**Tass** (täs) [Russ < *T(elyegrafnoe) A(gentstvo) S(ovetskogo) S(oyuza)*, Telegraph Agency of the Soviet Union] a Soviet agency for gathering and distributing news

**tasse** (tas) *n.* [MFr, purse, pouch] any of a series of jointed, metal plates forming a skirtlike protection of armor for the lower trunk and thighs: see ARMOR, illus.: also **tas'set**

**tas·sel¹** (tas'əl) *n.* [ME < OFr, knob, knot, button < VL *tassellus*, altered < L *taxillus*, a small die (akin to *talus*, ankle), based on L *tessella*, small cube, piece of mosaic] 1 orig., a clasp or fibula 2 an ornamental tuft of threads, cords, etc. of equal length, hanging loosely from a knob or from the knot by which they are tied together 3 something resembling this; specif., the tassel-like inflorescence of some plants, as corn —*vt.* -**seled** or -**selled**, -**sel·ing** or -**sel·ling** to ornament with tassels —☆*vi.* to grow tassels, as corn

**tas·sel²** (tes'əl) *n.* [Obs.] TIERCEL

**Tas·so** (täs'sō; *E* tas'ō), **Tor·qua·to** (tôr kwä'tō) 1544-95; It. epic poet

**taste** (tāst) *vt.* **tast'ed**, **tast'ing** [ME *tasten* < OFr *taster*, to handle, touch, taste < VL *tastare*, prob. < *taxitare*, freq. of L *taxare*, to feel, touch sharply, judge of, freq. of *tangere*: see TACT] 1 orig., to test by touching 2 to test the flavor of by putting a little in one's mouth 3 to detect or distinguish the flavor of by the sense of taste *[to taste sage in a dressing]* 4 to eat or drink, esp. a small amount of 5 to receive the sensation of, as for the first time; experience; have *[to have tasted freedom at last]* 6 [Archaic] to appreciate; like —*vi.* 1 to discern or recognize flavors by the sense of taste; have the sense of taste 2 to eat or drink a small amount (*of*) 3 to have the specific taste or flavor: sometimes with *of* *[the milk tastes sour; the salad tastes of garlic]* 4 to have a sensation, limited experience, or anticipating sense (*of* something) —*n.* [ME < OFr *tast* < the v.] 1 orig., *a)* a test; trial *b)* the act of tasting 2 that one of the five senses that is stimulated by contact of a substance with the taste buds and is capable of distinguishing basically among sweet, sour, salt, and bitter; the flavor of any specific substance is usually recognized by its combined taste, smell, and texture 3 the quality of a thing that is perceived through the sense of taste; flavor; savor 4 a small amount put into the mouth to test the flavor 5 the distinguishing flavor of a substance *[a chocolate taste]* 6 a slight experience of something; sample *[to get a taste of another's anger]* 7 a small amount; bit; trace; suggestion; touch 8 *a)* the ability to notice, appreciate, and judge what is beautiful, appropriate, or harmonious, or what is excellent in art, music, decoration, clothing, etc. *b)* a specific preference; partiality; predilection *[a taste for red ties]* *c)* an attitude or a style reflecting such ability or preferences on the part of a group of people of a particular time and place 9 a liking; inclination; fondness; bent *[to have no taste for business]* —**in bad (poor, etc.) taste** in a form, style, or manner showing lack or impairment of a sense of beauty, excellence, fitness, propriety, etc. —**in good (excellent, etc.) taste** in a form or manner showing a sense of beauty, excellence, fitness, etc. —**in taste** in good taste —**to one's taste** 1 pleasing to one 2 so as to please one

**taste bud** an oval cluster of cells embedded principally in the epithelium of the tongue and functioning as the sense organ of taste

**taste·ful** (tāst'fəl) *adj.* having or showing good taste *[tasteful décor]* —**taste'ful·ly** *adv.* —**taste'ful·ness** *n.*

**taste·less** (tāst'lis) *adj.* 1 *a)* without taste or flavor; flat; insipid *b)* dull; uninteresting 2 lacking good taste or showing poor taste —**taste'less·ly** *adv.* —**taste'less·ness** *n.*

**tast·er** (tās'tər) *n.* [ME *tastour* < Anglo-Fr] 1 a person who tastes; specif., *a)* a person employed to test the quality of wines, teas, etc. by tasting *b)* a servant who tastes food and drink prepared as for a sovereign, to detect poisoning 2 any of several devices used for tasting, sampling, or testing

