# Exhibit F
# to Baker Declaration In Support of Defendants' Claim Construction Brief

MPK 138108-1.062114.0123
2/4/08

# Pharmaceutical Sciences

## 1980

MACK PUBLISHING COMPANY

Easton, Pennsylvania 18042

DEF00000307

Entered according to Act of Congress, in the year 1885 by Joseph P. Remington, in the Office of the Librarian of Congress, at Washington, D. C.

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P. Remington

Copyright 1926, 1936, by Joseph P. Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No. 60-53334

ISBN 0-912374-02-9

*The use of portions of the text of USP XX and NF XV is by permission of the USP Convention. The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

**Remington's Pharmaceutical Sciences** . . . *a treatise on the theory and practice of the pharmaceutical sciences, with essential information about pharmaceutical and medicinal agents; also a guide to the professional responsibilities of the pharmacist as the drug-information specialist of the health team . . . A textbook and reference work for pharmacists, physicians, and other practitioners of the pharmaceutical and medical sciences.*

| | | |
|---|---|---|
| **EDITORS** | Arthur Osol, *Chairman* | Stewart C. Harvey |
| | Grafton D. Chase | Robert E. King |
| | Alfonso R. Gennaro | Alfred N. Martin |
| | Melvin R. Gibson | Ewart A. Swinyard |
| | C. Boyd Granberg | Gilbert L. Zink |

**AUTHORS** — The 108 chapters of this edition of *Remington's Pharmaceutical Sciences* were written by the editors, by members of the Editorial Board, and by other authors listed on pages x and xi.

**Editorial Associate**  Ellen P. Gilligan

**Production Manager**  Christine L. Bailey

**Director**  John V. Bergen, 1975–1979
William A. Thawley, 1980

*Over 1000 illustrations and tables*

Sixteenth Edition—1980

Published in the 160th year of the
PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE

DEF00000309

### Table I—Flavoring Agents

| | |
|---|---|
| Acacia syrup | Honey |
| Anethole | Iso-Alcoholic elixir |
| Anise oil | Lavender oil |
| Aromatic elixir | Lemon oil |
| Benzaldehyde | Lemon tincture |
| Benzaldehyde elixir, compound | Mannitol |
| | Methyl salicylate |
| Caraway | Nutmeg oil |
| Caraway oil | Orange, bitter, elixir |
| Cardamom oil | Orange, bitter, oil |
| Cardamom seed | Orange flower oil |
| Cardamom spirit, compound | Orange flower water |
| | Orange oil |
| Cardamom tincture, compound | Orange peel, bitter |
| | Orange peel, sweet, tincture |
| Cherry juice | Orange spirit, compound |
| Cherry syrup | Orange syrup |
| Cinnamon | Peppermint |
| Cinnamon oil | Peppermint oil |
| Cinnamon water | Peppermint spirit |
| Citric acid | Peppermint water |
| Citric acid syrup | Phenylethyl alcohol |
| Clove oil | Raspberry juice |
| Cocoa | Raspberry syrup |
| Cocoa syrup | Rosemary oil |
| Coriander oil | Rose oil |
| Dextrose | Rose water |
| Eriodictyon | Rose water, stronger |
| Eriodictyon fluidextract | Saccharin |
| Eriodictyon syrup, aromatic | Saccharin calcium |
| | Saccharin sodium |
| Ethyl acetate | Sarsaparilla syrup, compound |
| Ethyl vanillin | |
| Fennel oil | Sorbitol solution |
| Ginger | Spearmint |
| Ginger fluidextract | Spearmint oil |
| Ginger oleoresin | Sucrose |
| Glucose | Syrup |
| Glycerin | Thyme oil |
| Glycyrrhiza | Tolu balsam |
| Glycyrrhiza elixir | Tolu balsam syrup |
| Glycyrrhiza extract | Vanilla |
| Glycyrrhiza extract, pure | Vanilla tincture |
| Glycyrrhiza fluidextract | Vanillin |
| Glycyrrhiza syrup | Wild cherry syrup |

the characteristics of various pharmaceuticals and therapeutic agents and his technique and skill in preparing elegant preparations are well developed, so that he is admirably qualified to advise concerning the proper use of vehicles.

A large selection of flavors is available as well as a choice of colors, so that one may prescribe a basic drug for a prolonged period, but by changing the vehicle from time to time, the taste and appearance are so altered that the patient does not tire of the prescription or show other psychological reactions to it.

