# Exhibit G
# to Baker Declaration In Support of
# Defendants' Claim Construction Brief

MPK 138108-1.062114.0123
2/4/08

# Specialized Drug Delivery Systems

## MANUFACTURING AND PRODUCTION TECHNOLOGY

edited by

### *Praveen Tyle*

Sandoz Pharmaceuticals Corporation
Lincoln, Nebraska

MARCEL DEKKER, INC.          New York and Basel

DEF00000023

viii

Contents

7.  Production of Disperse Drug Delivery Systems    317
    S. Esmail Tabibi

8.  Hydrogels for Drug Delivery Systems    333
    Stevin H. Gehrke and Ping I. Lee

9.  Manufacturing of a Multilayer Matrix System for    393
    Transdermal Drug Delivery
    Jürgen Maass

10. Softgels:  Manufacturing Considerations    409
    Paul K. Wilkinson and Foo Song Hom

11. Large-Scale Production of Aerosol Products    451
    W. G. Gorman and Karl F. Popp

Index    473

DEF00000024

# Chapter 10

## SOFTGELS: MANUFACTURING CONSIDERATIONS

Paul K. Wilkinson

Mediventure, Inc., Ann Arbor, Michigan

Foo Song Hom

R. P. Scherer Corporation, Ann Arbor, Michigan

## I. THEORY AND HISTORICAL PERSPECTIVE

The need for encapsulation of liquids, semisolids, and pastes within a gelatin shell in such a way as to preclude uncontrolled leakage has resulted in the development of a very functional dosage form: the soft gelatin capsule. The first version was developed in the middle of the nineteenth century. While an arduous and not particularly accurate process initially, the current manufacture is fully automated, with a high degree of precision. In modern times the manufacture of what were formerly known as soft elastic gelatin (SEG) capsules has been championed by specialist companies.

The *softgel* [the currently accepted nomenclature adopted by the SoftGel Association (SGA)] is a one-piece, hermatically sealed soft gelatin shell containing a liquid, a suspension, or a semisolid [1]. The name change for this specialized dosage form was made to emphasize the differences between the soft gelatin capsule dosage form and the conventional two-piece, hard-shell gelatin capsule. The methodology for forming, filling, and sealing the capsule, a continuous process, is most cost-effective for contract manufacturers that produce the product to the exacting standards of the client company. The growth of this support industry is due in part to economics: "[T] the volumes of softgels marketed [by a given company] often does not justify [the] capital expenditure for equipment, facilities and support personnel. Additionally, due to the nature of the production of softgels, a continuous operation of . . . [three shifts]. . . , seven days a week is most efficient" [1].

The unique manufacturing processes involved in the preparation

409

DEF00000025



Fig. 8  Plate method:  When all the cavities are filled, the operator
rolls the other half of the gelatin sheet over the top of the filled
cavities.  The mold is pushed to the center of the machine, the top
plate brought down, and the mold pushed into the pressure sealer.
When the capsules are sealed, the top plate is flipped up, the vacu-
um is disconnected, the mold with the completed capsules is tipped
up into the brushing station.  The capsules are automatically brushed
off and collected on trays for washing and drying.  (Courtesy of
The Upjohn Company, Kalamazoo, Mich.)

## C.  Gelatin Preparation

Various gelatin shell masses may be prepared, depending on the fill
properties, climatic conditions, and end use.  Alterations of the for-
mula result in varying degrees of plasticity [7] as well as moisture
level (at the time of encapsulation).  While each softgel manufacturer
will have its own set (highly confidential) of gelatin formulas, the
basic ingredients are the same:  gelatin, plasticizer(s), and water
± preservatives.  The preformulation aspects of gelatin shells are

DEF00000035

*Wilkinson and Hom*

420



Fig. 9  Original rotary die encapsulation machine on display with other inventions of the field at the Smithsonian Institute, Washington, D.C.  (Courtesy R. P. Scherer Corp., Troy, Mich.)

detailed elsewhere [1, 6–9] and are usually accomplished in consultation with a specific client.

Gelatin, a partially hydrolyzed collagen derived from the skin, white connective tissue, and bones of cattle and/or swine [10, 11], is obtained by extraction, neutralization, drying, and grinding. The physical and chemical characteristics of the gelatin are determined largely by the type of collagen used, method of extraction, pH, thermal history, and electrolyte content [1].  Compendial specifications are supplemented by such manufacturer requirements as

DEF00000036

Softgels: Manufacturing Considerations                                      421

Table 2  Typical Shell "Hardness" Ratios and Their Uses

| Hardness | Ratio dry glycerin/ dry gelatin | Usage |
|---|---|---|
| Hard | 0.4/1 | Oral, oil-based, or shell-softening products and those destined primarily for hot, humid areas |
| Medium | 0.6/1 | Oral, tube, vaginal oil-based, water-miscible-based, or shell-hardening products and those destined primarily for temperate areas |
| Soft | 0.8/1 | Tube, vaginal, water-miscible-based or shell-hardening products and those destined primarily for cold, dry areas |

bloom (gel strength), viscosity (of a known concentration in water at a set temperature), iron or other heavy metals content, and microbiological status.

