# Exhibit K
# to Baker Declaration In Support of
# Defendants' Claim Construction Brief

1   MCDERMOTT WILL & EMERY LLP
    William G. Gaede III (136184)
2   3150 Porter Drive
    Palo Alto, CA 94304-1212
3   Telephone:    (650) 813-5000
    Facsimile:    (650) 813-5100
4
    Attorneys for *J.R. Carlson Laboratories, Inc.*
5   *and Metagenics, Inc.*

6

7

8           IN THE UNITED STATES DISTRICT COURT

9        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  NORDIC NATURALS, INC.                  Case No. C-07-2385 MJJ

13              Plaintiff,

14  v                                      **DEFENDANTS J.R. CARLSON
                                           LABORATORIES, INC.'S AND
15  J.R. CARLSON LABORATORIES, INC. and    METAGENICS, INC.'S
    METAGENICS, INC.                       PRELIMINARY INVALIDITY
16                                         CONTENTIONS**
                Defendants.
17

18  AND RELATED COUNTERCLAIMS

19

20          Pursuant to Patent Local Rules 3-3 and 3-4, defendants and counter-claimants J.R. Carlson

21  Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics") (collectively, "Defendants")

22  herein provide Preliminary Invalidity Contentions with respect to United States Patent Nos.

23  6,346,231 ("the '231 patent") and 6,652,879 ("the '879 patent") (collectively, "the patents-in-

24  suit"). These Preliminary Invalidity Contentions and documents are in response to the disclosure

25  of asserted claims and Preliminary Infringement Contentions submitted by plaintiff and counter-

26  defendant Nordic Naturals, Inc. ("Nordic") pursuant to Patent Local Rule 3-1.

27          The following invalidity contentions are preliminary. Defendants reserve rights to

28  supplement, modify, and/or amend their Preliminary Invalidity Contentions and associated

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1    disclosures over time because discovery and investigation in connection with this litigation is

2    ongoing.  Defendants have not yet received all documents that may be relevant to disclosures

3    required under local rules, and Nordic has not yet produced all information and documents

4    responsive to Defendants' document requests.

5        Any supplemented, modified, and/or amended Preliminary Invalidity Contentions would

6    also be preliminary.  Defendants' ultimate contentions concerning the invalidity of the claims of

7    the '231 and '879 patents may differ from their Preliminary Invalidity Contentions, depending on,

8    for example, the Court's construction of claims, and/or positions that Nordic or its expert

9    witness(es) may take concerning claim interpretation, infringement and/or invalidity issues.

10

## I.    DEFENDANTS' PATENT LOCAL RULE DISCLOSURES

11

### A.    PRELIMINARY INVALIDITY CONTENTIONS

12

#### 1.    Patent Local Rule 3-3(a)

13

Pursuant to Patent L.R. 3-3(a), Defendants provide Exhibit A (attached) that identifies

14    prior art that anticipates or renders obvious the asserted claims of the '879 and '231 patents.

15

#### 2.    Patent Local Rule 3-3(b)

16

Pursuant to Patent L.R. 3-3(b), Exhibit A specifies for each identified item of prior art

17    whether the item anticipates or renders obvious each of the asserted claims of the '231 and '879

18    patents.

19
`
20

#### 3.    Patent Local Rule 3-3(c)

Pursuant to Patent L.R. 3-3(c), Defendants further provide Exhibit B (attached) that

21    includes citations to locations in each item of prior art where one finds teaching or suggestion of

22    each element of each asserted claim in the '879 patent.  Defendants provide Exhibit C (attached)

23    that includes citations to locations in each item of prior art where one finds teaching or suggestion

24    of each element of each asserted claim in the '231 patent.  For each claim element that is

25    governed by 35 U.S.C. § 112(6), Exhibits B and C identify structure(s), act(s), or material(s) in

26    each item of prior art that performs the claimed function.

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

DEFENDANTS' PRELIMINARY
INVALIDITY CONTENTIONS
CASE NO. C-07-2385 MJJ

McDermott Will & Emery LLP
Attorneys at Law
Palo Alto

### 4.    Patent Local Rule 3-4(b)

Pursuant to Patent L. R. 3-4(b), Defendants are producing copies of each item of prior art that does not appear in the file history of the patents-in-suit.

Defendants will supplement their production of documents in a timely manner as its production efforts continue.

## II.    DEFENDANTS MAY CHANGE THEIR PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AS ALLOWED BY LOCAL PATENT RULES.

The above-identified invalidity contentions, including disclosure provided in Exhibits A, B, and C are preliminary and exemplary only. For reasons including but not limited to reasons detailed below, Defendants reserve their rights to modify, amend, or supplement preliminary contentions and disclosures as necessary and as allowed by the Patent Local Rules.

### A.    LACK OF NOVELTY AND LOSS OF RIGHT TO PATENT UNDER 35 U.S.C. § 102

Under 35 U.S.C. § 102, a patent is invalid if the claimed subject matter is not novel, or, amongst other conditions, if the inventor(s) has lost a right to patent due to acts of disclosure or commercial activity more than one year prior to application for patent.

#### 1.    Lack of Novelty

Exhibits A, B, and C show that various items of prior art anticipate the claimed inventions which Nordic asserts in this action. Further investigation may, however, affect good-faith assessments of the teaching effect of a reference's express, implied, or inherent disclosure on a skilled person's mind. Further development of this case, for example, a claim construction Order, may also affect good-faith assessments of the teaching effect of a reference's express, implied, or inherent disclosure on a skilled person's mind. Accordingly, Defendants reserve their right to modify, amend, or supplement preliminary contentions of anticipation as necessary and as allowed by the Patent Local Rules.

#### 2.    Loss of Right to Patent

The face of the '231 patent indicates that the patent issued from Application Serial No. 416,017, filed on October 6, 1999. The face of the '879 patent indicates that the patent issued

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

1    from Application Serial No. 041,877, filed on October 21, 2001. The face of the '879 patent also

2    indicates that it is a continuation of Application Serial No. 416,017.

3        Further investigation and development of this case may affect good-faith assessments of

4    whether Joar Opheim lost his right to patent because of acts of disclosure or commerce or both in

5    the time period more than one year prior to the date of application for patent in the United States.

6    Accordingly,   Defendants reserve their right to modify, amend, or supplement preliminary

7    contentions of invalidity as necessary and as allowed by the Patent Local Rules.

8        **B.    OBVIOUS SUBJECT MATTER UNDER 35 U.S.C. § 103**

9        Under 35 U.S.C. § 103, a patent is invalid if differences between the claimed subject

10   matter and the prior art are such that the subject matter as a whole would have been obvious at the

11   time the invention was made to a person having ordinary skill in the art to which the subject

12   matter pertains.

13           **1.    Differences between the claimed subject matter and the prior art**

14       Exhibits A and B illustrate by specific examples that, in general, numerous and varied

15   alterations or combinations of express, implied or inherent teachings of one or more prior art

16   items are possible which eliminate any difference between the subject matter of the claims

17   asserted by Nordic and prior art. Accordingly, Defendants reserve their right to rely not only on

18   the specifically identified citations, but also other aspects to the prior art which are not

19   specifically identified at this time.

20       Exhibits A, B, and C also illustrate that if any claim element is deemed, because of further

21   investigation or developments in this case such as a claim construction Order, not to be expressly

22   or impliedly or inherently found in any one reference, then other items of prior art also identified

23   teach the undisclosed element.

24       For example, "Soft Gelatin Capsules" by J.P. Stanley in "The Theory and Practice of

25   Industrial Pharmacy" discloses water soluble flavoring in the claimed range, but not the specific

26   flavorings recited in claim 3 of the '879 patent. U.S. Patent Nos. 4,532,126 and 4,609,403

27   disclose specific claimed flavorings, *e.g.,* lemon, orange, and raspberry. The Stanley reference

28

**DEFENDANTS' PRELIMINARY
INVALIDITY CONTENTIONS**
CASE NO. C-07-2385 MJJ

McDermott Will & Emery LLP
ATTORNEYS AT LAW
PALO ALTO

1   can be combined with U.S. Patent Nos. 4,532,126 or 4,609,403 to eliminate any difference

2   between the subject matter of the claims asserted by Nordic and prior art.

3         Defendants reserve their right to modify, amend, or supplement these preliminary

4   contentions as necessary and as allowed by the Patent Local Rules.

5         **2.    Motivation to alter the prior art and arrive at the claimed subject matter**

6

7         Exhibits A, B, and C illustrate by specific examples that, in general, numerous and varied

8   alterations or combinations of express, implied and inherent teachings of one or more prior art

9   items are possible which eliminate any difference between the subject matter of the claims

10  asserted by Nordic and prior art.  For each alteration or combination, suggestions or motivations

11  to alter a reference's teaching or to combine reference teachings are found in the identified

12  references themselves, nature of the problem to be solved, and knowledge of or generally

13  available to one of ordinary skill in the art to which the patents-in-suit pertain.

14        Further investigation and development of this case may affect good-faith assessments of

15  the teaching effect of a reference's express, implied, or inherent disclosure on a skilled person's

16  mind, as well as the level of ordinary skill in the art and perception of the technical problem at

17  hand.  Accordingly, Defendants reserve their right to modify, amend, or supplement preliminary

18  contentions of obviousness as necessary and as allowed by the Patent Local Rules.

19        **3.    Reasonable likelihood of success in altering the prior art**

20        One of skill in the art would reasonably expect success in altering or combining the

21  various references identified by Exhibit A, B, and C because of the reasonably predictable nature

22  of the gelatin capsule arts.

23        Further investigation and development of this case may affect good-faith assessments of

24  the reasonably predictable nature of the gelatin capsule arts.  Accordingly, Defendants reserve

25  their right to modify, amend, or supplement preliminary contentions of obviousness as necessary

26  and as allowed by the Patent Local Rules.

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1

**C.    WRITTEN DESCRIPTION REQUIREMENTS UNDER 35 U.S.C. 35 U.S.C. § 112**

2    Under 35 U.S.C. § 112(1), a patent is invalid if the specification does not contain a written

3    description of the invention and the manner and process of making and using it in such full, clear,

4    and concise terms as to enable any person skilled in the art to make and use the invention.

5    Further, a patent is invalid if the inventor does not disclose in the specification the best mode of

6    carrying out the claimed invention.

7    Further investigation and development of this case may affect good-faith assessments of

8    the enabling effect of the specification upon a person skilled in the art, and its disclosure of the

9    best mode Joar Opheim had in mind for carrying out the claimed inventions.    Accordingly,

10   Defendants reserve their right to modify, amend, or supplement preliminary contentions of

11   inadequate specification as necessary and as allowed by the Patent Local Rules.

12   Therefore, for reasons including but not limited to reasons detailed above, Defendants

13   reserve their rights to modify, amend, or supplement its preliminary contentions and disclosures

14   with respect to invalidity on any and all grounds as necessary and as allowed by the Patent Local

15   Rules.

16   **III.    DEFENDANTS PROVIDE REFERENCES UPON WHICH IT MAY RELY ON
         FOR INVALIDITY CONTENTIONS IN THE FUTURE.**

17
     In good-faith, Defendants further provide Exhibit D that identifies prior art that

18   Defendants are not presently relying upon for these preliminary contentions, but which

19   Defendants may later rely on in whole or in part for modified, amended, or supplemented

20   preliminary invalidity contentions or ultimate invalidity contentions.    Defendants may also rely

21   upon other art or information that may become known as Defendants' discovery and investigation

22   proceeds and the case develops.

23
     **IV.    DOCUMENT PRODUCTION ACCOMPANYING PRELIMINARY INVALIDITY
          CONTENTIONS.**

24
25   Defendants have served, concurrently with these Preliminary Invalidity Contentions,

26   documents required under Patent Local Rule 3-4(b).  Defendants will continue to produce

27   documents in their possession, custody, or control covered by Patent Local Rule 3-4(a).

28

MPK 134483-2.062114.0123                    - 6 -

DEFENDANTS' PRELIMINARY
INVALIDITY CONTENTIONS
CASE NO. C-07-2385 MJJ

1

2

3    DATED:  October 29, 2007          MCDERMOTT WILL & EMERY LLP

4

5                                      By:  _____/s/_____

6                                                  William G. Gaede, III

7                                      Attorneys for *J.R. Carlson Laboratories, Inc.*
                                       *and Metagenics, Inc.*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 134483-2.062114.0123              - 7 -

**DEFENDANTS' PRELIMINARY
INVALIDITY CONTENTIONS**
CASE NO. C-07-2385 MJJ

# Exhibit A

EXHIBIT A
Prior Art That Anticipates (A) or Obviates (O)
U.S. PATENTS 6,346,231 and 6,652,879

| Prior Art | '879 Patent | | | | | | 231 Patent | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 16 |
| WO 98/42316 (Publ'd Oct. 1, 1998) | O | A | O | O | A | O | O | O | O | O | O |
| GB 2,283,899 (Publ'd May 24, 1995) | O | A | O | O | A | O | O | O | O | O | O |
| JP 10251143 (Publ'd Sep. 22, 1998) | O | A | O | O | A | O | O | O | O | O | O |
| P. K. Wilkinson et al., "Softgels: Manufacturing Considerations", Drugs and the Pharmaceutical Sciences, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) pp. 409-449 | O | A | O | A | A | O | | | | | A |
| 4,500,358 (Iss'd Feb. 19, 1985) | O | O | O | O | O | O | O | O | O | O | O |
| 4,532,126 (Iss'd Jul. 30, 1985) | O | A | O | O | A | O | O | O | O | O | A |
| 4,609,403 (Iss'd Sept. 2, 1986) | A | A | O | O | A | A | A | O | O | O | O |
| 4,719,112 (Iss'd Jan. 12 1988) | O | A | O | O | A | O | O | O | O | O | O |
| 5,200,191 (Iss'd Apr. 6, 1993) | O | A | O | A | A | O | O | O | O | O | O |

