BEHROOZ SHARIATI (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900

Attorneys for Plaintiff
*Nordic Naturals, Inc.*

WILLIAM G. GAEDE III (State Bar No. 136184)
wgaede@mwe.com
MCDERMOTT WILL & EMERY LLP
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     (650) 813-5000
Facsimile:      (650) 813-5100

Attorneys for Defendants
*J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.,<br><br>　　　　　　Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. **C-07-2385 MJJ**<br><br>**[PROPOSED] ORDER CLARIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |

1     The Court having considered the request of the parties regarding clarification of the briefing schedule for claim construction hereby orders that:

    Plaintiff's brief filed with the Court on February 5, 2008 shall constitute its opening brief;

    Defendants' brief filed with the Court on February 5, 2008 shall constitute their responsive brief; and

    Plaintiff shall file its reply brief with the Court on or before February 18, 2008.

    Upon the filing of the Reply brief on February 18, 2008 claim construction briefing shall be closed.

**IT IS SO ORDERED**

Dated: _____     _____

                                                        Hon. Martin J. Jenkins
                                                        United States District Judge