1  BEHROOZ SHARIATI (State Bar No. 174436)
   bshariati@jonesday.com
2  JONES DAY
   1755 Embarcadero Road
3  Palo Alto, CA  94303
4  Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
5
6  Attorneys for Plaintiff
   *Nordic Naturals, Inc.*
7
   WILLIAM G. GAEDE III (State Bar No. 136184)
8  wgaede@mwe.com
   MCDERMOTT WILL & EMERY LLP
9  3150 Porter Drive
   Palo Alto, CA  94304-1212
10 Telephone:    (650) 813-5000
   Facsimile:    (650) 813-5100
11
   Attorneys for Defendants
12 *J.R. Carlson Laboratories, Inc.
   and Metagenics, Inc.*
13
                       UNITED STATES DISTRICT COURT
14
                      NORTHERN DISTRICT OF CALIFORNIA
15
                          SAN FRANCISCO DIVISION
16

17 |                                          | Case No. **C-07-2385 MJJ**
18 | NORDIC NATURALS, INC.                    |
19 |                 Plaintiff,               |
20 | v.                                       | **[ALTERNATIVE PROPOSED] ORDER CLARIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE**
21 | J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. |
22 |                 Defendants.              |
23 |                                          |
24 | AND RELATED COUNTERCLAIMS                |

25
26
27
28

The Court having considered the request of the parties regarding clarification of the briefing schedule for claim construction hereby orders that:

_____  Defendants may file a brief in response to Plaintiff's opening claim construction brief; or

_____  Defendants shall withdraw their opening brief and file a responsive claim construction brief on February 18, and Plaintiff shall file a reply claim construction brief on February 25, 2008.

**IT IS SO ORDERED**

Dated: _____

_____
The Hon. Martin J. Jenkins
United States District Judge