1 | BEHROOZ SHARIATI (State Bar No. 174436)
2 | bshariati@jonesday.com
  | JONES DAY
3 | 1755 Embarcadero Road
  | Palo Alto, CA  94303
4 | Telephone:     (650) 739-3939
  | Facsimile:     (650) 739-3900
5 |
6 | Attorneys for Plaintiff
  | *Nordic Naturals, Inc.*
7 |
  | WILLIAM G. GAEDE III (State Bar No. 136184)
8 | wgaede@mwe.com
  | MCDERMOTT WILL & EMERY LLP
9 | 3150 Porter Drive
  | Palo Alto, CA  94304-1212
10| Telephone:     (650) 813-5000
  | Facsimile:     (650) 813-5100
11|
  | Attorneys for Defendants
12| *J.R. Carlson Laboratories, Inc.*
  | *and Metagenics, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NORDIC NATURALS, INC. | Case No. **C-07-2385 MJJ** |
|---|---|
| Plaintiff, | |
| v. | **ORDER CLARIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE** |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

[████████████████████] ORDER RE CLAIM
CONSTRUCTION BRIEFING SCHEDULE
CASE NO. C-07-2385 MJJ

The Court having considered the request of the parties regarding clarification of the briefing schedule for claim construction hereby orders that:

_____   Defendants may file a brief in response to Plaintiff's opening claim construction brief; or

\_\_X\_\_   Defendants shall withdraw their opening brief and file a responsive claim construction brief on February 18, and Plaintiff shall file a reply claim construction brief on February 25, 2008.

**IT IS SO ORDERED**

Dated: 2/8/2008 _____

_____
The Hon. Martin J. Jenkins
United States District Judge