MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NORDIC NATURALS, INC.

Plaintiff,

v

J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.

Defendants.

AND RELATED COUNTERCLAIMS

Case No. C-07-2385 MJJ

**DEFENDANTS' NOTICE OF WITHDRAWAL OF OPENING CLAIM CONSTRUCTION BRIEF IN ACCORDANCE WITH THE COURT'S FEBRUARY 8, 2008 ORDER**

In accordance with the Court's February 8, 2008 Order instructing Defendants to withdraw their opening brief and file a responsive claim construction brief on February 18, Defendants hereby withdraw Defendants' Claim Construction Brief (Docket No. 35) and related Declaration and Exhibits (Docket No. 37) filed with the Court on February 4, 2008.

DATED: February 18, 2008

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

*Attorneys for J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

McDermott Will & Emery LLP
Attorneys at Law
Palo Alto