MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:    (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC. | Case No. C-07-2385 MJJ |
| Plaintiff, | **DECLARATION OF BRIAN L. BAKER IN SUPPORT OF DEFENDANTS' CLAIM CONSTRUCTION BRIEF AND OPPOSITION TO PLAINTIFF'S CLAIM CONSTRUCTION BRIEF** |
| v | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | |
| Defendants. | Date:   March 12, 2008<br>Time:   9:00 a.m.<br>Courtroom: 11 |
| | Honorable Martin J. Jenkins |
| AND RELATED COUNTERCLAIMS | |

I, Brian L. Baker, declare as follows:

1.   I am an attorney with McDermott Will & Emery LLP, counsel for Defendants, J.R. Carlson Laboratories, Inc. and Metagenics, Inc., in the above-captioned matter.

2.   I am submitting this declaration in support of Defendants' Claim Construction Brief.

3.   I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

1    4.   Attached as Exhibit A is a true and correct copy of United States Patent 6,346,231, entitled "Flavored Gelatin Capsule and Method of Manufacture," issued February 12, 2002.

5.   Attached as Exhibit B is a true and correct copy of United States Patent 6,652,879, entitled "Flavored Gelatin Capsule and Method of Manufacture," issued November 25, 2003.

6.   Attached as Exhibit C is a true and correct copy of selected pages from *Webster's New World College Dictionary*, 3rd Ed. (1995).

7.   Attached as Exhibit D is a true and correct copy of Amendment A from Patent Application Serial Number 09/416017, Bates numbered NOR 0000040 – NOR 0000051, dated June 15, 2000.

8.   Attached as Exhibit E is a true and correct copy of United States Patent 4,428,927, entitled "Masticatory Soft Elastic Gelatin Capsules and Method for the Manufacture Thereof," issued January 31, 1984.

9.   Attached as Exhibit F is a true and correct copy of a page from Chapter 67, A. Olsol *et al., Pharmaceutical Necessities,* in REMINGTON'S PHARMACEUTICAL SCIENCES, 1231 (Mack Pub. Co., Easton, PA. 16th ed.1980).

10.  Attached as Exhibit G is a true and correct copy of selected pages from Chapter 10, P. K. Wilkinson *et al., Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, in SPECIALIZED DRUG DELIVERY SYSTEMS, 409, P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990).

11.  Attached as Exhibit H is a true and correct copy of Amendment B from Patent Application Serial Number 09/416017, Bates numbered NOR 0000068 – NOR 0000079, dated October 20, 2000.

12.  Attached as Exhibit I is a true and correct copy of Declaration Under 37 C.F.R. Section 1.132 with attachment, from Patent Application Serial Number 09/416017, signed by Joar Opheim, Bates numbered NOR 0000080 – NOR 0000089, dated October 8, 2000.

13.  Attached as Exhibit J is a true and correct copy of Declaration Under 37 C.F.R. Section 1.132, from Patent Application Serial Number 09/416017, signed by Hennie van Duynhoven, Bates numbered NOR 0000090 – NOR 0000091, dated September 4, 2000.

14. Attached as Exhibit K is a true and correct copy of Defendants' Preliminary Invalidity Contentions, dated October 29, 2007.

15. Attached as Exhibit L is a true and correct copy of Amendment C from Patent Application Serial Number 09/416017, Bates numbered NOR 0000119 – NOR 0000125, dated April 4, 2001.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and that this Declaration was completed at Palo Alto, California this 18th day of February 2008.

                                                            */ s / Brian L. Baker*
                                                                Brian L. Baker

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto