# Exhibit J
# to Baker Declaration In Support of Defendants' Claim Construction Brief

MPK 138108-1.062114.0123
2/4/08

EXHIBIT 2

Rule 132 Declaration by Hennie van Dynhoven



NOR 0000090

Received: 04.Sep.00 02:52 PM  From: 8318820382  To: 9782468341    Get faxes by email. Free. eFax.com   Page: 2 of 3
Sent By: NORDIC NATURALS INC;      831 662 0382;      Sep-4-00 1:16PM;    Page 2/3
01/09 '00 18:22 FAX +31 13 4621121    BANNER PHARMACAPS EUROPE            @002/002

In the United States Patent and Trademark Office

Applicant: Joar Opheim
Serial Number: 09/416017
Filed: Oct. 6, 1999
Examiner: Isis Ghali
Group Art Unit: 1615

### DECLARATION UNDER 37 C.F.R. Section 1.132

I, Hennie van Duynhoven do hereby declare and say as follows:

1. I am employed as Manager Product Formulations by Banner Pharmacaps Europe B.V.. I am a graduate in analytical chemistry with more than 6 years of formulation experience in the softgel industry.
2. Banner Pharmacaps is the number 2 producer of soft gelatin capsules in the world and has been such for about 11 years. We produce capsules containing a wide range of nutritional supplements and pharmacological agents which encompass the full range of ingredients delivered in this format, including a variety of fish oil products.
3. Banner Pharmacaps Europe B.V. produces the flavored Omega 3 fish oil capsules for Nordic Naturals (Joar Opheim).
4. In my position, I am very familiar and have direct knowledge about the type of soft gelatin capsules, which are being and have been produced by Banner Pharmacaps Europe B.V.
5. Banner Pharmacaps Europe B.V. has not produced soft gelatin capsules filled with fish oil containing flavoring in the shell prior to October 6, 1999, other than for Nordic (Joar Opheim).
6. Banner Pharmacaps produces flavored soft gelatin capsules containing about 1% of natural flavorings for Nordic Naturals and from 6 to 10% water, both based on the shell weight, a range which we have found critical to producing flavored gelatin capsules which protect the capsule content (fish oils) from contact with air. Higher values result in too soft a shell and excess diffusion of oxygen. Lower values result in a shell, which develops cracks and will expose the contents to oxygen.
7. In my position, I have reason to be generally familiar with capsules made by other producers of gelatin capsules.
8. I am not aware of any soft gelatin capsules filled with fish oil made by other producers of soft gelatin capsules which have added flavoring to the gelatin shell of the capsule prior to October 6, 1999, other than for Nordic Naturals.
9. All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; these statements were made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patents issuing hereon.
10. Further declarant saith not.

BY:
_[signature]_     Date: 4Sep00
Print out Name

NOR 0000091