Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC., | Case No. C-07-02385 PJH |
| Plaintiff, | DECLARATION OF JAMES E. GLORE IN SUPPORT OF PLAINTIFF NORDIC NATURALS, INC.'S MOTION TO STRIKE |
| v. | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC., | |
| Defendants. | Date:<br>Time:<br>Before: The Honorable Phyllis J. Hamilton |

I, James E. Glore, declare as follows:

1. I am an attorney with Jones Day, 1755 Embarcadero Rd., Palo Alto, CA 94303, and admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts stated herein, unless otherwise indicated.

2. Attached hereto is **Exhibit A** is a true and correct copy Defendants' Declaration of Donald R. Steele In Support of Defendants' Claim Construction Brief and Opposition to Plaintiff's Claim Construction Brief.

3. Attached hereto is **Exhibit B** is a true and correct copy of Defendants Preliminary Claim Constructions and Identification of Extrinsic Evidence.

4. Attached hereto is **Exhibit C** is a true and correct copy of the Joint Claim Construction and Prehearing Statement filed by the parties in this case.

5. Attached hereto is **Exhibit D** is a true and correct copy of the Amended Joint Case Management Statement and Order, DI 27.

6. Attached hereto is **Exhibit E** is a true and correct copy of the January 23, 2008 letter from Glore to Dennett.

7. Attached hereto is **Exhibit F** is a true and correct copy of the January 31, 2008 Letter from Dennett to Shariati enclosing the proposed amended Joint Claim Construction statement.

8. Attached hereto is **Exhibit G** is a true and correct copy of the January 31, 2008 letter from Glore to Dennett.

9. Attached hereto is **Exhibit H** is a true and correct copy of the February 1, 2008 letter from Dennett to Glore.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

Executed on February 19, 2008, at Palo Alto, California

/s/ James E. Glore
James E. Glore