# EXHIBIT B

MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
wgaede@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-2385 MJJ<br><br>**DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND IDENTIFICATION OF EXTRINSIC EVIDENCE** |

Pursuant to Patent Local Rule 4.2 and the Court's Amended Joint Case Management Order, Defendants J.R. Carlson Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics") (collectively "Defendants"), provide their preliminary claim construction and identification of extrinsic evidence with respect to United States Patent Nos. 6,346,231 ("'231 Patent") and 6,652,879 ("'879 Patent").

Plaintiff is asserting claims 1 through 4 and claim 16 of the '231 Patent, and claims 1 through 6 of the '879 Patent. The application for the '879 Patent was a continuation of the application for the "231 patent. In the following chart, the column and line numbers referenced

1  apply to the specification for the '231 Patent, unless stated otherwise. Defendants reserve the
2  right to modify and/or amend their claim constructions and identification of extrinsic evidence as
3  discovery continues in this matter.

| CLAIM TERM | CLAIMS | DEFENDANTS' CONSTRUCTION |
|---|---|---|
| • flavored gelatin capsule | '231 Patent: claims 1-4<br>'879 Patent: claims 1-6 | "Flavored gelatin capsule" means a gelatin capsule in which flavoring is present throughout the gelatin capsule shell in the concentration specified by the claims.<br>**Intrinsic Evidence:**<br>See Claims<br>See Specification: col. 1, ll. 10-15, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-27<br>See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability.<br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1.<br>**Extrinsic Evidence:**<br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401 |
| CLAIM TERMS | CLAIMS | DEFENDANTS' CONSTRUCTION |
| • gelatin softener | '231 Patent: claims 1-4, 16<br>'879 Patent: claims 1-6 | "Gelatin softener" means a softener or plasticizer.<br>**Intrinsic Evidence:**<br>See Specification: col. 2, ll. 28-30; col. 2, ll. 46-47; col. 3, ll. 21-23.<br>See Prosecution History of 09/416,017: 6/15/00 Amendment A at p. 3.<br>**Extrinsic Evidence:**<br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401<br>USPN 4,780,316: col. 1, ll. 14-21. |

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

| CLAIM TERMS | CLAIMS | DEFENDANTS' CONSTRUCTION |
|---|---|---|
| • water soluble flavoring | '231 Patent: claims 1-4<br>'879 Patent: claims 1-6 | "Water soluble flavoring" means a substance that has the capacity to affect the sense of taste and that is susceptible to being dissolved in water and, in the context of the claims, is present throughout the gelatin capsule shell in the concentration specified by the claims.<br><br>The terms "water soluble" and "flavoring" should be construed together, not separately.<br><br>**Intrinsic Evidence:**<br>See Claims<br>See Prosecution History of 09/416,017: 10/20/00 Amendment B, at p. 5; 04/04/01 Amendment C, at p. 2.<br><br>**Extrinsic Evidence:**<br>Webster's Third New International Dictionary (1993) at p. 2585; Webster's New World College Dictionary, 3rd Ed. (1995) at p. 1510. |

| CLAIM TERMS | CLAIMS | DEFENDANTS' CONSTRUCTION |
|---|---|---|
| • wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule | '231 Patent: claims 1-4<br>'879 Patent: claims 1-5 | "Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule" means "a flavoring substance that is soluble in water and is present throughout the gelatin capsule shell in the concentration of 0.25% to 1.5%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule."<br><br>**Intrinsic Evidence:**<br>See Claims<br>See Prosecution History of 09/416,017: 10/20/00 Amendment B at pp. 3-5; 10/8/00 Opheim Decl. at pp. 2-3; 09/04/00 van Duynhoven Decl.; 11/20/00 Supplement Reply, at pp. 2-3; 04/04/01 Amendment C, at p. 2; Notice of Allowability, at p. 2; 02/27/03 Amendment A, at pp. 2-3. |

Also in left column header area: USPN 5,681,606: col. 1, ll. 55-56. WO 95/00123: p. 1, ll. 22-25. USPN 6,193,999: p. 5, ll. 23-28. P. K. Wilkinson et al., *Softgels: Manufacturing Considerations*, Drugs and the Pharmaceutical Sciences, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419.

