# EXHIBIT C

1   BEHROOZ SHARIATI (State Bar No. 174436)
    bshariati@jonesday.com
2   JONES DAY
    1755 Embarcadero Road
3   Palo Alto, CA 94303
    Telephone:    (650) 739-3939
4   Facsimile:    (650) 739-3900

5
    Attorneys for Plaintiff
6   *Nordic Naturals, Inc.*

7   WILLIAM G. GAEDE III (State Bar No. 136184)
    wgaede@mwe.com
8   MCDERMOTT WILL & EMERY LLP
    3150 Porter Drive
9   Palo Alto, CA 94304-1212
    Telephone:    (650) 813-5000
10  Facsimile:    (650) 813-5100

11
    Attorneys for Defendants
12  *J.R. Carlson Laboratories, Inc.*
    *and Metagenics, Inc.*

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17                                          Case No. **C-07-2385 MJJ**

18  NORDIC NATURALS, INC.
                                            **JOINT CLAIM CONSTRUCTION**
19            Plaintiff,                    **AND PREHEARING STATEMENT**

20  v.

21  J.R. CARLSON LABORATORIES, INC. and
    METAGENICS, INC.
22
              Defendants.
23

24  AND RELATED COUNTERCLAIMS

25

26      Pursuant to Patent Local Rule 4-3, Plaintiff Nordic Naturals, Inc. ("Nordic") and

27  Defendants J.R. Carlson Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics")

28

                                            JOINT CLAIM CONSTRUCTION STATEMENT
                                            CASE NO. C-07-2385 MJJ

(together the "Parties") hereby submit the Parties' Joint Claim Construction and Prehearing Statement.

There are two patents at issue in this lawsuit: U.S. Patent No. 6,346,231 and its continuation, U.S. Patent No. 6,652,879. The Parties jointly agree and propose that similar terms in the claims of both patents be construed in similar fashion. As such, a consolidated list of terms and constructions is presented below in Sections I and II, and in Exhibit A.

## I. Agreed Upon Claim Constructions

The Parties have agreed upon the following constructions:

| TERM | AGREED UPON CONSTRUCTION |
|---|---|
| Dose | "Dose" means "the contents contained within the gelatin capsule shell." |
| Flabored, Flavered | These terms are typographical errors and should be "Flavored". The Parties disagree as to the proper definition of "Flavored." *See* Exhibit A for the Parties' positions. |
| But | This term is a typographical error and should be "Nut" and given its ordinary meaning. |
| Sofener | This term is a typographical error and should be "softener." |
| Conponents | This term is a typographical error and should be "Components," and given its ordinary meaning. |
| Fo | This term is a typographical error and should be "of," and given its ordinary meaning. |

If the Parties are able to reach further agreement concerning the constructions of any of the remaining claim terms at issue, they will supplement the present Joint Statement.

JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C-07-2385 MJJ

**II. Disputed Claim Constructions and Identified References**

The Court has limited the Parties to ten (10) claim terms to be construed. Exhibit A attached hereto contains a listing of each of the claim terms upon which the parties request a construction along with each party's proposed construction and supporting references. In addition, the Parties each reserve the right to rely upon any intrinsic or extrinsic evidence identified by an opposing party, or a third party, and any evidence obtained, or that may be obtained, through claim construction discovery.

**III. Anticipated Length of Time for Claim Construction Hearing**

The Court has set the date for the Claim Construction Hearing on March 12, 2008. The Parties jointly propose the Hearing begin at 9:00 a.m. on that date, and, barring unforeseen circumstances, it conclude on the same day. The Parties propose that each side be given one (1) hour for argument.

**IV. Expert Witnesses**

The Parties do not currently intend to call any witnesses, including technical experts, at the Claim Construction Hearing. The Parties each reserve the right to present live testimony if the opposing party is permitted to present live testimony at the Claim Construction Hearing.

**V. Other Issues for a Prehearing Conference**

The Parties are not aware of any other issues that need to be addressed at a Prehearing Conference prior to the Claim Construction Hearing, and do not believe a Prehearing Conference is currently necessary, unless desired by the Court. The Court has scheduled a tutorial at 2 p.m. on March 5, 2008. The Parties propose that any matters that arise requiring a Prehearing Conference be resolved on March 5, 2008 along with the tutorial.

