# EXHIBIT E

# JONES DAY

SILICON VALLEY OFFICE • 1755 EMBARCADERO ROAD • PALO ALTO, CALIFORNIA 94303
TELEPHONE: 650-739-3939 • FACSIMILE: 650-739-3900

Direct Number: (650) 739-3920
bshariati@jonesday.com

JP010133:JEG                            January 23, 2008

VIA E-MAIL DLDENNETT@MWE.COM

Debra Dennett
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto CA 94304

   Re:   Nordic Naturals Inc. v J. R. Carlson Laboratories Inc. & Metagenics Inc. (Case No. C-07-2385 MJJ)

Dear Debra:

   This letter responds to your late-afternoon call on January 18, and the subsequent meet and confer yesterday, January 22, regarding claim construction discovery. Frankly, we were surprised by your call on the 18th requesting an extension of the claim construction discovery cut-off. Your reason for the extension, that defendants had not deposed Mr. Opheim and Mr. Lebowitz, surprised us even further. We note that neither of the deposition notices for Mr. Opheim or Mr. Lebowitz indicated that they were to be taken in support of claim construction. In fact, Mr. Lebowitz' notice included a list of deposition topics, from which claim construction issues are conspicuously absent. Our understanding that these depositions would be taken in the ordinary course of discovery was further supported by a complete lack of communication from defendants to meet and confer regarding the dates of these depositions until the eve of the discovery cut-off.

   As we indicated yesterday during the meet and confer, notwithstanding our surprise at this turn of events, and the inconvenience such short notice places on the witnesses, Nordic will produce Mr. Opheim for a deposition on claim construction issues, subject to the witness' availability. To this end, Mr. Opheim will be available for a deposition on claim construction issues on Monday, February 11, 2008. Also, as we have indicated in our objections to Mr. Lebowitz's subpoena and deposition notice, Mr. Lebowitz is generally unavailable due to health considerations, but we will work with him to provide a date for his document production and deposition as quickly as possible, subject to his availability. It is our further understanding that defendants do not intend to take any additional claim construction discovery, and this agreement is limited to allowing the discovery directly related to Mr. Opheim and Mr. Lebowitz to occur after the cut-off. The parties have also agreed that the claim construction briefing schedule will not be altered.

SVI-54267v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Debra Dennett
January 23, 2008
Page 2

    Additionally, you mentioned during the meet and confer that the defendants were contemplating the use of expert testimony or declarations at the Markman Hearing or in their briefing. Again, Nordic expresses its surprise at this last minute development, especially following the parties' affirmative statement in the Joint Claim Construction Statement that they were not contemplating the use of expert testimony. Further, since Nordic was not afforded notice of, and a chance to depose, any such expert during the claim construction discovery period, Nordic would now be prejudiced by any inclusion of expert testimony. Nordic will oppose any inclusion of expert testimony or declarations by defendants with respect to the claim construction process.

    Best regards,

    James E. Glore

SVI-54267v1