# EXHIBIT F

# McDermott
# Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Debra L. Dennett
Associate
dldennett@mwe.com
650.813.5107

January 31, 2008

VIA EMAIL:    BSHARIATI@JONESDAY.COM

Behrooz Shariati
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303

      Re:    *Nordic Naturals v. J.R. Carlson Laboratories, Inc., et al.*
            Case No. C-07-2385

Dear Behrooz:

    Defendants decline your invitation to postpone the claim construction hearing in light of Judge Jenkins' announced move to the First District Court of Appeal. We believe that the claim construction issues can be resolved prior to Judge Jenkins' departure.

    With respect to the claim construction, we request that Plaintiff stipulate to allow the parties to amend and update the evidence contained in the Joint Claim Construction and Prehearing Statement. Barring stipulation, Defendants will move to amend their identification of evidence relating to specific claim terms. The amendments are limited to the addition of (1) evidence that was previously disclosed in the Joint Claim Construction and Prehearing Statement in relation to one or more claim terms, as evidence applying to additional claim terms; (2) dictionary definitions for "flavor" and "taste;" (3) one textbook concerning pharmaceutical sciences, and (4) one subsection of the Code of Federal Regulations that addresses "flavor." A redlined version of Exhibit A to the Joint Claim Construction and Prehearing Statement showing the amendments is enclosed with this letter. Plaintiff will have adequate opportunity to address the additional evidence in its initial claim construction brief, its opposition brief, and/or its reply brief.

    Specifically, Defendants will seek to rely on the following additional materials for construction of the specified claim terms:

- USPN 4,428,927 col. 2 ll. 54-60, col. 4 ll. 11-26

    Defendants intend to use this patent for construction of "water soluble flavoring" and "flavored gelatin capsule." Nordic Naturals cited this same patent in the Joint Claim Construction and Prehearing Statement as extrinsic evidence for the construction of "water soluble flavoring."

Behrooz Shariati
January 31, 2008
Page 2

- P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431

Defendants intend to use the Wilkinson reference for construction of "water soluble flavoring," "flavored gelatin capsule," and claim terms directed to "concentration" ranges of water soluble flavoring, water, and gelatin softener. Defendants previously listed the Wilkinson reference in the Joint Claim Construction and Prehearing Statement for construction of "gelatin softener." In addition, Defendants disclosed this reference as invalidating prior art to Nordic Naturals on October 29, 2007.

- 06/15/00 Amendment A (pp. 5-6) and 10/20/00 Amendment B (p. 7) of the Prosecution History of 09/416,017

Defendants intend use 06/15/00 Amendment A and 10/20/00 Amendment B for construction of claim terms directed to "concentration" ranges of water soluble flavoring, water, and gelatin softener. In the Joint Claim Construction and Prehearing Statement, Nordic Naturals cited 06/15/00 Amendment A (p. 5) as extrinsic evidence for the construction of "water soluble flavoring" and "flavored gelatin capsule." Both Nordic Naturals and Defendants cited 10/20/00 Amendment B for the construction of "water soluble flavoring" and "flavored gelatin capsule." Defendants also cited pages 3-5 of 10/20/00 Amendment B for construction of claim terms directed to the "concentration" ranges of water soluble flavoring and water.

- *Webster's New World College Dictionary*, 3rd Ed. (1995) at pages 515 (flavor) and 1370 (taste)

Defendants intend to use two additional definitions from one of the dictionaries it earlier cited as extrinsic evidence for construction of "water soluble flavoring," "flavored gelatin capsule," "palatable," and "palatability." Both parties cited pages from various dictionaries as extrinsic evidence relating to "water soluble flavoring," "palatable," and "palatability" in the Joint Claim Construction and Prehearing Statement.

- A. Olsol et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA. 1980) p. 1231.

Defendants intend to use this evidence in the construction of "water soluble flavoring" and "flavored gelatin capsule." Plaintiff also cited textbooks as extrinsic evidence.

- 21 C.F.R. § 172.585

Defendants intend to include 21 C.F.R.§ 172.585 in the extrinsic evidence for construction of "water soluble flavoring" and "flavored gelatin capsule."

Behrooz Shariati
January 31, 2008
Page 3

    Of course, we would agree to Nordic making any additions as well by Monday, February 4, so a new amended Joint Claim Construction Statement may be filed that day. Please let me know tomorrow if you agree.

