# EXHIBIT G

# JONES DAY

SILICON VALLEY OFFICE • 1755 EMBARCADERO ROAD • PALO ALTO, CALIFORNIA 94303

TELEPHONE: 650-739-3939 • FACSIMILE: 650-739-3900

Direct Number: (650) 687-4129
jeglore@jonesday.com

JP011486:JEG                           January 31, 2008

VIA E-MAIL DLDENNETT@MWE.COM

Debra L. Dennett
McDermott Will & Emery

   Re:   *Nordic Naturals, Inc. v. J.R. Carlson Laboratories, Inc., et al.*
         Case No. C-07-2385

Dear Debra:

   We received your January 31, 2008 letter at 5:57 PM this evening. We cannot agree to your last-minute request. The Joint Claim Construction and Prehearing Statement was finalized and filed with the court over a month ago on December 21, 2007. The parties have had several telephone conversations since that time specifically regarding claim construction issues and you have waited until two business days before Nordic's opening brief is due to add new evidence.

   It appears that defendants are not taking the claim construction process and the Local Patent Rules seriously. Despite your earlier request that certain depositions be taken as part of claim construction discovery a single business day prior to the close of claim construction discovery, we, in the spirit of cooperation, have agreed to provide you with the inventor's deposition in time for its use in your brief per my letter to you on January 23, 2008. However, we cannot continue to support defendants' prejudicial actions by stipulating to this most recent request.

   The defendants' current request is highly improper and is prejudicial to Nordic, especially given the short period of time in which Nordic has to evaluate this new evidence and the fact that claim construction in this case closed almost two weeks ago on January 18, 2008. Nordic will not stipulate to this eleventh hour amendment of your proposed claim constructions with respect to newly listed references and new citations from existing references. However, to the extent a specific citation has already been provided for a different term, of if the addition is to correct an obvious clerical or typographical error, Nordic will not object to its use, or the use of a subset of the cited pages.

Best regards,

James E. Glore

cc:   William Gaede (wgaede@mwe.com)

SVI-54510v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON