Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650-739-3939
Facsimile:  650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,**<br><br>         Plaintiff,<br><br>   v.<br><br>**J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,**<br><br>         Defendants. | Case No. C-07-02385 PJH<br><br>**[PROPOSED] ORDER GRANTING NORDIC NATURALS, INC.'S MOTION TO STRIKE THE DECLARATION OF DONALD R. STEELE**<br><br>Date:<br>Time:<br>Before:  The Honorable Phyllis J. Hamilton |

The Court having received and duly considered the briefing and argument on Nordic Naturals, Inc.'s Motion to Strike Defendants' Declaration of Donald R. Steele:

HEREBY ORDERS THAT the declaration of Donald R. Steele in support of Defendants' Claim Construction Brief shall be stricken from the record, and that Defendants be enjoined from referring to, or relying on, any statements or opinions contained in the declaration.

Dated: _____

_____
The Honorable Phyllis J. Hamilton
United States District Judge