Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  650-739-3939
Facsimile:  650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORDIC NATURALS, INC., | Case No. C-07-02385 PJH |
| Plaintiff, | PLAINTIFF NORDIC NATURALS, INC.'S MOTION TO SHORTEN TIME PURSUANT TO LOCAL RULE 6-3 |
| v. | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC., | |
| Defendants. | |

Pursuant to Local Rule 6-3, Plaintiff Nordic Naturals, Inc. ("Nordic") hereby moves to shorten the time for the briefing and hearing of Nordic's Motion to Strike Defendants' Declaration of Donald R. Steele.

On February 18, 2008, Defendants filed their responsive claim construction brief and included the Declaration of Donald R. Steele in support of their constructions. Defendants had not made prior notice of Donald R. Steele, and had not previously indicated that they would be relying on his testimony for claim construction. Nordic's reply brief is due next Monday, February 25, 2008. Nordic has been prejudiced by the inclusion of the proffered evidence, and has filed a motion to strike herewith to remove the prejudice prior to having to file its reply next

week. An attenuated schedule is required to bring closure to this issue prior to Nordic's filing.

Nordic's counsel at Jones Day attempted to reach opposing counsel via telephone and email today to secure a stipulation to withdraw the declaration, or alternatively to secure a stipulation with respect to the shortened schedule. Opposing counsel returned our email, and our call, indicating that there were not interested in either stipulation. Due to the exigency of the situation, Nordic now moves for a shortened time for the motion to strike be heard.

As indicated above, Nordic's response is due in less than a week. As more fully discussed in Nordic's Motion to Strike, Nordic has been severely prejudiced by Defendants' last-minute inclusion of the proffered evidence. Nordic requests that its Motion to Strike be heard prior to its filing, so that it can properly focus on its reply brief, as contemplated by the Local Rules and the Court's previously entered scheduling order. Nordic should not be required to conduct discovery on this issue while drafting its reply.

The parties are still on schedule per the Court's scheduling order and Nordic wishes to remain so. If this motion is not heard prior to Nordic's filing of its reply, the schedule may need to slip to accommodate additional discovery by Nordic necessitated by Defendants' improper inclusion of the Steele Declaration. By hearing this motion this week, the Court will allow Nordic to properly focus on its reply, and will avoid subsequent unnecessary discovery and scheduling issues.

The issues in Nordic's Motion to Strike are singular and limited in scope. The parties should have no problem completing the briefing by tomorrow, February 20, 2008.

Therefore, Nordic requests that Defendants be required to file any objections to the motion on Wednesday, February 20, 2008, and that the Court hold a telephonic hearing at its convenience on Thursday, February 21, 2008 or Friday, February 22, 2008 to resolve the motion to strike.

| | |
|---|---|
| Dated: February 19, 2008 | Respectfully submitted, |
| | Jones Day |
| | |
| | By: /s/ Behrooz Shariati |
| |     Behrooz Shariati |
| | Counsel for Plaintiff |

SVI-55133