Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORDIC NATURALS, INC.,** | Case No. C-07-02385 PJH |
| Plaintiff, | **BEHROOZ SHARIATI'S DECLARATION IN SUPPORT OF NORDIC'S MOTION TO SHORTEN TIME** |
| v. | |
| **J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,** | |
| Defendants. | |

I Behrooz Shariati, declare:

1. I am a partner with the law firm of Jones Day, counsel of record for Plaintiff Nordic Naturals, Inc. in the above-captioned action.

2. This declaration is submitted in support of Nordic's Motion To Shorten Time submitted herewith to have its Motion to Strike Defendants' Declaration of Donald R. Steele heard by this Court on February 20, 2008 or February 21, 2008 at the Court's convenience.

3. This is an action for patent infringement, currently in the claim construction briefing stage. On February 18, 2008, Defendants filed their responsive claim construction brief and included the Declaration of Donald R. Steele in support of their constructions. Defendants had not made prior notice of Donald R. Steele, and had not previously indicated that they would be relying on his testimony for claim construction.

4. A hearing before this Court on shortened time is necessary because Nordic's reply brief is due on February 25, 2008. Nordic has been prejudiced by the inclusion of the Steele Declaration and will continue to be prejudiced if the Declaration is not struck prior to Nordic's reply brief being due on Monday, February 25, 2008.

Shariati Declaration
Case No. C-07-02385 PJH

5. Nordic's counsel at Jones Day attempted to reach opposing counsel via telephone and email today to secure a stipulation to withdraw the declaration, or alternatively to secure a stipulation with respect to the shortened schedule. Opposing counsel returned our email, and our call, indicating that there were not interested in either stipulation.

6. Attached as Exhibit A is an email response from opposing counsel, William Gaede, declining our invitation to stipulate to an expedited schedule.

7. The parties are still on schedule per the Court's scheduling order and Nordic wishes to remain so.

8. If this motion is not heard prior to Nordic's filing of its reply, the schedule may need to slip to accommodate additional discovery by Nordic necessitated by Defendants' improper inclusion of the Steele Declaration. By hearing the motion to strike this week, the Court will allow Nordic to properly focus on its reply, and will avoid subsequent unnecessary discovery and scheduling issues.

9. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

Dated: February 19, 2008

By: /s/ Behrooz Shariati
Behrooz Shariati

SVI-55135v1

- 2 -

Shariati Declaration
Case No. C-07-02385 PJH