

**"Gaede, William" <WGaede@mwe.com>**

02/19/2008 05:19 PM

To: "'jeglore@JonesDay.com'" <jeglore@JonesDay.com>, "Dennett, Debra" <DLDennett@mwe.com>
cc: "'bshariati@JonesDay.com'" <bshariati@JonesDay.com>, "Baker, Brian" <BBaker@mwe.com>
bcc:
Subject: Re: Nordic Naturals v. J.R. Carlson Labs. et al.

Jim:  I am out today, but we cannot agree with your positions stated below.  I also see no reason for an expedited briefing schedule.  You may simply make your motion, which we believe has no merit.  If you believe a further discussion is necessary, please call me on my cell phone at 415-999-4597 as we are always happy to discuss the issue further.  Thanks, Bill

```
----- Original Message -----
From: James E Glore <jeglore@JonesDay.com>
To: Gaede, William; Dennett, Debra
Cc: Behrooz Shariati <bshariati@JonesDay.com>; Baker, Brian
Sent: Tue Feb 19 19:06:11 2008
Subject: Nordic Naturals v. J.R. Carlson Labs. et al.
```

Dear Bill and Debra,

I left voicemails for both of you with this same information.  As we indicated in our January 23, 2008 letter to Debra, Nordic objects to the inclusion of new expert evidence.  Nordic will be filing a motion to strike the Defendants' Declaration of D. Steele.

We would like to briefly speak with you today regarding a stipulation withdrawing the declaration, or alternatively a stipulation with respect to an expedited briefing schedule.  A quick schedule is required since Nordic's Reply is due next Monday.

Please give me or Behrooz a call to discuss.

James E. Glore
Jones Day
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Direct:         650.687.4129
Assistant:      650.739.3945
Facsimile: 650.739.3900
www.jonesday.com

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========


***************************************************************************
*********************************

IRS Circular 230 Disclosure:  To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited.  Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.
**********************************************************************
************************************

Please visit http://www.mwe.com/ for more information about our Firm.