Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:   650-739-3939
Facsimile:   650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,**<br><br>**Defendants.** | Case No. C-07-02385 PJH<br><br>**[PROPOSED] ORDER GRANTING NORDIC NATURALS, INC.'S MOTION TO SHORTEN TIME**<br><br>Date:<br>Time:<br>Before: The Honorable Phyllis J. Hamilton |

The Court having received and duly considered the briefing on Nordic Naturals, Inc.'s Motion to Shorten Time:

HEREBY ORDERS THAT the Defendants shall respond to Nordic Naturals, Inc.'s Motion to Strike Defendants' Declaration of Donald R. Steele by February 20, 2008, and that the Court shall hold a telephonic hearing on _____.

Dated:

_____
The Honorable Phyllis J. Hamilton
United States District Judge

[Proposed] Order re: Nordic's Motion to Shorten Time.
- 1 -
Case No. C-07-2385 MJJ