UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORDIC NATURALS, INC.,

    Plaintiff,

    v.

J. R. CARLSON LABORATORIES, INC., et al.,

    Defendants.

_____

AND RELATED COUNTERCLAIM
_____/

No. C 07-2385 PJH

**ORDER**

The above-entitled action having been reassigned on February 19, 2008, and it appearing from the docket that the parties are in the process of briefing the construction of disputed terms in the claims of the patents-in-suit, the court wishes to advise the parties of the following.

All briefing and motion practice are STAYED, and any previously-set deadlines are VACATED, until the court has had an opportunity to conduct a further case management conference. The court will advise the parties of the date of the CMC as soon as practicable.

Accordingly, plaintiff's motion for an order shortening time, filed on February 19, 2008, is DENIED.

**IT IS SO ORDERED.**

Dated: February 20, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge