UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: March 13, 2008                                        JUDGE: Phyllis J. Hamilton

Case No: C-07-2385 PJH

Case Name: Nordic Naturals v. J.R. Carlson Laboratories, et al.

Attorney(s) for Plaintiff:    Behrooz Shariati; James Glore
Attorney(s) for Defendant:    Bill Gaede; Brian Baker

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

PROCEEDINGS

Case Management Conference-Held. The reply to the pending motion to strike to be filed within one week. The reply re: claim construction to be filed by 4/16/08. The court sets the Tutorial on April 11, 2008 at 9:00 a.m. and the Claim Construction hearing on April 30, 2008 at 9:00 a.m. The court sets a pretrial schedule. The parties shall submit a stipulation as to all other dates not set by the court within one week. The parties shall include request to be referred to mediation in stipulation which shall take place after claim construction and before motions for summary judgment.

**PRETRIAL SCHEDULE:**

**Motions heard by: 8/13/08**
**Pretrial Conference: 11/13/08 at 2:30 p.m.**
**Trial: 12/8/08 at 8:30 a.m., for 5 days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: file; ADR**