# Exhibit B
# to Baker Declaration In Support of Defendants' Opposition to Plaintiff's Motion to Strike Steele Declaration

MPK 138108-1.062114.0123
2/4/08

| 10/646,898 | Flavored gelatin capsule and method of manufacture | 03-20-2008::12:07:46 |
|---|---|---|

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 10/646,898 | Customer Number: | - |
| Filing or 371 (c) Date: | 08-22-2003 | Status: | Response to Non-Final Office Action Entered and Forwarded to Examiner |
| Application Type: | Utility | Status Date: | 03-12-2008 |
| Examiner Name: | GHALI, ISIS A D | Location: | ELECTRONIC |
| Group Art Unit: | 1611 | Location Date: | - |
| Confirmation Number: | 1343 | Earliest Publication No: | US 2004-0037877 A1 |
| Attorney Docket Number: | 03-109 | Earliest Publication Date: | 02-26-2004 |
| Class / Subclass: | 424/451 | Patent Number: | - |
| First Named Inventor: | Joar Opheim, Aptos, CA (US) | Issue Date of Patent: | - |

| Title of Invention: | Flavored gelatin capsule and method of manufacture |
|---|---|

**Close Window**

| 10/646,898 | Flavored gelatin capsule and method of manufacture | | | 03-20-2008::12:08:06 |
|---|---|---|---|---|

**Parent Continuity Data**

| Description | Parent Number | Parent Filing or 371(c) Date | Parent Status | Patent Number |
|---|---|---|---|---|
| This application is a Continuation of | 10/292,999 | 11-12-2002 | Patented | 6,641,837 |
| is a continuation of | 10/041,877 | 10-22-2001 | Patented | 6,652,879 |
| is a continuation of | 09/416,017 | 10-06-1999 | Patented | 6,346,231 |

**Child Continuity Data**

No Child Continuity Data Found

**Close Window**