# Exhibit C
# to Baker Declaration In Support of Defendants' Opposition to Plaintiff's Motion to Strike Steele Declaration

MPK 138108-1.062114.0123
2/4/08

# Exhibit 1

Applicant:         Joar Opheim
Serial Number:     10/646,898
Filed:             Aug. 22, 2003
Examiner:          Isis Ghali
Group Art Unit:    1615

### DECLARATION UNDER 37 C.F.R. Section 1.132

I, Joar Opheim declare and say as follows:

I am a citizen of Norway and reside in Aptos, CA.

I am the inventor in the above identified patent application, and am the Chief Executive Officer of Nordic Naturals, Inc., the assignee of this application. Nordic Naturals manufactures and sells various fish oil products, among which are the flavored gelatin capsules which are the subject of this patent application. These flavored capsules have been a great commercial success over the past few years. The sales of various products are summarized in the table, below for comparison.

| Bottles Sold         | Flavored Gel Capsules | Unflavored Gel Capsules | Flavored Liquids | Non-Flavored Liquids |
|----------------------|-----------------------|-------------------------|------------------|----------------------|
| 2003                 | 402,912               | 30,628                  | 140,278          | 673                  |
| 2004                 | 806,997               | 35,211                  | 289,747          | 13,631               |
| 2005                 | 1,396,520             | 36,569                  | 411,390          | 29,774               |
| 2006 (through June)  | 995,917               | 28,081                  | 240,701          | 18,477               |

It can be seen that the flavored capsules were much more popular than the other products and I attribute this in significant part to the flavored capsules. These flavored capsules are unique to Nordic Naturals and have showed a higher growth rate than capsules without flavoring and the general market for fish oil capsules.

In July 2006, the Flavored Gel Capsules represented approximately 43% of the United States market for fish oil capsules sold in Health Food Stores.

All statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true; these statements were made with the knowledge that willful false statements and the like so made are punishable by fine and imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patents issuing hereon.

Further declarant saith not.

_____     Date: 9.21.06.
Joar Opheim