# Exhibit F
# to Baker Declaration In Support of Defendants' Opposition to Plaintiff's Motion to Strike Steele Declaration

MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.*
*and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>　　　　　Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-2385 MJJ<br><br>**INITIAL DISCLOSURES OF DEFENDANT J.R. CARLSON LABORATORIES, INC. PURSUANT TO FED. R. CIV. P. 26(a)(1)**<br><br>Judge: Hon. Martin J. Jenkins |

　　　　Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant J.R. Carlson Laboratories, Inc. ("Carlson Laboratories") provides the following initial disclosures. Carlson Laboratories makes these initial disclosures based upon information reasonably available to Carlson Laboratories at this time. Carlson Laboratories reserves the right to supplement or amend its disclosures as additional information becomes available to it. Carlson Laboratories reserves any applicable privileges that may apply to this disclosure and any supplemental disclosures or other pre-trial discovery, including attorney-client, work product, and any other applicable privilege.

MPK 130928-1.062114.0123    - 1 -    INITIAL DISCLOSURES OF DEFENDANT J.R. CARLSON LABORATORIES, INC. CASE NO. C-07-2385 MJJ

A. **PERSONS WITH KNOWLEDGE OF DISCOVERABLE INFORMATION**

Rule 26(a)(1)(A) calls for the identification of:

> the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

Carlson Laboratories identifies the following individuals and entities as presently known by Carlson Laboratories to likely have discoverable information relevant to Nordic Naturals, Inc.'s ("Nordic Naturals") claims against Carlson Laboratories and/or Carlson Laboratories' defenses and counterclaims against Nordic Naturals.

1.  **John R. Carlson**
    J.R. Carlson Laboratories, Inc.
    15 College Dr.
    Arlington Heights, IL 60004-1985

    Subject(s): Knowledge of accused products; general knowledge from over 40 years involvement with soft gelatin products

2.  **Susan Carlson**
    J.R. Carlson Laboratories, Inc.
    15 College Dr.
    Arlington Heights, IL 60004-1985

    Subject(s): Knowledge of accused products; general knowledge from over 40 years involvement with soft gelatin products

3.  **Carilyn Carlson Anderson**
    J.R. Carlson Laboratories, Inc.
    15 College Dr.
    Arlington Heights, IL 60004-1985

    Subject(s): Advertising of Carlson Laboratories' products

4.  **Kirsten Carlson Cecchin**
    J.R. Carlson Laboratories, Inc.
    15 College Dr.
    Arlington Heights, IL 60004-1985

    Subject(s): Knowledge of Carlson Laboratories' literature

5.  **Michael Anderson**
    J.R. Carlson Laboratories, Inc.
    15 College Dr.
    Arlington Heights, IL 60004-1985

    Subject(s): Carlson Laboratories' electronic document retention

18. **Robin Koon**
    17758 Rowland Street
    City of Industry, CA 91746
    818-400-3373

    Subject(s):   Employee of Best Formulations, manufacturer of soft gelatin capsules

19. **Kiran Majmudar**
    J & D Laboratories
    2640 Progress Street
    Vista, CA 92081-8412
    760-734-6800

    Subject(s):   Manufacture of cod liver oil soft gelatin capsules

20. **Bjorn Rene**
    No-6270
    Brattvaag, Norway
    +47 90 61 7911

    Subject(s):   Manufacture of fish oil

21. **Don Steele**
    17758 Rowland Street
    City of Industry, CA 91746
    626-734-6800

    Subject(s):   Former employee of Banner Gelatin Corp.; knowledge of soft gelatin capsule manufacture

22. **Ron Udell**
    6982 Bandini Blvd.
    Los Angeles, CA 90040
    323-726-7065

    Subject(s):   Manufacture of soft gelatin capsules

23. **Hema Majumdar**
    J & D Laboratories
    2640 Progress Street
    Vista, CA 92083
    760-734-6800

    Subject(s):   Manufacture cod liver oil soft gelatin capsules

B. **RELEVANT DOCUMENTS**

Rule 26(a)(1)(B) calls for the disclosure of:

> a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses unless solely for impeachment.

MPK 130928-1.062114.0123                        - 5 -                    INITIAL DISCLOSURES OF DEFENDANT
                                                                         J.R. CARLSON LABORATORIES, INC.
                                                                         CASE NO. C-07-2385 MJJ

D. **INSURANCE AGREEMENTS**

Rule 26(a)(1)(D) calls for the:

> inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Carlson Laboratories is investigating possible insurance coverage relating to Nordic Naturals' claims of false advertising and will provide relevant documents, if any.

DATED: August 15, 2007

MCDERMOTT WILL & EMERY LLP

By: _____
William G. Gaede, III

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

MPK 130928-1.062114.0123

- 7 -

INITIAL DISCLOSURES OF DEFENDANT
J.R. CARLSON LABORATORIES, INC.
CASE NO. C-07-2385 MJJ