# Exhibit G
# to Baker Declaration In Support of Defendants' Opposition to Plaintiff's Motion to Strike Steele Declaration

Donald R. Steele                                    October 2007

During the years I worked at Banner Gelatin (mid–1980 – mid 1990), the use of flavorings was common. This was partially to mask the taste of the gelatin and to mask the taste of the fill materials. At that time, we used reclaimed gelatin that was cleaned with naphtha and taste, as a result was not always pleasing.

Many flavors were being used at Banner Gelatin. The R&D department was always well stocked with the flavoring materials, which were available on the bench (in the drawers). The most common materials were vanilla and peach. These were synthetic and used mostly in the gelatin. Flavors were also used in the fill and included citrus such as orange, lemon, and tangerine. The citrus flavors could also be used in the gelatin.

The concentrations of flavors could vary significantly. Either in the gelatin or the fill, it could be from 0.01% up to 2% depending on the concentration of the flavor. In the gelatin we rarely went above a concentration of 2%, because it would make the gelatin weaker. Our main concern was to produce the flavoring results necessary to accomplish a pleasant taste.

The flavorings used were both oil soluble and water soluble. In the gelatin, water soluble flavors were normally used, but oil soluble flavors were used here also. In the fill, mostly oil soluble flavors were used. This depended on the fill ingredients, however, water soluble flavors were used for PEG or water miscible fill materials.

Flavorings were common with fish oil products. Obviously it was desired to mask the fish taste and odor, except for Asian products where the fish taste may be desirable. Most of the flavorings used with fish oil were lemon, orange, or vanilla. These could be placed in the gelatin, the fill, on the outside of the

DEFCAR00000022

softgels, or in the bottle cap or even on the desiccant used occasionally for bottling.

In conclusion, for the softgel industry, flavorings were and are just another long-time used tool to produce a product acceptable to our customers. We usually follow the customer requirements or used flavoring to satisfy the objectives voiced by the customers.


Donald R. Steele

DEFCAR00000023