MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1   MCDERMOTT WILL & EMERY LLP
    William G. Gaede III (136184)
2   wgaede@mwe.com
    3150 Porter Drive
3   Palo Alto, CA  94304-1212
    Telephone:    (650) 813-5000
4   Facsimile:    (650) 813-5100

5   Attorneys for *J.R. Carlson Laboratories, Inc.*
    *and Metagenics, Inc.*
6
    JONES DAY
7   Behrooz Shariati (174436)
    bshariati@jonesday.com
8   1755 Embarcadero Road
    Palo Alto, CA  94303
9   Telephone:    (650) 739-3939
    Facsimile:    (650) 739-3900
10
    Attorneys for *Nordic Naturals, Inc.*
11

12              IN THE UNITED STATES DISTRICT COURT

13         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16  NORDIC NATURALS, INC.                    Case No. C-07-02385 PJH

17               Plaintiff,                  **JOINT REQUEST FOR PERMISSION
                                             TO BRING AUDIO/VISUAL
18  v                                        EQUIPMENT TO TUTORIAL ON
                                             APRIL 11, 2008; AND ORDER**
19  J.R. CARLSON LABORATORIES, INC. and
    METAGENICS, INC.                         Honorable Phyllis J. Hamilton
20
                 Defendants.
21

22  AND RELATED COUNTERCLAIMS

23
           Plaintiff Nordic Naturals, Inc. and Defendants J.R. Carlson Laboratories, Inc. and
24
    Metagenics, Inc. by and through their counsel of record, hereby request permission to bring the
25
    following audio/visual equipment to the tutorial for claim construction in the above-referenced
26
    matter on April 11, 2008 at 9:00 a.m. in Courtroom 3:
27
           1)      Digital projector
28

MPK 140580-1.062114.0123                     - 1 -      **JOINT REQUEST FOR PERMISSION TO BRING AUDIO/
                                                        VISUAL EQUIPMENT TO APRIL 11, 2008 TUTORIAL
                                                        CASE NO. C-07-02385 PJH**

1    2)    Laptops

2    3)    Miscellaneous cables and switches

3    Respectfully submitted this 9th day of April, 2008.

4    MCDERMOTT WILL & EMERY LLP            JONES DAY

5

6    By:    /s/ William G. Gaede, III            By:    /s/ Behrooz Shariati
             William G. Gaede, III                          Behrooz Shariati

7    *Attorneys for Defendants/Counter-*          *Attorneys for Plaintiff/Counter-Defendants*
     *Plaintiffs*

8

9    Concurrence in the filing of this document has been obtained from Behrooz Shariati, the

10   signatory listed above.

11                                              MCDERMOTT WILL & EMERY LLP

12

13   By:    /s/ William G. Gaede, III
                 William G. Gaede, III

14

15                                              *Attorneys for Defendants/Counter-Plaintiffs*

16                                   -oOo-

17

18   **IT IS SO ORDERED.**

     Dated: April _____, 2008

19

20   _____
                                       HONORABLE PHYLLIS J. HAMILTON
21                                     Judge of the United States District Court

22

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 140580-1.062114.0123            - 2 -    **JOINT REQUEST AND ORDER TO BRING**
                                             **AUDIO/VISUAL EQUIPMENT TO 04/11/2008 TUTORIAL**
                                             **CASE NO. C-07-02385 PJH**