1  MCDERMOTT WILL & EMERY LLP
   William G. Gaede III (136184)
2  wgaede@mwe.com
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:    (650) 813-5000
4  Facsimile:    (650) 813-5100

5  Attorneys for *J.R. Carlson Laboratories, Inc.*
   *and Metagenics, Inc.*
6
   JONES DAY
7  Behrooz Shariati (174436)
   bshariati@jonesday.com
8  1755 Embarcadero Road
   Palo Alto, CA 94303
9  Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
10
   Attorneys for *Nordic Naturals, Inc.*
11

12              IN THE UNITED STATES DISTRICT COURT

13         IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16  NORDIC NATURALS, INC. | Case No. C-07-02385 PJH |
| 17              Plaintiff, | **JOINT REQUEST FOR PERMISSION TO BRING AUDIO/VISUAL EQUIPMENT TO TUTORIAL ON APRIL 11, 2008; AND ORDER** |
| 18  v | |
| 19  J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | Honorable Phyllis J. Hamilton |
| 20              Defendants. | |
| 21 | |
| 22  AND RELATED COUNTERCLAIMS | |

23      Plaintiff Nordic Naturals, Inc. and Defendants J.R. Carlson Laboratories, Inc. and
24  Metagenics, Inc. by and through their counsel of record, hereby request permission to bring the
25  following audio/visual equipment to the tutorial for claim construction in the above-referenced
26  matter on April 11, 2008 at 9:00 a.m. in Courtroom 3:
27      1)    Digital projector
28

MPK 140580-1.062114.0123                    - 1 -       **JOINT REQUEST FOR PERMISSION TO BRING AUDIO/ VISUAL EQUIPMENT TO APRIL 11, 2008 TUTORIAL
CASE NO. C-07-02385 PJH**

1. 2) Laptops

2. 3) Miscellaneous cables and switches

Respectfully submitted this 9th day of April, 2008.

| MCDERMOTT WILL & EMERY LLP | JONES DAY |
|---|---|
| By: */s/ William G. Gaede, III* <br> William G. Gaede, III | By: */s/ Behrooz Shariati* <br> Behrooz Shariati |
| *Attorneys for Defendants/Counter-Plaintiffs* | *Attorneys for Plaintiff/Counter-Defendants* |

Concurrence in the filing of this document has been obtained from Behrooz Shariati, the signatory listed above.

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

*Attorneys for Defendants/Counter-Plaintiffs*

-oOo-

**IT IS SO ORDERED.**

Dated: April 10, 2008

_____
Judge Phyllis J. Hamilton
Judge, United States District Court

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton