## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### <u>CIVIL MINUTES</u>

**Date: April 11, 2008**                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-2385  PJH**

**Case Name: Nordic Naturals v. J.R. Carlson Laboratories, et al.**

**Attorney(s) for Plaintiff:**        **Behrooz Shariati; James Glore;**
**Attorney(s) for Defendant:**        **Bill Gaede; Brian Baker; Debra Dennett**

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

### PROCEEDINGS

Tutorial-Held.  The court discusses the pretrial deadlines previously set.  The dates shall remain the same at this time.

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc: file**