1  MCDERMOTT WILL & EMERY LLP
   William G. Gaede III (136184)
2  3150 Porter Drive
   Palo Alto, CA  94304-1212
3  Telephone:     (650) 813-5000
   Facsimile:      (650) 813-5100
4
   Attorneys for *J.R. Carlson Laboratories, Inc.
5  and Metagenics, Inc.*

6  JONES DAY
   Behrooz Shariati (State Bar No. 174436)
7  1755 Embarcadero Road
   Palo Alto, CA  94303
8  Telephone:     (650) 739-3939
9  Facsimile:      (650) 739-3900

10 Attorneys for *Nordic Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-02385 PJH<br><br>**JOINT STIPULATION REGARDING PRE-TRIAL DEADLINES** AND ORDER |

The parties hereby stipulate to the following pre-trial schedule.

Dates in **bold** font were set by Court at the March 13, 2008, Case Management Conference. Other dates are proposed by the parties.

| **PRE-TRIAL DISCOVERY DEADLINES** ||
|---|---|
| **Date** | **Event** |
| **April 11, 2008** | **Technology Tutorial** |
| **April 16, 2008** | **Plaintiff's Reply Brief in Support Of Claim Construction Due** |
| **April 30, 2008** | **Claim Construction Hearing** |
| May 30, 2008 | Last day to exchange Expert Reports on issue on which the party bears the burden of proof (Disclosure of Expert Testimony) – Fact Discovery Closes |
| June 6, 2008 | Last day to file motions to compel fact discovery |
| June 13, 2008 | Last Day to exchange Rebuttal Expert Reports |
| June 30, 2008 | Close of Discovery, including Expert Discovery |
| July 9, 2008 | Last day to file Summary Judgment Motions |
| July 23, 2008 | Last day to file Opposition Briefs to Summary Judgment Motions |
| July 30, 2008 | Last day to file Reply Briefs in Support of Summary Judgment Motions |
| **August 13, 2008 (120 Days before trial)** | **Hearing on Summary Judgment Motions** |
| **November 13, 2008** | **Pretrial Conference** |
| **December 8, 2008** | **Jury Trial** |

**I.   PLAINTIFF'S SUPPLEMENTAL STATEMENT REGARDING SCHEDULING**

As noted by Plaintiff in the Parties' Joint Statement filed on March 20, 2008 the schedule provided in this statement is very compressed.  Plaintiff is committed to resolving this case efficiently, however, given the current status of discovery and the Court's time constraints in rendering an opinion on claim construction, Plaintiff respectfully requests that the Court schedule

a further case management conference following the issuance of its claim construction order to reassess the schedule as necessary.

**II.  DEFENDANTS' SUPPLEMENTAL STATEMENT REGARDING SCHEDULING**

Defendants point out that fact discovery has been open in this case in August 2007 and the trial date has been re-scheduled for three months later than originally set. While they do not oppose a further case management conference following the Court's issuance of its claim construction order to re-assess certain deadlines, Defendants object to any postponement of the currently-scheduled December 8, 2008 trial date.

Dated: April 15, 2008

Respectfully submitted,                                    Respectfully submitted,

By:  */s/ William G. Gaede, III*                           By:  */s/ Behrooz Shariati*
       William G. Gaede III                                      Behrooz Shariati

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*    Attorneys for *Nordic Naturals, Inc.*

SVI-56945



4/16/08

- 3 -

**JOINT STIP. RE PRE-TRIAL DEADLINES**
**CASE NO. C-07-02385 PJH**