# EXHIBIT A

**Edmund J. Elder, Jr.**, R.Ph., Ph.D.
**(Ed)**

7401 North Pass
Madison, WI  53719
(608) 497-0117
ed_elder@alumni.musc.edu

University of Wisconsin–Madison
School of Pharmacy
Rennebohm Hall
777 Highland Avenue
Madison, WI  53705-2222
(608) 890-1198
eelder@pharmacy.wisc.edu

EDUCATION:

**Medical University of South Carolina**, Charleston, SC
    Ph. D., Pharmaceutical Sciences; November 1989
    B.S., Pharmacy; May 1985

**Clemson University**, Clemson, SC
    Pre-Professional Studies, Pre-Pharmacy
    1980-1982


EMPLOYMENT:

**University of Wisconsin–Madison**
School of Pharmacy
    Director, Lenor Zeeh Pharmaceutical Experiment Station, July 2007 – present
    Associate Director, Lenor Zeeh Pharmaceutical Experiment Station, April 2006 – June 2007

*Current Responsibilities*
- Hold a key leadership position for providing laboratory services to UW and non-UW clients, including analytical, pre-formulation, and early-stage formulation services
- Provide pharmaceutics expertise to support pharmaceutical and biopharmaceutical development collaborations across campus and for external clients
- Apply project management and business development experience to enhance Station operational effectiveness
- Advise and mentor Station staff
- Share knowledge and expertise through Station participation in and sponsorship of educational programs addressing the process and science of drug development in collaboration with UW–Madison, School of Pharmacy, Extension Services in Pharmacy (continuing education division)

**The Dow Chemical Company**, Midland MI
Dowpharma$^{SM}$
    Global Pharmaceutical Development Director / Applications Development Leader, April 2004 – April 2006
Dow Ventures - Pharmaceutical Technologies Group
    Pharmaceutics Director / Technical Leader, August 2000 – April 2004

*Prior Responsibilities*
- Co-leader (with commercial leader), new business development:  BioAqueous$^{SM}$ Solubilization Services
- Oversight of multi-departmental technical activities for development of a drug delivery service offering including interfacial sciences, engineering, analytical, toxicology, intellectual property/legal, licensing, manufacturing, project management, technical service and QA/regulatory
- Lead external technology development collaborations and alliances including a multi-year university research program
- Represent technical program during client interactions for commercial development activities
- Provide pharmaceutics expertise for various emerging corporate growth and venture opportunities
- Serve as a mentor for potential future leadership staff through formal corporate program

$^{SM}$ Service Mark of The Dow Chemical Company

**Glaxo / Glaxo Wellcome** (now GlaxoSmithKline), Research Triangle Park, NC
Pharmaceutical Sciences
   Sr. Group Leader, Formulation and Process Development, November 1997 – August 2000
   Group Leader, Formulation Development, February 1997 – November 1997
Process Science and Technology
   Research Leader, Liquids Process Development, September 1995 – February 1997
   Research Leader, Pharmaceutical Technology Development, July 1994 – August 1995
   Research Investigator, May 1992 – June 1994
   Senior Scientist, September 1989 – April 1992

*Previous Experience*
- Management:  Group of ten formulation and process development scientists, covering all dosage forms, mentoring of new CMC team leaders, department management team and division leadership committees
- Project Management:  Chemistry, manufacturing and controls (CMC) matrix team leader
  - Responsible for oversight of all cross-functional CMC activities for multiple development programs
  - Represented CMC interests on international product development teams
  - Lead technology transfer and manufacturing site new product implementation teams.
  - Key R&D contact for FDA pre-approval inspections of domestic and foreign contract manufacturing sites.
- Formulation and process development, optimization and scale-up using statistical experimental design
- Primary interface with external development and manufacturing sites for new dosage form technologies including:  soft gelatin capsules, effervescent products, and sterile products blow-fill-seal technology

**Medical University of South Carolina,** Charleston, SC
Department of Pharmaceutical Sciences, Pharmaceutical Development Center (now part of AAI)
   Research Pharmacist and Teaching Assistant, August 1985 – September 1989

**Burroughs Wellcome Company** (now GlaxoSmithKline), Greenville, NC
Pharmaceutical Research and Development Laboratory
   Pharmaceutics Graduate Student Fellow, June 1986 – August 1986

