Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,** | Case No. C-07-2385 pjh |
| **Plaintiff,** | **DECLARATION OF JAMES E. GLORE IN SUPPORT OF PLAINTIFF NORDIC NATURALS, INC.'S REPLY CLAIM CONSTRUCTION BRIEF** |
| v. | |
| **J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,** | |
| **Defendants.** | Date:    April 30, 2008<br>Time:    9:00 a.m.<br>Before:  The Honorable Phyllis J. Hamilton |

I, James Glore, declare as follows:

1.  I am an attorney with Jones Day, 1755 Embarcadero Road, Palo Alto, CA 94303, and admitted to practice before the United States District Court for the Northern District of California. I have personal knowledge of the facts stated herein, unless otherwise indicated.

2.  Attached hereto as **Exhibit A** is a copy of F. S. Hom & Robert F. Jimerson, *Capsules, Soft*, in 2 ENCYCLOPEDIA OF PHARMACEUTICAL TECHNOLOGY 269-284 (James Swarbrick & James C. Boylan eds., 1990), produced by Defendants at Bates numbers DEF00007399 - DEF00007416.

3. Attached hereto as **Exhibit B** is a copy of Robert F. Jimerson, *Soft Gelatin Capsule Update*, *in* 12(8&9) DRUG DEVELOPMENT AND INDUSTRIAL PHARMACY 1133-1144 (Marcel Dekker, Inc. 1986), produced by Defendants at Bates numbers DEF00007386 - DEF00007398.

4. Attached hereto as **Exhibit C** is a true and correct copy of the specifications and claims as originally filed in Application 09/416017 issued as U.S. Patent No. 6,346,231, produced by Plaintiff at Bates numbers NOR 0000013 - NOR 0000026.

5. Attached hereto as **Exhibit D** is a true and correct copy of the Code of Federal Regulations 21 C.F.R. section 172.585 (2008).

6. Attached hereto as **Exhibit E** is a true and correct copy of the specification and claims as originally filed in Application 10/042877 issued as U.S. Patent No. 6,652,879, produced by Plaintiff at Bates number NOR 0000153 – NOR 0000162.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct,

Executed on April 16, 2008, at Palo Alto, California.

        /s/ James E. Glore
        James E. Glore