# EXHIBIT A

# ENCYCLOPEDIA OF PHARMACEUTICAL TECHNOLOGY

*Editors*

## JAMES SWARBRICK
Professor and Chairman of Pharmaceutics
School of Pharmacy
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina

## JAMES C. BOYLAN
Director
Scientific Affairs and
Research & Development
Hospital Products Division
Abbott Laboratories
Abbott Park, Illinois

## VOLUME 2

### BIODEGRADABLE POLYESTER POLYMERS AS DRUG CARRIERS TO CLINICAL PHARMACOKINETICS AND PHARMACODYNAMICS

**MARCEL DEKKER, INC.     NEW YORK AND BASEL**

DEF00007399

Library of Congress Cataloging in Publication Data
Main entry under title:

Encyclopedia of Pharmaceutical Technology.
editors: James Swarbrick, James C. Boylan.

Includes index.
1. Pharmaceutical technology—Dictionaries. 1. Swarbrick, James,  1934-
II. Boylan, James C., 1943-.
[DNLM: 1. Chemistry, Pharmaceutical—encyclopedias. 2. Drugs—
encyclopedias. 3. Technology, Pharmaceutical—encyclopedias. QV 13 E565].
RS192.E53 1988          615'.1'0321—dc19

COPYRIGHT © 1990 by MARCEL DEKKER, INC.  ALL RIGHTS RESERVED.

Neither this book nor any part may be reproduced or transmitted in any form or by
any means, electronic or mechanical, including photocopying, microfilming, and
recording, or by any information storage and retrieval system, without permission
in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

LIBRARY OF CONGRESS CATALOG CARD NUMBER:  88-25664
ISBN: 0-8247-2801-7

Current printing (last digit):
10 9 8 7 6 5 4 3 2

PRINTED IN THE UNITED STATES OF AMERICA

DEF00007400

# Capsules, Soft

## Introduction

*Soft, elastic gelatin capsules* (SEGs) are one-piece, hermetically sealed, soft gelatin shells containing a liquid, a suspension, or a semisolid. The nomenclature for this dosage form has now been changed to *softgel** by the trade association comprising the leading producers of this dosage form in the United States. This name change was made to distinguish more clearly this particular dosage form in the marketplace from two-piece hard-shell capsules.

Within the pharmaceutic and related industries, the manufacture of softgels is a unique operation. Although many manufacturers have the equipment and facilities to develop and produce dosage forms such as tablets and two-piece hard-shells, relatively few can produce softgels. The volume of softgels marketed by a single company often does not justify capital expenditures for equipment, facilities, and support personnel. Because a continuous operation of twenty-four hours a day, seven days a week is the most efficient way to produce softgels, production has become primarily a contract-manufacturing operation.

## Historical Background

The soft, elastic gelatin capsule historically dates back to France in the 1830s when the pharmacists Mothes and DuBlanc developed the dosage form. At that time the purpose was to mask the obnoxious tastes and odors of the drugs that were in use. In May of 1834, DuBlanc and Mothes were issued a patent for a capsule prepared by dipping a mercury-filled leather sack into a solution of molten gelatin. The gelatin film was allowed to dry, and then the sack was removed. Medication was added to the capsule by means of an eye dropper or pipette, and it was then sealed with a drop of molten gelatin. Later, iron molds were developed; however, the method of manufacture was long and tedious, with fill variations of some 20 to 40% and yield losses of up to 20%. Therefore, the soft, elastic gelatin capsule had little value as a commercially viable dosage form.

Later a plate method was developed that utilized two sets of plates with matching indentations. A sheet of gelatin was poured over the surface of one plate, medication was filled into the formed pockets, a second sheet of gelatin was laid on top, and then the two plates were pressed together. This first commercial method of producing

*The SGA (Softgel Association) terminology for the one-piece, hermetically sealed, soft gelatin shell containing medication in a liquid or semiliquid state that has been formed, filled, and sealed in one continuous operation.

**269**

DEF00007401



**FIG. 1.** The original Scherer production model as it resides today in the Smithsonian's Gallery of Medical History.

soft, elastic gelatin capsules is still in use today to a minor extent. However, a major drawback of this method is the long exposure of the fill material to oxidation.

The major breakthrough in SEG technology occurred in 1933 when Robert P. Scherer, an engineer, patented what is now known as the *rotary die process* as a continuous means of encapsulation [1]. This process, with various modifications over the years, has become the industry standard for manufacturing soft, elastic gelatin capsules around the world. The original rotary die encapsulation machine shown in Fig. 1 is now on display in the Smithsonian Institute in Washington, D.C. The rotary die process achieves a fill accuracy of 1 to 3% of target and yields in the range of 98 to 100% of theory, making it equivalent to or better than other solid oral dosage forms. Liquid fills have a greater fill accuracy than suspensions, and larger fill weights (above 150 mg) have a higher percentage accuracy than smaller fill weights (below 150 mg).

