# EXHIBIT B

# DRUG DEVELOPMENT AND INDUSTRIAL PHARMACY

Volume 12, Numbers 8&9, 1986

*Special Issue on INTERPHEX '86 Conference*

## CONTENTS

Editorial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **v**

Statistical Experimental Design and Its Application to Pharmaceutical
Development Problems. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1109
*G. Stetsko*

Automated Storage and Retrieval Warehousing:  Operating System and Post-
validation Process Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1125
*S. D. Miller*

Soft Gelatin Capsule Update . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1133
*R. F. Jimerson*

Quality Control of Packages for Sterile Presentation . . . . . . . . . . . . . . . . .  1145
*N. H. Brown*

Topographical Dissolution Characterization for Controlled Release Products —
A New Technique . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1159
*J. P. Skelly, L. A. Yamamoto, V. P. Shah, M. K. Yau, and W. H. Barr*

*In Vitro* Topographical Characterization as a Predictor of *In Vivo* Controlled
Release Quinidine Gluconate Bioavailability . . . . . . . . . . . . . . . . . . . . . . . .  1177
*J. P. Skelly, M. K. Yau, J. S. Elkins, L. A. Yamamoto, V. P. Shah, and W. H. Barr*

Effect of Flowing Adjuvants on the Homogeneity and the Kinetics of Mixing
of Low Dosage Cohesive Powder Mixtures . . . . . . . . . . . . . . . . . . . . . . . . .  1203
*L. H. Cartilier and A. J. Moës*

Cyclic Testing in Stability Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1219
*J. T. Carstensen and C. T. Rhodes*

Evaluation of a Modified Paddle Method for Dissolution Testing . . . . . . . . .  1227
*L. S. Shenouda, K. A. Adams, G. J. Alcorn, and M. A. Zoglio*

Studies on the Light Stability of Flordipine Tablets in Amber Blister Packaging
Material. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1241
*A. N. Narurkar, P.-C. Sheen, D. F. Bernstein, and M. A. Augustine*

Microencapsulation of Sulfadiazine with Cellulose Acetate Phthalate. . . . . . . .  1249
*D. Milovanovic and J. G. Nairn*

Stability Testing in Industry for Worldwide Marketing . . . . . . . . . . . . . . . . .  1259
*W. Grimm*

*(continued on inside back cover)*

MARCEL DEKKER, INC.  New York and Basel

Contributions to this journal are published free of charge

DEF00007386

DRUG DEVELOPMENT AND INDUSTRIAL PHARMACY, 12(8&9), 1133-1144 (1986)

SOFT GELATIN CAPSULE UPDATE

Robert F. Jimerson
Vice-President, Quality Assurance and Technical Affairs
R.P. Scherer, North America
P.O. Box 5600
Clearwater, FL  33518

The soft gelatin capsule is a relative unknown when compared to more traditional dosage forms. The technology and equipment needed to prepare the gelatin mass and that needed to encapsulate the fill material are highly specialized and not readily available. The acquisition of this equipment and technology is not usually economically feasible. The manufacture of soft gelatin capsules has, therefore, developed into primarily a contract manufacturing activity.

Because of this, very little is known outside the encapsulation industry of the methods of production, advantages, limitations, and other attributes of the soft elastic capsule. This presentation explains the manufacturing process in order to give an understanding of current topics. Versatility of application, accuracy of dosage, content uniformity, product identification, patient compliance and other attributes are discussed. Consideration is also given to enhanced bioavailability, sustained release, and other innovations utilizing this unique dosage form.

INTRODUCTION

Within the scope of the pharmaceutical and health and nutritional industries, the manufacture and control of soft gelatin capsules is a unique operation. (By definition, a soft shell capsule is a one-piece hermetically sealed gelatin package containing a liquid, semi-solid, and unlike two piece hardshells soft gelatin capsules are formed, filled and sealed in one continuous operation.) Many companies within these industries have the capability, including equipment and facilities, to develop and manufacture dosage forms such as tablets and two piece hardshell capsules, but relatively few have the capability of producing soft gelatin capsules. In addition, the market volume usually does not support

DEF00007387

· 1134                                                                JIMERSON

financial investment in such a operation.  As a result
of this, encapsulation of soft gelatin capsules has
developed into basically a contract manufacturing
activity.

