# EXHIBIT C

Case 3:07-cv-02385-PJH     Document 69-4     Filed 04/16/2008     Page 1 of 15

Flavored Gelatin Capsule and Method of Manufacture

## Abstract

A flavored gelatin capsule and the method of manufacture of the flavored capsule is provided. The capsule may comprise (a) from about 10 to about 70 parts by weight of gelatin; (b) from about 10 to about 35 parts by weight of a suitable polyol, such as glycerol; (c) from about 8 parts by weight of water; and (c) various parts by weight of particular water soluble flavorings. The contents of the capsule may also be flavored. The composition is particularly useful in improving the palatability of fish oil medicinals.

NOR 0000013

PATENT APPLICATION

for

Flavored Gelatin Capsule and Method of Manufacture

INVENTOR:   Joar Opheim

NOR 0000014

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to capsule formulations, medicinal and nutritive dose encapsulations and methods of manufacture of capsules. More specifically, the invention introduces flavoring into the manufacture of capsules and encapsulated doses.

2. Conventional Art

The taste of many medicinal and nutritive components can be quite distinctive and potentially unpleasant. Improvements in the taste of certain drugs and nutritional supplements can lead to a higher compliance by consumers. A higher compliance will result in greater commercial success for the drug and supplement manufacture and in increased health and well being particular consumers.

Taste is both a matter of purely subjective preference. Yet human taste is also strongly influenced by experience and cultural impressions. Broad generalizations about consumer taste presence can thus sometimes be relied upon in predicting market acceptance of specific drug and nutritive formulations. In Norway, for example the tastes of fish oils are far more palatable than in the United States. As a consequence of this United States market aversion to the taste of fish oils, many residents of the United States are less willing to ingest fish oils and will therefore not benefit from the nutritional and medicinal qualities of fish oils.

Yet the composition of certain fish oils includes elements that are identified in medical literature as providing significant health benefits. Polyunsaturated fatty acids, to include long chain Omega 3 fatty acids such as eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA) are present in the livers of lean fish and other tissues of

fatty fish. The human body cannot synthesize these fatty acids nor can it derive them from other fatty acids. As these fatty acids provide both medicinal and nutritional benefits, an intake of up two grams per day has been recommended by certain medical authorities.

It is suspected that Eicosanoids derived from EPA might have an anti-inflammatory effect on humans. It has been suggested that EPA might decrease blood levels of TG lipids, increase blood levels of high density lipids (HDL), decrease blood clotting, reduce the incidence of cardiac arrhythmia and stabilize heart rhythm.

It has been suggested that DHA may also decrease blood levels of TG lipids, increases blood levels of high density lipids (HDL). Furthermore, DHA might lower blood pressure, attack early phases of inflammation, facilitate the growth, development and function of the central nervous system and improves the clinical symptoms of depression and schizophrenia.

Increasing the consumption of recommended doses of certain Omega-3 fatty acids might therefore have a medically and nutritionally beneficial affect on many consumers and patients. Yet conventional techniques to improve the palatability of fish oils and other subjectively harsh tasting substances are limited in the prior art to the addition of flavorings into a mixture of the substances themselves. The flavoring of capsules of encapsulated formulations has been absent in the conventional art.

OBJECTS OF THE INVENTION

It is therefore an object of the present invention to provide a method of manufacture of gelatin capsules.
It is another object of the present invention to provide a gelatin capsule comprising a flavor.
It is an additional object of the present invention to optionally provide a flavored gelatin capsule containing a fish oil.

