# EXHIBIT D

LEXSTAT 21 CFR 172.585

LEXISNEXIS' CODE OF FEDERAL REGULATIONS
Copyright (c) 2008, by Matthew Bender & Company, a member
of the LexisNexis Group. All rights reserved.

\*\*\* THIS SECTION IS CURRENT THROUGH THE APRIL 10, 2008 ISSUE OF \*\*\*
\*\*\* THE FEDERAL REGISTER \*\*\*

TITLE 21 -- FOOD AND DRUGS
CHAPTER I -- FOOD AND DRUG ADMINISTRATION, DEPARTMENT OF HEALTH AND HUMAN SERVICES
SUBCHAPTER B -- FOOD FOR HUMAN CONSUMPTION
PART 172 -- FOOD ADDITIVES PERMITTED FOR DIRECT ADDITION TO FOOD FOR HUMAN CONSUMPTION
SUBPART F -- FLAVORING AGENTS AND RELATED SUBSTANCES

**Go to the CFR Archive Directory**

*21 CFR 172.585*

§ 172.585 Sugar beet extract flavor base.

Sugar beet extract flavor base may be safely used in food in accordance with the provisions of this section.

(a) Sugar beet extract flavor base is the concentrated residue of soluble sugar beet extractives from which sugar and glutamic acid have been recovered, and which has been subjected to ion exchange to minimize the concentration of naturally occurring trace minerals.

(b) It is used as a flavor in food.

**HISTORY:** *42 FR 14491,* Mar. 15, 1977.

**AUTHORITY:** AUTHORITY NOTE APPLICABLE TO ENTIRE PART:
*21 U.S.C. 321,* 341, 342, 348, 371, 379e.

**NOTES:** NOTES APPLICABLE TO ENTIRE TITLE:
Cross References: Food Safety and Inspection Services, Department of Agriculture: See Meat and Poultry Inspection, 9 CFR CHAPTER III.
Federal Trade Commission: See Commercial Practices, 16 CFR chapter I.
U.S. Customs Service, Department of the Treasury: See Customs Duties, 19 CFR chapter I.
Internal Revenue Service, Department of the Treasury: See Internal Revenue, 26 CFR chapter I.
Bureau of Alcohol, Tobacco, and Firearms, Department of the Treasury: See Alcohol, Tobacco Production and Firearms, 27 CFR chapter I.

NOTES APPLICABLE TO ENTIRE CHAPTER:
[PUBLISHER'S NOTE NOTE: Nomenclature changes affecting chapter I appear at: *70 FR 40880,* July 15, 2005; *70 FR*

*67650*, Nov. 8, 2005.]
[PUBLISHER'S NOTE: For the uniform compliance date for food labeling regulations under Chapter 1, see *61 FR 67710*, Dec. 24, 1996; *61 FR 68145*, Dec. 27, 1996; *62 FR 49881*, Sept. 23, 1997.]

NOTES APPLICABLE TO ENTIRE PART:
[PUBLISHER'S NOTE: Nomenclature changes affecting Part 172 appear at *66 FR 56034, 56035*, Nov. 6, 2001; *66 FR 66741, 66742*, Dec. 27, 2001; *68 FR 15355*, Mar. 31, 2003.]
[PUBLISHER'S NOTE: For Federal Register citations concerning Part 172 denial of requests for hearing, see: *68 FR 46403*, Aug. 5, 2003, as corrected at *68 FR 57799*, Oct. 7, 2003; *70 FR 21619*, Apr. 27, 2005.]
[PUBLISHER'S NOTE: Nomenclature changes affecting part 172 appear at *70 FR 72074*, Dec. 1, 2005.]

71 words