Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
Silicon Valley Office
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: 650-739-3939
Facsimile: 650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for Defendants
J.R. CARLSON LABORATORIES, INC.
AND METAGENICS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,**<br><br>**Defendants.** | Case No. C-07-02385 PJH<br><br>**STIPULATION AND AMENDED EXHIBIT A TO PARTIES' JOINT CLAIM CONSTRUCTION STATEMENT**<br><br>**Claim Construction Hearing Set for:**<br>Date: April 30, 2008<br>Time: 9:00 a.m.<br>Before: The Honorable Phyllis J. Hamilton |

The Parties hereby stipulate to the Amended Exhibit A to the Parties' Joint Claim Construction Statement, attached hereto as Attachment A.

1  Dated April 16, 2008

2  Respectfully submitted,                    Respectfully submitted,

3  By:  */s/ Behrooz Shariati*_____   By:  */s/ William G. Gaede, III*_____
        Behrooz Shariati                            William G. Gaede III
4  Attorneys for *Nordic Naturals, Inc.*      Attorneys for *J.R. Carlson Laboratories, Inc.*
                                              *and Metagenics, Inc.*