Amended Exhibit A: Parties Proposed Constructions and Identification of Evidence

| Terms identified by Parties | Nordic Naturals' Proposed Constructions | J.R. Carlson Laboratories, Inc., and Metagenics, Inc.'s Proposed Constructions and Intrinsic and Extrinsic Evidence |
|---|---|---|
| Gelatin softener | "Gelatin Softener" also known in the industry as a "plasticizer" means "a compound used to make the gelatin capsule more flexible, specifically including glycerol, sorbitol and other polyols." <br><br> **Intrinsic Evidence:** <br><br> See Specification: Col. 3:21-23, Col. 5:26-28. <br><br> See Prosecution History of 09/416017: Amendment A, at 3; Amendment B, at 4. <br><br> **Extrinsic Evidence:** <br><br> *American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 1047. <br><br> Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems,* 190 (7th ed., Lippincott Williams & Wilkins, 1999). <br><br> Podczeck, Fridrun and Jones, Brian E. eds., *Pharmaceutical Capsules*, 69, 203-04 (2nd ed., Pharmaceutical Press, 2004). <br><br> Gennadios, Aristippos, ed., Protein-Based Films and Coatings, 407-08 (CRC Press, 2002). | "Gelatin softener" means a softener or plasticizer. <br><br> **Intrinsic Evidence:** <br><br> See Specification: col. 2, ll. 28-30;  col. 2, ll. 46-47; col. 3, ll. 21-23. <br><br> See Prosecution History of 09/416,017: 6/15/00 Amendment A at p. 3. <br><br> **Extrinsic Evidence:** <br><br> Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401 <br><br> USPN 4,780,316: col. 1, ll. 14-21. <br><br> USPN 5,681,606: col. 1, ll. 55-56. <br><br> WO 95/00123: p. 1, ll. 22-25. <br><br> USPN 6,193,999: p. 5, ll. 23-28. <br><br> P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419. |

| Water soluble flavoring | "Soluble" means "that can be dissolved, esp. easily dissolved." | "Water soluble flavoring" means a substance that has the capacity to affect the sense of taste and that is susceptible to being dissolved in water and, in the context of the claims, is present throughout the gelatin capsule shell in the concentration specified by the claims. |
|---|---|---|
| | "Water soluble" means "that can be dissolved, esp. easily dissolved in water." | |
| | "Flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item." | The terms "water soluble" and "flavoring" should be construed together, not separately. |
| | "Water soluble flavoring" means "a substance or material used to alter the natural flavor, as opposed to the sweetness, of a food item that can be easily dissolved in water." | **Intrinsic Evidence:** <br><br> <u>See Claims</u> <br><br> <u>See Specification</u>: col. 1, ll. 10-15, 20-30, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-34 |
| | **Intrinsic Evidence:** <br><br> <u>See Specification</u>: Col. 1: 61-63, 2:17-27, 3:7-8, 3:21-22, 3:28-32, claim 1, 4, 5, 12, 14 and 16. <br><br> <u>See Prosecution History of 09/416017:</u>. Amendment A, at 5; Amendment B, at 5, 7. | <u>See Prosecution History of 09/416,017</u>: 06/15/00 Amendment A at p. 4-6; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability. |
| | **Extrinsic Evidence:** <br><br> *American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 519, 1296. <br><br> Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-400. <br><br> Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems*, 89-90, 93-95, 222 (7th ed., Lippincott Williams & Wilkins, 1999). | <u>See Prosecution History of 10/041,877</u>: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1. <br><br> <u>See Prosecution History of 10/646,898</u>: 06/11/07 |

