1 | MCDERMOTT WILL & EMERY LLP
  | William G. Gaede III (136184)
2 | wgaede@mwe.com
  | 3150 Porter Drive
3 | Palo Alto, CA  94304-1212
  | Telephone:     (650) 813-5000
4 | Facsimile:      (650) 813-5100

5 | Attorneys for *J.R. Carlson Laboratories, Inc.*
  | *and Metagenics, Inc.*

6 |

7 | JONES DAY
  | Behrooz Shariati (174436)
  | bshariati@jonesday.com
8 | 1755 Embarcadero Road
  | Palo Alto, CA  94303
9 | Telephone:     (650) 739-3939
  | Facsimile:      (650) 739-3900

10 |

11 | Attorneys for *Nordic Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC. | Case No. C-07-02385 PJH |
| Plaintiff, | **JOINT REQUEST FOR PERMISSION TO BRING AUDIO/VISUAL EQUIPMENT TO *MARKMAN* HEARING ON APRIL 30, 2008; AND ORDER** |
| v | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | |
| Defendants. | Honorable Phyllis J. Hamilton |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Nordic Naturals, Inc. and Defendants J.R. Carlson Laboratories, Inc. and Metagenics, Inc. by and through their counsel of record, hereby request permission to bring the following audio/visual equipment to the *Markman* Hearing in the above-referenced matter on April 30, 2008 at 9:00 a.m. in Courtroom 3:

   1)   Digital projectors

---

MPK 140767-1.062114.0123 — - 1 - — JOINT REQUEST FOR PERMISSION TO BRING AUDIO/VISUAL EQUIPMENT TO APRIL 11, 2008 TUTORIAL
CASE NO. C-07-02385 PJH

1  2)   Laptops

2  3)   Miscellaneous cables and switches

3  Respectfully submitted this 21st day of April, 2008.

4  MCDERMOTT WILL & EMERY LLP                JONES DAY

6  By:  */s/ William G. Gaede, III*            By:  */s/ Behrooz Shariati*
        William G. Gaede, III                        Behrooz Shariati

7  *Attorneys for Defendants/Counter-*         *Attorneys for Plaintiff/Counter-Defendants*
   *Plaintiffs*

9  Concurrence in the filing of this document has been obtained from Behrooz Shariati, the
10 signatory listed above.

11                                              MCDERMOTT WILL & EMERY LLP

13                                              By:  */s/ William G. Gaede, III*
                                                      William G. Gaede, III

14                                              *Attorneys for Defendants/Counter-Plaintiffs*

16                                    -oOo-

18 **IT IS SO ORDERED.**

19 Dated: April ____, 2008

20                                              HONORABLE PHYLLIS J. HAMILTON
                                                Judge of the United States District Court

MPK 140767-1.062114.0123                    - 2 -       **JOINT REQUEST AND ORDER TO BRING**
                                                        **AUDIO/VISUAL EQUIPMENT TO 04/11/2008 TUTORIAL**
                                                        **CASE NO. C-07-02385 PJH**

(Left margin: McDermott Will & Emery LLP, Attorneys At Law, Palo Alto)