MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
wgaede@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

JONES DAY
Behrooz Shariati (174436)
bshariati@jonesday.com
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for *Nordic Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC. | Case No. C-07-02385 PJH |
| Plaintiff, | **JOINT REQUEST FOR PERMISSION TO BRING AUDIO/VISUAL EQUIPMENT TO *MARKMAN* HEARING ON APRIL 30, 2008; AND ORDER** |
| v | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | |
| Defendants. | Honorable Phyllis J. Hamilton |
| AND RELATED COUNTERCLAIMS | |

Plaintiff Nordic Naturals, Inc. and Defendants J.R. Carlson Laboratories, Inc. and Metagenics, Inc. by and through their counsel of record, hereby request permission to bring the following audio/visual equipment to the *Markman* Hearing in the above-referenced matter on April 30, 2008 at 9:00 a.m. in Courtroom 3:

    1)    Digital projectors

2) Laptops

3) Miscellaneous cables and switches

Respectfully submitted this 21st day of April, 2008.

| MCDERMOTT WILL & EMERY LLP | JONES DAY |
|---|---|
| By: */s/ William G. Gaede, III* <br> William G. Gaede, III | By: */s/ Behrooz Shariati* <br> Behrooz Shariati |
| *Attorneys for Defendants/Counter-Plaintiffs* | *Attorneys for Plaintiff/Counter-Defendants* |

Concurrence in the filing of this document has been obtained from Behrooz Shariati, the signatory listed above.

MCDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
William G. Gaede, III

*Attorneys for Defendants/Counter-Plaintiffs*

-oOo-

**IT IS SO ORDERED.**

Dated: April 22, 2008

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
HON. PHYLLIS J. HAMILTON
Judge, United States District Court