MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Attorneys for *J. R. Carlson Laboratories, Inc.*
*and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v<br><br>J. R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-2385 PJH<br><br>**REQUEST FOR JUDICIAL NOTICE OF PARTS OF U.S. PATENT 6,346,231 FILE HISTORY**<br><br>Honorable Phyllis J. Hamilton |

Courts may take judicial notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b).

Defendants J. R. Carlson Laboratories, Inc. and Metagenics, Inc. (hereinafter referred to collectively as "Defendants") hereby request, in connection with the Declaration of Brian Baker in Support of Request for Judicial Notice of Parts of Patent 6,346,231 File History, ("Baker Decl."), that the Court take judicial notice of, and consider the following:

      a.     The November 27, 2000 Office Action from the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231, attached to the Baker Declaration at Exhibit A.

      b.     Amendment C of the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231, attached to the Baker Declaration at Exhibit B.

      c.     The May 18, 2001 Office Action from the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231, attached to the Baker Declaration at Exhibit C.

      d.     Amendment D of the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231, attached to the Baker Declaration at Exhibit D.

      e.     The Notice of Allowability of the Prosecution History for Application 09/416,017, issued as U.S. Patent No. 6,346,231, attached to the Baker Declaration at Exhibit E.

In the interest of having a more complete record, Defendants' request that the Court take judicial notice of these portions of the file history of the U.S. 6,346,231 patent. Moreover, these portions of the prosecution history have become particularly relevant to a thorough examination of several arguments and assertions recently put forth for the first time in Plaintiff's Reply Claim Construction Brief. These portions will aid the Court in properly understanding the context of representations and disclaimers made by Plaintiff to the PTO and the ramifications that those representations and disclaimers have upon the construction of the claim terms at issue. Accordingly, Defendants' move the portions of the '231 file history, attached hereto, into evidence.

Dated:    April 25, 2007           MCDERMOTT WILL & EMERY LLP

                                       By:    */s/ William G. Gaede, III*
                                                      William G. Gaede, III

                                      Attorneys for *J. R. Carlson Laboratories, Inc. and Metagenics, Inc.*