Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     650-739-3939
Facsimile:     650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,** | Case No. C-07-02385 PJH |
| Plaintiff, | **PLAINTIFF NORDIC NATURALS, INC.'S OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| **J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,** | Before:  The Honorable Phyllis J. Hamilton |
| Defendants. | |

Nordic objects to Defendants' Request for Judicial Notice filed on April 25, 2008.  This request is, on its face, an attempt by Defendants to introduce new evidence and new arguments that are not contained in the papers already filed.  To the extent the Defendants intend to use visual aids for this purpose, they are in violation of the Court's Standing Order for Patent Cases, No. 10.

Defendants have had full opportunity to review the prosecution history and they have cited, and relied upon, relevant portions in their opposition.  In reliance on the Defendants papers, Plaintiff has responded to these arguments in its reply brief.  Defendants are now asking to revise and amplify their brief at the claim construction hearing since they did not even provide specific

citations to the additional evidence they intend to rely on at the hearing, as part of their request for judicial notice. It seems improbable that Defendants never cited these passages that they are now claiming are crucial to understanding the previously-cited portions and Nordic's arguments. If Defendants really believed that the claim construction briefing was incomplete because of the missing evidence, the proper approach would have been to move to re-open the briefing to properly brief the issues raised by the evidence. Instead, Defendants attempt to couch their request in terms of judicial notice, which is proper only for introducing essentially uncontested facts. *See* Fed. R. Evid. 201; *Darling Int'l, Inc. v. Baywood Partners, Inc.*, No. C-05-3758 EMC, 2006 U.S. Dist. LEXIS 61067 at *31-32 (N.D. Cal, 2006) (noting, "documents are judicially noticeable only for the purpose of determining what statements are contained therein, not to prove the truth of the contents or any party's assertion of what the contents mean." (quoting *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 975 (E.D. Cal. 2004)).) Rule 201 is not the proper mechanism for covering ground that should have been covered in the briefing.

Nordic will be prejudiced if the Court allows Defendants to amend their brief at the hearing, to introduce new arguments and evidence at this late stage. Less than two days before the claim construction hearing in this case, Nordic still does not have notice of the specific new portions of the file history, or the arguments, that Defendants now wish to introduce for the first time and thus has been deprived of an opportunity to properly meet the new evidence and arguments.

Nordic respectfully requests that the Court deny Defendants' request, and enforce the requirement embodied in Standing Order for Patent Cases, No. 10 that Defendants argue only those arguments and evidence previously provided in their briefing.

If the Court is inclined to permit Defendants to add new evidence at this late stage, the Plaintiff respectfully requests that the Defendants be ordered to provide a list of the specific new citations and the arguments to be advanced to the Plaintiff immediately and that Plaintiff be granted additional time at the hearing to address the new material.

1  Dated: April 28, 2008                  Respectfully submitted,

2                                          JONES DAY

4                                          By: /s/ Behrooz Shariati
                                                Behrooz Shariati

6                                          Counsel for Plaintiff, Nordic Naturals, Inc.

28 SVI-57356

**NORDIC'S OBJECTION TO DEFENDANTS'
REQUEST FOR JUDICIAL NOTICE.**
- 3 -     **Case No. C-07-02385 PJH**