**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** April 30, 2008                                                      **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-2385 PJH

**Case Name:** Nordic Naturals v. J.R. Carlson Laboratories, et al.

**Attorney(s) for Plaintiff:**        Behrooz Shariati; James Glore
**Attorney(s) for Defendant:**     Bill Gaede; Brian Baker

**Deputy Clerk:** Nichole Heuerman                    **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

Claim Construction Hearing-Held.  The court takes the matter under submission.

**Order to be prepared by:**    [] Pl [] Def  [x]  Court

**Notes:**

**cc: file**