MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>                Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>                Defendants. | Case No. C-07-02385 PJH<br><br>**DEFENDANTS' LIST OF EVIDENCE SUPPORTING THAT SWEETENERS ARE A SUBSET OF "FLAVORING"** |

    Pursuant to the Court's request at the April 30, 2008 claim construction hearing, Defendants J.R. Carlson Laboratories, Inc. and Metagenics, Inc. hereby submit their list of intrinsic and extrinsic evidence supporting that the claim term "flavoring" does not exclude sweeteners and sweetening agents.

**INTRINSIC EVIDENCE**

- '231 Patent, Claims 1 and 3 (Baker Declaration In Support of Defendants' Claim Construction Brief ("Baker Decl."), Ex. A)
- '231 Patent, column 1, lines 11-30; column 2, lines 27-30; and column 3, lines 4-10 (Baker Decl., Ex. A)
- '879 Patent, Claims 1 and 3 (Baker Decl., Ex. B)
- Prosecution History of 09/416,017 ('231 Patent), Amendment A, p. 6 (Baker Decl., Ex. D)

**EXTRINSIC EVIDENCE**

- *Webster's New World College Dictionary,* 3rd Ed. (1995) at p. 515 (Baker Declaration In Support of Defendants' Claim Construction Brief ("Baker Decl."), Ex. C)
- 21 C.F.R. §172.585 (Glore Declaration In Support of Plaintiff Nordic Naturals, Inc.'s Reply Claim Construction Brief, Ex. D)
- U.S. Patent No. 4,428,927 at col. 4, ll. 13-26 (Baker Declaration In Support of Defendants' Claim Construction Brief ("Baker Decl."), Ex. E)
- Olson et al., *Pharmaceutical Sciences*, 67 (Pharmaceutical Necessities), (Mack Pub. Co., Easton, PA. 1980) p. 1231 (Baker Decl., Ex. F).
- Stanley, *Soft Gelatin Capsules – Theory and Practice of Industrial Pharmacy* (1986), p. 401 (Shariati Declaration In Support of Plaintiff Nordic Naturals, Inc.'s Opening Claim Construction Brief, Ex. J)
- P. K. Wilkinson et al., *Softgels: Manufacturing Considerations, Drugs and the Pharmaceutical Sciences*, 41 (Specialized Drug Delivery Systems), P. Tyle, Ed. (Marcel Dekker, Inc., New York, 1990) p. 422 (Baker Decl., Ex. G)

DATED: May 1, 2008                             MCDERMOTT WILL & EMERY LLP

By:    */s/ William G. Gaede, III*
       William G. Gaede, III

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

DEFENDANTS' LIST OF EVIDENCE
RE "FLAVORING"
CASE NO. C-07-02385 PJH

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO