Behrooz Shariati (State Bar No. 174436)
bshariati@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:    650-739-3939
Facsimile:    650-739-3900

Attorneys for Plaintiff
NORDIC NATURALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NORDIC NATURALS, INC.,** | **Case No. C-07-02385 PJH** |
| Plaintiff, | **SUPPLEMENTAL IDENTIFICATION OF CLAIM CONSTRUCTION EVIDENCE** |
| v. | |
| **J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.,** | **Before: The Honorable Phyllis J. Hamilton** |
| Defendants. | |

Pursuant to the Court's order at the Claim Construction Hearing on April 30, 2008, Nordic Naturals, Inc. submits its Supplemental Identification of Claim Construction Evidence attached hereto as Exhibit A.

Dated: May 1, 2008                   Respectfully submitted,

                                     JONES DAY


                                     By:  /s/ Behrooz Shariati
                                          Behrooz Shariati

                                     Counsel for Plaintiff, Nordic Naturals, Inc.

SVI-57504v1