# EXHIBIT A

NORDIC NATURALS, INC. v. J.R. CARLSON LABORATORIES, INC. & METAGENICS, INC.
CASE NO. C 07-02385 PJH

## EXHIBIT A

Evidence Supporting Nordic Naturals' Position that Flavorings do not Include Sweeteners

| EVIDENCE | CITATION | EXHIBIT | SLIDE |
|---|---|---|---|
| **CLAIMS** | | | |
| Claims 1, 3, 4, 7, 14 | '231 Patent | Shariati Ex. A | 11, 32 |
| Claims 1, 3 | '879 Patent | Shariati Ex. B | 11 |
| **SPECIFICATION** | | | |
| See citations → | '231 Patent, Cols. 2:22-27; 2:17-21; 3:19-27; 2:28-30 | Shariati Ex. A | 14, 33 |
| **PROSECUTION HISTORY** | | | |
| Technical Reference incorporated by reference into PTO cited prior art | Swarbrick at 272 | Glore Ex. A | 23 |
| Technical Reference incorporated by reference into PTO cited prior art | Jimerson at 1137 | Glore Ex. B | 24 |
| Amendment A | '231 Patent, Amendment A, at 5-6 | Shariati Ex. D | 34 |
| U.S. Patent No. to Stella et. al., cited by PTO and discussed in '231 Patent Amendment A | Cols. 15:66-16:15; 20:5-11, 20:12-16; 15:40-42. | | |
| Claims 4-6 as originally filed | '231 Patent Application | Glore Ex. C | 35 |
| **EXTRINSIC EVIDENCE** | | | |

| EVIDENCE | CITATION | EXHIBIT | SLIDE |
|---|---|---|---|
| Dictionary Definitions | American Heritage page 519 | Shariati Ex. F | 12 |
| Technical Reference | Ansel, page 89 | Shariati Ex. G | 17, 18 |
| Technical Reference | Stanley page 399-400 | Shariati Ex. J | 19 |
| Technical Reference | '927 Patent at Cols: 4:13-26; 6:2-14; 6:28-35; 6:56-68 | Shariati Ex. K | 20, 21, 22 |
| FDA Regulation | 21 C.F.R. 172.585 | Glore Ex. D | 25 |
| Technical Reference | Wilkinson at 409 | Baker Ex. G | 26 |
| Technical Reference | Remington's at 1231 | Baker Ex. F | 27, 28 |

SV1-57459v1