MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:    (650) 813-5000
Facsimile:     (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-02385 PJH<br><br>**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS (PATENT L.R. 3-7)**<br><br>**Date:** June 23, 2008<br>**Time:** t.b.d.<br>**Courtroom:** 13, 17th Floor<br>**Judge:** Hon. Phyllis J. Hamilton |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 23, 2008 at a time to be determined by the Court, before the Honorable Phyllis J. Hamilton, defendants J.R. Carlson Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics") (collectively, "Defendants"), by their counsel McDermott Will & Emery LLP, will move, pursuant to Patent Local Rule 3-7, for an Order granting leave to amend and supplement their Preliminary Invalidity Contentions for U.S. Patent Nos. 6,346,231 ("the '231 Patent") and 6,652,879 ("the '879 Patent") (collectively, the "patents-in-suit").

Case 3:07-cv-02385-PJH    Document 80    Filed 05/14/2008    Page 2 of 2

1  This motion is based upon this Notice of Motion, Motion and Memorandum of Points and
2  Authorities, the Declaration of Brian L. Baker filed and served herewith, the record in this action,
3  oral and documentary evidence presented at the hearing on the motion, and all other matters of
4  which the Court may take judicial notice.

5  DATED:  May 14, 2008                                MCDERMOTT WILL & EMERY LLP

7                                             By:      */s/ William G. Gaede III*
                                                       William G. Gaede, III
8
                                              Attorneys for *J.R. Carlson Laboratories, Inc.*
9                                             *and Metagenics, Inc.*

MPK 141913-1.062114.0123

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

- 2 -

**NOTICE OF MOTION FOR LEAVE TO AMEND**
**PRELIM. INVAL. CONTENTIONS**
**CASE NO. C-07-02385 PJH**