MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>　　　　　Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>　　　　　Defendants.<br><br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-02385 PJH<br><br>**DECLARATION OF BRIAN L. BAKER IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS (PATENT L.R. 3-7)**<br><br>**Date:** June 23, 2008<br>**Time:** t.b.d.<br>**Courtroom:** 13, 17th Floor<br>**Judge:** Hon. Phyllis J. Hamilton |

I, Brian L. Baker, declare as follows:

1. I am an attorney with McDermott Will & Emery LLP, counsel for Defendants, J. R. Carlson Laboratories, Inc. and Metagenics, Inc., in the above-captioned matter.

2. I am submitting this declaration in Support of Defendants' Motion for Leave to Amend Their Preliminary Invalidity Contentions.

3. I have knowledge of the following, and if called as a witness, could and would testify competently to the contents herein.

4. Attached as Exhibit A is a true and correct copy of selected pages of the transcript

1  from the April 30, 2008 Claim Construction Hearing.

2      5.    Counsel for Defendants held a meet and confer with counsel for Plaintiff on May 9, 2008 at which counsel for Defendants requested that Plaintiff agree to stipulate to Defendants' Amended Preliminary Invalidity Contentions. Counsel for Plaintiff declined, stating that they would further consider the request and respond on May 12, 2008.

6      6.    Attached as Exhibit B is a true and correct copy of a May 12, 2008 letter from Plaintiff counsel James Glore to Defendants' counsel Debra Dennett stating Plaintiff's refusal to stipulate to Defendants' proposed amendments.

9      7.    Attached as Exhibit C is a true and correct copy of Defendants' Amended Preliminary Invalidity Contentions, showing the original contentions and, in redline, Defendants' proposed amendments.

12      8.    Attached as Exhibit D is a true and correct copy of the May 8, 2008 letter from Dennett to Glore.

I declare, under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and that this Declaration was completed at Palo Alto, California this 14th day of May, 2008.

                              */ s / Brian L. Baker*
                                Brian L. Baker

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

MPK 141885-1.062114.0123    - 2 -    **BAKER DECL. ISO MOTION FOR LEAVE TO AMEND PRELIM. INVAL. CONTENTIONS
CASE NO. C-07-02385 PJH**