Pages 1 - 57

United States District Court

Northern District of California

Before The Honorable Phyllis J. Hamilton

| | |
|---|---|
| Nordic Naturals, Incorporated, | ) ) ) |
| Plaintiff: | ) ) ) |
| vs. | ) No. C07-2385 PJH ) |
| J.R. Carlson Laboratories, | ) ) |
| Defendant. | ) ) |

COPY

San Francisco, California
Wednesday, April 30, 2008

Reporter's Transcript Of Proceedings

**Appearances:**

For Plaintiff:     Jones Day
                   1755 Embarcadero Road
                   Palo Alto, California 94303
              By:  **Behrooz Shariati, Esquire**
                   **James E. Glore, Esquire**

For Defendant:     McDermott, Will & Emery
                   3150 Porter Drive
                   Palo Alto, California  94304
              By:  **William G. Gaede, III, Esquire**

Reported By:       *Sahar McVickar, RPR, CSR No. 12963*
                   *Official Reporter, U.S. District Court*
                   *For the Northern District of California*

(Computerized Transcription By Eclipse)

1  has to have the same bit, amount of cocoa in each bite?
2           MR. SHARIATI:  I --
3           THE COURT:  As opposed to the cup of cocoa there
4  might be in this bite a whole teaspoonful but in the next bite
5  only some fraction of that?
6           MR. SHARIATI:  Well, the plaintiff's position is
7  once you put in the half a cup of cocoa in the cake, wherever
8  it goes it's in the cake.
9           THE COURT:  Well, aren't the general capsules all
10 made the same way?  Aren't they made by mixing all the
11 ingredients together in their liquid form, and then they are
12 formed into sheets?
13          MR. SHARIATI:  They are not.  And therein lies the
14 dispute.
15          THE COURT:  Okay.
16          MR. SHARIATI:  This is really a dispute about the
17 method of manufacturing the gels.  And the Court has really
18 gone right to the heart of the matter.
19          The preferred embodiment in the patent describes
20 exactly what you just described; you mix in everything, you
21 make a sheet, you know, let it cool, et cetera.
22          Things have evolved since then, and there are other
23 ways of doing the same thing.  What happens now in some
24 instances is that the gel is made, the gel cap is made without
25 any flavor in it, and then some flavoring is sprayed on top of

```
 1   it, on top of the finished capsule, I think we discussed that
 2   before.
 3              And so the flavoring is not a -- is not -- so this
 4   is like your cake analogy, Your Honor, the chocolate is not
 5   baked into the cake, but it's sprayed over it afterwards.
 6              The defendants are putting this limitation in to
 7   essentially limit the invention to the preferred embodiment to
 8   the old way of just cooking everything in.  And, it actually
 9   even goes beyond that, in our view.  You know, just because you
10   mix everything in, as the Court just pointed out, there is no
11   guarantee that everything goes throughout.  The cocoa could be
12   in one corner or some other corner of the cake.
13              So --so this is a limitation even beyond what the
14   specification requires -- the specification teaches -- that the
15   defendants are trying to put in to avoid infringement.  And it
16   is our position that it doesn't really matter if you bake the
17   flavor in or spray the flavor on, because this really wasn't
18   the issue when the patent was being prosecuted, the issue was
19   the ratios.  And if you get the right ratio, whether you spray
20   it on or put it in, it's still practices this patent.  So this
21   is what this dispute is about.
22              You look puzzled, Your Honor.
23              THE COURT:  Well, I just didn't understand that from
24   the papers.
25              The dispute is, in practical terms, is about whether
```