# JONES DAY

SILICON VALLEY OFFICE • 1755 EMBARCADERO ROAD • PALO ALTO, CALIFORNIA 94303
TELEPHONE: 650-739-3939 • FACSIMILE: 650-739-3900

Direct Number: (650) 687-4129
jeglore@jonesday.com

JP011486:JEG
282019-600003

May 12, 2008

**Via E-Mail**
Debra L. Dennett
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto CA 94303

Re:   Nordic Naturals, Inc. v. J.R. Carlson Laboratories, Inc. and Metagenics, Inc.
      Case No. C-07-02385 PJH

Dear Debra,

In response to your May 8, 2008 letter regarding your proposed amended invalidity contentions, first we point out that your letter misconstrues our claim construction position. Second, we decline your invitation to stipulate to the entry of the amendments. We believe that the delay in raising this issue for the first time until after the close of briefing and argument regarding claim construction is unjustified and prejudices Nordic.

To the extent that you argue that these amendments are necessitated by the Court's claim construction ruling pursuant to Patent L.R. 3-6(b), we believe that any such amendment is premature as we have not received a claim construction order from the Court. We suggest that you wait to amend until the proper time if you believe, in good faith, that the Court's ruling requires it.

Best regards,

James E. Glore