MCDERMOTT WILL & EMERY LLP
William G. Gaede III (136184)
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   (650) 813-5000
Facsimile:    (650) 813-5100

Attorneys for *J.R. Carlson Laboratories, Inc.
and Metagenics, Inc.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORDIC NATURALS, INC. | Case No. C-07-02385 PJH |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS (PATENT L.R. 3-7)** |
| v | |
| J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC. | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

The Court having considered Defendants' Motion for Leave to Amend Their Preliminary Invalidity Contentions hereby grants Defendants leave to so amend their Preliminary Invalidity Contentions.

**IT IS SO ORDERED**

Dated: _____

_____
The Hon. Phyllis J. Hamilton
United States District Judge

MPK 141912-1.062114.0123         - 1 -         **[PROPOSED] ORDER GRANTING DEF.S LEAVE TO AMEND PRELIM. INVAL. CONTENTIONS CASE NO. C-07-02385 PJH**