United States District Court
Northern District of California

# DOCUMENT LOCATOR

Case Number:    CV-07-2385  PJH

Date Filed:    5-14-08

**Document:**

__X__    Reporter's Transcript:    4-30-08

____    Trial Exhibits:

____    Lodged Documents:

____    Sealed Documents

____    Declaration:

____    Other:

**Location:**

__X__    Expando (Next to Case File)

____    Overflow Shelf:

____    Vault

____    Other:

## Document Number:    84