1  MCDERMOTT WILL & EMERY LLP
   William G. Gaede III (136184)
2  3150 Porter Drive
   Palo Alto, CA 94304-1212
3  Telephone:  (650) 813-5000
   Facsimile:   (650) 813-5100
4
5  Attorneys for *J.R. Carlson Laboratories, Inc.*
   *and Metagenics, Inc.*
6
7
8              IN THE UNITED STATES DISTRICT COURT
9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| NORDIC NATURALS, INC.<br><br>  Plaintiff,<br><br>v<br><br>J.R. CARLSON LABORATORIES, INC. and METAGENICS, INC.<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. C-07-02385 PJH<br><br>**AMENDED NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PRELIMINARY INVALIDITY CONTENTIONS (PATENT L.R. 3-7)**<br><br>**Date:** June 25, 2008<br>**Time:** 9:00 a.m.<br>**Courtroom:** 3, 17th Floor<br>**Judge:** Hon. Phyllis J. Hamilton |

**AMENDED NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the hearing on Defendants' Motion for Leave to Amend Their Preliminary Invalidity Contentions originally scheduled for June 23, 2008 has been changed to June 25, 2008 at 9:00 a.m. before the Honorable Phyllis J. Hamilton, defendants J.R. Carlson Laboratories, Inc. ("Carlson") and Metagenics, Inc. ("Metagenics") (collectively, "Defendants"), by their counsel McDermott Will & Emery LLP, will move, pursuant to Patent Local Rule 3-7, for an Order granting leave to amend and supplement their Preliminary Invalidity Contentions for

U.S. Patent Nos. 6,346,231 ("the '231 Patent") and 6,652,879 ("the '879 Patent") (collectively, the "patents-in-suit").

    This motion is based upon this Amended Notice of Motion, the previously filed Motion and Memorandum of Points and Authorities, and the Declaration of Brian L. Baker served on May 14, 2008, the record in this action, oral and documentary evidence presented at the hearing on the motion, and all other matters of which the Court may take judicial notice.

DATED: May 19, 2008                     MCDERMOTT WILL & EMERY LLP

By:    */s/ William G. Gaede III*
        William G. Gaede, III

Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.*

MPK 142059-1.062114.0123

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

- 2 -

AMENDED NOTICE OF MOTION FOR LEAVE TO
AMEND PRELIM. INVAL. CONTENTIONS
CASE NO. C-07-02385 PJH