1  Behrooz Shariati (State Bar No. 174436)
2  bshariati@jonesday.com
   JONES DAY
3  Silicon Valley Office
   1755 Embarcadero Road
4  Palo Alto, CA  94303
   Telephone:     650-739-3939
5  Facsimile:     650-739-3900

6  *Attorneys for Plaintiff*
7  NORDIC NATURALS, INC.

8  William G. Gaede III (State Bar No. 136184)
   wgaede@mwe.com
9  McDERMOTT WILL & EMERY LLP
   3150 Porter Drive
10 Palo Alto, CA  94304-1212
   Telephone:     (650) 813-5000
11 Facsimile:     (650) 813-5100

12 *Attorneys for Defendants*
   J.R. CARLSON LABORATORIES, INC.
13 AND METAGENICS, INC.

14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
16

17
   **NORDIC NATURALS, INC.,**              Case No. C-07-02385 PJH
18
            **Plaintiff,**                 **JOINT STIPULATION OF DISMISSAL**
19                                         **OF ALL CLAIMS AND ORDER**
       v.                                  **THEREON**
20
   **J.R. CARLSON LABORATORIES,**
21 **INC. and METAGENICS, INC.,**

22         **Defendants.**

23

24       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to
25 the dismissal of all claims and counterclaims, in the above-captioned action.  The disposition of
26 each claim is listed below.
27
28
                                                     **JOINT STIPULATION OF**
                                                     **DISMISSAL AND ORDER**
                                                     **Case No. C-07-02385 PJH**

**RECITALS AND STIPULATION**

*Whereas*, on May 2, 2007, Plaintiff Nordic Naturals, Inc. ("Plaintiff") filed a complaint ("Complaint") against Defendants J.R. Carlson Laboratories, Inc. and Metagenics, Inc. ("Defendants") for Patent Infringement of US Patent Nos. 6,346,231 and 6,652,879 and for False Advertising Under § 43(a) of the Lanham Act;

*Whereas*, on June 5, 2007, Defendants denied all allegations raised in the Complaint, raised various affirmative defenses and alleged declaratory relief counterclaims of noninfringement and invalidity;

*Whereas*, on June 6, 2007, Plaintiff filed an Answer to the Defendants' counterclaims;

*Whereas*, the parties have engaged in discovery in this matter and various motion practice;

*Whereas*, the parties hereby stipulate to the voluntary dismissal of this action on the following terms and conditions, each of which forms a material part of this dismissal:

1.     Plaintiff hereby dismisses *with prejudice* its claims of infringement of U.S. Patent Nos. 6,346,231 and 6,652,879. Such claims are alleged against the Defendants' products listed below.

| Accused Metagenics Products |
|---|
| DHA LemonGels |
| EPA-DHA 720™ |
| EPA-DHA Extra Strength® Lemon Flavored Concentrated and Stabilized Purity-Certified, Omega-3 Fish Oils |
| Omega-EFA™ |
| EPA-DHA Complex® softgel 270SG |
| EPA-DHA 6.1™ softgel 90SG Enteric Coated |
| EPA-DHA Extra Strength Enteric Coated |
| PL-EPA-DHA Lemon |
| PL-EPA-DHA Extra Strength Enteric Coated |

| **Accused Carlson Products** |
|---|
| "Lightly Lemon" Norwegian Cod Liver Oil |
| Super 2 Daily™ |
| Gene Right™ |
| Carlson for Kids Chewable DHA Softgels |
| The Very Finest Fish Oil Softgels |
| Fish Oil Multi |
| Mother's DHA Softgels, Orange Flavor |
| Professional Formula Simply the Best Cod Liver Softgels |

2. Plaintiff hereby dismisses *with prejudice* its claims of False Advertising under § 43(a) of the Lanham Act. Such claims are alleged against the "DHA LemonGels" and "EPA-DHA Extra Strength® Lemon Flavored Concentrated and Stabilized Purity-Certified, Omega-3 Fish Oils" products marketed by Metagenics Inc., and the "Norwegian Cod Liver Oil Lightly Lemon 1000 mg" product marketed by J.R. Carlson Laboratories, Inc.

3. The Defendants hereby dismiss *with prejudice* their counterclaims for non-infringement of U.S. Patent Nos. 6,346,231 and 6,652,879, which are alleged with respect to the products Plaintiff accused of patent infringement that are listed in Paragraph 1.

4. Defendants hereby dismiss *without prejudice* their affirmative defenses and counterclaims of invalidity of U.S. Patent Nos. 6,346,231 and 6,652,879 that are set forth in the Answer filed on June 5, 2007. Plaintiff and Defendants further agree and stipulate that this stipulation and dismissal shall not in any way affect, bear upon, or bar Defendants' procedural right to assert, or the Plaintiff's procedural right to oppose, the affirmative defense of inequitable conduct that Defendants may have in any future action against any patent, including such grounds as identified in a draft amended answer transmitted on May 8, 2008, from Debra Dennett of McDermott Will & Emery LLP to James Glore of Jones Day LLP. No substantive rights or burdens of proof are affected by this stipulation.

1      5.    Each party hereby waives any right to appeal this Stipulation.

2      6.    Each party shall bear their own costs and fees associated with this action.

3      7.    The parties stipulate that the foregoing operates as a complete dismissal of this case in its entirety.

Dated June 06, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:   */s/ Behrooz Shariati*<br>     Behrooz Shariati | By:   */s/ William G. Gaede, III*<br>     William G. Gaede III |
| Attorneys for *Nordic Naturals, Inc.* | Attorneys for *J.R. Carlson Laboratories, Inc. and Metagenics, Inc.* |

**IT IS SO ORDERED:**

Dated: June  16 , 2008

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SVI-58283