**tast·y** (tās'tē) *adj.* **tast'i·er**, **tast'i·est** 1 that tastes good; flavorful; savory 2 [Now Rare] TASTEFUL —**tast'i·ly** *adv.* —**tast'i·ness** *n.*

tat¹ (tat) *vt.* tat'ted, tat'
by tatting —*vi.* to do ta
tat² (tat) *n.* [< ? TAP¹]
ta-ta (tä tä') *interj.* [Bri
ta·ta·mi (tə tä'mē) *n., pl.*
to fold up, pile up] a fl
ally in Japanese homes
Ta·tar (tät'ər) *n.* [Pers]
Turkic peoples that too
and E Europe in the M
living in a region of EC
Asia 3 any of the Turki
(Kazan Tatar) spoken
languages Also Ta·tar·i
Tatar Strait (tät'ər) stra
land: c. 350 mi. (563 km
Ta·ta·ry (tät'ə rē) vast re
Tatar tribes in the late M
Russia to the Pacific
Tate (tāt) 1 (John Orle
Nahum 1652-1715; Brit
laureate (1692-1715)
ta·ter (tāt'ər) *n. dial. form*
Ta·tra Mountains (tä'tr
Slovakia & S Poland: hi
tat·ter (tat'ər) *n.* [ME, p
*zotte*, tuft < IE base *da
hanging shred or piece,
rag 3 [*pl.*] torn, ragged
ragged —*vi.* to become r
tat·ter·de·mal·ion (tat'ər
?] a person in torn, ragg
tat·tered (tat'ərd) *adj.* [M
wearing torn and ragged
tat·ter·sall (tat'ər sôl') *n.*
and gamblers' rendezvou
checkered pattern of dar
such a pattern
tat·ting (tat'iŋ) *n.* [prob.
made by looping and k
shuttle: used for edging,
ing this
tat·tle (tat''l) *vi.* -tled, -tli
echoic orig.] 1 to talk i
ple's secrets; tell tales 3
secret) through gossiping
tat·tler (tat'lər) *n.* 1 a per
sandpiper (*Heteroscelus*
known for its loud cry
☆tat·tle·tale (tat''l tāl') *n.*
child's term
tat·too¹ (ta tōō') *vt.* -tooe
Proto-Polynesian *tatau
and insert indelible colors
2 to make (marks or desi
a tattooed mark or design
tat·too² (ta tōō') *n., pl.* -to
tap to (shut): a signal for
or bugle, summoning mili
in Great Britain, a milita
military exercises 2 any
-tooed', -too'ing to beat
tat·ty (tat'ē) *adj.* -ti·er, -ti·e
*tōturr*, TATTER] [Chiefly
tat'ti·ly *adv.* —tat'ti·ness
Ta·tum (tāt'əm) 1 Art(hu
L(owrie) 1909-75; U.S. bio
tau (tou, tô) *n.* [ME *taw*,
< Gr < Sem, as in Heb *ta*
Greek alphabet (T, τ)
tau cross a cross shaped l
taught (tôt) *vt., vi. pt. & p*
taunt¹ (tônt, tänt) *adj.* [pr
Fr *autant*, as much] very
taunt² (tônt, tänt) *vt.* [<
reproach in scornful or sa
or provoke (a person) by
gibe —*SYN.* RIDICULE —t
Taun·ton (tônt''n, tänt''n)
Mass.: pop. 50,000 2 cou
56,000
tau particle a charged lept
than an electron
taupe (tōp) *n.* [Fr < L *talp*
of moleskin —*adj.* of such
tau·rine¹ (tôr'in', -in) *adj.*
of or like a bull 2 [T-] of
tau·rine² (tôr'ēn', -in) *n.* [
first obtained (1826) from
$NC_2H_7SO_3$, which is found
constituent of taurocholic
tau·ro·cho·lic acid (tôr'ō k
less, crystalline acid, $NC_2$
mals as the sodium salt a
lipids, as cholesterol
tau·rom·a·chy (tô räm'ə kē
bull (see fol.) + *machē*, a b

**wa|ter·shed** (-shed') *n.* 1 a ridge or stretch of high land dividing the areas drained by different rivers or river systems ☆2 the area drained by a river or river system 3 a crucial turning point affecting action, opinion, etc.