The statement of the late Dr. Bernard Fantus that "the best solvent is the best vehicle" helps to explain the proper use of a flavoring vehicle. For example, a substance that is soluble in alcohol, e.g., phenobarbital, will not readily leave an alcoholic vehicle to dissolve in the aqueous saliva.

**Waters**—These are the simplest of the vehicles and are available with several flavors. They contain no sucrose, a fact to be considered at times, since sucrose under certain circumstances may be undesirable. They are likewise nonalcoholic, another fact which frequently influences vehicle selection.

**Elixirs**—These have added sweetness that waters lack, and they usually contain alcohol, which imparts an added sharpness to the flavor of certain preparations, making the latter more pleasing to the taste. Elixirs are suitable for alcohol-soluble drugs.

**Syrups**—These vehicles, like elixirs, offer a wide selection of flavors and colors from which to choose. Their specific value, however, lies particularly in the fact that they are intensely sweet and contain little or no alcohol, a combination which makes them of singular value as masking agents for water-soluble drugs.

Vehicles consisting of a solution of pleasantly flavored volatile oils in syrup or glycerin (1:500) have been successfully employed in producing uniform and stable preparations. These vehicles are prepared by adding 2 ml of the volatile oil, diluted with 6 ml of alcohol, to 500 ml of glycerin or syrup, which has been gently warmed. The solution is added a little at a time with continuous shaking, and then sufficient glycerin or syrup is added to make 1000 ml; and mixed well.

Alcohol solutions of volatile oils are sometimes used as "stock solutions" for flavoring pharmaceuticals.

A listing of substances, most of them official, used as flavors, flavored vehicles, or as sweeteners, is given in Table I. Additional information on flavoring ingredients may be obtained in the *Food Chemicals Codex*[1] and *Fenaroli's Handbook*.[2]

### References

1. *Food Chemicals Codex*, 1st ed, NAS-NRC, Washington, DC, 1966.
2. Furia TE, Bellanca N: *Fenaroli's Handbook of Flavor Ingredients* The Chemical Rubber Co., Cleveland, OH, 1971.

**Acacia Syrup**—see page 1240.

### Anethole

Benzene, 1-methoxy-4-(1-propenyl)-, (E)-; Anethol; Anise Camphor

$$CH_3O-\bigcirc-CH=CHCH_3$$

(E)-p-Propenylanisole [4180-23-8] $C_{10}H_{12}O$ (148.20); obtained from anise oil and other sources, or prepared synthetically.

**Preparation**—Anethole is the principal constituent of anise and fennel oil and is usually obtained from these sources by fractionating and chilling the proper fraction whereby it crystallizes out.

**Description**—Colorless or faintly yellow liquid at or above 23°; aromatic odor of anise and a sweet taste; affected by light; specific gravity 0.983 to 0.988; distils completely between 231° and 237° and congeals at not less than 20°; its alcohol solution is neutral to litmus.

**Solubility**—Very slightly soluble in water; freely soluble in alcohol; miscible with chloroform or ether; yields a clear solution with 2 volumes of alcohol.

**Uses**—A *flavoring agent*. The uses of anethole are similar to those of anise oil. It is sometimes sold as *Synthetic* or *Artificial Anise Oil* for flavoring and is a licorice-like flavor used in *Diphenhydramine Hydrochloride Elixir*.

### Anise Oil

Aniseed Oil; Star Anise Oil

The volatile oil distilled with steam from the dried, ripe fruit of *Pimpinella anisum* Linné (Fam. *Umbelliferae*) or from the dried, ripe fruit of *Illicium verum* Hooker filius (Fam. *Magnoliaceae*).

*Note*—If solid material has separated, carefully warm the oil until it is completely liquefied, and mix it before using.

**Constituents**—The official oil varies somewhat in composition, depending upon whether it was obtained from *Pimpinella anisum* or the star anise, *Illicium verum*. Anethole is the chief constituent of both oils, occurring to the extent of 80 to 90%. Methyl chavicol, an isomer of anethole, and anisic ketone [$C_{10}H_{12}O_2$] are also found in both oils, as are small amounts of many other constituents.

**Description**—Colorless or pale yellow, strongly refractive liquid, having the characteristic odor and taste of anise; specific gravity 0.978 to 0.988; congeals not below 15°.

**Solubility**—Soluble in 3 volumes 90% alcohol.

**Uses**—Extensively as a *flavoring agent*, particularly for licorice candies. It has been given as a *carminative* in a dose of about 0.1 ml.