Hom and Jimerson [1] describe the methodology, developed by O. T. Bloom in 1925, which is still used worldwide to evaluate the strength of the crosslinking between gelatin molecules. Iron content, in the raw gelatin (collagen) or in the process water supply, is an important factor with respect to reactivity with reducing agents in the medicine mixture and the FD&C dyes used to color the shell. The bacteriological status is likewise critical, since gelatin is an excellent growth medium when stored at suitable moisture and temperature levels. Many shell formulas contain a suitable preservative (i.e., methyl and propyl parabens), while others, especially designed for the health food industry, are preservative-free.

Without a plasticizer, the gelatin shell would be too brittle. Therefore, various amounts [20-30% (w/w)] of plasticizer (e.g., glycerin, sorbitol, propylene glycol) are added to obtain the degree of plasticity desired [7]. Table 2 [9] summarizes capsule hardness as a function of the ratio of dry glycerin to dry gelatin. To ensure adequate viscosity and flexibility of the cast ribbon, the ratio of water to dry gelatin in the molten gelatin mass is approximately 1:1 (0.7:1 to 1.3:1). Stanley [9] has grouped "other capsule additives" into three categories: (a) the amount required to produce the desired effect, (b) their effects on capsule manufacture, and (c) eco-

DEF00000037


(a)

Fig. 10 Accogel machine for making softgel capsules. (a) Overview.
(b) Close-up of equipment. Key: A, gelatin ribbon casting drum;
B, gelatin ribbon feed; C, medicine tank; D, measuring roll; E,
die roll; F, sealing roll. (Courtesy of Lederle Labs. Div., American
Cyanamid Co., Pearl River, N.Y. (a) From Ref. 7 and (b) from
Ref. 6, with permission.)

Table 3  Additional Components of the Gelatin Mass

| Ingredient | Concentration | Purpose |
|---|---|---|
| Category I: | | |
| Methylparaben, 4 parts; propylparaben, 1 part | 0.2% | Preservative |
| FD&C and D&C water-soluble dyes, certified lakes, pigments, and vegetable colors, alone or in combination | q.s. | Colorants |
| Titanium dioxide | 0.2–1.2% | Opacifier |
| Ethyl vanillin | 0.1% | Flavoring for odor and taste |
| Essential oils | to 3% | Flavoring for odor and taste |
| Category II: | | |
| Sugar (sucrose) | to 5% | To produce chewable shell and taste |
| Fumaric acid | to 1% | Aids solubility reduces aldehydic tanning of gelatin |

DEF00000038



(b)

Fig. 10 (Continued).

nomic factors.   Table 3 presents examples of ingredients from the
first two categories.
    The preparation of a suitable encapsulation mass entails the
blending of chilled (7°C) water, the desired plasticizer(s), and
gelatin using immersion-type (e.g., Pony) mixers.  For greatest
efficiency at this mixing stage, a fairly uniform particle size (20–
100 mesh) gelatin is required.  If the brittle flakes of gelatin are
too large, the hydration process is prolonged.  A mincer (Fig. 17)

DEF00000039

424



Fig. 11  Reciprocating die process equipment. A, gelatin tank; B, spreader box; C, gelatin ribbon casting drum units; D, gelatin ribbon; E, mineral oil lubricant bath; F, medicine tank; G, filling pump and tubes; H, gelatin ribbon heaters; I, encapsulating mechanism; J, capsule receiving pans; K, gelatin net receiver. (Courtesy of Machine Tool Div., Norton Company, Worcester, Mass. (From Ref. 6, with permission.)

is often used to provide a uniform particle size. The mixture is blended (usually for 15 to 30 min for a 150-kg batch) until a light, fluffy consistancy is obtained. When an appropriate "fluff" state is reached, the mixture is transferred to a melter. The ultimate product (shell) characteristics are determined by the quality of the

DEF00000040

425

Softgels:   Manufacturing Considerations



Fig. 12 Reciprocating die machine. Schematic view of the operating sequence. (Courtesy of Machine Tool Div., Norton Company, Worcester, Mass. From Ref. 5, with permission.)

"fluff." The melting of the fluffed mixture is performed in heated (electric or steam), jacketed tanks under vacuum (750 mmHg). In the melter (Figs. 18 and 18) the encapsulation mass fluff is placed onto a heated (95°C) stage that resembles an inverted colander. As the fluff melts, the entrained air is evacuated (2 to 2½ hr at 750 mmHg), and the resultant air-free liquid drips through the holes of the plate into the receiving portion of the melter, which is maintained at 57–60°C with continuous stirring. The molten encapsulation base is then ready for use or further processing. Visual examination of the molten fluid determines its suitability by comparison against color standards. The natural gelatin mass has an amber hue at this bulk mixing stage.

Only about 50% of the gelatin ribbon is actually formed into capsules. Reuse of the ribbon net is common and is an economic factor. The ribbon net quality is evaluated after a production run. If gross contamination is apparent, it is discarded. If suitable, the net is reprocessed by chopping (see the mincer in Fig. 17) and washing

DEF00000041

426



Fig. 13  R. P. Scherer rotary die process.  Schematic view of the operating principles.  See text for details.  (Courtesy of R. P. Scherer Corp., Troy, Mich.)

DEF00000042

*Softgels: Manufacturing Considerations*                                      427



Fig. 14  Layout of a softgel capsule plant.  Material flow between departments is one-way.  Temperature and humidity of comfort and process air in the department is noted on the right (outflow of air-conditioning plant.)  (Courtesy of Pharmagel s.p.a., Italy.)

DEF00000043