- 1 -

## EXHIBIT A
## PRELIMINARY INVALIDITY CHART
### U.S. PATENTS 6,346,231 and 6,652,879

| Prior Art | '879 Patent | | | | | | 231 Patent | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 16 |
| J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed. pp. 398 – 412 (Lea & Febiger, 1986) | A | A | O | O | A | A | A | A | O | O | O |
| USPN 4,780,316 (Iss'd Oct. 25, 1988) | A | A | O | O | A | A | O | O | O | O | O |
| WO 84/03416 (Publ'd Sept. 13, 1984) | | | | | | | | | | | |
| USPN 4,428,927 (Iss'd Jan. 31, 1984) | O | A | O | O | A | O | O | O | O | O | O |
| WO 99/33924 (Publ'd Jul. 8, 1999) | O | A | O | A | A | O | O | O | O | O | O |
| USPN 5,681,606 (Iss'd Oct. 28, 1997) | O | A | O | O | A | O | O | O | O | O | O |
| USPN 5,817,323 (Iss'd Oct. 6, 1998) | O | A | A | A | A | O | O | O | O | O | O |
| USPN 6,258,380 (Iss'd Jul. 10, 2001) | O | A | O | O | A | O | O | O | O | O | O |
| USPN 6,193,999 (Iss'd Feb. 27, 2001) | A | A | O | O | A | O | O | O | O | O | O |
| WO 95/00123 (Pub'd Jan. 5, 1995) | O | A | O | O | A | O | O | O | O | O | O |

- 2 -

MPK 134505-1.062114.0010

EXHIBIT A
PRELIMINARY INVALIDITY CHART
U.S. PATENTS 6,346,231 and 6,652,879

| Prior Art | '879 Patent | | | | | | 231 Patent | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 16 |
| Banner Gelatin Products Corp. Sales Orders and Product Labels 1977 | O | A | O | O | A | O | O | O | O | O | O |
| J.R. Carlson Laboratories, Inc.'s Natural Vitamin's Catalog 1974 | O | A | O | O | A | O | O | O | O | O | O |
| Scherer Corp. Sales of Flavored Fish Oil Capsules Product Labels and Correspondence 1974 - 1976 | O | A | O | O | A | O | O | O | O | O | O |
| USPN 4,525,306 (Iss'd June 25, 1985) | O | A | O | O | A | O | O | O | O | O | O |
| WO 98/17673 (Pub'd Apr. 30, 1998) | O | A | O | O | A | O | O | O | O | O | O |
| EP 0710103 B1 (Pub'd Jan. 19, 1995) | O | A | O | O | A | O | O | O | O | O | O |
| USPN 3,987,575 (Iss'd Oct. 26, 1976) | O | A | O | O | A | O | O | O | O | O | O |
| USPN 5,639,474 (Iss'd June 17, 1997) | O | A | O | O | A | O | O | O | O | O | O |

- 3 -

EXHIBIT A
PRELIMINARY INVALIDITY CHART
U.S. PATENTS 6,346,231 and 6,652,879

| Prior Art | '879 Patent | | | | | | 231 Patent | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 16 |
| USPN 5,853,761 (Iss'd Dec. 29, 1998) | O | A | O | O | A | O | O | O | O | O | O |

- 4 -

MPK 134505-1.062114.0010

# Exhibit B

**EXHIBIT B**
**U.S. Patent No. 6,652,879**
**CLAIM INVALIDITY CHART**

| Claim No. | 6,652,879 (pd Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed., pp. 398-412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/23924 | USPN 5,681,006 | WO 95/00123 | 5,817,333 (iss'd Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | A flavored gelatin capsule suitable for encapsulating a dose, said flavored gelatin capsule comprising | Soft gelatin capsules | Soft gelatin capsule shell | Soft elastic gelatin capsules | Soft gelatin capsule | Gelatin capsule | Soft gelatin capsule shell | Soft gelatin capsule | Soft gelatin capsule | Soft gelatin capsule |
| | gelatin, | Gelatin described throughout the reference. See, e.g., reference. "[S]oft gelatin capsules have been Available since the middle of the nineteenth century" (p. 398). "The capsule shell is basically composed of gelatin, a plasticizer, and water; it may contain additional ingredients such as ... flavorings ... and medicaments to achieve desired effects." (pp. 399-400) | "Pharmaceutical compositions in dosage unit form encapsulated in soft gelatin capsules ... are well known and basically consist of a 'fill' encapsulated in a soft gelatin shell, generally comprising gelatin together with a plasticizer therefore such as glycerin." (1:14-21; see also Examples 1 -4 disclosing gelatin and glycerin in the soft gelatin shell). | The abstract and specification disclose gelatin and softener (plasticizer) requirements. | The application discloses gelatin compositions for soft or hard gelatin capsules. (See, e.g., p. 1). The gelatin capsules described contain 83-93% of gelatin. (See p. 6, ll. 5-11). | "Suitable capsule materials usually comprise Gelatin and a plasticizer such as Glycerol or sorbitol." 1:55-56 | "It is known to encapsulate medicinal and food products using capsule material which is itself comestible. The shell material for such capsules is normally gelatin based ..." (1:5-8) "Shell materials ... normally comprise Gelatin and a physiologically acceptable plasticizer such as Glycerol, the Gelatin forming a matrix for the plasticizer. (1:22-25) | "Shell materials... normally comprise gelatin and a physiologically acceptable plasticizer such as glycerol..." (1:25-28). Example 82 discloses gelatin, glycerol, water and flavours. (3:58-59). | The entire specification discloses soft gelatin capsules comprised of gelatin and other ingredients. See also claims 1 and 2. | The specification discloses soft gelatin capsule shell compositions. Claim 1 of the patent includes a film-forming material comprising gelatin. (See 3:61-67; 9:59-10:9) |
| | a gelatin softener, | Plasticizer (softener) described throughout the reference. See, e.g., "[t]he plasticizers used in soft capsule manufacture are relatively few. Glycerin USP, Sorbitol USP, Pharmaceutical Grade Sorbitol Special, and combinations of these are the most prevalent." (p. 400) | "Pharmaceutical compositions in dosage unit form encapsulated in soft gelatin capsules ... are well known and basically consist of a 'fill' encapsulated in a soft gelatin shell, generally comprising gelatin together with a plasticizer therefore such as glycerin." (1:14-21; see also Examples 1 -4 disclosing gelatin and glycerin in the soft | The abstract and specification disclose gelatin and softener (plasticizer) requirements. | The gelatin capsules described may contain plasticizers in a range from about 0 to 40%. (See p. 6, ll. 16-23). | "Suitable capsule materials usually comprise Gelatin and a plasticizer such as Glycerol or sorbitol." 1:55-56 | "It is known to encapsulate medicinal and food products using capsule material which is itself comestible. The shell material for such capsules is normally gelatin based ..." (1:5-8) "Shell materials ... normally comprise Gelatin and a physiologically acceptable plasticizer | "... physiologically acceptable plasticizer such as glycerol..." (1:25-28). Glycerol (4:56-57) Sorbitol (4:57-58) | The specification discloses soft gelatin capsules comprised of a gelatin sheath and a plasticizer, normally glycerin or sorbitol, to control the softness and flexibility of the sheath. (See 1:11-15). | The primary components of the conventional capsule shell are gelatin, plasticizers and water. Several other minor shell additives may be present, such as coloring, opacifying, flavoring and antimicrobial agents. (1:30-33). Typically gel masses prepared for subsequent |

- 1 -

| Claim No. | 6,652,879 (p/d Oct 6, 1999) | J.F. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3'd ed., pp. 398 - 412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/33924 | USPN 5,681,606 | WO 95/00123 | 5,817,323 (iss'd Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | gelatin shell). | | | | such as Glycerol, the Gelatin forming a matrix for the plasticizer." (1:22-25) | | | softgel formation may comprise 30-60% by weight of gelatin, 5-35% by weight of plasticizer, and the remainder comprising purified water, exclusive from consideration of other optional minor additives such as colorants, opacifiers, flavors, sweeteners, preservatives and medicaments. (5:23-28). |
| water, and | | "Capsules at equilibrium with 20 to 30% RH at 21 to 24°C are considered 'dry,' and the shell of such a capsule contains 6 to 10% water, depending on the gelatin formula used." (p. 407) | Water content of dry shell composition shown in Examples 1 – 4 is 6.5 to 7.4% (calculated as 5% water ÷ (1.5 to 2.4% water + content in Amidon/AcDiSol). (See 2:46-48, 3:5-63). | In a preferred form, the gelatin capsule of the invention comprises about 5-40% by weight of water. (See 2:54-58). | The gelatin capsule described contains 7 to 17% water. (See p. 6, ll. 5-11). | Examples A through E disclose water as a component of the capsule wall. See 6:12-53. | Compositions embodying the invention, disclosed as formulations 1-11, include varying amounts of water as part of the formulation. (5:16-30; 8:9-21). | Purified water present in a range from 20-32.4% (3:27-28). Purified water present in 23% and 29% (4:60). Purified water present in shell at 4.3% and 5% (6:25-7:6; 7:13). | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). "It is known in the art that the drying process will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to 8%." (See 4:27-32). | Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (See 9:59-10:9). |
| a water soluble flavoring, wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule, and | | Table 13.3 discloses water soluble flavors (ethyl vanillin & sucrose) encompassing the claimed range. (p. 401) | Examples 1 – 4 disclose up to 0.72% mannitol, a water soluble sweetener, in the soft gelatin capsule. The examples disclose soft gelatin capsules comprised of 12% Amidon/0.85%/0 mannitol, which contains up to 6% mannitol. (See 2:46-48, 3:6-63). | In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (See 2:54-60). "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportions between various taste modifiers | The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20). | "[C]apsules used in the practice of the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include... fruit flavors; aniseed; liquorice; caramel; honey; cream;... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin, Xylitol, and Maltitol..." 3:66-4:5. | "Capsules embodying the invention can include flavouring... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include... fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin, Acesulphane K, | "These were blended to different colours and flavours with a range of additives of 3-7.2% of the gelatin decoction used." (4:19-20). | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). Other sheath ingredients may include taste modifiers such as a xylitol or maltitol, added in amounts up to about 10% of the sheath composition. (See 4:1-6). See also claims 1 and 2. | Claim 7 discloses a soft gelatin capsule shell wherein the shell includes not more than 1% of flavors or sweeteners. The flavors or sweeteners are not limited to being either water-soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and |

| Claim No. | 6,653,879 (p/d Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed, pp. 398-412 (Lea & Febiger, 1986) | USPN 4,760,916 | USPN 4,428,927 | WO 99/03904 | USPN 5,681,606 | WO 95/00123 | 5,817,333 (iss'd Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | and/or flavors vary widely according to the taste desired." (4:13-18). | | | See Example G at 7:14-23 disclose water soluble flavors citric acid and aspartame (sour and sweet effects). | Neohesperidine hydrochloride, Mannitol, Xylitol, and Maltitol …" (10:2-14). | | | sweeteners. |
| wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule, | | "Capsules at equilibrium with 20 to 30% RH at 21 to 24°C are considered "dry," and the shell of such a capsule contains 6 to 10% water, depending on the gelatin formula used." (p. 407) | Water content of dry shell composition shown in Examples 1 – 4 is 6.5 to 7.4% (calculated as 5% water + (1.5 to 2)4% water content in Antidroxb). (See 2:46-48, 3:6-63). | "In a preferred form, the gelatin capsule of the invention comprises about 3-40% by weight of water. (See 2:54-58). | The gelatin capsule described contains 7 to 17% water. (See p. 6, ll. 5-11). | Examples A through E disclose water as a component of the capsule wall. See 6:12-53. | Compositions embodying the invention, disclosed as formulations 1-11, include varying amounts of water as part of the formulation. (5:16-30; 8:9-21). | Purified water present in a range from 20-32.4% (3:27-28). Purified water present in 23% and 39% (4:60) Purified water present in shell at 4.8% and 5% ((6:25; 7:6; 7:13). | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). "It is known in the art that the drying process will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to 8%." (See 4:27-32). | Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (See 9:59-10:9) |
| whereby the palatability of a dose encapsulated in said flavored [sic] gelatin capsule is improved by the water soluble flavoring. | | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. |
| 2. The flavored gelatin capsule of claim 1 further comprising a dose encapsulated therein. | | Soft gelatin capsules with pharmaceutical applications including an oral dosage form of ethical or proprietary product for human or veterinary use is disclosed. See p. 398. | The abstract discloses a pharmaceutical dosage unit form comprising one or more pharmaceutically active materials dissolved or suspended in a liquid polyethylene glycol and encapsulated in a soft gelatin capsule shell. | "A fill material is contained within the shell. The fill may be selected from a variety of materials, including … antacids, cough and cold preparations, sore throat remedies, antiseptic, dental preparations, …" (See Abstract). | "Containers for unit dosage forms for … herbs, foodstuffs, pharmaceuticals, or flavoring agents produced from the gelatine compositions according to claims 1 to 20." (claim 22) | "The avoidance of powder also ensures that the entire dosage within the capsule dissipates in the water. There is no risk of substantial quantities of a medicament for example, remaining in the form of dregs at the base of the glass. It is known to encapsulate medicinal and food products using capsule material which is itself consumible." 1:42-52). | "It is known to encapsulate medicinal and food products using capsule material which is itself consumible. The shell material for such capsules is normally … capsules is normally gelatine based …" (1:5-8). | Products provided in liquid form (5:24). Encapsulated contents include particles in suspension (5:61-62). | "The capsule fill is generally comprised of a liquid matrix, and an active ingredient dissolved or suspended therein. … As used in the present description, the term "active ingredient" is intended to include medicaments, vitamins, minerals, fruits, herbals and other encapsulatable materials or combinations thereof understood by those skilled in the art to support the desired | Softgels (soft gelatin capsules) are a common dosage form for the administration of liquid, semi-solid and solid fills, and soft gelatin capsules embody a distinct classification of properties within the gelatin art. (1:20-24). |