- 3 -

DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION
CASE NO. C-07-2385 MJJ

MPK 135692-2.062114.0123

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

| | | See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2. |
|---|---|---|
| **CLAIM TERM** | **CLAIMS** | **DEFENDANTS' CONSTRUCTION** |
| • wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule | '231 Patent: claims 1-4, 16<br><br>'879 Patent: claims 1-6 | "Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule" means "wherein water is included throughout the gelatin capsule shell in the concentration from 6% to 10%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule."<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 3, ll. 53-57.<br><br>See Prosecution History of 09/416,017: 09/18/00 communication to PTO; Examiner's Interview Summary; 10/20/00 Amendment B at pp. 3-5.<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2. |
| **CLAIM TERMS** | **CLAIMS** | **DEFENDANTS' CONSTRUCTION** |
| • palatability | '879 Patent: claims 1-6 | "Palatability" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 1, ll. 62-65; col. 2, ll. 17-21.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972; *The American Heritage College Dictionary*, 3rd Ed., (1993) at p. 982. |
| • palatable | '231 Patent: claims 1-4, 16 | "Palatable" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 24-25.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972; *The American Heritage College* |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

| Claim Term | Claims | Defendants' Construction |
|---|---|---|
| | | *Dictionary*, 3rd Ed., (1993) at p. 982. |
| • dose | '231 Patent: claims 1-4, 16<br><br>'879 Patent: claims 1-6 | "Dose" means a measured quantity of a substance to be given or taken at one time or at stated intervals.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 6-8; col. 1, ll, 55-58; col. 2, ll; col. 2, ll. 17-21; col. 2, ll. 59-60.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 676; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 408; *The American Heritage College Dictionary*, 3rd Ed., (1993) at p. 413. |

| Claim Terms | Claims | Defendants' Construction |
|---|---|---|
| • flabored<br>• flavered | '879 Patent: claims 1-6 | The term "flabored" is a misspelling of "flavored" which has its ordinary meaning.<br><br>The term "flavered" is a misspelling of "flavored" which has its ordinary meaning.<br><br>See Claims |

| Claim Term | Claims | Defendants' Construction |
|---|---|---|
| • but | '879 Patent: claim 3 | The term "but" is a misspelling of "nut" which has its ordinary meaning.<br><br>See Specification: col. 2, ll. 22-27. |

| Claim Term | Claims | Defendants' Construction |
|---|---|---|
| • wherein the gelatin sofener is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule | '879 Patent: claim 4 | "Wherein the gelatin sofener is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule" means "wherein the gelatin softener, also called a plasticizer, is included throughout the gelatin capsule shell in the concentration of 10% to 35%."<br><br>The term "sofener" is a misspelling of "softener."<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 2, ll. 28-30; col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017: 03/21/00 Office Action, at p. 3.<br><br>**Extrinsic Evidence:** |

| | | Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-401 |
|---|---|---|
| **CLAIM TERM** | **CLAIMS** | **DEFENDANTS' CONSTRUCTION** |
| • conponents | '879 Patent: claims 5 and 6 | The term "conponents" is a misspelling of "component" which has its ordinary meaning. |
| **CLAIM TERM** | **CLAIMS** | **DEFENDANTS' CONSTRUCTION** |
| • fo | '879 Patent: claim 6 | The term "fo" is a misspelling of "of" which has its ordinary meaning. |
| **CLAIM TERM** | **CLAIMS** | **DEFENDANTS' CONSTRUCTION** |
| • gelswatch | '231 Patent: claim 16 | "Gelswatch" means a mixture of gelatin, gelatin softener, water and any additional components of the gelatin capsule shell.<br>**Intrinsic Evidence:**<br>See Claims<br>See Specification: col. 3, ll. 11-15; col. 3, ll. 19-27.<br>See Prosecution History of 09/416,017: Attachment to Exhibit 1 of 10/20/00 Opheim Decl.<br>**Extrinsic Evidence:**<br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-400 |

DATED: 12/4/07

MCDERMOTT WILL & EMERY LLP

By: _____
William G. Gaede, III

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia M. Deneen, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3150 Porter Drive, Palo Alto, California 94304. On December 4, 2007, I served a copy of the within documents:

**DEFENDANTS' PRELIMINARY CLAIM CONSTRUCTION AND IDENTIFICATION OF EXTRINSIC EVIDENCE**

X  by transmitting a .pdf version of the document via electronic mail addressed as set forth below.

bshariati@jonesday.com
jeglore@jonesday.com
lkeith@jonesday.com
lmurray@jonesday.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 4, 2007 at Palo Alto, California.

_____
Patricia M. Deneen

MPK 135262-1.062114.0123  - 1 -  CASE NO. C-07-2385 MJJ