JOINT CLAIM CONSTRUCTION STATEMENT
CASE NO. C-07-2385 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: December 21, 2007

Respectfully submitted,

By:  /s/ William G. Gaede
       William G. Gaede III
Counsel for Defendants/Counter-Plaintiffs
J.R. Carlson Laboratories, Inc.,
Metagenics, Inc.

Respectfully submitted,

By:  /s/ Behrooz Shariati
       Behrooz Shariati
Counsel for Plaintiff/Counter-Defendant
Nordic Naturals, Inc.

- 4 -

Exhibit A: Parties Proposed Constructions and Identification of Evidence

| Terms identified by Parties | Nordic Naturals' Proposed Constructions | J.R. Carlson Laboratories, Inc., and Metagenics, Inc.'s Proposed Constructions and Intrinsic and Extrinsic Evidence |
| --- | --- | --- |
| Gelatin softener | "Gelatin Softener" also known in the industry as a "plasticizer" means "a compound used to make the gelatin capsule more flexible, specifically including glycerol, sorbitol and other polyols."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 3:21-23, Col. 5:26-28.<br><br>See Prosecution History of 09/416017: Amendment A, at 3; Amendment B, at 4.<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed.* (1997), at 1047.<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 190 (7th ed. Lippincott Williams & Wilkins, 1999).<br><br>Podczeck, Fridrun and Jones, Brian E. eds., *Pharmaceutical Capsules*, 69, 203-04 (2nd ed. Pharmaceutical Press, 2004).<br><br>Gennadios, Aristippos, ed. *Protein-Based Films and Coatings*, 407-08 (CRC Press, 2002). | "Gelatin softener" means a softener or plasticizer.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 2, ll. 28-30; col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017: 6/15/00 Amendment A at p. 3.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401<br><br>USPN 4,780,316: col. 1, ll. 14-21.<br><br>USPN 5,681,606: col. 1, ll. 55-56.<br><br>WO 95/00123: p. 1, ll. 22-25.<br><br>USPN 6,193,999: p. 5, ll. 23-28.<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419. |

| Water soluble flavoring | "Soluble" means "that can be dissolved, esp. easily dissolved." | "Water soluble flavoring" means a substance that has the capacity to affect the sense of taste and that is susceptible to being dissolved in water and, in the context of the claims, is present throughout the gelatin capsule shell in the concentration specified by the claims. |
|---|---|---|
| | "Water soluble" means "that can be dissolved, esp. easily dissolved in water." | The terms "water soluble" and "flavoring" should be construed together, not separately. |
| | "Flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item." | **Intrinsic Evidence:** |
| | "Water soluble flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item that can be easily dissolved in water." | See Claims |
| | **Intrinsic Evidence:** | See Prosecution History of 09/416,017: 10/20/00 Amendment B, at p. 5; 04/04/01 Amendment C, at p. 2. |
| | See Specification: Col. 1:58-61, 2:17-27, 3:7-8, 3:28-32. | **Extrinsic Evidence:** |
| | See Prosecution History of 09/416017: Amendment A, at 5; Amendment B, at 5. | *Webster's Third New International Dictionary* (1993) at p. 2585; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 1510. |
| | **Extrinsic Evidence:** | |
| | *American Heritage Collegiate Dictionary, 3rd ed.* (1997), at 529, 1269. | |
| | Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-400. | |
| | Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems,* 89-90, 93-95, 222 (7th ed., Lippincott Williams & Wilkins, 1999). | |
| | USPN 4,428,927: Col. 6:28-35. | |

| Flavored gelatin capsule | "Flavored gelatin capsule" means "a capsule shell comprising gelatin, or equivalent thereof, whose natural taste has been altered by a Flavoring," as Flavoring is defined above.<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:58-61, 2:17-27, 2:51-53, 3:7-8, 3:28-32.<br><br>See Prosecution History of 09/416017:. Amendment A, at 5; Amendment B, at 5. | "Flavored gelatin capsule" means a gelatin capsule in which flavoring is present throughout the gelatin capsule shell in the concentration specified by the claims.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 10-15, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-27<br><br>See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability.<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401 |
| Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% | "About" means "to within acceptable manufacturing tolerances."<br><br>"Present in" means "present as part of the | "Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule" means |