Sincerely,

Debra L. Dennett

MPK 137960-1.062114.0123

Revised Exhibit A: Parties Proposed Constructions and Identification of Evidence

| Terms identified by Parties | Nordic Naturals' Proposed Constructions | J.R. Carlson Laboratories, Inc., and Metagenics, Inc.'s Proposed Constructions and Intrinsic and Extrinsic Evidence |
|---|---|---|
| Gelatin softener | "Gelatin Softener" also known in the industry as a "plasticizer" means "a compound used to make the gelatin capsule more flexible, specifically including glycerol, sorbitol and other polyols."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 3:21-23, Col. 5:26-28.<br><br>See Prosecution History of 09/416017: Amendment A, at 3; Amendment B, at 4.<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary*, 3rd ed. (1997), at 1047.<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 190 (7th ed., Lippincott Williams & Wilkins, 1999).<br><br>Podczeck, Fridrun and Jones, Brian E. eds., *Pharmaceutical Capsules*, 69, 203-04 (2nd ed., Pharmaceutical Press, 2004).<br><br>Gennadios, Aristippos, ed., *Protein-Based Films and Coatings*, 407-08 (CRC Press, 2002). | "Gelatin softener" means a softener or plasticizer.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 2, ll. 28-30; col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017: 6/15/00 Amendment A at p. 3.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules — Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401<br><br>USPN 4,780,316: col. 1, ll. 14-21.<br><br>USPN 5,681,606: col. 1, ll. 55-56.<br><br>WO 95/00123: p. 1, ll. 22-25.<br><br>USPN 6,193,999: p. 5, ll. 23-28.<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc, New York, 1990) p. 419. |

| Water soluble flavoring | "Soluble" means "that can be dissolved, esp. easily dissolved." | "Water soluble flavoring" means a substance that has the capacity to affect the sense of taste and that is susceptible to being dissolved in water and, in the context of the claims, is present throughout the gelatin capsule shell in the concentration specified by the claims. |
|---|---|---|
| | "Water soluble" means "that can be dissolved, esp. easily dissolved in water." | The terms "water soluble" and "flavoring" should be construed together, not separately. |
| | "Flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item." | **Intrinsic Evidence:** |
| | | See Claims |
| | "Water soluble flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item that can be easily dissolved in water." | See Specification: col. 1, ll. 10-15, 20, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-27 |
| | **Intrinsic Evidence:** | See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4-6; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability. |
| | See Specification: Col. 1:58-61, 2:17-27, 3:7-8, 3:28-32. | |
| | See Prosecution History of 09/416017: Amendment A, at 5; Amendment B, at 5. | See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1. |
| | **Extrinsic Evidence:** | |
| | *American Heritage Collegiate Dictionary, 3rd ed.* (1997), at 529, 1269. | **Extrinsic Evidence:** |
| | Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-400. | *Webster's Third New International Dictionary* (1993) at p. 2585; *Webster's New World College Dictionary*, 3rd Ed. (1995) at pp. 515, 1370, and |
| | Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 89-90, 93-95, 222 (7th ed., Lippincott Williams & Wilkins, 1999). | |
| | USPN 4,428,927: Col. 6:28-35. | |

- 2 -

| | | |
|---|---|---|
| Flavored gelatin capsule | "Flavored gelatin capsule" means "a capsule shell comprising gelatin, or equivalent thereof, whose natural taste has been altered by a Flavoring," as Flavoring is defined above.<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:58-61, 2:17-27, 2:51-53, 3:7-8, 3:28-32.<br><br>See Prosecution History of 09/416017: Amendment A, at 5; Amendment B, at 5. | 1510.<br><br>21 C.F.R. § 172.585<br><br>USPN 4,428,927 col. 2 ll. 54-60, col. 4 ll. 11-26<br><br>P.K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc. New York, 1990) p. 422.<br><br>A. Olsol et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA. 1980) p. 1231. |
| | "Flavored gelatin capsule" means a gelatin capsule in which flavoring is present throughout the gelatin capsule shell in the concentration specified by the claims.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 10-15, 20, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-27<br><br>See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4-6; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability.<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A | |

- 3 -

| | | |
|---|---|---|
| Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule | "About" means "to within acceptable manufacturing tolerances."<br><br>"Present in" means "present as part of the capsule, as opposed to the fill."<br><br>Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning. However, applying Nordic's definitions above, the phrase would be defined as:<br><br>"Wherein said water soluble flavoring is present as part of said flavored gelatin capsule in a concentration which is in the range | at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401<br><br>*Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 515 (flavor) and p. 1370 (taste)<br><br>21 C.F.R. § 172.585<br><br>USPN 4,428,927 col. 2 ll. 54-60, col. 4 ll. 11-26<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 422.<br><br>A. Olsol et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA, 1980) p. 1231.<br><br>"Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule" means "a flavoring substance that is soluble in water and is present throughout the gelatin capsule shell in the concentration of 0.25% to 1.5%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule." |