**Family Pharmaceuticals of America, Inc.**, Mt. Pleasant, SC
Mail-service and retail pharmacy, acquired by Medi-Mail, Inc. in 1994, subsequently acquired by Bergen Brunswig Corporation, now AmerisourceBergen Corporation
   Minor Partner, subchapter-S corporation, January 1987 – June 1994
   Part-time Pharmacist, June 1985 – August 1989
   Pharmacy Intern, May 1983 – June 1985


PROFESSIONAL ACHIEVEMENTS:

50 Scientific Presentations (16 invited)

8 Publications and 1 book contribution (*list attached*)

The Visiting Scientist Program for Schools of Pharmacy and Pharmaceutical Scientists
- Presented lectures/seminars at 14 schools/colleges of Pharmacy, 1993 – 2005

Guest Lecturer
- University of Wisconsin–Madison, 2006 – present
- Medical University of South Carolina, Department of Pharmaceutical Sciences, 1991 – 1999, 2007
- University of Texas at Austin, College of Pharmacy, 2001 – 2006
- Michigan State University, ISPE Student Chapter, 2004
- Virginia Commonwealth University/Medical College of Virginia, School of Pharmacy, 1997

Faculty, The Toxicology Forum 29th Annual Winter Meeting, Nanoscale Materials and Public Health, Washington, DC, 2004

Faculty, AAPS 30th Annual Arden House Conference:  Particle Formation and Particle Coating for Pharmaceutical Delivery Systems, 1995

PROFESSIONAL LICENSURE:

South Carolina Pharmacist License, 1985 – present

PROFESSIONAL ACTIVITIES/MEMBERSHIPS/AWARDS

American Association of Pharmaceutical Scientists (AAPS), member 1990 – present (student member 1987–1989)
- Annual Meeting paper screener (PT Section), 1994 – 2000, 2006 – present
- Co-Chair 2004 Annual Meeting Short Course, Particle Engineering Technologies: Theory and Practice
- Moderator (PT Podium Session: Pharmaceutical Processing and Scale-up), Tenth Annual Meeting and Exposition, Miami Beach, FL, 1995
- Planning Committee and Moderator (PT Section), 1995 Southeast Regional Meeting, RTP, NC
- AAPS Special Appreciation Award, 1994 – Co-Chair, 1994 Southeast Regional Meeting, Durham, NC

*Drug Development and Industrial Pharmacy*
- Editorial Advisory Board, 2006 – present
- Journal Article Reviewer, 2000 – present

*European Journal of Pharmaceutics and Biopharmaceutics*
- Journal Article Reviewer, 2007

*Journal of Biomedical Nanotechnology*
- Journal Article Reviewer – Special Issue on "Nanotechnology in Advanced Drug Delivery", 2006

University of Wisconsin–Madison, Extension Services in Pharmacy, Pharmaceutical Industry Courses
- Faculty, Nanoparticles Short Course, 2007, *2008 (scheduled May)*
- Faculty, Applied Drug Development I Short Course, *2008 (scheduled May)*
- Faculty, June Land O'Lakes R&D Conference, *2008 (scheduled June)*
- Faculty, Applied Drug Development II Short Course, 2007, *2008 (scheduled June)*
- Faculty, Applied Drug Development III Short Course, *2008 (scheduled October)*
- Planning Committee, June Land O'Lakes Conference, 2007 – present
- Planning Committee, Applied Drug Development I Short Course, 2007 – present
- Planning Committee, Applied Drug Development III Short Course, 2007 – present
- Planning Committee, Nanoparticles Short Course, 2006 – present
- Planning Committee, Applied Drug Development II Short Course, 2006 – present

University of Minnesota, Center for Nanostructure Applications
- Proposal Reviewer, 2007 – present

National Science Foundation, Office of Industrial Innovation, Small Business Innovation
- Research/Technology Transfer, SBIR/STTR Phase I, Food Safety, Drug, and Nutraceutical Manufacturing Panel, 2006 – present

ISPE Award for Outstanding Service to the Technology Transfer Task Team, November 2003 (book contributions)

The Dow Chemical Company, Special Recognition Award, December 2002 (creation and launch of BioAqueous$^{SM}$ Solubilization Services)