The Accogel process was developed in 1948 by Lederle Laboratories. This process utilizes a rotary die concept very similar to the Scherer process; however, it is used to fill powders, slugs, and pelleted formulations. Another encapsulation system, called the *reciprocating die process*, was developed in 1949 by the Norton Company. This process is again similar to the Scherer process except that the soft, elastic gelatin capsules are formed, sealed, and cut out by vertically positioned reciprocating dies. The dies first form open shells in the gelatin ribbon. These shells are filled with medicament. As the soft, elastic gelatin capsules pass through the dies a second time,

DEF00007402

the dies seal and cut the soft elastic gelatin capsules out of the ribbon. This process may be used for filling both semisolid and pelleted material.

## Applications

Soft, elastic gelatin capsules are produced in a wide variety of sizes, shapes, and colors. Because of their special properties and advantages, they have a wide range of uses but are most generally used in the pharmaceutic and health-related fields. Primary current applications include ethical and OTC oral dosage forms, rectal and vaginal suppositories, topicals, and eye and ear unit-of-use products. By coating or otherwise rendering the shell insoluble, they may also be rendered enteric in order to allow passage through the stomach before opening. Chewable, soft, elastic gelatin capsules may also be used to administer materials such as antacids, cough-cold, and vitamin preparations. They also offer a wide range of applications in providing a means of delivering cosmetics and various industrial compounds.

## Shell Composition

The major component of the shell is gelatin. The nature of gelatin makes it an ideal substance for encapsulation in terms of its physical, chemical, and physiologic properties. Water and plasticizers such as sorbitol, glycerin, and polyethylene glycol are added to provide elasticity. Additional components that may be added include preservatives, dyes, opacifying agents, flavors, sweeteners, enteric agents, and medicaments.

Gelatin is obtained by the partial hydrolysis of collagen derived from the skin, white connective tissues, and bones of cattle or swine [2, 3]. The industrial production of gelatin consists of a series of steps including extraction, neutralization, drying, and grinding. The physical and chemical characteristics of the end product are determined largely by the type of the collagen used, method of extraction, pH, thermal history, and electrolyte content.

In addition to the requirements for gelatin found in the official compendium [4], manufacturer specifications for soft, elastic gelatin capsules require determination of gel strength, viscosity, and microbiologic evaluation. The Bloom or gel strength of a given gelatin is the measurement of the cohesive strength of the gelatin crosslinking. In 1925, O. T. Bloom developed an instrument that has remained relatively unchanged as the standard apparatus for testing throughout the world. The Bloom strength of gelatin is the measurement in grams of the force required to move a plastic plunger, 0.5 inches in diameter, 4 mm into a 6.67% gelatin gel that has been held at 10°C for a period of 17 hours. The Bloom or gel strength of gelatin for encapsulation is usually in the range of 100 to 250 Bloom grams.

DEF00007403

**Capsules, Soft**

The viscosity of the gelatin solution, which is correlated to molecular chain length, is also determined on a 6.67% solution. It is typically in the range of 25 to 45 millipoise at 60°C.

An obvious area of concern for a substance such as gelatin is microbial contamination. Gelatin, at higher moisture levels, can be an excellent growth medium, and for that reason extensive testing is necessary to assure that certain organisms are not present. The NF XVI calls for a total bacteria count of not more than 1000 organisms per gram and the total absence of *Salmonella* species and *E. Coli*. In addition, the manufacturer may specify other appropriate testing such as gel mass clarity and color determination.

## Plasticizers

Typical plasticizers used in conjunction with soft, elastic gelatin capsules are glycerin and sorbitol. They provide the elastic properties associated with the soft, elastic gelatin capsule. The gelatin-to-plasticizer ratio has an important influence on relative hardness or softness, as well as on the dissolution rates of the shell. These concepts are discussed in greater detail later in this article. Although other plasticizers are used, glycerin still remains the first choice because it is edible, relatively pure, and readily available.

## Shell Additives

In addition to the plasticizer, numerous other components may be added to the gelatin shell. Among these are preservatives such as methyl and propyl parabens; approved color additives; opacifying agents including titanium dioxide; ethyl vanillin and other flavoring agents; and sweetening agents. The addition of medicaments is possible, but for most substances much of the gelatin mass is lost in the encapsulation process.

The utilization of approved dyes or color additives is an important consideration in the formulation of soft, elastic gelatin capsules. Color is often affected by the type of fill material used. As a general rule, the shell should not be lighter in hue than the fill material. Care should be taken to assure that the fill does not darken due to chemical reactions between ingredients, such as ascorbic acid and iron salts in vitamin-mineral formulations. Larger soft, elastic gelatin capsules are frequently darker to avoid highlighting size. Clear colors are typically used with clear fill materials and opaque colors with suspensions.