Because of their special properties and advantages,
soft gelatin capsules are employed for a wide variety of
uses, but in general are most widely used in the
pharmaceutical and related industries.

USES

Soft gelatin capsules are produced in a variety of
shapes, sizes, and colors and may contain one or more
active ingredients.  Their current applications
primarily include, oral dosage forms, suppositories and
topical products.

A.    Oral Dosage Forms

Human and Veterinary Use
Enteric Coated
Chewables (antacids, cough/cold, vitamins)
Breath Fresheners
Chewing Gum Capsules
Sustained Release

B.    Suppositories

Rectal
Vaginal

C.    Special Tube Form

Topicals
Ophthalmics
Lubricants
Ear and Nose Unit of Use

D.    Cosmetics

Bath Oils
Perfumes
Shampoos
Skin Creams

E.    Industrial Uses

(Marking) Capsules
Ether Capsules
Grease Capsules

F.    Food Uses

Soup Flavoring

DEF00007388

SOFT GELATIN CAPSULE UPDATE

1135

HISTORY

The concept of the soft gelatin capsule has been around since the early (1833) part of the nineteenth century, and was orginally developed by two Frenchmen, Mothes and Dublanc. Their aim was to develop a dosage form to accurately dispense liquids and suspensions especially those which, because of odor or taste, were difficult to swallow. These early capsules were produced by a clipped tube or rod method, where a glass rod was dipped into a solution of melted gelatin, removed and the gelatin film allowed to congeal. The capsule film was trimmed, removed by rolling, hand filled with the appropriate liquid, and sealed with a drop of molten gelatin. Later leather and then iron molds were used for shaping the capsules and they were filled in the same manner as previously described. This process was obviously slow and laborious with a fill accuracy of only ±20% and poor yields. Because of these factors, the soft gelatin capsule was of no particular value as a dosage form. However, as technology progressed the plate process evolved. This was a batch method of preparation in which a single sheet of gelatin is placed on a bottom plate and then a second sheet of gelatin is placed on top of the medication and the top plate of the mold is pressed in place. Pressure forms, fills and seals the capsules, however, there is a greater exposure to air with this process. The Plate Process is still in use to some extent today.

It was in 1933 Robert P. Scherer, a young Detroit engineer, invented what is known as the rotary die process as a continuous means of encapsulation and this process with various modifications over the years has become the industry standard for today. That first machine is now on exhibit at the Smithsonian Institute in Washington DC. The rotary die process achieves a fill accuracy of ±1-3% and yields range in the 98-99% of theory making it comparable with other solid oral dosage forms. It should be pointed out that liquid fills have a greater accuracy than suspensions and larger fill weights (150 mg or more) have better percentage accuracy than smaller capsules (fill weight less than 150 mg.).

The Accogel Process was developed in 1948 by Lederle Laboratories. It utilizes a rotary-die concept similar to the Scherer process. This process is used to fill only powders, slugs, and pelleted formulations.

The Reciprocating Die Process was developed in 1949 by the Norton Company. This process is similar to the Scherer process except capsules are formed, sealed, and cut out by vertically positioned reciprocating dies. The dies first form the capsules as open shells in the gelatin ribbons which are filled with capsule fill material. As these capsules pass through the dies again, the dies seal and cut out the capsules. The

DEF00007389

process may be used for filling semi-solid and pelleted
material.