1   It is an yet another object of the present invention to
2   optionally provide a flavored gelatin capsule containing a flavored
3   fish oil.
4
5
6                   SUMMARY OF THE INVENTION
7
8
9   These and other objects and advantages of the present
10  invention are achieved by providing a flavored gelatin capsule
11  comprising a water soluble flavor. The flavored gelatin capsule may
12  include about 10 to about 70 parts by weight of a gelatin, about 10 to
13  about 35 parts by weight of a glycerol, about 8 to about 35 parts by
14  weight of a moisturizer and about 1 parts by weight of the water
15  soluble flavoring. The flavoring of the capsule improves the taste
16  and palatability of the capsule and will subjectively improve the
17  taste of the gelatin and a dose or contents contained within the
18  flavored gelatin capsule to individual consumers or patients.
19
20  The flavor may be one of, or a combination of suitable flavors
21  known in the art, to include berry, strawberry, chocolate, cocoa,
22  vanilla, lemon, nut, almond, cashew, macadamia nut, coconut,
23  blueberry, blackberry, raspberry, peach, lemon, lime, mint,
24  peppermint, orange, banana, chili pepper, pepper, cinnamon, and
25  pineapple.
26
27  The gelatin capsule composition may include a polyol, such as
28  sorbitol, glycerol or other suitable softening agent known in the art.
29
30  A preferred embodiment of the present invention includes
31  flavoring the contents of the gelatin capsule in addition to flavoring
32  the gelatin capsule. In particular, an oil soluble flavoring may be
33  optionally mixed with a fish oil that is encapsulated within the
34  capsule. The oil soluble flavoring may be similar to the taste of the
35  flavor of the capsule, e.g., strawberry and strawberry, or the taste of

NOR 0000017

1   the oil flavoring may be complementary to the capsule flavoring, e.g.,
2   banana and strawberry.
3
4       Fish oil containing Omega 3 fatty acids such as eicosapentaenoic
5   acid (EPA) and docosahexaenoic acid (DHA) are one appropriate
6   subject of inclusion into certain preferred embodiments of the
7   present invention. The capsule of these certain preferred
8   embodiments is flavored and the fish oil may optionally be flavored.
9
10      The method of the present invention includes the
11  manufacturing process steps of combining gelatin, a glycerol or a
12  ployol like sorbitol as a softener, water or a moisturizer containing
13  water, a flavoring agent and optionally a coloring agent such as a
14  titanium oxide, keratin or other suitable coloring agent known in the
15  art.
16
17      Modified vegetable starch is substituted for gelatin in certain
18  preferred embodiments of the present invention. Where gelatin is
19  used, the gelatin may be a suitable mammalian or fish gelatin known
20  in the art. The suitable gelatin or vegetable starch selected is used as
21  a principal forming agent of the capsule.
22
23
24  BRIEF DESCRIPTION OF DRAWINGS
25
26      FIG. 1 is a flavored gelatin capsule containing a fish oil dose.
27      FIG. 2 is manufacturing process flow chart illustrating an
28  embodiment of the method of the present invention.
29
30
31  DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS
32
33      In describing the preferred embodiments, certain terminology
34  will be utilized for the sake of clarity. Such terminology is intended
35  to encompass the recited embodiment, as well as all technical

1  equivalents which operate in a similar manner for a similar purpose
2  to achieve a similar result.
3
4       Referring now to Figure 1, an encapsulated composition of a
5  gelatin capsule and fish oil 2, or fish oil capsule 2, is formed by the
6  encapsulation of a dose of fish oil 6 by a gelatin capsule 4. The
7  gelatin capsule 4 is made of gelatin, glycerol, water, a flavoring and
8  optionally a coloring agent. The fish oil dose 6 includes 180 mg of
9  EPA and 120 mg of DHA.
10
11      Referring now to Figure 1 and 2, the manufacturing process of
12 the preferred embodiment 2 of includes the steps of combining
13 gelswatch ingredients, melting and forming a liquefied gelswatch,
14 delivering the liquefied gelswatch and the fish oil 6 to an
15 encapsulation machine, encapsulating a dose of fish oil, drying the
16 encapsulated dose, washing the encapsulated dose and packaging the
17 fish oil capsules 2 for shipment.
18
19      The gelswatch ingredients may include gelatin or a gelatin
20 substitute such as modified starch or other suitable gelatin substitute
21 known in the art, a softener such as glycerol or sorbitol or other
22 suitable polyol or other gelatin softener known in the art, a flavoring
23 agent such as strawberry flavor Firmenich #52311A or other
24 suitable gelatin capsule flavoring known in the art and optionally a
25 coloring agent such as keratin or other suitable gelatin capsule
26 coloring agent known in the art.
27
28      The preferred embodiment 2 may be formed from a gelswatch
29 mixture of 45 parts by weight of gelatin, 20 parts by weight of
30 glycerol, 35 parts by weight of water and 0.5 or more parts by
31 weight of strawberry flavor Firmenich #52311A. The gelswatch
32 ingredients are then heated to about 60 degrees to 70 degrees
33 Celsius and mixed together. The capsule is made of the gelswatch
34 material. The liquefied gelswatch and the fish oil 6 is then poured
35 into an encapsulation machine. The encapsulation machine then