| | | |
|---|---|---|
| | USPN 4,428,927: Col. 6:28-35.<br><br>Robert F. Jimerson, *Soft Gelatin Capsule Update*, in 12(8&9) DRUG DEVELOPMENT AND INDUSTRIAL PHARMACY 1133-1144, at 1137 (Marcel Dekker, Inc. 1986), DEF00007386 - DEF00007398.<br><br>F. S. Hom & Robert F. Jimerson, *Capsules, Soft, in* 2 ENCYCLOPEDIA OF PHARMACEUTICAL TECHNOLOGY 269-284 (James Swarbrick & James C. Boylan eds., 1990), at 272, DEF00007399 - DEF00007416. | Amendment at pp. 6-7.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 2585; *Webster's New World College Dictionary*, 3rd Ed. (1995) at pp. 515, 1370, and 1510.<br><br>21 C.F.R. § 172.585<br><br>USPN 4,428,927 col. 2 ll. 54-60, col. 4 ll. 11-26<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 422.<br><br>A. Olsol et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA. 1980) p. 1231. |
| Flavored gelatin capsule | "Flavored gelatin capsule" means "a capsule shell comprising gelatin, or equivalent thereof, whose natural taste has been altered by a Flavoring," as Flavoring is defined above.<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:58-61, 2:17-27, 2:51-53, 3:7-8, 3:28-32.<br><br>See Prosecution History of 09/416017:. Amendment A, at 5; Amendment B, at 5. | "Flavored gelatin capsule" means a gelatin capsule in which flavoring is present throughout the gelatin capsule shell in the concentration specified by the claims.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 10-15, 20-30, col. 2, ll. 10-21, 31-33, 45-50; col. 3, ll. 7-8, 19-34<br><br>See Prosecution History of 09/416,017: 06/15/00 Amendment A at p. 4-6; 07/14/00 Office Action at pp. 3-4; 06/12/00 Opheim Decl., 09/18/00 Table to |

| | | Request for Telephone for Interview; 10/08/00 Opheim Decl., pp. 1-4 and exhibits thereto; Duynhoven Decl.; 10/20/00 Amendment B at pp. 1-12; 11/20/00 Supplemental Reply at pp. 2-3; 11/27/00 Office Action at pp. 4-6; 02/28/01 Interview summary; 03/28/01 Opheim Decl.; 04/04/01 Amendment C, at pp. 1-5; 05/18/01 Office Action at pp. 2-3; 07/26/01 Notice of Allowability.

See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1.

See Prosecution History of 10/646,898: 06/11/07 Amendment at pp. 6-7.

**Extrinsic Evidence:**

Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), pp. 399-401

*Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 515 (flavor) and p. 1370 (taste)

21 C.F.R. § 172.585

USPN 4,428,927 col. 2 ll. 54-60, col. 4 ll. 11-26

P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 422. |
|---|---|---|

| | | A. Olsol et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA. 1980) p. 1231. |
|---|---|---|
| Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule | "About" means "to within acceptable manufacturing tolerances."<br><br>"Present in" means "present as part of the capsule, as opposed to the fill."<br><br>Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning.  However, applying Nordic's definitions above, the phrase would be defined as:<br><br>"Wherein said water soluble flavoring is present as part of said flavored gelatin capsule in a concentration which is in the range between .25% and 1.5% of said flavored gelatin capsule, within acceptable manufacturing tolerances."<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | "Wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule" means "a flavoring substance that is soluble in water and is present throughout the gelatin capsule shell in the concentration of 0.25% to 1.5%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water soluble flavoring is present in said flavored gelatin capsule in a concentration which is in the range between about 0.25% and about 1.5% of said flavored gelatin capsule."<br><br>**Intrinsic Evidence:**<br><br><u>See Claims</u><br><br><u>See Prosecution History of 09/416,017</u>:  06/15/00 Amendment A at pp. 4-6;10/20/00 Amendment B at pp. 3-7; 10/8/00 Opheim Decl. at pp. 2-3; 09/04/00 van Duynhoven Decl.; 11/20/00 Supplement Reply, at pp. 2-3; 04/04/01 Amendment C, at p. 2; Notice of Allowability, at p. 2; 02/27/03 Amendment A, at pp. 2-3.<br><br><u>See Prosecution History of 10/041,877</u>: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; Notice of Allowability at p. 2.<br><br><u>See Prosecution History of 10/646,898</u>: 06/11/07 |

| | | |
|---|---|---|
| | | Amendment at pp. 6-7.<br><br>**Extrinsic Evidence:**<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431. |
| Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning.  However, applying Nordic's definitions of "present in" and "about" above, the phrase would be defined as:<br><br>"Wherein said water is present as part of said flavored gelatin capsule in a concentration in the range between 6% and 10% of said flavored gelatin capsule, within acceptable manufacturing tolerances."<br><br><br>**Extrinsic Evidence:**<br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | "Wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule" means "wherein water is included throughout the gelatin capsule shell in the concentration from 6% to 10%."<br><br>"Present in" and "about" should not be construed separately from the claim element "wherein said water is present in said flavored gelatin capsule in a concentration in the range between about 6% and about 10% of said flavored gelatin capsule."<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 3, ll. 53-57.<br><br>See Prosecution History of 09/416,017:  06/15/00 Amendment A at p. 4-6; 09/04/00 van Duynhoven Decl.; 09/18/00 communication to PTO; Examiner's Interview Summary; 10/20/00 Amendment B at pp. 3-7<br><br>See Prosecution History of 10/041,877: 09/16/02 Office Action at pp. 3-4; 02/27/03 Amendment A at pp. 1-3 and 10/08/00 Opheim Decl. at pp. 1-3 and Exhibit 1; 02/27/03 Amendment A at pp. 1-3 and Exhibit 1; 05/02/03 Amendment B at pp. 1-3; |