**water shield** ☆1 a purple-flowered waterlily (*Brasenia schreberi*) having floating leaves coated underneath with a jellylike substance 2 CABOMBA

**wa|ter·side** (-sīd') *n.* land at the edge of a body of water; shore —*adj.* of, at, or on the waterside

**waterside worker** *Austral. & N.Z. term for* LONGSHOREMAN: also **wa'-ter·sid|er**

**wa|ter-ski** (-skē') *vi.* -skied', -ski|ing to be towed, as a sport, on skilike boards (water skis) by a line attached to a speedboat —**wa'|ter-ski|er** *n.*

**water snake** any of numerous saltwater or freshwater snakes; esp., any of a widely distributed genus (*Natrix*) of thick-bodied, nonpoisonous, freshwater colubrine snakes that feed chiefly on fish and amphibians

**wa|ter-soak** (-sōk') *vt.* to soak with or in water

**water softener** 1 a chemical compound added to hard water to soften it, as by precipitating out the minerals 2 a tank or other container in which water is filtered through any of various chemicals or ion exchange media for softening

**wa|ter-sol|u|ble** (-säl'yoo bəl) *adj.* that can be dissolved in water

**water spaniel** 1 AMERICAN WATER SPANIEL 2 IRISH WATER SPANIEL

**wa|ter·spout** (-spout') *n.* 1 a hole, pipe, or spout from which water runs 2 *a)* a whirling funnel-shaped or tubelike column of air full of spray occurring over water, usually in tropical areas, often comparable in intensity to a dust devil *b)* [Rare] a similar whirlwind of lesser intensity

**water sprite** *Folklore* a spirit, nymph, etc. dwelling in or haunting a body of water

**water sprout** a fast-growing sprout arising from the base, the trunk, or a main limb, of a tree or shrub, often with leaves different from those of adult parts of the same plant

**water strider** any of an insect-eating family (Gerridae) of usually slender-bodied hemipteran insects, having long legs with which they glide swiftly on the surface film of calm waters, esp. of ponds and streams

**water supply** 1 the water available for use of a community or in an area 2 the system for storing and supplying such water, as the reservoirs, mains, etc.

**water system** 1 a river with all its tributaries 2 WATER SUPPLY

**water table** 1 the level below which the ground is saturated with water 2 *Archit.* a projecting ledge or molding which throws off rainwater

**wa|ter·thrush** (-thrush') *n.* ☆any of several North American wood warblers (genus *Seiurus*), usually found near streams, swamps, etc.

**wa|ter-tight** (-tīt') *adj.* 1 so snugly put together that no water can get in or through 2 that cannot be misconstrued, refuted, defeated, nullified, etc.; flawless *[a watertight excuse, plan, etc.]* —**wa'|ter·tight'ness** *n.*

**Wa|ter·ton Lakes National Park** (wôt'ər tən, wät'-) national park in S Alberta, Canada: 203 sq. mi. (526 sq. km): with Glacier National Park of Mont., it forms Waterton-Glacier International Peace Park

**water torture** a form of torture in which water is caused to drip slowly onto the forehead of the immobilized victim

**water tower** 1 an elevated tank used for water storage and for maintaining equalized pressure on a water system ☆2 a firefighting apparatus that can be used to lift high-pressure hoses and nozzles to great heights

☆**water turkey** ANHINGA

**water vapor** water in the form of a gas; steam

**wa|ter-vas|cu|lar system** (-vas'kyoo lər) in echinoderms, a system of closed tubes and ducts filled with sea water containing some protein, and functioning variously, as in locomotion, food gathering, clinging, and respiration

**wa|ter·way** (-wā') *n.* 1 a channel or runnel through or along which water runs 2 any body of water wide enough and deep enough for boats, ships, etc., as a stream, canal, or river; water route

**wa|ter·weed** (-wēd') *n.* 1 any of various water plants having inconspicuous flowers, as pondweed 2 a North American elodea (*Elodea canadensis*) with white flowers: used in aquariums

**water wheel** 1 a wheel turned by water running against or falling on paddles, used as a source of power 2 a wheel with buckets on its rim, used for lifting water

UNDERSHOT OVERSHOT

WATER WHEELS

**water wings** a device, inflated with air, used to keep one afloat as while learning to swim: it is shaped somewhat like a pair of wings and is worn under the arms

**water witch** ☆1 a person who professes to have the power to find underground water with a divining rod; dowser ☆2 any of various diving birds, as certain grebes

**wa|ter·works** (-wurks') *n.pl.* 1 [*often with sing. v.*] *a)* a system of reservoirs, pumps, pipes, etc., used to bring a water supply to a town or city *b)* a pumping station in such a system, with its machinery, filters, etc. 2 [Slang] tears: usually in turn on the waterworks, to shed tears; weep

**wa|ter-worn** (-wôrn') *adj.* worn, smoothed, or polished by the action of running water

**wa·ter|y** (-ē) *adj.* 1 of or like water 2 containing or full of water; moist 3 thin; diluted *[watery tea]* 4 tearful; weeping 5 in or consisting of water *[a watery grave]* 6 weak; insipid 7 soft or soggy 8 full of, secreting, or giving off a morbid discharge resembling water