- 3 -

| Claim No. | 6,653,879 (p/d Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy 3rd ed. pp. 398–412 (Lea & Febiger) 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/03934 | USPN 5,681,606 | WO 95/00123 | 5,817,333 (as of Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | effect. For example, if the effect desired is mineral supplementation, exemplary active ingredients may be calcium, magnesium and Vitamin D. Additionally, if the desired effect is targeted toward urinary tract health, an exemplary active ingredient of cranberry is included (4:47-48, 4:56-65). | Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. (See 10:32-36) The flavors or sweeteners are not limited to being either water-soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and sweeteners. |
| 3 | The flavored [sic] gelatin capsule of claim 1 wherein the water soluble flavoring comprises a flavor chosen from the group consisting of berry, strawberry, chocolate, cocoa, lemon, but, almond, cashew, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | | | In a preferred form, the gelatin capsule of the invention comprises about to 10% taste modifiers. (See 2:54-60). "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportions between various taste modifiers and/or flavors vary widely according to the taste desired" (4:13-18). | | "Capsules used in the practice of the invention can include flavoring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include... fruit flavors; aniseed; liquorice; caramel; honey; cream... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin,... Mannitol, Xylitol, and Maltitol..." 3:66-4:5. See Example G at 7:14-23 for water soluble flavors citric acid and aspartame (sour and sweet effects). | "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include... fruit flavors; ... various spices and combinations of these and other flavours. (10:2-8). | "Suitable components include essential oils such as lemon, orange and peppermint oils; fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours." (5:45-49). | | |
| 4 | The flavored gelatin capsule of claim 1 wherein the gelatin softener [sic] is present in a concentration in the range between 10% and 35% of said flavored | Plasticizer (softener) described throughout the reference. See, e.g., "[t]he plasticizer used with gelatin in soft capsule manufacture are relatively few. Glycerin | "Pharmaceutical compositions in dosage unit form encapsulated in soft gelatin capsules ... are well known and basically consist of a "fill" encapsulated in a | The abstract and specification disclose gelatin and softener (plasticizer) requirements. | The gelatin capsules described may contain plasticizers in a range from about 0 to 40%. (See p. 6, ll. 16-23). | "Suitable capsule materials usually comprise Gelatin and a plasticizer such as Glycerol or sorbitol." 1:55-56. | "It is known to encapsulate medicinal and food products using capsule material which is itself consumable. The shell material for such capsules is normally | Glycerol 5-40% based on examples provided (4:56-57) Sorbitol 10%, 12%, 24% based on examples provided (4:57-58) | The specification discloses soft gelatin capsules comprised of a gelatin sheath and a plasticizer, normally glycerin or sorbitol to control the softness and | The primary components of the conventional capsule shell are gelatin, plasticizers and water. Several other minor shell additives may be |

- 4 -

| Claim No. | 6,652,879 (p'd Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsule," The Theory and Practice of Industrial Pharmacy 3rd ed, pp. 398-412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/33934 | USPN 5,681,606 | WO 96/00123 | 5,817,323 (Iss'd Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | gelatin capsule. | soft gelatin shell, generally comprising gelatin together with a plasticizer therefore such as glycerin." (1:14-21; see also Examples 1-4 disclosing gelatin and glycerin in the soft gelatin shell)." | | | | | gelatin based ..." (1:5-8)<br><br>"Shell materials ... normally comprise Gelatin and a physiologically acceptable plasticizer such as Glycerol, the Gelatin forming a matrix for the plasticizer. (1:22-25) | | flexibility of the sheath. (See 1:11-15). | present, such as coloring, opacifying, flavoring and antimicrobial agents. (1:30-33).<br><br>Typically, gel masses prepared for subsequent softgel formation may comprise 30-60% by weight of gelatin, 5-35% by weight of plasticizer, and the remainder comprising purified water, exclusive from consideration of other optional minor additives such as colorants, opacifiers, flavors, sweeteners, preservatives and medicaments. (5:23-28). |
| 5 | The flavored gelatin capsule of Claim 2 wherein said dose comprises ingredients chosen from the group consisting of medicinal components [sic] and nutritive components. | Soft gelatin capsules with pharmaceutical applications including an oral dosage form of ethical or proprietary product for human or veterinary use are disclosed. See p. 398. | The abstract discloses a pharmaceutical dosage unit form comprising one or more pharmaceutically active materials dissolved or suspended in a liquid polyethylene glycol and encapsulated in a soft gelatin shell. | "A fill material is contained within the shell. The fill may be selected from a variety of materials, including ... antacids, cough and cold preparations, sore throat remedies, antiseptics, dental preparations, ..." (See Abstract). | "Containers for unit dosage forms for ... herbs, foodstuffs, or pharmaceuticals, or flavouring agents produced from the gelatine compositions according to claims 1 to 20." (claim 23). | "The avoidance of powder also ensures that the entire dosage within the capsule dissipates in the water. There is no risk of substantial quantities of medicament for example, remaining in the form of dregs at the base of the glass." 1:42-47). | "It is known to encapsulate medicinal and food products using capsule material which is itself comestible. The shell material for such capsules is normally gelatin based ..." (1:5-8). | Products provided in liquid form (5:24).<br><br>Encapsulated contents include particles in suspension (5:61-62). | "The capsule fill is generally comprised of a liquid carrier and an active ingredient dissolved or suspended therein. ..... As used in the present description, the term 'active ingredient' is intended to include medicaments, vitamins, minerals, fruits, herbals and other encapsulatable materials or combinations thereof understood by those skilled in the art to support the desired effect. For example, if the effect desired is mineral supplementation, exemplary active ingredients may be calcium, magnesium | Softgels (soft gelatin capsules) are a common dosage form for the administration of liquid, semi-solid and solid fills, and soft gelatin capsules represent a distinct classification of properties within the gelatin art. (1:20-24). |

- 5 -

| Claim No. | 6,652,879 (p'd Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed. (pp. 398-412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/23924 | USPN 5,681,606 | WO 95/00123 | 5,817,333 (iss'd Oct 6, 1998) | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | The flavored gelatin capsule [of] claim 5 wherein the concentration of water-soluble flavoring present in said gelatin capsule is in the range between about 0.5% and about 1.5% | Table 13-3 discloses water soluble flavors (ethyl vanillin & sucrose) encompassing the claimed range. (p. 401) | Examples 1 - 4 disclose up to 0.72% mannitol, a water soluble sweetener, in the soft gelatin capsule. The examples disclose soft gelatin capsules comprised of 12% Anidrisorb 85/70, which contains up to 6% mannitol. (See 2:46-48, 3:6-63). | In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (See 2:54-60). ¶ "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportions between various taste modifiers and/or flavors vary widely according to the taste desired." (4:13-18). | The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20). | "[C]apsules used in the practice of the invention can include flavoring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavors; aniseed; liquorice; caramel; honey; cream;... Natural or artificial sweeteners can also be used, such as Aspartame, Saccharin, ... Mannitol, Xylitol, and Maltitol..." 3:66-4:5. ¶ See Example G at 7:14-23 for water soluble flavors citric acid and aspartame (sour and sweet effects). | "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours. ... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin, Acesulphame K, Neohesperidine hydrochloride, Mannitol, Xylitol, and Maltitol ..." (10:2-14). | "These were blended to different colours and flavours with a range of additions of 3-7.2% of the gelatin decoction used." (4:19-20). | and Vitamin D. Additionally, if the desired effect is targeted toward urinary tract health, an exemplary active ingredient of cranberry is included. (4:47-48, 4:56-65). ¶ The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). ¶ Other sheath ingredients may include taste modifiers such as a xylitol or malitol, added in amounts up to about 10% of the sheath composition. (See 4:1-6). ¶ See also claims 1 and 2. | Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. (See 10:32-36) ¶ The flavors or sweeteners are not limited to being either water soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and sweeteners. |

| Claim No. | 6,652,879 (p'd Oct 6, 1999) | WO 98/43316 (Publ'd Oct 8, 1998) | GB 2,283,899 (Publ'd Mar 24, 1995) | JP 10251143 (Publ'd Sep 22, 1998) | P. K. Wilkinson et al. (Publ'd 1990) | 4,590,358 (iss'd Feb 19, 1985) | 4,533,126 (iss'd Jul 30, 1985) | 4,999,403 (iss'd Sep. 2, 1966) | 4,719,112 (iss'd Jan 12 1988) | 5,200,191 (iss'd Apr 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | A flavored gelatin capsule suitable for encapsulating a dose, said flavored gelatin capsule comprising | A flavored coating around a gelatin capsule | "... gelatin capsule containing a fill material, the capsule having a coating which may be flavoured." (1:14-16). | "Soft capsule preventing stink from its content. ..." (Abstract). | Softgel | Foam capsules | Soft elastic (chewable as in gum like) gelatin capsule | Soft shell foam capsules | Foam capsules | Softgels |

- 6 -

| Claim No. | 6,652,879 (p/d Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 1,283,899 (Pub'd May 24, 1955) | JP 10251143 (Pub'd Sep 22, 1998) | P. K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (iss'd Feb 19, 1985) | 4,532,126 (iss'd Jul 30, 1985) | 4,609,403 (iss'd Sep 2, 1986) | 4,719,112 (iss'd Jan 12, 1988) | 5,200,191 (iss'd Apr 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| gelatin, | gelatin, | A gelatin shell comprising Gelatin (33-58 wt.%) (2:21-25) | Gelatin | "For the encapsulating film, gelatin, agar, carrageenan, or gelan gum can be adopted." (Abstract). | "... basic ingredients are the same: gelatin, plasticizer(s), and water +/- preservatives." (pg. 419 last paragraph). | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a gelatin extender. (2:33-38).  "The gelatin foams, suitable to obtain foam capsules according to the present invention, are made from aqueous solutions of gelatin comprising between 10-50% by weight of gelatin, ..." (2:39-43). | "In a preferred form of our capsule... comprises gelatin 1-75% by weight of a known insoluble masticatory substance, about 10-90% by weight gelatin, about 1-30% by weight of a plasticizer, such as glycerine or sorbitol, about 5-40% by weight of water, and about 0-10% taste modifiers or other additives." (2:54-60). | "... gelatin mass, ... weight of dry plasticizer being about between range of about between 0.3 to 1.8, preferably in a range of about between 0.4 to 0.75. The ratio to dry gelatin is in a range of about between 0.8 to 1.6, preferably in a range of about between 1 and 1.3." (3:10-20).  "99% by weight of a B grade, 150 Bloom strength, gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.8% by weight of microdispersed air." (Example 2, 10:46-49).  "Initial gelatin melt had the following composition by weight: 37% gelatin, 16.5% glycerol, 46.7% water, and the gelatin foam contained 50% by volume of microdispersed air." (Example 2, 10:46-49). | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a gelatin extender. (2:44-49). | "... a typical gelatin shell formulation might include (by weight): gelatin 47%, glycerin, USP 15%, water 38%." (3:26-35). |
| a gelatin softener, | a gelatin softener, | A gelatin shell comprising Sugar or sugar substitute (e.g., sorbitol) (15-30 wt.%) (2:21-25) | | | "... basic ingredients are the same: gelatin, plasticizer(s), and water +/- preservatives." (pg. 419 last paragraph). | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a | "In a preferred form of our capsule... comprises gelatin 1-75% by weight of a known insoluble masticatory substance, about 10-90% by weight gelatin, about 1-30% by weight of a plasticizer, such as glycerine or sorbitol, about 5-40% by weight of water, and about 0-10% taste | "99% by weight of a B grade, 150 Bloom strength, gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.8% by weight of microdispersed water." (Example 2, | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a | "... a typical gelatin shell formulation might include (by weight): gelatin 47%, glycerin, USP 15%, water 38%." (3:26-35). |

- 7 -

| Claim No. | 6,653,879 (p/d Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | CH 2,283,699 (Pub'd May 24, 1995) | JP 10251113 (Pub'd Sep 22, 1998) | P.K. Wilkinson et al. (Pub'd 1990) | 4,500,508 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul 30, 1985) | 4,609,403 (Iss'd Sep 2, 1986) | 4,719,112 (Iss'd Jan 12, 1988) | 5,200,191 (Iss'd Apr 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | water, and | A gelatin shell comprising Water (up to 15 wt.%) (2:21-25) | | | "... basic ingredients are the same: gelatin, plasticizer(s), and water +/- preservatives." (pg. 419 last paragraph). | | | "Initial gelatin melt had the following composition by weight: 37% gelatin, 16.3% glycerol, 46.7% water, and the gelatin foam contained 50% by volume of microdispersed air." (Example 2, 10:46-49). | gelatin extender." (2:44-49) | "... a typical gelatin shell formulation might include (by weight): gelatin 47%, glycerin, USP 15%, water 38%." (3:26-35). |
| | | | | | | "The gelatin foam, suitable to obtain foam capsules according to the present invention, are made from aqueous solutions of gelatin comprising between 10-50% by weight of gelatin, ... " (2:39-43). "... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (5:21-23). | "In a preferred form of our capsule, ... comprises about 1-75% by weight of a known insoluble masticatory substance, about 10-90% by weight gelatin, about 1-30% by weight of a plasticizer, such as glycerine or sorbitol, about 5-40% by weight of water, and about 0-10% taste additives." (2:54-60). | "99% by weight of a B grade, 150 Bloom strength, gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.8% by weight of chilled deionized water." (Example 1, 8:62-66). "Initial gelatin melt had the following composition by weight: 37% gelatin, 16.3% glycerol, 46.7% water, and the gelatin foam contained 50% by volume of microdispersed air." (Example 2, 10:46-49). | | |
| | "The fill compositions in products according to the invention can of course themselves also include flavouring elements to make them more palatable if intended or required to be released in the mouth and additional elements could also be included in the shell composition with the same purpose." | | "In one example of a product according to the invention, a semi-solid past fill, flavoured with cherry was encapsulated in a soft gelatin shell itself flavoured with menthol and coloured red." (4:1-4). | | | | | | | |
| a water soluble flavoring, wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule, and | | | | | "Flavoring for odor and taste" (pg. 422, Table 3). | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or a foam stabilizer; and/or a gelatin extender. (2:33-38) | "In a preferred form of our capsule, ... comprises about 1-75% by weight gelatin, about 10-90% by weight of gelatin, about 1-30% by weight of a plasticizer, such as glycerine or sorbitol, about 5-40% by weight of water, and about 0-10% taste modifiers or other | "Example 2 was repeated by adding ... 0.8% of peppermint oil as a flavoring agent; ..." (11:34-37). | "This foam capsule is characterized in that the capsule wall is a foam gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or gelatin extender. (2:44- | |