| and about 1.5% of said flavored gelatin capsule | capsule, as opposed to the fill." Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning. However, applying Nordic's definitions above, the phrase would be defined as: "Wherein said water soluble flavoring is present as part of said flavored gelatin capsule in a concentration which is in the range between .25% and 1.5% of said flavored gelatin capsule, within acceptable manufacturing tolerances." **Extrinsic Evidence:** *American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | "a flavoring substance that is soluble in water and is present throughout the gelatin capsule shell in the concentration of 0.25% to 1.5%." "Present in" and "about" should not be construed separately from the claim element "wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule." **Intrinsic Evidence:** See Claims See Prosecution History of 09/416,017:  10/20/00 Amendment B at pp. 3-5; 10/8/00 Opheim Decl. at pp. 2-3; 09/04/00 van Duynhoven Decl.; 11/20/00 Supplement Reply, at pp. 2-3; 04/04/01 Amendment C, at p. 2; Notice of Allowability, at p. 2; 02/27/03 Amendment A, at pp. 2-3. See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2. |
|---|---|---|
| Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning.  However, applying Nordic's definitions of "present in" and "about" above, the phrase would be defined as: "Wherein said water is present as part of said flavored gelatin capsule in a concentration in the range between 6% and 10% of said flavored gelatin capsule, within acceptable manufacturing tolerances." **Extrinsic Evidence:** | "Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule" means "wherein water is included throughout the gelatin capsule shell in the concentration from 6% to 10%." "Present in" and "about" should not be construed separately from the claim element "wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule." |

| | | |
|---|---|---|
| | *American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | **Intrinsic Evidence:**<br><br>See Specification: col. 3, ll. 53-57.<br><br>See Prosecution History of 09/416,017:  09/18/00 communication to PTO; Examiner's Interview Summary; 10/20/00 Amendment B at pp. 3-5.<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2. |
| Wherein the gelatin [softener] is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning.  However, applying Nordic's definitions of "present in" and "about" above, the phrase would be defined as:<br><br>"Wherein the gelatin softener is present as part of said flavored gelatin capsule in a concentration in the range between 10% and 35% of said flavored gelatin capsule."<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | "Wherein the gelatin sofener is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule" means "wherein the gelatin softener, also called a plasticizer, is included throughout the gelatin capsule shell in the concentration of 10% to 35%."<br><br>The term "sofener" is a misspelling of "softener."<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 2, ll. 28-30;  col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017:  03/21/00 Office Action, at p. 3.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-401 |

| Palatable, Palatability | "Palatable" means "having a pleasant or acceptable taste."<br><br>"Palatability" is "the property of being palatable."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:12-30.<br><br>See Prosecution History of 09/416,017: Amendment B, at 6.<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 982.<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 93-95 (7th ed., Lippincott Williams & Wilkins, 1999). | "Palatability" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 1, ll. 62-65; col. 2, ll. 17-21.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972; *The American Heritage College Dictionary*, 3rd Ed., (1993) at p. 982.<br><br>"Palatable" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 24-25.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972; *The American Heritage College Dictionary*, 3rd Ed., (1993) at p. 982. |
| Gelswatch | "Gelswatch" means "a mass of mixed shell ingredients ready for use in the encapsulation of the fill material, typically formed in sheets or ribbons."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 3:11-15, 3:19-27, 3:34-38. | "Gelswatch" means a mixture of gelatin, gelatin softener, water and any additional components of the gelatin capsule shell.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 3, ll. 11-15; col. 3, ll. 19-27.<br><br>See Prosecution History of 09/416,017: Attachment to Exhibit 1 of 10/20/00 Opheim Decl. |

| | **Extrinsic Evidence:** Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 192-193 (7th ed., Lippincott Williams & Wilkins, 1999). | **Extrinsic Evidence:** Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-400 |
|---|---|---|
| Flabored, Flavered | This term is a typographical error and should be "Nut" "Flavored." Nordic Naturals proposed the ordinary meaning modified by the definition of "Flavoring" construed above. "Flavored" means "Having one's natural taste altered by a Flavor", as Flavoring is defined above. | The term "flabored" is a misspelling of "flavored" which has its ordinary meaning. The term "flavered" is a misspelling of "flavored" which has its ordinary meaning. See Claims |