- 4 -

MPK 137929-1.062114.0123

| | Intrinsic Evidence: |
|---|---|
| between .25% and 1.5% of said flavored gelatin capsule, within acceptable manufacturing tolerances." | See Claims |
| | See Prosecution History of 09/416,017: 06/15/00 Amendment A at pp. 4-6; 10/20/00 Amendment B at pp. 3, 7; 10/8/00 Opheim Decl. at pp. 2-3; 09/04/00 van Duynhoven Decl.; 11/20/00 Supplement Reply, at pp. 2-3; 04/04/01 Amendment C, at p. 2; Notice of Allowability, at p. 2; 02/27/03 Amendment A, at pp. 2-3. |
| **Extrinsic Evidence:** | |
| *American Heritage Collegiate Dictionary*, 3rd ed. (1997), at 4. | See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2. |
| | P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431. |

Deleted: 5
Deleted: 06/15/00 Amendment A at p. 5
Deleted: -5
Deleted:
Deleted: ¶

| | | |
|---|---|---|
| Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning. However, applying Nordic's definitions of "present in" and "about" above, the phrase would be defined as:<br><br>"Wherein said water is present as part of said flavored gelatin capsule in a concentration in the range between 6% and 10% of said flavored gelatin capsule, within acceptable manufacturing tolerances."<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary*, 3rd ed. (1997), at 4. | "Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule" means "wherein water is included throughout the gelatin capsule shell in the concentration from 6% to 10%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule."<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 3, ll. 53-57.<br><br>See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4-6; 09/04/00 van Duynhoven Decl.; 09/18/00 communication to PTO; Examiner's Interview Summary; 10/20/00 Amendment B at pp. 3-7.<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2.<br><br>P. K. Wilkinson et al, *Softgels: Manufacturing Considerations*, *Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431. |
| Wherein the gelatin [softener] is present in a concentration in the range between 10% and 35% of | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning. However, applying Nordic's definitions of "present in" and "about" above, | "Wherein the gelatin softener is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule" means "wherein the gelatin softener, also called a plasticizer, is included throughout the gelatin capsule shell in the |

- 6 -

MPK 137929-1.062114.0123

| | | |
|---|---|---|
| said flavored gelatin capsule | the phrase would be defined as:<br><br>"Wherein the gelatin softener is present as part of said flavored gelatin capsule in a concentration in the range between 10% and 35% of said flavored gelatin capsule."<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary*, 3rd ed. (1997), at 4. | concentration of 10% to 35%."<br><br>The term "softener" is a misspelling of "softener."<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 2, ll. 28-30; col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017: 03/21/00 Office Action, at p. 3; 06/15/00 Amendment A at p. 5-6.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules — Theory and Practice of Industrial Pharmacy* (1986), p. 399-401<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431. |
| Palatable, Palatability | "Palatable" means "having a pleasant or acceptable taste."<br><br>"Palatability" is "the property of being palatable."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:12-30.<br><br>See Prosecution History of 09/416,017: Amendment B, at 6.<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary*, 3rd | "Palatability" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 1, ll. 62-65; col. 2, ll. 17-21.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972 and 1370; *The American Heritage College Dictionary*, 3rd Ed., (1993) at p. 982.<br><br>"Palatable" means the quality of acceptability to |

- 7 -

| | | |
|---|---|---|
| | ed. (1997), at 982.<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 93-95 (7th ed., Lippincott Williams & Wilkins, 1999). | the taste.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 24-25.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972 and 1370; *The American Heritage College Dictionary*, 3rd Ed. (1993) at p. 982. |
| Gelswatch | "Gelswatch" means "a mass of mixed shell ingredients ready for use in the encapsulation of the fill material, typically formed in sheets or ribbons."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 3:11-15, 3:19-27, 3:34-38.<br><br>**Extrinsic Evidence:**<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 192-193 (7th ed., Lippincott Williams & Wilkins, 1999). | "Gelswatch" means a mixture of gelatin, gelatin softener, water and any additional components of the gelatin capsule shell.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 3, ll. 11-15; col. 3, ll. 19-27.<br><br>See Prosecution History of 09/416,017: Attachment to Exhibit 1 of 10/20/00 Opheim Decl.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-400. |
| Flabored, Flavered | This term is a typographical error and should be "Nut" "Flavored."<br><br>Nordic Naturals proposed the ordinary meaning modified by the definition of "Flavoring" construed above.<br><br>"Flavored" means "Having one's natural taste | The term "flabored" is a misspelling of "flavored" which has its ordinary meaning.<br><br>The term "flavered" is a misspelling of "flavored" which has its ordinary meaning.<br><br>See Claims |

- 8 -

| |
|---|
| altered by a Flavor", as Flavoring is defined above. |

- 9 -

MPK 137929-1.062114.0123