European Federation for Pharmaceutical Sciences (EUFEPS), member 2003 – present

Controlled Release Society (CRS), member 2001 – 2006

Sigma Xi, The Scientific Research Society, member 1988 – present

Medical University of South Carolina (MUSC), *Lifetime Member, MUSC Alumni Association*
- Alumni Association Planning Committee, College of Pharmacy, Class of 1985, Reunion 2000
- Chairman, College of Graduate Studies Annual Fund, 1998 – 1999
- Alumni Association Student Research Day Judge, 1996 – 1998
- The Rho Chi Society (Pharmacy Honorary), College of Pharmacy, 1987
- Roche Pharmacy Communications Award, College of Pharmacy, 1985
- McKesson Presidential Award, College of Pharmacy, 1985

Eagle Scout, Troop 1429 Charleroi, PA, July 26, 1976, *Lifetime Member, National Eagle Scout Association*

## PUBLICATIONS

ME Matteucci, BK Brettmann, TL Rogers, **EJ Elder**, RO Williams III, and KP Johnston, Design of Potent Amorphous Drug Nanoparticles for Rapid Generation of Highly Supersaturated Media, *Molecular Pharmaceutics*, 4(5): 782-793, **2007**.

**EJ Elder**, JC Evans, BD Scherzer, JE Hitt, GB Kupperblatt, SA Saghir, and DA Markham, Preparation, Characterization, and Scale-up of Ketoconazole with Enhanced Dissolution and Bioavailability, *Drug Development and Industrial Pharmacy*, 33:7, 755 - 765, **2007**.

**EJ Elder**, JE Hitt, TL Rogers, CJ Tucker, SA Saghir, S Svenson, and JC Evans, Particle Engineering of Poorly Water Soluble Drugs by Controlled Precipitation in Polymeric Drug Delivery Volume II - Polymeric Matrices and Drug Particle Engineering, Svenson, S., (Ed.), ACS Symposium Series, Vol. 924, American Chemical Society, Washington, DC, **2006**.

JC Evans, BD Scherzer, CD Tocco, GB Kupperblatt, JN Becker, DL Wilson, SA Saghir, and **EJ Elder**, Preparation of Nanostructured Particles of Poorly Water Soluble Drugs via a Novel Ultra-Rapid Freezing Technology in Polymeric Drug Delivery Volume II - Polymeric Matrices and Drug Particle Engineering, Svenson, S., (Ed.), ACS Symposium Series, Vol. 924, American Chemical Society, Washington, DC, **2006**.

TL Rogers, IB Gillespie, JE Hitt, KL Fransen, CA Crowl, CJ Tucker, GB Kupperblatt, JN Becker, DL Wilson, C Todd, CF Broomall, JC Evans, and **EJ Elder**, Development and Characterization of a Scalable Controlled Precipitation Process to Enhance the Dissolution of Poorly Water-Soluble Drugs, *Pharmaceutical Research*, 21(11), 2048-2057, **2004**.

RD Connors and **EJ Elder**, Using a Portfolio of Particle Growth Technologies to Enable Delivery of Drugs With Poor Water Solubility, *Drug Delivery Technology*, 4(8), 78-83, **2004**.

**EJ Elder**, JE Hitt, TL Rogers, CJ Tucker, SA Saghir, S Svenson, and JC Evans, Particle Engineering of Poorly Water Soluble Drugs by Controlled Precipitation, *Polymeric Materials Science and Engineering*, 89:741, **2003**.

JC Evans, BD Scherzer, CD Tocco, GB Kupperblatt, JN Becker, DL Wilson, SA Saghir, and **EJ Elder**, Preparation of nanostructured particles of poorly water soluble drugs via a novel ultra-rapid freezing technology, *Polymeric Materials Science and Engineering*, 89:742, **2003**.

## BOOK CONTRIBUTIONS

**EJ Elder** (contributor), Dosage Forms (Clinical Supplies and Commercial Product): APIs, Excipients and Raw Materials, Chapter 5.3 in Technology Transfer (ISPE Good Practice Guide), ISPE, Tampa, FL, **2003**.

## DOCTORAL DISSERTATION

**EJ Elder**, Development of a Dry Coating Method for Formulating Sustained-Release Products, Medical University of South Carolina, Charleston, SC, **1989**