The influence of shell additives on the dissolution rate has been investigated [5]. The additives commonly used have only a slight effect on the rate of dissolution.

## Fill Material

An important consideration in the development of a soft, elastic gelatin capsule is the nature of the fill material. A wide range of materials from mobile liquids to thick suspensions, can be encapsulated. As previously mentioned, solids can be encapsulated to a limited degree with some equipment, but in general, the fill material of an SEG is a liquid or a suspension of a solid in a liquid. Two basic categories of materials can be encapsulated into soft, elastic gelatin capsules.

1. Water-immiscible liquids such as vegetable and aromatic oils, aromatic and aliphatic hydrocarbons, chlorinated hydrocarbons, ethers, esters, alcohols, and high-molecular-weight organic acids
2. Water-miscible liquids are more or less limited to polyethylene glycols and nonionic surface-active agents such as the polysorbates. Small amounts of other water-miscible liquids may be encapsulated if they are not volatile and are suitably diluted.

Materials that cannot be encapsulated in high concentrations are water; low-molecular-weight, water-soluble, volatile organic compounds; alcohols; ketones; acids; amines; and esters. These materials readily migrate through the gelatin shell. Aldehydes have a tanning effect on gelatin, and liquids with a pH below 2.5 or above 7.5 should also be avoided. Acidic fills attack the gelatin shell and cause hydrolysis and leakage, and alkaline fills cause a tanning of gelatin and retard shell solubility.

Drugs that are insoluble in a solvent can be encapsulated in a suspension form. The particle size should be 80 mesh or finer. In general, most solids may be encapsulated in this manner; however, limitations do exist for some compounds due to their affinity for water and the resultant effect on the gelatin shell. The moisture content in the shell can range from 6 to 10%. Included in this group are strong acids, alkalies, and their salts. A substance such as aspirin that is unstable in the presence of moisture is unsuitable.

## Size Determination

Size is important; as a general rule, the smaller the better. Smaller soft, elastic gelatin capsules require fewer excipients, are produced at faster rates, require smaller containers, and are easier to swallow.

For a liquid, size is calculated directly from density. For a nonflowable material (viscous liquid, semisolid, or solid), the base absorption value is used to determine size and is expressed as the number of grams of a liquid base required to produce a flowable material for encapsulation when mixed with one gram of substance. In order to determine a base absorption value, small measured increments of a liquid

base are added to a weighed amount of the substance until the mixture attains suitable flow characteristics. The base absorption value of a substance may be expressed as the grams of base per gram of solid. Note that this value is dependent upon the specific vehicle used. The base absorption value is then translated into the milliliter per gram factor (ml/g), the volume in milliliters that is occupied by one gram of the substance plus the weight of the liquid base required to make a flowable mixture. This can be expressed by the following formula:

$$ml/g = (1 + B)/D$$

where $B$ is the base absorption value and $D$ is the density of the mixture in g/ml. Because these values (ml/g) are additive for most vehicles, charts on which these values have been determined for common materials are convenient for calculating size and fill volume.

The following is a sample calculation for niacinamide:

Given: 30 grams of niacinamide requires 18.0 grams of an oil to provide a flowable mix.

The base absorption value is then calculated:

$$\frac{18.0}{30} = 0.60$$

It is then determined that this mix has a density of 1.28.

$$\frac{1 + B}{D} = \frac{1 + 0.60}{1.28} = 1.25 \text{ ml/g factor for niacinamide}$$

Therefore, the fill volume is equivalent to 1.25 ml per gram of niacinamide in the formulation.

## Manufacture

The production processes include preparation of the gelatin mass and of the fill material. The gelatin mass is prepared by adding accurately metered chilled water and plasticizers to granular gelatin. These ingredients are mixed until a fully hydrated, fluffy mass has been achieved and then melted under vacuum to produce a clear gelatin mass. The gel mass is then transferred from the melter into electrically heated receivers to be held until ready for use in encapsulation. The mass consists of 40 to 50% gelatin, 20 to 30% plasticizer, and 30 to 40% water. It may be used as is, or coloring agents, preservatives, opacifiers, flavors, or medicaments may be added by means of a high-speed mixer. At this time, tests may be performed to check water content, color, clarity, or other attributes.

The other simultaneous operation is the preparation of the fill material.

Capsules, Soft                                                                    275



**FIG. 2.**  Schematic drawing of Softgel rotary die process. (Courtesy of R. P. Scherer Corporation, Troy, Michigan, 48084)

Ingredients are weighed and blended into a liquid base and homogenized. Milling equipment is used to break up agglomerates of solids and to assure that the powders are properly wetted with the liquid base. Because most soft, elastic gelatin capsule encapsulation machines utilize a positive displacement pump, the fill material must be deaerated in order to maintain uniformity of dosage. Removal of oxygen is also important for product stability. In-process quality control testing of potency, specific gravity, viscosity, homogeneity, and moisture determinations may be performed at this time. These tests vary with the type of product being manufactured.