**COMPONENTS:** The soft gelatin capsule is comprised of
two factions; the shell and the capsule fill.

### Shell Composition

The major component of the shell is gelatin, and is
itself a unique material. Gelatin is obtained by
partial hydrolysis of collagen derived from skin, white
connective tissue, and bones of animals. The blending
of various fractions of this extractive process provides
gelatin of consistent properties from lot to lot.

This heterogenous product derived from the
irreversible partial hydrolytic extraction of treated
animal collagens is commonly presented as a "natural
material", but as such never occurs naturally. Collagen
sources are commonly from skins and bones of sheep,
cattle, or swine. The industrial production of gelatin
consists of a series of steps involving multiple
chemical, physical, and bacteriological processes
requiring critical controls.

The physical and chemical properties of a specific
gelatin are determined largely as a function of the
source of the collagen used, method of extraction, pH,
thermal history or degradation, and electrolyte content.

Control testing for gelatin, among other things,
include viscosity, Bloom strength and iron content.
Viscosity determination of gelatin is determined on a
6.67% concentration of gelatin in water. The viscosity
range for gelatin is usually between 25 to 45
millipoise. Bloom is a measure of the cohesive strength
of the gelatin cross-linking. In 1925, O.T. Bloom
developed a instrument that has remained basically
unchanged and has become the standard apparatus for
testing throughout the world. Bloom or gel strength
usually varies between 150 to 250 Bloom grams
depending on encapsulation requirements. The Bloom is
determined by measuring the weight in grams required to
move a plunger 0.5 in. in diameter, 4mm. into a 6.67%
gelatin gel that has been held for 17 hours at 10°C.

Iron content should not exceed 15 ppm.
Concentrations above this level often cause
discoloration. Iron content is usually due to mechanical
contamination from equipment or absorption of iron from
the water used in processing. With modern methods of
water treatment, there is no need to tolerate high iron
content, and gelatins containing lower iron
concentrations are readily available commercially.
Discoloration may often result from the combination of
high iron and reducing agents in the capsule fill
material (e.g. ascorbic acid).

DEF00007390

SOFT GELATIN CAPSULE UPDATE                                    1137

An obvious area of concern with a substance such as gelatin is microbial contamination. Gelatin, at higher moisture levels, can be an excellent growth medium and for that reason extensive testing must be undertaken to assure that certain organisms are not present. NF XVI allows for a total bacteria count of NMT 1000 organisms per gram and the total absence of Salmonella species and E. Coli. Specifications also call for the absence of Pseudomonas, Staphlococcus and a mold and yeast total plate count of NMT 100 organisms per gram. In addition to the testing just described, other purity requirements of the NF are performed, as well as for other processing requirements such as particle size determination, gel mass clarity and color determination.

The shell composition of an SGC differs from that of hard gelatin capsules in that plasticizer is added to provide elasticity and purified water is added to decrease viscosity during the manufacturing process. The most commonly used plasticizers are sorbitol, glycerin or propylene glycol.

Additional Components which may be added include:

1.    Preservatives - parabens
2.    Colorants - approved dyes and natural coloring materials
3.    Opacifying Agents - titanium dioxide
4.    Flavoring - vanillin
5.    Sweeteners - sugars, saccharin
6.    Enteric Agents - To render the shell insoluble
7.    Medicaments - i.e. benzocaine

Fill Composition

An important consideration in the development of a soft gelatin capsule is the character of the fill material. Materials which have been found to be compatible with the soft gelatin shell fall into three general classes:

1.    Water-immiscible, non-volatile liquids (i.e., vegetable and aromatic oils)
2.    Water-miscible, non-volatile liquids (i.e., polyethylene glycol and polysorbate 80)
3.    Water-miscible, relatively non-volatile compounds (i.e., propylene glycol and isopropanol)

Of equal importance are those materials which have been found difficult to encapsulate, and include liquids which can easily migrate through the capsule shell, such as:

1.    Water, above 5% (causes swelling, evaporation from surface). Water content may be slightly higher in special cases.
2.    Low molecular weight alcohols, ketones, acids, amines, and some esters (also because of acid production from hydrolysis of esters).