1  forms the fish oil capsule 2 comprising the fish oil dose 6
2  encapsulated by the gelatin capsule 4.
3
4      In certain alternate preferred embodiments of the present
5  invention the range of water parts initially combined with the
6  gelswatch may range from about 10 parts by weight to about 45
7  parts by weight.; the amount of gelatin initially combined into the
8  gelswatch may range from 10 parts by weight to about 70 parts by
9  weight; and the amount of glycerol or other suitable softener known
10 in the art may range from about 10 parts by weight to about 35
11 parts by weight.
12
13     The capsule composition 2 comprises about 500 milligrams of
14 the fish oil dose 6 and about 240 milligrams of capsule 4 as formed
15 from the gelswatch.
16
17     The fish oil capsule composition 2 is then dried at a
18 temperature of about 20 degrees Celsius. The water content of the
19 gelatin capsule is reduced to about 8% +/- 2% by evaporation during
20 the drying process step. The capsule 2 is then washed and packaged
21 for shipment.
22
23     Experimental testing of the effects of varying amounts of the
24 flavoring in both the capsule 4 and the fish oil 6 has shown that a
25 concentration of 0.5% in the fish oil 6 of the Firmenich #52311A
26 flavor will degrade in less than a year's span to below a desirable
27 level of potency to the average North American consumer. Levels of
28 1 part by weight are preferred in order to extend the effective shelf
29 life of the composition 2 beyond one year.
30
31     In addition, stream of commerce testing of concentration levels
32 of Firmenich #52311A has shown that a level in excess of about 1.0
33 part by weight of the Firmenich #52311A in the capsule 4 provides
34 an unexpected increase in the palatability of the composition 2 by
35 generating a flavored bouquet from the capsules 2, whereby the
36 consumer is greatly encouraged to ingest the composition 4 in a

1  favorable response to his or her olfactory appreciation of the
2  bouquet.
3
4      Certain preferred embodiments comprise fish oil presenting
5  concentrations of Omega 3 fish as high or higher than 80% of the total
6  weight of the dose 6, wherein the fish oil may include 50% DHA of
7  the total weight of the dose 6, 20% EPA of the total weight of the
8  dose 6 and about 10% by weight of other Omega 3 compounds. The
9  concentration levels of the flavoring additive of a fish oil dose may,
10 in certain preferred embodiments of the present invention having
11 about 80% by weight of Omega 3 components, is reduced to from
12 about 0.25% by weight to about 0.50% by weight of the dose 6
13
14     Those skilled in the art will appreciate that various adaptations
15 and modifications of the just-described preferred embodiments can
16 be configured without departing from the scope and spirit of the
17 invention. Therefore, it is to be understood that, within the scope of
18 the appended claims, the invention may be practiced other than as
19 specifically described herein.
20
21
22
23

Claims

We claim:

1. A flavored gelatin capsule, said capsule encapsulating a dose, and said capsule comprising:

   (a) about 10 to about 70 parts by weight of a gelatin;

   (b) about 10 to about 35 parts by weight of a polyol;

   (b) about 8 parts by weight of water; and

   (c) above 0.5 parts by weight of a water soluble flavoring, whereby said flavoring of said capsule improves the palatability of said capsule and the dose and whereby ingestion of the capsule and the dose is encouraged.

2. A flavored gelatin capsule, said capsule encapsulating a dose, said gelatin capsule comprising:

   (a) about 10 to about 70 parts by weight of a gelatin;

   (b) about 10 to about 35 parts by weight of a polyol;

   (b) about 8 parts by weight of water; and

   (c) up to about 0.5 parts by weight of a water soluble flavoring, whereby said flavoring of said capsule improves the palatability of said capsule and the dose, and ingestion of the dose is encouraged.

3. A flavored gelatin capsule, said capsule encapsulating a dose, said gelatin capsule comprising:

4   (a) about 20 to about 25 parts by weight of a forming agent, said
5   forming agent from a group including animal gelatin, fish gelatin and
6   vegetable starch;

7
8   (b) about 9 to about 10 parts by weight of a polyol;
9

10  (b) about 6 to about 12 parts by weight of water; and
11

12  (c) a water soluble flavoring, whereby said flavoring of said capsule
13  improves the palatability of said capsule and the dose and ingestion
14  of the dose is encouraged.