| | | |
|---|---|---|
| | | Notice of Allowability at p. 2.<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 419-431. |
| Wherein the gelatin [softener] is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule | Nordic does not believe that this phrase needs construction as a whole as it is clear from its plain meaning.  However, applying Nordic's definitions of "present in" and "about" above, the phrase would be defined as:<br><br>"Wherein the gelatin softener is present as part of said flavored gelatin capsule in a concentration in the range between 10% and 35% of said flavored gelatin capsule."<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 4. | "Wherein the gelatin sofener is present in a concentration in the range between 10% and 35% of said flavored gelatin capsule" means "wherein the gelatin softener, also called a plasticizer, is included throughout the gelatin capsule shell in the concentration of 10% to 35%."<br><br>The term "sofener" is a misspelling of "softener."<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 2, ll. 28-30;  col. 2, ll. 46-47; col. 3, ll. 21-23.<br><br>See Prosecution History of 09/416,017:  03/21/00 Office Action, at p. 3; 06/15/00 Amendment A at p. 5-6.<br><br>**Extrinsic Evidence:**<br><br>Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-401<br><br>P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, |

| | | 1990) p. 419-431. |
|---|---|---|
| Palatable, Palatability | "Palatable" means "having a pleasant or acceptable taste."<br><br>"Palatability" is "the property of being palatable."<br><br>**Intrinsic Evidence:**<br><br>See Specification: Col. 1:12-30, 2:17-21, 4:4-5.<br><br>See Prosecution History of 09/416,017: Amendment A, at 5.<br><br>**Extrinsic Evidence:**<br><br>*American Heritage Collegiate Dictionary, 3rd ed. (1997)*, at 982.<br><br>Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems,* 93-95 (7th ed., Lippincott Williams & Wilkins, 1999). | "Palatability" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Specification: col. 1, ll. 62-65; col. 2, ll. 17-21.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972 and 1370; *The American Heritage College Dictionary,* 3rd Ed., (1993) at p. 982.<br><br>"Palatable" means the quality of acceptability to the taste.<br><br>**Intrinsic Evidence:**<br><br>See Claims<br><br>See Specification: col. 1, ll. 24-25.<br><br>**Extrinsic Evidence:**<br><br>*Webster's Third New International Dictionary* (1993) at p. 1623; *Webster's New World College Dictionary*, 3rd Ed. (1995) at p. 972 and 1370; *The American Heritage College Dictionary,* 3rd Ed., (1993) at p. 982. |
| Gelswatch | "Gelswatch" means "a mass of mixed shell ingredients ready for use in the encapsulation of the fill material, typically formed in sheets or | "Gelswatch" means a mixture of gelatin, gelatin softener, water and any additional components of |

| | | |
|---|---|---|
| | ribbons." | the gelatin capsule shell. |
| | **Intrinsic Evidence:** | **Intrinsic Evidence:** |
| | <u>See Specification</u>: Col. 3:11-15, 3:19-27, 3:34-38. | <u>See Claims</u> |
| | | <u>See Specification</u>: col. 3, ll. 11-15; col. 3, ll. 19-27. |
| | **Extrinsic Evidence:** | <u>See Prosecution History of 09/416,017</u>: Attachment to Exhibit 1 of 10/20/00 Opheim Decl. |
| | Ansel, Howard C., et al., eds., *Pharmaceutical Dosage Forms and Drug Delivery Systems,* 192-193 (7th ed., Lippincott Williams & Wilkins, 1999). | **Extrinsic Evidence:** |
| | | Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 399-400. |
| Flabored, Flavered | This term is a typographical error and should be "Nut" "Flavored." | The term "flabored" is a misspelling of "flavored" which has its ordinary meaning. |
| | Nordic Naturals proposed the ordinary meaning modified by the definition of "Flavoring" construed above. | The term "flavered" is a misspelling of "flavored" which has its ordinary meaning. |
| | "Flavored" means "Having one's natural taste altered by a Flavor", as Flavoring is defined above. | <u>See Claims</u> |