☆**WATS** (wäts) *n.* [*w(ide) a(rea) t(elecommunications) s(ervice)*] a telephone service that ties a customer into the long-distance network through special lines so that calls can be made to and received from a defined area or areas at a special rate

**Wat·son** (wät'sən, wôt'-) 1 James Dewey 1928- ; U.S. biochemist: helped determine the structure of DNA 2 John B(roadus) 1878-1958; U.S. psychologist

**Wat|son-Watt** (wät'sən wät'), Sir Robert Alexander 1892-1973; Scot. physicist

**watt** (wät) *n.* [after fol.: name proposed (1882) by Sir William SIEMENS] the practical mks unit of electrical power, equal to one joule per second or to the power developed in a circuit by a current of one ampere flowing through a potential difference of one volt; $\frac{1}{746}$ of a horsepower

**Watt** (wät), James 1736-1819; Scot. engineer & inventor: pioneer in the development of the steam engine

**watt·age** (wät'ij) *n.* 1 amount of electrical power, expressed in watts 2 the number of watts required to operate a given device

**Wat·teau** (vä tō'; *E* wä tō'), (Jean) An·toine (än twän') Fr. painter

**watt-hour** (wät'our') *n.* a unit of electrical energy or work, equal to one watt acting for one hour, or 3,600 joules

**wat·tle** (wät''l) *n.* [ME *wattel* < OE *watul*, a hurdle, woven twigs < ? IE **wedh-*, to knit, bind < base **(a)we-* > WEAVE] 1 a sort of woven work made of sticks intertwined with twigs or branches, used for walls, fences, and roofs 2 [Brit. Dial.] *a)* a stick, rod, twig, or wand *b)* a hurdle or framework made of sticks, rods, etc. 3 [*pl.*] rods or poles used as the support of a thatched roof 4 [Austral.] any of various acacias: the flexible branches were much used by early settlers for making wattles 5 a fleshy, wrinkled, often brightly colored piece of skin which hangs from the chin or throat of certain birds, as the turkey, or of some lizards 6 a barbel of a fish 7 [*often pl.*] a fold or pouch of flesh hanging from the neck or lower part of the jaw —*adj.* made of or roofed with wattle or wattles —*vt.* -tled, -tling 1 to twist or intertwine (sticks, twigs, branches, etc.) so as to form an interwoven structure or fabric 2 to construct (*a fence*) by intertwining sticks or twigs 3 to build of, or roof, fence, etc. with, wattle

**wat|tle·bird** (-burd') *n.* any of a number of large honeyeaters (genus *Anthochaera*) of Australia and Tasmania, characterized by wattles that hang from the corners of the mouth