MPK 134470-1.062114.0123

| Claim No. | 6,653,879 (p/d Oct 6, 1999) | WO98/42316 (Pub'd Oct 1, 1998) | GB 2,283,399 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sep 22, 1998) | P. K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul 30, 1985) | 4,609,403 (Iss'd Sep 2, 1986) | 4,719,112 (Iss'd Jan. 12 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | (6:12-17). | | | | | 38). "The above flavoring agents are generally used at a concentration of about 0.01% to about 3% by weight on dry gelatin or derivatives thereof; better at about 0.2 to about 1.5%, and best at about 1.1%." (4:63-65). | additives." (2:54-60) "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both compositions simultaneously." (4:13-15). | | 49). "The above flavoring agents are generally used at a concentration of about 0.01% to about 6% by weight on dry gelatin or derivatives thereof; better at about 0.2 to about 2%." (6:63-66). | |
| wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule, | | Water up to 15.00 (2:25) Water 8.9 (3:6) Water 8.6 (3:18) Water 7.6 (3:31) "By including water and a sugar or sugar substitute in both the coating material and the shell formulation, when the coating is applied a dynamic balance can be achieved." (4:23-26) "A coated capsule according to claim 4 wherein the quantity of water in the shell composition is no more than 10% by weight." (cl. 5) | | | | "... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (5:21-23). | "...about 5-40% by weight of water...." (2:54-60). | "Equilibrium moisture content of capsule wall at 21C and 20% RH* is 6.3%. (9: Table 1). | "... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (7:35-38). | "... capsules are typically dried in drying tunnels or rooms for about 3-7 days to remove water in the hygroscopic fill and the shell to about 6-10% by volume." (3:59-61). |
| whereby the palatability of a dose encapsulated in said flu[i]d/ored gelatin capsule is improved by the water soluble flavoring. | | "The fill compositions in products according to the invention can of course themselves also include flavouring elements to make them more palatable if intended or required to be released in the mouth and additional elements could also be included in the shell composition with the same purpose." (6:112-17) | "If the coating is flavoured or sweetened, the result is a more palatable product than the uncoated capsule." (1:24-26). "... the application of a coating to a filled gelatin capsule according to the invention has the advantage of masking unpleasant tasting fill materials. ..." (2:55-...) | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Ethyl vanillin 0.1% flavoring for odor and taste (pg. 422, Table 3). Essential oil 0.2% flavoring for odor and taste (pg. 422, Table 3). | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. |

MPK 13447D.1:0621140.123

| Claim No. | 6,652,879 (p/d Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 2,383,899 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sep 22, 1998) | P.K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (filed Feb 19, 1985) | 4,532,126 (filed Jul 30, 1985) | 4,609,403 (filed Sept 2, 1986) | 4,719,112 (filed Jan. 12, 1988) | 5,200,191 (filed Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | The flavored gelatin capsule of claim 1 further comprising a dose encapsulated therein. | "Fill compositions for use in products according to the invention may take many forms, and in this respect reference is directed once again to published British specification no. 2283899." (5:2-5). "... oil and water based fill compositions. ..." (pg. 5, line 19). | "The fill material in consumable products according to the invention is normally a liquid, but this is not essential. Soft semi-solid pastes can be used, as can solid or particulate materials in some applications. ... In this respect, the invention enables a wide variety of materials to be provided in a palatable form using essentially the same manufacturing technique." (2:11-19). | "... an oily liquid content composed of matters having strong odor such as garlic, DHA, liver oil, or baked egg yolk. ..." (Abstract). | Fill oils (pg. 417). |  | "The fill may be of a variety of materials, such as industrial or cosmetic, non-consumable products, such as bath oils and adhesives. More commonly, SEG capsules are used to encapsulate consumable materials such as vitamins and pharmaceuticals." (1:24-59). "A suitable fill material is prepared separately. Suitable fill materials include candy, confectionaries, antacids, cough preparations, cold remedies, antiseptics, dental preparations including fluorides, breath fresheners and the like." (3:67 to 4:3). "The fluid material must be compatible with the gel shell and must not break down the shell during a period of normal storage. This problem is well known and is solved in a variety of ways known to those skilled in the art." (4:5-9). | Peanut oil. (9:24). | Medicament (cl. 1). | "The need for encapsulation of liquids, semi-solids, and pastes within a gelatin shell in such a way as to preclude uncontrolled leakage has resulted in the development of a very fundamental dosage form: the soft gelatin capsule. The first version was developed in the middle of the 19th century." (1:). |
| 3 | The flavored [sic] gelatin capsule of claim 1 wherein the water soluble flavoring comprises a flavor chosen from the group consisting of cherry, strawberry, chocolate, |  | "... a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell itself flavoured with menthol and coloured red." (4:2-4). |  | "Ethyl Vanillin" (pg. 422, Table 3). | The specification discloses a gelatin capsule which may optionally include a plasticizer and a flavoring agent. See 2:33-37. Acceptable flavoring | "The taste modifiers and/or flavorings may be desirably selected from the following: cherry syrup, citric acid, dextrose, essential oil (i.e., clove, lemon, orange, peppermint, | "[F]lavoring agents, for example ethyl vanillin and essential oils, to impart desirable odors to capsules or for taste purposes in chewable capsules, and flavoring agents accepted for food |  |  |

- 10 -

MPK 13447011.0621140123

| Claim No. | 6,653,879 (p/d Oct 6, 1999) | WO 98/42316 (Publ'd Oct 1, 1998) | GB 2,283,389 (Publ'd May 24, 1995) | JP 10251143 (Publ'd Sep 22, 1998) | P. K. Wilkinson et al. (Publ'd 1990) | 4,500,558 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul 30, 1985) | 4,609,403 (Iss'd Sept 2, 1986) | 4,719,112 (Iss'd Jan 12 1988) | 5,200,191 (Iss'd Apr 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | cocoa, lemon, but, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | | | | | agents disclosed include fruit essence such as apple, pineapple, cherry, and strawberry. The flavoring agents are preferably used at a concentration of about 0.02% to about 1.5% by weight on dry gelatin. See 4:59-66. | vanilla, glucose, honey, mannitol, methyl salicylate, raspberry syrup, saccharin, saccharin sodium, sorbitol, sucrose, wild cherry syrup, and mixtures thereof." (4:18-26). "Mixture of powdered sugar, saccharin, mono-sodium glutamate, sodium chloride, furaneol, and peppermint oil" (Example I, 4:54-56). Anethole (Example II, 5:59). Oil of wintergreen(Example IV, 6:66). | spearmint), ethyl and pharmaceutical use, usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, laves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, spearmint oil, etc. Further more, natural or synthetic fruit flavors, particularly oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used." (6:66 to 7:9). | | "... a typical gelatin shell formulation might include (by weight): gelatin 47%, glycerin, USP 15%, water 38%." (3:26-35). |
| 4 | The flavored gelatin capsule of claim 1 wherein the gelatin softener is present in a concentration in the range between 10% and 55% of said flavored gelatin capsule. | Sugar or sugar substitute (e.g. sorbitol) (15-30 wt%) (2:21-25) | | | "...various amounts [20-30% (w/w)] of plasticizer (e.g., glycerin, sorbitol, propylene glycol are added to obtain the degree of plasticity desired [7]." (pg. 421, last paragraph) | "Plasticizers, particularly those of pharmaceutical grade, such as polyethylene glycol or preferably low molecular weight organic plasticizers, like glycerol, sorbitol, ...may be used at various concentrations of between about 0.2 to 15%..." (4:68-68 to 5:1-3). | "...about 1-30% by weight of a plasticizer,..." (2:58). | "39% by weight of a B grade, 150 Bloom strength, gelatin, synthetic pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.8% by weight of chilled deionized water." (Example I, 8:62-66). "Initial gelatin melt had the following composition by weight: 37% gelatin, 16.3% glycerol, 46.7% water, and the gelatin foam contained 50% by volume of microdispersed air." (Example 2, 10:46-49). | "Poly-hydroxy alcohols including glycerol, sorbitol and mannitol... The plastics may be used at various concentrations of between about 0.2 to 10% better between 0.2 to 5% based upon the weight of dry gelatin." (7:1-16). | |
| 5 | The flavored gelatin capsule of claim 2 | "Fill compositions for use in products | "Whereas the invention is particularly applicable | | | "Foam capsules may also be useful in other | "The fill may be any of a variety of materials, | "In the pharmaceutical field... food packaging, | "Foam capsules may also be useful in other | "The need for encapsulation of liquids. |

- 11 -

| Claim Nos. | 6,652,879 (p'd Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 2,283,899 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sep 22, 1998) | P. K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (iss'd Feb 19, 1985) | 4,532,126 (iss'd Jul. 30, 1985) | 4,609,403 (iss'd Sept. 2, 1986) | 4,719,112 (iss'd Jan. 12, 1988) | 5,200,191 (iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | wherein said dose comprises ingredients chosen from the group consisting of medicinal [sic] and nutritive components. | according to the invention may take many forms, and in this respect reference is directed once again to published British specification no. 2283899" (5:2-5). "Many medicines are relatively unpleasant to taste, and in either tablet or encapsulated form, are masked by flavored coatings to make them more palatable." (1:8-10). "A breath freshener in the form of a filled capsule embodying the present invention...." (5:21-23). "Fill compositions for use in products according to the invention may take many forms, and in this respect reference is directed once again to published British specification no. 2283899" (5:2-5). | to the encapsulation of therapeutic and medicinal fill materials, it is also applicable to items of confectionery." (2:20-24). | | | fields than pharmaceutical purposes, particularly in those cases ... such as candy manufacturing...." (6:20-35). | such as industrial or cosmetic, non-consumable products, such as bath oils and adhesives. More commonly, SEG capsules are used to encapsulate consumable materials such as vitamins and pharmaceuticals." (1:24-29). "A suitable fill material is prepared separately. Suitable fill materials include candy, confectionaries, antacids, cold preparations, cold preparations, sore throat remedies, antiseptic, dental preparations including fluorides, breath fresheners and the like." (3:67 to 4:3). | ... candy manufacturing...." (8:35-57). | fields than pharmaceutical purposes, particularly in those cases ... such as food packaging,... candy manufacturing... ." (6:20-35). | semi-solids, and pastes within a gelatin shell in such a way as to preclude uncontrolled leakage has resulted in the development of a very fundamental dosage form: the soft gelatin capsule. The first version was developed in the middle of the 19th century." (1:). |
| 6 | The flavored gelatin capsule [of claim 5 wherein the concentration of water-soluble flavoring present in said gelatin capsule is in the range between **about 0.5% and about 1.5%**. | | | | "Essential oils to 2% flavoring for odor and taste" (pg. 422, Table 3). | "The above flavoring agents are generally used in a concentration of about 0.01% to about 3% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 1.5%, and best at about 1.1%." (4:63-65). | ... about 0-10% taste modifiers...." (2:60). | "Example 2 was repeated by adding .... 0.3% of peppermint oil as a flavoring agent;..." (11:34-37). | "The above flavoring agents are generally used in a concentration of about 0.01% to about 6% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 2%." (6:63-65). | |

MPK 13447.01.062114.0123

| Claim No. | 6,652,879 (pd Oct 6, 1999) | Banner Gelatin Product Corp; Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamin Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsules Product Correspondence 1974-1976 | USPN 4,525,306 | WO 98/17673 | EP07/10103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A flavored gelatin capsule suitable for encapsulating a dose, said flavored gelatin capsule comprising: | | | | Soft gelatin fish oil capsules | | | | | |
| | gelatin, | Gelatin Capsules | Soft Gelatin Capsules | Soft Gelatin Shell | Soft gelatin fish oil capsules | | | | | |
| | | Sale of gelatin capsules mentioned throughout sales orders and product labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. | Sale of soft gelatin capsules containing vitamin E oil, and Cod Liver oil. Carlson's Vitamin catalog pp. 4, 7. | Cod Liver Oil , Vitamin A, and Tocopheryl all were "enclosed in an artificially flavored soft gelatin shell." Scherer Corp. Product Labels | | | | | | |
| | a gelatin softener, | "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. | Carlson's soft gelatin capsules are "specially formulated for those who prefer their vitamin E in soft gelatin capsules." Carlson's Vitamin catalog p. 4. | Cod Liver Oil , Vitamin A, and Tocopheryl all were "enclosed in an artificially flavored soft gelatin shell." Scherer Corp. Product Labels | | | | | | |
| | water, and | "Each capsule contains . . [a] blend of vegetable oils." Banner Gelatin Product's Vitamin E product label. | "E-gems are derived from Natural vegetable oils." Carlson's Vitamin catalog p. 4. | | | | | | | |
| | a water soluble flavoring, wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% | The product labels disclose a water soluble flavoring (glycerin). | | "[T]here are only three products which we currently supply to J.R. Carlson Laboratories which contain artificial flavoring. . . Fish Liver Oil . . . Cod Liver Oil Capsules." | | | | | | |