The gel mass and fill material then come together in the encapsulation phase of the operation. Figure 2 shows a schematic of the rotary die process. The heated gel mass is fed by gravity into two spreader boxes that cast a thin ribbon of gelatin on each of two rotating cooling drums. The ribbon thickness is carefully controlled by adjusting the openings on the spreader boxes. Both ribbons must be cast at the same thickness. The gelatin ribbons are lubricated by mineral oil, pass over guide rolls, and then pass between the wedge and rotating die rolls.

At the same time, the fill material flows from the holding receiver into a positive-

DEF00007407

displacement pump. The pump precisely meters the fill material through a series of leads, through the wedge, and between the gelatin ribbons that are passing between the die rolls. Small orifices in the wedge line up with the pockets of the die rolls. The soft, elastic gelatin capsule is about half-sealed as the injection of the fill material forces the gelatin ribbons to the sides of the pockets. The soft, elastic gelatin capsules are simultaneously filled, shaped, sealed, and cut out from the gelatin ribbons. Sealing results from the mechanical pressure of the die rolls and the heat from the wedge on the ribbons.

In-process testing includes measurement of ribbon thickness, seal thickness, and fill weights. The filled and sealed soft, elastic gelatin capsules are removed from the gelatin ribbon and pass through a solvent wash to remove the lubricant. They then pass through a series of rotating baskets in a dryer. This process results in a rapid decrease in the moisture content of the shell. The soft, elastic gelatin capsules are spread on drying trays where they complete the drying phase under conditions of tightly controlled temperature and humidity. When drying is complete, the shell contains 5 to 10% water, depending on the gelatin formula used.

Once the soft, elastic gelatin capsules have been properly dried and inspected, they undergo further processing, such as branding or printing. They may be printed by either a linear or spin print, parallel or perpendicular to the long axis, and are then ready for packaging, quality assurance testing, and release for shipment.

## Validation

As in any pharmaceutical operation, a validation program is essential [6, 7]. The facilities used for all operations must be in compliance with regulations and current Good Manufacturing Practices. The validation program for soft, elastic gelatin capsule production is similar to that of other solid oral dosage forms. Major differences include the encapsulation and the drying phases. Special attention must be given to air-handling systems. Temperature and humidity must be carefully controlled for production and to facilitate proper drying.

Appropriate raw material specifications and product specifications that include physical, chemical, and microbial evaluations are essential. Important process controls include machine speed, gelatin temperature, and ribbon thickness. Revalidation must be performed when significant changes are made to previously validated steps of the process.

## Formulation

Billions of soft, elastic gelatin capsules are produced annually. When proper formulation is matched with proper manufacturing techniques, no problems result. However, experience has shown that due to the inherent nature of the dosage form,

DEF00007408

| TABLE 1 | Suggested Gelatin-to-Glycerin Ratio for Several Product Categories |
|---|---|
| Product Type | Suggested Range of Gelatin to Glycerin |
| Oral with oil base | 1.5–3.0 |
| Oral with oil plus surfactant | 1.0–2.0 |
| Water-miscible | 1.0–2.2 |
| Solvents having a hardening effect on the shell | 0.8–2.0 |
| Squeeze-out type tubes | 0.5–1.5 |
| Suppositories | 0.4–1.0 |
| Chewables | 0.4 and less |

an occasional physicochemical problem can occur. In order to prevent such problems, the development pharmacist must understand their causes. With suitable experience, the formulator can overcome problems such as color changes by selecting suitable gelatin, dyes, and drying conditions.

Formulation modification to both shell and fill [8–10] can usually overcome physical instability associated with leakage of certain types of components through the shell.

Sometimes a thin film sack is left around the contents of the shell during dissolution testing. Tests have shown that such a phenomenon does not occur in vivo and bioavailability is not affected. When this does occur, the dissolution test should be modified to simulate the action of gastric fluids.

## Shell Water Content

Products made in soft, elastic gelatin capsules have a variety of uses. The shell hardness varies with the intended use and ranges from hard, PEG-based to soft, chewable products (see Table 1).

The relative hardness of the shell is a function of the gelatin to glycerin ratio, as shown in Fig. 3. The equilibrium moisture content of the shell at a given relative humidity and temperature is a function of this ratio [11, 12]. Water transport between a soft, elastic gelatin capsule and the atmosphere is a reversible process. Therefore, after drying soft, elastic gelatin capsules to their intended moisture content, they must be protected from further change of moisture or temperature.

Increasing the water content or temperature causes them to become soft, stick together, or leak; it also affects the potency of the product. Overdrying or decreasing the temperature results in hard, brittle shells that may crack if they receive a mechanical shock, such as occurs when the product is dropped.

DEF00007409

278

**Capsules, Soft**



FIG. 3.   Effect of the gelatin-to-glycerin ratio on the relative hardness of the capsule shell.