DEF00007391

Fill materials can be heated up to 35°C for encapsulation. This limitation is necessary since capsule sealing temperature of the gelatin ribbons is usually between 37°C and 40°C. Solid materials or granules may be filled into soft gelatin capsules by means of the Accogel process. However, utilizing the rotary die process, solids may also be encapsulated as suspensions. Solids in this case must be 80 mesh or finer in particle size due to equipment limitations and flow characteristics. Examples of suspension media include vegetable oils, surfactants, or polyethylene glycol 400.

## Determination of Capsule Size

Before describing the encapsulation process it is perhaps worth discussing the means by which capsule sizes in soft gelatin capsules are determined. The determination of capsule size is critical and in general the smaller the better. Base absorption is used as a means of determining capsule size and is expressed as the number of grams of liquid base required to produce an encapsulatable material when mixed with one gram of solid. The base absorption of a solid is governed by particle size and shape, physical/chemical characteristics, density, moisture, and hydrophilic/hydrophobic nature.

To determine a base absorption value for a given solid compound, a definite amount of the solid material is weighed and placed in a tared beaker. In another tared beaker, a specific amount of liquid material is weighed. Next, small increments of the liquid base are added to the solid and stirred. This is continued until the mixture attains suitable flow characteristics for an encapsulatable product.

Since the minim per gram factors are additive, it is convenient to have charts of common materials available for which these values have been determined, for calculation of capsule size and fill volume.

## Production Process

The production process for soft gelatin capsules consists of two separate phases. The first step we will discuss is how the gelatin mass used to encapsulate the fill is prepared.

The gel mass is prepared by adding water and plasticizers, such as sorbitol, glycerin or propylene glycol to dry gelatin. The amount of plasticizer is the determining factor as to how hard or soft the resulting capsule shell will be. This mixture is mixed in a suitable mixer until a full hydrated fluff has been achieved. The fluff is then added to a melter and under vacuum and high temperature control the mass is melted until a clear gel is obtained. The gel is transferred into electrically heated holding receivers. The gel mass

DEF00007392

SOFT GELATIN CAPSULE UPDATE

1139

may now be used directly as is in encapsulation or it may require the addition of one or more ingredients such as coloring agents, flavoring agents, opacifying agents or preservatives. These agents are added by means of a high speed mixer. The gel mass is checked for clarity, color and consistency as well as moisture content to insure that the gel will run properly on the capsulation machine.

The compounding of the capsule fill material is the second phase of the pre-encapsulation process and involves the various aspects of pharmaceutical manufacturing including steps such as weighing, milling, mixing, homogenization and deaeration. The removal of air from suspensions is essential prior to encapsulation, in order to assure that proper fill weights are maintained.

Capsules are produced on a rotary die machine which is fed by two tanks of material; one tank contains molten gelatin at a temperature of 60°C to 65°C and the other the fill material, at approximately 20°C. The molten gelatin flows down two heated pipes through two heated spreader boxes onto two separate large cool-casting drums, where flat, solid ribbons of gel are formed. The ribbons are fed into the encapsulation mechanism. Two-tone capsules may be produced by utilizing two separate tanks of different color gelatin, each supplying one of the ribbon casting drums. Liquid fill material in the other tank flows under gravity through a tube leading to a positive displacement pump. Accurately metered volumes of the liquid fill material are injected from the wedge (heated to 37-40°C) into the space between gelatin ribbons as they pass between the die rolls. The combination of die size and injection volume determines the capsule size. The injection of liquid forces the gelatin to expand into the pockets of the dies which form the shape of the capsules. The ribbon continues to flow past the heated wedge and is pressed between the die rolls, where the capsules halves are sealed together by application of heat and pressure. The capsules are cut out automatically from the gelatin ribbon by the dies and are transported through a solvent wash.