1   4.   The flavored gelatin capsule according to claim 1, wherein said
2   flavoring has a taste of one of a group of tastes, consisting of ~~that includes~~ berry,
3   strawberry, chocolate, cocoa, vanilla, lemon, nut, almond, cashew,
4   macadamia nut, coconut, blueberry, blackberry, raspberry, peach,
5   lemon, lime, mint, peppermint, orange, banana, chili pepper, pepper,
6   cinnamon, and pineapple.

1   5.   The flavored gelatin capsule according to claim 1 wherein said
2   flavoring is a strawberry flavor.

1   6.   The flavored gelatin capsule according to claim 1 wherein said
2   flavor is strawberry flavor Firmenich #52311A.

1   7.   A flavored gelatin capsule composition comprising:
2
3   a flavored gelatin capsule, said flavored gelatin capsule
4   comprising, about 10 to about 70 parts by weight of a gelatin, about
5   30 to about 35 parts by weight of a glycerol, about 6 percent ~~6 parts~~ by weight
6   of water, and above 0.5 percent ~~parts~~ by weight of a water soluble flavoring;
7   and
8
9   a flavored solution, said flavored solution contained within said
10  flavored gelatin capsule and comprising a liquid solvent and a
11  solution flavor, whereby said flavoring in said flavored gelatin

NOR 0000023

12  capsule and said solution flavor of said flavored solution improves
13  the palatability of said capsule composition and whereby ingestion of
14  said capsule composition is encouraged.

1   8.   The flavored gelatin capsule according to claim 7, wherein said
2   solution flavor has a taste of one of a group of tastes comprising of
3   berry, strawberry, chocolate, cocoa, vanilla, lemon, nut, almond,
4   cashew, macadamia nut, coconut, blueberry, blackberry, raspberry,
5   peach, lemon, lime, mint, peppermint, orange, banana, chili pepper,
6   pepper, cinnamon, and pineapple.

1   9.   The flavored gelatin capsule according to claim 7, wherein said
2   water soluble flavoring has a taste substantively similar to said taste
3   of said solution flavor.

1   10.  The flavored gelatin capsule according to claim 7 wherein said
2   liquid solvent comprises a digestible oil and said solution flavor is oil
3   soluble.

1   11.  The flavored gelatin capsule according to claim 7 wherein said
2   solution flavor is strawberry flavor Firmenich #52311AH.

1   12.  The flavored gelatin capsule according to claim 7 wherein said
2   oil is fish oil.

1   13.  The flavored gelatin capsule according to claim 12 wherein said
2   fish oil is Omega-3.

1   14.  The flavored gelatin capsule according to claim 12 wherein said
2   fish oil comprises EPA.

1   15.  The flavored gelatin capsule according to claim 12 wherein said
2   fish oil comprises DHA.

1   16.  A flavored gelatin capsule composition, said comprising:

NOR 0000024

```
 3
 4        a dose; and
 5
 6        a flavored gelatin capsule, said flavored gelatin capsule
 7   encapsulating said nutritional agent, and said capsule comprising
 8   about 10 to about 70 parts by weight of a gelatin, about 10 to about
 9   35 parts by weight of a glycerol, about 8 parts by weight of a water,
10   and above 0.5 parts by weight of a water soluble flavoring, whereby
11   said flavoring in said gelatin capsule improves the palatability of said
12   nutritional agent and whereby ingestion of the nutritional agent is
13   encouraged.
```

NOR 0000025

17. A method of forming a flavored gelatin capsule comprising a gelatin shell for containing a gelatin capsule, said capsule being formed by:

(1) combining gelatin, glycerol, water and a flavoring;

(2) forming a gelswatch by melting and mixing said gelatin, said glycerol, said water and said flavoring;

(3) forming a capsule by encapsulating a dose of oil with a portion of said gelswatch; and

(4) drying said capsule to about 20 degrees Celsius, whereby said capsule and said dose are made palatable for human ingestion and ~~sufficiently rugged for packaging and shipment.~~

add a4

add B1

NOR 0000026