**wat·tled** (wät''ld) *adj.* 1 built with wattles 2 having wattles, as a bird

**watt·me|ter** (wät'mēt'ər) *n.* an instrument for measuring in watts the power in an electric circuit

**Watts** (wäts), Isaac 1674-1748; Eng. clergyman & writer of hymns

**Wa·tu|si** (wä too'sē) *n., pl.* -sis or -si a member of a people of Burundi and Rwanda: also **Wa·tut|si** (-toot'sē)

**Waugh** (wô), Eve·lyn (Arthur St. John) (ēv'lin) 1903-66; Eng. novelist

**Wau·ke·gan** (wô kē'gən) [prob. < Ojibwa *waakaa?igan*, fort] city in NE Ill., on Lake Michigan: pop. 69,000

**Wau·ke|sha** (wô'ki shô') [< Algonquian dial., ? lit., fox] city in SE Wis., near Milwaukee: pop. 57,000

**waul** (wôl) *vi., n.* [see CATERWAUL] wail, squall, or howl

**Wau·wa·to|sa** (wô'wə tō'sə) [< AmInd *wawatosi*, ? firefly] city in SE Wis.: suburb of Milwaukee: pop. 49,000

**wave** (wāv) *vi.* waved, wav'ing [ME *waven* < OE *wafian*, akin to Ger *waben*, to fluctuate < IE **webh-*, to move to and fro, prob. identical with **webh-*, to WEAVE] 1 to move up and down or back and forth in a curving or undulating motion; swing, sway, or flutter to and fro: said of flexible things free at one end *[flags waving in the breeze]* 2 to signal by moving a hand, arm, light, etc. to and fro 3 to have the form of a series of curves or undulations *[hair that waves naturally]* —*vt.* 1 to cause to wave, undulate, or sway to and fro 2 to swing or brandish (a weapon) 3 *a)* to move or swing (something) as a signal; motion with (the hand, arms, etc.) *b)* to signal (something) by doing this *[to wave farewell]* *c)* to signal or signify something to (someone) by doing this *[he waved us on]* 4 to give an undulating form to; make sinuous *[to wave one's hair]* —*n.* [altered (based on the v.) < ME *wawe*, a wave] 1 a ridge or swell moving along the surface of a liquid or body of water as a result of disturbance, as by wind 2 *a)* an undulation or series of undulations in or on a surface, such as that caused by wind over a field of grain *b)* a curve or series of curves or curls, as in the hair *c)* an appearance of undulation, by reflection of light, on watered fabric 3 a motion to and fro or up and down, such as that made by the hand in signaling 4 something like a wave in action or effect; specif., *a)* an upsurge or rise, as to a crest, or a progressively swelling manifestation *[a crime wave, heat wave, wave of emotion, etc.]* *b)* a movement of people, etc., in groups or masses, which recedes or grows smaller before subsiding or being followed by another *[a wave of immigrants]* 5 [Old Poet.] water; esp., the sea or other body of water 6 *Physics* a periodic motion or disturbance consisting of a series of many oscillations that propagate through a medium or space, as in the propagation of sound or light: the medium does not travel outward from the source with the wave but only vibrates as it passes —**make waves** to disturb the prevailing calm, complacency, etc. —**wave'less** *adj.* —**wave'like'** *adj.* —**wav'er** *n.*

*SYN.*—wave is the general word for a curving ridge or swell in the surface of the ocean or other body of water; ripple is used of the smallest kind of wave, such as that caused by a breeze ruffling the surface of water; roller is applied to any of the large, heavy, swelling waves that roll in to the shore, as

during a storm; breake about to break, into foa what poetic or rhetorica

**Wave** (wāv) *n.* a meml

**wave band** *Radio, TV*

**wave base** the deptl surface waves stops s

**wave front** *Physics* a s ance, that passes at wave motion that are direction

**wave·guide** (wāv'gīd') tubing, usually circul conduction or directio

**wave·length** (-length' direction of progressi point characterized by understanding, etc.: c having mutual unders

**wave·let** (wāv'lit) *n.* a

**Wa·vell** (wā'vəl), Arch Brit. field marshal

**wa·vell·ite** (wā'və līt') who discovered it] a num, vitreous and tra

**wave mechanics** the particles, as atoms an

**wa·ver** (wā'vər) *vi.* [ swing or sway to and it hard, or be unabl begin to give way; falt 5 to vary in brightn totter —*n.* the act o ver|er *n.* —wa'ver·ing

**WAVES** (wāvz) *n.* [ *E(mergency) S(ervice)*

**wave train** *Physics* a s regular intervals

**wav|y** (wā'vē) *adj.* wav wavelike motion 3 h hollows; sinuous 4 ch fluctuating; unsteady

☆**wa-wa** (wä'wä') *n.* al

**wawl** (wôl) *vi., n.* alt. E

**wax**[1] (waks) *n.* [ME < **weg-*, to weave, prob yellow substance secr hard when cold, easil 148°F), cannot be diss ing, etc. 2 any plasti waxlike substance ext substance produced yielded by plants or a makers to rub on thr stances with a waxy r acids, free alcohols, a ders formerly used for record: once common —*vt.* 1 to rub, polis Colloq.] to make a p wax'er *n.* —wax'like'

**wax**[2] (waks) *vi.* waxed to grow, akin to Ger EKE[1], L *augere*, Gr *au* more numerous, etc.; said esp. of the visible moon in which the lig crescent on the righ opposed to WANE (*vi.* angry*]* *b)* to speak or prowess*]*

**wax**[3] (waks) *n.* [< ? Brit.] a fit of anger or

☆**wax bean** 1 a vari pods 2 the edible im

**wax·ber|ry** (waks'ber'ē BAYBERRY (sense 1)

**wax·bill** (waks'bil') *n.* birds (family Estrildi some species are kept

**wax|en**[1] (wak'sən) *adj.* ish, soft, smooth, lust 3 covered with wax

**wax|en**[2] (wak'sən) *vi.* a

**wax|i·ness** (waks'ē nis

**wax insect** any of vari secrete a waxy subst Chinese scale insect (

**wax museum** an exhi

☆**wax myrtle** an ever North America and h used for candles

**wax palm** 1 CARNAUB Andes, whose trunk y etc.

**wax paper** a kind of p fin, coating Also wax

DEF00000317