- 13 -

MPK 134470.1 0621140123

| Claim No. | 6,652,879 (ptd Oct 6, 1999) | Banner Gelatin Products Corp. Sales of Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamin's Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsules and Correspondence 1974-1976 | USPN 4,525,306 | WO 98/17673 | EP0710103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | and about 1.5% of said flavored gelatin capsule, and | | | June 4, 1976 letter from Scherer Corp. to Carlson Laboratories. | | | | | | |
| | wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule; | | | | | | | | | |
| | whereby the palatability of a dose encapsulated in said flavored [sic] gelatin capsule is improved by the water soluble flavoring. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | Palatability of an encapsulated dose is inherently improved by adding flavor to the capsule shell. | | | | | | |
| 2. | The flavored gelatin capsule of claim 1 further comprising a dose encapsulated therein. | "Each capsule contains . . . [a] preparation of d-Alpha Tocopheryl Acetate N.F. containing 147 mg d-Alpha Tocopheryl Acetate. . ." Banner Gelatin Product's Vitamin E product label. | | Cod Liver Oil . . Vitamin A and Tocopheryl all were "enclosed in . . . artificially flavored soft gelatin shell." Scherer Corp. Product Labels. Scherer Corp.'s capsules contain doses of fish liver oil and Cod liver oil. June 4, 1976 letter from Scherer Corp. to Carlson Laboratories. | It is another object of this invention to provide soft capsules containing the above obtained oils and fats . . ." (4:32-33). "Unsaturated oils and fats thus stabilized are encapsulated into soft capsules by a conventional method, whereby the soft capsules containing stable unsaturated oils and fats of this invention are prepared. A practical form of the soft capsules is encapsulated with gelatin. (4:54-59). | See claims 13-15 and 18 disclosing a capsule containing fish oil. | See claims 1, 8, and 10 disclosing a soft gelatin capsule containing fish oil in combination. | See claims 1-4 disclosing a soft gelatin capsule containing fish oil. | See claims 1, 4, 5, and 10 disclosing a soft gelatin capsule containing fish oil. | See claims 1, 8, and 12 disclosing a capsule containing fish oil. |
| 3. | The flavored [sic] gelatin capsule of claim 1 wherein the water soluble | "Each capsule contains . . . artificial flavors." Banner Gelatin Product's Vitamin E | | | | | | | | |

- 14 -

| Claim No. | 6,652,879 (pat Oct 6, 1999) | Banner Gelatin Products Corp: Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc: Natural Vitamin E Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsule Product Labels and Correspondence 1974 - 1976 | USPN 4,525,306 | WO 98/17673 | EP0710103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | flavoring comprises a flavor chosen from the group consisting of berry, strawberry, chocolate, cocoa, lemon, but, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | product label. Possible flavoring included amongst others, sorbitol, vanillin, and peach. Banner Gelatin Product's Master Gelatin Formulation | | | | | | | | |
| 4 | The flavored gelatin capsule of claim 1 wherein the gelatin softener [sic] is present in a concentration in the range between 10% and 55% of said flavored gelatin capsule. | | | | | | | | | |
| 5 | The flavored gelatin capsule of claim 2 wherein said dose comprises ingredients chosen from the group consisting of medicinal components [sic] and nutritive components. | | | | It is another object of this invention to provide soft capsules containing the above obtained oils and fats ... ." (4:32-33). "Unsaturated oils and fats thus stabilized are encapsulated into soft capsules by a conventional method, whereby the soft capsules containing stable unsaturated oils and fats of this invention are prepared. A practical form of the soft capsules is encapsulated with gelatin. (4:54-59). | See claims 13-15 and 18 disclosing a capsule containing fish oil. | See claims 1, 8, and 10 disclosing a soft gelatin capsule containing fish oil in combination. | See claims 1-4 disclosing a soft gelatin capsule containing fish oil. | See claims 1, 4, 5, and 10 disclosing a soft gelatin capsule containing fish oil. | See claims 1, 8, and 12 disclosing a capsule containing fish oil. |

- 15 -

MPK 134470-1.062114.0123

| Claim No. | 6,652,879 (prd Oct 6, 1999) | Banner Gelatin Products Corp. Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamins' Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsules Product Labels and Correspondence 1974 - 1976 | USPN 4,525,306 | WO 98/17673 | EP0710103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | The flavored gelatin capsule [of] claim 5 wherein the concentration of water-soluble flavoring present in said gelatin capsule is in the range between about 0.5% and about 1.5%. | | | | | | | | | |

MPK 134470-1.062114.0123

# Exhibit C

**EXHIBIT C**
**U.S. Patent No. 6,346,231**
**CLAIM INVALIDITY CHART**

| Claim No. | 6,346,231 (fid Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd edition, ch. 13 (Lea & Febiger, 1986) | USPN 4,760,116 | USPN 4,428,927 | WO 99/03924 | USPN 5,681,606 | WO 95/08123 | USPN 5,817,323 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Soft gelatin capsules | Soft gelatin capsule shell | | Soft gelatin capsule | Gelatin capsule | Soft gelatin capsule shell | Soft Gelatin Capsule | Soft gelatin capsule | Soft gelatin capsule |
| 1 | A fish oil capsule for palatable presentation of fish oil comprising: a) a gelatin capsule, said gelatin capsule comprising gelatin, a gelatin softener, water, and a water soluble flavoring. | Gelatin described throughout the reference. See, e.g., "[s]oft gelatin capsules have been ... Available since the middle of the nineteenth century." (p. 398). "The capsule shell is basically comprised of gelatin, a plasticizer, and water; it may contain additional ingredients such as ... flavorings ... and medicaments to achieve desired effects." (pp. 399-400). Plasticizer (softener) described throughout the reference. See, e.g., "[t]he plasticizer used with soft capsule manufacture are relatively few. Glycerin USP, Sorbitol USP, Pharmaceutical Grade Sorbitol Special, and combinations of these are the most prevalent." (p. 400). Table 13-3 discloses soft gelatin capsules comprised of 129 Anidrisorb 85/70, which contains up to 6% mannitol, sucrose). (p. 401). | "Pharmaceutical compositions in dosage unit form encapsulated in soft gelatin capsules ... as well known and basically consist of a "fill" encapsulated in a soft gelatin shell, generally comprising gelatin together with a plasticizer therefore such as glycerin." (1:14-21; see also Examples 1 – 4 disclosing gelatin and glycerin in the soft gelatin shell). Water content of dry shell composition shown in Examples 1 – 4 is 6.5 to 7.4% (calculated as 59% water of 11.5 to 24% water content in Anidrisorb). (See 2:46-48, 3:6-63). Examples 1 – 4 disclose up to 0.72% mannitol, a water soluble sweetener, in the soft capsule. The examples disclose soft gelatin capsules comprised of 129 Anidrisorb 85/70, which contains up to 6% mannitol. (See 2:46-48, 5:23-28). | The abstract and specification disclose gelatin and softener (plasticizer) requirements. In a preferred form, the gelatin capsule of the invention comprises about 5-40% by weight of water. (See 2:54-58). In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (2:54-60). "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportion between various taste modifiers and/or flavors vary widely according to the taste desired." (4:13-18). | The application discloses gelatin compositions for soft or hard gelatin capsules. (See, e.g., p. 1). The gelatin capsules described contain 83-93% of gelatin. (See p. 6, ll. 5-11). The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20). The gelatin capsule described contains 7 to 17% water. (See p. 6, ll. 5-11). | "Suitable capsule materials usually comprise Gelatin and a plasticizer such as Glycerol or sorbitol." (1:55-56). Examples A through E disclose water as a component of the capsule wall. (See 6:12-53). "[C]apsules used in the practice of the invention can include flavouring in the encapsulated contents, or in the capsule shell material itself. Suitable flavourings include ... fruit flavors; aniseed; liquorice; caramel; honey; cream... Natural or artificial sweeteners can also be used, such as Aspartame, Saccharin... Mannitol, Xylitol, and Maltitol..." (3:66-4:5). See Examples G at 7:14-23 for water soluble flavors (citric acid and aspartame (sour and sweet effects)). | "It is known to encapsulate medicinal and food products using capsule material which is itself consumable. The shell material for such capsules is normally ... gelatin based ..." (1:5-8). "Shell materials ... normally comprise Gelatin and a physiologically acceptable plasticizer such as Glycerol, the Gelatin forming a matrix for the plasticizer." (1:22-25). Compositions embodying the invention, disclosed as formulations 1-11, include varying amounts of water as part of the formulation. (5:16-30; 8:9-21). "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... | "Shell materials ... normally comprise gelatin and a physiologically acceptable plasticizer such as glycerol..." (1:25-28). Example 82 discloses gelatin, glycerol, water and flavours. (5:58-59). | The specification discloses soft gelatin capsules comprised of a gelatin sheath and a plasticizer, normally glycerin or sorbitol, to control the softness and flexibility of the sheath. (See 1:11-15). See also claims 1 and 2. The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). "It is known in the art that the drying process will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to 8%." (See 4:27-32). Other sheath ingredients may include taste modifiers such as a xylitol or maltitol, added in amounts up to about 10% of the sheath composition. (See 4:1-6). | The specification discloses soft gelatin capsule compositions. Claim 1 of the patent includes a film-forming material comprising gelatin. (See 3:61-67; 9:59-10:9). Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (See 9:59-10:9). Typically, gel masses prepared for subsequent softgel formation may comprise 30-60% by weight of gelatin, 5-35% by weight of plasticizer, and the remaining purified water, exclusive from consideration of other optional minor additives such as colorants, flavors, sweeteners, opacifiers, and medicaments. (5:23-28). Claim 1 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. |

- 1 -

- 2 -

| Claim No. | 6,346,231 ((6) Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy 3rd ed. pp. 398–412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/03924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,323 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 3.6-63). | | | | fruit flavors, aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours.... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin, Acesulphame K, Neohesperidine hydrochloride, Mannitol, Xylitol, and Maltitol ..." (10:2-14). | | | (See 10:32-36) The flavors or sweeteners are not limited to being either water-soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and sweeteners. |
| | wherein said water is present in said gelatin capsule in a concentration between about 6% and about 10%; and | "Capsules at equilibrium with 20 to 30% RH at 21 to 24°C are considered 'dry,' and the shell of such a capsule contains 6 to 10% water, depending on the gelatin formula used." (p. 407). | Water content of dry shell composition shown in Examples 1 – 4 is 6.5 to 7.4% (calculated as 5% water + (1.5 to 2.4% water content in Avicfroseb). (See 2/46-48, 3:6-63). | In a preferred form, the gelatin capsule of the invention comprises about 5-40% by weight of water. (See 2:54-58). | The gelatin capsule described contains 7 to 17% water. (See p. 6, ll. 5-11). | | | Purified water present in a range from 20-32.4% (3:27-28). Purified water present in 23% and 29% (6:60) Purified water present in shell at 4.8% and 5% (6:25; 7:6; 7:13). | "It is known in the art that the drying process will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to 8%." (See 4:27-32). | Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (See 9:59-10:9). |
| | wherein said water soluble flavoring is present in a concentration between about 0.50% and about 1.50% of said gelatin capsule; and | Table 13-3 discloses water soluble flavors (ethyl vanillin & sucrose) encompassing the claimed range. (p. 401). | Examples 1 – 4 disclose up to 0.72% mannitol, a water soluble sweetener, in the soft gelatin capsule. The examples disclose soft gelatin capsules comprised of 12% Avidisorb 85/70, which contains up to 6% mannitol. (See 2:46-48, 3:6-63). | In a preferred form, the taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportions between the various taste modifiers and/or flavors vary widely according to the taste desired." (4:13-18). | The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20). | | | "These were blended to different colours and flavours with a range of additions of 3-7.2% of the gelatin decoction used." (4:19-20). | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17). Other sheath ingredients may include taste modifiers such as a xylitol or maltitol added in amounts up to about 10% of the sheath composition. (See 4:1-6). See also claims 1 and 2. | Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. (See 10:32-36). The flavors or sweeteners are not limited to being either water-soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and sweeteners. |

MPK 134497-1.062114.0123

- 3 -

| Claim No. | 6,346,231 (fld Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed. (Lea & Felbger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/33924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,333 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| b) a fish oil dose, said gelatin capsule encapsulating said fish oil dose, whereby said fish oil capsule is **a palatable fish oil** composition which promotes ingestion of the fish oil. | | "Liquids area an essential part of the capsule content." "There are a large number of liquids that ... can function as active ingredients.... Such active ingredient oils as fish oil may also function as a solvent, or as the suspending medium for one or more additional active ingredients, as in vitamin capsules. (p. 402). | | Suitable vehicles for the fill are neutral oil, mineral oil, water, ethyl alcohol, vegetable oil, and fructose syrup. As with the gel mass, a suitable flavoring or taste modifier is preferably added to the fill. (4/9-12). See also composition of fill materials in Examples I, II, and V. | "A specific embodiment of the instant invention is a hard gelatine capsule from a fish gelatine filled with fish oil." (p. 4, ll. 10-11). See also claim 28: Capsules according to claim 21 or 22 containing products derived from fish, preferred fish oil" (P: 14, ll. 1-2). | | "Hydrophobic solvent/carrier modal also include hydrogenated natural oils, synthetic oils ... neutral oils ... mineral oils, triacetin, ethyl oleate, and other natural oils such as: Soybean Oil, Arachis Oil, Corn Oil, Sesame Oil, Olive Oil, Rapeseed Oil, Sunflower Oil and Safflower Oil." (p. 9, ll. 28-34). "Capsules embodying the invention can include flavouring and aromatic components, in either the encapsulated contents, or in the capsule shell material itself." (p. 10, ll. 2-5). | "... oil fill material..." (3/67). "Products provided in liquid form for encapsulation in capsules of the invention typically incorporate hydrophobic or hydrophilic carrier media or a combination of both...." (5/24-26). "Thickened fill products with high viscosities are preferred as they disperse less rapidly and improve palatability. They also reduce the contrast between the shell and the fill materials." (5/38-39). | | Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. (See 10:32-36). The flavors or sweeteners are not limited to being either water-soluble or water-insoluble. In the absence of a restriction to the contrary, these terms are read to encompass both water soluble and water insoluble flavors and sweeteners. |
| 2 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is present in a concentration between about 0.5% and about 1.0% of said gelatin capsule. | Table 13-3 discloses water soluble flavors (ethyl vanillin & sucrose) encompassing the claimed range. (p. 401). | Examples 1 – 4 disclose up to 0.72% mannitol, a water soluble sweetener, in the soft gelatin capsule. The examples disclose soft gelatin capsules comprised of 12% Anidrisorb 85/70, which contains up to 6% mannitol. (See 2:46-48, 3:6-63). | In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (See 2:54-60). "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously. The particular taste modifier and/or flavor that is used may vary widely. Similarly, the proportions between various taste modifiers and/or flavors vary widely according to the taste desired." (4:13-18). | The gelatin capsules described may contain 0 to 60% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20). | "[C]apsules used in the practice of the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavors, aniseed; liquorice; caramel; honey; cream.... Natural or artificial sweeteners can also be used, such as: Aspartame, Saccharin, Mannitol, Xylitol, and Maltitol ..." (3:66-4:5). See Example G at 7:14-23 for water soluble flavors (citric acid and aspartame (sour and | "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavors, aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours ... Natural or artificial flavours ... can also be used, such as: Aspartame, Saccharin, Acesulphame K, Neohesperidine hydrochloride, Mannitol, Xylitol, and Maltitol ..." | "Capsules embodying the invention can include flavouring and aromatic components, in either the capsule shell material itself." (5:43-45). "These were blended to different colours and flavours with a range of additions of 3-7.2% of the gelatin decoction used." (4:19-20). | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. Other sheath ingredients may include taste modifiers such as a xylitol or maltitol, added in amounts up to about 10% of the sheath composition. (See 1:11-17). See also claims 1 and 2. | |