## Microbial Considerations

Care must be taken that preservative-free, soft, elastic gelatin capsules do not pick up sufficient moisture to permit microbial growth. Gelatin, being a protein, is potentially a good growth medium for microorganisms. The USP XXI-NF XVI Gelatin monograph specifies a microbial limit [4]. Widmann and Croome [13], in a review on the subject, point out that gelatin produced using Good Manufacturing Practices including soft, elastic gelatin capsule production, does not result in higher microbial incidence than do other comparable materials. Utilizing Good Manufacturing Practices and adequate drying techniques, satisfactory products may be manufactured, even without preservatives [14].

Microorganisms must have moisture for growth and propagation. The pH of the system must also be considered [15–17]. At values lower than 4.0, bacterial action is suppressed, but mold and yeast grow abundantly. Above pH 5.0 and especially near neutrality, proteolytic bacteria become active [18].

Hygroscopic compounds are used to lower the water activity of food products as a

DEF00007410

means of preservation [19]. A wide range of humectants, including polyols (e.g., glycerin), sugars, and salts are used for this purpose. Soft, elastic gelatin capsules contain a high concentration of glycerin as a plasticizer, which also functions to reduce the water activity. Although "dried" soft, elastic gelatin capsules have a water content of 5 to 10%, this water is bound to the gelatin and polyol and therefore is unavailable for microbial growth.

## Other Water Considerations

Because any water change affects the shell consistency, chewables should be stored in water-impermeable containers, not in polyethylene or polystyrene.

As part of the normal manufacturing process, soft, elastic gelatin capsules are dried to equilibrium with an atmosphere of approximately 25% relative humidity at 25°C. Storage of these dried capsules at other than recommended conditions may present problems such as softness and stickiness. Accelerated studies by storage at high temperature are limited by the softening point of the gelatin shell. As the moisture content of the gelatin shell decreases, its softening-point temperature increases. On this basis, Hom [10] developed a method permitting accelerated evaluation of formulations. By drying the soft, elastic gelatin capsules to well below their normal water content, they can be stored at 60°C or higher. Drug stability, pellicle formation, color stability, dissolution, and other characteristics can then be evaluated.

## Bioavailability

One of the first reported investigations of dissolution rates of vitamin and mineral soft, elastic gelatin capsules was by Mattocks in 1963. Later studies showed greater bioavailability from soft elastic gelatin capsules than from other dosage forms [20, 21]. Eckert and associates [22] in 1969 investigated various tests for determining drug availability from soft, elastic gelatin capsules. Finding the polyethylene bag procedure developed by Widmann [23] to be reproducible, they compared the results to in vivo data. Using x-ray photography to monitor swallowing of SEGs by human subjects, they found the initial release of fill material to occur between 6 and 9 minutes after ingestion. This corresponds to a time of 1 to 4 minutes in vitro when the soft, elastic gelatin capsules were immersed in simulated gastric fluid at 37°C using Widmann's apparatus.

In 1968, Hom and Miskel began a program to develop drug products in soft, elastic gelatin capsules [24], investigating enhanced dissolution rates [25], and the effects of formulations on bioavailability [26–28].

DEF00007411

As the work progressed, they reported on factors affecting dissolution of the shell [5], methods for determination of drugs in dissolution media and body fluids [29–31], and the technology needed for improving performance [10, 11].

Since 1968, many approaches have been taken to enhance the bioavailability of certain compounds. When drugs with low bioavailability were encapsulated as solutions rather than as suspensions, greater bioavailability was produced using both water-miscible solvents [32–33] and water-immiscible solvents [34]. The encapsulation of a solution of digoxin resulted in a 20% greater bioavailability than the tablet product [32].

When enhanced bioavailability from a solution in soft, elastic gelatin capsules was achieved, drug absorption was more consistent, with less patient-to-patient variability [35]. Also in a comparison to a tablet formulation, the solution in a soft, elastic gelatin capsule has a lower ulcerogenic potential (ulcer index) of orally administered dexamethasone in the rat [36]. An advance in formulation for faster onset and greater extent of absorption of several drugs has recently been achieved [37].

A second approach was to increase the drug's dwell time in the upper gastrointestinal tract (delaying gastric emptying), where most of the absorption take place. Misher patented a method of reducing gastrointestinal spasms with poloxamers [38]. Using Misher's concept, Miskel and Hom determined the optimum poloxamer and the optimum concentrations for enhancing the bioavailability of several drugs [26–28].

Formulating soft, elastic gelatin capsules to deliver drugs at specific absorption sites may also be advantageous. Molecules that undergo significant presystemic metabolism (e.g., direct lymphatic transport) should bypass the liver and thus improve their systemic delivery. Soft, elastic gelatin capsules may be readily formulated for intestinal lymphatic transport of lipophilic drugs [39]. These drugs may be encapsulated as solutions [40], nonaqueous emulsions [41], or solutions in a self-emulsifying vehicle [42].