During the encapsulation phase, a number of in process checks are made including such items as seal thickness checks, which are measured by means of microscopic examination of a cross section of a capsule shell. In addition, fill weights, shell weights, and ribbon thickness are controlled. The capsules are automatically transferred from the solvent wash and into a rotating infrared dryer. The dryer consists of a series of baskets which are timed to open at prescribed intervals. The capsules are subjected to a tumbling action, dry air, and when desired, infrared light.

DEF00007393

After the capsules are removed from the dryer, they
are inspected, placed on shallow trays and placed in
drying tunnels until the shell and fill moisture reaches
the desired level. Then they undergo inspection, and are
transferred to closed containers to await further
processing and at this point the drying cycle is
essentially over.

If desired, a brand, logo or other identification
may be printed onto capsules. Current technology
utilizes both linear and spin printing methods. Two
sided printing is also possible.

A final belt inspection occurs as the finished
capsules are packaged by weight into bulk containers.

Quality Control is, of course, a critical element
in the manufacturing of soft gelatin capsules. Testing
begins with the receipt of raw materials and continues
through the mixing, encapsulation, drying and packaging
operations. It includes physical, chemical and
microbiological evaluations to assure conformance with
regulatory, client and inhouse specifications.

Dynamic Fluid Transfer
A few comments are in order regarding the fact that
the soft gelatin capsule represents a dynamic dosage
form in which changes occur during the manufacture and
drying phases of production. These must be understood to
provide a satisfactory and stable final product.
Studies have shown that the ability of the shell to
serve as an oxygen barrier is influenced by several
factors, including the type and amount of plasticizer
used and the relative humidity. These factors control
the equilibrium water concentration in the capsule
shell, which is responsible in large part for the
characteristics of the soft gelatin capsule dosage
form. The movement of water between the shell, fill
material, and/or atmosphere is an important
consideration in the formulation and manufacture of this
type of capsule. At the time of manufacture, the water
content of the capsule shell is relatively high. During
the drying process, water leaves the shell to the
atmosphere by evaporation. Simultaneously, water may
transfer from shell into the fill material temporarily,
depending on the relative hydrophilic/hydrophobic nature
of the fill. As the drying proceeds, this interior
water may partition back into the shell and pass
ultimately into the atmosphere before an equilibrium
water concentration is established finally in the
capsule shell. Such dynamic fluid transfer influences
the formulation of sparingly soluble materials,
materials which are easily hydrolyzed, and readily
oxidized components, and should be a consideration in
the selection of components of the proposed soft gelatin
capsule.

DEF00007394

SOFT GELATIN CAPSULE UPDATE                                    1141

## Recommended Storage Conditions

It has been noted that conditions of storage such as temperature and relative humidity can influence the chemical and physical stability of the soft gelatin capsules as a finished dosage form. Control of such conditions during storage, packaging, and dispensing insures the delivery of an elegant, quality product. Recommended storage conditions for the soft gelatin capsule include a temperature range of 59-86°F (15-30°C) and a relative humidity of not more than 50%. Either extremely high or low temperatures or relative humidity should be avoided. Shipping of bulk capsules should be under controlled conditions.

## Dosage Form Features and Utilization

The soft gelatin capsule is a unique dosage form and as such offers advantages over other dosage forms. Included in those advantages are:

1.  Bioavailability Enhancement (stability)
2.  Versatile oral rectal, vaginal and topical applications
3.  Superior means of delivering liquids (bad odors/taste)
4.  Precise dosage control
5.  Reduces potential of cross contamination in powders
6.  Protects contents from contamination, oxidation and light
7.  Patient Preference Studies - demonstrate appeal to consumers:
    a.  Available in wide ranges of color, shapes, and sizes
    b.  Outstanding visual appeal
    c.  Easy to swallow
8.  Also patent protection and line extension

We have previously outlined the various applications of the soft gelatin capsules as a dosage form, but I would like to comment in a little more detail on some of the additional areas of soft gelatin capsule technology which has been explored in more recent times. Among these areas are:

1.  Enteric Coating of soft gelatin capsules in order to provide protection for the capsule from acid degradation in the stomach. An enteric coating allows the capsules to pass through the stomach and into the small intestine before it dissolves.