- 3 -

- 4 -

| Claim No. | 6,346,231 ((filed Oct 6, 1999)) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed. pp. 398–412 (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/33924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,333 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | sweet effects). | (10:2-14). | | | |
| 3 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | | | | | "[C]apsules used in the practice of the invention can include flavouring and aromatic components, in either the encapsulated content, or in the capsule shell material itself. Suitable components include essential oils such as lemon, orange and peppermint oils; fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours." (3:66-4:5). | "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavours, ... various spices and combinations of these and other flavours." (10:2-8). | "Suitable components include essential oils such as lemon, orange and peppermint oils; fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours." (5:45-49). | | |
| 4 | The fish oil capsule claimed in claim 2, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | | | | | "[C]apsules used in the practice of the invention can include flavouring and aromatic components, in either the encapsulated content, or in the capsule shell material itself. Suitable components include essential oils such as lemon, orange and peppermint oils; fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours." (3:66-4:5). | "Capsules embodying the invention can include flavouring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable components include ... fruit flavours, ... various spices and combinations of these and other flavours." (10:2-8). | "Suitable components include essential oils such as lemon, orange and peppermint oils; fruit flavours; aniseed; liquorice; caramel; honey; cream; various spices and combinations of these and other flavours." (5:45-49). | | |
| 16 | A process for forming a fish oil capsule for palatable presentation of fish oil, comprising | See also p. 406-408 – Capsule Manufacture, Processing, and Control. | "Soft elastic gelatin capsules were produced from a fluid gelatin composition comprising | "It is therefore an important object of the present invention to provide a chewable, | | | | | "The present invention relates generally to soft gelatin capsules and to a process for their | "A process of manufacturing a filled soft gelatin capsule comprising a fill and a |

- 4 -

MPK 134497-1.062114.0123

- 5 -

| Claim No. | 6,346,231 (fld Oct 6, 1999) | J.P. Stanley "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy 3rd ed (pp. 398-412) (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/23924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,323 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| the steps of: | | | | Filled, one-piece, SEG capsule and a process for its manufacture wherein an insoluble masticatory substance is contained within the shell." 1:60-64). | | | | | preparation ..." (1:6-7). | shell is also disclosed wherein a fill is provided to an encapsulation area ..." (4:9-10). |
| a) combining gelatin, a gelatin softener, water, and a water soluble flavoring; | Gelatin described throughout the reference. See, e.g., "[s]oft gelatin capsules have been available since the middle of the nineteenth century" (p. 398). "The capsule shell is basically composed of gelatin, a plasticizer, and water; it may contain additional ingredients such as ... flavorings ... and medicaments to achieve desired effects." (pp. 399-400)<br><br>Plasticizer (softener) described throughout the reference. See, e.g., "[s]oft gelatin capsules have a plasticizer used with gelatin in soft capsule manufacture are relatively few. Glycerin USP, Sorbitol USP Pharmaceutical Grade Sorbitol Special, and combinations of these are the most prevalent." (p. 401).<br><br>Table 13-5 discloses water soluble flavors (ethyl vanillin & sucrose). (p. 401). | "Soft elastic gelatin capsules were produced from a fluid gelatin composition comprising (in % by weight):<br><br>Gelatin 40.67%,<br>Glycerol 18.02%,<br>Anidrisorb 35/70 7.53%,<br>Water 33.58% ..." (4:65-5:5). | "Soft elastic gelatin capsules disclose gelatin and softener (plasticizer) requirements.<br><br>In a preferred form, the gelatin capsule of the invention comprises about 5-40% by weight of water. (See 2:54-58).<br><br>In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (See 2:54-60). | The application discloses gelatin compositions for soft or hard gelatin capsules. (See, e.g., p. 1). The gelatin capsules described contain 83-93% of gelatin. (See p. 6, ll. 5-11).<br><br>The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (See p. 6, ll. 16-20).<br><br>The gelatin capsule described contains 7 to 17% water. (See p. 6, ll. 5-11). | "Suitable capsule materials usually comprise Gelatin and a plasticizer such as Glycerol or sorbitol." (1:55-56).<br><br>Examples A through E disclose water as a component of the capsule wall. (See 6:12-53).<br><br>"[C]apsules used in the practice of the invention can include flavoring ... in either the encapsulated contents, or in the capsule shell material itself. Suitable flavoring components include ... fruit flavours; aniseed; liquorice; caramel; honey; cream.... Natural or artificial sweeteners can also be used, such as Aspartame, Saccharin, ... Mannitol, Xylitol, and Maltitol...." (3:66-4:5).<br><br>See Examples G at 7:14-23 for water soluble flavors (sour and aspartame (sour and sweet effects). | | | The specification discloses gelatin capsules comprised of a gelatin sheath and a plasticizer, normally glycerin or sorbitol, to control the softness and flexibility of the sheath. (See 1:11-15).<br><br>See also claims 1 and 2.<br><br>The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17).<br><br>"It is known in the art that the drying process will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to 8%." (See 4:27-32).<br><br>Other sheath ingredients may include taste modifiers such as a xylitol or maltitol, added in amounts up to about 10% of the sheath composition. (See 4:1-6). | Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (See 9:59-10:9)<br><br>"Typically, gel masses prepared for subsequent softgel formation may comprise 30-60% by weight of gelatin, 5-55% by weight of plasticizer, and the remainder comprising purified water, exclusive from consideration of other optional minor additives such as colorants, opacifiers, flavors, sweeteners, preservatives and medicaments." (5:23-28).<br><br>Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% of flavors or sweeteners. (See 10:52-56). |
| b) forming a gelswatch by heating... | Gelatin described throughout the | "Soft elastic gelatin capsules were produced | "In making the gel preparation for the shell, | | | | | | Most conventional softgel capsules are | "In softgel manufacturing, a gel |

- 6 -

| Claim No. | 6,346,231 (f/d Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 3rd ed, pp. 398–412 (Lea & Febiger, 1986) | USPN A/703,316 | USPN 4,428,927 | WO 99/33924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,333 | USPN 6,258,380 | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|
| | melting and [sic] mixing said gelatin, said gelatin softener, said water and said water soluble flavoring; | reference. See, e.g. "[s]oft gelatin capsules have been available since the middle of the nineteenth century" (p. 398). "The capsule shell is basically composed of gelatin, a plasticizer, and water; it may contain additional ingredients such as ... flavorings ... and medicaments to achieve desired effects." (pp. 399-400).<br><br>Plasticizer (softener) described throughout the reference. See, e.g. "[t]he plasticizer used with gelatin in soft capsule manufacture are relatively few. Glycerin USP, Sorbitol USP, Pharmaceutical Grade Sorbitol Special, and combinations of these are the most prevalent." (p. 400).<br><br>Table 13-3 discloses water soluble flavors (ethyl vanillin & sucrose). (p. 401). | from a fluid gelatin composition comprising (in % by weight):<br><br>Gelatin 40.67%,<br>Glycerol 18.02%,<br>Anidrisorb 35/70 7.53%,<br>Water 33.58% ...." (4:65-5:5). | a molten gel mass is also prepared and a molten masticatory substance is dispersed in the gel mass. A fill material is prepared and the shell comprising the gel mass, with the masticatory substance dispersed therein, is formed as a shell around the fill material. Finally, the shell is dried until the desired chewable texture is obtained for the gel shell ... "(2:46-53). | | | | | produced by a rotary die process in which a molten mass of a gelatin sheath formulation is fed from a reservoir onto drums to form two spaced sheets or ribbons of gelatin in a semi-molten state. (1:57-60). | mass is prepared by melting under vacuum in a reactor the shell components (i.e., gelatin, plasticizer, water, and minor additives). The molten mass is dropped into receivers and is aged (conditioned) on heat for several hours to allow for suitable thermal breakdown prior to encapsulation." (4:57-62). |
| | e) forming a flavored capsule comprising a gelatin capsule encapsulating a fish oil dose with a portion of said gelshell; and | Table 13-3 discloses water soluble flavors (ethyl vanillin & sucrose). (p. 401).<br><br>"There are a large number of liquids that ... can function as active ingredients ... Such active ingredient oils as fish oil may also function as a solvent, or as the suspending | "Soft elastic gelatin capsules were produced from a fluid gelatin composition comprising (in % by weight):<br><br>Gelatin 40.67%,<br>Glycerol 18.02%,<br>Anidrisorb 35/70 7.53%,<br>Water 33.58% ...<br><br>filled with a fill comprising | | "The gelatine compositions of the invention may be used for the production of containers for providing unit dosage forms ..." (p. 7, ll. 18-19). | | | | The gelatin sheath of the soft gelatin capsule also includes water and optionally, flavorants. (See 1:11-17).<br><br>Other sheath ingredients may include taste modifiers such as a xylitol or maltisol, added in amounts up to about 10% of the sheath composition. (See 4:11-6). | "A control (without gelatin substitution) gel mass was prepared in a per se known manner combining 41.7 kg of gelatin, 23.2 kg of glycerin and 35.1 kg of purified water. Also, a gelatin extended mass was prepared in the same manner by replacing 15% by weight of the gelatin with gum |

- 6 -

-7-

| Claim No. | 6,346,231 (fil Oct 6, 1999) | J.P. Stanley, "Soft Gelatin Capsules," The Theory and Practice of Industrial Pharmacy, 2nd ed. (p. 398 - 412) (Lea & Febiger, 1986) | USPN 4,780,316 | USPN 4,428,927 | WO 99/33924 | USPN 5,681,606 | WO 95/00123 | USPN 5,817,323 | USPN 6,258,380 | USPN 6,193,599 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | medium for one or more additional active ingredients, as in vitamin capsules. (p. 402). | ... Glycerol 5.0%; water 0.38%, Polyethylene glycol 400/90.2%." (4:65-59). | | | | | | *See also* claims 1 and 2. | acacia (i.e., the mass comprising 35.4 kg of gelatin, 6.3 kg of purified water). The two masses were separately processed on a rotary die encapsulation machine and oval-shaped sealed capsules filled with a mixture comprising 6% by weight soybean oil and 94% by weight vitamin E (DL-alpha tocopheryl acetate 1,000 IU) were prepared." (6:33-43). |
| d) drying said flavored capsule to produce a water concentration in said gelatin capsule which is between about 6% and about 10%, and a water soluble flavoring concentration in said gelatin capsule above about 0.5%. | | "Capsules at equilibrium with 20 to 30% RH at 21 to 24°C are considered 'dry,' and the shell of such a capsule contains 6 to 10% water, depending on the gelatin formula used." (p. 407). Table 15-3 discloses water soluble flavors (ethyl vanillin & sucrose). (p. 401). | | "Finally, the shell is dried until the desired chewable texture is obtained for the gel shell ..." (2:51-53). In a preferred form, the gelatin capsule of the invention comprises about 3-40% by weight of water. (*See* 2:54-58). In a preferred form, the gelatin capsule of the invention comprises about 0 to 10% taste modifiers. (*See* 2:54-60). | The gelatin capsules described may contain 0 to 40% of suitable plasticizers, including sorbitol, sucrose, corn syrup, and fructose, all of which are water soluble sweeteners. (*See* p. 6, ll. 16-20). The gelatin capsule described contains 7 to 17% water. (*See* p. 6, ll. 5-11). | | | | Based upon the preferred composition described immediately hereinabove, upon casting the sheath into gelatin capsules it is known in the art that the sheath will reduce the water content of the sheath to less than about 10%, with a preferred industry standard of about 6% to about 8%. (4:27-32). | Claim 1 discloses a soft gelatin capsule shell comprising 3 to 12% by weight of water. (*See* 9:59-10:9) "Typically, gel masses prepared for subsequent softgel formation may comprise 30-60% by weight of gelatin, 5-15% by weight of plasticizer, and the remainder comprising purified water, exclusive from consideration of other optional minor additives such as colorants, opacifiers, flavors, sweeteners, preservatives and medicaments." (5:23-28). Claim 7 discloses a soft gelatin capsule shell wherein the shell includes more than 1% |

MFK 134491.1.062114.0123

-7-

- 8 -

**Top band**

| Claim No. | 6,346,231 (01d Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | USPN 4,780,316 | GB 2,283,895 (Pub'd May 24, 1995) | USPN 4,428,927 | EP 1,025,1140 (Pub'd Sept 22, 1998) | WO 99/33924 (Pub'd 1990) | P.K. Wilkinson et al | USPN 5,681,606 | WO 95/00123 | 4,532,126 (filed Jul 30, 1985) | USPN 5,817,333 | 4,609,403 (filed Sept 2, 1986) | 4,719,112 (filed Jan 12 1986) | USPN 6,258,380 | 5,200,191 (filed Apr 6, 1993) | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | A flavored coating around a gelatin capsule | | | "... gelatin capsule containing a fill material, the capsule having a coating which may be flavored." (1:14-16) | | "Soft capsule preventing stink from its content..." (Abstract) | | Softgel | Hard shell foam capsules | Soft elastic (chewable as in gum like) gelatin capsule | | Soft shell foam capsules | | Hard shell foam capsules | | Softgels | of flavors or sweeteners (See 10:32-36) |