Soft, elastic gelatin capsules may be designed to float on the gastric fluid by a technique similar to those reported for prolonging the retention time of hard-shell capsules in the stomach [43–45]. Enteric release of a drug in the intestine may be produced by coating the shell or otherwise reducing its solubility in gastric fluid. SEGs may also be manufactured in suppository forms for either vaginal or rectal administration. Additionally, soft, elastic gelatin capsules may be manufactured as squeezable tubes for topical applications of nonaqueous creams and ointments and for navel absorption, as advocated by Chien [46].

## Chewable, Solid-State, and Sustained-Release Forms

*Chewable* SEGs are designed to release an active ingredient in the mouth. One type leaves a residue of a water-insoluble gum [47], and a second dissolves completely. They contain higher plasticizer and water concentrations than conventional soft, elastic gelatin capsules for ease in chewing. The fill as well as the shell may be

DEF00007412

flavored and sweetened. Besides the active ingredients in the fill, small amounts may be incorporated into the shell.

*Solid-state* SEGs contain a solid fill within the shell. This fill is a rigid gel system composed of gelatin, casein, collagen, albumin, soya protein, or soya peptone in the form of a water-soluble macromolecular gel lattice matrix. The medicinal ingredient is contained in an aqueous solution, suspension, or dispersion within this matrix [48]. The solid-state, soft, elastic gelatin capsule is swallowed intact and is formulated to release the drug slowly by an erosion process. The drug-release rate approximates a zero order. Thus, it is a useful controlled-release dosage form for low-dose drugs.

*Sustained-release*, soft, elastic gelatin capsules are designed for oral administration and are swallowed intact. Recently, Hom and Shelley [49] reviewed the literature on topics related to the controlled release of drugs from softgels and found only a few reports on the development of these products. In 1970 Widmann and co-workers [50, 51] appeared to be the first to report on such formulations. Because the rotary die process was to be used for the manufacture of these formulas, they used liquid to semisolid matrices exclusively. These systems consist of either shellac or polyvinyl acetate dissolved in polyethylene glycols together with other components to control the delivery of the drugs. Because these systems are liquid to semisolid at room temperature, they can disperse or remain cohesive after the dissolution of the shell. Consequently, wide variation in the release rate of the drug can occur. In an attempt to overcome this predicament, D'Onofrio and associates [52] developed a procedure that allows an oil slurry of microcapsules to be filled. This method is restricted in the choice of solvents that can be used for the coacervation process. Thus, it has only limited application. Recently, Schmidt and Stockerbrand [53] developed a new formulation for sustained release. It differs from the previous ones in that the process uses a thixotropic system of ethylcellulose and nonaqueous solvents. One such solvent is citric triethylester. It gave cohesion and miscibility between the other components. Apparently, at about 10% drug load after the shell dissolved, the formation of the ethylcellulose film is complete and drug release is by diffusion. At about 45% drug load, however, the formulation of the barrier layer is incomplete or weak, and drug release is by erosion of the matrix. Unfortunately, there are no bioavailability data, and no correlation between in vitro and in vivo results is reported.

Hom and Ebert [54] have developed a new sustained-release system. The drug is entrapped in a water-insoluble, soft, cohesive matrix within the shell. Once the shell is dissolved, drug release is by very slow diffusion, and the transfer occurs at the interfaces formed between the matrix and the medium. Because of this unique release mechanism, the USP methods for in vitro dissolution are not applicable without modification. Instead, a rotating bottle–sliding basket method has been developed [55]. After the shell has dissolved during the test, the soft, cohesive matrix remains intact. The matrix, being nearly floatable in the dissolution medium, tends to assume a mass with a low surface area. As the bottle rotates end-over-end and causes the basket to slide back and forth, this cohesive mass impacts onto one end of the basket. This impact force distorts and convolutes the mass and creates new surfaces. In this manner, drug release continues until completion. Bioavailability data show drug release is sustained and complete when compared to a standard product [54].

DEF00007413

Capsules, Soft

**TABLE 2**  Special Features and Advantages

*Liquid drugs* like valproic acid, clofibrate, and simethicone are encapsulated as is. The drug has the advantage of a solid dosage form yet is still in its pure, liquid state.
*Content uniformity and accuracy* are improved for potent, low-dose drugs like digoxin, ergoloids, steroids, and nifedipine when dissolved in a suitable liquid system and encapsulated as a solution in softgels.
*Bioavailability* with respect to onset and extent of gastrointestinal absorption of a drug known to be slow and low, respectively, from tablets is improved when administered as a solution encapsulated in soft, elastic gelatin capsules.
Commercial products with these features and advantages include:

| Active Material | Trade Name | Manufacturer |
|---|---|---|
| Clofibrate | Atromid-S® | Ayerst |
| Digoxin | Lanoxicaps® | Burroughs Wellcome |
| Ergoloids | Hydergine® | Sandoz |
| Nifedipine | Procardia® | Pfizer |
|  | Adalat® | Miles |
| Simethicone | Phazyme® | Reed & Carnrick |
| Valproic Acid | Depakene® | Abbott |