2.  A Sustained Release system for soft gelatin capsules is feasible in the form of a semi-solid matrix fill material. The advantages offered by the soft gelatin capsule is its' uniqueness in the market. It is less expensive dosage form to prepare and it offers improved security over the hardshell capsule. NDA submission has been made to serve as a model for this dosage form and several projects are currently underway with major pharmaceutical companies using this technology.

DEF00007395

3.   **Chewable Soft Gelatin Capsules** can be developed for
     a wide variety of medicinal use.  One method
     involves the incorporation of chewing gum base with
     gelatin, which leaves a residue of chewing gum in
     the mouth.  Another method utilizes a chewable
     gelatin shell.  This technology has a variety of
     applications including childrens analgesics and
     vitamins, as well as cough-cold preparations.

4.   **Reduction of Ulcerogenic Potential** of drugs has
     been another area of interest for soft gelatin
     capsules.  In one such study, which has been
     published, dexamethasone was utilized successfully
     to demonstrate the advantage that can be achieved
     with this dosage form for drugs which exhibit this
     problem.  This particular study demonstrated that a
     solution dosage form of dexamethasone disperses
     quickly in the stomach minimizing the possibility
     of high local concentrations.

5.   **Enhancement of Product Stability** has been
     demonstrated with numerous compounds.

6.   **Enhancement of Bioavailability** is another major
     area of interest for the soft gelatin capsules in
     recent years.  Bioavailability, as defined by the
     FDA, is "the rate and extent to which the active
     drug ingredient or therapeutic moeity is absorbed
     from a drug product and becomes available at the
     site of action."  Studies have been done comparing
     the bioavailability of Theophylline in a soft
     gelatin capsule to that of a Theophylline elixir (a
     water-alcohol solution containing the drug).
     Studies, both in vivo blood level and in vitro
     dissolution profiles, have demonstrated that
     relatively insoluble drugs are released faster from
     soft gelatin capsules than tablets in many
     instances.  The classic example is digoxin of which
     much has been published.  Other compounds studied
     which exhibit enhanced bioavailability are
     temazepam, flufenamic acid, prednisone,
     theophylline, phenytoin, triamcinolone,
     propranolol, phenytoin, indoxole and steroids.

Conclusion
     The soft gelatin capsule is truly a unique dosage
form and does offer many advantages not found in
conventional dosage forms.  Because of this,
consideration should always be given this dosage form
when developing new compounds, considering
bioavailability or stability problems, or endeavoring to
extend a products market life.  The limitations of the
soft gelatin capsule are primarily those of the
incompatability of certain materials with the gelatin
shell and the need for controlled temperature and
humidity storage conditions.  These are far outweighed
by the advantages of the dosage form.  Any drug compound

SOFT GELATIN CAPSULE UPDATE                                    1143

that is soluble or dispersible in oils or hydrophilic
liquids may be formulated as a soft gelatin capsule.
This dosage form can be considered as an alternate for
tablets or two-piece hardshells that are difficult to
compress into tablets, or exhibit powder mixing and flow
problems, that degrade during storage, or that exhibit
poor bioavailability.  In addition, a soft gelatin
capsule saves in the cost of raw materials or may offer
improvements in the drugs therapeutic performance which
could be significant.  Be assured that the uniformity
achievable with soft gelatin capsules will meet all of
your specifications as a dosage form.


## BIBLIOGRAPHY

Angelucci, L., Petrangeli, B., Celletti, P., and
Favilli, S.:  Bioavailability of Flufenamic Acid in Hard
and Soft Gelatin Capsules, J. Pharm. Sci., 65:  445-456
(Mack 1976).