**Bottom band**

| Claim No. | 6,346,231 (01d Oct 6, 1999) J.P. Stanley, "Soft Gelatin Shell" in The Theory and Practice of Industrial Pharmacy 3rd ed. pp. 398-412 (Lea & Febiger, 1986) | WO 98/42316 (Pub'd Oct 1, 1998) | USPN 4,780,316 | GB 2,283,895 (Pub'd May 24, 1995) | USPN 4,428,927 | EP 1,025,1140 (Pub'd Sept 22, 1998) | WO 99/33924 (Pub'd 1990) | P.K. Wilkinson et al | USPN 5,681,606 | WO 95/00123 | 4,532,126 (filed Jul 30, 1985) | USPN 5,817,333 | 4,609,403 (filed Sept 2, 1986) | 4,719,112 (filed Jan 12 1986) | USPN 6,258,380 | 5,200,191 (filed Apr 6, 1993) | USPN 6,193,999 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A fish oil capsule for palatable presentation of fish oil comprising: | | | | | | | | | | | | | | | | |
| | a) a gelatin capsule, said gelatin capsule comprising a gelatin, a gelatin softener, water, and a water soluble flavoring, | Base gelatin shell comprises Gelatin (33-58 wt.%) Glycerine (16-31 wt.%) Sugar or sugar substitute (15-30 wt.%) Water (up to 15 wt.%) (2:21-25). "The fill composition in products according to the invention can of course themselves also include flavoring elements to make them more palatable if intended or required to be released in the mouth and additional elements could also be included in the shell composition with the same purpose." (6:12-17) | | "In one example of a product according to the invention, a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell itself flavoured with menthols and coloured red." (4:1-4). | | "For the encapsulating film, gelatin, agar, carrageenan, or gelan gum can be adopted." (Abstract). | | "... basic ingredients are the same, gelatin, plasticizer(s), and water +/- preservatives." (pg. 419 last paragraph). "Flavoring for odor and taste" (pg. 422, Table 3). | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a gelatin extender. (2:33-38). "The gelatin foams, suitable to obtain foam capsules according to the present invention, are made from aqueous solutions of gelatin comprising between 10-50% by weight of gelatin..." (2:39-43). "... foam capsules show optimal properties when the wall moisture content is between about | | "In a preferred form of capsule, ... *** ... compris es about 1-75% by weight of a known insoluble masticatory substance, about 10-50% by weight gelatin, about 1-30% by weight of a plasticizer, such as glycerine or sorbitol, about 5-40% by weight of water, and about 0-10% taste modifiers or other additives." (2:54-60). "Suitable taste modifiers or flavorings are used in the fill composition, the gelatin composition, or in both simultaneously." (4:13-15). | "... gelatin mass, ... *** ... weight of dry plasticizer to dry gelatin is in a range of about between 0.3 to 1.8, preferably in a range of about between 0.4 to 0.75. The ratio by weight of water to dry gelatin is in a range of about between 0.8 to 1.6, preferably in a range of about between 1 and 1.3." (3:10-20). "*** weight of a B grade, 150 Bloom strength, gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.3% by weight of chilled deionized water." (Example 1, 8:62-65). "Initial gelatin melt had the following | | "This foam capsule is characterized in that the material forming the capsule wall is a foam obtained by micro-dispersion of a suitable gas in gelatin, optionally with the inclusion of a plasticizer and/or a coloring agent, and/or flavoring agent, and/or foam stabilizer, and/or a gelatin extender. (2:45-49) ... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (7:35-38). | | "... a typical gelatin shell formulation might include (by weight): gelatin 47%, glycerin, USP 15%, water 38%." (3:26-35). | |

- 8 -

MPK 134497.1.062114.0123

- 9 -

| Claim No. | 6,346,231 ((f)d Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 2,283,809 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sept 22, 1998) | P. K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul. 30, 1985) | 4,609,403 (Iss'd Sept. 2, 1986) | 4,719,112 (Iss'd Jan. 12 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12-16%." (5:21-23). | | composition by weight. 37% gelatin, 16.5% glycerol, 46.7% water, and the gelatin foam contained 50% by volume of microdispersed air." (Example 2, 10:46-49). "Example 2 was repeated by adding ...***... 0.8% of peppermint oil as a flavoring agent...." (11:34-37). | | "... capsules are typically dried in drying tunnels or rooms for about 3-7 days to remove water in the hygroscopic fill and the shell to about 6-10% by volume." (5:59-61). |
| | wherein said water is present in said gelatin capsule in a concentration between about 6% and about 10%; and | Water up to 15.00 (2:25) Water 8.9 (3:6) Water 8.6 (3:18) Water 7.6 (3:31) "By including water and a sugar or sugar substitute in the coating material and the shell formulation, when the coating is applied a dynamic balance can be achieved." (4:23-26) "A coated capsule according to claim 4 wherein the quantity of water in the shell composition is no more than 10% by weight." (cl. 5) | | | "... basic ingredients are the same gelatin, plasticizer(s), and water +/- preservatives." (pg. 419 last paragraph). | "... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (5:21-23). | "... about 5-40% by weight of water...." (2:54-60) | "39% by weight of a B grade, 150 Bloom strength, gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) and 43.8% by weight of chilled deionized water." (Example 1, 8:62-66). "Equilibrium moisture content of capsule wall at 21C and 20% RH" (after drying) was 6.3%. | "... foam capsules show optimal properties when the wall moisture content is between about 12-16%." (7:35-38). | |
| | wherein said water soluble flavoring is present in a concentration between about 0.90% and about 1.50% of said gelatin capsule, and | | | | Ethyl vanillin 0.1% flavoring for odor and taste (pg. 422, Table 3). Essential oils to 2% flavoring for odor and taste (pg. 422, Table 3). | "The above flavoring agents are generally used at a concentration of about 0.01% to about 3% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 1.5%, and best at about 1.1%." (4:63-65). | "... about 0-10% taste modifiers..." (2:60). | "The above flavoring agents are preferably used at a concentration of about 0.01 to about 6% by weight of the dry gelatin..." (7:9-11). | "The above flavoring agents are generally used at a concentration of about 0.01% to about 6% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 2%." (6:63-65). | |

- 9 -

- 10 -

| Claim No. | 6,346,231 (fil'd Oct 6, 1999) | WO 98/47316 (Publ'd Oct 1, 1998) | GB 2,283,899 (Publ'd May 24, 1995) | JP 10251143 (Publ'd Sept 22, 1998) | P. E. Wilkinson et al. (Publ'd 1990) | 4,590,358 (Iss'd Feb 19, 1985) | 4,533,126 (Iss'd Jul 30, 1985) | 4,609,403 (Iss'd Sept 2, 1986) | 4,719,112 (Iss'd Jan. 12 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | b) a fish oil dose, said fish oil capsule encapsulating said fish oil dose, whereby said fish oil capsule is a palatable fish oil composition which promotes ingestion of the fish oil. | "Fill compositions for use in products according to the invention may take many forms, and in this respect reference is directed once again to published British specification no. 2283899." (5.2-5). "... oil and water based fill compositions...." (pg. 5, line 19). "The fill compositions in products according to the invention can of course themselves also include flavouring elements to make them more palatable if intended or required to be released in the mouth ..." (6.12-15). | "The fill material in comestible products according to the invention is normally a liquid, but this is not essential. Soft semi-solid pastes can be used, as can solid or particulate materials in some applications. .... ***... In this respect, the invention enables a wide variety of materials to be provided in a palatable form using the same manufacturing technique." (2.11-19). | "... an oily liquid content composed of matters having strong odor such as garlic, DHA, liver oil, or black-baked egg oil, ..." (Abstract). | Fill oils (pg. 417). | | "The fill may be any of a variety of materials, such as medicinal or cosmetic, non-consumable products, such as bath oils and adhesives. More commonly, sized capsules are used to encapsulate consumable materials such as vitamins and pharmaceuticals." (1.24-29). "A suitable fill material is prepared separately). Suitable fill materials include candy, confectioneries, antacids, cough preparations, cold preparations, cold remedies, antiseptics, dental preparations including fluorides, breath fresheners and the like." (3.67 to 4.3). "The fluid material must be compatible with the gel shell and must not break down the shell during a period of normal storage. This problem is well known and is solved in a variety of ways known to those skilled in the art." (4.5-9). | Peanut oil (9:24). | Medicament (cl. 1). | The fill may be a single phase liquid active, a mixture of miscible liquids, or a solution or a suspension of solids and liquids. Generally the fill contains glycerin and a medicament. The liquids to be encapsulated in a gelatin shell are also well known to those of ordinary skill in the art." (1.41-47) "... medicated fill...." (3.26). "The shell can be filled by standard encapsulation techniques with a variety of fills including PEG and propylene glycol. A typical hygroscopic medicated fill might include (by weight): Acetaminophen... ***... Dextromethorphan HBr ...***... Doxylamine Succinate. ***. Polyethylene Glycol (PEG)..." (3.37-48). |
| 2 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is present in a concentration between about 0.5% and about 1.0% of | | "In one example of a product according to the invention, a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell itself flavoured with menthol and coloured | | Ethyl vanillin 0.1% flavoring for odor and taste (pg. 422, Table 3). Essential oils to 2% flavoring for odor and taste (pg. 422, Table 3). | "The above flavoring agents are generally used at a concentration of about 0.01% to about 3% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 1.5%, and best at about 1.1%..." | "... about 0.10% taste modifiers..." (2,60). | "The ...***... flavoring agents are preferably used at a concentration of about 0.01 to about 6% by weight of the dry gelatin;..." (7:9-11). | | "The above flavoring agents are generally used at a concentration of about 0.01% to about 6% by weight on dry gelatin or derivatives thereof, better at about 0.2 to about 2%." (6:63- |

MPK 134497-1.062114.0123

- 11 -

| Claim No. | 6,346,231 (Id Oct 6, 1999) | WO 98/42316 (Publ'd Oct 1, 1998) | GB 2,283,899 (Publ'd May 24, 1995) | JP 10251143 (Publ'd Sept 22, 1998) | P.K. Wilkinson et al. (Publ'd 1990) | 4,590,358 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul. 30, 1985) | 4,609,403 (Iss'd Sept 2, 1986) | 4,719,112 (Iss'd Jan. 12 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | said gelatin capsule. | | red." (4:1-4). | | | (4:63-65). | | | 65). | |
| 3 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | "Typical coatings will comprise sugar or chocolate, but a wide variety of flavours can be incorporated." (2:1-2). "... a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell..." (4:2-3). | "Typical coatings will comprise sugar or chocolate, but a wide variety of flavours can be incorporated." (2:1-2). "... a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell..." (4:2-3). | | "Ethyl Vanillin" (pg. 422, Table 3). | "Flavoring agents accepted for pharmaceutical and food use are usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, leaves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Furthermore, natural or synthetic fruit flavors such as oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used." (4:54-65). | "The taste modifiers may be desirably selected from the following: cherry syrup, citric acid, dextrose, essential oil (i.e., clove, lemon, orange, peppermint, spearmint), ethyl vanillin, glucose, honey, mannitol, methyl salicylate, raspberry syrup, saccharin, saccharin sodium, sorbitol, sucrose, wild cherry syrup, and mixtures thereof." (4:18-26). "Mixture of powdered sugar, saccharin, mono-sodium glutamate, sodium chloride, furaneol, and peppermint oil" (Example I, 4:54-56). Anethole (Example II, 5:39). Oil of wintergreen (Example IV, 6:66). | "[F]lavoring agents, for example ethyl vanillin and essential oils, to impart desirable odors to the capsules or for taste purposes in chewable capsules, and flavoring agents accepted for food and pharmaceutical use, usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, laves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Further more, natural or synthetic fruit flavors, particularly oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used." (6:66 to 7:9). | "Flavoring agents accepted for pharmaceutical and food use are usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, leaves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Furthermore, natural or synthetic fruit flavors such as oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used as well as natural and synthetic vanillin, or ethyl vanillin." (6:53-62). | |
| 4 | The fish oil capsule claimed in claim 2, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, | "Typical coatings will comprise sugar or chocolate, but a wide variety of flavours can be incorporated." (2:1-2). "... a semi-solid paste fill, flavoured with cherry was encapsulated in a soft gelatin shell..." (4:2-3). | | | "Ethyl Vanillin" (pg. 422, Table 3). | "Flavoring agents accepted for pharmaceutical and food use are usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, leaves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Furthermore, natural or | "The taste modifiers and/or flavorings may be desirably selected from the following: cherry syrup, citric acid, dextrose, essential oil (i.e., clove, lemon, orange, peppermint, spearmint), ethyl vanillin, glucose, honey, mannitol, methyl salicylate, raspberry syrup, saccharin, saccharin sodium, sorbitol, sucrose, wild | "[F]lavoring agents, for example ethyl vanillin and essential oils, to impart desirable odors to the capsules or for taste purposes in chewable capsules, and flavoring agents accepted for food and pharmaceutical use, usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, laves, flowers, fruits, etc. as well as | "Flavoring agents accepted for pharmaceutical and food use are usually prepared by or derived from synthetic flavor oils and/or oils derived from plants, leaves, flowers, fruits, etc. as well as combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Furthermore, natural or | |