## Product Integrity

A major tragedy and concern within the pharmaceutic industry in recent years has been the occurrence of tamperings with unsealed, two-piece, hard-shell capsules. The close association of soft, elastic gelatin capsules with the capsule terminology in general has presented some problems. Because of this similarity in nomenclature, the SGA (Softgel Association) decided to drop *capsule* completely from the description of this dosage form. Although related to two-piece, hard-shell capsules, soft, elastic gelatin capsules are difficult to tamper with [56]. Puncturing the shell, adding a toxic material, and resealing the shell without resultant leakage during storage and without visible signs of alteration is a difficult task. Although no dosage form is tamper-proof, the soft, elastic gelatin capsule does offer characteristics that render it both tamper-evident and tamper-resistant.

## Summary

The one-piece, hermetically sealed, soft, elastic gelatin capsule is a dosage form that offers many advantages as a delivery system for pharmaceutic and related products [57–59]. The variety of shapes, sizes, and colors and its general elegance aid in its ability to enhance patient compliance. Studies [60] have indicated a general consumer preference for the dosage form in terms of aesthetics, perceived effectiveness,

DEF00007414

and ease of swallowing. Table 2 gives some special features and advantages of this dosage form.

Soft, elastic gelatin capsules can often solve formulation problems more effectively than tableting techniques [61], particularly when flow problems exist with powders or when drugs respond poorly to compression. They also afford excellent protection against oxidation [11]. Therefore, the formulating pharmacist may wish to consider soft, elastic gelatin capsule early in the development phase of a new product.

## References

1. Scherer, R. P., U.S. Patent No. 1,970,396 (1934).
2. Ward, A. G., and Courts, A., eds., *The Science and Technology of Gelatin*, Academic Press, New York, 1977.
3. Veis, A., *Macromolecular Chemistry of Gelatin*, Academic Press, New York, 1964.
4. *The U.S. Pharmacopeia XXI–The National Formulary XVI*, United States Pharmacopeial Convention, Inc., Rockville, MD, 1985, pp. 1563–1564.
5. Hom, F. S., Veresh, S. A., and Miskel, J. J., *J. Pharm. Sc.*, 62:1001–1006 (1973).
6. Berry, I. R., *Drug Cosm. Ind.*, 134:26 (1984).
7. Berry, I. R., *Drug Cosm. Ind.* 139:36 (1986).
8. Armstrong, N. A., James, K. C., and Pugh, W. K. L., *J. Pharm. Pharmacol.*, 36:361–365 (1984).
9. Serajuddin, A. T. M., Sheen, P. C., and Augustine, M. A., *J. Pharm. Sc.*, 75:62–64 (1986).
10. Hom, F. S., *Drug Dev. Ind. Pharm.*, 10:275–287 (1984).
11. Hom, F. S., Veresh, S. A., and Ebert, W. R., *J. Pharm. Sc.*, 64:851–857 (1975).
12. Hom, F. S., Soft Gelatin Capsules: Biopharmaceutics. Tenth Midwest Meeting of the Industrial Pharmaceutical Technology Section of the Academy of Pharmaceutical Sciences on October 4, 1971.
13. Widmann, A., and Croome, R. J., *Pharm. Ind.*, 37:650–654 (1975).
14. Schaub, A., Antimicrobial Activity of Gelatin Mass without Paraben Preservatives Used in Manufacturing Capsules at Banner Gelatin Products Corp., Report (1978).
15. Costilow, R. N., Biophysical Factors in Growth. In: *Manual of Methods for General Bacteriology* (P. Gerhardt, R. Murray, R. Costilow, E. Nester, W. Wood, N. Krieg, and G. Phillips, eds.), American Society for Microbiology, 1981, pp. 66–78.
16. Troller, J. A., Bernard, D. T., and Scott, V. N., Measurement of Water Activity. In: *Compendium of Methods for the Microbiological Examination of Foods*, 2d ed. (M. L. Speck, ed.), American Public Health Association, 1984, pp. 124–127.
17. Leistner, L., and Rodel, W., Inhibition of Micro-organisms in Food by Water Activity (F. A. Skinner and W. B. Hugo, eds.), Academic Press, 1976, pp. 219–237.
18. Gelatin: An Atlantic Gelatin Company Brochure (1973).
19. Sloan, A. E., and Labuza, T. P., *J. Food Sci.*, 41:532–535 (1976).
20. Wagner, J., Gerard E. S., and Kaiser, D. G., *Clin. Pharmacol. Ther.*, 7:610 (1966).
21. Betzien, G., and Vomel, W., *Arzneimittel-Forschung*, 16:1008 (1966).
22. Eckert, T., Widmann, A., and Seidel, R., *Arzneimittel-Forschung*, 19:821 (1969).
23. Widmann, A., *Die Pharmazeutische Industrie*, 26:298 (1964).