Anon:  Encapsulating Technology, Manuf. Chemist: 45-46
(Oct. 1983)

Ansel, H.C.:  Introduction to Pharmaceutical Dosage
Forms, 2nd ed., Lea and Febiger, Philadelphia, Pa.,
1976, pgs. 187-189

Bateman, N.E., Finnin, B.C., Jordan, G.L., and Reed,
B.L.:  Bioavailability of Theophylline from a Prolonged-
Release Soft Gelatin Capsule Using HPLC Assay of Saliva
Samples, Aust. J. Pharm. Sci., 7:  93-95 (October 1978)

Bateman, N.E., Lee, P.Y., Finnin, B.C., and Reed, B.L.:
Dissolution of Phenytoin from Soft Gelatin Capsules,
Aust. J. Hosp. Pharm., 8:  143-145 (4) 1978

Caldwell, L., Cargill, R., Ebert, W.R., and Windheuser,
J.J.:  The Ulcerogenic Potential of Orally Administered
Dexamethasone in the Rat:  A Comparison of a Tablet
Formulation to Soft Gelatin Capsule Formulations,
Pharmaceutical Technology (July 1979)

Ebert, W.R.:  Bioavailability of Theophylline in Soft
Gelatin Capsules, Pharmaceutical Technology (October
1979)

Fotherby, K. and Warren, R.J.:  Bioavailability of
Contraceptive Steroids from Capsules, Contraception, 14:
261-267 (Sept. 1976)

Foster, T.S., Hamann, S.R., Richards, V.R., Bryant,
P.J., Graves, D.A., and McAllister, R.G.:  Nifedipine
Kinetics and Bioavailability After Single Intravenous
and Oral Doses in Normal Subjects, J. Clin. Pharmacol.,
23:  161-170 (April 1983)

DEF00007397

1144                                                                    JIMERSON

Fucella, L.M., Bolcioni, G., Tamassia, V., Ferario, L., and Tognoni, G.: Human Pharmacokinetics and Bioavailability of Temazepam Administered in Soft Gelatin Capsules. Europ. J. Clin. Pharmacol., 12: 383-386 (1977)

Glicksman, M.: Gum Technology in the Food Industry, Academic Press, New York, N.Y., 1969, page 359

Hom, F.S: Biopharmaceutics - Soft Gelatin Capsules, Presentation at Tenth Annual Midwest Meeting of the Industrial Pharmaceutical Technology Section of the A.P.H.A. Academy of Pharmaceutical Sciences, Oct. 4, 1971

Hom, F.S. and Miskel, J.J.: Oral Dosage Form Design and its Influence on Dissolution Rates for a Series of Drugs, J. Pharm. Sci., 59: 827-830 (June 1970)

Johnson, B.F., Bye, C., Jones G., and Sabey, G.A.: A Completely Absorbed Oral Preparation of Digoxin, Clinical Pharmacology and Therapeutics, 19: 746-751 (1976)

Lindenbaum, J.: Greater Bioavailability of Digoxin Solution in Capsules. Clinical Pharmacology and Therapeutics. 21: 278-282 (1977)

Michelsen, B. and Steinigen, M.: Comparative Study of Triamcinolone Preparations, Pharm Mtg., 124: 2221-2225 (Nov. 1) 1979

Stanley, J.P.: "Soft Gelatin Capsules," in The Theory and Practice of Industrial Pharmacy, eds. L. Lachman, H.A. Lieberman, J.L. Kanig, 2nd edition, Lea and Febiger, Philadelphia, 1976 (pages 404-419)

Wagner, J.G., Gerard, E.S., and Kaiser, D.G.: The Effect of the Dosage Form on Serum Levels of Indoxole, Clin. Pharmacol Therap., 7: 610-619 (1966)

Yalkowsky, S.H. and Roseman, T.J., Stability of E-Type Prostaglandins in Triacetin, J. Pharm. Sci., 68: 114-115 (1979)

DEF00007398