- 11 -

MPK 134497 1.062114.0123

- 12 -

| Claim No. | 6,346,231 (f'd Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 2,283,899 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sept 22, 1998) | P.K. Wilkinson et al. (Pub'd 1999) | 4,500,358 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul. 30, 1985) | 4,609,403 (Iss'd Sept 2, 1986) | 4,719,112 (Iss'd Jan. 12, 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | chili pepper, pepper, cinnamon, and pineapple. | | | | | synthetic fruit flavors such as oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used." (4:54-63). | cherry syrup, and mixtures thereof." (4:18-26). "Mixture of powdered sugar, saccharin, mono-sodium glutamate, sodium chloride, fumeol, and peppermint oil)" (Example I, 4:54-56). Anethole (Example II, 5:39). Oil of wintergreen (Example IV, 6:66). As with the gel mass, a suitable flavoring or taste modifier is preferably added to the fill. | combinations thereof. Representative flavor oils include peppermint oil, cinnamon oil, spearmint oil, etc. Further essence including synthetic fruit flavors, particularly oils including lime, grape, orange, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used." (6:66 to 7:9). | synthetic fruit flavors such as oils including lime, grape, orange, lemon, grapefruit and fruit essence including apple, pineapple, cherry, strawberry, etc. can be used as well as natural and synthetic vanillin, or ethyl vanillin..." (6:53-62). | |
| 16 | A process for forming a fish oil capsule for palatable presentation of fish oil, comprising the steps of: | | | | Softgel manufacture | | Manufacturing soft elastic gelatin (SEG) capsules | Manufacturing soft gel foam capsules | | Softgel manufacturing process |
| | a) combining gelatin, a gelatin softener, water, and a water soluble flavoring; | | | | "The preparation of a suitable encapsulation mass entails the blending of chilled (7C) water, the desired plasticizer(s), and gelatin using immersion-type (e.g., Peny) mixers." (pg. 423 last paragraph). | | "First, all of the ingredients, including the masticatory substance and the gel mass are mixed together and all the ingredients are heated until melted." (3:28-32). "In a second method, a molten gel mass is prepared by mixing the ingredients (including, for example, gelatin, glycerine and water) and mixing until the molten gel mass is formed. Thereafter, the masticatory substance is added... is then dispersed in the molten | "... gelatin mass, ***... weight of dry plasticizer to dry gelatin is in a range of about between 0.3 to 1.8, preferably in a range of about between 0.4 to 0.75. The ratio by weight of water to dry gelatin is in a range of about between 0.8 to 1.6, preferably in a range of about between 1 and 1.3." (3:10-20). "... 39%... gelatin, pharmaceutical grade, was homogeneously mixed with 17.2% by weight of chilled glycerol (USP grade) | | "Various gelatin shell masses may be prepared, depending on the fill properties, climatic conditions, and end-use. Typically gelatin formulations include the same basic ingredients, namely, gelatin, a plasticizer such as glycerin, water, and optionally preservatives. The formulations of gelatins are well known to those of ordinary skill in the art." (1:34-40). |

MPK 134497-1.062114.0123

- 13 -

| Claim No. | 6,346,231 (I/d Oct 6, 1999) | WO 98/42316 (Publ'd Oct 1, 1998) | GB 2,283,899 (Publ'd May 24, 1995) | JP 10251143 (Publ'd Sept 22, 1998) | P. K. Wilkinson et al. (Publ'd 1990) | 4,590,358 (Iss'd Feb 19, 1985) | 4,532,126 (Iss'd Jul. 30, 1985) | 4,609,403 (Iss'd Sept 2, 1986) | 4,719,112 (Iss'd Jan. 12 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | "gel mass by mixing... any suitable flavorings or taste modifiers are added to the dispersion." | "and 43.8% by weight of chilled deionized water." (Example 1, 8:63-66). "Foam soft gelatin capsules were produced as in Example 1, except that the initial gelatin melt had the following composition by weight: 37% gelatin, 16.5% glycerol, 46.7% water...." (Example 2, 4:5-46). "Example 2 was repeated by adding ...*** ...0.8% of peppermint oil as a flavoring agent...." (11:54-57). | | "Various gelatin shell masses may be prepared, depending on the fill properties, climatic conditions, and end use. Typically gelatin formulations include the same basic ingredients, namely, gelatin, a plasticizer such as glycerin, water, and optionally preservatives. The formulations of gelatin are well known to those of ordinary skill in the art." (1:34-40). |
| b) forming a gelswatch by heating, melting and[d] mixing said gelatin, said gelatin softener, said water and said water soluble flavoring; | | | | | "The mixture is blended...." (pg. 424). "... the mixture is transferred to a melter...." (pg. 424). "The melting of the fluffed mixture is performed in heated (electric or steam)...." (pg. 425). "As the fluff melts...." (pg. 425). "the natural gelatin mass has an amber hue at this bulk mixing stage." (pg. 425). | | "First, all of the ingredients, including the masticatory substance and the gel substance and all the ingredients are heated until melted." (3:28-32). "In a second method, a molten gel mass is prepared by mixing the ingredients (including, for example, gelatin, glycerine and water) and mixing until the molten gel mass is formed ... *** . Thereafter, the masticatory substance is added... *** ... is then dispersed in the molten gel mass by mixing...*** ...any suitable flavorings or taste modifiers are added to the dispersion." | "The aqueous mixture was melted at 80C within 4 hours, under reduced pressure." | | |
| c) forming a flavored | | | | | Encapsulation (pgs. 433- | | "The SEG chewable" | "...two white opaque | | The shell can be filled |

- 13 -

MPK 134497.1.062114.0123

- 14 -

| Claim No. | 6,346,231 (f'd Oct 6, 1999) | WO 98/42316 (Pub'd Oct 1, 1998) | GB 2,283,509 (Pub'd May 24, 1995) | JP 10251143 (Pub'd Sept 22, 1998) | P.K. Wilkinson et al. (Pub'd 1990) | 4,500,358 (Iss'd Feb 19, 1985) | 4,533,126 (Iss'd Jul. 30, 1985) | 4,609,403 (Iss'd Sept. 2, 1986) | 4,719,112 (Iss'd Jan. 12, 1988) | 5,200,191 (Iss'd Apr. 6, 1993) |
|---|---|---|---|---|---|---|---|---|---|---|
| 6,346,231 (f'd Oct 6, 1999) | capsule comprising a gelatin capsule encapsulating a fish oil dose with a portion of said getswatch, and | | | | "Bulk (tank car) shipments of critical fluids (fill oils, polyethylene.... " (pg. 417, Materials Flow). | | gelatin capsules are formed into any desired shape, color and size... " (4:34-35). | gelatin foam ribbons were cast and further processed to white opaque, slightly opalescent, foam soft gelatin capsules, filled with peanut oil..." (9:22-24). | | by standard encapsulation techniques with a variety of fills including P&G and propylene glycol. (3:36-39). "The softgels can be encapsulated using known fills and shells by techniques known to those of skill in the art, for example, either the plate method or the continuous rotating die methods described previously." (3:54-57). |
|  | d) drying said flavored capsule to produce a water concentration in said gelatin capsule which is between about 6% and about 10% and a water soluble flavoring concentration in said gelatin capsule above about 0.25%. | | | | "The conveyor moves the capsules to the dryer mechanism...." (pg. 434-436). Capsule Drying (pgs. 440-442). | | "Finally, the formed and filled capsules are dried for a suitable length of time in order that the desired chewing characteristics may be attained." (4:38-40). | "Said foam soft gelatin capsules were first dried in a tumbler dryer with an air blast at 21C and 20% relative humidity and then allowed to come to equilibrium with the same force air conditions on trays in a drying tunnel." (9:26-30). | | "... capsules are typically dried in drying tunnels or rooms for about 3-7 days to remove water in the hygroscopic fill and the shell to about 6-10% by volume." (3:59-61). |

- 14 -

| Claim No. | 6,346,231 (f'd Oct 6, 1999) | Banner Gelatin Products Corp's Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamins Catalog 1974 | Schieffer Corp. Sales of Flavored Fish Oil Product Labels and Correspondence 1974-1976 | P.K. Wilkinson et al. | USPN 4,525,306 | WO 89/07673 | EP 0701003 B1 | USPN 5,957,575 | USPN 5,639,747 | USPN 5,633,781 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | A fish oil capsule for palatable presentation of fish oil comprising: | Gelatin Capsules | Soft gelatin capsule | Soft Gelatin Shell | Soft gelatin oil capsules | Soft gelatin oil capsules | See claims 13-15 and 18 disclosing a capsule containing fish oil. | See claims 1, 8, and 10 disclosing a soft gelatin capsule containing fish | See claims 1-4 disclosing a soft gelatin capsule containing fish oil | See claims 1, 4, 5, and 10 disclosing a soft gelatin capsule | See claims 1, 8, and 12 disclosing a capsule containing fish oil. |
|  | a) a gelatin capsule, said gelatin capsule comprising gelatin, a | Sale of gelatin capsules mentioned throughout sales orders and product | Sale of soft gelatin capsules containing vitamin E oil, and Cod | Cod Liver Oil, Vitamin A, and Tocopheryl all were "enclosed in an | | It is another object of this invention to provide soft capsules containing | | | | | |

MPK 134497.1.062114.0123

| Claim No. | 6,346,231 (Ed Oct 6, 1999) | Banner Gelatin Products Corp./Sobel Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamins Catalog 1974 | Scherer Corp. Sales of "Flavored Fish Oil" Capsules Product Labels and Correspondence 1974 - 1976 | USPN 4,525,306 | WO 98/17673 | EP0710183 B1 | USPN 3,082,573 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | gelatin softener, water, and a water soluble flavoring. | labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . [a] blend of vegetable oils." Banner Gelatin Product's Vitamin E product label. The product labels disclose a water soluble flavoring (glycerin) | Liver oil. Carlson's Vitamin catalog pp. 4, 7. Carlson's soft gelatin capsules are "specially formulated for those who prefer their vitamin E in soft gelatin capsules." Carlson's Vitamin catalog p. 4. "E-gens are derived from Natural vegetable oils." Carlson's Vitamin catalog p. 4. | artificially flavored soft gelatin shell." Scherer Corp. Product Labels "[T]here are only three products which we currently supply to J.R. Carlson Laboratories which contain artificial flavoring . . . Fish Liver Oil . . . Cod Liver Oil Capsules." June 4, 1976 letter from Scherer Corp. to Carlson Laboratories. | the above obtained oils and fats . . ." (4:32-33). "Unsaturated oils and fats thus stabilized can be encapsulated into soft capsules by a conventional method, whereby the soft capsules containing stable unsaturated oils and fats of this invention are prepared. A practical form of the soft capsules is encapsulated with gelatin. (4:54-59). | | oil in combination. | oil. | containing fish oil. | |
| | wherein said water is present in said gelatin capsule in a concentration between about 6% and about 10%; and | | | | | | | | | |
| | wherein said water soluble flavoring is present in a concentration between about 0.50% and about 1.50% of said gelatin capsule, and | Sale of gelatin capsules mentioned throughout sales orders and product labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin | | Cod Liver Oil , Vitamin A and Tocopherol all were "enclosed in an artificially flavored soft gelatin shell." Scherer Corp. Product Labels | | | | | | |

- 16 -

| Claim No. | 6,346,231 ((Id Oct 6, 1999)) | Banner Gelatin (Products Corp.) Order and Product Labels 1977 | J.R. Carlson Laboratories/Nichi Natural Vitamin's Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsules Product Labels and Correspondence 1974 - 1976 | USPN 4,525,306 | WO 98/17673 | EP 0710103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | b) a fish oil dose, said gelatin capsule encapsulating said fish oil dose, whereby said fish oil capsule is a palatable fish oil composition which promotes ingestion of the fish oil. | Product's Vitamin E product label. | | Cod Liver Oil , Vitamin A, and 'Tocopheryl' all were 'enclosed in an artificially flavored soft gelatin shell'" Scherer Corp. Product Labels | "A soft gelatin capsule filled with an edible fish oil ... ." See claim 1. | | | | | |
| 2 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is present in a concentration between about 0.5% and about 1.0% of said gelatin capsule. | Sale of gelatin capsules mentioned throughout sales orders and product labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. | | Cod Liver Oil , Vitamin A and 'Tocopheryl' all were "enclosed in an artificially flavored soft gelatin shell'" Scherer Corp. Product Labels | | | | | | |
| 3 | The fish oil capsule claimed in claim 1, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, | Sale of gelatin capsules mentioned throughout sales orders and product labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin | | Cod Liver Oil , Vitamin A and 'Tocopheryl' all were "enclosed in an artificially flavored soft gelatin shell'" Scherer Corp. Product Labels | | | | | | |

MPK 1344971.062114.0123

- 17 -

| Claim No. | 6,346,231 ((filed Oct 6, 1999)) | Banner Gelatin Products Corp. Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories Inc.'s "Natural Vitamin's Catalog 1974 | Scherer Corp. Sales of Flavored Fish Oil Capsule Product Labels and Correspondence 1974-1976 | USPN 4,525,306 | WO 98/17673 | EP0710103 B1 | USPN 3,087,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | Product's Vitamin E product label. | | | | | | | | |
| 4 | The fish oil capsule claimed in claim 2, wherein said water soluble flavoring is chosen from the group consisting of berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew, macadamia nut, coconut, blueberry, blackberry, raspberry, peach, lemon, lime, mint, orange, banana, chili pepper, pepper, cinnamon, and pineapple. | Sale of gelatin capsules mentioned throughout sales orders and product labels. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. "Each capsule contains . . . gelatin, glycerin . . . and artificial flavors." Banner Gelatin Product's Vitamin E product label. | | Cod Liver Oil . . Vitamin A, and 'Tocophery] all were "enclosed in an artificially flavored soft gelatin shell."  Scherer Corp. Product Labels | | | | | | |
| 16 | A process for forming a fish oil capsule for palatable presentation of fish oil, comprising the steps of: | | | | | | | | | |
| | a) combining gelatin, a gelatin softener, water, and a water soluble flavoring; | | | | | | | | | |
| | b) forming a gelsreath by heating, melting and/or mixing said gelatin, said water and said water soluble flavoring; | | | | | | | | | |

MPK 134497.1.062114.0123

| Claim No. | 6,346,231 ((Id Oct 6, 1999)) | Banner Gelatin Products Corp. Sales Orders and Product Labels 1977 | J.R. Carlson Laboratories, Inc.'s Natural Vitamins Catalog 1976 | Scherer Corp. Sales of Flavored Fish Oil Capsule Product Labels and Correspondence 1974-1976 | USPN 4,525,306 | WO 98/17673 | EP0710103 B1 | USPN 3,987,575 | USPN 5,639,747 | USPN 5,853,781 |
|---|---|---|---|---|---|---|---|---|---|---|
| | c) forming a flavored capsule comprising a gelatin capsule encapsulating a fish oil dose with a portion of said gelswatch, and | | | | | | | | | |
| | d) drying said flavored capsule to produce a water concentration in said gelatin capsule which is between about 6% and about 10%, and a water soluble flavoring concentration in said gelatin capsule above about 0.25%. | | | | | | | | | |

- 18 -

- 18 -

MPK 134497-1.062114.0123