DEF00007415

284 **Capsules, Soft**

24. Hom, F. S., and Miskel, J. J., *J. Pharm. Sc.*, 59:827 (1970).
25. Hom, F. S., and Miskel, J. J., *Lex Sci.*, 8:18 (1971).
26. Miskel, J. J., and Hom, F. S., French Patent 2,081,436 (1972).
27. Miskel, J. J., and Hom, F. S., British Patent 1,302,471 (1973).
28. Miskel, J. J., and Hom, F. S., U.S. Patent 3,867,521 (1975).
29. Veresh S. A., Hom, F. S., and Miskel, J. J., *J. Pharm. Sc.*, 60:1092 (1971).
30. Hom, F. S., Veresh, S. A., and Miskel, J. J., *JAOAC*, 54:1420 (1971).
31. Hom, F. S., and Ebert, W. R., *J. Pharm. Sc.*, 66:710 (1977).
32. Lindenbaum, J., *Clin. Pharmacol. Ther.*, 21:278 (1977).
33. Bateman, N. E., and Uccellini, D. S., *J. Pharm. Pharmacol.*, 37:728–729 (1985).
34. Stella, V., and Haslam, J., Yata, N., Okada, H., Lindenbaum, S., and Higuchi, T., *J. Pharm. Sc.*, 67:1375 (1978).
35. Johnson, B. F., Bye, C., Jones, G., and Sabey, G. A., *Clin. Pharmacol. Ther.*, 19:746–751 (1976).
36. Caldwell, L., Cargill, R., Ebert, W. R., and Windheuser, J. L., *Pharm. Technolo.*, 3:52–55 (1979).
37. Yu, M. S., Hom, F. S., Chakrabarti, S., Huang, C., and Patel, M., U.S. Patent Pending.
38. Misher, A., U.S. Patent No. 3,401,218 (1968).
39. Noguchi, T., Charman, W. N. A., and Stella, V. J., *Int. J. Pharm.*, 24:173–184 (1985).
40. Neisingh, S. E., Sam, A. P., and deNijs, H., *Drug Dev. Ind. Pharm.*, 12:651–663 (1986).
41. Bauer, K. H., *Drug Dev. Ind. Pharm.*, 10:699–712 (1984).
42. Pouton, S. W., A Study of Self-Emulsifying Oil/Surfactant Mixtures, Ph.D. Thesis, University of London, 1982.
43. Muller-Lissner, S. A., Will, N., Muller-Duysing, W., Heinsel, F., and Blum, A. L., *Dtsch. Med. Wschr.*, 106:1143–1147 (1981).
44. Sheth, P. R., and Tossounian, J., *Drug Dev. Ind. Pharm.*, 10:313–339 (1984).
45. Sheth, P. R., and Tossounian, J. L., U.S. Patent No. 4,126,672 (1978).
46. Chien, Y. W., *J. Pharm. Sc.*, 73:283–285 (1984).
47. Ebert, W. R., Hom, F. S., and Kindt, W. W., U.S. Patent No. 4,428,927 (1984).
48. Miskel, J. J., Kindt, W. W., and Connor, E. C., U.S. Patent No. 3,851,051 (1974).
49. Hom, F. S., and Shelley, R. S., Controlled Release of Drugs from Softgels I: Sustained Release and Dissolution Method. In preparation.
50. Widmann, A., and Leiberich, R., Canadian Patent No. 888683 (1971).
51. Widmann, A., Eiden, F., and Tenczer, J., *Arzneim. Forsch. Drug Res.* 20:283–289 (1970).
52. D'Onofrio, G. P., Oppenheim, R. C., and Bateman, N. E., *Int. J. Pharm.* 2:91–99 (1979).
53. Schmidt, P. C., and Stockebrand, B., *Pharm. Research* 3:230–234 (1986).
54. Hom, F. S., and Ebert, W. R., Sustained-Release Matrix and Products, U.S. Patent Pending.
55. R. P. Scherer Test Procedure No. 893, January 27, 1983.
56. Berry, I. R., *Drug Cosmet. Ind.*, 131:40 (1982).
57. Berry, I. R., *Drug Cosmet. Ind.*, 133:32 (1983).
58. Ebert, W. R., *Pharm. Technol.*, 1:44 (1977).
59. Jimerson, R. F., *Drug Dev. Ind. Pharm.*, 12:1133 (1986).
60. Delaney, R. D., *Pharm. Exec.*, 2:34 (1982).
61. Seager, H., *Pharm. Technol.*, 9:84 (1985).

F. S. HOM
ROBERT F. JIMERSON

DEF00007416